IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 NOV 10  A 9:42

Raymond Mathis )
Full name and prison number )
of plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 1:05CV1084-T
 )   (To be supplied by Clerk of
Sheriff Lamar Glover et al )   U.S. District Court)
Dr. Banner )
Nurse, Speigner )
Nurse, Hathaway )
Commander, W. McCarty )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (X)  NO (  )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (X)  NO (  )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s)  Raymond Mathis

            Defendant(s)  Sheriff Lamar Glover

        2.  Court (if federal court, name the district; if
            state court, name the county) In the Court of the
            United States for the Middle District of Alabama Southern Division

3. Docket number  1:04-CV-1074-T

4. Name of judge to whom case was assigned  DELORES R. BOYD, UNITED STATES MAGISTRATE JUDGE

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  YES its Appealed and Still pending

6. Approximate date of filing lawsuit  Aug. Sep. 04, 04

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Houston County Jail, Dothan Alabama.

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Houston County Jail, Dothan, Alabama.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                              ADDRESS
1. SHERIFF, Lamar Glover      Houston County Court House P.O. Drawer 6406 Dothan Al. 36302
2. Commander, William McCarty,  901 E. Main St. Dothan, Al. 36301
3. DR. Banner                  ''
4. Nurse, Speigner             ''
5. Nurse, Hathaway             ''
6. C/O Jackson et. al.         Same  Same

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  9/1/05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Eighth Amendment violation that was induced by Deliberate Indifference and has resulted in substantial harm.

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

At about 8:30 AM, sleeping in the Dayroom in the Houston County Jail, getting off the Bed on the Floor, I use my Right Hand to get up and my Hand Pop and then it swollen and got Red, I ask to see the nurse, Spigner and c/o Jackson, and the cmm cmdsr, Lt. McGinty and all of the Staff, stated "NO," I haven't seen a Doctor or Nurse, and my hand is still Broke, Today

**GROUND TWO:** Inadequate access to medical care

**SUPPORTING FACTS:** Petitioner has suffered from re-occurring symptoms of a bone disorder that are shown to be constant and progressive and have manifested an exposure of poor health and emotional distress.

**GROUND THREE:** Unnecessary and intentional delay to investigate and respond to serious medical needs

**SUPPORTING FACTS:** County jail officials and medical service personnel(s) violated constitutional standards of the Eighth Amendment by failure to diagnose proper medical care and delaying evaluations.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like To see a Doctor, and Grant Relief Medical Treatment, By a out side Doctor, ...

_____
Raymond Mathis
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 11-10-05
              (Date)

_____
Raymond Mathis
Signature of plaintiff(s)

Raymond Mathis
901 E. Main, St, Dothan, Al.
36301

Sworn and Subscribed To Before me this _____ day of November 2005

_____
NOTARY

Signature
Raymond Mathis

4

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS, ET. Al.

| NAME | ADDRESS |
|---|---|
| Sgt. Turner | 901 E. Main, St. Dothan, Al. 36301 |
| Sgt. Davis | '' '' |
| Sgt. Reyonds | '' '' |
| Sgt. Boninger | '' '' |
| Same | Same |