IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Raymond Mathis
_____
_____
_____
           Plaintiff(s)

v.                                    1:05CV1084-T

Sheriff, Lamar Glover
Commander, William McCarty
Nurse, Spriggsr, Hathaway
C/O Jackson
           Defendant(s)

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Raymond Mathis

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Raymond Mathis_
Plaintiff(s) signature

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

2005 NOV 10 A 9: 40

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

Plaintiff

V.

Defendant

CASE NUMBER:

I, __Raymond Mathis__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Dothan Al. Houston County Jail__

   Are you employed at the institution? __it__  Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __1999 Dothan Al. Rose Likk Cir. Cooking food__

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Case 1:05-cv-01084-MHT-TFM    Document 2    Filed 11/10/2005    Page 3 of 7

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

11-7-05                    Raymond Mathis    Raymond Mathis
Date                                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

ET Al.

```
                          HOUSTON COUNTY JAIL
              ======================================================
                          Resident Account Summary
                       Friday, September 02, 2005 @11:40
              ======================================================
For CIN: 29402     MATHIS, RAYMOND
---------------------------------------------------------------------------------
  Date      Transaction Description              Amount    Balance    Owed      Held     Reference
---------------------------------------------------------------------------------
09/01/2005 <MEDCO>     Payment for MEDCO on 2004  -8.50     10.00     688.94    0.00
09/01/2005 <MEDCO>     Payment for MEDCO on 2004  -1.00     18.50     697.44    0.00
09/01/2005 <MEDCO>     Payment for MEDCO on 2004  -0.50     19.50     698.44    0.00
09/01/2005 DEPMO       92624519507--MAIL          20.00     20.00     698.94    0.00
08/27/2005 MEDCO       ANTACID                     0.50      0.00     698.94    0.00
08/26/2005 MEDCO       F/U NO CHARGE 082205        0.00      0.00     698.44    0.00
08/26/2005 MEDCO       TYL/ANT/ANT                 1.50      0.00     698.44    0.00
08/26/2005 MEDCO       F/U  NO CHARGE              0.00      0.00     696.94    0.00
08/26/2005 MEDCO       TYL                         0.50      0.00     696.94    0.00
08/26/2005 <MEDCO>     ANT   X 2                  -0.06      0.00     696.44    0.00
08/26/2005 MEDCO       ANT   X 2                   1.00      0.06     696.50    0.00
08/24/2005 EPR         OID:100028261-ComisaryPur  -9.94      0.06     695.50    0.00
08/22/2005 MEDCO       VOID-ANT                   -0.50     10.00     695.50    0.00
08/22/2005 <MEDCO>     VOID-ANT                    0.50     10.00     696.00    0.00
08/21/2005 <MEDCO>     ANT                        -0.50      9.50     695.50    0.00
08/21/2005 MEDCO       ANT                         0.50     10.00     696.00    0.00
08/19/2005 <MEDCO>     VOID-Payment for MEDCO on   8.50     10.00     695.50    0.00
08/19/2005 <MEDCO>     VOID-Payment for MEDCO on   1.00      1.50     687.00    0.00
08/19/2005 <MEDCO>     VOID-Payment for MEDCO on   0.50      0.50     686.00    0.00
08/19/2005 MEDCO       TYL                         0.50      0.00     685.50    0.00
08/19/2005 MEDCO       LPN,IBU,DOXY,BACTRIM 08-1  16.00      0.00     685.00    0.00
08/19/2005 MEDCO       SUPP PR HEMMORHOID 08-11-   1.00      0.00     669.00    0.00
07/27/2005 MEDCO       BENADRYL 072505             5.00      0.00     668.00    0.00
07/26/2005 MEDCO       TRIPLE ANTI 072005          0.50      0.00     663.00    0.00
07/19/2005 MEDCO       LAB070905                  10.00      0.00     662.50    0.00
07/17/2005 MEDCO       HCTZ JULY                   5.00      0.00     652.50    0.00
07/17/2005 MEDCO       LPN 070805                  1.00      0.00     647.50    0.00
