In the District Court of the United States
for the Middle District of Alabama, Southern Division

Raymond Mathis
    Plaintiff

vs.

Lamar Glover, et Al.,
    Defendants

Civil Action No. 05-CV-1084-MHT

## Motion to Amend Complaint
### Plaintiff Request leave to Amend

Comes Now Raymond Mathis and seek leave to Amend the Civil complaint now filed. Mathis comes under complete Jurisdiction of Federal Rules of Civil Procedures, Rule 15. The following claims and grounds which are stated individually.

Defendants to be served each individually:

1) Sheriff Lamar Glover 901 E. main st. Dothan, Al. P.O. Box 6406, Dothan, Al. 36302
2) Sergent Turner, 901 E. main st. Dothan, Al. 36301
3) Sergent Davis, 901 E. main st. Dothan, Al. 36301
4) Sergent Bonin, 901 E. main st. Dothan, Al. 36301
5) Donal Campbell, P.O. Box 301501 Montgomery, Al. 36130
6) Nurse Darla Speigner, 901. E. main st. Dothan, Al. 36301
7) Nathan Mathis Houston County Commissioner P.O. Box 6406 Houston county courthouse Dothan, Al. 36302

8. William McCarty 901 E. Main St. Dothan, Al. 36301
9. c/o Skelton 901 E. Main St. Dothan, Al. 36301

Claim one -
Medical care by written policy
Abuse of state and federal Health laws
to Arbitrarily deny Medical Care owed
Constitutional 1st, 4th, 8th, and 14th Amend

1) Nathan Mathis, Lamar Glover, Darla Speigner, and Commander William McCarty. Sgt. Turner, and Sgt. Davis. All named defendants have used their Job under the color of state law to conspire and create a full written medical care policy to willfully, maliciously, and in bad faith to prevent plaintiff and other inmates proper Medical care, and treatment. See Exhibit "A" Attached For Proof of claim.

2) Each defendant have made cost of medical care full priority. Where Plaintiff and all others are illegally and wrongfully charged for excessive medical co-pay. See Exhibit "A"

3) Plaintiff and all others are govern by federal prescription drug laws. for warning labels, Drug brand name Purchasing and sales. Defendants have conspired under the color of state law to illegally charge Plaintiff and all others for medication without benefit of labeling, instructions, warning, and federal Regulation for sale of medications. Defendants have conspired to violate federal laws of these United States for profit in direct Violation of state and federal laws which are known Criminal Charges for and tampering, fraud and illegal dispensing of medication. Plantiff is charged and has been charged for and Alleged substance to which was not tylenol. →

But some other crushed pill without any mark or brand name.
1) Defendants have conspired under the color of state law. Sheriff Lamar Glover, Houston County Commissioner Nathan Mathis, Darla Speigner, and all others named to create illegal price fixing, over charging, and completely denying proper medical care with over charging all indigent inmates and plaintiff.

Mathis and all others come under Alabama Constitution 1901, and Alabama statute for indigent inmates. Alabama constitution forbid, prohibits creating of sufferage, and Constitutional deprivation of rights owed by state and federal law.

Defendants charge Mathis and all others 20.00 for a hospital visit where Mathis and all other inmates are without a job, incarcerated, have bad credit, and financial benefits by earned income. Defendants are knowingly taking money by donation, and gifts from family for our commissary purchases.

Defendants who owe a legal County duty by Southeast Alabama Medical Center, State Health department to provide medical care to citizens of Houston County Alabama without a co-pay being first applied. Mathis and all others who are housed are being punished and forced to pay co-pay cost to defendants where Houston County, Alabama and all other state health laws governing medical care for all who ar indigent and without insurance for medical care.

Mathis and all other inmates who come under code of Alabama 1975 Section 14-6-19 are govern by Legislative intent which has nothing to grant and permit price fixing, over charging and excessive penalty for medical care, by overcharging indigent inmates.

## Relief Requested Claim one

① The court issue a order for defendants to produce the full individually wrapped and sealed medication purchased for resale, and company medication is packaged by for individual sales authorization.

② Defendants to produce federal drug Administration guidelines for sale of medication by over the counter sales.

③ Defendants to produce the state, and county statute, ordinance, regulation for resale of over the counter medications for Houston County Jail. The name of each party in Houston county, Alabama who sign for authorization to charge inmates for over the counter meds.

④ The Court to Award Declaratory Judgement against defendants.

Ⓐ To declare the charges for medical co-pay to be in direct violation of state and federal guidelines.

Ⓑ To declare the resale of bulk medication to be illegal.

Ⓒ To declare the policy, procedures, and administering of medication to be Illegal, and direct violation of federal government regulations for ingridients, warning, labeling, and packing. The court to issue a full order for federal investigation of the illegal acts.

⑤ The court to take special review that based on federal drug standards defendants are using written medical care policy to deny adequate and proper medical treatment.

⑥ The Judge to award full orders to make defendants comply with federal and state Laws for medical treatment and care.

⑦ To any and all relief to which Mathis is Entitled.

