IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05-CV-1084-MHT |
| | ) |
| LAMAR GLOVER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to amend complaint filed by the plaintiff on February 23, 2006 (Court Doc. No. 8), and for good cause, it is

ORDERED that:

1. The motion to amend be and is hereby GRANTED to the extent that the plaintiff seeks to add Sgt. Bonin, Nathan Mathis and officer Skelton as defendants.

2. The motion to amend be and is hereby GRANTED to the extent that the plaintiff seeks to assert additional claims for relief against defendants Glover, Turner, Davis, Speigner and McCarty.

3. The motion to amend be and is hereby DENIED to the extent that the plaintiff seeks to add Donal Campbell, the former Commissioner for the Alabama Department of Corrections, as a defendant because Campbell is not in any way responsible for the actions about which the plaintiff complains.

4. Sgt. Bonin, Nathan Mathis and officer Skelton be added as defendants in this

cause of action.

 5. The original and amended defendants undertake a review of the subject matter of the complaint, as amended, (a) to ascertain the facts and circumstances of this complaint; (b) to consider whether any action should be taken to resolve the subject matter of the amended complaint; and (c) to determine whether other similar complaints, whether pending in this court or elsewhere, should be considered together.

 6. On or before April 5, 2006, the original and amended defendants shall file a written report containing the sworn statements of all persons having knowledge of the subject matter of the complaint, as amended. Authorization is hereby granted to interview all witnesses, including the plaintiff. <u>Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report. Where the plaintiff's claims or the defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.</u>

 7. On or before April 5, 2006, the original and amended defendants shall file an answer to the complaint, as amended.

 8. The original defendants be GRANTED an extension until April 5, 2006 to file their answer and written report in compliance with the order entered on February 2, 2006.

 9. <u>No</u> motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission

of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

    10. <u>NOTICE TO PLAINTIFF</u>.

    (a) The *Federal Rules of Civil Procedure* require that the plaintiff mail to the lawyer for the defendants or, if no attorney has appeared on behalf of the defendants, the defendants themselves a true copy of **anything** which he sends to the court. Failure to do so may result in dismissal of this case or other penalties. Anything filed should contain a certificate of service which specifically states that the pleading has been sent to the lawyer for the defendants. If the pleading does not contain a certificate of service, it will not be accepted for filing.

    (b) With the exception of the complaint and any response ordered by the court, "[n]o other pleading shall be allowed" in this cause of action. Rule 7(a), *Federal Rules of Civil Procedure*.

    (c) Each pleading, motion or other application submitted to the court shall contain "a caption setting forth the name of the court, title of the action, the file number, and a designation[,]" Rule10(a), *Federal Rules of Civil Procedure*, and must be signed by the plaintiff. Rule 11(a), *Federal Rules of Civil Procedure*.

    (d) Every application which requests an order or particular action by the

court "shall be [presented] by motion which, unless made during a hearing or trial, shall be made in writing." Rule 7(b)(1), *Federal Rules of Civil Procedure.* The application "shall set forth with particularity the grounds" for the motion and "the relief or order sought." *Id.* Additionally, the request or application for relief must contain a proper caption setting forth a title designation which specifically states the action that the applicant or movant wants the court to undertake. Rules 7(b)(2) and 10(a), *Federal Rules of Civil Procedure*. Any application or request which fails to comply with the directives of the civil rules as outlined in this order will not be accepted by the court for filing.

**The plaintiff is hereby advised that the court will consider only those requests presented in an appropriate motion which is in the proper form. Consequently, any application for relief or request for action *must be contained in the title of the motion to warrant consideration by the court.***

(e) Any additional proposed amendments to this cause of action must be labeled with the words "amendment to complaint" or similar language, shall contain claims or facts which relate to the original complaint, and must be accompanied by a motion for leave to amend. **Additionally, no further amendments will be allowed unless the plaintiff establishes extraordinary circumstances justifying why such claims were not previously presented to the court.**

(f) It is the responsibility of the plaintiff to furnish the clerk's office with accurate addresses for the defendant(s) whom plaintiff wishes to serve. Without accurate addresses, service of process is impossible. It is also the responsibility of the plaintiff to monitor this case to make sure that the persons whom plaintiff wishes to sue have been served. If a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances.

The plaintiff is specifically **CAUTIONED** that his failure to file motions, pleadings

or other papers in conformity with the *Federal Rules of Civil Procedure* and/or the directives contained in this order will result in such documents not being accepted for filing. The CLERK is DIRECTED to not accept for filing any pleadings, motions or other applications submitted by the plaintiff which are not in compliance with either the *Federal Rules of Civil Procedure* or the directives contained in this order.

The CLERK is hereby DIRECTED to furnish a copy of this order to the plaintiff. A copy of this order together with a copy of the complaint and amendment to the complaint shall likewise be provided to Sgt. Bonin, Nathan Mathis and officer Skelton. A copy of this order and the amendment to the complaint shall also be furnished to counsel of record for the original defendants.

Done this 24th day of February, 2006.

/s/ Delores R. Boyd

UNITED STATES MAGISTRATE JUDGE