EXHIBIT "A"

A. Inmate towel and bath cloth must be hung on the foot of the bed and be centered. The towel will be hung first and the bath cloth hung neatly on the top of the towel.

B. Shoes will be placed underneath the right side of the bunk at the foot of the bunk with toes turned out.

C. The bunk will be neatly made.

D. Bunks will be in compliance from 8:00 AM to 9:00 PM Monday through Friday.

E. On Saturday and Sunday, bunks will be in compliance from 10:00 AM to 9:00 PM.

F. No items will be stored underneath the bunk except shoes. The inmate must keep his area clean and clear of litter.

G. No items of any kind will be placed or stored on the window sill of the cell.

## MEDICAL CARE

A. Inmates are charged a co-pay for medical care at the jail. Inmate medical care is **not** free. Alabama law dictates that inmate medical service is free when the inmates "are unable to provide for themselves," (Code of Alabama 14-6-19).

B. Inmate medical co-pay is taken from the inmate's commissary funds.

C. The inmate will be charged a co-pay for each medical visit and each medical service based on the following fees:

| | |
|---|---|
| Hospital Visit | $20.00 |
| Doctor Visit | $20.00 |
| Practioner Visit | $20.00 |
| LPN Visit | $ 5.00 |
| EMT Visit | $ 2.00 |
| Lab/X-Ray | $20.00 |
| Prescription (each) | $10.00 |
| Non-Prescription (each) | $  .50 |
| Dental visit | $20.00 |

D. Inmates who request medical clearance to perform trustee duties and then refuse to work will be charged $98.00, or actual cost, for their lab work.

E. Inmates are not allowed to ask questions during medication pass.

F. Med call is announced prior to the nurse arriving

8

in each area. Any inmate not standing in line by the door will forfeit their medication and be noted as being absent.

## CHAPLAIN SERVICES

A. The jail has a staff chaplain on part-time duty. However, a 24-hour call is maintained for inmates who request emergency service.

B. Inmates **must** request chaplain service. Inmate request forms may be obtained from the corrections officer on duty.

C. Inmates who are members of an established religious body may be visited by the clergy of the religious body at times listed, Monday thru Friday, during the hours:  9:00 A.M. - 11:00 A.M.
   1:00 P.M. - 2:30 P.M.
   3:30 P.M. - 4:30 P.M.
except during lock-up times or when the inmate is on disciplinary lockdown. At the discretion of the supervisor on duty, inmates on disciplinary lockdown may be visited by clergy.

D. Clergy must show proof that they are ministers of an established religious body of which the inmate desiring a visit is a declared member and complete a visitation form provided by the jail facility before they are allowed visitation. Ministers are required to complete the visitation form only once.

E. **Pastoral visits are discouraged on Saturdays and Sundays due to weekend visitation except during emergency situations.**

F. Non-denominational services are held during the evenings on Monday, Tuesday, and Thursday, of each week. Other services and classes are held at the discretion of the chaplain.

G. Attendance at religious services is not mandatory for the inmate. The privilege to attend religious services may be revoked by the supervisor on duty for misbehavior during the service or any violation of the inmate rules.

H. Clergy who have family members that are incarcerated and a member of the clergy's religious body may visit the inmate once as clergy. The remaining visits will be on regular visiting time assigned to the inmate. Clergy will be any minister employed by the established religious organization.