**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nathan Mathis
   Houston County Courthouse
   P.O. Box 6406
   Dothan, AL 36302

2. Article Number
   (Transfer from service label)    7005 1820 0002 3461 4889

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X John McIntosh    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   John McIntosh                  2-27-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   1:05CV1084
   C, Amd Cmp + O  4/3/06

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540