**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Skelton
   901 East Main Street
   Dothan, AL 36301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signature)_
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )
   _(illegible)_

C. Date of Delivery
   2-28-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   1:05CV1084

   C, Amde + o             4/5/06

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from _____)
   7005 1820 0002 3461 4872

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540