IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RAYMOND MATHIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:05-cv-1084-MHT |
| | ) |
| **LAMAR GLOVER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants in the above-styled cause, and respectfully request a two (2) day extension through and until May 9, 2006, in which to file their Special Report and Answer with this court, and as grounds therefore state as follows:

1. That Defendants Special Report and Answer is currently due in this case on May 5, 2006.

2. The undersigned has been unable to meet with certain officers to finalize and execute their affidavits for use with the Special Report and Answer.

3. The undersiged's 86-year-old mother was unexpectedly taken to the hospital by ambulance on Sunday evening, April 30, 2006 and remains in the cardiac unit in a Huntsville hospital, requiring unanticipated travel by the undersigned.

WHEREFORE, Defendants respectfully request a two (2) day extension through and until May 9, 2006, in which to file their Special Report and Answer in this case.

Dated this 5th day of May, 2006.

Respectfully submitted,

s/Gary C. Sherrer
GARY C. SHERRER
Bar Number: SHE016
Attorney for Defendants

OF COUNSEL

Sherrer, Jones & Terry, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all listed parties, and I further certify that a copy of the foregoing has been served upon, Raymond Mathis, #29402, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 5th day of May, 2006.

s/Gary C. Sherrer
OF COUNSEL