IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RAYMOND MATHIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:05-cv-1084-MHT |
| | ) |
| **LAMAR GLOVER, et al.,** | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority for administering oaths, personally appeared **Dr. Sam Banner**, who is and at all times complained of by plaintiff in his Complaint, is a practicing physician/doctor, who along with the medical staff of the jail, provided and continues to provide medical services to the inmates in the jail, who being by me first duly sworn, deposes and says as follows:

I am Sam Banner and I am a practicing physician/doctor who, at all times relevant to the facts allegedly giving rise to plaintiff's complaint, provided and continue to provide medical services to inmates in the jail, in the medical clinic in the Houston County Jail. Unless otherwise specifically indicated herein, I have personal knowledge of the facts and information contained herein. I make

DR. SAM BANNER - AFFIDAVIT                                                                                              PAGE 1

**EXHIBIT 2**

this affidavit after review of the subject matter and in an attempt to address the allegations of plaintiff in this case.

In addition to funding three full time nurse positions (one of which is a certified nurse practitioner), a doctor contracted as the staff doctor and a registered supervising pharmacist for the provision of medical care to inmates such as the plaintiff, the County Jail provides a general medical clinic for medical problems that may arise in the jail. The clinic is held once a day, Monday through Friday. The clinic is staffed by myself as the staff physician and/or the nurse practitioner under my supervision. Thus, inmates are given daily access to nursing services, hospital emergency room services, if necessary, and the general medical clinic. In addition, the nurses who work at the jail carry beepers and alternate being "on call" so there is generally a nurse available "on call" to the jail on a 24 hours a day, seven days a week, basis.

With regard to Plaintiff's claims related to denial of medical treatment, the policy of the Houston County Jail is that all requests for medical treatment are forwarded to one of the nurses on duty with the expectation that appropriate and necessary medical treatment will be provided to or obtained for the inmate.

Based on my treatment of the plaintiff and my review of the plaintiff's jail medical file, the plaintiff was, during the period of time made the basis of Plaintiff's complaint, provided necessary medical testing, treatment and care while in the Houston County Jail.

With regard to the allegations made by Plaintiff relative to medical treatment, it is my opinion, that compared with people who are not in jail Plaintiff has been given appropriate therapy and treatment. At all times alleged in Plaintiff's Complaint, he has been given and provided adequate and necessary medical treatment and has at all times relevant thereto been provided with all

medically necessary medications.

As can be seen from his jail medical records, the Plaintiff was seen many times by the Jail medical staff and myself and has been to see specialists and has at all times relevant to the Plaintiff's claims been provided significant medical care while an inmate in the Houston County Jail.

In addition to the forgoing, while he was in the jail, the plaintiff was seen almost every day by one of the nurses when they would give out medications on the inmate floors. The nurses on duty in the jail, go onto the jail floors every day for the dispensing of medications. This is also a time when inmates have an opportunity to personally tell one of the nurses if they have a medical problem and to be placed on the jail medical clinic list or otherwise treated as necessary.

For more detail relative to the medical treatment rendered to the plaintiff, please refer to the copy of his jail medical file which is attached to the affidavit of the nurse practitioner Darla Jane Speigner as Exhibit A.

_____
DR. SAM R. BANNER

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me the undersigned authority, personally appeared **Dr. Sam Banner**, who being sworn by me according to law, deposes and states that the matters and things alleged in the above Affidavit are true and correct to the best of his information, knowledge and belief.

Sworn to and subscribed before me on this the 9th day of May, 2006.

_____
NOTARY PUBLIC
My Commission Expires: 12-9-08