# HOUSTON COUNTY JAIL
## NURSING DEPARTMENT
### FLOW SHEET

NAME: _Mathis, Raymond_    D. O. B. _8/29/62_    I/M#: _29402_

| Start Date | MEDICATIONS: | Stop Date |
|---|---|---|
| 12/19/05 | 1. Wellbutrin 200mg PO bid | Cont |
| 3/31/05 | 2. HCTZ 25mg PO daily | |
| 8/29/06 | 3. Colace 200mg PO qhs | |
| 1/26/06 | 4. Trazadone 100mg PO qhs  remainder of rx | 3/20 |
| 2/6/06 | 5. Benadryl 50mg PO qhs | Cont |
| | 6. Cogentin 1mg po qhs | |
| | 7. Thorazine 25mg PO qhs | |
| | 8. Flexeril 10mg PO qhs x 30 days | 3/8 |
| | 9. | |
| | 10. | |

**CLINICS:**

| | |
|---|---|
| HIV | _____ |
| COPD | _____ |
| SEIZURE | _____ |
| DIABETIC | _____ |
| HEPATITIS | _____ |
| HYPERTENSION | _____ |

**LABS:**

| | NURSE INITIALS |
|---|---|
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |

**MISCELLANEOUS:**

| |
|---|
| |
| |
| |
| |
| |
| |

**PROBLEMS:**

| |
|---|
| DATE: |
| DATE: |
| DATE: |
| DATE: |
| DATE: |
| DATE: |

# HOUSTON COUNTY JAIL
## NURSING DEPARTMENT
### FLOW SHEET

NAME: _Mathis, Raymond_    D. O. B. _8-29-67_    I/M#: _29402_

| Start Date | MEDICATIONS: | Stop Date |
|---|---|---|
| ~~~~~~ | ~~~~~~~~~~~~~~~~~~~~~~~~ | ~~~~~~ |
| | 2.↑ Wellbutrin 200mg PO bid | Cont |
| 3/31/05 | 3. HCTZ 25mg PO daily | \| |
| 8/29/05 | 4. Colace 200mg PO qhs | \| |
| 11/19 | 5. Tylenol 1gm PO bid x 30days | 12/20 |
| 1/6/06 | 6. IBU 400mg po bid x 30days | 2/7 |
| 12/18/06 | 7. Benadryl 50mg PO qhs x 30 days | 1/18 |
| 1/17/06 | 8. Cold pack po bid x 5 days | 1/22 AM |
| 1/26/06 | 9. Trazadone 100mg PO qhs remainder of bx | 3/20/06 |
| 1/31 | 10. Cold Pack | D/c 2/5 AM |

**CLINICS:**

HIV _____
COPD _____

SEIZURE _____
DIABETIC _____

HEPATITIS _____
HYPERTENSION __✓__

| LABS: | NURSE INITIALS |
|---|---|
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |

**MISCELLANEOUS:**

| |
|---|
| |
| |
| |
| |
| |

**PROBLEMS:**

| | |
|---|---|
| DATE: 2/6/06 ? Schizo / psych d/c T/o | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |

# HOUSTON COUNTY JAIL
## NURSING DEPARTMENT
### FLOW SHEET

NAME: _Mathis, Raymond_     D. O. B. _8/29/62_     I/M#: _____

| Start Date | MEDICATIONS: | Stop Date |
|---|---|---|
| 3/31/05 | 1. ~~Neuron 20mg Po Qd~~ | ~~Cont~~ |
| 03/31/05 | 2. ~~Lisinopril 10mg Po Qd~~ | ~~Cont~~ |
| 3/31/05 | 3. ~~Colace 200 mg Po Qd~~ | Cont |
| 7/16/05 | 4. ~~Benicar 30 Qd~~ | ~~11/1/05~~ |
| 10/03 | 5. ~~Aldara _____ x 7 days~~ | 11/1/05 |
| 11/14/05 | 6. Benadryl 50mg Po Tid x 30 days | 12/5 |
| 11/19/05 | 7. Tylenol #3 po bid x 30 days | 1/20 |
| 11/08/05 | 8. Rocephin 1gm #1 I.M. x1 Doxycycline 200mg Po bid x7 days | x1 12/5 |
| 1 | 9. Bactrim ds po bid x 7 days | 1 |
| 11/24/05 | 10. Decadron 2cc IM now | x1 |

**CLINICS:**

HIV _____
COPD _____

SEIZURE _____
DIABETIC _____

HEPATITIS _____
HYPERTENSION _____

**LABS:**

| DATE: | NURSE INITIALS |
|---|---|
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |

