# HOUSTON COUNTY JAIL
## NURSING DEPARTMENT
## FLOW SHEET

NAME: Mathis Raymond D. O. B. 3/29/62 I/M#: 29402

| Start Date | MEDICATIONS: | Stop Date |
|---|---|---|
| 3/31/05 | 1. HCTZ 25mg po qday | cont. |
| 3/31/05 | 2. Wellbutrin 100mg po bid | cont. |
| 6/24/05 | 3. Fiber tab i po bid x 60days | 8/24 |
| 7/25/05 | 4. ~~Benadryl 50mg po qhs x 60days~~ | 9/26 |
| 8/10/05 | 5. IBU 600mg po bid prn x 10d | 8/20 |
| 8/10/05 | 6. Doxycycline 100mg po bid x 10d | 8/20 |
| 8/10/05 | 7. Bactrim DS ii po bid x 7days | 8/17 |
| 8/29/05 | 8. Colace 200mg po qhs | cont. |
| 9/29/05 | 9. Benadryl 50mg PO qhs x 30days | 10/30 |
| 10/16/05 | 10. IBU 400mg PO bid x 30 days | 11/17 |

CLINICS:

HIV ____
COPD ____
SEIZURE ____
DIABETIC ____
HEPATITIS ____
HYPERTENSION ✓

LABS:

| | NURSE INITIALS |
|---|---|
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |

MISCELLANEOUS:

| |
|---|
| 7/05 I/m removed CAST! ArmA |
| |
| |
| |
| |
| |

PROBLEMS:

| | |
|---|---|
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |

# HOUSTON COUNTY JAIL
# NURSING DEPARTMENT
# FLOW SHEET

NAME: Mathis Raymond D.O.B. 8·29·62 I/M# 29482

**MEDICATIONS:**

| Start | Medication | Stop |
|---|---|---|
| 3/31 | 1. [crossed out] | cont |
| | 2. [crossed out] | cont |
| 5/16 | 3. Benadryl 50mg PO qhs x 30d | 6/14 |
| 5/21 | 4. CTM 4mg PO bid x 30 days | 6/28 |
| 6/14 | 5. Tylenol i gm PO bid x 30 days | 7/14 |
| 6/22 | 6. Benadryl 50mg PO qhs x 30 days | 7/23 |
| [crossed out] | 7. [crossed out] | 8/24 |
| 7/1 | 8. Ultram 100mg PO tid x 5 days | 7/6 |
| 7/13 | 9. Ultram 100mg PO bid x 20days | 8/2 |
| 7/26 | [crossed out] Benadryl 50mg po qhs x 60d | 9/26 |

**CLINIC'S:**

- HIV
- COPD
- SEIZURE
- DIABETIC
- HEPATITIS
- HYPERTENSION ✓

**LAB:**

| | NURSE SIG. |
|---|---|
| 7/9/05 DATE CBC | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |

**MISCELLANEOUS:**

5-27-05 - High fiber diet x 30days
6-16-05 - Dental list
* 6-24-05 - High fiber diet - continuous
" " Hemorrhoidal supp x ii

**PROBLEMS:**

| | |
|---|---|
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |

Pg. #____ DIABETIC FLOW SHEET ____ DP FLOW SHEET ____

# HOUSTON COUNTY JAIL
## NURSING DEPARTMENT
## FLOW SHEET

NAME: Mathis, Raymond D.O.B. 8-29-62 I/M # 29402

MEDICATIONS:

| Start | # | Medication | Stop |
|---|---|---|---|
| 3/31 | 1. | [illegible] | cont |
| ↓ | 2. | [illegible] days | cont |
| | 3. | [illegible] | |
| 4/ | 4. | [illegible] | 4/ /05 |
| 4/15 | 5. | Benadryl 50mg po qhs x 30 days | 5/15 |
| 4/19 | 6. | [illegible] x 30 days | 5/20 |
| 4/20 | 7. | [illegible] | until gone |
| 5/3 | 8. | [illegible] | until gone |
| 5/16 | 9. | [illegible] | 6/17 |
| 5/27 | 10. | [illegible] po bid x 30 days | 6/28 |

CLINIC'S:

HIV ____

COPD ____

SEIZURE ____

DIABETIC ____

HEPATITIS ____

HYPERTENSION ✓

LAB: NURSE SIG.

| | NURSE SIG. |
|---|---|
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |

PROBLEMS:

| | |
|---|---|
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |

MISCELLANEOUS:

4-25-05 — HIGH FIBER diet x 30

5-27-05 - High fiber x 30 days

Pg. # ____ DIABETIC FLOW SHEET ____ BP FLOW SHEET ____

# HOUSTON COUNTY JAIL
# NURSING DEPARTMENT
# FLOW SHEET

NAME: Mathis, Raymond D.O.B. 8/29/62 I/M # 29402

MEDICATIONS:

| | Medication | |
|---|---|---|
| 10/5 | [redacted] | cont |
| 2/11 | 2. Trazadone 50mg PO qhs x 25 days | 3/22 |
| | Benadryl 25mg PO bid | 3/21 |
| | 4. [redacted] | 3/22 |
| 3/9 | 5. Ultram 100mg PO bid [illegible] | 3/24 |
| | [redacted] | 3/24 |
| 3/11 | [redacted] 10 days | 3/20 |
| 3/31 | [redacted] | cont |
| | [redacted] 10 days | 4/31 |
| 3/31 | 10. [redacted] | 3/31 |

CLINIC'S:

- HIV
- COPD
- SEIZURE
- DIABETIC
- HEPATITIS
- HYPERTENSION ✓

LAB:

| | NURSE SIG. |
|---|---|
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |

MISCELLANEOUS:

PROBLEMS:

| | |
|---|---|
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |

Pg. #___ DIABETIC FLOW SHEET___ BP FLOW SHEET___

# HOUSTON COUNTY JAIL
## NURSING DEPARTMENT
## FLOW SHEET

NAME: Mathis Raymond D.O.B. 8/29/62 I/M # 29402

MEDICATIONS:

| Date | # | Medication | D/C |
|---|---|---|---|
| 10/5 | 1. | HCTZ 25mg po qd | cont. |
| 2/11 | 2. | Wellbutrin 100mg po bid x30days | 3/23 |
| | 3. | Trazadone 50mg po qhs x 30days | 3/22 |
| | 4. | Benadryl 25mg po bid prn x30days | 3/21 |
| 2/22 | 5. | Flexeril 10mg po bid prn x 30days | 3/22 |
| 2/23 | 6. | IBU 400mg po BID x 30 days | D/C 3/24 |
| 2/24 | 7. | Ultram 100mg po qhs x 30days | 3/24 |
| 3/3/05 | 8. | 2ml NS inj. | 3/3/05 |
| 3/9 | 9. | Ultram 100mg po TID | 3/24 |
| | 10. | Tylenol BID The end of prescription | |

CLINIC'S:

HIV ______

COPD ______

SEIZURE ______

DIABETIC ______

HEPATITIS ______

HYPERTENSION ______

LAB: NURSE SIG.

