# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

**D. SPEIGNER CRNP**                    **DR. SAM BANNER**

DATE _4 - 29 -05_

Inmate _Mathis, Raymond_   D.O.B. _8 - 29 - 62_   IM# _29402_

Chief
Complaint _VS_

Allergies _NKDA_              V/S _127/84   76.   18     97.9_

wt. 215

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

**D. SPEIGNER CRNP**                    **DR. SAM BANNER**

DATE 4-28-05

Inmate Mathis, Raymond    D.O.B. 8-29-62    IM# 29402

Chief Complaint    B/P = 142/91    and F/u    on PS
Re✓ 137/95

Allergies    NKDA    V/S  147/91  62  18  98.0
Re✓ 137/95

S- BP✓ & F/u c̄ hemorrhoids

O- ⅟m states hemorrhoids feel a little better but the cream does burn when he puts it on. State he has knots still inside.

A- F/u

P- Cont. hemorrhoid cream & sitz bath.    Hathaway

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                                DR. SAM BANNER

DATE 4-25-05

Inmate _Mathis, Raymond_          D.O.B. 8-29-62      IM# 29402

Chief
Complaint _Hemorrhoids_                                         RS ✓

Allergies _____          V/S 144/91, Rev 135/89, 67,

Ⓢ States has had problems c̄ hemorrhoids approx 5 yrs. States that
yesterday, he was just dripping blood from his rectum when he sat on toilet
States last BM c̄ 11 days ago.

Ⓞ Small, external hemorrhoids – not thrombosed – No blood visible.
Pictures obtained.

Ⓐ - R/o

Ⓟ - Suppositories (12) c̄ instructions to place one as far up into his rectum as possible
qhs + p̄ each BM as well as placing gauze soaked c̄ witch hazel (½m
already has) p̄ each BM and at ho. ½m verbalized understanding.
·High fiber diet - per X 30 days  per CRNP
·F/u - Friday - sched n

Q

√ RS
√ CS

V.O. D. Speigner CRNP/L. Laguirun





## PHYSICIAN ORDERS (29407)

INMATE _Mathis Raymond_

DATE _4-19-05_

Order received:

IBU 400mg po bid prn x
30 days

vo D. Speigner CRNP / W Hathaway

DS

FS
CS
MAR
CART

## PHYSICIAN ORDERS

INMATE_ Mathis Raymond (29402)

DATE_ 4-15-05

Order received:

Benadryl 50mg po qhs x 30 days
for sleep
Vo D. Speigner CRNP/ UHHathaway

✓ FS
✓ CS
✓ MAR
✓ CART

### HOUSTON COUNTY JAIL
### INFIRMARY

#### SICK CALL

D. SPEIGNER CRNP                                    DR. SAM BANNER

DATE 4-21-05

Inmate _Mathis, Raymond_          D.O.B. 8-29-67          IM# 29408

Chief
Complaint _hemorrhoids + back pain_

Allergies _NKDA_          V/S 140/94, 137/89, 71, 18, 97°

Dr. Banner stated that I/m was
to use his sitz bath &
hemorrhoid cream for his
hemorrhoids. I/m is on IBU
for his back. I/m was
witnessed this am using
an industrial mop c no
difficulty to mop shower in
J pod.

D. Hathaway

# HOUSTON COUNTY JAIL
# INFIRMARY

## SICK CALL

**D. SPEIGNER CRNP**                    **DR. SAM BANNER**

DATE 4-12-05

Inmate Mathis, Raymond    D.O.B. 8-29-62  IM# 29402

Chief
Complaint Hemorrhoids

Allergies NKDA        V/S 137/84   77   19   98.5

State fish makes him throw-up  wt. 213
Don't eat it.

S C/o hemorrhoids being swollen + painful c̄ associated bleeding.
HH

O- NAD.

A- H/o

P- Witch hazel/Sitz bath.
• Will ✓ his toilet when he calls for me — to ✓ for blood.

