**Nurse Notes**

# HOUSTON COUNTY JAIL
## P. O. BOX 6406
## DOTHAN, ALABAMA 36302

**NURSE'S NOTES**

| NAME: Last | First | Middle | DATE OF BIRTH |
|---|---|---|---|
| Mathis, | Reymond | | 5-25-62 |

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|---|---|
| | |

INMATE REFUSAL

NAME Raymond, Mathis

DATE 8-17-05

REFUSES MEDICATION_____

REFUSES MEDICAL TREATMENT____LPN - Visit

INMATE SIGNATURE X _____

# HOUSTON COUNTY JAIL

### P. O. BOX 6406
### DOTHAN, ALABAMA 36302

**NURSE'S NOTES**

| NAME: Last | First | Middle | DATE OF BIRTH |
|---|---|---|---|
| Mathis | Raymond | | |

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|---|---|
| 6-30-05 | I was informed by Sgt Reynolds that I/m Mathis had been involved in a physical altercation. I went to F-pod to speak c̄ I/m Mathis. At first, the I/m denied that anything had happened. The I/m did confess then that he had fought c̄ another I/m & stated it was about the way I/m Mathis was passing out the toilet paper & further stated that he & the other I/m do not like each other anyway. I noted I/m Mathis' hand to be swollen especially 5th digit & lateral side ℞ hand. I/m placed on clinic list for 7-1-05. I/m provided ice (c̄ salt) in ziploc bag to soak his hand. |
| | h. hagueun |

# HOUSTON COUNTY JAIL
## P. O. BOX 6406
## DOTHAN, ALABAMA 36302

#29407

### NURSE'S NOTES

| NAME: Last  _Mathis_ | First  _Raymond_ | Middle | DATE OF BIRTH |
|---|---|---|---|

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|---|---|
| 6-24-05 | I/m to clinic. Had BM - noted to be streaked c̄ of BRB on one side as well as a drop of blood in container provided for BM. RN then looked at I/m's anus) & able to see a raw, slightly bloody, internal hemorrhoid as I gently spread his external anal sphincter for visualization. ———————— L Begum |

# HOUSTON COUNTY JAIL
## P. O. BOX 6406
## DOTHAN, ALABAMA 36302

**NURSE'S NOTES**   29402

| NAME: Last | First | Middle | DATE OF BIRTH |
|---|---|---|---|
| Mathis | Raymond | | 8-29-62 |

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|---|---|
| 4/14/05 | Called to J-pod. Noted toilet paper c̄ BRB on it (mad amount). Furthermore, noted that the bottle of witch hazel appeared to be full/unused. — L Hagerman |

Nursing Department
Houston County Jail- Nursing

4/26/05

copy to 3rd

To Shift Sergeant
3rd Shift:

Please observe I/m Mathis in J-pod
to see if I/m is sleeping at night.
Thanks!
L. hagum

# HOUSTON COUNTY JAIL
## P. O. BOX 6406
## DOTHAN, ALABAMA 36302

**NURSE'S NOTES**

| NAME: Last | First | Middle | DATE OF BIRTH |
|---|---|---|---|
| Mathis | Raymond | | |

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|---|---|
| 4-21-05 | 0445- I/m took meds at the cart & while I was leaving out of the inside of lobby of J pod & officer Lox I noticed I/m picking T the mop out of the mop bucket sitting between his cell & the shower. He picked the mop & I difficulty & squeezed it out in the mop bucket & proceeded to mop the shower inside J pod. |
| | T. Hathaway |

## HOUSTON COUNTY JAIL MEDICAL CLINIC

### INTAKE

DATE 3-29-05

INMATE Mathis, Raymad # 29402 DOB 8-29-62

ALLERGIES NKDA

V/S 138/93, 16, 69, 97'
     134/94

HEIGHT 6' WEIGHT 208

CURRENT MEDICAL PROBLEMS
Pt bipolar, manic depression
schizophrenia, back pain, HTN

PERSONAL DOCTOR Dr Banner ADDRESS

HOSPITALIZATIONS August 2004 for back Hx

CURRENT MEDICATIONS see old chart

MEDICATIONS BROUGHT IN? Ø denies

NURSING ASSESSMENT:
Inmate alert & oriented & answers
questions s difficulty. Old chart pulled
& CRNP asked if we are to restart
meds. Q

L.P.M.M. tHoMas

_(nurses Initials)_ EXPLAINED HOW TO OBTAIN MEDICAL
TREATMENT WHILE IN HCJ

NURSE _M. Homan SPN_

# HOUSTON COUNTY JAIL
## P. O. BOX 6406
## DOTHAN, ALABAMA 36302

**NURSE'S NOTES**

| NAME: Last | First | Middle | DATE OF BIRTH |
|---|---|---|---|
| Mathis | Raymond | | |

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|---|---|
| 2/14/05 | During A.M. med pass, I asked I/M Mathis, "How ya doin'?" I/M replied, "OK." Furthermore, I/M's gait normal — no limping or dragging of either LE noted & I/M c̄ no c/o. NAD. _h hajauum_ |

# HOUSTON COUNTY JAIL
## P. O. BOX 6406
### DOTHAN, ALABAMA 36302

**NURSE'S NOTES**

| NAME: Last | First | Middle | DATE OF BIRTH |
|---|---|---|---|
| Mathis, Raymond | | | 8/29/62 |

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|---|---|
| 8/30/04 | This nurse was @ the door of A pod when an I/m yelled out. Upon turning around an I/m was observed lying on stomach on floor with head turned to the right. Nurse Hathaway and C/o's entered the pod and checked I/m for injuries. No observable (visual) injuries were noted. I/m was placed on backboard and secured to gurney for transport to clinic per Ms. Hathaway & C/o Athey. Upon arrival @ clinic I/m refused to be assessed by Nurse Hathaway and requested to see this writer. This writer complied c I/m's request. I/m asked this nurse to transfer him to the hospital. I/m was told there couldn't be a transfer s an assessment. I/m refused offer of medication & also refused to be repositioned on gurney. I/m began threatening lawsuits and abuse. I/m resisted assistance & became combative requiring physical restraint to place in L-4. Staff placed I/m in supine position on bed. This writer then observed I/m immediately repositions w/ull ROM of extremities s any S/S of pain. These actions were followed in a few minutes |

leg inmate coming to door of L-4 and asking this nurse
for his Am meds and his breakfast. Am meds given
per this nurse & breakfast tray ordered. I/m expressed
no S/S of pain when ambulating about in L-4.

