## INMATE REQUEST FORM

Date: 7/19/05

To: NURSE, LAURA

From: Raymond MATHIS

INMATES # 29902 - F-1

C/O SIGNATURE

SR C/O SIGNATURE

**NATURE OF REQUEST** MS, Laura, Im going To Take This Thing

OFF Today At 12:00 Pm, I Just want To inForm

you it Been About #3 weeks, wed would Plz.

Thank you

**ACTION TAKEN**

# INMATE REQUEST FORM

Date: 7/19/05

To: NURSE LAURA

INMATES # 29/02-F-1

C/O SIGNATURE _____

From: RAYMOND MATHIS

SR C/O SIGNATURE _____

**NATURE OF REQUEST** NURSE LAURA I'm going to take This thing off Tue, I+ will be #3 weeks, and This lock-Down is making me large, I got To set on of This Room, I can't Think or Hear my self, and (2) Ever Thing is going wrong for me, I don't

**ACTION TAKEN** WHAT my Hand look like, All I know it don't stop Hurting at all, O.K. Please Tuesday Please, O.K.

Houston Printing Co., Inc. • Form #51135 • Rev. 3-98   WQF54

# INMATE REQUEST FORM

Date: 7/13/05

To: NURSE, ESSIZASE or NURSE, LAURA     INMATES #: 29402-E-1

C/O SIGNATURE _Phillips_

From: Raymond MATHIS     SR C/O SIGNATURE

NATURE OF REQUEST My Hand and my Back is hurting up real

I'm in a lot of pain please. The Tyonol camp Ass

not working. Please

Thank You

ACTION TAKEN

7/3/05 tylonol of or of confirm of 10 days

start from of to 10 days

Dt swoln

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98     WQ#54

## INMATE REQUEST FORM

Date: 7/12/05

To: NURSE, SPIZZIRI, LARUA

From: RAYMOND MATHIS

INMATES #: 294/62 - F - 1

C/O SIGNATURE: _____

SR C/O SIGNATURE: _____

**NATURE OF REQUEST** PLEASE Could I HAVE Some TYLENOL FOR PAIN

PLEASE MY HAND ANd BACK. It's Kill ME. 14 YRS

ON THIS B IRON 12 HRs. A DAY ...

PLEASE

THANK YOU

**ACTION TAKEN**

# INMATE REQUEST FORM

Date: 7.6/05

To: Nurse Spirager

From: Raymond Mathis

INMATES # 294'03-15-1

C/O SIGNATURE _____

SR C/O SIGNATURE BR

**NATURE OF REQUEST** Nurse Spirager the last Time, i went To The rest Room, i lost so much Blood, and i was in so much Pain, That i ssed star's spot in my syi's, i lost more Blood Then every Before, could you Please let me see a Doctor some Thing not Right, and nurse Lacuer is Do The last st/5 i'm afraid, i should not Be Bleeding like This.

**ACTION TAKEN** _____

RBC Crawon 7/11/05

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

## INMATE REQUEST FORM

Date: 7/11/05

To: Nurse, Laura

INMATES # 29402-F-1

From: Raymond Mathis

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** My Jaw is off Track its poping and I cant ~~read~~ Chew it all the way ~~off~~ Its giving me alot of Pain please could you Just look at it please )

Thank you

**ACTION TAKEN** _____

Houston Printing Co. Inc. • Form #515% • Rev. 3-98   WGP54

## INMATE REQUEST FORM

Date: 7-7-05

INMATES # 29402-F-1

To: Commander W. McCarty

C/O SIGNATURE: Hudson

From: Raymond matais

SR C/O SIGNATURE: Hudson or I lost

**NATURE OF REQUEST** Sir, Today I went To The Rest Room Sir The nurses also seel So Today I was seeing stairs Sir The Nurses also seel So Blood That I went To way I should Be seeing This Doctor Bout Know Sir There is no way I should Be seeing This Doctor Bout Know Sir There is no way I should Be seeing This Doctor Bout Know Sir There Then Two month's went all But Blood This is Been going on more Then Two month's went all They Have dars its no getting Astray I want To see a Doctor much Blood Please look in Two This Please??

