# INMATE REQUEST FORM

INMATES # 25/02-M-P-D-#10

Date: 2/21/05

To: NURSE on DUTY

C/O SIGNATURE _____

SR C/O SIGNATURE _____

From: Raymund MATHIS

## NATURE OF REQUEST

if I could get some self for my

MUNTH, and BUNGAY PLEASE.

Thank you

## ACTION TAKEN

Houston Printing Co., Inc. • Form #5135 • Rev. 3-96    WO#54

4

## INMATE REQUEST FORM

Date: 2/16/05

INMATES # 25402 M-Pod

To: NURSE, STAFF, OR HaTTway

C/O SIGNATURE

From: Raymond MATHis

SR C/O SIGNATURE

**NATURE OF REQUEST** Im HaviNg PRoBlem with My Back, Im iN a lot oF Pain, could you PlEASE give mE someThiNg FoR PAiN, and SomE BengAy, PlEASE.

**ACTION TAKEN**

IBU
400.mg bid ?
x 30 ?

yes

√es
√mAR
√crvt
√es

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#5

3

# INMATE REQUEST FORM

Date: 2/16/05

To: NURSE, STEFF or NURSE SPEIZNER

From: Raymond Lee MATTIS

INMATES # 25402 - M-Pod - 10

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** if you would Please give something for Pain,
Please, fm Having Problem with my Back, and Some BicGAY Pain.
Thank You

**ACTION TAKEN**

## INMATE REQUEST FORM

Date: 2/16/05

To: NURSE, SPEIZNER OR ~~HEAD~~ DOCTOR

From: RAYMOND MATHIS

INMATES # 29402-M-Bed

C/O SIGNATURE

SR C/O SIGNATURE

**NATURE OF REQUEST** IF DOCTOR BANNER and NURSE, SPEIZNER, IF I could
GET SomeTHiNG FOR PAIN FOR MY BACK, IM HAViNG PRObLem WITH MY BACK
AGAiN, IM ~~HAViNG~~ A LOT OF PAIN, IM ASK YOU and DOCTOR BANNER, TO
ALLOW ME A SECANdOPINOViN FROM An OTHER DOCTOR, PLEAS, SomeTHing
IS ~~~~ WRONG WITH MY BACK.

**ACTION TAKEN**

## INMATE REQUEST FORM

Date: 2/13/05

To: NURSE'S STAFF - OR NURSE SPEIZNER          INMATES # 25462- M. Red- #10

From: Raymond MATHIS          C/O SIGNATURE _Andrews_

SR C/O SIGNATURE _R_

**NATURE OF REQUEST** NURSE'S, I'm Still Having Back Pain, and Stiffness If you would Seen me Some BenGay and Something For Pain?

Please

Thank You

2/13/05

**ACTION TAKEN** _____

## INMATE REQUEST FORM

Date: 2/13/05

To: NURSE Spsizver on STaff

INMATES # 29402 - M - Pod - Cell #10

C/O SIGNATURE _Imelael_

SR C/O SIGNATURE ____ Ø ____

From: Raymond Mathis

**NATURE OF REQUEST** To inform nurse Speizner, That I still would like
A Schanatophrenia about my Back, Please, I would like To see a specialist
about my Back, I Still Having a lot of Problem and a lot oF Pain,
I Have Been asking ouer a month or A ½ For some Thing For Pain or some
Benigay But Have NoT Recives anyThing From medical For Pain my Back

**ACTION TAKEN** is getting ~~better~~ worser The swelling is coming Back and
my Left Leg in loosing ability To walk, Its like shelOinly shooking my, I wuat To
used To see A specialist soon.. Thank you

2/13/05                    Bengling

# INMATE REQUEST FORM

Date: 2/3/05

To: Commander William McCarty

From: Raymond Mathis

INMATES # 2962- m Post - cell to

C/O SIGNATURE: McLeod

SR C/O SIGNATURE:

**NATURE OF REQUEST** "Sir" I asking you To look in To This matter
I Have wrote nurse Bizewski and other nurses staff, about something like
pain and stiffen with my Back, I'm Being Problis with my Back again
Sir, I tried something like another from Brazey, Please nurse Bizewski
will not Do any thing for me, at 1955 you ask about IT Sir, Then
I would of Talked Sir...

