# INMATE REQUEST FORM

Date: 10/1/04

To: _dearst on Duty_

From: Raymond Mathis

INMATES # 29402 A-Pod. cell-10

C/O SIGNATURE _Tyson_

SR C/O SIGNATURE _____

## NATURE OF REQUEST
is Too GiT a TooTh pulled ouT
My Gums are swelled sollen need some Thing
is So solt or someThing too Teks This salled down

Thank you.

## ACTION TAKEN

## IMATE REQUEST FORM

Date: 11/5/04

To: Sgt. Foster

From: Raymond MATHIS

INMATES #: 29402 A.cell-10

C/O SIGNATURE

SR C/O SIGNATURE

**NATURE OF REQUEST** IHHat I can't take this pain anymore I need to see a doctor Now!! The nurses' have Taking me off my pain pill and my back is killing me, I'm asking for Help ASAP, or Put me Back on my pain Pills. I'm asking the nurses, commander Sgt Davis, too Help me!!!

**ACTION TAKEN** and Sgt Davis, too Help me!!!

# INMATE REQUEST FORM

Date: 11/5/04

To: ~~Request ~~ Nurs's Sgt. Davis

From: Raymond Mathis

INMATES # 25402 A. [signature]

C/O SIGNATURE [signature]

SR C/O SIGNATURE [signature]

**NATURE OF REQUEST** That I can't Take This pain anymors I need Too see a Doctor WOU bb The Nurss's Now Taking me off my pain pills, and my Back is killing me, Im asking For Help bb A.S.P. OR put ms Back on my pain Pills... I Have ask The Commander Sgt Turer, 9Th Nursis, TH NurSES'S

**ACTION TAKEN** Too Help me...!!!

Houston Printing Co. Inc. • Form #6136 • Rev. 3-98    WJNF4

## INMATE REQUEST FORM

Date: 10/5/04

To: All The Nurses on STaFF

INMATES # 29402 A czil-10

C/O SIGNATURE _____

SR C/O SIGNATURE _____

From: Raymond MATHis

**NATURE OF REQUEST** ThaT I cont Take This Pain in my Back
enymore, I Need Too see a DocTor yaww'h THe nurses
Have Taking me off my Pain Pills, and my Back is
Killing me. Im asking For Help, ASP or PuT me Back
on My Pain Pills, I wrote The commander Sgt Tuerse

**ACTION TAKEN** Sgt Davis, and All The nurses, I Need
HeIP, NOW!!!

# INMATE REQUEST FORM

Date: 10/3/04

To: Houston County Commissioner

From: Raymond Marks

INMATES # 2942

C/O SIGNATURE

SR C/O SIGNATURE

## NATURE OF REQUEST

I need to see a Dorter Now The Nurses keep Taking me off my pain pills, and my Back is killing me, I'm asking for help" or put me Back on The pain pills.

A.S.P

Thank you

## ACTION TAKEN

I'm asking Sgt Tuar, Sgt Davis, and The commander, The nurse's too help me...

**Referrals**

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA 36301



## SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY

Inmate referred to : (Name & Address)

SB&J - 1500 Ross Clark Circle

Reason for referral:

F/u c̄ Dr. Hall

| Appointment Date | Appointment Time | Date of Birth | Social Security # |
|---|---|---|---|
| 7-26-05 | 0900 (9:00 a.m.) | 8-29-62 | 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 |

Inmates Name:

Mathis, Raymond      Epod

Additional Health Info. :

Reason for Referral :

Deputy Required  yes ( )  No (✓)          Ambulance Required  Yes ( )  No (✓)

Nurse :                          RN  or  L hoyum                          LPN

## SECTION 2 TO BE COMPLETED BY INMATE
I authorize release of medical information to the Houston County Sheriff's Department.

Date :

Signature of Inmate

## SECTION 3 TO BE COMPLETED BY PROVIDER

( ) Treated      ( ) Further follow -up needed      ( ) REFER for another Treatment or Test

| DIAGNOSIS: | TREATMENT : |
|---|---|
|  |  |

SIGNATURE OF PROVIDER                          DATE

CLINIC DIRECTOR :                    Telephones : (334) 712-0762  ext. 120 or 122

I, Raymond Mathis, do hereby Refuse to wear my cast/splint from this date on & I hereby confirm/declare that I do <u>NOT</u> need or want to go to my scheduled F/u appointment.

X _Raymod Mathis_

X _L. Loguum, LPn_

X _S. Hepper/C/o_

[SB&J] notified that I/m refused. ↳ appt cancelled.



# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA 36301

## SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY

| Inmate referred to : (Name & Address) | Reason for referral: |
|---|---|
| SB&J - 1500 Ross Clark Circle | F/u c̄ Dr. Hall |

| Appointment Date | Appointment Time | Date of Birth | Social Security # |
|---|---|---|---|
| 7-26-05 | 0900 (9:00 a.m.) | 8-29-62 | 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 |

Inmates Name:

Mathis, Raymond

Additional Health Info. :

Reason for Referral :

Deputy Required  yes ( )  No (✓)          Ambulance Required   Yes ( )  No (✓)

Nurse :                          RN or  L. hognum                          LPN

## SECTION 2 TO BE COMPLETED BY INMATE
I authorize release of medical information to the Houston County Sheriff's Department.

Signature of Inmate:                                   Date :

## SECTION 3 TO BE COMPLETED BY PROVIDER

( ) Treated      ( ) Further follow -up needed      ( ) REFER for another Treatment or Test

| DIAGNOSIS: | TREATMENT : |
|---|---|
| | |

SIGNATURE OF PROVIDER                              DATE

CLINIC DIRECTOR :
D. Speigner CRNP                    Telephones : (334) 712-0762  ext. 120 or 122
                                    Sheriff's Office (334) 677- 4880

1-21-05

I, I'm Mathis will leave my cast alone until my follow up with the doctor.



*Sgt Turner 1-28-05*

# HOUSTON COUNTY JAIL
## INFIRMARY
901 EAST MAIN STREET
DOTHAN , ALABAMA 36301

*Wednesday*

**SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY**

| Inmate referred to : (Name & Address) West Main Med Ctr. | Reason for referral: |
|---|---|

| Appointment Date 2-2-05 | Appointment Time 0800 | Date of Birth | Social Security # |
|---|---|---|---|

| Inmates Name: Mathis Raymond | Additional Health Info. : Mpod |
|---|---|

Reason for Referral :  x-ray ℗ mandible

Deputy Required  yes ( ) No (X)          Ambulance Required   Yes ( )  No ( ✓)

Nurse :                          RN or   U Hathaway   LPN

**SECTION 2 TO BE COMPLETED BY INMATE**

I authorize release of medical information to the Houston County Sheriff's Department.