07/12/2005 MEDCO       2ND OUTSIDE RUN FOR 07010  10.00      0.00     646.50    0.00
07/12/2005 MEDCO       ULTRAM 070105               5.00      0.00     636.50    0.00
07/12/2005 MEDCO       OUTSIDE RUN 070105         10.00      0.00     631.50    0.00
06/22/2005 MEDCO       TYLENOL/ANTACID X 2         1.00      0.00     621.50    0.00
06/22/2005 <MEDCO>     TYLENOL 061405             -4.00      0.00     620.50    0.00
06/22/2005 MEDCO       TYLENOL 061405              5.00      4.00     624.50    0.00
06/22/2005 <MEDCO>     LPN, WITCH HAZEL, HEMORRH  -6.00      4.00     619.50    0.00
06/22/2005 MEDCO       LPN, WITCH HAZEL, HEMORRH   6.00     10.00     625.50    0.00
06/20/2005 <MEDCO>     Payment for MEDCO on 2004  -8.50     10.00     619.50    0.00
06/20/2005 <MEDCO>     Payment for MEDCO on 2004  -1.00     18.50     628.00    0.00
06/20/2005 <MEDCO>     Payment for MEDCO on 2004  -0.50     19.50     629.00    0.00
06/20/2005 DEPMO       07412951103                20.00     20.00     629.50    0.00
06/17/2005 MEDCO       ANTACID                     0.50      0.00     629.50    0.00
06/15/2005 MEDCO       TYLENOL/ANTACID X 2         1.00      0.00     629.00    0.00
06/10/2005 MEDCO       TYLENOL                     0.50      0.00     628.00    0.00
06/10/2005 MEDCO       TYLENOL/ANTACID X 2         1.00      0.00     627.50    0.00
06/09/2005 MEDCO       TYLENOL/ANTACID X 2         1.00      0.00     626.50    0.00
06/09/2005 MEDCO       CTM  SUPP 052705            5.50      0.00     625.50    0.00
06/09/2005 MEDCO       F/U NO CHARGE 052705        0.00      0.00     620.00    0.00
06/09/2005 MEDCO       LAX 052705                  0.50      0.00     620.00    0.00
06/09/2005 MEDCO       TYLENOL/ANTACIDS X 2        1.00      0.00     619.50    0.00
06/09/2005 MEDCO       ANTACIDS                    0.50      0.00     618.50    0.00
06/09/2005 MEDCO       TYLENOL/ANTACID X 2         1.00      0.00     618.00    0.00
06/08/2005 MEDCO       4 X4 (NON-STERILE) HEMORR   2.50      0.00     617.00    0.00
06/08/2005 MEDCO       COLD PACK 051705            5.00      0.00     614.50    0.00
06/01/2005 MEDCO       TYLENOL/ANTACID X 6         3.00      0.00     609.50    0.00
05/21/2005 MEDCO       ANTACID                     0.50      0.00     606.50    0.00
05/21/2005 MEDCO       TYLENOL                     0.50      0.00     606.00    0.00
05/21/2005 MEDCO       TYLENOL/ANTACID             1.00      0.00     605.50    0.00
05/18/2005 MEDCO       BENADRYL 051605             5.00      0.00     604.50    0.00
05/18/2005 MEDCO       BOTTLE WITCH HAZEL 051605   5.00      0.00     599.50    0.00
04/30/2005 MEDCO       ANTACID                     0.50      0.00     594.50    0.00
04/30/2005 MEDCO       LPN/SUPPOSEITORIES (12) 0   6.00      0.00     594.00    0.00
04/30/2005 MEDCO       IBU 041905                  5.00      0.00     588.00    0.00
04/20/2005 MEDCO       BENADRYL 041505             5.00      0.00     583.00    0.00
04/20/2005 MEDCO       NASAL SPRAY 041505          5.00      0.00     578.00    0.00
---------------------------------------------------------------------------------
                                   Page 1
```

```
                       HOUSTON COUNTY JAIL
             ==================================================
                         Resident Account Summary
                     Friday, September 02, 2005  @11:40
             ================================================================
 For CIN: 29402      MATHIS, RAYMOND
--------------------------------------------------------------------------------
   Date     Transaction Description              Amount    Balance    Owed      Held     Reference
--------------------------------------------------------------------------------
 04/17/2005 MEDCO       TYELNOL                    0.50     0.00    573.00     0.00
 04/17/2005 MEDCO       TYLENOL/ANTACID            1.00     0.00    572.50     0.00
 04/17/2005 MEDCO       HEMORRHOID SUPP/COLD PACK  5.50     0.00    571.50     0.00
 04/17/2005 MEDCO       SUPPOSITORIES              0.50     0.00    566.00     0.00