⑤

## Claim Two: Deliberate Indifferent to Obvious medical care conspiracy to Deny medical care

1). Defendants after having full knowledge, and the very viewing of Mathis hand, and plain that Mathis was in need of medical care and treatment.

2) Defendants Each from a previous civil rights violation for denial of medical care for a back injury to which Mathis received for failure of defendants to keep the Jail safe and secure.

3) Defendants have need used their sworn oath under Alabama Law, and professional medical duties to knowingly deny Mathis the care owed for any human who suffered Actual injury by a broken hand. Mathis did each and everything humanly possible to obtain medical care and treatment. Defendants out of malice for the civil Rights actions filed against these defendants out right refused to treat and care for Mathis medical conditions.

4.) Mathis has a claim to which relief can be granted where each defendant have deliberately with evil intent of human mind to cause Mathis cruel and unusal punishment. where it was obvious to the human eye that mathis hand was broken.

5) Mathis has a claim to which relief can be granted where each defendant has conspired together to violate the 4th, 1st, 8th, and 14th amendment rights of Mathis.

6) Mathis claims are clear. Mathis Broke his right Hand Requested medical care, defendants refused to treat and care for Mathis medical needs after seeing obvious medical conditions existed.

## Relief Requested



(1) The Judge to issue a order to serve each defendant with a copy of the complaint.

(2) Mathis Request the Judge take special review of facts and actual acts done by Houston County Jail officials for a complete up date of medical procedures and policy.

(3) Mathis Request a complete federal and state investigation for excessive charging, Price fixing, medication tampering, and Actual theft of funds.

(4) Mathis seeks declaratory Judgement

(A) To declare defendant actions to be deliberate indifferent to Mathis serious medical needs.

(B) To declare defendants Actions in direct violation of Alabama Law where medical care and treatment is a statute of Law Required to be provided to Inmates.

(C) To declare defendants to be in violation of all constitutional rights owed to Mathis.

(D) To declare defendants are obligated to make monetary damages for all constitutional violations done.

(5) Mathis seek trial by Jury to this Action.

Claim Three - Sixth Amendment Violation
To hinder delay, and obstruct the filing of this claim in court.

(1) Defendants, Sheriff Lamar Glover, C/O Skelton, Sgt. Turner, Sgt. Marsh, Sgt. Reynolds, Sgt. Davis, Sgt. Bonin, and Commander McCarty. Each of the defendants have implemented and force a policy to provide Mathis and all others housed, only (2) Two sheets of paper to Address the courts for civil rights violations, Administrative complaints, and other access to court needs.

(7)

2. Defendants have a created law library, and refuse to provide adequate supplies to Mathis for Mathis court needs. See Exhibit 7 "B" Defendants each know and are obligated by state law to know that inmates have a right to appear in court for actual injury, or claimed acts done which require court filing.

3. Each defendant is using their sworn oath to knowingly violate Mathis and all others Constitutional Rights to which they swore to uphold.

4. Mathis is being denied for filing court documents. Mathis and all others are being denied to prevent all inmates from addressing the court.

5. Mathis is being denied adequate supplies, pen, paper, books, and sufficient hours to use the law library to retaliate for filing this law suit. Mathis states that as of January 1, 2006 to the present date, all supplies have been denied for adequate access, only (2) two sheets of paper, and no ink pens. Mathis can only receive at the most, one hour a week depending on Correctional staff and defendants who are sgt.

6. Mathis have a claim where defendants named are out-right going against created Constitutional rights to retaliate against Mathis for filing this civil Rights complaint in court for Relief.

## Relief Requested

1. The Judge to issue an order for defendants to show cause why Mathis sixth amendment Rights are being violated out of Retaliation for filing this civil complaint.

2. The defendants to show good cause why Mathis and all others only receive (2) two sheets of paper for legal supplies to which they know is totally inadequate.

3. The defendants to produce the inventory sheet of all books in Houston County law library, and all up to date court books purchased for a full operational law library.

⑧

4. Mathis seeks declatory Judgement to be awarded.
(A) Defendants to be made to comply with constitutional United States Laws under the 6th Amendment for Adquate supplies to be issued.
(B) To declare retaliation to hinder, delay, and obstruct Mathis 6th Amendment Right to address this court for a Civil Rights violation to be in direct violation of Mathis protected rights.
5. The court to grant Mathis Injunctive Relief where Mathis can prevail for Actual injury Done to Him by Each named defendant, and are intentionally using their sworn oath under state Law to violate Mathis Rights.
6. To Any And All Relief to which Mathis is entitled.

Respectfully submitted
*Raymond Mathis*
Raymond Mathis
901 E. Main St.
Dothan, Al. 36301

## Certificate of Service

I do hereby certify and say that I have served the Attorney at the following:

Gary C. Sherrer, Jones & Terry, PC.
Attorneys At Law
335 West Main, St.
36301

I have placed a copy of the same in the U.S. Mail Postage paid by the undersigned and placed in the U.S. Mail. Done this 16th day of February, 2006
By my signature Below

*Raymond Mathis*