**MISCELLANEOUS:**

|  |
|---|
|  |
|  |
|  |
|  |
|  |

**PROBLEMS:**

| DATE: | |
|---|---|
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |

# HOUSTON COUNTY JAIL
## NURSING DEPARTMENT
### LAMAR GLOVER , SHERIFF

## HYPERTENSION CLINIC

**BLOOD PRESSURE FLOW SHEET:**

NAME: Mathis Raymond     D.O.B. 8/29/62     I/M # 29482

| DATE | BP | WT | DATE | BP | WT | DATE | BP | WT |
|------|-----|-----|---------|--------|-----|------|-----|-----|
| 8/19/04 | 136/96 | | 10-7-05 | 127/81 | | | | |
| 9/7/04 | 146/95 | | 10-17-05 | 123/79 | | | | |
| rev | 142/98 | | 10-18-05 | 120/78 | | | | |
| 8/27/04 | 132/89 | | 1-12-06 | 136/83 | | | | |
| 8-30-04 | refused | | | | | | | |
| 9-17-04 | 146/95 | | | | | | | |
| rev | 142/98 | | | | | | | |
| 9-9-04 | 140/96 | | | | | | | |
| rev | 124/91 | | | | | | | |
| 9-24-04 | 124/86 | | | | | | | |
| 10-14-04 | 149/98 | | | | | | | |
| 10-13-04 | 148/98 | | | | | | | |
| rev | 141/98 | | | | | | | |
| 10-28-04 | 158/101 | H/S HCTZ begin | | | | | | |
| rev | 149/99 | | | | | | | |
| 11-12-04 | 124/91 | | | | | | | |
| 12-8 | 118/84 | 203 lbs | | | | | | |
| 11-23 | 112/81 | | | | | | | |
| 12/29/04 | 117/79 | | | | | | | |
| 1/26/05 | 114/79 | | | | | | | |
| 3-1-05 | 138/88 | 215½ | | | | | | |
| 3-14-05 | 131/89 | | | | | | | |
| 4-20-05 | 141/91 | | | | | | | |
| | rev 135/89 | | | | | | | |
| 4-28-05 | 142/91 | | | | | | | |
| rev | 137/95 | | | | | | | |
| 5/3/05 | 137/86 | | | | | | | |
| 5-27-05 | 122/85 | | | | | | | |
| 6-14-05 | 113/77 | | | | | | | |
| 6-16-05 | 144/95 | | | | | | | |
| rev | 134/91 | | | | | | | |
| 7-8-05 | 124/81 | | | | | | | |
| 8-10-05 | 116/75 | | | | | | | |
| 9-4-05 | 136/86 | | | | | | | |

6/30
119/83

Other Disease's:

HOUSTON COUNTY SHERIFFS OFFICE

INMATE INFORMATION SHEET                                Page    1

BOOKING NO:    050001253                          LOCAL ID:   29402

Name    : **MATHIS RAYMOND**

Address: **719 MERCURY DR**

City    : **DOTHAN**        State: **AL** Zip: **36301**

## Physical Description

Race :  **BLACK**                Hair :  **BLACK**

Gender: **MALE**                 Eyes: **BROWN**

Height: **6 ' 02 "**             Complexion:  **BLACK**

Weight: **230**            DOB:  **08/29/1962**     Age: **42**

Scars/Tattoos:

## Personal Information

DL State :                   Home Phone:  **334 792 0411**

DL Number:                   Work Phone:

SSN:  **363 76 7452**

SID:

## Booking Information

Arrest Date: **03/28/2005**     Booking Officer: **CAPSHAW**

Arrest Dept: **DPD**            Booking Date: **03/28/2005**

Arrest Offcr: **S COSTELLO**     Booking Time: **10:37**

Search Offcr: **CAPSHAW**             Facility: **01**

Meal Code: **01**          Cell Assignment: **I-7**

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| **BURGLARY III** | **$00.00** | **110000** | **PENDING** |

# HOUSTON COUNTY JAIL
## RECEIVING SCREENING FORM

J-6

NAME: Mathis, Raymond   RACE/SEX: B/M   D.O.B: 8-29-62

DATE: 3-28-05   TIME: _____   DOCTOR: _____

BOOKING OFFICER: Capshaw   MEDICAL INSURANCE: _____

SOCIAL SECURITY NUMBER: 363 - 76 - 7452   INMATE NUMBER: 29402

### VISUAL OPTION:

1. IS THE PERSON CONSCIOUS? — (YES) NO
2. IS THERE PAIN OR OTHER SYMPTOMS OF NEED FOR EMERGENCY MEDICAL TREATMENT? — YES (NO)
3. IS THERE OBVIOUS FEVER OR OTHER EVIDENCE OF INFECTION WHICH MIGHT SPREAD? — YES (NO)
4. IS THE SKIN IN GOOD CONDITION AND FREE OF VERMIN? — (YES) NO
5. DOES HE/SHE APPEAR TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS? — YES (NO)
6. ARE THER ANY VISIBLE SIGNS OF ALCOHOL/DRUG WITHDRAWAL SYMPTONS? — YES (NO)
7. DOES HE/SHE BEHAVE ABNORMALLY?   EXPLAIN _____ — YES (NO)

_____

8. DOES THE INMATES BEHAVIOR SUGGEST THE RISK OF ASSAULT TO STAFF OR OTHERS? — YES (NO)
9. DOES THE INMATE HAVE A MEDICAL ALERT CARD OR OTHER MEDICAL INFORMATION? — YES (NO)