DATE

DATE

DATE

DATE

DATE

DATE

DATE

DATE

MISCELLANEOUS:

PROBLEMS:

DATE

DATE

DATE

DATE

DATE

Pg. # ______ DIABETIC FLOW SHEET ______ BP FLOW SHEET ______

# HOUSTON COUNTY JAIL
## NURSING DEPARTMENT
## FLOW SHEET

NAME: Mathis, Raymond D.O.B. 8/29/62 I/M # 29402

MEDICATIONS:

| Date | Medication |
|---|---|
| 10/5 | 1. HCTZ 25mg po qd |
| 11/22 | 2. Trazadone 50mg PO qhs x90 days |
| 11/23 | 3. Wellbutrin 100mg PO BID x 90 days |
| 12/3 | 4. Colace 100mg PO qd x 30days |
| 12/20 | 5. Tylenol i gm PO BID x 30 days |
| 12/21 | 6. Benadryl 25mg po bid X 30 days |
| 12/4/04 | 7. Scabies Tx x ii |
| 1/14/05 | 8. When current Rx Benadryl out, renew x 30 days |
| 1/25 | 9. IBU 400mg BID X 10 days |
| 2/11 | 10. continue Wellbutrin 100mg po BID X 30 days |
| 2/11 | cont Trazadone 50mg po QHS x 30 days |

CLINIC'S:

cont HIV ______
2/22 COPD ______
SEIZURE ______
DIABETIC ______
12/23 HEPATITIS ______
HYPERTENSION ✓
1/3 LAB:

| | | NURSE SIG. |
|---|---|---|
| 1/20/04 | DATE 12/29 f/u xray L spine | |
| 1/21 | DATE XRAY mandible | |
| | DATE | |
| 2/21/05 | DATE | |
| | DATE | |
| 2/13/05 | DATE | |
| 3/07/05 | DATE | |
| 3/22/05 | DATE | |

None

MISCELLANEOUS:

2/11 cont Benadryl 25mg Po BID prn x 30 days

| | |
|---|---|
| | 12/16 - Ice for back d/c'ed |
| 2/12 | X-Ray for jaw |
| | |
| | |
| | |
| | |
| | |
| | |

3/21/05 PROBLEMS:

| |
|---|
| DATE |
| DATE |
| DATE |
| DATE |
| DATE |

Pg. # ____ DIABETIC FLOW SHEET ____ DP FLOW SHEET ____

# HOUSTON COUNTY JAIL
## NURSING DEPARTMENT
## FLOW SHEET

NAME: Mathis Raymond D.O.B. 8/29/62 I/M # 29402

MEDICATIONS:

| Date | # | Medication | Date |
|---|---|---|---|
| 10/5 | 1. | HCTZ 25mg po qd | cont. |
| 11/[illegible] | 2. | [illegible] po x 30days | 12/10 |
| 11/17 | 3. | Benadryl 25mg po bid x 90days | 2/17 |
| 11/22 | 4. | Trazadone 50mg po qhs x 90days | 2/22 |
| 11/23 | 5. | Amoxil 1gm po bid x 10days | 12/2 |
| 1 | 6. | Wellbutrin 100mg po bid x 90days | 2/23 |
| 12/3 | 7. | Colace 100mg po qd x30days | 1/3 |
| [illegible]/4 | 8. | Benadryl [illegible] po bid x 10days | 12/14 |
| | 9. | Benadryl 25[illegible] po [illegible] [illegible]days | [illegible]/4 |
| 12/[illegible] | 10. | Flexeril 10mg po bid x [illegible]days | [illegible]/15 |
| 12/16 | | Scabies [illegible] | 12/13 |

CLINIC'S:

HIV

COPD

SEIZURE

DIABETIC

HEPATITIS

HYPERTENSION ✓

LAB: NURSE SIG.

| | | |
|---|---|---|
| 12/7/04 DATE | Electrolyte panel | OK |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |

MISCELLANEOUS:

12/16/04 - Ice for back d/c'd

PROBLEMS:

DATE

DATE

DATE

DATE

DATE

Pg. #____ DIABETIC FLOW SHEET ______ BP FLOW SHEET ______

# HOUSTON COUNTY JAIL
## NURSING DEPARTMENT
## FLOW SHEET

NAME: Mathis Raymond D.O.B. 8/29/62 VM# 29402

pg 2

MEDICATIONS:

| Start | # | Medication | Stop |
|---|---|---|---|
| 8/ | 1. | Trazadone 50mg po qhs x 90d | [illegible] |
| / | 2. | Wellbutrin 100mg po bid x 90days | 11/18 |
| 10/8 | 3. | [illegible] 100mg po tid x 30days | 11/9 |
| / | 4. | Tylenol 1gm po tid x 30days | / |
| 10/ | 5. | IBU 400mg po BID x 30days | 11/13 |
| 10/15 | 6. | Benadryl 25mg po bid x 30days | 11/15 |
| 11/7/04 | 7. | HCTZ [illegible] | |
| 11/10 | 8. | IBU 400mg PO BID x 30d | 12/10 |
| 11/17 | 9. | Benadryl 25mg PO BID x 90day | 2/16/05 |
| 11/22 | 10. | Trazadone 50mg po qhs x 90days | 2/22 |

CLINIC'S:

HIV ____

COPD ____

SEIZURE ____

DIABETIC ____

HEPATITIS ____

HYPERTENSION ✓

LAB: NURSE SIG.

| | |
|---|---|
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |

MISCELLANEOUS:

10/5, 10/13: placed on dental list

11/9 - I/m may have ice BID for back

PROBLEMS:

| | |
|---|---|
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |

Pg. # ____ DIABETIC FLOW SHEET ____ BP FLOW SHEET ____

# HOUSTON COUNTY JAIL
# NURSING DEPARTMENT
# FLOW SHEET

NAME: Mathis, Raymond D.O.B. 8-29-62 I/M #: 29402

**MEDICATIONS:**

| | | |
|---|---|---|
| 8/18 | 1. Wellbutrin 100mg p bid (SR-SR) x 30d | |
| | 2. Trazodone 50mg po qhs | |
| 8/20 | 3. IBU 400mg po BID x 30d | 9/21 |
| 8/31 | 4. Hemorrhoidal supp. tid x 4 days | 9/3 |
| | 5. Stool softner po bid x 14 days | 9/13 |
| 9/20 | 6. Wellbutrin 100mg po bid | 11/18 |
| 9/24 | 7. Ultram 100mg po tid x old | 10/1 |
| 10/8 | 8. ULTRAM 100mg p. tid x 30d. | 11/9 |
| | 9. Tyl. 1gm p. tid x 30d. | |
| 10/13 | 10. IBU 400mg BID x 30 days | 11/13 |

**CLINIC'S:**

HIV

COPD

SEIZURE

DIABETIC

HEPATITIS

HYPERTENSION ✓

**LAB:**

| | NURSE SIG. |
|---|---|
| DATE 8/21/04 CMP - Creat ↑ | |
| DATE 9/25 XRAY L Spine → | |
| DATE 10/8 MRI L Spine | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |
| DATE | |

poss. fx of (L) transverse process @ L4

**MISCELLANEOUS:** uncertain cause

colonoscopy - Neg

| |
|---|
| 8/6/04 SAMC: CP, Cocaine abuse, renal insufficiency |
| 12/19/03 SAMC: Acute Schizophrenia |
| 11/03 Abscess - groin |
| 11/03 depression/suicidal ideation |
| 4/04 Depression suicide thoughts |
| 10/01/04 Extra mat |

?/03 Nml renal US

**PROBLEMS:** Renal

| |
|---|
| DATE 8/4/04 Hemorrhoid, Schizophrenia |
| DATE |
| DATE |
| DATE |
| DATE |

Pg. # 1 DIABETIC FLOW SHEET ______ BP FLOW SHEET ______

# HOUSTON COUNTY JAIL
# RECEIVING SCREENING FORM

D pod on Floor

NAME: Raymond Mathis RACE/SEX: B/M D.O.B: 8-29-1962

DATE: 8-4-04 TIME: ______ DOCTOR: ______

BOOKING OFFICER: Moore / Jones MEDICAL INSURANCE: ______

SOCIAL SECURITY NUMBER: 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 INMATE NUMBER: 29402

## VISUAL OPTION:

| Question | YES | NO |
|---|---|---|
| 1. IS THE PERSON CONSCIOUS? | YES (circled) | NO |
| 2. IS THERE PAIN OR OTHER SYMPTOMS OF NEED FOR EMERGENCY MEDICAL TREATMENT? | YES | NO (circled) |
| 3. IS THERE OBVIOUS FEVER OR OTHER EVIDENCE OF INFECTION WHICH MIGHT SPREAD? | YES | NO (circled) |
| 4. IS THE SKIN IN GOOD CONDITION AND FREE OF VERMIN? | YES (circled) | NO |
| 5. DOES HE/SHE APPEAR TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS? | YES | NO (circled) |
| 6. ARE THER ANY VISIBLE SIGNS OF ALCOHOL/DRUG WITHDRAWAL SYMPTONS? | YES | NO (circled) |
| 7. DOES HE/SHE BEHAVE ABNORMALLY? EXPLAIN ______ | YES | NO (circled) |
| 8. [illegible] THE INMATES BEHAVIOR SUGGEST THE RISK [illegible] TO STAFF OR OTHERS? | YES | NO (circled) |
| 9. DOES THE INMATE HAVE A [illegible] ALERT CARD OR OTHER MEDICAL INFORMATION? | YES | NO (circled) |

## OFFICIAL – INMATE QUESTIONNAIRE:

| Question | YES | NO |
|---|---|---|
| 10. ARE YOU TAKING MEDICATION FOR DIABETES, HEART DISEASE, SEIZURES, ARTHRITIS, ASTHMA, ULCERS, HIGH BLOOD PRESSURE, OR PSYCHIATRIC DISORDER? (CIRCLE WHICH). | YES | NO (circled) |
| 11. DO YOU HAVE MEDICATION WITH YOU? | YES | NO (circled) |
| 12. DO YOU HAVE A HISTORY OF TUBERCULOSIS? | YES | NO (circled) |
| 13. DO YOU HAVE A HISTORY OF VENEREAL DISEASE OR ABNORMAL DISCHARGE? | YES | NO (circled) |
| 14. HAVE YOU RECENTLY BEEN HOSPITALIZED OR RECENTLY SEEN A DOCTOR FOR ANY REASON? IF YES, EXPLAIN: 8-6-04 Chest pains, back pains | YES (circled) | NO |
| 15. ARE YOU ALLERGIC TO ANY MEDICATION? WHAT? ______ | YES | NO (circled) |
| 16. HAVE YOU FAINTED RECENTLY OR HAD A HEAD INJURY? | YES | NO (circled) |
| 17. DO YOU HAVE EPILEPSY, DIABETES, HEPATITIS, OR ANY CHRONIC ILLNESS? ______ | YES | NO (circled) |
| 18. DO YOU HAVE A PAINFUL, DENTAL CONDITION? | YES (circled) | NO |
| 19. IF FEMALE, ARE YOU PREGNANT? ON BIRTH CONTROL PILLS? (CIRCLE WHICH) | YES | NO (circled) |
| 20. DO YOU HAVE A SPECIAL DIET PRESCRIBED BY A PHYSICIAN? TYPE ______ | YES | NO (circled) |
| 21. DO YOU HAVE ANY OTHER MEDICAL PROBLEM WE SHOULD KNOW ABOUT? | YES | NO (circled) |

REMARKS: Knee problems (pain)

HOUSTON COUNTY SHERIFFS OFFICE

INMATE INFORMATION SHEET

BOOKING NO.: 040002880 LOCAL ID: 29402

Name : MATHIS RAYMOND

Address: 719 MERCURY DR

City : DOTHAN State: AL Zip: 36301

## Physical Description

Race : BLACK Hair : BLACK

Gender: MALE Eyes: BROWN

Height: 6 ' 01 " Complexion: UNKNOWN

Weight: 215 DOB: 08/29/1962 Age: 41

Scars/Tattoos:

## Personal Information

DL State : Home Phone: 334 766 3333

DL Number: Work Phone:

SSN: 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

SID:

## Booking Information

Arrest Date: 08/07/2004 Booking Officer: [illegible]

Arrest Dept: DPD Booking Date: 08/07/2004

Arrest Offcr: MEREDITH Booking Time: 14:46

Search Offcr: JONES Facility: 01

Meal Code: 01 Cell Assignment:

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| RSP 1ST | $00.00 | 20,000.00 | PENDING |
| NON-SUPPORT(FTA) | $00.00 | 30,000.00 CASH | PENDING |

HOUSTON COUNTY SHERIFFS OFFICE

INMATE INFORMATION SHEET

BOOKING NO: 040002880 LOCAL ID: 29402

Name : MATHIS RAYMOND

Address: 719 MERCURY DR

City : DOTHAN State: AL Zip: 36301

## Physical Description

Race : BLACK Hair : BLACK

Gender: MALE Eyes: BROWN

Height: 6 ' 01 " Complexion: UNKNOWN

Weight: 215 DOB: 08/29/1962 Age: 42

Scars/Tattoos:

## Personal Information

DL State : Home Phone: 334 766 3333

DL Number: Work Phone:

SSN: 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

SID:

## Booking Information

Arrest Date: 08/07/2004 Booking Officer: [illegible]

Arrest Dept: DPD Booking Date: 08/07/2004

Arrest Offcr: MEREDITH Booking Time: 14:46

Search Offcr: JONES Facility: 01

Meal Code: 01 Cell Assignment:

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| RSP 1ST | $00.00 | 20,000.00 | PENDING |
| NON-SUPPORT(FTA) | $00.00 | 30,000.00 CASH | RELEASED |

# HOUSTON COUNTY JAIL
INFIRMARY
901 EAST MAIN STREET
DOTHAN, ALABAMA 36301

Phone (334)712-0762
Fax (334)671-9482

FAX PAGE :

FACILITY : ______

PHYSICIAN : Martha Matthews

DEPARTMENT : ______

| INMATE NAME : | D.O.B. | S.S. # |
|---|---|---|
| Mathis, Raymond | | |

SIGNATURE Amy Dillery DATE 10-18-04

done 10-18-2004
7:24 am
Amy

1 # OF PAGES 5

*Any Problems with this FAX, Please call.*

# HOUSTON COUNTY JAIL
INFIRMARY
901 EAST MAIN STREET
DOTHAN , ALABAMA 36301

Phone (334)712-0762
Fax (334)671-9482

FAX PAGE :

**FACILITY :** ______________________

**PHYSICIAN :** Martha Matthews

**DEPARTMENT :** Medical Records

| INMATE NAME : | D.O.B. | S.S. # |
|---|---|---|
| Mathis Raymond | 8-29-62 | 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 |

SIGNATURE Amy Dillery DATE 10-11-2004

Sent [illegible]

Amy

\# OF PAGES 2

*Any Problems with this FAX , Please call .*

# HOUSTON COUNTY JAIL
## INFIRMARY
901 EAST MAIN STREET
DOTHAN , ALABAMA 36301

Phone (334)712-0762
Fax (334)671-9482

FAX PAGE :

FACILITY : Lakeview Community Hosp

PHYSICIAN : ____________________

DEPARTMENT : Medical Records

| INMATE NAME : | D.O.B. | S.S. # |
|---|---|---|
| Mathis, Raymond | 8-29-62 | 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 |

SIGNATURE [signature] DATE 8-09-04

Sent 8-09-04
4:06 pm

# OF PAGES 2

*Any Problems with this FAX , Please call .*

All portions of this form *must* be complete to constitute a valid authorization for release of health information under the Health Insurance Portability and Accountability Act (HIPAA) privacy regulations. If any field is left blank, the authorization will be considered defective.

| Patient's Name Raymond Mathis | Date of Birth 8-09-62 | SSN 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 |
|---|---|---|
| Address 719 Mercury Drive | Medical Record Number | Telephone No. 334-766-3333 |

I authorize the use and disclosure of health information about me as described below: **

Facility Authorized to Release my Health Information: Lakeview Community Hospital

Agency or Individual(s) Authorized to Receive my Health Information: Houston County Jail - Nursing

Health Information that may be used / disclosed is limited to the following:

- ☑ Discharge Summary
- ☑ Consultation(s)
- ☑ Pathology Report
- ☑ Lab
- ☑ History & Physical
- ☑ Operative Note(s)
- ☑ Imaging/X-ray
- ☑ Entire Record
- ☐ Other (specify)

Health Information that may be used / disclosed is limited to the following Treatment Dates: 6-2001 / present.

Health Information to be released to the above named agency / individual is to be used / disclosed for the following purpose(s) (Include Research or Marketing, if appropriate): Continuation of Treatment

Health Information identifies you (the patient) by name, and includes other demographic information about you. Health Information may include, but is not limited to: medical records, x-ray films, slides, tracings, strips, etc.

I hereby discharge the releasing facility, its agents and employees from any and all liabilities, responsibilities, damages, and claims which might arise from the release of information authorized herein, ***to include alcohol, drug abuse, communicable disease including HIV status, and/or psychiatric diagnoses*** compiled during my visit, encounter or hospitalization or make copies thereof in accordance with the policies of this facility.

Protected Health Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected by this privacy rule. If research-related Health Information is used or disclosed for continued research purposes, an expiration date or event does not apply.

This authorization will automatically *expire 60 days* after the date below (except as indicated above), unless an earlier date is specified, or at the conclusion of a specified event. I understand that I have a right to revoke this authorization at any time, in writing, as stated in the Notice of Privacy Practices, except where the facility has already made disclosures in reliance upon my prior authorization.

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining an authorization if the Health Information Portability Accountability Act prohibits such conditioning. If conditioning is permitted, refusal to sign the authorization may result in denial of care or coverage.