## PHYSICIAN ORDERS

INMATE _Mathis, Raymond_          #29402

DATE _3·31·05_

• HCTZ 25mg PO q day — cont
• Wellbutrin 100mg PO bid x 90 days

V.O.D. Speigner CRNP/h _regimen un_

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

**D. SPEIGNER CRNP**                    **DR. SAM BANNER**

DATE _3-30-05_

Inmate _Mathis, Raymond_ D.O.B. _8-29-62_ IM# _29402_

Chief
Complaint _B/P✓_ _152/93_ _Re✓_ _141/99_

Allergies _____    V/S _____

Didn't get meds in A.M., just got booked
back in 3-28-05.
Blood pressure med given = HCTZ

## HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

DR. SAM BANNER

D. SPEIGNER CRNP

DATE __3-8-05__

Inmate __Mathis, Raymond__ D.O.B. __8-29-62__ IM# __29402__

Chief
Complaint __Back pa_____   Re ✓ 1 23/87

Allergies __NKDA_____   V/S 13 1/91   70   18   98.1

                            wt. 217

S: Need something more for pain
   Shot Lasted 3 days
   C/o med not helping

O WNWDBM. NAD, Ambulates ↑ difficulty
   No tenderness to palpation of back, ⊘ rigidity ⊘ muscular tightness

A. Chronic LBP
P- 1. 2cc NS IM - done L.L.
   2. muscle rub - done c/o Jackson
   3. ↑ wltram to tid, add Tylenol tgm also (thru end of Rx)   ✓FS
   4. D/c Ibuprofen                                             ✓mar
                                                                ✓catt
        D Speigner

## PHYSICIAN ORDERS

INMATE _Mathis Raymond_

DATE _2/24/05_

Spoke c̄ Dr. Banner over
the phone & gave the
order :

Ultram 100 mg po qhs
X 30 days

VO Dr. Banner / W Hathaway
RS

✓ FS
✓ CS
✓ MAR
✓ CART

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

DR. SAM BANNER

D. SPEIGNER CRNP

DATE  2-22-05

Inmate Mathis, Raymond    D.O.B. 8-29-62    IM# 29402

Chief
Complaint  FU - Back pain

Allergies NKDA    V/S  114/79, 67, 18, 98'

S- F/U on back pain. States his back hurts worse & he's having muscle spasms in his back & states his neck feels stiff.

O- BM to clinic c̄ steady gait. A&Ox3. Back c̄ Ø discoloration of swelling. Neck c̄ good ROM & back good ROM. Ø swelling or discoloration to neck.

FS
CS
MAR
CART

P- Flex eril 10mg po bid prn x 30days. VO D. Speigner CRNP/ O. Hathaway

# PHYSICIAN ORDERS

INMATE Raymond Mathis

DATE 2-11-05

Request Review:

Continue   Wellbutrin  100mg po BID x 30days

"              Trazadone ~~foot~~ emt 50mg po q HS x30days
                 ( CRUSH)

"              Benadryl 25mg po BID prn x30days

V.O D. Spizner CRNP / Sweed cp

✓ abt
✓ MAR
✓ CS
✓ FS

## PHYSICIAN ORDERS

INMATE _Mathis, Raymond_

DATE _12/20/04_

Tylenol 1 gm po bid prn x 30 days

D/Spigrachrp

✓RS
✓MAR
✓CS
✓cart

12/28/04  Please do F/u xray of Lumbar spine

D/Spigrachrp

Sch 12/29 1530

Nursing Department
Houston County Jail- Nursing

12/16/04

To Shift Sergeant  All shifts

I/m Raymond Mathis may not have ice provided for him. This order has been discontinued. Thanks, Nurse H-

## PHYSICIAN ORDERS

INMATE _Mathis, Raymond_

DATE _12/16/04_

D/c Ice, I'm giving it to other I/m's
instead of giving putting it on back as ordered.
Dr. Spring Chief, 1 note to
Sgts
1 on VH
FS

# HOUSTON COUNTY JAIL
# INFIRMARY

### SICK CALL

**D. SPEIGNER CRNP**                    **DR. SAM BANNER**

DATE 12-8-04

Inmate _Mathis, Raymond_  D.O.B. _8/29/62_  IM# _29402_

Chief
Complaint _back pain_        KS

Allergies _NKDA_             V/S 112/84  80-18    97.2
(2/4 Scobin)                    wt. 203

S C/o since on quarantine he has not been able to get out & run, that helps his back, keeps it loose. Sitting on hard steel hurts his hemorrhoids (says antibiotic cream helps theirs) - Food Backing up d/t ↓ Physical activity. Currently on Ibu 400mg bid    Said green mat made bed harder

O WNWDBm NAD. has full ROM of extremities, gait steady,
to (L) of midback is area that is slightly raised in depth. appear 2" x 2". Tender to touch. Slight paraspinal muscular tightness as compared to (R) side Dauthere

A: ? muscle spasm / hemorrhoid

P: 1. Triple antibiotic cream to KOP
2. Hemorrhoid supp. - give 5 to use after each Bm
3. Hdaily stool softener x 7 days - currently on.
4. Flexeril 10mg po bid x 7 days.
5. Tube of muscle rub to KOP
6. F/u in 5-7 days. - Sch. 12/14      D Speigner crnp

✓FS    OK
✓mar   12/15
✓CS    ✓Schn
✓cart

## PHYSICIAN ORDERS

INMATE *Mathis, Raymond*    #29402    ✓ cart
                                        ✓ MAR
DATE *12-4-04*                          ✓ es
                                         ✓ AS

- Benadryl 50mg PO BID x 10 days.
- Benadryl 25mg PO BID x 20 days when above order completed.