Barbara Forrington

**Lab / X Ray**

WEST MAIN MEDICAL CENTER
2115 W. MAIN ST.
DOTHAN, AL 36301
(334) 793-6556

# STATEMENT

ACCOUNT:  98110                                          DATE: 08-01-

HOUSTON COUNTY JAIL               HOME PHONE: 712-0762        TREATING DR.
ATTN: DARLA SPEIGNER              WORK PHONE:                 INSURANCE CO
901 E MAIN                        EMPLOYER:
DOTHAN, AL    36301

| DATE | PROCEDURE | DESCRIPTION | PATIENT | | |
|------|-----------|-------------|---------|------|----|
| 6-02-05 | 72040 | PELICAN, MARY-C SPINE XRAY | HOUSTON | 60.00 | 60 |
| 6-10-05 | 71020 | WILLIAMS, JAMES-CHEST X RAY | HOUSTON | 65.00 | |
| 6-10-05 | 71120 | ROBBINS, SAMMY-STERNUM XRAY | HOUSTON | 65.00 | |
| 6-10-05 | 73510 | WESTBROOK, ALEXANDER- RT HI | HOUSTON | 65.00 | |
| 6-10-05 | 73510 | WESTBROOK, ALEXANDER-LT HIP | HOUSTON | 65.00 | |
| 6-15-05 | 70250 | ROGERS, JAMES-SKULL XRAY | HOUSTON | 60.00 | |
| 7-01-05 | | MATHIS, RAYMOND/HAND X-RAY | HOUSTON | 45.00 | |
| 7-15-05 | 72100 | HARRISON, HENRY/L/S SPINE X | HOUSTON | 75.00 | |
| 7-18-05 | | SIMS, BILLY LEFT FOOT X-RAY | HOUSTON | 45.00 | |
| 7-21-05 | 73100 | VROBLICK, JOAN/WRIST X-RAY | HOUSTON | 50.00 | |
| | | | TOTALS: | 595.00 | 60 |

| CURRENT: | 30 DAYS: | 60 DAYS: | 90 DAYS: | 120 DAYS: |
|----------|----------|----------|----------|-----------|
| 215.00 | 320.00 | .00 | .00 | .00 |

INITS ------------------------------MEMOS------------------------------------DATES
       PLEASE SEND A COPY OF INVOICE WITH YOUR REMITTANCE           / 3/28

# DOCTORS LABORATORY, INC.

CAP No. 0848
Medic...
Medic... ID. 65016769LA

James H. Hudson Jr., M.D.
Director
2906 Julia Drive
Valdosta, Georgia 31602
1-800-342-7552
www.doctorslaboratory.com

Barcode

12519
HOUSTON COUNTY JAIL
901 E. MAIN STREET
DOTHAN, AL 36301

334-712-0762

PATIENT ID #
MED. REC. #
ORDERING PHYSICIAN
PATIENT NAME (LAST)  (FIRST)
PATIENT PHONE #

MALE
FEMALE
DOB
FASTING  Y N
DATE
TIME

BILL TO: ☐ CLIENT  ☐ PATIENT  ☐ WORKERS COMP  ☐ INSURANCE  ☐ MEDICARE  ☐ MEDICAID

PATIENT INFO
STREET
CITY                STATE          ZIP

RESPONSIBLE PARTY: INSURED'S NAME
STREET
CITY                STATE          ZIP

PATIENT'S RELATIONSHIP TO INSURED
☐ SELF  ☐ SPOUSE  ☐ CHILD  ☐ OTHER

CALL RESULTS TO:
NAME
NUMBER

FAX RESULTS TO:
NAME
NUMBER

INSURANCE
☐ MEDICARE #
☐ MEDICAID #                STATE
☐ SUBSCRIBER #                GROUP
INSURANCE CO.
ADDRESS
CITY          STATE          ZIP

SECONDARY INSURANCE
☐ MEDICARE #
☐ MEDICAID #                STATE
☐ SUBSCRIBER #                GROUP
INSURANCE CO.
ADDRESS
CITY          STATE          ZIP