**ACTION TAKEN** or someones That can help me, Im loosing Too much Blood Please look in Two This Please??

## INMATE REQUEST FORM

Date: 7/6/05

To: NURSE, LAURA                    INMATES # 2440? F-1

From: Raymond MATHIS               C/O SIGNATURE _____

                                   SR C/O SIGNATURE _____

NATURE OF REQUEST: Ms. Laura, There is something wrong with my Jaw, my Gum is hurting up top in alot of Pain, and it's making a Raking sound, it's poping? Please Take a look at it Please

Thank you

ACTION TAKEN

**INMATE REQUEST FORM**

INMATES # 29402-1-5

Date: 6/22/05

To: Russ, Laura

From: Raymond Mathis

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** Please could you put Back on the Bottom Bunk I can't Sleep at night.

Please

Thank you

**ACTION TAKEN**

# INMATE REQUEST FORM

(F)

Date: 6/20/05

INMATES # 254102 F-5

To: Nurse's STAFF Nurse, SPRIZGER Laura

C/O SIGNATURE _____

SR C/O SIGNATURE _____

From: Raymond MATHIS

NATURE OF REQUEST I tried To see Nurse SPRIZGER or Dr BANNER

Im STill Having Problem w/ my Heamerhholi's Im in A

Lot of Pain and STill Bleeding Very Bad, I Should not

Be in This much Pain!!! I would Please like To See

A DocTor, Please...

Thank you...

ACTION TAKEN _____

# INMATE REQUEST FORM

(F)

Date: 6/13/05

INMATES # 294026 (F-Pond)

To: Speizuk Nurse's Staff

C/O SIGNATURE _____ Mace

From: Raymond Mathis

SR C/O SIGNATURE (BP)

NATURE OF REQUEST When I was in lock Down, I was not

Allow To sit on Anything But iRon For 12 hrs ecley

My Back is giving Me Problem and By Hemorrhoil are

Bleeding again Please Allow Me To see Doctor Barnier

again B My Hemorrhoil Have Falling out again and

ACTION TAKEN Sollow us Please- My I Have something For

Pain Till I see Doctor Barnier?

Thank you

## INMATE REQUEST FORM

Date: 6/10/05

To: Nurses Staff, or Spring or Springer ⓕ

From: Raymond Maths

INMATES # 29492 - E - Floor

C/O SIGNATURE _____

SR C/O SIGNATURE Ⓑ Ⓑ

NATURE OF REQUEST  Something For Back Pain, Sleeping on

The Floor Kepts my Back in Pain !!

ACTION TAKEN

# INMATE REQUEST FORM

Date: 6/7/05

INMATES # 29402-F-Pod

To: Nurse, Spritzer

C/O SIGNATURE _____

From: Raymond Mathis

SR C/O SIGNATURE _____

NATURE OF REQUEST I Just Came off E back Down, and Sleeping on That iron Has got my Back and HemorRHoiDal emotein a lot of PAin" PLEASE, could You give some THing Fork PAin, PLEASE, THAnk You

ACTION TAKEN _____



# INMATE REQUEST FORM

Date: 6/6/05

To: ADDRESSING STAFF

From: RAYmond MATHiS

INMATES # 25902-C- Pod FLK

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** IS if I could get something for Pain my Back is in Alot of Pain, I Just came of lock Down, and That iron Really made cwel Put my Back out and my Hemorrhoid, Daly "Please, could you give some Thing For Pain, Thank you

**ACTION TAKEN**

What do you want to put Wien on?

13th or Tylenal something something

always me on the me

# INMATE REQUEST FORM

Date: 6/21/05

To: Nurses Laura

From: Raymond Mathis

INMATES # 29462-F-5

_____ C/O SIGNATURE

_____ SR C/O SIGNATURE

**NATURE OF REQUEST** Nurse Laura, please could you

Put me Back on my Benadrill I need it

To get to sleep, please

Thank you

Please...

**ACTION TAKEN** Renewed

OK done.

WCR54

# INMATE REQUEST FORM

Date: 5/26/05

To: NURSE, SARGENT OR STAFF

From: RAYMOND MATHIS

INMATES # 294O2 - F-1

C/O SIGNATURE

SR C/O SIGNATURE

NATURE OF REQUEST I would like a Follow up on my Hemorrhoidal

to still bleeding, and still is in alot of pain. Please os

let me see Doctor or Doctor Banner. Please...

Thank you...