**PULL CHART** (stamped)

**RETURN TO INMATE** (stamped)

**ACTION TAKEN** Asking you help with This Problem again "Sir,

Mr Mathis,

The Commander does not tell me what to do. For you. He doesn't

even get the request. [signature]

2-14-05 done ×  [signature] send much much.

## INMATE REQUEST FORM

Date: 2/6/05

INMATES # 29402-M,fed - cell #10

To: NURSE's oN DuTy

C/O SIGNATURE _____

From: RAyMoNd MATHiS

SR C/O SIGNATURE _____

**NATURE OF REQUEST** I was iN form That All oF my Pill's' ThaT I Talk are RuNiNg ouT sooN," I would like All oF THem staRTed Back agaiN PleAss, I Need THem, (THaNk you) P.S. I would like THe cold Pack staRTed agaiN, my Has Lame Back, I ReAlly sick...

**ACTION TAKEN** Wellbutrin ends- 2/24
Trazadone 50 ends 2/23
Benadryl 25 bid — 2/22    refill x 30 d.

## INMATE REQUEST FORM

Date: 2/5/05

INMATES # 29402-m. AQ #10

To: Nurse's on Duty

C/O SIGNATURE Sapp

From: Raymond Mathis

SR C/O SIGNATURE

**NATURE OF REQUEST** I was inForm That All my Pill's are Runing out, I would For This to Them, To Be starTed Back again Please

And I Have A cold, and would like iF you would start me on a Cold Pack

THANK You

2/6/05

**ACTION TAKEN**

F. ) e

## INMATE REQUEST FORM

Date: 2/3/05

INMATES # 29402 - M -Pod -CEll # 10

To: Nurse, 5 or C/o Jackson

C/O SIGNATURE _____

From: Raymond MATHis

SR C/O SIGNATURE _Richason_

NATURE OF REQUEST  I NEED salt For my MouTH and BENGay For my Back THANK you..

**ACTION TAKEN** _____ Dom __

7 -4 -05

X R. Myts

## INMATE REQUEST FORM

Date: 1/26/05

To: NURSE'S  @ HaTHAWay

From: RAymoND MATHis

INMATES # 29703

C/O SIGNATURE

SR C/O SIGNATURE

NATURE OF REQUEST _if I could start on Them Cold Pack's getting A Cold._

THANK you

ACTION TAKEN _started 1/26/05_

*File*

## INMATE REQUEST FORM

Date: 1/20/05

To: C/O Jackson, in Nurse

From: Raymond Mathis

INMATES # 29402-F-Pod-cell 2

C/O SIGNATURE Stopper

SR C/O SIGNATURE Buchanan

NATURE OF REQUEST If i could get some Hemorrhoidal, triple Antibiotic ointment and muscle Rob, visalan and salt, please A.S.A.P.

Thank you

**ACTION TAKEN**

No funds

Can have Hemo cream

the others is not life threating

Refused to Sign

## INMATE REQUEST FORM

Date: _1/14/05_

To: _NURSE's STaFF_

From: _RAYmond MAThis_

INMATES # _29402-F, Pod-cell #2_

C/O SIGNATURE _C/O R. M——_

SR C/O SIGNATURE _QnJ_

**NATURE OF REQUEST** _is For Salt Triple ANTibiotic oiNTMENT, and_
_HEmoRRHoiDAl HC, muscle Rub, PkASE_
_THaNk you_

**ACTION TAKEN** _Refused to Sign_

# INMATE REQUEST FORM

Date: 1/4/05

To: Nurse's Staff

From: Raymond Mathis

INMATES # 29402-F Re4-cell 2

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** That I was inform that the Benadril is about to run out if you would please start it up again,

Thank You

BC

**ACTION TAKEN** _____

Benadril 25mg PO bid x 30 days when currently out.