_____          Date :  2/2/05
Signature of Inmate

**SECTION 3 TO BE COMPLETED BY PROVIDER**

( ) Treated        ( ) Further follow -up needed        ( ) REFER for another Treatment or Test

| DIAGNOSIS: To Follow by radiologist | TREATMENT : |
|---|---|

West Main Medical Center               2-2-05
SIGNATURE OF PROVIDER                    DATE

CLINIC DIRECTOR :                Telephone : (334) 712-0762  ext. 120 or 122

## HOUSTON COUNTY JAIL
### INFIRMARY
901 EAST MAIN STREET
DOTHAN , ALABAMA 36301

*Sgt*
*Turner*
*1-28-05*

SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY

Inmate referred to : (Name & Address)
*West Main Med Ctr.*

Reason for referral:

| Appointment Date | Appointment Time | Date of Birth | Social Security # |
|---|---|---|---|
| *2-2-05* | *0800* | | |

Inmates Name: *Mathis Raymond*

Additional Health Info. :

Reason for Referral : *X-ray ⓛ mandible*

Deputy Required  yes ( )  No (X)          Ambulance Required  Yes ( )  No (✓)

Nurse : _____ RN  or  *U Hathaway* LPN

SECTION 2 TO BE COMPLETED BY INMATE
I authorize release of medical information to the Houston County Sheriff's Department.

_____          Date : _____

Signature of Inmate

SECTION 3 TO BE COMPLETED BY PROVIDER

( ) Treated     ( ) Further follow -up needed     ( ) REFER for another Treatment or Test

| DIAGNOSIS: | TREATMENT : |
|---|---|
| | |

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA 36301

**SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY**

| Inmate referred to : (Name & Address) *West Main Medical Ctr.* | Reason for referral: |
|---|---|

| Appointment Date 12-29-04 | Appointment Time 3:30pm | Date of Birth 8-29-62 | Social Security # |
|---|---|---|---|

| Inmates Name: *Mathis Raymond* | Additional Health Info. : *Fpod* |
|---|---|

Reason for Referral: *(follow-up) X-ray Lumbar Spine*

Deputy Required  yes ( ) No ( )          Ambulance Required   Yes ( ) No ( )

Nurse :                    RN  or   *V. Hathaway*  LPN

**SECTION 2 TO BE COMPLETED BY INMATE**

I authorize release of medical information to the Houston County Sheriff's Department.

*Raymond Mathis*                    Date : 12/29/04
Signature of Inmate

**SECTION 3 TO BE COMPLETED BY PROVIDER**

( ) Treated      ( ) Further follow -up needed      ( ) REFER for another Treatment or Test

| DIAGNOSIS: *To follow by radiologist* | TREATMENT : |
|---|---|

*West Main Medical Center*          12-29-04
SIGNATURE OF PROVIDER                    DATE

CLINIC DIRECTOR :          Telephones : (334) 712-0762  ext. 120 or 122
D. Spelguer CRNP          Sheriff's Office  (334) 677-4888

*Sgt. [illegible]*
*10-11-04*

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA 36301

## SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY

| Inmate referred to : (Name & Address) | Reason for referral: | |
|---|---|---|
| Dothan Diagnostics | | |

| Appointment Date | Appointment Time | Date of Birth | Social Security # |
|---|---|---|---|
| 10/12/04 | 12:45 Am | 8/29/62 | 363 76 7452 |

**Inmates Name:** Mathis, Raymond

Additional Health Info. :

**Reason for Referral :** ① need specific slice of MRI   ① transverse process @ L4
② CT scan of specific area

**Deputy Required  yes ( ) No ( )**        **Ambulance Required   Yes ( ) No (X)**

**Nurse :** _____  RN  or  B. Jungston _____  LPN

## SECTION 2 TO BE COMPLETED BY INMATE

I authorize release of medical information to the Houston County Sheriff's Department.

Raymond Martin _____        Date : 10/12/04

**Signature of Inmate**

## SECTION 3 TO BE COMPLETED BY PROVIDER

( ) Treated      ( ) Further follow -up needed      ( ) REFER for another Treatment or Test

| DIAGNOSIS: | TREATMENT : |
|---|---|
| | |

**SIGNATURE OF PROVIDER**                **DATE**

CLINIC DIRECTOR :                Telephones : (334) 712-0762  ext. 120 or 122
D. Spelaner CRNP                Sheriff's Office ( 334) 677- 4888

**Correspondence**

# INMATE GRIEVANCE FORM

DATE: 10 / 19 , 2005     POD/CELL LOCATION: B-4

INMATE NAME: Raymond MATHIS     INMATE NUMBER: 25402

NATURE OF GRIEVANCE OR INFORMATION: I was in I jump off the top Blank, and my hand turn the wrong way and pop, I hurd it and it sabllow up fast c/o Robert look at it and call c/o Jackson and when she got down to the pod's when she was passing out B'll call I ask her to look at my hand she said it Been looking like that, c/o Jackson she had not seen my hand it 3 month, my hand is two size Bigger and I knew she wasn't going to do anything about it I jest ask her if she would allow me some, its Please, But just as i said, she didn't do anything...

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I need to show my hand to nurse, Laura, Because this is the only Person that give me medical Treatment, she would know if I need to see someone els, Please, and why do you allow nurse, Jackson, too play nurse, she will allow a inmate too die!!!

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: _____

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _____

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

# INMATE GRIEVANCE FORM

DATE: _10/1_____, 2005     POD/CELL LOCATION: _F-10_____

INMATE NAME: _Raymond Mathis_     INMATE NUMBER: _29402_____

NATURE OF GRIEVANCE OR INFORMATION: _Commander, W. McCarty and Nurse, Speigner Today c/o Gridebe call Nurse, Hathaway and told her that my mouth was swollen and I have a broken tooth in my mouth and it was bleeding nurse, Hathaway told c/o Grieb that I was not getting anything put in a request from Monday, and that she want it to her about inmates. Mathis, By...._

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? _I want to know How is it now that Nurse, Hathaway is Allow who she want too treat now, who has ok. this for any staff and say + do what it I want, and do the job it was hired too do if I want to or not, it o.k, nurse, Hathaway has gone out of its @ her job duty and Been allow too voilation civil Right's of inmates too... what is Happening in this Huston county Jail is a Criminal Act, and it's o.k. By Commander, w McCarty and Nurse, Speigner, the law is Being Broken in this Jail...._

OFFICER RESPONSE OR FINDING? _I/m Mathis you write a request to Medical and advise them of your problem so they may schedule you to be seen. We have 400 I/m's and you are not the only one who goes to Medical, but all have to be scheduled unless its an emergency - Commander McCarty 10/4/05_

SGT. ON DUTY RESPONSE: _____

* * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _10-5-05_

CORRECTIONS OFFICER SIGNATURE: _T. Bush_

INMATE SIGNATURE: _____

# INMATE GRIEVANCE FORM

DATE: ~~8/28/~~ 10/3, 2005    POD/CELL LOCATION: F-10

INMATE NAME: Raymond Mathis    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: is This, Commander, William McCarty, and nurse, Speigner, will not give are Allow me medical Treatment This, is A fact This is A Voilation of my Civil Rights To Have medical Treatment, A Voilation of my 8th Amendment Rights, and These Two staff's know That They Are Voilation my Civil Rights. This is A criminal Act, my Hand Could Be Dangerous For life, A Hazardous Too my Health, A Threat Too my life... These Two People are Law Braker's...