 04/17/2005 MEDCO       HCTZ/WELLBUTRIN/HEMORRHOI 11.00     0.00    565.50     0.00
 04/17/2005 MEDCO       TRIPLE ANT CREAM /HEMORRH  1.00     0.00    554.50     0.00
 04/04/2005 MEDCO       TYELNOL/ ACIDS             1.00     0.00    553.50     0.00
 03/25/2005 MEDCO       TYLENOL                    0.50     0.00    552.50     0.00
 03/19/2005 MEDCO       ANTACID                    0.50     0.00    552.00     0.00
 03/19/2005 MEDCO       ANTACID                    0.50     0.00    551.50     0.00
 03/12/2005 MEDCO       ANTACID                    0.50     0.00    551.00     0.00
 03/12/2005 MEDCO       TYELNOL/ANTACID            1.00     0.00    550.50     0.00
 03/12/2005 MEDCO       ANTACID                    0.50     0.00    549.50     0.00
 03/11/2005 MEDCO       CRNP  INJECTION 030805    12.50     0.00    549.00     0.00
 03/10/2005 MEDCO       2ML INJECTION/SALT/BENGAY  3.50     0.00    536.50     0.00
 03/10/2005 MEDCO       HCTZ FOR AMRCH             5.00     0.00    533.00     0.00
 03/10/2005 MEDCO       ULTRAM 022405              5.00     0.00    528.00     0.00
 03/10/2005 MEDCO       IBU 400 MG 022305          5.00     0.00    523.00     0.00
 03/03/2005 MEDCO       FLEXERIL  SALT 022205      5.50     0.00    518.00     0.00
 03/03/2005 MEDCO       F/U (NO CHARGE)            0.00     0.00    512.50     0.00
 03/01/2005 MEDCO       BENGAY 021605              0.50     0.00    512.50     0.00
 02/28/2005 MEDCO       ANTACID X 3                1.50     0.00    512.00     0.00
 02/28/2005 MEDCO       TYLENOL X 4                2.00     0.00    510.50     0.00
 02/19/2005 MEDCO       TYLENOL X 4                2.00     0.00    508.50     0.00
 02/19/2005 MEDCO       ANTACID X 3                1.50     0.00    506.50     0.00
 02/19/2005 MEDCO       WELLBUTRIN/TRAZADONE/BENA 15.00     0.00    505.00     0.00
 02/19/2005 MEDCO       SALT /LAXATIVES 020605     1.00     0.00    490.00     0.00
 02/19/2005 MEDCO       COLD PACK 020605           5.00     0.00    489.00     0.00
 02/19/2005 MEDCO       JAW XRAY 020205           10.00     0.00    484.00     0.00
 02/19/2005 MEDCO       DR BANNER 020105          10.00     0.00    474.00     0.00
 02/14/2005 MEDCO       VOID-SALT 020405          -0.50     0.00    464.00     0.00
 02/14/2005 MEDCO       SALT 020405                0.50     0.00    464.50     0.00
 02/13/2005 MEDCO       TYLENOL                    0.50     0.00    464.00     0.00
 02/13/2005 MEDCO       TYLENOL                    0.50     0.00    463.50     0.00
 02/12/2005 MEDCO       ANTCID                     0.50     0.00    463.00     0.00
 02/12/2005 MEDCO       ANTACID                    0.50     0.00    462.50     0.00
 02/12/2005 MEDCO       ANTACID/TYLENOL            1.00     0.00    462.00     0.00
 02/12/2005 MEDCO       ANTACID                    0.50     0.00    461.00     0.00
 02/12/2005 MEDCO       TYLENOL                    0.50     0.00    460.50     0.00
 02/12/2005 MEDCO       SALT                       0.50     0.00    460.00     0.00
 02/05/2005 MEDCO       WELLBUTRIN/TRAZADONE/HCTZ 15.00     0.00    459.50     0.00
 02/02/2005 MEDCO       COLD PACK 12605            5.00     0.00    444.50     0.00
 02/02/2005 MEDCO       IBU 12505                  2.50     0.00    439.50     0.00
 02/02/2005 MEDCO       LPN 12505                  1.00     0.00    437.00     0.00
 01/22/2005 MEDCO       TYLENOL                    0.50     0.00    436.00     0.00
 01/22/2005 MEDCO       ANTACID                    0.50     0.00    435.50     0.00
 01/19/2005 MEDCO       XRAY ON 122904            10.00     0.00    435.00     0.00
 01/19/2005 MEDCO       BENADRYL 011405            5.00     0.00    425.00     0.00
 01/09/2005 MEDCO       WELLBUTRIN/TRAZADONE/HCTZ 15.00     0.00    420.00     0.00
 12/30/2004 MEDCO       BENADRYL 122104            5.00     0.00    405.00     0.00
 12/30/2004 MEDCO       TYLENOL 122004             5.00     0.00    400.00     0.00
 12/30/2004 MEDCO       LAX 121404                 0.50     0.00    395.00     0.00
 12/30/2004 MEDCO       VOID-LAX 121404            0.00     0.00    394.50     0.00