### OFFICIAL – INMATE QUESTIONNAIRE:

10. ARE YOU TAKING MEDICATION FOR DIABETES, HEART DISEASE, SEIZURES, ARTHRITIS, (ASTHMA,) ULCERS, (HIGH BLOOD PRESSURE) OR PSYCHIATRIC DISORDER? (CIRCLE WHICH). — (YES) NO
11. DO YOU HAVE MEDICATION WITH YOU? — YES (NO)
12. DO YOU HAVE A HISTORY OF TUBERCULOSIS? — YES (NO)
13. DO YOU HAVE A HISTORY OF VENEREAL DISEASE OR ABNORMAL DISCHARGE? — YES (NO)
14. HAVE YOU RECENTLY BEEN HOSPITALIZED OR RECENTLY SEEN A DOCTOR FOR ANY REASON? IF YES, EXPLAIN: _____ — YES (NO)
15. ARE YOU ALLERGIC TO ANY MEDICATION? WHAT? _____ — YES (NO)
16. HAVE YOU FAINTED RECENTLY OR HAD A HEAD INJURY? — YES (NO)
17. DO YOU HAVE EPILEPSY, DIABETES, HEPATITIS, OR ANY CHRONIC ILLNESS? _____ — YES (NO)
18. DO YOU HAVE A PAINFUL, DENTAL CONDITION? Broke teeth. — (YES) NO
19. IF FEMALE, ARE YOU PREGNANT? ON BIRTH CONTROL PILLS? (CIRCLE WHICH) — YES (NO)
20. DO YOU HAVE A SPECIAL DIET PRESCRIBED BY A PHYSICIAN? TYPE _____ — YES (NO)

_____

21. DO YOU HAVE ANY OTHER MEDICAL PROBLEM WE SHOULD KNOW ABOUT? REMARKS: Back problems, Hemroids. — (YES) NO

STATE OF ALABAMA}
HOUSTON COUNTY}   **MEDICAL RELEASE AUTHORIZATION**

**KNOW ALL MEN BY THESE PRESENTS,** THAT FOR AND IN CONSIDERATION OF HOUSTON COUNTY, ALABAMA, ASSUMING THE FINANCIAL RESPONSIBILITY OR LIABILITY FOR MY MEDICAL OR DOCTOR TREATMENT AND CARE, I DO HEREBY AUTHORIZE ANY SUCH MEDICAL DOCTOR OR HOSPITAL TO RELEASE ANY MEDICAL RECORDS OR INFORMATION TO ANY DULY APPOINTED OR AUTHORIZED REPRESENTATIVE OF HOUSTON COUNTY, ALABAMA.

HOWEVER, THIS MEDICAL RELEASE AUTHORIZATION IS SPECIFICALLY LIMITED TO PROPERLY AUTHORIZED HOUSTON COUNTY PERSONNEL; AND ANY SUCH MEDICAL DOCTOR OR HOSPITAL IS NOT AUTHORIZED TO RELEASE ANY SUCH MEDICAL INFORMATION OR TREATMENT INFORMATION TO ANY OTHER PERSON, COMPANY, OR CORPORATION, OTHER THAN BY MY FURTHER EXPRESSED AUTHORITY FROM ME AND MY ATTORNEY.

ATTEST:

_____  _____
WITNESS

I, _____, AN INMATE IN THE HOUSTON COUNTY JAIL, HAVE BEEN DULY INFORMED AND DO UNDERSTAND THE COST OF HOUSING AND MEDICAL CARE MAY BE ASSESSED AGAINST ME AS COST OF COURT, IF I AM CONVICTED OF A MISDEMEANOR IN THE DISTRICT COURT.

_____
SIGNATURE

DATE: _2-28-05_____

WITNESS: _____

**Physician Orders**

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM BANNER

DATE 2-6-06

Inmate Mathis, Raymond   D.O.B. 8-29-62 IM# 29402

Chief
Complaint  Neur anti psych, Back pain   Rev ✓ 138/94

Allergies   NKDA          V/S 147/97  66  19  97.7
                                     Wt 232

S Back pain - spasm for lying in bed

· Was on Zyprexa --- would like to try another anti psych x
"Hearing voices" "were set & this" mumbling words. Can't tell
me what voices are saying.

O WNWD Br. NAD)                          Has requested to
      S.S. reg. lungs CTA                 attorney to go to
      SLR Bil. DTC                        Spectra Care.

A- Back pain, ? prophylaxis psychiatric dr.