NOTICE TO RECEIVING AGENCY OR INDIVIDUAL: This information is to be treated in accordance with Health Insurance Portability and Accountability Act (HIPAA) privacy regulations.

| Patient's or Authorized Personal Representative's Signature: Raymond Mathis | Date: 8-9-04 | Time: 4:00 ☐ am ☑ pm |
|---|---|---|
| Relationship to Patient / Authority to Act on Patient's Behalf | Interpreter, if utilized | |
| Witness Signature | Expiration Date or Event | |

*** There may be a charge for copying Medical Records.*

**Authorization to Use and Disclose Protected Health Information**
**LAKEVIEW COMMUNITY HOSPITAL**

169-HIM-1401 (04/03)

HOUSTON COUNTY JAIL
INFIRMARY
901 EAST MAIN STREET
DOTHAN , ALABAMA 36301

Phone (334)712-0762
Fax (334)671-9482

FAX PAGE :

FACILITY : Sanc

PHYSICIAN :

DEPARTMENT : Medical Records

| INMATE NAME : | D.O.B. | S.S. # |
|---|---|---|
| Raymond Mathis | 8-29-62 | 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 |

SIGNATURE Ivory J. Smith DATE 8-09-01

Thanks Ivory.
Sent 8-09-01

# OF PAGES 5

*Any Problems with this FAX , Please call .*

Southeast Alabama
**MEDICAL CENTER**

# AUTHORIZATION FOR USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

**Patient Identification**

Printed Name: Raymond Mathis Date of Birth: 8-29-62

Address: 719 Mercury Drive
Dothan, Alabama

Social Security #: 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 Telephone: 334-766-3333

**Information To Be Released - Covering the Periods of Health Care**

From (date) 1-2002 to (date) present

From (date) ______ to (date) ______

***Please check type of information to be released:***

- [x] Complete health record
- [ ] Complete billing record
- [x] Consultation reports
- [x] Discharge summary
- [x] Emergency Dept. Reports
- [x] Face Sheet
- [x] History and physical exam
- [ ] Itemized bill
- [x] Laboratory test results
- [x] Pathology Report
- [x] X-ray films / images
- [x] X-ray reports
- [ ] ______
- [ ] ______
- [ ] ______
- [ ] Other, (specify) ______

**Purpose of Request**

- [x] Treatment or consultation
- [ ] At the request of the patient
- [ ] Billing or claims payment
- [ ] Other, (specify) ______

**Who and Where to Send / Release Information**

Name: Houston County Jail-Nursing

Address: 901 E. Main
Dothan, Alabama

**Drug and/or Alcohol Abuse, and/or Psychiatric, and/or HIV/AIDS Records Release**

I understand if my medical or billing records or psychotherapy notes contain information in reference to drug and/or alcohol abuse, psychiatric care, sexually transmitted disease, Hepatitis B or C testing, and/or other sensitive information, I agree to its release.

***Circle One:*** (Yes) No

I understand if my medical or billing records or psychotherapy notes contain information in reference to HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment I agree to its release.

***Circle One:*** (Yes) No

**Time Limit & Right to Revoke Authorization**

Except to the extent that action has already been taken in reliance on this authorization, at any time I can revoke this authorization by submitting a notice in writing to the facility Medical Records Manager at Southeast Alabama Medical Center, P. O. Box 6987, Dothan, AL 36302. Unless revoked, this authorization will expire on the following date or event 8-09-04, or 180 days from date of signature, unless otherwise specified.

*Continued....*

Southeast Alabama
**MEDICAL CENTER**

# AUTHORIZATION FOR USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

**Re-disclosure**
I understand the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. SOUTHEAST ALABAMA MEDICAL CENTER, ITS AFFILIATES, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**Signature of Patient or Personal Representative Who May Request Disclosure**
I understand that my treatment or payment for services will not be denied if I do not sign this authorization unless specified on the other side of this form under Purpose of Request. I can inspect or receive a copy of the protected health information to be used or disclosed. I understand that there may be a charge for copies.
**I authorize SOUTHEAST ALABAMA MEDICAL CENTER to use and disclose the protected health information specified on the other side of this form.**

X [signature] ______________________ 8-09-01 ____________
Signature of Patient or Personal Representative — Date

______________________ ______________________
Relationship if not patient: (Guardian/Executor of Estate/Personal Representative) — Day time phone number

Witness: ______________________

==========================================================================

***For Southeast Alabama Medical Center Use Only:***

Patient's Medical Record #______________ Account #______________

**Check Records Received by Patient:**

- ❑ Complete health record
- ❑ Complete billing record
- ❑ Consultation reports
- ❑ Discharge summary
- ❑ Emergency Dept. Reports
- ❑ Face Sheet
- ❑ History and physical exam
- ❑ Itemized bill
- ❑ Laboratory test results
- ❑ Pathology Report
- ❑ X-ray films / images
- ❑ X-ray reports
- ❑ ______________
- ❑ ______________
- ❑ ______________
- ❑ OTHER ______________

TOTAL PAGES SENT/GIVEN:______________

Identity of Requestor Verified via: ❑ **Photo ID** ❑ **Matching Signature** ❑ **Other, specify** ______________

______________________________________

Verified by: ______________________

TELEPHONE FOR MEDICAL RECORDS: (334) 793-8864

SOUTHEAST ALABAMA MEDICAL CENTER
P. O. BOX 6987
DOTHAN AL 36302-6987

Southeast Alabama
**MEDICAL CENTER**

# AUTHORIZATION FOR RELEASE OF PSYCHOTHERAPY NOTES

**Page 1 of 2**

**For completion by Southeast Alabama Medical Center:**
Complete if requesting release for Southeast Alabama Medical Center's purposes:

Purpose of Request. Psychotherapy notes will be used/disclosed for the following purpose(s): Continuation of

Payments to Facility. Southeast Alabama Medical Center is receiving compensation/payment from a third party for this use of psychotherapy notes. *Circle One:* Yes No

**Patient Identification**

Printed Name: Mathis, Raymond Date of Birth: 8-29-62

Address: 719 Mercury Drive, Dothan, Alabama 36301

Telephone: (334) 766-3333 Social Security #: 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

**Psychotherapy Notes To Be Released** *(Please Specify Dates of Service and Names of Providers)*

1-2002 to present Dr. Petis @ SAMC

*Please check type of information to be released:*

- ☑ Complete health record
- ☐ Complete billing record
- ☑ Consultation reports
- ☑ Discharge summary
- ☑ Emergency Dept. Reports
- ☑ Face Sheet
- ☑ History and physical exam
- ☐ Itemized bill
- ☑ Laboratory test results
- ☑ Pathology Report
- ☑ X-ray films / images
- ☑ X-ray reports
- ☐ ______
- ☐ ______
- ☐ ______
- ☐ Other, (specify) ______