- Scabies Tx — Permethrin 5%. Quarantine x 7 days p̄ 1st tx — then re-tx again c̄ permethrin 5%.

V. O. D. Speigner CRNP / L. Laguerra, LPN

RS

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

**D. SPEIGNER CRNP**                          **DR. SAM BANNER**

DATE 12-03-04

Inmate Mathis, Raymond  D.O.B. 8-29-62  IM# 29402

Chief
Complaint F/U-sores in mouth p̄ antibiotic tx.

Allergies N K D A          V/S B/P 117/80 P 54 R-17 T 97.6
                            Wt. 204

One small spot under Ⓡ side of tongue though doesn't appear
to be infected. Appears to be a small (1/4cm in circ) ulceration.
Per I/m, they "move" from one spot to another all over in
his mouth. ____ I/m c/o his PM meds upsetting his stomach &
requested a PM snack. Explained to I/m that I/m's that receive hs snacks are
dialetics that require hs snack to help prevent diabetic comas/death and that
hs snacks would likely be welcomed by every I/m that receives PM meds, but
unless it is medically necessary, its just not possible. I/m verbalized understanding.
When asked, states having a BM q 3-4 c̄ some difficulty. I/m denies drinking
water. Instructed I/m to drink at least 3 big cups full of water
each & every day... He said he would.

Colace 100mg PO qday x 30 days

                    L. Loguns CRNP      √CS
                                        √Cait
                                        √MAR

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM BANNER

DATE 11-23-04

Inmate Mathis Raymond    D.O.B. 08-29-62  JM# 29402

Chief
Complaint    tooth abscess + meds renewed

Allergies    NKDA              V/S  T 97.0  P 60   R-18   B/P 112/81

S- c/o abscess on tooth & renew Wellbutrin

O- Tooth #23 has Ø signs of decay but has pustule to gum &. Gum is swollen + red.

A- No tooth abscess

P- I/m currently on BU 400mg
& gave him some salt for gargling. Amoxil 1gm po bid
x 10 days Vo D. Speigner CRNP/ LR Hathaway
F/u in 10 days. - sd 12/3

√gs
√Fs
√mar
√cart

## PHYSICIAN ORDERS

INMATE _Mathis Raymond (29402)_

DATE _11/23/04_

Renew Wellbutrin 100mg
po bid x 90days

Jcs
Jes
Jman   VO D.Speigner CRNP/W.Hathaway
Jcart

## PHYSICIAN ORDERS

INMATE _Mathis, Raymond_

DATE _11/10/04_

Out of Ultram : Tylenol.

begin : Ibuprofen 400mg po bid x 30d. prn

A Spigner CRNP

✓ FS
✓ cart
✓ CS
✓ MAR

11/20/04 renew Trazadone x q.d.

Dr

JFS
JCS
✓ mar
✓ cart
✓ UM

**Nursing Department**
Houston County Jail- Nursing

To Shift Sergeant     *all shifts* 11/9/04

I'm Raymond Mathis
may have ice for
his back. twice
a day (1st & 2nd shift)

Thanks,
Nursing

# HOUSTON COUNTY JAIL
# STATEMENT FORM

TIME: 0945    DATE: 11/09/04    PLACE: HOUSTON COUNTY JAIL

I, William T Skelton, make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on Nov / 09 / 04.

at Apx 1 went into the Rover-pod station to add a new Inmate to the Wk-end dorm Cell-Sheet I looked into the Rec yard, A-pod inmates were playing Basket-ball I saw Inmate Raymond Mathis running Jumping and Bending Over playing general Basket Ball form - he was Smiling and enjoying himself. LPN+Lathaway was Called as Witness to this

EOS

_____
(Signature)

11-09-04
(Date)

## HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

**D. SPEIGNER CRNP**                    **DR. SAM DANNER**

DATE _11/9/04_

Inmate _Mathis Raymond_ D.O.B. _8/29/62_ IM# _29402_

Chief
Complaint _back pain_

Allergies _UKDA_          V/S _117/79-173 -18 -97³_

States He's Back Still Hurts
& that it feels Taller when
Playing Basket Ball — There
Was no Nerve or Cord Damage
Demonstrated on MRI/CT
No 2nd Opinion Needed — Inmate
asked for as he left Rm
also complained of Hemorrhoids &
a Spinning Head