REQUIRED    ICD-9 DIAGNOSIS CODES FOR TESTS ORDERED    REQUIRED

| TEST # | AMA APPROVED PANELS | CPT | CONT | TEST # | GLUCOSE SERIES | CPT | CONT | TEST # | | CPT | CONT | | MICROBIOLOGY | CPT CODE(S) | CO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 793 | ACUTE HEPATITIS PANEL * | 80074 | SST | 503 | FBS-FASTING GLUCOSE * | 82947 | SST | 150 | PT (PROTHROMBIN TIME)* | 85610 | B | 8998 | CHLAMYDIA & GC- AMPLI DNA (Genital) | 87491 | P |
| 547 | BASIC METABOLIC PANEL | 8004B | SST | 566 | 1 HR PP GLUCOSE | 82947 | SST | 43100 | PSA, SCREENING | G0103 | SST | 2238 | CHLAMYDIA & GC- AMPLI DNA (Urine) | 87491 | S |
| 528 | COMP METABOLIC PANEL | 80053 | SST | 592 | OB 1 HR | 82950 | SST | 149 | PTT (PARTIAL PROTHROMBOPLAS.)* | 85730 | B | 2235 | VAGINITIS PROFILE - DNA Probe for | 87660 | |
| 529 | ELECTROLYTE PANEL | 80051 | SST | 555 | 2 HR PP GLUCOSE | 82947 | SST | 130 | RHEUMATOID TEST (QUANT)* | 86431 | SST | | Trichomonas,Candida,Gardnerella | 87480 87510 | V |
| 234 | HEPATIC FUNCTION PANEL | 80076 | SST | 555 | FASTING & 1 HR GLUCOSE | 82950 | 2 SST | 335 | RUBELLA (IgG) | 86762 | SST | 2260 | GROUP 'B' STREP. CULTURE (Genital) | 87070 | S |
| 819 | LIPID PANEL * | 80061 | SST | 9764 | FASTING & 1 HR GLUCOSE | 82950 | 2 SST | 132 | RPR* | 86592 | SST | 2263 | GENITAL CULTURE | 87070 87071 | S |
| 908 | OBSTETRIC PANEL | 80055 | RT,LAV | 556 | FASTING & 2 HR GLUCOSE | 82950 | 2 SST | 133 | SED RATE (WESTERGREN)* | 85652 | L | 231 | HERPES SIMPLEX CULTURE | 87252 87253 87254 | M |
| 242 | RENAL PANEL | 80069 | SST | 551-554 | GLUC. TOLERANCE ___HR. | 82951/2 | n-SST | 507 | SGOT (AST) | 84450 | SST | | Source: | | |
| 105 | AMYLASE, SERUM | 82150 | SST | 585-588 | OB GTT SERIES ___HR. | 82951/2 | n-SST | 516 | SGPT (ALT) | 84460 | SST | 202 | STOOL CULTURE | 87045 87046 | SC |
| 216 | ANA | 86038 | SST | 418 | HCG, QUANTITATIVE * | 84702 | SST | 417 | T3 (TRIIODOTHYRONINE)* | 84480 | SST | 125 | OVA & PARASITE EXAM. | 87177 | S |
| 177 | ANTIBODY SCREEN | 86885 | L | 329 | HDL, CHOLESTEROL * | 83718 | SST | 407 | T3 UPTAKE* | 84479 | SST | 124 | OCCULT BLOOD TEST (Fecal)* | 82270 | S |
| 301 | B12, VITAMIN | 82607 | SST | 347 | HEMOGLOBIN A1C* | 83036 | L | 408 | T4 (THYROXINE)* | 84436 | SST | 243 | CLOSTRIDIUM DIFFICILE TOXINS A/B | 87324 | S |
| 504 | BUN (BLOOD UREA NITROGEN) | 84520 | SST | 372 | HEPATITIS B CORE AB (IgM) | 86705 | SST | 353 | THEOPHYLLINE | 80198 | SST | 290 | GIARDIA DETECTION BY IFA | 87269 | S |
| 703 | CA-125 (CANCER ANTIGEN) * | 86304 | SST | 412 | HEPATITIS B SURF. ANTIGEN | 87340 | SST | 415 | TSH* | 84443 | SST | 235 | WBC'S EXAM. (Fecal) | 89055 | S |
| 364 | CARBAMAZEPINE (TEGRETOL) * | 80156 | SST | 421 | HEPATITIS B SURF. ANTIBODY | 86706 | SST | 506 | URIC ACID, SERUM | 84550 | SST | 117 | FECAL FAT (SUDAN STAIN) | 82705 | S |
| 114 | CBC * | 85025 | L | 9716 | HEPATITIS C, ANTIBODY | 86803 | SST | 134 | URINALYSIS* | 81001 | U | 280 | ROTAVIRUS DETECTION BY EIA | 87425 | S |
| 371 | CEA (CARCINOEMBRYONIC AG)* | 82378 | SST | 9992 | HIV 1/2 ANTIBODY SCREEN* | 86703 | SST | 379 | VALPROIC ACID | 80164 | SST | 219 | URINE CULTURE * | 87086 87088 | SC |
| 507 | CHOLESTEROL * | 82465 | SST | 9630 | HOMOCYSTEINE | 83090 | SST | | URINE CHEMISTRIES | | | 222 | SPUTUM CULTURE | 87070 | S |
| 102 | CORTISOL, SERUM (AM) | 82533 | SST | 317 | IMMUNOGLOBULINS (G,A,M) | 82784x3 | SST | | 24 HOUR TV: | | | 206 | BLOOD CULTURE | 87040 | B |
| 122 | CORTISOL, SERUM (PM) | 82533 | SST | 320 | IRON & TIBC* | 83550 | SST | | | | | 230 | THROAT CULTURE (Complete) | 87070 | S |
| 514 | CPK, TOTAL | 82550 | SST | 513 | LDH, TOTAL | 83615 | SST | | CHECK HERE IF RANDOM: | | | | THROAT CULTURE (Beta Strep. only) | | |
| 505 | CREATININE, SERUM * | 82565 | SST | 854 | LITHIUM | 80178 | SST | 536 | CREATININE CLEARANCE | 82575 | SST,U | 204 | WOUND CULTURE | 87070 | S |
| 115 | CRP | 86140 | SST | 425 | LH (LUTEINIZING HORMONE) | 83002 | SST | 8282 | UREA CLEARANCE | 84545 | SST,U | 201 | MISCELLANEOUS CULTURE | 87070 | S |
| 471 | CRP, HIGHLY SENSITIVE * | 86141 | SST | 325 | MAGNESIUM* | 83735 | SST | 327 | URINE PROTEIN | 84156 | U | | Source: | | |
| 404 | DIGOXIN* | 80162 | SST | 123 | MONO SCREEN | 86308 | SST | 9752 | MICROALBUMIN | 82043 | U | 208 | BODY FLUID CULTURE | 87070 | SC |
| 405 | DILANTIN | 80185 | SST | 414 | PHENOBARBITOL | 80184 | SST | 351 | MICROALB/CREAT RATIO (82043) | 82570 | U | | Source: | | |
| 946 | ESTRADIOL | 82670 | SST | 518 | POTASSIUM* | 84132 | SST | 8054 | PROTEIN/CREAT RATIO (84156) | 82570 | U | 207 | FUNGUS CULTURE (Non-Systemic) | 871D1 | S |
| 420 | FERRITIN, SERUM* | 82728 | SST | 424 | PREGNANCY TEST (QUAL) | 84703 | SST | | | | | | Source: | | |
| 406 | FOLATE, SERUM | 82746 | SST | 924 | PROGESTERONE | 84144 | SST | | KEY: SST=SERUM SEPARATOR TUBE | | L=LAVENDER | 210 | GRAM STAIN | 87205 | S |
| 428 | FREE T4* | 84439 | SST | 419 | PROLACTIN | 84146 | SST | | RT=PLAIN RED TOP  n-SST=REQUIRES MULTIPLE TUBES | | | | Source: | | |
| 426 | FSH, SERUM | 83001 | SST | 431 | PROSTATE SPEC. ANTIGEN* | 84153 | SST | | B=BLUE TOP  U=URINE | | | | Key: PT = ProbeTec; SC = Sterile Container; VP = VP Collection | | |

For any patient of any payor (including Medicare and Medicaid) that has a medical necessity requirement, you should only order those tests which are medically

Form # F-DLI-021A Rev. 02/...

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA  36301

## SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY

| Inmate referred to : (Name & Address) | Reason for referral: |
|---|---|
| SB & J   Circle 2   Dr. Hall | Broken (L) hand |

| Appointment Date | Appointment Time | Date of Birth | Social Security # |
|---|---|---|---|
| 7-1-05 | | | |

| Inmates Name: | Additional Health Info. : |
|---|---|
| Mathis, Raymond | X-rays enclosed |

Reason for Referral :

Deputy Required  yes ( )  No ( )          Ambulance Required   Yes ( )  No ( )

Nurse :                          RN or _Whagum_____          LPN

## SECTION 2 TO BE COMPLETED BY INMATE

I authorize release of medical information to the Houston County Sheriff's Department.

_____          Date : _____

Signature of Inmate

## SECTION 3 TO BE COMPLETED BY PROVIDER

( ) Treated      ( ) Further follow -up needed      ( ) REFER for another Treatment or Test

| DIAGNOSIS: | TREATMENT : |
|---|---|
| | |

SIGNATURE OF PROVIDER                          DATE

CLINIC DIRECTOR :                    Telephone : (334) 712-0762  ext. 120 or 122
D. Snelgrov CRNP

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA 36301

**SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY**

| Inmate referred to : (Name & Address) | Reason for referral: |
|---|---|
| West Main Medical Center | |

| Appointment Date | Appointment Time | Date of Birth | Social Security # |
|---|---|---|---|
| 7-1-05 | 11:00am | 8-29-62 | |

Inmates Name: **Mathis Raymond**

Additional Health Info. :

Reason for Referral : X-ray (R) hand

Deputy Required  yes ( ) No ( )        Ambulance Required   Yes ( )  No ( )

Nurse :                     RN  or   _M.K. Hathaway_      LPN

**SECTION 2 TO BE COMPLETED BY INMATE**

I authorize release of medical information to the Houston County Sheriff's Department.