ACTION TAKEN

# INMATE REQUEST FORM

Date: 5/25/05 _____ INMATES # 29402 – F – 1

To: NURSE, LAURA or STAFF _____ C/O SIGNATURE _____

From: RAYMOND MATHIS _____ SR C/O SIGNATURE _____

NATURE OF REQUEST THE NASAL SPRAY THAT I HAVE HAS RUN OUT, COULD

I didN'T REALLY WORK "PLEASE" could you PUT me ON SOME

TAPE of my "GLASES" my SALINE is VERY BAD PLEASE

THANK YOU

ACTION TAKEN

Form #5156 Rev. 3-98    WO#54

# INMATE REQUEST FORM

Date: 5/25/05

To: Deputy Warden ALBRES's, STAFF, or SPEIZGER

From: Raymond MATHIS

INMATES # 254402-F-1

C/O SIGNATURE: M. Wopp

SGT C/O SIGNATURE

NATURE OF REQUEST I would like a Followup on my HEmorRHOIDOAI
I'm still Bleeding, and still Having "Pain" Please, But
A little BeTtER.

Thank You.

ACTION TAKEN _____

WOP54

# INMATE REQUEST FORM

Date: 5/26/05

To: NURSE, LAUCA and SPitzer

From: RAYmond MATHis

INMATES # 2940.2-15-1

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST   if I could Have a Follow up on my
Hernia Hollel, Im still Bleeding, Please, Im in Pain

Please

Thank You

ACTION TAKEN

F./e

# INMATE REQUEST FORM

Date: 5/17/05

To: Nurse, Laura or Staff

INMATES # 25 Van Earls

C/O SIGNATURE _____

SR C/O SIGNATURE _____

From: Raymond Mathis

**NATURE OF REQUEST** If I could git some of The little pills That make you go to The Rest Room

**ACTION TAKEN**

5-27-05

## INMATE REQUEST FORM

Date: 5/17/05

To: NURSE, LAURA OR STAFF

From: Raymond MATHiS     INMATES # 2948 IE Pod

NATURE OF REQUEST Cold Pack I got a cold from Sleeping in The Day Room in E. Pod

C/O SIGNATURE Robertson 54

SR C/O SIGNATURE

ACTION TAKEN

# INMATE REQUEST FORM

Date: 5/16/05

To: Nurse, Laura

INMATES # 29402

From: Raymond Mathis

B-Pod

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST: if I could Put Back on My Benadil
BenaDil, I need it Too Help me sleep, Please
I Think it Ran out.
Thank you

ACTION TAKEN

F. Allen

# INMATE REQUEST FORM

Date: 5/14/05

To: Nurse's STAFF

INMATES # 29/02 - F. Pod

C/O SIGNATURE Phillips

From: Raymond Mathis

SR C/O SIGNATURE ℗

NATURE OF REQUEST if you would put on that Cold Pack Thing in the Day Room or the Floor Sleeping Got me Sick Please Have something for A cold Thark You

ACTION TAKEN

NA FS
CS
MAR
GART

Houston Printing Co., Inc. • Form #5136 • Rev. 3-98    W/D#54

# INMATE REQUEST FORM

Date: 5/12/05

To: Nurse Laura

INMATES # 29905 F Floor

From: Raymond Mathis

C/O SIGNATURE

SR C/C SIGNATURE

**NATURE OF REQUEST** if I could get Put on that Cold Pack, I
Have a Cold, Being out in The Day Room Flour, The Air
is Dry and Making me sick. Please

Thank you

**ACTION TAKEN**

# INMATE REQUEST FORM

Date: 5/12/05

To: NURSE STAFF, NURSE LAURA          INMATES # 29402

From: RAYmond MATHIS                   C/O SIGNATURE _____

                                       SR C/O SIGNATURE Jones

**NATURE OF REQUEST** if I could get put on THE cold pack, I'm in F Pod on THE Floor and TK Air AT night is DRY and I coat a cold please, Miss LAURA,

                        Thank you

**ACTION TAKEN** _____

Houston Busing Co. Inc. • Form #5154 • Rev. 3-98   WO954

# INMATE REQUEST FORM

Date: 5/11/05

To: NURSE, LAURA

INMATES # 294022

(F)

C/O SIGNATURE

From: RAymond @ MATHIS

SR C/O SIGNATURE (RR)

NATURE OF REQUEST if you could put me on the cold Pack Sleeping in This Day Room The Air is BLOWING on me, and I have a cold, PLEASE, A.S. A.P

Thank you, ms. LAURA

ACTION TAKEN

# INMATE REQUEST FORM

Date: 5/11/05

To: Nurse Laura

From: Raymond Mathis

INMATES # 29462

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** Please could you put me on that Cold Rack this Sleeping in this Day Room the air, got me Sick, Please