VG 1/5/05

# INMATE REQUEST FORM

INMATES # 29402-F Pod-cell #2

Date: 12/29/04

To: Nurse staff, or mrs. Jackson

From: Raymond mathis

NATURE OF REQUEST is That I need some self again for my health
is swallow again Please

Thank you

_____ C/O SIGNATURE

_____ SR C/O SIGNATURE

ACTION TAKEN

Rec'd Refused LPN

12/29/04

File

# INMATE REQUEST FORM

Date: 12/30/04

To: Commander of 7th Houston County Jail, McCaty

From: Raymond Mathis

INMATES # 25162 - F. Pod cell #2

C/O SIGNATURE _____ Terry

SR C/O SIGNATURE _____

**NATURE OF REQUEST** Sir, I want Too Take X-Rays yesterday and I would like To know is my Back alright, or not, I'm still Being deinied medical Treatment, for For Something For Pain, Its Been 1 week or more, I have wrote you Sir, McCaty Sir and nurse Skinner, though Request Forms and Grievance Form, and I'm still in Pain with Pain I'm sure too For medical Treatment, This Staff is Violation my will right Too's medical Treatment, Again, I need Something For Pain, in my Back, A.S.A.P.

**ACTION TAKEN** _____

— BACK HAS HEALED

— You Are receiving pain meds

X refused to sign

NO I'm NOT

I need something For Pain

# INMATE REQUEST FORM

Date: 12/18/04

To: Commander of The Houston County Jail Mathis

INMATES # 29402-A-P Cell # 4

_____ C/O SIGNATURE

From: Raymond Mathis

_____ SR C/O SIGNATURE

**NATURE OF REQUEST** Sir, The nurse's staff Still will not give me anything for Pain, I have wrote you and the Still not do setting anything for Pain, it's Been 6 Days I can in alot of Pain, we have Been outside in 6 month, all I can do is write, I can't break any Mess you give me something for Pain, all I ever do is ask I could you Please Help me with This Problem Sir, I in alot of Pain....

**ACTION TAKEN** Pull Chart.

## INMATE REQUEST FORM

Date: 12/18/04

To: NURSE's STAFF

From: RAyshard MATHIS

INMATES # 2942 A-Pod-cell #4

C/O SIGNATURE Inceed

SR C/O SIGNATURE BB

**NATURE OF REQUEST** I Have Ran out of Triple antibiotic ointment

I need it for Brusing after going To THE Rest Room."

Thank you

**ACTION TAKEN**

12-20-04

X Kingal mattin

4 pkgs

Blafinoe

# INMATE REQUEST FORM

Date: 12/17/04

To: Top NURSE, NURSE Holaway

From: Raymond MaTHis

INMATES # 29402 - A. P. Cell 4

C/O SIGNATURE

SR C/O SIGNATURE

**NATURE OF REQUEST** is wiHy Do I Have Too wRiTE THE CommanderR

oF THE HousTon CounTy Jail Too geT SomeTHing For PaiN, I

Need SomeTHing For PaiN Today, THis is NoT RigHT again

Again wHy Im I Being deNied mediTaled again

**ACTION TAKEN**

# INMATE REQUEST FORM

Date: 12/17/04

To: Commander of Houston County Jail

From: Raymond Mathis

INMATES # 2940 2 - A - P. C. # 4

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** I have Been asking the nurse's for something for Pain, an I have not Being started back on again for Pain, an I have not Being started back on again Sir, They will Do anything for me, an less you O.K. I need for you to O.K. it, for me too get Something for Pain... again "WHY" am I Being Denied Medical

Run this again

**ACTION TAKEN** _____

# INMATE REQUEST FORM

Date: 12/16/04

To: Raymond Mathis Nurse's Staff

From: Raymond Mathis

INMATES # 29402-A-Bed-Cell #4

C/O SIGNATURE A. Moon

SR C/O SIGNATURE Q

NATURE OF REQUEST if you would staRt my Back on Benadryl
I need it for my SiNus's SiNus's,
Thank you

ACTION TAKEN

# INMATE REQUEST FORM

Date: 12/16/04 _Mathis_

To: Commander of the Houston County Jail

From: Raymond MATHIS

INMATES # 29402 A Bozzel # 4

C/O SIGNATURE _S. Gibbs_

SR C/O SIGNATURE (P)

**NATURE OF REQUEST** SiR, I Have WROTE The nurse's STaFF about my Pain PiLL's, The nurse, HaTawey TeLL me The Day iT Run out and That mean I Have To ~~will but~~ I wait 3 or 2 Day's BeFoR iT start BacK, oR I Have To write you SiR But This is The only way I will GeT BacK on my Pain PiLL