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I want Too see A Doctor and I need Too see A Doctor, if I will Sign Something, Stating That I will Pay for it myself, There is "No Reason "why" I Should not Be Allow Too see A Doctor, Aless This Jail Has A Criminal Reason's "why,"

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE: Already Responded

Commander McCarty

10/4/05

* * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 10-5-05

CORRECTIONS OFFICER SIGNATURE: T. Bush

INMATE SIGNATURE:

## INMATE GRIEVANCE FORM

DATE: 8/24, 2005    POD/CELL LOCATION: B 5

INMATE NAME: Raymond Mathis    INMATE NUMBER: 24402

NATURE OF GRIEVANCE OR INFORMATION: I think my Hand is Broken again I have wrote and ask over and over again, the Pain Pill that I was Taking Has Ran out, my Right Hand is very week and I get a lot of Pain in too it, my Too in finger Has swollaring up and I cant Been them, I Need too Too Be Back on my Pain Pills

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I Need Too see some one about my Broken Hand, Dr. Banner or Nurse, Laura, Please..

Something is very wrong with my Hand and I want Too see someone, it's going on #2 week's Please

THANK You

OFFICER RESPONSE OR FINDING? Already Answered

SGT. ON DUTY RESPONSE: I/M Mathis, I have received a statement from a C/O which advised me that you have been observed doing closed hand push-ups in your pod. Obliviously you are not in a great deal of pain if you are able to do closed hand push-ups with both hands.

Commander McCarty 9/13/05

* * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 9-13-05

CORRECTIONS OFFICER SIGNATURE: Sapp

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 8/23 _____ 2005    POD/CELL LOCATION: B-5

INMATE NAME: RAYmond MATHis    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: I HAvE BEEN WRiTing sEvEc lasT wEEk, About my Hend, I THink I Brok iT and my FingER is swolling and I'm vErY wEEk in my RigHt Hand and in Pain at all Times, iT FEEl likE THEREs somETHing in iT, THaT's sTicking mE, and iT's vEry REd.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I wenT Too sEE A DocTour on somEonE, and RigHt now I would likE somETHing FoR THE swElling and PAiN, PlEAsE, A.s.A.P. iT BEEn A wEEk,

THANk you

OFFICER RESPONSE OR FINDING? 9/13/5 You have Been seen doing strenuous use with this hand, apparently not hurting much ... □□

SGT. ON DUTY RESPONSE: Already Answered on 9/13/05
Commander McCarty 9/13/05

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 9-13-05

CORRECTIONS OFFICER SIGNATURE: Phillips

INMATE SIGNATURE:

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: 1119 HRS    DATE: 9-10-05    PLACE: A-H POD AREA, HCJ

I, RICHARD GRACY, SR, make the following true and correct statement pertaining to an Incident/Offense which occurred at the Houston County Jail on 09 / 10 /2005.

ON THE ABOVE MENTIONED TIME & DATE; AS I WAS CONDUCTING A VISUAL SWEEP OF THE PODS THROUGHOUT, I NOTICED I/M RAYMON MATHIS DOING 25 CLOSE HAND PUSH-UP'S. THIS INMATE DID TWO (2) SET'S OF THESE MILITARY STYLE PUSH-UPS. UPON FINISHING THESE PUSH-UPS; I/M MATHIS AND I LOCKED EYES; AS I/M MATHIS RAISED HIS RIGHT HAND AND WAVED AND SMILED BACK AT MYSELF. ON THE PREVIOUS DAY (09-09-05) I/M MATHIS WAS SEEN BY THIS C/O AT 1045HRS; SLAPPING AND BOXING (HORSE PLAYING) IN FRONT OF F-POD DAYROOM; BY THE SHOWER AREA WITH TWO OTHER INMATES. I KNOW THIS INMATE BY THE NUMEROUS REQUESTS AND GRIEVANCES; STATING HIS HAND MIGHT BE BROKEN AND IS IN GREAT PAIN. THIS INMATE CLEARLY HAD NO PAIN IN THE LAST TWO DAYS HE HAS DEMONSTRATED GREAT ABILITY AND DEXTERITY WITH THE USE OF BOTH HANDS WHILE EXERCISING AND WITH THE BOXING STANCE AND USE OF CLOSED FIGHTS TACTICS. I FEEL IT IS IN MY RESPONSIBILITY TO REPORT THESE FINDINGS AS THIS I/M IS MANIPULATING BOTH MY, NURSING AND COMMANDS TIME WITH FRIVILIOUS INMATE REQUESTS AND GRIEVANCES.

SIGNATURE: Richard Gray, Sr.

DATE: 9-10-05    1149 Hrs.

# INMATE GRIEVANCE FORM

DATE: _9/3_____, 2005     POD/CELL LOCATION: _E-Flood_____

INMATE NAME: _Raymond Mathis_     INMATE NUMBER: _29402_

NATURE OF GRIEVANCE OR INFORMATION: _I Have wrote Request Form and Grievance Form for a month, and I Have not Been allow too see anyone about my Hand I Have stated that I Feel that it my Be still Broke, I saw Nurse, Heathway and she told me "No" I will not Be allow to see anyone about my Hand, Nurse, Hathway Dosent Have the Power to say No about me to see a Doctor, I Have wrote too nurse Speigner, But this nurse never write Back, Atleast it's something Swift to say Because, Nurse, Speigner is allow not too Treat me and Have not since I wrote about Speigner 5 or more months, and this is not Right, my Hand my Be Broke, and you Do not Have too Treat me, and Hathway I Just Said No._

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? _I want too see a Doctor, A.S.A.P., and would like too know why nurse Speigner is allow ~~not~~ to not Treat me, and How nurse, Hathway is allow to tell a inmate that might have a Broken Hand "No", you will not Be Allow to see a Doctor, about my Hand, "~~How~~" and "Why"_