 12/30/2004 MEDCO       LAX 121404                 0.00     0.00    394.50     0.00
 12/30/2004 MEDCO       MUSCLE RUB  HEMORRHOID SU 10.00     0.00    394.50     0.00
 12/30/2004 MEDCO       CRNP, FLEXERIL, ANTIBIOTI 20.00     0.00    384.50     0.00
 12/19/2004 MEDCO       TYLENOL                    0.50     0.00    364.50     0.00
 12/12/2004 MEDCO       TYLENOL                    0.50     0.00    364.00     0.00
 12/12/2004 MEDCO       COLACE 120304              5.00     0.00    363.50     0.00
 12/12/2004 MEDCO       HCTZ FOR DEC               5.00     0.00    358.50     0.00
 12/12/2004 MEDCO       TYLENOL                    0.50     0.00    353.50     0.00
 12/03/2004 MEDCO       GAS TAB/TYLENOL            1.00     0.00    353.00     0.00
 12/03/2004 MEDCO       GAS TAB                    0.50     0.00    352.00     0.00
--------------------------------------------------------------------------------
                                   Page 2
```

```
===========================================================
                     HOUSTON COUNTY JAIL
===========================================================
                     Resident Account Summary
                  Friday, September 02, 2005  @11:40
==============================================================================
 For CIN: 29402     MATHIS, RAYMOND
------------------------------------------------------------------------------
    Date     Transaction Description             Amount   Balance     Owed     Held     Reference
------------------------------------------------------------------------------
 12/03/2004 MEDCO       TYLENOL                    0.50     0.00    351.50    0.00
 12/02/2004 MEDCO       BENGAY 110504              0.50     0.00    351.00    0.00
 12/02/2004 MEDCO       F/U 110904   NO CHARGE     0.00     0.00    350.50    0.00
 12/02/2004 MEDCO       DR. BANNER, HEMORRHOID 11 15.00     0.00    350.50    0.00
 12/02/2004 MEDCO       IBU 111004                 5.00     0.00    335.50    0.00
 12/02/2004 MEDCO       BENEDRYL 111704            5.00     0.00    330.50    0.00
 12/01/2004 MEDCO       TRAZADONE 112204           5.00     0.00    325.50    0.00
 12/01/2004 MEDCO       LAXATIVE 112204            0.50     0.00    320.50    0.00
 12/01/2004 MEDCO       LPN, AMOXIL WELLBUTRIN 11 11.00     0.00    320.00    0.00
 11/06/2004 MEDCO       TYLENOL                    0.50     0.00    309.00    0.00
 11/06/2004 MEDCO       MUSCLE RUB                 0.50     0.00    308.50    0.00
 11/06/2004 MEDCO       LPN 10282004               1.00     0.00    308.00    0.00
 11/06/2004 MEDCO       WELLBUTRIN/TRAZADONE FOR  10.00     0.00    307.00    0.00
 10/31/2004 MEDCO       TYLENOL                    0.50     0.00    297.00    0.00
 10/31/2004 MEDCO       GASX/TYLENOL               1.00     0.00    296.50    0.00
 10/31/2004 MEDCO       TYLENOL/ANTACID            1.00     0.00    295.50    0.00
 10/31/2004 MEDCO       TYLENOL                    0.50     0.00    294.50    0.00
 10/23/2004 MEDCO       TYLENOL                    0.50     0.00    294.00    0.00
 10/23/2004 MEDCO       TYLENOL                    0.50     0.00    293.50    0.00
 10/23/2004 MEDCO       TYLENOL                    0.50     0.00    293.00    0.00
 10/23/2004 MEDCO       TYLENOL/ANTACID            1.00     0.00    292.50    0.00
 10/22/2004 MEDCO       MRI 101204                10.00     0.00    291.50    0.00
 10/22/2004 MEDCO       BENADRYL 101504            5.00     0.00    281.50    0.00
 10/22/2004 MEDCO       DR BANNER NO CHARGE 10140  0.00     0.00    276.50    0.00
 10/22/2004 MEDCO       LPN, SALT  IBU             6.50     0.00    276.50    0.00
 10/22/2004 MEDCO       MUSCLE RUB 100704          0.50     0.00    270.00    0.00
 10/22/2004 MEDCO       X-RAY 092904              10.00     0.00    269.50    0.00
 10/22/2004 MEDCO       HYDROCORTISONE CREAM TUB1  5.00     0.00    259.50    0.00
 10/18/2004 LEGAL       CV:  1:04-CV-941-F       150.00     0.00    254.50    0.00
 10/17/2004 MEDCO       TYLENOL                    0.50     0.00    104.50    0.00
 10/13/2004 MEDCO       KENALOG,DR.BANNER         15.00     0.00    104.00    0.00