P. 1. Thorazine 25 mg p.o. & hs  r/u 14d. - 2/20/06      ✓CS
    2. Cogentin 1 mg p.o. & hs                          ✓ cont
    3. Benadryl 50 mg p.o. & hs  } while on             1 APAP
    4. Flexeril 10 mg p.o. & hs x 30 d. (crush)  Thorazine    ✓CS

                                          ( No CS )

                    D Banner

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                                    DR. SAM BANNER

DATE _1-24-06_

Inmate _Mathis, Raymond_ D.O.B. _8-29-62_ IM# _29402_

Chief Complaint _c/o hearing voices/Med Request_          RbL _135/97_

Allergies _NKDA_                          V/S _13%5   66   18   97.2_

Wt. 231

Start — c̄ argument about
He Does not want to see
His lawyer to get Court
order Pryc Epa
Refuses to Take med as
direct — Then med above
His Housing cell

Ⓐ 7 Sit Dep
Ⓟ review Chart + Meds

## PHYSICIAN ORDERS

INMATE: *Mathis Raymond*

DATE: *1-17-05*

Cold pack po bid x 5 days.

V.O. D Speigner CRNP/h havam

## PHYSICIAN ORDERS

INMATE _Mathis Raymond (29402)_

DATE _1/6/06_


Request reviewed:

IBU 400mg po bid x 30days prn

V.O.D. Speigner CRNP/U Hathaway

FS
CS
MAR
CART

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM BANNER

DATE 12-19-05

Inmate Mathis, Raymond    D.O.B. 8-29-62 IM# 29408

Chief
Complaint Depression

Allergies NKDA    V/S 136/86  78  18  97.8
Wt. 231

S — Would like to be put back on meds he was on when he came in — Wellbutrin — Trazadone
— in sumsic — Benadryl not helping
— in deep thought    denies suicidal/homicidal thoughts

O — WNWD BM, NAD.
littering to radio

A — Increasing depression

P — 1. Trazadone 50 mg po ﾟ hs × 90d.
2. ↑ Wellbutrin to 200mg po bid
3. Schedule f/u in 7-10d. (↑ of meds start fravms

D Speigner Cm

no C's fr—Crnp

# PHYSICIAN ORDERS

INMATE _Mathis Raymond_

DATE _12/18/05_

Request reviewed:

Benadryl 50mg po ghs x 30days
Vo D. Speigner CRNP/W Hathaway

FS
CS
MAR
CART

## PHYSICIAN ORDERS

INMATE _Mathis Raymond (29402)_

DATE _11/29/05_

+1 pitting edema in ℝ arm,

Decadron 2cc IM now

VO D. Speigner CRNP/WHathaway

✓ FS
✓ CS
✓ MAR
CART

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

**D. SPEIGNER CRNP**                    **DR. SAM BANNER**

DATE _11-28-05_

Inmate _Mathis, Raymond_    D.O.B. _8-29-62_  IM# _29402_

Chief
Complaint _"Rising"_

Allergies _NKDA_                V/S _133/83   64   18   923_
                                    WT. _232_

- c/o "bite/rising" since last Wednesday. Rates pain at "10" on "0-10"

- Presents c̄ area on (L) FA c̄ redness pitting edema measuring 12" by 5" — pitting edema. Pt 2 to 3+ visibly appeared to be in extreme pain when site touched. — Two visible holes where able to express a purulant D/c. Site is draining

- R/o
- Hot compresses now & daily while in medical. done
- Rocephin 1gm I.M. x 1 now     (on Tylenol Tbl Hbti 400 bid)
- Doxycycline 200mg PO bid x 7 days
- Bactrim ds PO bid x 7 days
- F/U

√ CS
√ PB
√ CART
√ MAR

T.O. D. Speigner CRNP/L.Lagene



Mathis,
Raymond
29462

12"

5"

## PHYSICIAN ORDERS

INMATE _Mathis Raymond_

DATE _11/19/05_

Request received:

Tylenol 1gm po bid prn x
30 days

VoD. Speigner CRNP / LA Hathaway

FS
CS
MAR
CART

# PHYSICIAN ORDERS

INMATE _Mathis, Raymond_

DATE _11-14-05_          29402

CS
cart
MAR
CS

Request Reviewed.

Benadryl 50mg PO ghs x 30 days.

V.O. D. Speigner CRNP/h. haguerra LPN

## PHYSICIAN ORDERS

**INMATE** *Mathis Raymond*

**DATE** *10·16·05*                    *29402*


·IBU 400mg PO bid x 30 days.


T.O. D. Speigner, CRNP/h hogun

*DS*

**Medications**

ALLERGY: NKDA

DIAGNOSIS

PHYSICIAN NAME: D Speigner CRNP

FACILITY NAME: HCS

PATIENT NAME: Mathis Raymond

SECTION: L-4

PATIENT NO.

ROOM NO.: 29402

PHYSICIAN PHONE NO.

1/29

Decadron 2cc IM now

STOP DATE: 1/05

HOUR: 1000

x1

NURSE'S SIGNATURE

INITIAL: JH

NURSE'S SIGNATURE

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| | | |
|---|---|---|
| PATIENT NAME | MATHIS, RAYMOND | |
| FACILITY NAME | HCI | |
| PHYSICIAN NAME | D.Speigner, CRNP | |
| DIAGNOSIS | | |
| ALLERGY | NKDA | |

PHYSICIAN PHONE NO.

SECTION F

PATIENT NO. 29402

ROOM NO.