**Person(s) Authorized to Receive Psychotherapy Notes**

Name: Houston County Jail-Nursing

Address: 901 E. Main, Dothan, Alabama 36303

**Drug and/or Alcohol Abuse, and/or Psychiatric, and/or HIV/AIDS Records Release**
If my psychotherapy notes contain information about drug and/or alcohol abuse, psychiatric care, sexually transmitted diseases, Hepatitis B & C testing and/or other sensitive information, I agree to their release.
*Circle One:* (Yes) No

If my psychotherapy notes contain information about HIV/AIDS (Acquired Immunodeficiency Syndrome) testing and/or treatment, I agree to their release. *Circle One:* (Yes) No

**Time Limit**
Except to the extent that action has already been taken in reliance on this Authorization, at any time I can revoke this Authorization by submitting a notice in writing to the Southeast Alabama Medical Center Medical Records Manager at P. O. Box 6987, Dothan AL 37302. Unless revoked, this Authorization will expire on the earlier to occur of 180 days after this Authorization is signed or on the following date or event: 8-09-2005

*Continued....*

#81 (1/2) 4/03

Southeast Alabama
**MEDICAL CENTER**

# AUTHORIZATION FOR RELEASE OF PSYCHOTHERAPY NOTES

**Page 2 of 2**

**Re-disclosure**
I understand that the psychotherapy notes disclosed by this Authorization may be subject to re-disclosure by the recipient and no longer protected by Federal or state legal privacy requirements. Southeast Alabama Medical Center, its affiliates, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above psychotherapy notes to the extent indicated and authorized herein.

**Signature of Patient or Personal Representative Who May Request Disclosure**
I understand that my treatment or payment for services will not be denied if I do not sign this authorization unless specified on the other side of this form under Purpose of Request. I understand that there may be a charge for copies.
**I hereby authorize Southeast Alabama Medical Center to release the psychotherapy notes as specified on the other side of this form.**

X Raynold Martin ____________ 8-09-04
Signature of Patient or Personal Representative — Date

____________ ____________
Relationship if not patient: (Guardian/Executor of Estate/Personal Representative) — Day time phone number

Witness: ____________ ____________ ____________

---

***For Southeast Alabama Medical Center Use Only:***

Patient's Medical Record #____________ Account #____________

**Check Records Received by Patient:**

- ☐ Complete health record
- ☐ Complete billing record
- ☐ Consultation reports
- ☐ Discharge summary
- ☐ Emergency Dept. Reports
- ☐ Face Sheet
- ☐ History and physical exam
- ☐ Itemized bill
- ☐ Laboratory test results
- ☐ Pathology Report
- ☐ X-ray films / images
- ☐ X-ray reports
- ☐ ____________
- ☐ ____________
- ☐ ____________
- ☐ OTHER ____________

TOTAL PAGES SENT/GIVEN:____________

Identity of Requestor Verified via: ☐ **Photo ID** ☐ **Matching Signature** ☐ **Other, specify** ____________

Verified by: ____________

TELEPHONE FOR MEDICAL RECORDS: (334) 793-8864

SOUTHEAST ALABAMA MEDICAL CENTER
P. O. BOX 6987
DOTHAN AL 36302-6987

**Physician Orders**

# PHYSICIAN ORDERS

INMATE Raymond Markis

DATE 09-30-05

Benadryl 50 mg po qhs x 30 days
per V.O. N. Speigner, CRNP
Epperson

FS
CS
MAR
CART

# PHYSICIAN ORDERS

INMATE Mathis Raymond #29402

DATE 9-29-05

Request Reviewed:

- Benadryl 50mg PO q̄ hs x 30 days.

T.O. D. Speigner CRNP/[illegible]

[illegible]

✓ cart
✓ CS
✓ MAR
✓ FS

# PHYSICIAN ORDERS

INMATE Mathis, Ray

DATE 9/26/05

- Ace wrap
- Tylenol 1 gr p.o. bid x 30 d. prn pain

RS

**HOUSTON COUNTY JAIL**
**INFIRMARY**

**SICK CALL**

**D. SPEIGNER CRNP** **DR. SAM BANNER**

**DATE** 9-6-05

**Inmate** Mathis Raymond **D.O.B.** 8-29-62 **IM#** 29402

**Chief Complaint** HA & CP

**Allergies** NKDA **V/S** 130/91, 79, 18, 97.6 Rev 125/90

- I/M C/O paint fumes being overpowering. - C/O HA & CP. Describes CP as feeling as though he's breathing harder than he has to.

Pod bathroom painted last pm. I/M c̄ C/O all day. Earlier, Sgt Reynolds allowed those in pod-dayroom floors to go outside. I/M has been aggitated all day long. - B/P slightly ↑. - Lung CTA, S1S2 - Skin warm/dry Respirations even/unlabored.

- R/O

- ECG - done (NSR)
- Ultram 100mg PO x ī c̄ Tylenol 500mg PO x ī - done
- Vistaril 50mg PO x ī - done

JS

T.O. D. Speigner CRNP / [illegible]

ID: #STAT#050906151110
D.O.B.:
Meds:
Class:
Loc: 1
17/5
Vent. Rate: 71 bpm
P Duration: 110 ms
QRS Duration: 84 ms
PR Interval: 188 ms
QT Interval: 358 ms
QTc Interval: 375 ms
QT Dispersion: 18 ms
P-R-T AXIS: 40° 34° 39°
Normal ECG
* Unconfirmed Analysis *
Mathis, Raymond
29462
130/91 (Rev 125/90), 79, 18, 97⁶
I
aVR
V1
V4
II
aVL
V2
V5
III
aVF
V3
V6
II
L: 10 mm/mV
C: 10 mm/mV
850 .93/3.19/16.11/1.64(0004)
25 mm/s
STABLE 40 Hz
309

**HOUSTON COUNTY JAIL**
**INFIRMARY**

**SICK CALL**

**D. SPEIGNER CRNP** **DR. SAM BANNER**

DATE 8-29-05

Inmate Mathis, Raymond D.O.B. 08-29-62 IM# 29402

Chief Complaint

Allergies NKDA V/S 120/81 69 18 97.2
wt. 223

S - c/o hard stools + painful stools when having BM's. States he has to strain on BM + goes qday. States his Ⓡ hand is broke "again" + he wants to see a doctor.