JCS

I/m may have
ice for back BID
X 14 days

## HOUSTON COUNTY JAIL
## STATEMENT FORM

On, Tuesday, November 2, 2004, I was called to the Exercise yard behind the Rover Pod Control Booth by C/O Z. Jackson.  Upon arriving there, inmates Raymond Mathis and Travis Cummings were in the exercise yard arguing with each other.  C/O's Capshaw, Fitzgerald, and Moon also responded. When all officers entered the exercise area, these inmates noticed them and separated.  While investigating what the problem was inmate Raymond Mathis stated that they were "fussing about which team was better the Chicago Bulls or New York".

I then asked inmate Mathis, why he was running around playing ball anyway with all of his back problems.  He replied to me, "Ya'll ain't gonna send me out and give me medical treatment, so I have to stretch my back out when I can".  Both inmates were then placed back in their pods.

Commander McCarty was notified of this conversation.

Sgt. Kim Turner

CC:  Darla Speigner, CRNP, Medical Director
CC:  W.B. McCarty, Jail Operations Commander

# HOUSTON COUNTY JAIL
## INFIRMARY

**SICK CALL**

**D. SPEIGNER CRNP**                    **DR. SAM BANNER**

DATE _10-28-04_

Inmate _Mathis Raymond_    D.O.B._8-29-62_    IM# _29402_

Chief
Complaint _#26 tooth -_

Allergies _NKDA_        V/S _T·98.2_/_R·22_/BP $\frac{158}{101}$/P·68
                                            Re √ $\frac{149}{98}$

S- States bit into hamburger & chipped tooth
& is now loose. further states he can't eat
on c̄ that tooth & cold liquids "hurt."

D- I was unable to wiggle I/M's tooth — <u>not noted to be loose or
decayed</u>. - Not even to note the "chip."

A- R/O tooth decay #26.

P - Confirmed for I/M that he is on
dental list for prior c/o tooth decay.
NAD -                            L. Laguerre LPN

## PHYSICIAN ORDERS

INMATE _Mathis, Raymond_

DATE _10/25/04_

Watched I/m playing basketball, Very aggresive.
No S/s of back injury or discomforts
of any kind. Full Rom.

Qs.

11/5/04 ① Begin HCTZ 25 mg po q day
② electrolytes in 30 days - sch 12/3
③ re√ b/p next month q week - sch 18/12          Jmar
④ HTN sticker - UH                                CFS
⑤ Put all D/p on HTN FS - UH                      MED
          dlpeignea CRNP                          CS

## PHYSICIAN ORDERS

INMATE _Mathis Raymond (29402)_

DATE _10/15/04_

Request reviewed:

Benadryl 25mg po bid x
30 days

VO D. Speigner CRNP / U Hathaway

√ FS
√ GS
√ mar
√ cart

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM BANNER

DATE  10-14-04

Inmate  Mathis Raymond    D.O.B. 8-29-62  JM# 29402

Chief
Complaint _____

Allergies _____    V/S  T.98/BP 149/98/P.70/R.20

Went over MRI + CT
No Cord or Nerve Damage
He Complains His "Nerves"
are more of a Problem
Than His Back — Some
of Med upset His Stomach
but Then Stated He does
Not wish any Stopped
He got up + left Muttering
under His Breath, Before
I could even finish my
Conversation

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM BANNER

DATE _10-13-04_

Inmate _Mathis Raymond_ D.O.B. _8-29-62_ IM# _29402_

Chief
Complaint _Tooth & gum pain_

Allergies _NKDA_        V/S _T. 97.7/BP 148/98/P61/R-20_

Rev $\frac{141}{98}$

Rev manually $\frac{140}{104}$

S - B/m ¼m to clinic c̄ 30 tooth gum, pain

O - Abscessed that # 8 tooth T' decayed & broken off
at gum line. # 30 has something to gums c̄
Sm. pustule noted around front tooth —

A - R/o dental decay

P - Place on dent at list
Salt packet given for gargling
IBn 400 mg BID X 30 days. S.O DSpeigner CRNP

B [signature]

FS -
CS -
mar
card -

**Medications**

| | STOP DATE | HOUR | 1 | 2 | | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