_Raymond Mathis_                    Date : 7-1-05

Signature of Inmate

**SECTION 3 TO BE COMPLETED BY PROVIDER**

( ) Treated        ( ) Further follow -up needed        ( ) REFER for another Treatment or Test

| DIAGNOSIS: To follow by radiograph | TREATMENT : |
|---|---|
| | |

_WMMC_                              _7/1/05_

SIGNATURE OF PROVIDER                    DATE

CLINIC DIRECTOR :
D. Spolater CRNP

Telephone : (334) 712-0762  ext. 120 or 122



## Loading Page.

| Home | Order | Lab | Test | Messages | Account |





Doctors Laboratory Inc,
2900 John Drive
Valdosta GA 31604
Phone (229) 244 4468

Director: Jackson L. Gates, M.D.
Medicare No. 5807GV0GLA
CAP No. 2565061
CLIA No. 11D056.06

PATIENT: MATHIS, RATHUEL

PATIENT PHONE:

AGE, DOB: 41, 09/14/1963

PATIENT SEX: M

ACCESSION #: 632803 5

PATIENT ID: 18401

MED REC #:

CLIENT #: 12519

CLIENT: HOUSTON COUNTY JAIL
901 E. MAIN STREET
DOTHAN, AL 36301

COLLECTED: 07/11/2005 9:12PM

RECEIVED: 07/11/2005  1:41PM

REPORTED: 07/12/2005 2:46AM

REQUISITION #:

FASTING: NO

ROOM #:

PHYSICIAN: BANNER

PULL CHART

| TEST NAME | WITHIN RANGE | OUTSIDE RANGE | NORMAL RANGE | UNITS |
|---|---|---|---|---|
| CBC | | | | |
| WBC | 5.80 | | 4.40-11.69 | THOU/CUMM |
| RBC | 4.55 | | 4.37-5.69 | MILL/CUMM |
| HEMOGLOBIN | 14.0 | | 13.9-16.5 | GMS |
| HEMATOCRIT | 41.7 | | 40.3-48.1 | % |
| MCV | 91.4 | | 81.6-95.7 | FL |
| MCH | 30.6 | | 26.7-32.3 | PG |
| MCHC | 33.5 | | 32.0-36.0 | G/DL |
| RDW | 13.1 | | 12.0-13.8 | % |
| PLATELET COUNT | 239 | | 159-373 | THOU/CUMM |
| NEUTROPHILS | 48.4 | | 44.8-74.2 | % |
| LYMPHOCYTES | 40.4 | | 16.8-44.2 | % |

WEST MAIN MEDICAL CENTER
2115 W. MAIN ST.
DOTHAN, AL 36301
(334) 793-6556

# STATEMENT

ACCOUNT:   98110                                          DATE: 04

HOUSTON COUNTY JAIL                    HOME PHONE: 712-0762           TREATING
ATTN: DARLA SPEIGNER                   WORK PHONE:                    INSURANC
901 E MAIN                             EMPLOYER:
DOTHAN, AL   36301

| DATE | PROCEDURE | DESCRIPTION | PATIENT | |
|---|---|---|---|---|
| 2-03-05 | 73120 | AUBIN, MATTHEW/LT HAND XRAY | HOUSTON | 45.00 |
| 2-03-05 | 72040 | HOWARD, JOSHUA/C SPINE XRAY | HOUSTON | 60.00 |
| 2-03-05 | 73030 | BROWN, ADAM/RT SHOULDER XRA | HOUSTON | 60.00 |
| 2-04-05 | 73550 | FARRIS, DONALD/RT FEMUR XRA | HOUSTON | 60.00 |
| 2-08-05 | | TILLEY, ROBIN/KUB XRAY | HOUSTON | 50.00 |
| 2-25-05 | 74000 | TILLEY, ROBIN/KUB XRAY | HOUSTON | 50.00 |
| 3-02-05 | 73140 | MOSELY, MICHAEL/RT 3RD FING | HOUSTON | 45.00 |
| 3-25-05 | 72100 | MILLS, LUBAL/L/S SPINE XRAY | HOUSTON | 75.00 |

TOTALS:      505.00

| CURRENT: | 30 DAYS: | 60 DAYS: | 90 DAYS: | 120 DAYS: |
|---|---|---|---|---|
| | | | .00 | .00 |

INITS -----------------------------MEMOS------------------------------------DATES
        PLEASE SEND A COPY OF INVOICE WITH YOUR REMITTANCE          / 3/

EST MAIN MEDICAL CENTER
115 W. MAIN ST.
OTHAN, AL 36301
334) 793-6556

# STATEMENT

### (X-RAYS DONE IN FEBRUARY)

ACCOUNT:  98110                                    DATE: 03-15-05

OUSTON COUNTY JAIL                HOME PHONE: 712-0762        TREATING DR.:
TTN: DARLA SPEIGNER               WORK PHONE:                 INSURANCE CO:
01 E MAIN                         EMPLOYER:
OTHAN, AL    36301

| ATE | PROCEDURE | DESCRIPTION | PATIENT | | |
|-----|-----------|-------------|---------|--|--|
| 2-03-05 | 73120 | AUBIN, MATTHEW/LT HAND XRAY | HOUSTON | 45.00 | .0 |
| 2-03-05 | 72040 | HOWARD, JOSHUA/C SPINE XRAY | HOUSTON | 60.00 | .0 |
| 2-03-05 | 73030 | BROWN, ADAM/RT SHOULDER XRA | HOUSTON | 60.00 | .0 |
| 2-04-05 | 73550 | FARRIS, DONALD/RT FEMUR XRA | HOUSTON | 60.00 | .0 |
| 2-08-05 | | TILLEY, ROBIN/KUB XRAY | HOUSTON | 50.00 | .0 |
| 2-25-05 | 74000 | TILLEY, ROBIN/KUB XRAY | HOUSTON | 50.00 | .0 |
| | | | TOTALS: | 385.00 | .0 |

| URRENT: | 30 DAYS: | 60 DAYS: | 90 DAYS: | 120 DAYS: |
|---------|----------|----------|----------|-----------|
| 100.00 | 285.00 | .00 | .00 | .00 |

Note:  **This is a bill only for x-rays done in February and does not include previous charges
totalling $815.00, which I understand is being checked out by your staff.**



**Quest**
Diagnostics ®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.877.8805

| PATIENT INFORMATION | REPORT STATUS FINAL |
|---|---|
| MATHIS,RAYMOND | |
| DOB: 08/29/1962 AGE: 42 | ORDERING PHYSICIAN |
| GENDER: M | BANNER,SAM R |

SPECIMEN INFORMATION
SPECIMEN:    AT654741C
REQUISITION: 1192988

SSN:
ID:
PHONE:

CLIENT INFORMATION
A191886                          QDHN001
HOUSTON COUNTY JAIL
DARLA SPEIGNER
901 E MAIN ST
DOTHAN, AL 36301-1759

COLLECTED:  12/07/2004    08:20 ET
RECEIVED:   12/08/2004    03:10 ET
REPORTED:   12/08/2004    08:34 ET

---

COMMENTS: PLEASE MAIL RESULTS TO ABOVE ADDRESS

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| ELECTROLYTE PANEL | | | | AT |
| SODIUM | 142 | | 135-146 MMOL/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 MMOL/L | |
| CHLORIDE | 103 | | 98-110 MMOL/L | |
| CARBON DIOXIDE | 27 | | 21-33 MMOL/L | |