Thank You

**ACTION TAKEN** _____

## INMATE REQUEST FORM

Date: 5/8/65

INMATES # 28402

To: address, laura

C/O SIGNATURE

From: Raymond matters

SR C/O SIGNATURE

NATURE OF REQUEST I wroTe you like you Told me AbouT The

wiTH Hazel, and understand I Hope here you so.

whAT I'm Talking AbouT PlEAsE

THank you

ACTION TAKEN

# INMATE REQUEST FORM

Date: 1/31/05

To: NURSE LAURA

From: Raymond MATHIS

INMATES #: 29402 - J. P. H

C/O SIGNATURE: [signature]

SR C/O SIGNATURE: [signature]

**NATURE OF REQUEST**: if I could git some of then

little Pills That make you go To The Rest

Room Please 4 or 5

Thank you

**ACTION TAKEN**

Done [signature]
X

Universal Printing Co. Inc • Form #5125 • Rev 3-98   WO#54

DATe 4/26/05

To NURSe, LAURA

FROM RAymond MATTis

INMATe REQUEST FORM

(JPDO)

i'mmATz # 29102

c/o SignATure Williams

SR c/o SignATure gonzez

NATURE OF ReQuest THe Benadell THAT Im now
TAKeing is not Stopeing SomeTHun, I Still not geTTing
To Sleep plesse, Could you give SomeTHing
StopNgeR To Help me go To Sleep
THANK You...

# INMATE REQUEST FORM

Date: 4/25/05

To: NURSE, LAURA NURSE, SR, signer _____ C/O SIGNATURE _____

INMATES # 29402 - V - 1

_____ SR C/O SIGNATURE

From: Raymond Mathis

NATURE OF REQUEST Today I went To The Rest Room, And nothing cum's out "But Blood" I asking Please, could Someone Take a look, and See if This is a Problem Please, Thank you.

ACTION TAKEN

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

# INMATE REQUEST FORM

Date: 4/23/05

To: NURSE SPEIGNER and STAFF

From: Raymond MATHIS

INMATES # 2962 - J -

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST NURSE SPeigner, I Know you DonT like me, But I FinT myself in a Bad spot, I'm Bleeding Real Bad, my Hemorrohoils Have Falling out and I Had push THem Back in, "I'm Afaid" "Help me," WHen I go To THe ResT Room, your would Please Help me," I'm sorry, Pleas could you De Some THing For me, I'm in Alot of Pain, if so THank you VERY much

ACTION TAKEN I cry, I'm sorry

Thx MATHis, Your demands are not Emergent's.
We are treating you. O X _____ /MWR

# INMATE REQUEST FORM

Date: 4/21/05

INMATES # 29402-S-1

To: DR. Banner and Nurse SPrigner

C/O SIGNATURE

From: RAYmond MATHis

SR C/O SIGNATURE

**NATURE OF REQUEST** B: Issu my Back and my HemoRRHoids This is Too much Paint I'm asking Please give me SomeTHing To Help with THe Pain Im HemoRRHioss ARe Bleeding a ToT, I cant PusH THen in only more, PleaSs,

THank You

**ACTION TAKEN**

## INMATE REQUEST FORM

Date: 4/20/05

INMATES # 29402-5-1

To: DR. BAUNER and SP.iGATE

C/O SIGNATURE _____

From: RAymovel MATHis

SR C/O SIGNATURE _____

**NATURE OF REQUEST** MY HemoRRHoids Have Falling Out and I

Cant pushT Them Back, Im Bleeding a lot More

and The Pain is So Bad PleasE Do Something

FoR my Please... and my Back Pain PleasE

Thank you

**ACTION TAKEN** _____

# INMATE REQUEST FORM

Date: 4/18/05

INMATES #: 29402 - J - 1

To: W.C.C.J. SP2;9W5R and Staff

C/O SIGNATURE: J. Moon

From: Raymond MATHIS

SR C/O SIGNATURE: Jones

NATURE OF REQUEST: MY Hemorrhoids are Still bleeding bad,
I'm in A lot of Pain, BETen my Back and my
Hemorrhoids This is to much Pain Too Bear Brain,
PLease do somethIng for me, PLease
                    Thank You

ACTION TAKEN:

Houston Printing Co., Inc. • Form #5135 • Rev. 3-96    WO#54

# INMATE REQUEST FORM

Date: 4/18/05

To: ADDRESS, LAURA

From: Raymond MATH'S

INMATES # 29/02 - J. R

C/O SIGNATURE: L. Moon

SR C/O SIGNATURE: Gone

**NATURE OF REQUEST** Just wanTed Too Say Thank You FOR GIVING ME SomeThing To Go To Sleep, You Made ME HAPPY, I Really need it To get Some Sleep.