**ACTION TAKEN** JusT seen The Top nurse, LasT week and SHe FeLL The KNoT in my BacK and puT me on some moRe PaiN PiLL and now, all of my Pain PiLL's aRe Run ouT SiR, EF you would HeLP me with This PRoBle, iT Been 3 # Days with ouT anyThing FoR PaiN. ThanK you

## INMATE REQUEST FORM

Date: 12/15/04

To: Nurse's STAFF

From: Raymond MATH's

INMATES # 29402-A, Pod t, #4

C/O SIGNATURE J. Moore

SR C/O SIGNATURE

**NATURE OF REQUEST** if I could get something for Pain, I need something for Pain!

Thank You

**ACTION TAKEN** LPN has informed of ordered

# INMATE REQUEST FORM

Date: 12/15/04

To: Commander of MT Houston County Jill meeerth

INMATES # 29402-A-Pod-cell 4

C/O SIGNATURE _____

From: Raymond Mathis

SR C/O SIGNATURE _____

**NATURE OF REQUEST** When He Put Salt in my icee, even if I did eat THE ice, it was a Doctor order for me to Have it, and I know the Doctor Didn't Say Put Salt in it and Play a Joke on Raymond maTHis and other inmates, with THe Traster? or did it?? it is Not Right For THis e/a millions to keep Trying To Hert me, Im asking me 6 or will you let know somethies.

Thank you

**ACTION TAKEN** Look in too THis.. Sir, Could you let known something.

Salt does not affect the ice you use to Put on your Drink.

X Raymond

# INMATE REQUEST FORM

Date: 12/13/04

To: NURSE'S STAFF    Ⓐ

From: Raymond MATHIS

**NATURE OF REQUEST** is I need #5 of TREN LITTER Pill TREt WASKC

You go Too THE RESt Room ..

INMATES # 2942- A Bod- cell 4

C/O SIGNATURE 3o14v/lon

SR C/O SIGNATURE ⒷⓇ

4 — Done

12-14-04 3D

**ACTION TAKEN**

# INMATE REQUEST FORM

Date: 12/7/04

To: Nurse's Staff or Nurse Hathaway   INMATES #

C/O SIGNATURE

From: Raymond Mathis   SR C/O SIGNATURE _____

NATURE OF REQUEST is if I could Have some of the little
Pill that Helps you go the Rest Room

Thank You

ACTION TAKEN _____

# INMATE REQUEST FORM

Date: 11/21/04

To: To Nurse or nurse's Staff

From: Raymond Mathis

**NATURE OF REQUEST** I wroTe a RequesT for my BreaTHugel to geT sTerTed Back agein on 11/18/04 wed To have yeT Too geT my BreaTHugel, I dont know if I sayiny THe word to right, But I THink you know whaT Im of Pill Im asking abouT I hav mine ts Im sTarting to Hae hard Time again so PLease

Thank yours

ACTION TAKEN

A.S.A.P.

His, Doy AHal

Racemond AHal

INMATES # 29402-A Rod-esH #10

C/O SIGNATURE Terry

SR C/O SIGNATURE

# INMATE REQUEST FORM

Date: 11/20/04

To: Top nurse, and nurse's staff

From: Raymond Mathis

INMATES # 24402-A-Bd-Cell 10

C/O SIGNATURE _Cyler_

SR C/O SIGNATURE _____

NATURE OF REQUEST That to have been given self, for my month

and I T Help, now my month is soliding in 3rd place

places, I don't know what's going on, would one

of you nurse's look At it. Please

Thank you

ACTION TAKEN _____

## INMATE REQUEST FORM

Date: 11/18/04

To: Nurses Staff

From: Raymond MATHIS

INMATES # 29402-A.Pod.cell #10

C/O SIGNATURE Jb Callahan

SR C/O SIGNATURE _____

**NATURE OF REQUEST** is it I could get somemore HYDrocortisoule, It Help
on my Hemorrhoidal and if I could get some of Them little Pill
That Help make you go to The Rest Rooms