_Commander william McCarty ? How ??_

_I. need to see a Doctor,_

OFFICER RESPONSE OR FINDING? _____

_____

_____

_____

_____

_____

_____

_____

SGT. ON DUTY RESPONSE: _I/M Mathis, Houston County Jail sent you to Southern Bone and Joint you were Treated there by a doctor there, and a cast was placed on your hand, afterwards you removed that cast from your hand against doctors orders. I cannot Tell you exactly when Medical can schedule you to be seen. Commander McCody 9/7/05_

_____

_____

_____

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _____

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

# INMATE GRIEVANCE FORM

DATE: 8/28 _____, 2005    POD/CELL LOCATION: F-Floor

INMATE NAME: Raymond Mathis    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: I Have Been writing going out on Two week About Seeing Dr. Banner, or Someone About my Hand and and The Bleeding, I THINK my Hand is Broke and very week, and The Pain will not Stop and I Have Alot of numbness in my Right Hand, and my Hemmarroil's Are on Fire, Sleeping on this Floor is make Then even wrosse, Im in alot of Pain, and The Pain Pill I was on Has Ran out.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I WANT To See DR. Banner, Since Nurse, Spiegner is Allow not To Treat me, I would like For a Doctor Too look At my Hand, I know your saying That I didn't WANT a Follow up on my Hand & when it was Broke The First Time, Well I WAS wrong, I vant a Follow up on my Hand, There's something very wrong with my Right Hand, Please... Allow me To See a Doctor... and some For Pain...

OFFICER RESPONSE OR FINDING? _____

_____

_____

_____

_____

_____

_____

SGT. ON DUTY RESPONSE: _____

_____

_____

_____

_____

_____

_____

_____

_____

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _____

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

## INMATE GRIEVANCE FORM

DATE: 8/22 , 2005    POD/CELL LOCATION: E-10

INMATE NAME: Raymond Mathis    INMATE NUMBER: 29402

*(PULL CHART — handwritten stamp at right)*

NATURE OF GRIEVANCE OR INFORMATION: Medication Emergancy, I Need Too See A Doctor, or Dr. Banner A.S.A.P. The Bleeding will not stop !! This is something that been going on for a yr. Now, It Just get worse and worse! all of this Blood Can not be in Anyway a good thing or something that go's along with have hear Hemorrhidal Problem!! and the Pain is too much, and there no way I can stop going too the Rest Room, and this Problem need to be look at because one that's a Specialist, and now... AND my Hand is Broke I the...

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I want too be seen by a Specialist A.S.A.P. This Problem need medication treatment now!! Im saying this is a medication Emergancy...

And I want and need too see a Specialist A.S.A.P.

OFFICER RESPONSE OR FINDING? This I/m was seing Specialist for hand, went against medical advice & removed cast from arm. Rs

SGT. ON DUTY RESPONSE: I/M Mathis you removed the cast against Medical advise Cannadu McCant 8/26/05

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 8/27/05

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 7/21, 2005     POD/CELL LOCATION: B-1

INMATE NAME: Raymond Mathis     INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: I WANT THE NURSE TO come get THis Kass off, I cant TAKe THis lock-Down, Any more

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? My Hand is Fine, and I Want Too sign Any Thing so The JAil Will Not Responable at For me To DAY, Now or so A.S.A.P, PlEASE

I WANT off This lock Down, THis Kass is Why on lock-Down, come get it Now...

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: _____

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _____

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

*copy*

**INMATE GRIEVANCE FORM**

DATE: 4/23 , 2005      POD/CELL LOCATION: J-1

INMATE NAME: Raymond Mathis      INMATE NUMBER: 29402-

NATURE OF GRIEVANCE OR INFORMATION:
Commander, W. McCarty, Sir, Im Bleeding Bad From my Hemorrhoils, and I wan't to see Dr. Banner, and He Refuss Too see me, Sir, nurse, Laura Has Been treat me But, my Hemorrhoils Have not got Better, Im Bleeding more, and my Hemorrhoils are Hanging out of my Body, I us too Be able Too push them Back in, But not I cant do That, any Time your Bleeding someone should alis look and see how They look. This come with to Request Forms.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I would like Too see Dr. Banner, or see any Doctor or nurse, Speigner, some one should take a look To see if I used other Treatments. Im in a lot of Pain, and I cry when I go to the Rest Room..

OFFICER RESPONSE OR FINDING: 4/this Anus has been Checked. No thrombosed hemorrhoids on outside.
He is receiving Treatment

SGT. ON DUTY RESPONSE: I/m Mathis Nurse Speigner advises you are receiving Treatment - Commander McCarty 4/29/05

**********************DO NOT SIGN UNTIL YOU HAVE READ RESPONSE********************

DATE GRIEVANCE RETURNED: 4/30/05

CORRECTIONS OFFICER SIGNATURE: Robert

INMATE SIGNATURE: Raymond Mathis

Sleep Log:

## JAILERS DAILY SECURITY CHECK

DATE 4/26/05

Sleep Log / EVERY 30 MIN.

| JAILER | SHIFT | TIME | FLOOR | REMARKS |
|---|---|---|---|---|
| C/O BAXTER | 3RD | Start 23:10 | 1st | I/m Raymond Mathis (Cell 31) |
| [signature] | | 23:30 | | I/m Mathis awake |
| | | 00:00 | | I/m Mathis appears to be asleep |
| | | 00:30 | | I/m Mathis appears to be asleep " |
| | | 01:00 | | I/m Mathis " |
| | | 01:30 | | I/m Mathis awake "Library " |
| | | 02:00 | | " " |
| | | 02:30 | | " appears to be asleep " |
| | | 03:00 | | " " |
| | | 03:30 | | " " |
| | | 04:00 | | " " |
| | | 04:30 | | " " |
| | | 05:00 | | I/m Mathis Awake (Twice set up) |
| | | 05:30 | | I/m Mathis Awake (meds were handed out) |
| | | 06:00 | | " " (Food cart + cleaning up) |
| | | 06:30 | | " " |
| | | 07:00 | | " " |

TO REORDER CALL HOUSTON PRINTING CO., INC. 792-6651 • FORM JDSC/28081 WO#6

## INMATE GRIEVANCE FORM

DATE: 2/24/05 , 2005     INSTITUTION: HOUSTON COUNTY JAIL

INMATE NAME: Raymond Mathis     INMATE NUMBER: 29402 - M. Pod - cell #10

NATURE OF GRIEVANCE OR INFORMATION:
I See now, That Nurse Speiger is showing me That she Run This Jail Too, well I Have not seen Nurse Speiger, so That mean she Do Treat who she want Too, and Not want Too, All I can do is kept Tryin Too get Too see some about my Back, Commander McCarty why do you kept saying I'm not Being or she is not Refuse Too Treat me, I have in Her over 2 months, This Grievance is I want Too see Nurse, Speiger, This Grievance from come's with a Request form, Thurs

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Too let Nurse Speiger do Her Job, and Treat all inmate, and not How she choose This is why she work Here, I want Too see Nurse Speiger, A. S. A. P

OFFICER RESPONSE OR FINDING: 3/8/05   Saw CRMP Dr.