 10/13/2004 MEDCO       LUTRAM.SITZ BATH          15.00     0.00     89.00    0.00
 10/05/2004 MEDCO       TYLENOL                    0.50     0.00     74.00    0.00
 10/03/2004 MEDCO       WELL BUTRINFOR SEPT        5.00     0.00     73.50    0.00
 10/03/2004 MEDCO       TRAZADONE FOR SEPT         5.00     0.00     68.50    0.00
 10/03/2004 MEDCO       TYLENOL                    0.50     0.00     63.50    0.00
 10/03/2004 MEDCO       ANTACID                    0.50     0.00     63.00    0.00
 10/03/2004 MEDCO       ANTACID                    0.50     0.00     62.50    0.00
 10/03/2004 MEDCO       TYLENOLX2                  1.00     0.00     62.00    0.00
 09/27/2004 MEDCO       TYLENOL                    0.50     0.00     61.00    0.00
 09/27/2004 MEDCO       TYLENOL                    0.50     0.00     60.50    0.00
 09/26/2004 MEDCO       ANTACID                    0.50     0.00     60.00    0.00
 09/26/2004 MEDCO       TYLENOL                    0.50     0.00     59.50    0.00
 09/25/2004 MEDCO       ANTACID                    0.50     0.00     59.00    0.00
 09/25/2004 MEDCO       ANTACID                    0.50     0.00     58.50    0.00
      /2004 MEDCO       TYLENOL X5                 2.50     0.00     58.00    0.00
 09/25/2004 MEDCO       MUSCLE RUB                 0.50     0.00     55.50    0.00
 09/25/2004 MEDCO       LPN 090904                 1.00     0.00     55.00    0.00
 09/25/2004 MEDCO       MUSCLE RUB                 0.50     0.00     54.00    0.00
 09/25/2004 MEDCO       SALT                       0.50     0.00     53.50    0.00
 09/25/2004 MEDCO       TYLENOL                    0.50     0.00     53.00    0.00
 09/21/2004 MEDCO       COLACE AND SUPPOSITORY 8- 10.00     0.00     52.50    0.00
 09/21/2004 MEDCO       LPN AND EMT 8-30-04        2.00     0.00     42.50    0.00
 09/21/2004 MEDCO       SALT 9-14-04               0.50     0.00     40.50    0.00
 09/21/2004 MEDCO       ANTACIDS                   0.50     0.00     40.00    0.00
 09/21/2004 MEDCO       TYELNOL                    0.50     0.00     39.50    0.00
 09/21/2004 MEDCO       TYELNOL                    0.50     0.00     39.00    0.00
 09/21/2004 MEDCO       WITCH HAZEL 9-15-04        1.00     0.00     38.50    0.00
 09/19/2004 MEDCO       LPN082704                  1.00     0.00     37.50    0.00
 09/19/2004 MEDCO       SALT/HEMORRHOID CREAM 082  5.50     0.00     36.50    0.00
 09/19/2004 MEDCO       SALT                       0.50     0.00     31.00    0.00
 09/19/2004 MEDCO       TYLENOL                    0.50     0.00     30.50    0.00
 09/19/2004 MEDCO       TYLENOL X 3                1.50     0.00     30.00    0.00
------------------------------------------------------------------------------
                                 Page 3
```

```
===============================================
                HOUSTON COUNTY JAIL
===============================================
              Resident Account Summary
           Friday, September 02, 2005  @11:40
===============================================================================
For CIN: 29402    MATHIS, RAYMOND
-------------------------------------------------------------------------------
   Date      Transaction Description         Amount    Balance    Owed    Held    Reference
-------------------------------------------------------------------------------
09/19/2004  MEDCO     TYLENOL/ANTACID          1.00     0.00     28.50    0.00
09/18/2004  MEDCO     TYLENOL                  0.50     0.00     27.50    0.00
09/18/2004  MEDCO     TYLENOL                  0.50     0.00     27.00    0.00
08/30/2004  MEDCO     IBU 08202004             5.00     0.00     26.50    0.00
08/30/2004  MEDCO     WELLBUTRIM AND TRAZODONE 10.00    0.00     21.50    0.00
08/30/2004  MEDCO     EKG 080804              10.00     0.00     11.50    0.00
08/15/2004  MEDCO     EMT 080804               1.00     0.00      1.50    0.00
08/15/2004  MEDCO     TYLENOL                  0.50     0.00      0.50    0.00
08/08/2004  DEPCASH   INITIAL DEPOSIT          0.00     0.00      0.00    0.00
```