Medications:

- HCTZ 25 MG PO QD — 03/31/05
- WELLBUTRIN 100 MG PO BID — 08/10/05
- BENADRYL 50 MG PO QHS X 30 DAYS — 09/29/05 10/30/05
- COLACE 200 MG PO QAM — 08/29/05 CONT
- IBU 400mg PO bid X 30 days — 10/16 11/7

STOP DATE / HOUR: CONT 5AM, CONT 5AM, cont 7 PM, 5AM, Tom Tom

10/05

NURSE'S SIGNATURE / INITIAL

## INMATE REFUSAL

NAME _Mathis, Raymon_

DATE _23 OCT 05_

REFUSES MEDICATION _✓ am meds_

REFUSES MEDICAL TREATMENT_____

INMATE SIGNATURE_____

refused to sign
c/o BARNES
23 oct 05



| Medication | STOP DATE | HOUR |
|---|---|---|
| HCTZ 25mg po qday | | 5am |
| Wellbutrin 100mg po bid 3/31/05 | cont | 5am |
| | | 7pm |
| Benadryl 50mg po qhs x 60days 8/10/05 | cont | 7pm |
| Colace 200mg po q pm 7/25/05 | (cont) 8/26/05 | 7pm |
| Benadryl 50mg po qhs x30days 8/29 | cont 9/30 | 7pm |

**ALLERGY** NKDA

**DIAGNOSIS** HTN, Depression

**PHYSICIAN NAME** D.Speigner, CRNP

**FACILITY NAME** HCJ

**PHYSICIAN PHONE NO.**

**SECTION** F

**PATIENT NO.** 29402

**ROOM NO.**

**PATIENT NAME** Mathis, Raymond

2/05

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

NURSE'S SIGNATURE / INITIAL

**Nurse Notes**

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                              DR. SAM BANNER

DATE 2-6-06

Inmate Mathis, Raymond   D.O.B. 8-29-62   IMN 29402

Chief Complaint  cold & Meds (CRNP)                    Re  13%/94

Allergies  NKDA                    V/S  133/93   68   18   98 0

O2 = 98%

- Presents c̄ extremely reddened throat & c/o it feeling "raw." Voice slightly "raspy" sounding

·Amoxil 500mg PO tid x 7 days
·Salt water gargle now
·Vit C 500mg PO daily x 10 days

V.O. D. Speigner CRNP/h.bapen

# HOUSTON COUNTY JAIL
## P. O. BOX 6406
### DOTHAN, ALABAMA 36302

**NURSE'S NOTES**

| NAME: Last | First | Middle | DATE OF BIRTH |
|---|---|---|---|
| Mathis | Raymond | | |

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|---|---|
| 11-29-05 | ① FA still extremely reddened, → 2-3+ pitting edema. Minimal amount pus expressed (by Ⅰ/m) as c/o pain at slightest touch. Ⅰ/m did warm (hot) moist compresses for nearly 1 hour. Site appears almost worse today than yesterday. — At 1205, Ⅰ/m given a bin c̄ warm water + epsom salt. instructed to soak ① FA. — M |

# HOUSTON COUNTY JAIL
## P. O. BOX 6406
## DOTHAN, ALABAMA 36302

**NURSE'S NOTES**

| NAME: Last  First  Middle | DATE OF BIRTH |
|---|---|
| Mathis    Raymond | |

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|---|---|
| 9-29-05 | —Late entry for 9/27... I/m did get ↑ this A.M. for HCTZ med--- did NOT take Wellbutein. NAD. Noted ® hand to be wrapped. ———————————— L Laguena, LPN |
| 9-29-05 | I/m ↑ for A.M. HCTZ. Continues to refuse Wellbutein — though will not "sign" anything. I/m asked if his request sec'd to continue his hs Benadryl... stating hasn't slept in 2 nights— I/m ↑ mopping/cleaning dayroom floor. NAD. ———————————— L Laguena |

# HOUSTON COUNTY JAIL

P. O. BOX 6406
DOTHAN, ALABAMA 36302

**NURSE'S NOTES**

| NAME: | Last | First | Middle | | DATE OF BIRTH |
|-------|------|-------|--------|---|---------------|
| | Mathis | Raymond | | | |

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|------|--------------------------------|
| 9-22-05 | Late entry for 9-17-05... During PM med pass, I/m stated he was not going to take the wellbutrin or colace - "Benadryl" only. I/m stated he would not be taking the other meds (including HCTZ in a.m) any longer. I attempted to get I/m to sign a refusal, but I/m stated he would not sign anything anymore because each time he signs a Refusal, it bites him in the butt. I/m's refusal of meds + refusal to sign appropriate refusal paperwork witnessed by CO Moore. — L hagumin Late entry for 9-21-05... I/m continues to take only his PO Benadryl (not colace or Wellbutrin). — m |

**Lab / X Ray**

**Inmate Requests**

# INMATE REQUEST FORM

Date: 11/23/05

To: Nurse, Laura

From: Raymond Mathis

INMATES # 204403. G-Floor

C/O SIGNATURE _Jack P_

SR C/O SIGNATURE _Lana_

**NATURE OF REQUEST** Ms. Laura, my Benadryl has ran out.
I cant sleep without it. Please start it
back A.S.A.P.

Please

Thank you

A.S.A.P.