✓ FS
✓ CS
✓ MAR
✓ CART

O - BM c Ⓡ hand wrapped in ace wrap. Appears to be Ø swelling. Ø deformity. When I told I/m that we could take no further action on his hand d/t fact of him refusing to wear cast for duration needed for healing + refused follow-up appt c doctor, he got angry + started yelling about lockdown + about [illegible] I explained to him that all I/m's c casts have to go thru same procedure.

P - Hemorrhoidal supp x 3 given
Colace 200 mg po qhs - cont.
~~Hemorrhoid cream x 1 tube given~~ refused - said he has some already.
VO D. Speigner CRNP / [signature] Hathaway

**HOUSTON COUNTY JAIL**
**INFIRMARY**

**SICK CALL**

**D. SPEIGNER CRNP** **DR. SAM BANNER**

**DATE** 8-22-05

**Inmate** Mathis, Raymond **D.O.B.** 8-29-62 **IM#** 29402

**Chief Complaint** F/U -antibiotic tx

**Allergies** NKDA **V/S** 122/79, 91, 18 98.0
wt. 224
O2 = 98%

Site (R) lateral back well healed.

NAD.

Given container to fascilitate observation of I/M c/o "bloody stool."

[signature], CRNP

**HOUSTON COUNTY JAIL INFIRMARY**

**SICK CALL**

**D. SPEIGNER CRNP**

**DATE** 8-9-05 (0915) **DR. SAM BANNER**

**Inmate** Mathis, Raymond **D.O.B.** 8-29-62 **IM#** 29402

**Chief Complaint** insect bite.

**Allergies** NKDA **V/S** 116/75 69 18 97.8
wt. 218½

S- c/o insect bite on back x 2 weeks, states he did not see insect that bit him.

O- Round red area slightly raised to (R) ↓ back. Slightly warm to touch + small amt of red, thick drainage c̄ Ø odor. (See picture). Red area c̄ diameter of about 10 mm. Denies any h/o gastric ulcers or bleeding.

A- R/o insect bite.

FS
CS
MAR
CART

P- IBU 600mg po bid prn x 10days
Doxycycline 100mg po bid x 10days
Bactrim DS i po bid x 7days
F/u on 8/22. VO D Speigner CRNP / [signature]

# PHYSICIAN ORDERS

INMATE Mathis, Raymond

DATE 7-26-05

#29402

· Benadryl 50mg PO q hs x 60 days.

V.O. D. Speigner CRNP / [illegible] CW

√ MAR
√ FS
√ CARD
√ CS

# PHYSICIAN ORDERS

INMATE Mathis Raymond (29402)

DATE 7-18-05

I/m threatening to remove cast from hand,

Move from F pod to docket for observation.

VO D Speigner CRNP / W. Hathaway

DS

Sgt. Jones notified & I/m moved

# PHYSICIAN ORDERS

INMATE Mathis, Raymond

DATE 7-13-05

29402

· Ultram 100mg PO bid x 20 days.

N.C. (charged for "8 days worth")

✓ VS

✓ cart

✓ MAR

V.O. D. Speigner CRNP/L. Hogan

D

**HOUSTON COUNTY JAIL**
**INFIRMARY**

**SICK CALL**

**D. SPEIGNER CRNP** **DR. SAM BANNER**

**DATE** 7-8-05

**Inmate** Mathis, Raymond **D.O.B.** 8-29-62 **IM#** 29402

**Chief Complaint** jaw pain

**Allergies** NKDA **V/S** 124/81 65 18 on FS

(S) I/M states he is unable to apply pressure to jaw & that there is a "crunching" sound/feeling. - I/M [illegible] states he thinks he was hit in face during his most recent altercation (in the same which he broke 5th digit (R) hand). Was on Ultram 100mg PO tid x 5 days. Cont to c/o pain (R) hand.

(O) Able to feel jaw "pop" when I/M opened/closed mouth (& I showed I/M that mine does the same) - Noted ø swelling, warmth. - On Tylenol i gm PO bid - Ultram out - requesting more.

(A) R/O

(P) Refer CRNP

[signatures]

# PHYSICIAN ORDERS

INMATE Mathis, Raymond

DATE 7/8/05

Requests reviewed: Plan - draw CBC - ✓ 5lle 7/9/05 - on FS
% "Losing blood"

[signature]

**HOUSTON COUNTY JAIL**
**INFIRMARY**

**SICK CALL**

**D. SPEIGNER CRNP** **DR. SAM BANNER**

**DATE** 7-1-05

**Inmate** Mathis, Raymond **D.O.B.** 8-29-62 **IM#** 29402

**Chief Complaint** Injured (R) hand

**Allergies** NKDA **V/S** 119/83 75 18 97.8

wt. 221

Fx Head of 5th Metacarpal
Send to Ortho
Ultram 2 + 2 Tylenol
3-4 times a day
x a Each Med Pass

✓CS
✓MAR
✓Cart
✓FS

[signature]

DS

Nursing Department
Houston County Jail- Nursing

7/1/05

To Shift Sergeant

I/M Mathis, Raymond is to receive ice for his (R) hand once each shift x 3 days. Ends after 3rd shift on 7/4/05.

Thanks!

L. Hagmann

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP

DR. SAM BANNER

DATE 7-1-05

Inmate Mathis, Raymond D.O.B. 8-29-62 IM# 29402

Chief Complaint injured (R) hand

Allergies NKDA

V/S 119/83 75 18 97.8
wt. 221

S- Hurt (R) hand hitting another I/m yesterday, States I/m hit him in the jaw c̄ his hand + left a knot.

O- (R) hand very swollen at present. Ø discoloration Ø deformity, Capillary refill good in all fingers on (R) hand, pulse good. ↓ ROM d/t swelling + pain. I/m shows no signs of numbness in hand or fingers. Feeling acknowledged when El [illegible] raked my nail across bottom (palm-side) of each finger + palm of hand. Small acorn sized-mobile hard knot to (R) jawline, states tenderness when palpated, Ø discoloration.