BuOOOmg po bid x
prn 100mg
5/10    5/20    7pm

HCTZ 25mg po qday
3/31/05    5am

Benadryl 50mg po qhs x 60days
7/25/05    7pm

Ultram 100mg po bid x 20days
9/26/05    cont.    5am

Ultram 100mg po bid x 20days
7/13/05    8/2/05    7pm

Fiber tab one po bid x 60days
6/24/05    8/24/05    5am    7pm

Wellbutrin 100mg po bid
8/10    cont    5am
7pm

Doxycycline 100mg po
bid x 10days
8/10    8/20    5am
7pm

Bactrim DS i po bid x
8/10/05    7days    8/7    5am
7pm

405

**ALLERGY** NKDA

**DIAGNOSIS** HTN, depression

**PHYSICIAN NAME** D.Speigner CRNP | **PHYSICIAN PHONE NO.**

**FACILITY NAME** HCJ | **SECTION** E | **ROOM NO.**

**PATIENT NAME** Mathis, Raymond | **PATIENT NO.** 29402

NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

Benadryl 50mg Po gHS x 60 days

Wellbutrin 100mg Po bid x 90 days

Ultram 100mg PO bid x 30 days

| | STOP DATE | HOUR | 1 | 2 | | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCTZ 25mg po qday | 9/26 | 7pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/31/05 | cont. | 5am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 50mg po qhs x 30days | | 7pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/22/05 | 7/22/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 1gm po bid prn x 30days | | 5am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/14/05 | 7/14/05 | 7pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fiber tab one po bid x 60days | | 5am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6/24/05 | 8/24/05 | 7pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ultram 100mg po tid x 5days | | 5am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | noon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/1/05 | 7/6/05 | 7pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 7/30 | 5am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 7pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7/30 | 8/2 | 7pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| PATIENT NAME | Mathis, Raymond | | |
|---|---|---|---|
| FACILITY NAME | HCJ | | |
| PHYSICIAN NAME | D.Speigner CRNP | SECTION F | PATIENT NO. 29402 |
| DIAGNOSIS | HTN, depression | PHYSICIAN PHONE NO. | ROOM NO. |
| ALLERGY | NKDA | | |

NURSE'S SIGNATURE     INITIAL     NURSE'S SIGNATURE     INITIAL

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| PATIENT NAME | Mathis, Raymond |
|---|---|
| FACILITY NAME | HCI |
| PHYSICIAN NAME | D.Speigner CRNP |
| DIAGNOSIS | HTN, depression |
| ALLERGY | NKDA |

SECTION # F   PATIENT NO. 29402   ROOM NO.

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

Medications (with STOP DATE / HOUR columns):

- 7/1 HCTZ 50mg PO qd x 5 days — STOP 7/6
- Wellbutrin 100mg po bid x 90days — 3/31/05 — 5am, 7pm
- HCTZ 25mg po qday — 3/31/05 — 5am — cont.
- Benadryl 50mg po qhs x 30days — 5/16/05 — 7pm
- CTM 4mg po bid x 30days — 5/27/05 — 5am, 7pm
- Tylenol 1gm po bid prn x 30days — 6/28/05 — 7pm / 7am
- 6/14 Benadryl 50mg PO qhs x 30 days — 7pm
- 8/23 Fiber tabs i PO bid x 60 days — 7am / 7pm

NURSE'S SIGNATURE    INITIAL    NURSE'S SIGNATURE    INITIAL

I, V\an Mathis, Raymond - rec'd
ii hemorrhoidal supp - 6/24/05

x Raymd m/f/o



ABL MANAGEMENT, INC

**HOUSTON COUNTY JAIL**

Restricted Medical Diet Order

DATE DIET BEGINS: 6-24-05            DIET CANCELLATION DATE: _Continuous_

INMATE/DETAINEE NAME: _Mathis, Raymond_  I.D. NUMBER: _____

HOUSING UNIT: _"F"_

MEDICAL NOTE: The following diet plans have been developed for this facility. If you do not see the required diet listed on this order form, the dietitian must be contacted BEFORE the diet may be produced. Thank you for your cooperation.

*I/m is currently on high fiber diet & needs to remain on high fiber diet continuously.*

DIET ORDER: (Check ONLY ONE diet at a time. Please!)