Hard Copy with additional information to follow

PERFORMING LABORATORY INFORMATION
AT    QUEST DIAGNOSTICS-ATLANTA, 1777 MONTREAL CIRCLE, TUCKER, GA  30084
      Laboratory Director:  WILLIAM M MILLER, MD, CLIA: 11D0255931

MATHIS,RAYMOND - AT654741C                              Page 1 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.  All rights reserved. DH-RPAPR.  7/01
LR-F806
12/08/04  08:40  01218942   1/5

Diagnostics

07191086-1    1192988-6

**LabBenefit™** □

REGISTRATION    DATE M M D D YEAR

PATIENT SOCIAL SECURITY #    OFFICE / PATIENT ID #

ROOM #    LAB REFERENCE #    PATIENT PHONE #  (   )

HOUSTON COUNTY JAIL
DARLA SPEIGNER
901 E MAIN ST
DOTHAN, AL 36301-1759

QDHN001
7191086    334-712-0762

PRINT NAME OF INSURED/RESPONSIBLE PARTY (LAST, FIRST, MIDDLE) - IF OTHER THAN PATIENT

PATIENT STREET ADDRESS (OR INSURED/RESPONSIBLE PARTY) APT. #    KEY

CITY    STATE    ZIP

MEDICARE NUMBER    SUFFIX

E COLLECTED 2-7-04    TIME 8:20 □AM □PM    TOTAL VOL/HRS. ___ ML ___ HR    □ Fasting □ Non Fasting

MEDICAID NUMBER    STA

RELATIONSHIP TO INSURED:  □ SELF  □ SPOUSE  □ DEPENDENT

PRIMARY INSURANCE CO. NAME

.I.N. ORDERING PHYSICIAN AND/OR PAYORS
( ) E01167 BANNER, SAM R

MEMBER / INSURED ID #    GROUP #

INSURANCE ADDRESS

( ) AUSHC AETNA ALL PLANS
( ) PHCS PHCS - PRIVATE HLTH
( ) FHMHD MAILHANDLERS
( ) KPERN KAISER PERMANENTE N

CITY    STATE    ZIP

EMPLOYER NAME/EMPLOYER #    INSURED SOCIAL SECURITY # (if not patient)

ADDITIONAL PHYS.: Dr. ___    U.P.I.N. ___
Fax
sults to: (   )
d Duplicate Report to:
nt # OR NAME:
DRESS:
Y: ___ STATE ___ ZIP ___

Medicare Limited Coverage Tests.
@ = May not be covered for the reported diagnosis.
F = Has prescribed frequency rules for coverage.
& = A test or service performed with research/experimental kit.

Separate ABN enclosed
□ Yes    □ No

**ICD9 CODE(S)** FOR DIAGNOSIS, SYMPTOM OR COMPLAINT (MUST BE PROVIDED

| ORGAN / DISEASE PANELS | | OTHER TESTS | | | |
|---|---|---|---|---|---|
| 34392 □ **ELECTROLYTE PANEL** S (Na, K, Cl, CO2) | | 7788 □ ABO GROUP & RH TYPE | L | 4848 □ HEP B CORE AB, IGM | S |
| | | 223 □ ALBUMIN (Alb) | L | 499 □ HEP B SURFACE AB QUAL | S |
| 10256 □ **HEPATIC FUNCTION PANEL** S (Alb, TBili, DBili, AP, AST, ALT, TP) | | 234 □ ALKALINE PHOSPHATASE (AP) | S | 498 □ HEP B SURFACE AG W/REFLEX CONFIRM | S |
| | | 823 □ ALT (SGPT) | F | 8472 □ HEP C VIRUS AB | S |
| 10165 □ **BASIC METABOLIC PANEL** S (Na, K, Ca, Cl, CO2, Glu, BUN, Cr) | | 243 □ AMYLASE | S | F @ 6449 □ HIV SCR W/REFLEX WB CONFIRM | S |
| | | 10321 □ ANA | S | @7573 □ IRON (TOT), IBC % SAT | S |
| 10231 □ **COMP METABOLIC PANEL** S (Na, K, Ca, Cl, CO2, Glu, BUN, Cr, TP, Alb, TBili, AP, AST, ALT) | | 249 □ ANA W/REFLEX TITER | S | @571 □ IRON, TOTAL | S |
| | | 795 □ ANTIBODY SCR, RBC W/REFLEX ID | S | 593 □ LDH | S |
| | | 822 □ AST (SGOT) | S | 599 □ LEAD (B) | L |
| @7600 □ **LIPID PANEL** (Fasting Specimen) S (TChol, Trig, HDL, calc LDL) | | 285 □ BILIRUBIN, DIRECT (DBili) | S | 615 □ LH | S |
| | | 287 □ BILIRUBIN, TOTAL (TBili) | S | 613 □ LITHIUM | S |
| @20210 □ **OBSTETRIC PANEL W/REFLEX** 2 S (ABO/Rh, Antibody Scr RBC* w/reflex, cRBC, RPR (DX) w/reflex confirm, HbsAg w/reflex confirm, Rubella IgG Ab) | | 4420 □ C-REACTIVE PROTEIN | S | @622 □ MAGNESIUM | S |
| | | @29256 □ CA 125 | S | OCC BLD, FECES F@35301 □ DX F35306 □ MCR SCR | |
| | | 303 □ CALCIUM (Ca) | S | 713 □ PHENYTOIN | R |
| | | 310 □ CARBON DIOXIDE (CO2) | S | 718 □ PHOSPHORUS | S |
| | | 10124 □ CARDIO CRP | S | @733 □ POTASSIUM (K) | S |
| @10306 □ **HEPATITIS PANEL, ACUTE W/REFLEX** S (HBsAg w/reflex confirm, HC Ab, HA Ab IgM, HBcAb, IgM) | | F@978 □ CEA | S | 745 □ PROGESTERONE | S |
| | | 330 □ CHLORIDE (Cl) | S | 746 □ PROLACTIN | S |
| | | F@334 □ CHOLESTEROL, TOTAL (TChol) | S | 754 □ PROTEIN, TOTAL (TP) | S |
| **HEMATOLOGY** | | 375 □ CREATININE (Cr) | S | PSA, SERUM F@5363 □ DX F@10157 □ MCR SCR | |
| | | @418 □ DIGOXIN | R | @4418 □ RHEUMATOID FACTOR | S |
| @510 □ HEMOGLOBIN | L | @457 □ FERRITIN | S | @799 □ RPR (MONITORING) W/REFLEX TITER | S |
| @509 □ HEMATOCRIT | L | 466 □ FOLIC ACID | S | @36126 □ RPR (DX) W/REFLEX CONFIRM FTA | S |
| @723 □ PLT COUNT | L | 470 □ FSH | S | 802 □ RUBELLA IGG AB | S |
| @937 □ WBC | L | F@482 □ GGT | S | @809 □ SED RATE BY MOD WEST | L |
| @1759 □ HEMOGRAM/PLT (H/H, RBC, Indices, WBC, PLT) | | 8477 □ GLUCOSE, GEST. SCR. | GY | 836 □ SODIUM (Na) | S |
| | | F@484 □ GLUCOSE, PLASMA | GY | 873 □ TESTOSTERONE, TOTAL | S |
| | | F@483 □ GLUCOSE, SERUM (Glu) | S | 841 □ TRIGLYCERIDES (Trig) | S |
| @6399 □ CBC (H/H, RBC, Indices, WBC, DIFF) | L | 8435 □ HCG, SERUM, QUAL | S | F@899 □ TSH | S |
| @8847 □ PT WITH INR | B | F@8396 □ HCG, SERUM, QUANT | S | F@36127 □ TSH W/REFLEX T-4, FREE | S |
| @763 □ PTT, ACTIVATED | B | F@608 □ HDL | S | 859 □ T-3, TOTAL | S |
| | | F@496 □ HEMOGLOBIN A1C | L | F@861 □ T-3 UPTAKE | S |
| | | 512 □ HEP A AB, IGM | S | | |