Thank You

**ACTION TAKEN** _____

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

## INMATE REQUEST FORM

Date: 4/15/05

INMATES # 29402 - J - 1

To: Nurse, Laura

C/O SIGNATURE _____

From: Raymond Mathis

SR C/O SIGNATURE _____

NATURE OF REQUEST Nurse Laura, I can't sleep at night
Please could you give me #ONE "Benadryll" at
night, so I can try too sleep, Please my head
is hurting a loT"""
IF so, Thank you Very much.

ACTION TAKEN _____

Houston Printing Co. Inc. • Form #5135 • Rev. 3-98   WO#54

I did receive <u>1</u> (one) unopened bottle (1.5oz) of saline nasal spray from the medical clinic.

X ~~Raymond Mathis~~
Raymond Mathis

# INMATE REQUEST FORM

Date: 4/13/05

To: NURSE Laura

From: Raymond MATHIS

INMATES # 2562 - J-1

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** _____
Ms Stidel PLEASE give Me someThing To Help
Me Sleep  PLEASE

Count  ThAnk you

**ACTION TAKEN** _____
Should be ok Tonight!

Houston Printing Co., Inc. • Form #5135 • Rev. 3 98    WO#54

# INMATE REQUEST FORM

Date: 4/12/05

To: ~~Adress,~~ Nurse Louda

From: Raymond Mathis

INMATES # 29402-Jad

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST  If I could get Baseball two times a Day
for sinuses and to help me sleep Please and a cold
pack staft again Please Please

Thank you

ACTION TAKEN _____

Jn Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

## INMATE REQUEST FORM

Date: 4/9/05

To: DR, BANNER OR NURSE SPEIGNER and STAFF    INMATES # 29402 - S - PoD

C/O SIGNATURE _____

From: Raymond Mathis    SR C/O SIGNATURE _____

NATURE OF REQUEST I've God A Medical @ EMERGENCY my
Hemorrhoids are swelling and Bleeding clot Dark Red
Blood za in clot of Pain, and Now I Have To kept pushing
This in all The Time This is a Medical EMERGENCY
Please, let me see Someone.
Please !!

ACTION TAKEN _____

Houston Printing Co., Inc. • Form #5135 • Rev. 3.98    WQ454

To SHERiFF LAMAR GLOVER, and                                    4/7/05

Houston County Commissioner's, MR. CulucR, MR. HAxVEY

Commander Willien McCarTy, and

Kim T. THomAS (THo115)

My NAME is RAymond MATHiS, Im Housed in THE Houston County Jail

in DoTHan, Al... THis is THE SEcond Time im writing THE NAME's above

about THis ProBlE, NURSE SPEigNER of THE Houston County Jail

is DeniAli'ng me medical TREATMENT, AGain, I Have WROTE

REQuesT Form and GRIEUANCE Form's, and all THE RiGHT

STEp's THaT THE Jail ask's Too. BuT, FoR oveR a week NURSE

SPEigER, will NOT give me medical TREATMENT, nuRSE'S SPEigNER

will NOT PuT me Back on my medicATion, nuRSE SPEigNER Has

Knowledge of THE medicaTion's, FoR CHonic BacK Pain, and

PsyCHologicAl. THE lasT Time I WROTE you, is BecousE NuRSE

SPEigNER, WROTE me Back on a ReTurn ReQuesT Form, STATEd

THaT, "Commander W. MCCerTy don'T Tell me wHo To TREAT,

and I was NOT TREATed.. So i Had To go ouT SidE oF

THE Jail, and WROTE THE Name's aBove, and THEN I was

TREATEd By NURSE SPEigNER.. THank you.. BuT NOW, NURSE

SPEigNER will NOT TREAT me aGain, I Need HElp, IM

Suffing in THis Jail, Im in Pain aT All Time's, and I Can'T

THink, I Need medical TREATMENT, PlEasE, could you look

in Too THis? THis STaTEd menT is TruE.. THank you

FoR anyTHing you can do.. I Have AsK Too sEE DR. BannER

oF THE Houston County Jail, BuT NoT...