Thank

**ACTION TAKEN** Sent to pill call time

11-23-04

X Raymond Mathis

# INMATE REQUEST FORM

Date: 11/8/04

To: nurses staff

From: Raymond Mathis

INMATES # 29402-A Pod- cell #10

C/O SIGNATURE: L Jones

SR C/O SIGNATURE: Sgt Marsh

**NATURE OF REQUEST** I need for my Bena Burgel To Be Start It up again, Thank you

**ACTION TAKEN**

# INMATE REQUEST FORM

Date: 11/10/04

To: Top Nurse or Nurse Staff

From: Raymond Mathis

INMATES #: 29402-A Pod-cell #10

C/O SIGNATURE _A. Jackson_

SR C/O SIGNATURE _____

**NATURE OF REQUEST** is That The Pain Pill That I was on gave

me Some Relief, and They Have Ran out, I would like too

know if you could start The Pain Pill Back up again or

Give me Something For Pain Please, A.S.A.P

Thank You

**ACTION TAKEN**

INMATE REQUEST FORM

Date: 11/10/04

To: Commander of the Horton County J.

From: Raymond Mathis

INMATES # 29402-A.Ped-cell #10

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** is That I seen The DolTer YesTerday and would N Tell me But parT of what was wrong with my Back

Then He said it most of HerT my Back when I Fall at Sir with close that woran This DolTer would would look at my Back when kind of DolTer don'T even Look at The parTs Probl or

**ACTION TAKEN** won'T Tell you what is or not wong with you, Sir, my pill ran out and if anything I need This pain pill, if you could SPR, ask The nurse about This, Thank you.

# INMATE REQUEST FORM

Date: 11/5/04

To: ~~staff~~ Nursing staff

From: Raymond Mathis

INMATES # _____

C/O SIGNATURE MC _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** I ask all weck last week if i could have something for the swelling in my mouth, I show the nurse the sorbs in my mouth. Please, could i have some salt, it help last time, I can't eat on ov's side of my mouth. Thank you.

**ACTION TAKEN** He has had his initial dental LPN visit to clinic

# INMATE REQUEST FORM

Date: 11/7/04

To: Nursing Staff - Hataway

From: Raymond MATHIS

INMATES #: 2940z-A-Pod-C-5H-10

C/O SIGNATURE: McLw

SR C/O SIGNATURE:

## NATURE OF REQUEST

If I could get Some Sa/t For

The salty swolling in my mouth.

Thank you

## ACTION TAKEN

# INMATE REQUEST FORM

Nursing

Date: 11/4/04

To: Sgt. Kim Forbush Sgt. Deris

From: Raymond MATHIS

INMATES # 29462-A Red-cell #10

C/O SIGNATURE

SR C/O SIGNATURE

**NATURE OF REQUEST** I Have wroTe THis commander of THe HousTon county Jail and THe nurses's sTaFF, and now I'm informing you, THaT I'm sTill Housing Pain and oTHer probliming with my Body Just BecAuse, You Have me on cameRAA playing ouTside doesn'T mean whaT THe MRI THe XRay's or MTR, Said, I'm wriTing you Two SgTs To leT you Know.

**ACTION TAKEN** I need To see a DocTer or THe Top nurse, To Have a follow up on my Body THis is To inform you two so you don'T Say 'didn'T no...

Thank you

Dr Barn

## INMATE REQUEST FORM

Date: 11/4/04

To: Top Head NURSE and Too All THE NURSE
Land Dalton

From: RAYMOND MATHIS

INMATES # 29402 - A Pod - Cell - 10

C/O SIGNATURE

SR C/O SIGNATURE

**NATURE OF REQUEST** Too let you know THAT I HAVE wrote THE commander
OF THE HousTon County Jail and inform Him, THAT I HAVN'T HAD A
Follow up on my Back! JusT Because you HAD THE Sgt.S
on CAMERA Too geT me playing Toy sides, doesn't CHANG wHAT THE
HAD TIME X RAY's OR MIR, Sacke, OR does it. All I know if you HAVE TIME
To do THAT "wHY" don'T you HAVE TIME To do your

**ACTION TAKEN** Jobs?? I'm sTill HAVIN PROBlEM wITH my BACK And I HAVE
NOT SEEN a NURSE OR Doctor, "wHY"?

# INMATE REQUEST FORM

Date: 11/4/04

To: Commander of THe HousTon county Jail

From: Raymond MATHis

INMATES # 29462-A. Pod-cell- 10 #

C/O SIGNATURE

SR C/O SIGNATURE

**NATURE OF REQUEST** SiR, I HavenT Had a Follow up From The nurse
or DocTer, I Have wRoTe THe Top nurse, and if I Have ask THe
① DocTor, and I HavenT Hard anyTHing Back? about my Back.,
I Have wRoTe THe nurse about my Bloodpress THat's 143 over
102 an THe Top nurse wRoTe Back saying SHe will noT see me