AGREE     DISAGREE     JAIL COMMANDER SIGNATURE: _____

JAIL COMMANDER RESPONSE: I/M Mathis, Nurse Speigner has your records, and she sees I/M's when she has request and There is a Need To see them. Nurse Speigner is a professional and she does her job. Commander McCarty 3/8/05

*********************DO NOT SIGN UNTIL YOU HAVE READ RESPONSE*********************

DATE GRIEVANCE RETURNED: 3-9-05

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

## INMATE GRIEVANCE FORM

DATE: 2/20 , 2005    INSTITUTION: HOUSTON COUNTY JAIL

INMATE NAME: Raymond MATH's    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION:

is THaT NURSE, Speigner [Spizner crossed out] is DENIaLing me mEdiCAL TREATMENT and I Have BEEN iN alot oF Pain, EvERyTime I WRiTe NuRSE SPiZNER, SHE WRiTe SomEThing like THis, "NO," YouR Back His Heil, OR THe lasT RSQuesT FoRm, STaTES, CommandER Willian McLaRTy, DoN'T TEll ME wHaT Too Do, is THis TRuE? and I HavE NoT RELivE any TREaTmENT iN A MoNTH and A HalF.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT?

I WanT To SEE DoCTOR BANNER, A.S.A.P. PlEasE, I WanT Too KNow WHy NuRSE Speigner [Spizner crossed out] is Allow oveR and oveR aGAiN, To DENiAl ME oF MEdiCAL TREaTmENT?

OFFICER RESPONSE OR FINDING: 2/22/05 I have proper hm been ordered. g

AGREE    DISAGREE    JAIL COMMANDER SIGNATURE: _____

JAIL COMMANDER RESPONSE: I/M Mathis, you have not been denied Medical Care- Nurse Speigner is the Medical clinic director and she handles anything involving Medical- Commander McLarty 2/23/05

DATE GRIEVANCE FILED: _____

CORRECTIONS OFFICER SIGNATURE: Go Sapp

INMATE SIGNATURE: _____

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2004 001507.60
OPER: AML                   CASE ACTION SUMMARY            RUN DATE: 09/14/2004
PAGE:    1                  CIRCUIT   CRIMINAL
=============================================================================
                                                              JUDGE: JMW
IN THE CIRCUIT COURT OF  HOUSTON

STATE  OF  ALABAMA                VS      MATHIS RAYMOND
                                          C/O HOUSTON COUNTY JAIL
CASE: CC 2004 001507.60                   901 E MAIN STREET
                                          DOTHAN, AL  36301 0000

DOB: 08/29/1962          SEX: M  RACE: B  HT: 6 01  WT: 215   HR: BLK EYES: BRO
SSN: 363767452  ALIAS NAMES:
=============================================================================
CHARGE01: HABEAS CORPUS        CODE01: CORP  LIT: HABEAS CORPUS  TYP: O #: 001
OFFENSE DATE:                          AGENCY/OFFICER: 0380100

DATE WAR/CAP ISS:                   DATE ARRESTED:
DATE    INDICTED:                   DATE     FILED: 09/14/2004
DATE   RELEASED:                    DATE   HEARING:
BOND     AMOUNT:           $.00        SURETIES:

DATE 1:           DESC:                TIME: 0000
DATE 2:           DESC:                TIME: 0000

TRACKING NOS: DC 2004 002394 00  /                          /

   DEF/ATY:                       TYPE:                          TYPE:

                         00000                      00000

PROSECUTOR: VALESKA DOUGLAS A
=============================================================================
OTH CSE: DC200400223940 CHK/TICKET NO:              GRAND JURY:
COURT REPORTER: -------------- SID NO:                         OPER: AML
DEF STATUS: JAIL                DEMAND:     000000000
=============================================================================
DATE         ACTIONS, JUDGEMENTS,  AND  NOTES
=============================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 9-14-04 | Petition for Writ of Habeas Corpus |
| | September 15, 2004 - No grounds for a writ of habeas corpus contained in Petition, however Sheriff of Houston County is requested to have defendant examined by a medical doctor if needed. Petition is hereby dismissed. Clerk to notify Sheriff. _(signature)_ |

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: _1000_     DATE: _19 Oct 2004_     PLACE: <u>HOUSTON COUNTY JAIL</u>

I _E. Rodgers_ , make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on _19_ / _Oct_ / _04_ .

While A+D was in the Rec Yard I was Observed I/M ████████ Playing A Aggressive Game of Basketball w/ other I/m's. I/m Has Complained of Chronic Back Pain in The Past And Has Had MRI's Done on Him. I/m Mathis Appeared To Be In No Pain and was Playing with Great Ability Ex Running, Jumping, Dribbling, and Shooting. This was Also Witnessed By C/O's Hanley and Skelton

EOS:

_[signature]_
(Signature)

_19 Oct 2004_
(Date)

# HOUSTON COUNTY JAIL
# STATEMENT FORM

TIME: Apx 8:920 AM  DATE: 10-20-04          PLACE: HOUSTON COUNTY JAIL

I William T Skelton, make the following true and correct statement pertaining to an
Incident/Offense that occurred at the Houston County Jail on __10__ / __20__ / __04__.

I was passing Request out to Inmates in Wk-Tk
and I went to the Rover pod to Ask C/o Rodgers
where an Inmate was housed, A-D Inmates were
in the rec yard - playing Basketball Myself C/o Rodgers
C/o laney observed I/m Raymond mathis Running, Jumping
and Shooting Basketball C/o Rodgers made the Comment
about I/m Mathis that he Claims his back hurts
and had been Seeing nursing on a reg basis
with Back Pain I/m mathis was running
Jumping and Shooting as well as any
Inmate in the Rec yard With NO Sign of
limp or Physical pain
                                C/o Slull
                    EOS

Wm T Slull                              10-19-04
(Signature)                              (Date)

# HOUSTON COUNTY JAIL
## STATEMENT FORM

PLACE: <u>HOUSTON COUNTY JAIL</u>

TIME: <u>1005</u>          DATE: <u>10/19/04</u>

I <u>C/o Laney</u>                    , make the following true and correct statement pertaining to an
Incident/Offense that occurred at the Houston County Jail on <u>10 / 19 / 04</u>.

At approximately 0920 hours, C/o Laney, C/o Rodgers, and
C/o Skelton was inside the Rover Pod while Pods A-D were
outside. C/o Laney, C/o Rodgers, and C/o Skelton witnessed
I/m Mathis, Raymond on the recreation yard playing a physical
game of basketball without showing any signs of pain. I/m
Mathis, Raymond was running, jumping, and shooting. I/m
Mathis, Raymond has complained to C/o Laney numerous times
about how bad his back hurts and was sent for a Cat Scan
and MRI earlier in the week.