**ACTION TAKEN** On Trazadone (started 50mg on 12/19/06
↑ to 100mg?

found 01/23/06 mm

# INMATE REQUEST FORM

Date: 1/22/06

To: nurss Lauba

INMATES # 29403 Sp. Floor

C/O SIGNATURE

From: Raymond Mathis

SR C/O SIGNATURE

**NATURE OF REQUEST** nurss Lauba I HaskNT Been Getting up on The
Am. Pil call, I Just cant wake up, So I Have Miss my bald Pil and
my cold is Still with ME, Im asking you if you could STarT Me Givin
PLaks, cold over More Thing, my Hand is Swollow again PLaks, Plak
okay, BuTThe PLaks, let me GeT a A's Banch To So on my Hand
Okay, PLaks, I would Be So So ThankFul.

Thank you

**ACTION TAKEN** wShereds flu oflen OCe wrap?

# INMATE REQUEST FORM

Date: 1/17/06

To: Commander William McCarly

From: RaYmond MATHis

INMATES # 29402 - G - Floor

C/O SIGNATURE Brannon

SR C/O SIGNATURE Jones

**NATURE OF REQUEST** SiR, I wRoTe You AbouT I nEEd To be beck on my
MEdicATion THAT I wAs TAkIng beFoR I CAmE Too You SAy I HAvE whATE
NuRsE SPicker GAvE I HAvEN'T HEard BAck SiR wHEn I wAs in lock DOwN
THER wAs TOO inmATE'S THAT TRY Too KiNEd THER SSlF is THAT whAT
YOU HAvE TO dO Too SET SomEonE FRom mENTEL HEAlTH? THiSS VOicE'S I
HEAR
MiNd

~~ACTION TAKEN~~ HAS in my ~~mind~~ is CRAZEY And I nEEd HElp SiR
I'm AsKing You FoR HElp you PlEASS PlEASE I nEEd Too HEAR
FRom you A.S.A.P. SiR....

# INMATE REQUEST FORM

Date: 1/15/06

To: Address Review

From: Raymond Mathis

INMATES # 294/92 - 88

C/O SIGNATURE _McKee_

SR C/O SIGNATURE _____

**NATURE OF REQUEST** Please ms Laura, my back is killing me, could you please give me some bengay for my back please, Thank you

Muscle Rub

90 None

**ACTION TAKEN** _____

# INMATE REQUEST FORM

Date: 1/15/06

To: Address Kanga HATAwinay Jackson

INMATES #: 2G/102 - B-8

C/O SIGNATURE: ____

From: Raymond Mathis

SR C/O SIGNATURE: BR

## NATURE OF REQUEST
I'm feel Real BAD, Could you Please
PuT me on A cold PAck Please", A, 5, A, P.

THANK YOU

## ACTION TAKEN

Houston Printing Co. Inc. • Form #5135 • Rev. 3-98    WO454

# INMATE REQUEST FORM

Date: 1/12/06

INMATES # 294702-B-8

To: NURSE LAUER and SPEYWSR

C/O SIGNATURE _Roberts_

From: RAymond MATT4,'s

SR C/O SIGNATURE _BC_

NATURE OF REQUEST Please The Medication For my Repressing
Meds my Head HURT aloT so I Told and whats you
BouT "iT OuT I Need SomeThing Because The Voices
'i my Head will not stop Telling me To do Thing
Told iT's geTTing whoes could you Pleas Try ouTing
me on SomeThing E/s Please A S.A.P.

Thank You

_[signature]_

ACTION TAKEN Saw CRNP 1/19/05 ... will explain ↑ to 20my bid — you did NOT even
tole for i complete week.

INMATE REQUEST FORM

Date: 1/5/06

INMATES # 29402-13-8

To: NURSE, DR. LAURA

C/O SIGNATURE

From: Raymond MATHIS

SR C/O SIGNATURE

N.,URE OF REQUEST I ASKED SOMETHING FOR PAID MY BACK
IS KILLING ME, "PLEASE" MY LOWER BACK IS

A.S.A.P.
PLEASE?

ACTION TAKEN

Give BU who last on Tylenol
12/20/05.