D- X-ray (R) hand VO D. Speigner CRNP/ [illegible] done 7/1/05



# PHYSICIAN ORDERS

INMATE Mathis, Raymond

DATE 6-24-05

29402

Possible internal hemorrhoids:

- Make high fiber diet continuous. - order sent
- Fiber tabs po bid x 60 days
- Hemorrhoidal supp x ii now - done
- Explain importance of ↑ PO fluids. done

✓ fS.
✓ MAR
✓ card
✓ CS

V.O. D. Speigner CRNP/L. Hagun

**HOUSTON COUNTY JAIL**
**INFIRMARY**

**SICK CALL**

**D. SPEIGNER CRNP** **DR. SAM BANNER**

**DATE** 6-23-05

**Inmate** Mathis, Raymond **D.O.B.** 8-29-62 **IM#** 29402

**Chief Complaint** Bleeding Hemorrhoids

**Allergies** NKDA **V/S** 117/82 73 18 97.5
Wt. 2[illegible]9

I/M √'ed for bleeding around anus - a few soft external hemorrhoids noted though no blood visible. I donned another pair of gloves, applied KY lotion & gently, slowly, & softly entered his rectum ½", - noted NO BLOOD, but did note what felt like internal hemorrhoids as it felt rather hard & lumpy. I/M will come to clinic tomorrow in a.m. to have BM &, at that time, I will check I/M's rectum for any visible blood as well as look at stool for streaks of blood.

[signature]

# PHYSICIAN ORDERS

INMATE Mathis, Raymond #29402

DATE 6-22-05

Benadryl 50mg PO q hs x 30 days

T.O. D. Speigner CRNP/L. Logan

✓CS ✓cart ✓FS ✓MAR

**HOUSTON COUNTY JAIL**
**INFIRMARY**

**SICK CALL**

**D. SPEIGNER CRNP** **DR. SAM BANNER**

**DATE** 6-16-05

**Inmate** Mathis, Raymond **D.O.B.** 8-29-62 **JM#** 29402

**Chief Complaint** tooth pain Re ✓ 134/91 (✓ JS)

**Allergies** NKDA **V/S** 144/95 78 18 97.2

wt. 216

O2 = 98%

(S) I'm requesting to be placed on dental list due to tooth pain.

(O) #18 broken off near gum & severely decayed (appears painful!)
#14 c̄ decay

(A) R/O

✓CS

(P) · Viscous lidocaine
· Dental list ✓ JS✓

[signature]

[signature]

**HOUSTON COUNTY JAIL**
**INFIRMARY**

**SICK CALL**

**D. SPEIGNER CRNP** **DR. SAM BANNER**

**DATE** 6-14-04

**Inmate** Mathis, Raymond **D.O.B.** 8-29-62 **IM#** 29402

**Chief Complaint** Back & Hemorrhoids or FS

**Allergies** N/A **V/S** 113/77 p 97.8 72 20 98%
WT. 217

S- c/o hemorrhoids hurting & back hurting since on lockdown & afterwards. Requesting to see Dr. Banner
O- BM to clinic c̄ back pain. Ambulates c̄ steady gait, pain in back located in Ⓛ + Ⓡ ↓ back. Ø swelling, discoloration or tenderness on palpation ~~on~~ present. Ø deformity.

A- R/o back pain

FS
CS
MAR
CART

P- 1/m has sitz bath to use prn. Will give witch hazel soaked gauze to use prn.
-Hemorrhoid suppositories x 3 given
-Tylenol 1gm po bid prn x 30 days
-1 tube hemorrhoid cream given
V.O. D. Speigner CRNP / D. Hathaway LPN

**HOUSTON COUNTY JAIL**
**INFIRMARY**

**SICK CALL**

**D. SPEIGNER CRNP** **DR. SAM BANNER**

**DATE** 5-27-05

**Inmate** Mathis, Raymond **D.O.B.** 08-29-62 **IM#** 29402

**Chief Complaint** Flu hemorrhoids & nasal congestion

**Allergies** NKDA **V/S** 122/85 68 18 97.2
Wt. 214

— States he's drinking water. — I/M states that he was receiving milk - bid (c̄ breakfast & dinner), was using the witch hazel, a suppository PRN, sitting on his blanket & he was doing okay. — Also c/o sinus congestion c̄ some bleeding from nares.

— I/M had, in fact, stopped writing requests for approx 2 wks about his hemorrhoids & was not c/o problems about bleeding from rectum, painful hemorrhoids, or difficulty c̄ BM's.

- Nasal passages swollen & appear to have some drainage.

— CTM i PO bid x 30 days
· High fiber diet x 30 days — (Per Ms. Jackson in kitchen, a high fiber diet comes c̄ milk in the AM, juice at noon, & milk in PM).
· Supp (hemorrhoidal) x i

T.O. D. Speigner CRNP / [illegible] [initials]

✓ CS
✓ cart
✓ ES
✓ MAR

# PHYSICIAN ORDERS

INMATE Mathis Raymond

DATE 5-16-05 29402

Benadryl 50mg PO qhs x 30 days

T.O. D. Speigner CRNP/ [illegible]

√CS
√MAR
√cart
√fS

**HOUSTON COUNTY JAIL**
**INFIRMARY**

**SICK CALL**

**D. SPEIGNER CRNP** **DR. SAM BANNER**

**DATE** 5-3-05

**Inmate** Mathis, Raymond **D.O.B.** 8-29-62 **IM#** 29402

**Chief Complaint** Hemorrhoids

**Allergies** NKDA **V/S** 137/86 73 19 98.5
wt. 215

Has not been using Sitz Bath
Has Inflamed Ext [illegible]
Rx Nesorix Cream TID
Soak in Sitz bath
TID

[signature]

I, Raymond Mathis,

Rec'd i unopened bottle of witch hazel + i suppository (hemorrhoidal) on 5-11-05.

* [signature]

* [signature] —0555

JS



Mathis, Raymond
Apply to hemorrhoids
three times daily
Drug Facts (continued)
Ask a doctor or pharmacist before use if y
other hydrocortisone product
When using this product for external anal itc
the recommended daily dosage unless directed
Stop use and ask a doctor if ■ condition v
improve within 7 days ■ symptoms clear
a few days ■ rectal bleeding occurs
Keep out of reach of children. If swallowed, get medical
help or contact a Poison Control Center right away.
Drug Facts (continued)
Mathis, Raymond...
do your sitz bath 3
times daily also.
■ children under
consult a doctor
apply to
ult a doctor
a soft cloth
nal itching.