_____ 1. Dental/Mechanical (for dental problems)

_____ 2. Dental/Straw Full Liquid (For Wired Jaws - 30 days only; renewal required)

_____ 3. 1800 CAL A.D.A with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 4. 2200 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 5. 2500 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 6. No Concentrated Sweets with H.S. Snack (Non-Insulin Dependent) 4 Meal Plan

_____ 7. Pregnancy with H.S. Snack (+500 calories and 4 milks) 4 Meal Plan

_____ 8. Nutrition Support with H.S. Snack (+500 calories and 4 milks) 4 Meal Plan

_____ 9. High Fiber (approximately 28 grams)

_____ 10. Full Liquid (3 days only)

_____ 11. Clear Diet (2 days only)

_____ 12. Heart Healthy (Low Fat [<30%]/Low Cholesterol [<300 mg]/Low Salt [<4 gm NA])

I have been counseled on this diet, understand the plan and agree to follow the rules of eating the diet every day. I also understand that if I do not pick up the diet tray at each meal, the diet may be canceled by medical.

Inmate/Detainee's Signature: _on file_              Date: _6-24-05_

COMMENTS: _____

Authorized Medical Health Provider: _____

KITCHEN RECEIVED BY: _____    DATE: _____

* NO WEIGHT REDUCTION DIETS ARE TO BE ORDERED USING THE ADA PATTERNS; USE HEART HEALTHY DIET FOR LIFE THREATENING CASES OF WEIGHT CONTROL. VEGETARIAN DIETS ARE NOT A MEDICAL PROBLEM. THEREFORE, THEY ARE NOT ORDERED ON THIS FORM. THANK YOU.

Form C-100 Rev. 4/02

5-17-05

I, 1/m Mathis, rec'd ÷ hemorrhoidal supp
+ 10-non-sterile 4x4's.

*

ABL MANAGEMENT, INC

## HOUSTON COUNTY JAIL

### Restricted Medical Diet Order

DATE DIET BEGINS: 5-27-05          DIET CANCELLATION DATE: 6/30/05

INMATE/DETAINEE NAME: Mathis, Raymond     I.D. NUMBER: 29402

HOUSING UNIT: F

MEDICAL NOTE: The following diet plans have been developed for this facility. If you do not see the required diet listed on this order form, the dietitian must be contacted BEFORE the diet may be produced. Thank you for your cooperation.

DIET ORDER: (Check ONLY ONE diet at a time. Please!)

_____ 1. Dental/Mechanical (for dental problems)

_____ 2. Dental/Straw Full Liquid (For Wired Jaws - 30 days only; renewal required)

_____ 3. 1800 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 4. 2200 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 5. 2500 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 6. No Concentrated Sweets with H.S. Snack (Non-Insulin Dependent) 4 Meal Plan

_____ 7. Pregnancy with H.S. Snack (+500 calories and 4 milks) 4 Meal Plan

_____ 8. Nutrition Support with H.S. Snack (+500 calories and 4 milks) 4 Meal Plan

__X__ 9. High Fiber (approximately 20 grams) — *this comes with milk in AM & in PM juice for lunch.*

_____ 10. Full Liquid (3 days only)

_____ 11. Clear Diet (2 days only)

_____ 12. Heart Healthy (Low Fat [<30%]/Low Cholesterol [<300 mg]/Low Salt [<4 gm NA])

I have been counseled on this diet, understand the plan and agree to follow the rules of eating the diet every day. I also understand that if I do not pick up the diet tray at each meal, the diet may be canceled by medical.

Inmate/Detainee's Signature: On file          Date: 5/27/05

COMMENTS: _____

Authorized Medical Health Provider: A. Iraguen

KITCHEN RECEIVED BY: _____     DATE: _____

* NO WEIGHT REDUCTION DIETS ARE TO BE ORDERED USING THE ADA PATTERNS; USE HEART HEALTHY DIET FOR LIFE THREATENING CASES OF WEIGHT CONTROL. VEGETARIAN DIETS ARE NOT A MEDICAL PROBLEM. THEREFORE, THEY ARE NOT ORDERED ON THIS FORM. THANK YOU.

Form C-100  Rev. 4/02

ABL MANAGEMENT, INC

## HOUSTON COUNTY JAIL

### Restricted Medical Diet Order

DATE DIET BEGINS: _4/26/05_          DIET CANCELLATION DATE: _5/26/05_

INMATE/DETAINEE NAME: _Mathis Raymond_  I.D. NUMBER: _29402_

HOUSING UNIT: _J pod_

MEDICAL NOTE: The following diet plans have been developed for this facility. If you <u>do not see</u> the required diet listed on this order form, the dietitian must be contacted BEFORE the diet may be produced. Thank you for your cooperation.

DIET ORDER: (Check ONLY ONE diet at a time. Please!)