| OTHER TESTS (cont.) | |
|---|---|
| F@867 □ T-4 (THYROXINE), TOTAL | S |
| F@866 □ T-4 (THYROXINE), FREE | S |
| @6448 □ UA, DIPSTICK ONLY | S |
| @7909 □ UA, DIPSTICK W/REFLEX TO MICROSCOPI | |
| 5463 □ UA, COMPLETE (DIPSTICK & MICROSCOPI) | |
| @3020 □ UA, COMPLETE, REFLEX TO CULTURE | |
| 294 □ UREA NITROGEN (BUN) | S |
| 905 □ URIC ACID | S |
| 916 □ VALPROIC ACID | S |
| 7065 □ VITAMIN B12/FOLIC ACID | S |
| 927 □ VITAMIN B12 | S |

**MICROBIOLOGY**
SOURCE (REQUIRED)

| | |
|---|---|
| 4485 □ CULTURE, GP. A STREP* | |
| 5617 □ CULTURE, GP. B STREP* | |
| 4558 □ CULTURE, GENITAL* | |
| 394 □ CULTURE, THROAT* | |
| @395 □ CULTURE, URINE, ROUTINE* (INC. INDWELLING CATH) | |
| 8502 □ CHLAMYDIA DNA, ENDOCX OR M/U | |
| 8501 □ GC DNA, ENDOCX OR M/URET | |
| 6919 □ CHLAMYDIA & GC W/REFLEX TO I (DNA PROBE)  (ENDOCX OR M/URE | |

**Amplified Specimen Type (please check o**
□ Endocervical □ Urethral □ Urine (female urine not acceptable to
| 10236 □ CHLAMYDIA, AMPLIFIED DNA, PC | |
| 10237 □ GC, AMPLIFIED DNA, PCR | |
| 10238 □ CHLAMYDIA & GC, AMPLIFIED DNA, PC | |

**Stool Pathogens**  (CAMPYLOBACTE, SALMONELLA, SHIGELLA*)
| 10045 □ CULTURE, STOOL, | |
| 4475 □ CULTURE, CAMPYLOBACTER* | |
| 10019 □ CULTURE, SALMONELLA/SHIGELL | |
| 30264 □ E. COLI SHIGA TOXINS, EIA | |
| 681 □ O & P W/PERMANENT STAIN | |
* Additional charge for ID and Suscepptibili

DITIONAL TESTS: (INCLUDE COMPLETE TEST NAME AND ORDER CODE)    Reflex tests are performed at an additional charge.    REFLCAT

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagno... © Quest Diagnostics Incorporated. All rights reserved. QD20354D-AT, Revised 6/03. SC2X - 7/

7191086    7191086
1192988    1192988

MMENTS, CLINICAL INFORMATION:
*Please mail results to above address*    TOTAL TESTS ORDERED

hysician Signature (Required for PA, NY, NJ & MA)    For any patient of any payor (including Medicare and Medicaid) that has a medical necessity requirement, you should only order those tests that are medically necessary for the diagnosis and treatment of the patient.

NAME:    7191086    7191086
1192988    1192988



**DOTHAN DIAGNOSTIC IMAGING INC.**

DOTHAN DIAGNOSTIC IMAGING INC.
2240 W. Main Street
Dothan, AL 36301
(334)792-1525    fax (334)671-1678
toll free (800)239-3408

**MATHIS, RAYMOND**
MRN: 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                                    Referring MD: SAM BANNER
DOB: 8/29/62
Sex:    Male

| Study Date | Accession # | Procedure Code | Procedure/Reason For Study |
|---|---|---|---|
| 10/12/04 | 12691003 | 72131 | Computerized axial tomography, lumbar spine; without c LBP |

Procedure: Computerized axial tomography of the lumbar spine without contrast

History: Trauma. Low back pain. Plain films have suggested a fracture involving the transverse process of L4 on the left.

Findings: There is a minimally comminuted and undisplaced fracture involving the transverse process of L4 left. This is restricted to the transverse process and does not extend into the pedicle and certainly not into the foramen or canal.

The fracture is minimally separated and minimally comminuted but is not displaced, and there is little if any surrounding hematoma. According to history this injury is about 2 weeks old, and the appearance of the fracture would be appropriate for that timeframe.

There is some facet hypertrophy present at L4-5 and L5-S1. There is no obvious disc pathology of other abnormality demonstrated

Impression: Comminuted and minimally separated but nondisplaced fracture of the transverse process of L4 on the left which does not extend to the pedicle or to the vertebral body or other structures

There is little if any surrounding its soft tissue swelling or hematoma.

This would be consistent with the timeframe of 2 weeks.

Degenerative changes are noted within the facets in the lower lumbar spine

No other obvious abnormality is indicated

Please refer to the report of the MR scan of the lumbar spine

| | |
|---|---|
| Dictated on: | 10/12/04  4:15:16PM |
| Interpreted by: | John Brannan, M.D |
| Assisted by: | |
| Transcribed by: | PowerScribe |
| Signed by: | John Brannan, M.D.    10/12/04  4:17:38PM |

Page 1 of 1

**WEST MAIN MEDICAL CENTER**
**2115 WEST MAIN STREET**
**DOTHAN, ALABAMA 36301**

**Donna H. West, M.D.**
**RADIOLOGIST**

# X - R A Y   R E P O R T

**NAME:**                                          **ATTENDING PHYSICIAN:**
Mathis, Raymond                                        Dr. West

**EXAM PERFORMED:**
AP & lateral lumbar spine

**DATE:**
9/29/04

**REPORT:**

There are five lumbar vertebral bodies.  There appears to be a
lucent line through the left transverse process at L4 suggesting
a nondisplaced fracture, however, there is overlying bowel gas in
this area which could be creating this effect.  Suggest clinical
correlation and/or additional films of this area.  Pedicles are
intact.  No dislocation.  Disc spaces are maintained.  No
proliferative changes.  The SI joints are patent.

IMPRESSION:        Within the limitation stated, possible
                   nondisplaced fracture of left transverse process
                   at L4; otherwise normal lumbar spine.