Schedule Dr BANNER

## INMATE REQUEST FORM

Date: 4/7/05

To: Nurse's, Staff, or Nurse Sergeant

From: Raymond Mathis

INMATES # 29402 - J - Pod

C/O SIGNATURE Hudson

SR C/O SIGNATURE

**NATURE OF REQUEST** I have a known Back injury, and have constantly lain in pain and suffering. The Mattress's to thin and fail to provide support, I have ask c/o sgt's for another mattress, was told to go thru medical or medical prescribed pads to grant relief. Dr. Brunse, OK

**ACTION TAKEN** This ans's, and now issued it again.

You can purchase a mat for medical.

No extra mat for pain. RJ.

## INMATE REQUEST FORM

Date: 3/10/05

To: nurse's staff

From: Raymond Mathis

INMATES # 29402-M-Pod

C/O SIGNATURE _An Mckee_

SR C/O SIGNATURE

NATURE OF REQUEST is That i need Any and every Thing you have
for my Hemorrhoidal The EOS tons and Toki every thing I
Had For my HemorrhoiDal Please A.S.A.P. and Triple AntiBiotic
OintmenT Please...

Thank you

**ACTION TAKEN**

# INMATE REQUEST FORM

Date: 2/28/05

To: @ Nurse's Staff

From: Raymond MATHIS

INMATES # 29402 - M. Pool

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST  I would like Too Bs on A NO Fish Plates
The Fish makes me Sick!!

ACTION TAKEN  Just Dont eat the fish,

# INMATE REQUEST FORM

Date: 2/23/05

To: Nurse Spizner and Commander McCard

INMATES # 29402-M-Pod- # 10

C/O SIGNATURE _____ LaVor _____

From: Raymond Mattis

SR C/O SIGNATURE _____

NATURE OF REQUEST _____ I asked and want a sEconcdopinion on my Back Proble~

nurse, Spizner will not give me medical TREAT me, and stated That in

writing. So I'm asking For Dr. Banner, or oThEr DocTor, In Housing aT

of Proble and Pain in my Back? I'm ask nurse Spizner if she would

Give me mediial TrEaTmEnT, PlEasE, or lEt me sEE Dr. Banner.

_____ Thank You

ACTION TAKEN _____

# INMATE REQUEST FORM

Date: 2/22/65

To: Nurss on Duty

From: Raymond MATHIS

INMATES # 2&402- m - Pod

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST if I @ could gET somi morE Salt For

my momTy THank you,

ACTION TAKEN _____

RECEIVED

RECEIVED

RECEIVED

# INMATE REQUEST FORM

Date: 2/21/05

To: Commander W. McCarTy

From: Raymond MaThis

INMATES # 29402-M-Pod

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** "Sir," I Need for you STEp in and geT me some
Thing for paiN Nurse SPizaise wiil NOT TreaT me for my BacK
Pain I wroTe you a complaint Grievance form abouT THis
PRoble, Nurse SPizuse staTed on a ReQuesT Form
ThaT you DonT Tell Her To TreaT mediated sir," M.S. SPizoise

**ACTION TAKEN** is Refusses me mediCal TreaTmenT and sir, could
you STEp in and Do someThing abouT THis, I'm in pain sir I would
g like To see DocTor BouTNer, A.S.A.P. THank you

## INMATE REQUEST FORM

Date: 2/21/05

To: DR. BANNOR

From: Raymond MaTHis

INMATES # 294c2 - M - Pod - # 10

C/O SIGNATURE

SR C/O SIGNATURE

**NATURE OF REQUEST**  Sir, I Having alot of Problis with my Back, cold
NURSS Spizwer Refusss Too TReaT me, Sir, I Hava ask her what
Request Form Grivaner Form and unless Spizwer whote Back
STaTing commander w. mccerty Doswit Till Her How Too TReaT
Me, I No For a Facts, SHe JusT Refusss Too TReaT me, "Sir," I
**ACTION TAKEN** in alot of Pain!! will you see me, a.S.a.P.

Thank You

See Dr Banner

# INMATE REQUEST FORM

Date: 2/2/05

To: NURSE ON DUTY

From: Raymond MATHIS

INMATES # 25402-M-POD-#16

C/O SIGNATURE

SR C/O SIGNATURE

NATURE OF REQUEST If I could get some salt for my month, and Bengay PLease.

Thank you

ACTION TAKEN