**ACTION TAKEN** about THaT. So one's again Im writing you.,
I Hope you will Look in Too THis. THank you. P.S. SiR,
JusT Becauss THe Sgt's and c/o wRs Filming me c/v A camerA
dosnT make my Back hested AlRigHt, if THey goT Time To do
THaT "WHy" do THey noT Have Time to Have Time to Follow up
on my Back ?
                              THanK you

## INMATE REQUEST FORM

A-10

Date: 10/31/04 (ThE Top)

To: NuRSS's on Duty or NuRSS's PRiNER or DocTeR

From: RAymond MATHiS

INMATES # 29462-2nd-cell #10

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** I would LikE a SEcond opinoin about my Back
and To SEE a SpEciLisT PLEaSS... I would LikE To know wHaT my X Ray
ScaTe, and my MRi, would CaT Say, I Have THE Right Too
know, THE DocTeR only ScdS, I was noT Going Too dis, io
WHaT Do THaT mEan. THank you, I'm STill HavEing paio, in my

**ACTION TAKEN** to BacK, and I'm STill Having Numbers in my LF LEg.

# INMATE REQUEST FORM

Date: 10/31/04

To: The Houston county Jail Commander Merritt

INMATES # 29402-A. Pod - cell #10

C/O SIGNATURE

_____

SR C/O SIGNATURE

From: Raymond MATHIS

**NATURE OF REQUEST** Sir, I Have WRoTe (The Top Nurse) whose name SPinTed 3 or more Time's and The Doctor, and I Have NoT Heard from either one, as Im waiting you, I cast about my (X-Rays and mri, cat's.) I would like Too know wwhat did They Have Too Say about my back, all The Doctor said is I wasn'Ts going To Die, whaT do ThaT mean? Sir, I Have The Right To know whaTs wrong with (my back still Hurting and my left leg still Have numbness, Hurting in my Back?.?

**ACTION TAKEN** my Back in my Back?.?

and I also ask about a second opinion, and To see a specilisT?

Thank you.

# INMATE REQUEST FORM

Date: 10/26/04

To: The nurseing staff or Doctor

INMATES # 25402-A-Bad-Cell 110

C/O SIGNATURE _____

From: Raymond MATHIS

SR C/O SIGNATURE _____

NATURE OF REQUEST Today I went too The nurses and my see nurse
Blood Pressure was 149, over 101. It's been High' For The last
two months, and Mr Doctor are on The nurses will
not Do anything about it. I went too see a Doctor
A.S.A.P. Before I get Really IK Get

ACTION TAKEN See Sit,

stated w
HCTZ

# INMATE REQUEST FORM

(A)

Date: 10/25/04 Spizner

To: Nurse, Spizner, The Top nurse; Nurse;

From: Raymond MATHIS

INMATES # 2402-A Pod; cell #10

C/O SIGNATURE _Spizner_

SR C/O SIGNATURE _Spo. Reynolds_

**NATURE OF REQUEST** is Im writing again abouT seeing a Back

SPecilisT, I would like a secondapionion.

Please let me Know if you are going Too let me? (Dr Seem for feet

you can with a Spacy)

THank you

my Back

**ACTION TAKEN**

P.S. Could I GeT Some BenGay For

P.S. WHAT DO THAT MEAN

Raymond matis I will liks Tou

# INMATE REQUEST FORM

Date: 10/25/04

To: NURSE S. REINER, THE TOP NURSE, OR THE DOCTER

From: Raymond MATHIS

INMATES # 29402, A Pod-cell #10

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST is, I would Like a Secondopionione about my Back, I would Like Too see a Back & out SPecilist...

A.S.A.P.

I wrote This Again Breouse I didnt get a copy

THank You

ACTION TAKEN _____

P.S. Could I Please Have Somemore

Bengay.