<u>C/o Ken Laney</u>
(Signature)

<u>10/19/04</u>
(Date)

# INMATE GRIEVANCE FORM

DATE: 12/27 , 2004    INSTITUTION: HOUSTON COUNTY JAIL

(F)

INMATE NAME: Raymond Maths    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION:

That I Have wrote over and over again To The nures STaff and I Have Not gatting anything For my Back Pain, I Need someT Hing For Pain, The Tyonls are not giving me any Releif at all. and I still want a speilalist To Look at my Back, The nurse's sTaFF will Not Take care of This ProBle, I should not Have to go 2# or 3# week's, an Had To write The commonded Before I get medical TreaTment, I masking For a second opinion, Today, I'm

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? In Pain 24 Hrs. aday and no one will Help me.

OFFICER RESPONSE OR FINDING: Tylenol ordered 12/2/py : I/m gatting it. Xtra Tylenol available From C/o's. OS

AGREE    DISAGREE    JAIL COMMANDER SIGNATURE: _____

JAIL COMMANDER RESPONSE: Commander 12/29/04

DATE GRIEVANCE FILED: _____

CORRECTIONS OFFICER SIGNATURE: O.J. Williams

INMATE SIGNATURE: This is not Come From The Commander

# INMATE GRIEVANCE FORM

DATE: _12/20/_____, 2004     INSTITUTION: ___HOUSTON COUNTY JAIL_

INMATE NAME: _Raymond MATHis_     INMATE NUMBER: 29402-A-Pod-cell #4

NATURE OF GRIEVANCE OR INFORMATION:

_Im Being Denied medical Treatment, again, I Have Been cut oFF_
_all my Pain Pill, and nurse SPEizner, and nurse SPEizNer Just look at my_
_Back lasT week and saw THis knot in my Back, THis How I know_
_Im Being Denied medical TreaTment._

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? _____

_____ Something For Pain, A.S.A.P. _____

_____

_____

_____

OFFICER RESPONSE OR FINDING: 12/22 This has been taken care of + already
answered. DS

_____

_____

_____

AGREE     DISAGREE     JAIL COMMANDER SIGNATURE: _____

JAIL COMMANDER RESPONSE: _I/M Mathis, You Have Never been_
_denied Medical attention To MY Knowledge -_
_Commander 12/27/04_
_BRing THis To courT - R. matis_

DATE GRIEVANCE FILED: _____12/27/04_____

CORRECTIONS OFFICER SIGNATURE: _C/O Y Bambus_

INMATE SIGNATURE: _Raymond Matis_

## INMATE GRIEVANCE FORM

DATE: 12/18 , 2004     INSTITUTION: HOUSTON COUNTY JAIL

INMATE NAME: Raymond Mathis     INMATE NUMBER: ~~Dayton~~ 29402 A.P. Cell # 4

NATURE OF GRIEVANCE OR INFORMATION:

is THat THE county staff and NuRse staff will NoT give ME anyThing FoR Pain, It's Been 6# Days and I still cant get anyThing FoR Pain, THis is noT wRite, I use Too Be able To wRite THe commander, and my Pain Pill's would staRT Back But, NoT It's Been 6# Day and Im noT getting anyThing FoR Pain "wtf"?

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I need something FoR Pain, "Please"!! SomEonE...

OFFICER RESPONSE OR FINDING: The medical reports that they have not seen any evidence of pain, Tylenol is available from officers at all times. Therefore has been ordered. DJ

AGREE     DISAGREE     JAIL COMMANDER SIGNATURE: _____

JAIL COMMANDER RESPONSE: Commander 12/20/04

DATE GRIEVANCE FILED: 12/21/04

CORRECTIONS OFFICER SIGNATURE: Carey

INMATE SIGNATURE:

# HOUSTON COUNTY JAIL
# STATEMENT FORM

TIME: 0620        DATE: 8-30-04        PLACE: <u>HOUSTON COUNTY JAIL</u>

I _____C/o Athey_____, make the following true and correct statement pertaining to an
Incident/Offense that occurred at the Houston County Jail on ___8___/___30___/___04___.

I/m Raymond Mathis's A-pod claimed he fell in A-pod
upon entering A-pod I/m Mathis was on the floor
& wouldn't cooperate & was placed on the back
board & stretcher & taken to nursing & wouldn't
let the Nurses nor Sgt. Buchanan or myself
evaluate him. I/m Mathis was very disruptive
& demanded to go to the Hospital & was
threatening lawsuit I/m Mathis was physically
restrained & placed in c-4 at this time
I/m Mathis regained his ability to move
& turn himself over I/m mathis refused medical
treatment or any help from sheriff's Dept.
personel.

_____8. Ott_____                    _____8-30-04_____
(Signature)                         (Date)

1

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: 0500     DATE: 08-30-04     PLACE: HOUSTON COUNTY JAIL

I Sgt Buchness make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on 08 / 30 / 04

At approximately 0500hrs while assisting Nurse Hathaway & Nurse Livingston passing medications, I heard an inmate Shout & cuss. I looked towards the sound of cussing and observed I/M Raymond Mathis on the floor in a prone position, with his right leg drawn up and his right cheek resting on both hands. I/M Mathis stated that he fell and struck the toilet with his left side & back. I/M Mathis was placed on the backboard and then placed on the gurney and transported to the Clinic by C/o Athey & Nurse Hathaway and C/o Mavis. Nurse Livingston & I continued to pass out medication. Approximately 10 minutes later, C/o Athey called me on the radio and asked us to come to the Clinic. I observed I/M Mathis with his head hanging off of the gurney and his right leg drawn up. Nurse Hathaway stated that I/M Mathis refused to be assessed by her or C/o Athey. I/M Mathis refused to let me

Sgt C Buchness
(Signature)

08-30-04
(Date)

1

# HOUSTON COUNTY JAIL
# STATEMENT FORM

TIME: _____ DATE: 08-30-04 _____ PLACE: <u>HOUSTON COUNTY JAIL</u>

I Sgt Buckman make the following true and correct statement pertaining to an
Incident/Offense that occurred at the Houston County Jail on ___/___/ 04 .

assess him & demanded to be taken to the
hospital. A tried to give FM Mathis some
IBU and he refused. At this time Yos Athey,
Luff, Williams and Mauns lifted FM Mathis
and placed him in L-4. FM Mathis was
placed in a supine position on her
mattress and promptly turned over on
his right side and displayed full range
of motion.