Justuvi Printing Co. Inc. • Form #5135 • Rev. 3-98   WC#54

# INMATE REQUEST FORM

Date: 1/2/06

To: Commander, w/ McCarty

INMATES # 29402-B-5

C/O SIGNATURE PUSS

From: Raymond MATHIS

SR C/O SIGNATURE Joyor

**NATURE OF REQUEST** Sir, nurse Spriggs up my medication, but it's still not working, I still have the voices in my head the talking won't not stop, Sir, I really need to see someone from MisfileD Health, please this is my medical records, I know I need too be back on my medication, I can't think at all

~~ACTION TAKEN~~ Please talk to nurse Spriggs, I have wrote nurse Spriggs and Laura about this, I need your help, it will Be so thank Full if you would just talk too nurse Spriggs, please

Thank you

# INMATE REQUEST FORM

Date: 1/2/06

To: Nurse, Laura 3 Spiegner

INMATES # 29402 /B-8

C/O SIGNATURE Buss

From: Raymond Mathis

SR C/O SIGNATURE Jones

**NATURE OF REQUEST** Mrs Head is still Hearing Good spirits I'm still Her talking in my Head, The medication is not working for me, I need too see someone from Mental Health, Please!! I can't think or Her myself This, "Please Help me with This problem in My Voice's Don't Stop."

Thank You

**ACTION TAKEN** Must have a Court Order to go to Mental Health.

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

INMATE REQUEST FORM

Date: 12/14/05

To: NURSE LAURA

INMATES # 204202 G-Floor

C/O SIGNATURE Nunn

SR C/O SIGNATURE BR

From: RAYmond MATHIS

NATURE OF REQUEST    If You would Please Start mE Back

On my BackDrill If nEEd if Too sleep...

PlEAsE

Thank You

ACTION TAKEN

Jefferson Detention Co., Inc. • Form #E135 • Dept. 2-08   M/ONEA

# INMATE REQUEST FORM

Date: 12/13/05

To: Nurse, Laura, Spricner

From: Raymond Mathis

INMATES # 29402-6-Floor

C/O SIGNATURE _Munay_

SR C/O SIGNATURE _____

**NATURE OF REQUEST** Please, I Need Too see Someone From Medtol Health, Im very Depress, The Pill Im on is Not ~~getttothem~~ Helping Me Anymore, it on my Medical Record, THAT I WAS seeing A Doctor and I WAS on medicateTion, This is a CRY For Help I Been in This Jail 17Teen months... I WANT To see some one

**ACTION TAKEN** From medTol Health, A.S.A.P.,
Please..

Dr. B. CRNP

Sch.
for
Mon.
12/19

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

# INMATE REQUEST FORM

Date: 12/13/05

To: Lieutenant William McCarty INMATES # 29403-6-Flank

C/O SIGNATURE Mickey

From: Raymond Mathis

SR C/O SIGNATURE

**NATURE OF REQUEST** I wrote This Above Good To Writing you, Sir. I Asked To see sargents from michal health it very Depress Good This Pill The on is not working Anymore, I was seeing A Docton Before I came The Jail cool it's on my medical Records, This Is A Day For Help it Bean in This Jail 17 days no, This Good it's

**ACTION TAKEN** Hard For me To Think, Sir, Could you look in To This For me "Pleas" Sir, A.S.A.P. I need To be Back on my medication

Houston Printing Co., Inc. • Form #5155 • Rev. 3-98    WO#54

**INMATE REQUEST FORM**

Date: 12/7/05

To: Nurse Laura

From: Raymond Mathis

INMATES # 294902

C/O SIGNATURE

SR C/O SIGNATURE

NATURE OF REQUEST Reminder Take me off that B. High

Fiber Tray, please) Thank A.S.A.P

Take me 3

ACTION TAKEN

G- Pod FIC

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

# INMATE REQUEST FORM

Date: 11/30/05

To: NURSE, LAURA

From: Raymond Maith's

INMATES # 224 08 - 6-4

COUNSELOR SIGNATURE _Specks_

SR CO SIGNATURE

**NATURE OF REQUEST** My Bun/dell is About Me But out And
Nurse will Start it BAck Please I Cant Drop witAit

Thank you

Nurse LAuRA is THis custDAy I could SEE SOMEONE FOR MENTAL HEALTH
Im Very DePRSS, I BEEN Too This FOR THis cold To My HEALTH a
LOOk IN T.V.

**ACTION TAKEN** Medical RecoRd of it HAs A.S.A.P.
it FOR ME, THAnk you A.S.A.P IN case

OR. PROTEIN P.S. WAY MiiJK HAS BEEN
DiET RECEIVED STOPiii AT niSHT,
NOT RECEiViNG.    Must get A court oder to go to Specar Care O₂

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WOF54

# INMATE REQUEST FORM

Date: 11/26/05

To: CHARLSON BAKER

INMATES # 2540 1-1-1

C/O SIGNATURE _____ Munn

From: RAYMOND MATHIS

SR C/O SIGNATURE _____

NATURE OF REQUEST Sir it is very important that I see you A.S.A.P. Please let it Be this morning. Also Sir I have Been Bit By some thing friday and wednesdi will not treat me, Sir if you see it you will see Also that Im no lieing and you will help me. Please

God Bless if you get this

Request for

Please come see me please

I need your Help

Im in so much Pain

**ACTION TAKEN** _____

on Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

## INMATE REQUEST FORM

Date: 11/24/05

To: Nurse Laura (Medical)

From: Raymond Mathis

INMATES # 29402-F-1

C/O SIGNATURE: Bush

SR C/O SIGNATURE: BB

**NATURE OF REQUEST** Nurse Laura Something Has Bitting me and it Swelling and will not Stop Bleeding. Please could you take a look a it. it look like the last Time a Bud Bite me? Please.