_____ 1. Dental/Mechanical (for dental problems)

_____ 2. Dental/Straw Full Liquid (For Wired Jaws - 30 days only; renewal required)

_____ 3. 1800 CAL A.D.A with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 4. 2200 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 5. 2500 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 6. No Concentrated Sweets with H.S. Snack (Non-Insulin Dependent) 4 Meal Plan

_____ 7. Pregnancy with H.S. Snack (+500 calories and 4 milks) 4 Meal Plan

_____ 8. Nutrition Support with H.S. Snack (+500 calories and 4 milks) 4 Meal Plan

___✓___ 9. High Fiber (approximately 28 grams)

_____ 10. Full Liquid (3 days only)

_____ 11. Clear Diet (2 days only)

_____ 12. Heart Healthy (Low Fat [<30%]/Low Cholesterol [<300 mg]/Low Salt [<4 gm NA])

I have been counseled on this diet, understand the plan and agree to follow the rules of eating the diet every day. I also understand that if I do not pick up the diet tray at each meal, the diet may be canceled by medical.

Inmate/Detainee's Signature: _____  Date: _____

COMMENTS: _____

Authorized Medical Health Provider: _Hathaway_

KITCHEN RECEIVED BY: _____  DATE: _____

* NO WEIGHT REDUCTION DIETS ARE TO BE ORDERED USING THE ADA PATTERNS; USE HEART HEALTHY DIET FOR LIFE THREATENING CASES OF WEIGHT CONTROL. VEGETARIAN DIETS ARE NOT A MEDICAL PROBLEM. THEREFORE, THEY ARE <u>NOT</u> ORDERED ON THIS FORM. THANK YOU.

Form C-100  Rev. 4/02

*File*

**ABL MANAGEMENT, INC**

## HOUSTON COUNTY JAIL

**Restricted Medical Diet Order**

DATE DIET BEGINS: *4-25-05*          DIET CANCELLATION DATE: _____

INMATE/DETAINEE NAME: *Mathis Raymond*     I.D. NUMBER: *29402*

HOUSING UNIT:     *J-1*

MEDICAL NOTE: The following diet plans have been developed for this facility. If you <u>do not see</u> the required diet listed on this order form, the dietitian must be contacted BEFORE the diet may be produced. Thank you for your cooperation.

DIET ORDER: (Check ONLY ONE diet at a time. Please!)

_____ 1. Dental/Mechanical (for dental problems)

_____ 2. Dental/Straw Full Liquid (For Wired Jaws - 30 days only; renewal required)

_____ 3. 1800 CAL A.D.A with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 4. 2200 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 5. 2500 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 6. No Concentrated Sweets with H.S. Snack (Non-Insulin Dependent) 4 Meal Plan

_____ 7. Pregnancy with H.S. Snack (+500 calories and 4 milks) 4 Meal Plan

_____ 8. Nutrition Support with H.S. Snack (+500 calories and 4 milks) 4 Meal Plan

**X** 9. High Fiber (approximately 28 grams)

_____ 10. Full Liquid (3 days only)

_____ 11. Clear Diet (2 days only)

_____ 12. Heart Healthy (Low Fat [<30%]/Low Cholesterol [<300 mg]/Low Salt [<4 gm NA])

I have been counseled on this diet, understand the plan and agree to follow the rules of eating the diet every day. I also understand that if I do not pick up the diet tray at each meal, the diet may be canceled by medical.

Inmate/Detainee's Signature: _____     Date: _____

COMMENTS: _____

Authorized Medical Health Provider: *R. Laguesch*

KITCHEN RECEIVED BY: _____     DATE: _____

*NO WEIGHT REDUCTION DIETS ARE TO BE ORDERED USING THE ADA PATTERNS; USE HEART HEALTHY DIET FOR LIFE THREATENING CASES OF WEIGHT CONTROL. VEGETARIAN DIETS ARE NOT A MEDICAL PROBLEM. THEREFORE, THEY ARE <u>NOT</u> ORDERED ON THIS FORM. THANK YOU.

Form C-100 Rev. 4/02

Wellbutrin 100mg tab 1 po
BID
x90

3/11/05

ALLERGY: Kidney med ?