_____
Donna H. West, M.D.

**Inmate Requests**

INMATE REQUEST FORM

te: 1/14/05

INMATES # 294/02- F-1

: MRS, ett Laura

C/O SIGNATURE Branson

om: Raymond MATHis

SR C/O SIGNATURE Done

ATURE OF REQUEST Could you Please Put MS Back on

Hic Benadril too Help me Sleep Please,

You Told me Tou D.R.f You...

THANK You...

CTION TAKEN

# INMATE REQUEST FORM

Date: 11/4/05

To: NURSE STAFF

INMATES # 294432 - F. FLOOR

C/O SIGNATURE Richey a

From: Raymond MATH's

SR C/O SIGNATURE

NATURE OF REQUEST I would like Too see someone I'm bleeding very back again from my Hemorrhoids, Please

A.S.A.P.

Thank You

ACTION TAKEN - Mathis, you are not taking your colace (the red pill). Start taking it again to see it it helps in addition to the suppositories Nurse Celina gave to you.

Nurse Loina

X Raymond Math's

INMATE REQUEST FORM

Date: _10/28/05-_

To: _nurse, Laura_    INMATES # _2940 2 F-E_    (E)

From: _Raymund MATHis_    C/O SIGNATURE

SR C/O SIGNATURE    BR

NATURE OF REQUEST _START me on Cold Pack , PLEASE_

_I/2 Ann/Pm cold pack B10 & 7 days?_

CTION TAKEN _____

FS
CS
MAR
GART

## INMATE REQUEST FORM

Date: _10/15/05_

To: _Nurse Laura  nurse S. Briggs_

INMATES # _29702 - B-4_

C/O SIGNATURE _[signature]_

SR C/O SIGNATURE _[signature]_

From: _Raymond Mathis_

**NATURE OF REQUEST** _I'm in a lot of Pain, my Head and my Mouth is_
_killing me, I need something for Pain Please I can't Take the_
_Pain to much longer, I need Help Please_
_My Head will not stop Hurting, I want my Blood Pressure check_
_Please, I have not been taking my Bloodpressure Pills my high lower_

**ACTION TAKEN** _My mouth is bleeding and will not stop......_
_B.P. taken 21:25  10-15-05  124/80 - I'm complains of_
_broken tooth upper right side to bleeding @ gums._
_Note - remember inmate _____ [signature]_
_to charge inmate_
_for services  Per J-3   10/15/05_

## INMATE REQUEST FORM

Date: 10/6/05

To: Nurse Laura    INMATES # 29402 - F - Pod - 10

From: Raymond Mathis    C/O SIGNATURE _Woods_ BR

SR C/O SIGNATURE

**NATURE OF REQUEST** Ms Laura, could you Please Scew me some Deep Sea moisturizing saline nasal spray by sinus Soothes gase Back Please, could you scew me one. THANK YOU

**ACTION TAKEN** Do you want Rew to have one? NO

# INMATE REQUEST FORM

Date: 10/4/05

To: Address, Laura                    (F)                    INMATES # 29402 F-10

From: Raymund Mathis                                         C/O SIGNATURE

                                                            SR C/O SIGNATURE ___ BB

**NATURE OF REQUEST** If I could least cud get my blood pressure check, and brush my mouth out with salt please

Thank you

**ACTION TAKEN**

# INMATE REQUEST FORM

Date: 9/28/05

To: Nurse Laura

INMATES # 29402-F-10

C/O SIGNATURE H. Brown

From: Raymond Mathis

SR C/O SIGNATURE ⊙

NATURE OF REQUEST it you would Please start me Back
on the BenaDayl Pless I cont sleep to Reall
Ased That Pill it's Been Ten Days, PLess

Thank you

ACTION TAKEN

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

# INMATE REQUEST FORM

Date: 9/27/05

To: NURSE LAURA                                    (F)

INMATES # 29402-1-5-10

C/O SIGNATURE ___ K.B____

From: RAYMOND MATHIS

SR C/O SIGNATURE __ BR __

NATURE OF REQUEST Please Ms Laura could you Please get me back
on the benadryl Please Start me back on it, I cant Sleep a
Sleep a night at all Please

Thank you

ACTION TAKEN

Benadryl SD qhs RB                OK

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

## INMATE REQUEST FORM

Date: 9/00/05

To: Nurse, Laura

INMATES # 27902- F- Floor

From: Raymond Mathis

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** Please, Ms. Laura, Put me Back on
the Bin Adaily too Help me Sleep Please

Thank you

Raymond Mathis

**ACTION TAKEN** _____

yes Bin 15

INMATE REQUEST FORM

Date: 9/5/05

To: Commander for Military Nursing

INMATES # 294/02    F-FLR

C/O SIGNATURE

From: Raymond Mathis

SR C/O SIGNATURE

NATURE OF REQUEST Sir I wrote you a letter and about seeing someone about my hand I need to see a doctor. I can't take the pain anyway I need too see a doctor.

Please

Thank you

ACTION TAKEN

I have seen him for the fold him he refused his f/u appt. to the ortho Dr. I'll appt to the ortho Dr.

# ~~I~~ATE REQUEST FORM

Date: 9/3/05

INMATES # 29402-I-Flosk

TO: Commander, William McCarty

C/O SIGNATURE _____ Jones

From: Rajmond MATHIS

SR C/O SIGNATURE _____

**NATURE OF REQUEST** Sir, HAVE You Head siku ThIng from the Nurse, SPeizersz on Nurse's STAFF? My Hand Hand is getting worse, Dr. is Alot of Pain, and the Swolleny HAS NOT gone Dawny, Please Allow me To SEE somcthing that stated I will Pay PLEASE I Need To SEE A Doctor. I'TS goind on A MONTH Scince I PuT in the First Request and

**ACTION TAKEN** GRIEVANCE today. I'm Haveing TRouBled with my Hand and my RigHT Hand is VERY WEEK and I cant close it, with out Being in Alot of Pain. PLease Allow me Too SEE A DocToR. SEE a NuRse, SPecgiver, is Allow NOT To TReaT me, The Pain is getting Whose. If you can help me, Fil Be more Than ThanKFully.  Answer on Back —
ComanderMcCarty9/7

# INMATE REQUEST FORM

Date: 8/28/05

To: NURSE, SPrigner    (F)    INMATES # 294021

From: Raymond MATHis

C/O SIGNATURE Wheel

SR C/O SIGNATURE QR

**NATURE OF REQUEST** I Think my Right Hand is BRoke, I canT Close my Hand and I'm in a loT of Pain. my Fenger's are Swllowing I know ThaT I Refuse The Follow up when i Broke it The First Time, and I was wrong, BuT I was look-Down For 22 Day and could noT sTand To Be lock-Down any more, So yes I Did But

**ACTION TAKEN** Now my is very week and I'm in a loT of Pain and my Hand is Swillowing, I want For you To look AT it ? Please, oR if You want look-AT it, allow me Too see Dr. BANNER, Thank You...