X Raymond Mathis

# INMATE REQUEST FORM

Date: 10/22/04

To: NURSE'S ON DuTy

From: Raymond MaTHis

INMATES # 29402 A.Pack cell-10

C/O SIGNATURE: B DANTON

SR C/O SIGNATURE:

**NATURE OF REQUEST** was AT 12:00 pm A Pod, was eaTing
we Had HamBuger, and I Bit in To my's and
THere was someThing someThing in it THaT Broke in
my TooTH it aches abouT Too came ouT I Told
THe yo and I Told nurse HaTaway and THey I
**ACTION TAKEN** I Had To wriTe To THe NURSE, For you
can Take a look, PleasE A.S.A. P.
( THank
you )

J Hanf or J Hook
J BRR

## INMATE REQUEST FORM

Date: 10/22/04

To: ~~All~~ Nurse's on Duty

From: Raymond Mathis

INMATES #: 29403    A. Red-4il #10

C/O SIGNATURE: Sr. Ashton

SR C/O SIGNATURE: _____

**NATURE OF REQUEST:** if I could GET some more Bengay for my Back, Thank you...

**ACTION TAKEN**

page #2

# INMATE REQUEST FORM

Date: 10/22/04                    INMATES # 29402-A.Pod-cell-10 #

To: nurse, sgt, giver, 7th Top nurse    C/O SIGNATURE _Brayton_

From: Raymond Mathis                    SR C/O SIGNATURE _____

**NATURE OF REQUEST** is I wrote ou's before, E Hope you got it you Back but I have not Head From, So I writing you again

I would like to know if your going to let me see other Doctor about my Back, and The last #1 Times I Have Been too see you my RemPRETTE Has Been too HigH or too FoR cloyed, The

**ACTION TAKEN** last time it was over 101 I should see a Doctor to oR you said Have Follow up on me, I'm asking you seen For me my Head is always HuRTing, So Please, seen For me, I dont want To RewRite The commandeR This Time, Im askig you., THANK you, Dr. Banga said no Treatment is there f D.

## INMATE REQUEST FORM

Date: 10/22/04

To: NURSE SPINGNER, THE TOP NURSE

From: Raymond MATHIS

INMATES # 29402 A. Dorm.- cell 10

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST I'm constantly loosing ability to walk in my leg, and my back is still constantly swelling keep knowing I should be seen by a specialist for my back, I got numbness in my left leg like electricity shooking me re

Thank you

ACTION TAKEN _____

for you playing opponine to see is problem

# INMATE REQUEST FORM

Date: 10/21/04

To: Nurse's on Duty, nurse Halaway

From: Raymond Mathis

INMATES # 29402-3 Red-Cell #10

C/O SIGNATURE _____ S Jones

SR C/O SIGNATURE _____

NATURE OF REQUEST: On There is swelling in my mouth again, I need
To see The nurse on some Salty Thank you

ACTION TAKEN _____

## INMATE REQUEST FORM

Date: 10/17/04

To: NURSE SPRIGNER

From: Raymond MATTHIS     INMATES # 25940 A.Pod-Cell #70

NATURE OF REQUEST is That I would like To see a Back

Specilist, I Have The Right To Have other DoTor see

my Back ("Thank you) I mean a Second opionion")

P.S. I writing This Houston county Jail

Commander, and asking Him if I Have Right To Have

a

C/O SIGNATURE

SR C/O SIGNATURE

## ACTION TAKEN

Must be refered by Dr. Berron.

he has talked to a specialist

RayMond L.
MATTHIS

## INMATE REQUEST FORM

Date: 10/13/04

To: NURSE, SPRIGNER

INMATES # 29402 - A Pod. Cell 10

C/O SIGNATURE _____

From: Raymond Mathis

SR C/O SIGNATURE SPD. Reynolds

**NATURE OF REQUEST** a medical complaint Poi Form,

not A county Jail complaint Form But

a medical complaint Form's

Thank you.

A.S.A.P

**ACTION TAKEN** Did not have one - Gaye mathis

# INMATE REQUEST FORM

Date: 10/12/04

To: Nurse's oted on Duty

From: Raymond MATHIS

INMATES # 28402, A. Ped-cell 106

C/O SIGNATURE: J. Gonor

SR C/O SIGNATURE:

## NATURE OF REQUEST is if could get SomeThing For

Sickness, if so Beva GRill Please

Thank

## ACTION TAKEN 10/13 give Bentyl 25 mg p. bid x 2 d.

~B