_____

_____

Sgt Buckman _____ 08-30-04 _____
(Signature)                              (Date)

1

EST MAIN MEDICAL CENTER
115 W. MAIN ST.
OTHAN, AL 36301
334) 793-6556

ACCOUNT:  98110                    DATE: 11-18-0‹

OUSTON COUNTY JAIL              HOME PHONE: 712-0762        TREATING DR.:
TTN: DARLA SPEIGNER             WORK PHONE:                 INSURANCE CO:
01 E MAIN                       EMPLOYER:
OTHAN, AL    36301

| ATE | PROCEDURE | DESCRIPTION | PATIENT | | |
|---|---|---|---|---|---|
| 7-27-04 | 73120 | HEAVLIN, LARRY-HAND XRAY | HOUSTON | 45.00 | 5.( |
| 7-28-04 | 73120 | JOHNSON, ANTHONY-HAND XRAY | HOUSTON | 45.00 | .( |
| 7-28-04 | 73030 | HICKS, FRED-SHOULDER XRAY | HOUSTON | 60.00 | .( |
| 8-09-04 | 73030 | HEAVLIN, LAWRENCE-SHOULDER | HOUSTON | 60.00 | .( |
| 9-22-04 | 73140 | WHITAKER, MICKEY-LT FINGER | HOUSTON | 45.00 | 45.( |
| 9-22-04 | 73120 | DODGE, CHRISTY-LT HAND XRAY | HOUSTON | 45.00 | 45.( |
| 9-29-04 | 72100 | MATHIS, RAYMOND-L/S XRAY | HOUSTON | 75.00 | .( |
| 9-29-04 | 73120 | DODGE, CHRISTY-LT HAND XRAY | HOUSTON | 45.00 | .( |
| 0-01-04 | 73620 | BURKS, STEVEN-FOOT XRAY | HOUSTON | 45.00 | .( |
| 0-01-04 | 72100 | MEDINA, RAPHAEL-L/S SPINE X | HOUSTON | 75.00 | .( |
| 0-04-04 | 73100 | HICKS, FRED-WRIST XRAY | HOUSTON | 50.00 | .( |
| 1-05-04 | 71020 | VELASQUEZ, BEATRICE CHEST X | HOUSTON | 65.00 | .( |
| 1-17-04 | 74000 | ANDERSON, JONATHAN-KUB XRAY | HOUSTON | 50.00 | .( |
| | | | TOTALS: | 705.00 | 95.‹ |

URRENT:       30 DAYS:        60 DAYS:        90 DAYS:        120 DAYS:
 115.00        290.00           .00            205.00            .00

APPROVED OMB-0938-0008

1

PLEASE
DO NOT
STAPLE
IN THIS
AREA

HOUSTON COUNTY JAIL
901 EAST MAIN ST
DOTHAN, AL 36301

## HEALTH INSURANCE CLAIM FORM

PICA | | | PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 363767452 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| MATHIS, RAYMOND | 08 29 1962 M X F | SAME |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 1280 FOUNTAIN ST | Self Spouse Child Other | SAME |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| DOTHAN | AL | Single X Married Other | | |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 36303 | ( 33 ) 802-1656 | Employed Full-Time Student Part-Time Student | | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES X NO | a. INSURED'S DATE OF BIRTH MM DD YY 08 29 1962 SEX M X F |
|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F | b. AUTO ACCIDENT? YES X NO PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES X NO | c. INSURANCE PLAN NAME OR PROGRAM NAME HOUSTON COUNTY JAIL |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE    DATE 10 12 2004

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE SAM BANNER MD | 17a. I.D. NUMBER OF REFERRING PHYSICIAN E01167 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES NO $ CHARGES |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. 805 4       3.
2.              4.

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | | To MM DD YY | | | | | | | | | | | | | |
| 1 | 10 12 2004 | 10 12 2004 | | 11 | 04 | 72131 | | 1 | 650 00 | 1 | | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | |

*Report Attached 11/4/04*

| 25. FEDERAL TAX I.D. NUMBER SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES NO | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 721393022 X | DOT000911 | X | $ 650 00 | $ 0 00 | $ 650 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) JOHN P BRANNAN JR MD 10 14 2004 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) DOTHAN DIAGNOSTIC IMAGING INC 2240 W MAIN ST DOTHAN, AL 36301 | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # MOBILE OPEN MRI 4724 AIRPORT BOULEVARD MOBILE, AL 36608 251 460-4112 |
|---|---|---|

SIGNED           DATE

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE

FORM CMS-1500    (12-90)
FORM OWCP-1500
FORM RRB-1500

No. 2226   P. 1

Oct. 13. 2004  7:21AM

*DOTHAN DIAGNOSTIC IMAGING INC.*
2240 W. Main Street
Dothan, AL 36301
(334)792-1525    fax (334)671-1678
toll free (800)239-3408


DOTHAN DIAGNOSTIC IMAGING INC.

Referring MD· SAM BANNER

**MATHIS, RAYMOND**
MRN· 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
DOB: 8/29/62
Sex:  Male

| Study Date | Accession # | Procedure Code | Procedure/Reason For Study |
|---|---|---|---|
| 10/12/04 | 12691003 | 72131 | Computerized axial tomography, lumbar spine; without c LBP · |

Procedure: Computerized axial tomography of the lumbar spine without contrast

History: Trauma. Low back pain. Plain films have  suggested a fracture involving the transverse process of L4 on  the left.

Findings: There is a minimally comminuted and undisplaced fracture involving the transverse process of L4 left. This is restricted to the transverse process and does not extend into the pedicle and certainly not into the foramen or canal.

The fracture is minimally separated and minimally comminuted but is not displaced, and there is little if any surrounding hematoma. According to history this injury is about 2 weeks old, and  the appearance of the fracture would be appropriate for that timeframe.

There is some facet hypertrophy present at L4-5 and L5-S1  There is no obvious disc pathology of other abnormality demonstrated

Impression:  Comminuted and minimally separated but nondisplaced fracture of the transverse process of L4 on the left which does not extend to the pedicle or to the vertebral body or other structures

There is little if any surrounding its soft tissue swelling or hematoma.

This would be consistent with the timeframe of 2 weeks.