Bug maybe? Thank you...

**ACTION TAKEN** I will see (signature) LPN Nina

Houston Printing Co., Inc. • Form #5135 • Rev. 3 98    WQ#54

# INMATE REQUEST FORM

Date: 11/20/05

To: WItNESS, KANEA

From: RAYmoND MAtHis

INMATES # 29402-F-

C/O SIGNATURE

SR C/O SIGNATURE

**NATURE OF REQUEST** This Pill THAT You WAS giviNg me for Pain Has RAN ouT, could You PLEASE "STARt BACK My mouTH is STILL Bleeding cood I HAVE AloT of Pain Please

Thank You

**ACTION TAKEN**

**Referrals**

**Correspondence**

# INMATE GRIEVANCE FORM

DATE: 12/13, 2005    POD/CELL LOCATION: G-Floor

INMATE NAME: RAYMOND MATH'S    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: Too Commandre William McCarty, Sir, I'm writing you because I need too talk too somsone in mental health frist of all I was under a doctor care before I came too the Jail, I was on medication, and heve been of it sence I been in this Jail, MECO would not get it for me, my Pills, Now I'm crying out for Help, I need my medication and I'm asking you?! I have wrote MECO about this matter, I need too see my doctor A.S.A.P I been in this Jail 17 too months and I'm very depres very depress, that's why I ask you too move Too the back.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I'm asking you too allow me too see a doctor, and put me back on all my medication, Please," this is a cry for Help..

OFFICER RESPONSE OR FINDING? Mr Raymond Mathis, you have Wellbutein on the cart for depression. Today, 12/14/05, you remained on the floor beside G-pod door & shook your head "No" to your meds—thus I put you down as "Absent." Your meds cannot help you if you don't take them. As for seeing an "outside doctor," all this must have court orders for such appts. Please get Jt (up) & take your medicine so it will help ☺ with your depression. If it appears not to be working, then notify medical via REQUEST form so necessary adjustments/changes can be made. — L W Rigg CHP

SGT. ON DUTY RESPONSE: Agreed - Commander McCarty 12-14-05

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 12-14-05

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 11/27 _____ 2005     POD/CELL LOCATION: F-1

INMATE NAME: Raymond MATHis     INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: Commander, William McCarty, I'm writing you Because of a Grievance form I got Back from nurse, Hathaway and Sgt Jones, Stated That I I will not get medical Treatment, and if I write about this again I will Be wrote up, So Write I Have Been Biting By Some kind of Bug and my army is swelling up and I'm in so much pain That I can't Thing, me and other inmates Has Been Biting By A Bud and Just Because His Family Call The Jail He was Taken up Font and got Treated But, you Tell me No, will write

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I want The commander, W. McCarty Too come and look at my Army, It's Swelling and you can see that I asked medical Treatment, you can Tell That Something Has Bite me I will not Allow nurse, Hathaway To Treat me, and I want To Take out a complant out on nurse Hathaway and Sgt Jones, He come Back Here Smiling about what the nurse said, Like it

OFFICER RESPONSE OR FINDING? was a Joke, ...

I/m treated 11/28/05. — I/m also informed that he does NOT get to pick & choose which nurse he sees. I/m also verbalized understanding that "med pass" is NOT "sick call time."

SGT. ON DUTY RESPONSE: Talked To I/m in Medical — Commander McCarty 12/6/05

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 12-6-05

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

## INMATE GRIEVANCE FORM

DATE: 11/23/ _____, 2005    POD/CELL LOCATION: 29402-F-1

INMATE NAME: Raymond Mathis    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: Nurse, Hathway, I showed this Nurse that something has bit me a bug or something and all she done is told me that she don't have anything to give me, this nurse is one of the nurse that will not and is allow not too treat me by this jail my arm is bleeding and swollen, you can see this with just your eye, and all she dont was nothing like every time nothing ...

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Something has biting me and I need medical treatment, Please, it will not stop bleeding, blood and something is coming out...

OFFICER RESPONSE OR FINDING? I am allowed to treat you as I am allowed to treat every other inmate in this jail! We treat inmates in the clinic not at the med cart! This is when you, I'm Mathis showed me your arm. For this I could have wrote a disciplinary on you because as the rules state you do not speak to the nurse at the med cart! You know the rules by now and know how to received treatment, I did look at your arm also, & it was not bad at all! [signed] Hathaway

SGT. ON DUTY RESPONSE:
11-25-05
I'm Mathis, you showed me your arm yesterday and today and I have yet to see any drainage. As a matter of fact, you said all you wanted was for the Nurse to drain it or give you something to puncture it. I was told that you would be seen in clinic by Nurse Hathaway on Monday. Do not write back about this again; you will be tended to by the medical staff just like every other inmate in this jail. Sgt. Jones

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 11-25-05

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____