DIAGNOSIS: Psychiatric D/O Insomnia/Depression

PHYSICIAN NAME: D. Speigner CRNP

FACILITY NAME: HCS

PATIENT NAME: Mathis, Raymond

PATIENT NO.: 204102

3/05

| NAME / MEDICATION | START | STOP DATE | HOUR |
|---|---|---|---|
| Wellburin 100mg po bid x 90d | 2/11/05 | 3/11/05 | 5a.m 7pm |
| Trazadone 50mg po q hs x 990 d — 2/11/05 CRUSH | 2/11/05 | 3/11/05 | 7pm |
| HCTZ 25mg po q am | 11/6/04 | cont | 6a 5a.m |
| Benadryl 25mg po bid PRN x 30d | 2/11/05 | 3/22/05 | 7pm 5a.m |
| Ibuprofen 400mg po bid x 10d | 2/24/05 | 3/24/05 | 7pm |
| Flexeril 10mg po bid prn x 30days | 2/22/05 | 3/22/05 | 5a.m 7pm |
| Ultram 100mg po qhs prn x 30days | 2/24/05 | 3/24/05 | 7pm |
| Ultram 100mg tp po TIP  Threanda 3-24 | 3-8-05 |  |  |
| Tylenol 500mg po BID  DiscontiDtion | 3-8-05 |  |  |

PATIENT NAME: Mathis, Raymond
FACILITY NAME: Houston County Jail
PHYSICIAN NAME: D.Speigner CRNP
DIAGNOSIS: Psychiatric D/O, Insomnia, depression, chronic back pain
ALLERGY: ?kidney med
SECTION: M
PATIENT NO.: 29402
ROOM NO.:
PHYSICIAN PHONE NO.:

NURSE'S SIGNATURE   INITIAL   NURSE'S SIGNATURE   INITIAL

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

4/05

| PATIENT NAME | Mathis, Raymond |
| FACILITY NAME | HCJ |
| PHYSICIAN NAME | D. Speigner, CRNP |
| DIAGNOSIS | HTN, Depression |
| ALLERGY | NKDH |

PATIENT NO. 2942
ROOM NO. G
SECTION G

Wellbutrin 150mg PO bid x 90 days

HCTZ 25mg PO today — STOP DATE 6/31/05

Cold pack PO bid x 5 days — Cont 4/05 am

Benadryl 50mg PO TEST x 30 days — 4/15

Bll 400mg PO bid prn x 30 days — 4/19

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

NURSE'S SIGNATURE / INITIAL

Benadryl 50mg po qhs (handwritten at top)

**Medication Administration Record**

| | STOP DATE | HOUR |
|---|---|---|
| Wellbutrin 100mg po bid x 90days | 6/7 | 7am / 5am |
| 3/31/05 | 6/31/05 | 7pm |
| HCTZ 25mg po qday | | 5am |
| 3/31/05 | cont. | |
| Benadryl 50mg po qhs x 30days | | 7pm |
| 4/15/05 | 5/15/05 | 5am |
| Ibuprofen 400mg po bid prn x 30days | 5/20/05 | 7pm |
| 4/19/05 | 5/3 5a pm | 5am |
| Cold pack po bid x 7days | 5/7 | 7pm 5am |
| CTM tabs ī po bid x 30 days | 4/28 | 7pm |

**ALLERGY** NKDA

**DIAGNOSIS** HTN, depression

**PHYSICIAN NAME** D.Speigner CRNP

**FACILITY NAME** HCJ

**PATIENT NAME** Mathis, Raymond

PHYSICIAN NAME: ___
PHYSICIAN PHONE NO.: ___
SECTION: 1 F
ROOM NO.: ___
PATIENT NO.: 29402

NURSE'S SIGNATURE / INITIAL

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

## INMATE REFUSAL

NAME _Mathis, Raymond_

DATE _11-9-04_

REFUSES MEDICATION _HCTZ_

REFUSES MEDICAL TREATMENT_____

INMATE SIGNATURE _Raymond mathis_

I/m understands importance of this med

11/18/04 Explain importance of B/p pill!!

I/m was writing requests re: his B/p, but now refusing med?

Have I/m sign another refusal if still refuses.

Per.
I/m now taking what is this ?

Wellbutrin 100mg po bid (5a,5p) x 90 days
8/19/04

Trazodone 50mg po q hs x 90 days
8/19/04

Stool softener po bid x 14 days
8/31/04

Hemorrhoidal supp. per rectum
8/31/04

Ultram 100mg po tid x 30 days

Tylenol 1gm po tid x 30 days

BK 480 mg BID x 30 days

Benadryl 25mg po bid x 30 days

**PHYSICIAN NAME:** D.Speigner CRNP
**FACILITY NAME:** Houston County Jail
**PATIENT NAME:** Mathis, Raymond
**DIAGNOSIS:** Schizophrenia, depression, insomnia, decreased renal function, Hemorrhoid
**ALLERGY:** 
**PATIENT NO.:** 29402

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

NURSE'S SIGNATURE     INITIAL