(F)

(F)

# INMATE REQUEST FORM

Date: 8/26/05

To: Commander William McLarty

From: Raymond Mathis

INMATES # 29402 F-Floor

C/O SIGNATURE _____ WJohn___

SR C/O SIGNATURE _____ BR___

**NATURE OF REQUEST** Sir, My Hand is Broke and Swollowing, My Hand is Very weak and I can not close it, I have wrote nurse Spizer, Request and Grievence Form's going on Two weeks, so when Im writing you Again Sir, I know I Refuse The Follow up when My Hand was Broke The First Time but I was in lock-Down

**ACTION TAKEN** for #22 Days and I could not stand it anymore, That why I still sign saying I Refuse The Follow up I was wrong, but I couldnT Take Being lock-Down anymore, My pain Mind couldnT Take it anymore. Sir, I Think My Hand is Broke, could I wright To see a Doctor sinse nurse Spizer is Allow not To Treat Me Please let me see Dr Brunk Thank you.

Houston Printing Co., Inc. • Form #4156 • Rev. 3-98   W*Grid

# INMATE REQUEST FORM

Date: 8/24/05

To: Commander Sgt McLarty    INMATES # 29402- B-5

From: Raymond Mathis

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** Sir, nurse Laura had me too put something in a cup
so it could be tested Sir, I did this on 8/22/05 and nurse Laura has
not been back too work, so I have told curey clo's on 1st 2nd 3rd That I
have this in a cup and should it to them, and all of then kept telling
me that they call c/o Isobon and she kept telling the clo's that she's

**ACTION TAKEN** will tell nurse Hathway, sir, I still have it in my room,
and none of the clo's will take it or c/o Jackson will come and get
it and she c/o Jackson come's back here every day!! I have wrote
and know one will come get it. Please, c/o something About This
please thank you

Houston Printing Co., Inc. • Form #5135 • Rev. 3-94   WPCat4

# INMATE REQUEST FORM

Date: 8/15/05

To: NURSE LAURA

From: Raymond MATHIS

INMATES # _____

C/O SIGNATURE JM Walker

SR C/O SIGNATURE _____

NATURE OF REQUEST NURSE LAURA, I HAVN'T STOP BLEEDENS is ANYWAY I CAN BE PUT ON THE 1st PLEASE

IM iN A lOT OF PAiN PLEASE

THANK

YOU

ACTION TAKEN _____

Houston Printing Co., Inc. • Form #5135 • Rev. 3-99    WO#54

# INMATE REQUEST FORM

Date: 8/12/05

To: NURSE, STAFF, cool nurse, SPRIGIR

INMATES # 294/02 - 2 - Pod

C/O SIGNATURE _Call l_

From: Raymond Mathis

SR C/O SIGNATURE _BR_

NATURE OF REQUEST I WANT Too SEE A DocToR, DR, RANNIR OR aNY DR, MY HEMROTHOIS' ARE iN PAIN BleeDiNG SwElliNg Fall ouT JIM iN aLoT OF Pain PlEASE lET ME SEE A DocToR PlEASE A S A P.

THANK YOU

ACTION TAKEN

# INMATE REQUEST FORM

Date: 8/11/05

To: Nurse Spirzgar                    INMATES # 25462-E-10

From: Raymond Mathis                  C/O SIGNATURE _Copp_

                                      SR C/O SIGNATURE _Q_

NATURE OF REQUEST  Could you Please PuT me on the list too See
Dr Darush Im Having Alot of ProBlem with my Hemmorrhoidial
Bleeding Swollanig Im in Alot of Pain Could you Please PuT
me on The list "Please" I Really need Too See Dr Darush
                                Thank you

ACTION TAKEN _____

_____

_____

_____

_____

Houston Printing Co. Inc. • Form #5135 • Rev. 3-98   WO#54

# INMATE REQUEST FORM

Date: 8/11/05

To: Nurses, Hathway

INMATES # 29402-E-10

C/O SIGNATURE _____

From: Raymond Matthis

SR C/O SIGNATURE _____

NATURE OF REQUEST I would like too see Dr. Bauler About my Hemarrhoidal's In bleeding Alot, and Im in Alot Pain, Please Put me on the list too see Dr. Bauler A.S.A.P.

Thank You

ACTION TAKEN _____

## INMATE REQUEST FORM

Date: 8/11/05

To: NURSE LAURA

INMATES # 29402-E-10

C/O SIGNATURE: Scott

From: RAymond mATTIS

SR C/O SIGNATURE

NATURE OF REQUEST I nssd To see a DocTor - Banner Please
THis Bleeding is out of control I want To see Dr. Banner
Please
Thank you

ACTION TAKEN

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

# INMATE REQUEST FORM

Date: 8/10/05

To: NURSE, LARKER

From: Raymond MATHIS

INMATES # 29402-E-Pool 10

C/O SIGNATURE K.Pw

SR C/O SIGNATURE BR

NATURE OF REQUEST I need too see your please ''

Thank You ''

ACTION TAKEN Rec'd '' hemorrhoidal '' suppositories

X _____

# INMATE REQUEST FORM

Date: 8/9/05

INMATES #: 0262 E - Pod.c.10

To: NURSE, LAURA

C/O SIGNATURE: _____

From: RAYMOND MATHIS

SR C/O SIGNATURE: _____

**NATURE OF REQUEST** NURSE LAURA I'M PISSIN AGAIN BAD AND
I WANT TO SEE A DoCTOR SOON THIS PAIN IS BACK AND
iT TOO MUCH FOR ME PLASE LeT ME SEE A DoCTOR ...!
AND THIS BAG BAT in MY BACK KEPT ON BUSING iT AND
iTS NoT GETTING BETTER ...

**ACTION TAKEN** Seen

**ı⁄MATE REQUEST FORM**

Date: 8/4/65

To: NURSS, hauRA

From: Raymond MATHIS

INMATES # 29402-S-F/60R

C/O SIGNATURE _Williams_

SR C/O SIGNATURE _BP_

**NATURE OF REQUEST** Too Review you Th⁄T SomeThing
HAS Bit my Chest i Have a hurt in my Back
And Sore Pain. Thank you

**ACTION TAKEN**

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

## INMATE REQUEST FORM

Date: 7/25/05

To: NURSS, LAURA

From: Raymond MATHIS

INMATES # 29402 - E-Floor

C/O SIGNATURE K Bar

SR C/O SIGNATURE Buckman

**NATURE OF REQUEST** IF You would Please STArt me Back off

Benadril I need it Too To Go To sleep Please

my Teeth's STILL killing me! (Thank You

I'm Sorry, I Just couldn't Take THAT

**ACTION TAKEN** Look - Down, Anymore, ForGive ME ? w

Renew, Yos'one

Co. Inc. • Form #5135 • Rev. 3-98   WO#54

## INMATE REQUEST FORM

Date: 7/24/05

To: NURSE, LAURA

INMATES # 29402 - 2 - Floor

C/O SIGNATURE: R.B.

From: Raymond Mathis

SR C/O SIGNATURE:

**NATURE OF REQUEST** My BenaDrill ran out, Please. I Need it To see, could you Please start it Back again
Please THANK you

**ACTION TAKEN**