Degenerative changes are noted within the facets in the lower lumbar spine

No other obvious abnormality is indicated

Please refer to the report of the MR scan of the lumbar spine

Dictated on:        10/12/04  4:15:16PM
Interpreted by:    John Brannan, M.D
Assisted by:
Transcribed by:   PowerScribe
                              10/12/04  4:17:38PM

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

HOUSTON COUNTY JAIL
901 EAST MAIN ST
DOTHAN, AL 36301

| PICA | | **HEALTH INSURANCE CLAIM FORM** | | PICA | |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | 363767452 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| MATHIS, RAYMOND | 08 29 1962 M X F | | SAME |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 1280 FOUNTAIN ST | Self Spouse Child Other | SAME |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| DOTHAN | AL | Single X Married Other | | |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 36303 | ( 33 ) 802-1656 | Employed Full-Time Student Part-Time Student | | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES X NO | a. INSURED'S DATE OF BIRTH 08 29 1962 | SEX M X F |
|---|---|---|---|

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? YES X NO PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|
| MM DD YY | M F | | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES X NO | c. INSURANCE PLAN NAME OR PROGRAM NAME HOUSTON COUNTY JAIL |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO X If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED    SIGNATURE ON FILE    DATE    10 12 2004

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED    SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO |
|---|---|---|

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE SAM BANNER MD | 17a. I.D. NUMBER OF REFERRING PHYSICIAN E01167 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY |
|---|---|---|

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES NO | $ CHARGES |
|---|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)

1. 805 4        3. _____

2. _____        4. _____

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 12 2004 10 12 2004 | 11 | 04 | 72131 | 1 | 650 00 | 1 | | | | |
| | | | | | | | | | | |

*Report Attached* (handwritten)    11/4/... (handwritten)

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 721393022 | X | DOT000911 | X YES NO | $ 650 00 | $ 0 00 | $ 650 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) JOHN P BRANNAN JR MD   10 14 2004 SIGNED      DATE | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) DOTHAN DIAGNOSTIC IMAGING INC 2240 W MAIN ST DOTHAN, AL 36301 | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # MOBILE OPEN MRI 4724 AIRPORT BOULEVARD MOBILE, AL 36608 251 460-4112 PIN#      GRP# |
|---|---|---|

PLEASE PRINT OR TYPE

FORM CMS-1500    (12-90)
FORM OWCP-1500    FORM RRB-1500

PATIENT AND INSURED INFORMATION    PHYSICIAN OR SUPPLIER INFORMATION    CARRIER

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

HOUSTON COUNTY JAIL
901 EAST MAIN ST
DOTHAN, AL 36301

CARRIER

**HEALTH INSURANCE CLAIM FORM**

PICA

(FOR PROGRAM IN ITEM 1)

| | |
|---|---|
| 1. MEDICARE (Medicare#) MEDICAID (Medicaid #) CHAMPUS (Sponsor's SSN) CHAMPVA (VA File #) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID) [X] | 1a. INSURED'S I.D. NUMBER 363767452 |
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) MATHIS, RAYMOND | 3. PATIENT'S BIRTH DATE 08 29 1962  SEX M [X] F | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) SAME |
| 5. PATIENT'S ADDRESS (No., Street) 1280 FOUNTAIN ST | 6. PATIENT RELATIONSHIP TO INSURED Self [X] Spouse Child Other | 7. INSURED'S ADDRESS (No., Street) SAME |
| CITY DOTHAN  STATE AL | 8. PATIENT STATUS Single [X] Married Other Employed Full-Time Student Part-Time Student | CITY  STATE |
| ZIP CODE 36303  TELEPHONE (Include Area Code) (33) 802-1656 | | ZIP CODE  TELEPHONE (INCLUDE AREA CODE) ( ) |
| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [X] NO | a. INSURED'S DATE OF BIRTH 08 29 1962  SEX M [X] F |
| b. OTHER INSURED'S DATE OF BIRTH  SEX M F | b. AUTO ACCIDENT? YES [X] NO  PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES [X] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME HOUSTON COUNTY JAIL |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO [X] If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE  DATE 10 08 2004

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

| | | |
|---|---|---|
| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) 08 30 2004 | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE 08 30 2004 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM  TO |
| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE SAM BANNER MD | 17a. I.D. NUMBER OF REFERRING PHYSICIAN E01167 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM  TO |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES NO [X]  $ CHARGES |
| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) 1. 805 4  3.  2.  4. | | 22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO. 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 08 2004 10 08 2004 | 11 | 04 | 72148 | 1 | 1300 00 | 1 | | | | |
| | | | *Repat attached* | | | | | | | 10/9/07 08 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER 721393022 SSN EIN [X] | 26. PATIENT'S ACCOUNT NO. DOT000891 | 27. ACCEPT ASSIGNMENT? YES [X] NO | 28. TOTAL CHARGE $ 1300 00 | 29. AMOUNT PAID $ 0 00 | 30. BALANCE DUE $ 1300 00 |
|---|---|---|---|---|---|
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) JOHN P BRANNAN JR MD  10 13 2004 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) DOTHAN DIAGNOSTIC IMAGING INC 2240 W MAIN ST DOTHAN, AL 36301 | | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # MOBILE OPEN MRI 4724 AIRPORT BOULEVARD MOBILE, AL 36608 251 460-4112 | | |

PLEASE PRINT OR TYPE

FORM CMS-1500
FORM OWCP-1500 (12-90) FORM RRB-1500



**DOTHAN DIAGNOSTIC IMAGING INC.**

DOTHAN DIAGNOSTIC IMAGING In.
2240 W. Main Street
Dothan, AL 36301
(334)792-1525    fax (334)6?1-1678
toll free (800)239-3408

**MATHIS, RAYMOND**
  MRN: 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
  DOB: 8/29/62
  Sex:   Male

Referring MD:  SAM BANNER

| Study Date | Accession # | Procedure Code | Procedure/Reason For Study |
|---|---|---|---|
| 10/8/04 | 12690961 | 72148 | Magnetic resonance (eg, proton) imaging, spinal canal an LBP |

Procedure: Magnetic resonance imaging of the lumbosacral spine

History: Plain films indicate a fracture of the transverse process of L4 on the left.  Scanning was performed oriented to the disc spaces on 10-8-04  The patient was returned for additional scanning oriented to the transverse process of L4 on 10-12-04  There is a history of trauma 2 weeks ago

Findings: There is an undisplaced and minimally comminuted fracture of the transverse process of L4 on the left. This does not extend medially to the pedicle or to the arch of L4

There is some very minimal surrounding edema/hematoma which would be appropriate for an injury 2 weeks old

Disc spaces are well-maintained. Vertebral bodies appear normal. There is no posterior spondylosis or annular bulging at any level. There is some mild facet hypertrophy at L4-5 and L5-S1 which is apparently old. There is no canal or foraminal narrowing demonstrated

Impression: Comminuted and minimally separated otherwise nondisplaced fracture of the transverse process of L4. The fracture does not extend medially as far as the pedicle

There is only some minimal surrounding edema/hematoma consistent with a fracture 2 weeks old

Please refer to the report of the CT scan of the lumbar spine

Dictated on:        10/12/04  4:24:43PM
Interpreted by:     John Brannan, M D
Assisted by:
Transcribed by:     PowerScribe
Signed by:          John Brannan, M.D.        10/12/04  4:26:48PM

Page 1 of 1