## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:05-cv-1084-MHT |
| | ) |
| LAMAR GLOVER, et al., | ) |
| | ) |
| **Defendants.** | ) |

## <u>AFFIDAVIT</u>

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority for administering oaths, personally appeared **William B. McCarty** of the Houston County Sheriff's Department, who is the Commander-Jail Operations for the Houston County Sheriff, Houston County, Alabama, who being by me first duly sworn, deposes and says as follows:

I am William B. McCarty and I am the Commander-Jail Operations of the Houston County Jail, Houston County, Alabama and have been employed by the Houston County Sheriff since June of 2004. My principal duties involve the administration of the Houston County Jail. Unless otherwise indicated herein, I have personal knowledge of the facts and information contained herein. I make this affidavit after review of the plaintiff's jail inmate file and the subject matter of plaintiff's

**EXHIBIT 4**

Complaint in an attempt to address plaintiff's claims in this case.

The Houston County Jail, as a part of the Inmate Rules and Regulations, provides for an inmate Grievance Procedure. The plaintiff has filed numerous grievances, copies of which are contained in his jail medical file if they relate to medical treatment and copies are contained in his jail inmate file as they relate to other matters. As his files reflect, the plaintiff was well versed in the filing of grievances and inmate request forms. According to his jail inmate file, the plaintiff filed approximately fifty-four (54) inmate grievances related to non-medical issues. These non-medical grievances were addressed by the jail staff.

A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of the Inmate Rules of the Houston County Jail which contain the inmate instructions on filing a grievance are attached hereto as **Exhibit A** and are incorporated herein by reference as if fully set forth. A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-301 of the Houston County Jail Policy and Procedure Directive relating to Inmate Rules and Regulations is attached hereto as **Exhibit B** and is incorporated herein by reference as if fully set forth. A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-302 of the Houston County Jail Policy and Procedure Directive relating to Receipt of Inmate Rules and Regulations is attached hereto as **Exhibit C** and is incorporated herein by reference as if fully set forth. A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of the plaintiff's Jail Docket Cards showing that the plaintiff received a copy of the Inmate Rules is attached hereto as **Exhibit D**, and are incorporated herein by reference as if fully set forth. A true and correct copy as kept in the ordinary course of the

operation of the Houston County Jail of an Inmate Grievance Form available to and as provided to inmates is attached hereto as **Exhibit E**, and is incorporated herein by reference as if fully set forth. A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-401 of the Houston County Jail Policy and Procedure Directive relating to Inmate Grievances is attached hereto as **Exhibit F** and is incorporated herein by reference as if fully set forth, during his incarceration in the Houston County Jail.

The Houston County Jail provides an on site law library for inmates, that contains over 700 reference volumes, including but not limited to, Alabama Reports, Alabama Code, Southern Reporter, Alabama Digests, Moore's Federal Practice, Alabama Rules of Court, Federal Rules of Court, Federal Reporter, Alabama Criminal Code with commentaries, American Jurisprudence 2nd, U.S. Supreme Court Digest, Federal Practice Digest, Florida Rules of Court and a Black's Law Dictionary. The law library is available upon request. Also, it is the policy of the Houston County Jail to allow inmates access to their lawyers anytime between 8:00 a.m. and 9:00 p.m. each day and to allow inmates access to their attorney(s) by United States Mail.    A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-103 of the Houston County Jail Policy and Procedure Directive relating to Access to Legal Assistance is attached hereto as **Exhibit G** and is incorporated herein by reference as if fully set forth.

A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-102 of the Houston County Jail Policy and Procedure Directive relating to Access to the Courts is attached hereto as **Exhibit H** and is incorporated herein by reference as if fully set forth.

A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-601 of the Houston County Jail Policy and Procedure Directive relating to Inmate Correspondence is attached hereto as **Exhibit I** and is incorporated herein by reference as if fully set forth.  Indigent inmates are provided two stamps, two envelopes and two sheets of paper on Wednesday of every week.  Unlimited postage is made available to indigent inmates for mail sent to the Courts.

A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-502 of the Houston County Jail Policy and Procedure Directive relating to Attorney Visitation is attached hereto as **Exhibit J** and is incorporated herein by reference as if fully set forth.

A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-602 of the Houston County Jail Policy and Procedure Directive relating to Inmate Telephone Privileges is attached hereto as **Exhibit K** and is incorporated herein by reference as if fully set forth.  Inmates may use the telephone to contact their attorneys per this policy.

A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number F-101 of the Houston County Jail Policy and Procedure Directive relating to Health Care Services is attached hereto as **Exhibit L** and is incorporated herein by reference as if fully set forth.

A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number F-102 of the Houston County Jail Policy and Procedure Directive relating to Consent for Medical Treatment is attached hereto as **Exhibit M** and is incorporated herein by

reference as if fully set forth.

I am one of the custodians of the records maintained by the Houston County Jail. A true and correct copy of the plaintiff's jail inmate file as maintained by the officers of the Houston County Jail in the ordinary course of the Jail's day to day business is attached hereto as **Exhibit N**, and is incorporated herein by reference as if fully set forth.

I am not personally or directly involved in the provision of medical treatment to inmates in the Houston County Jail. With regard to Plaintiff's claims related to medical testing or treatment/denial of medical treatment, the policy of the Houston County Jail is that all requests for medical treatment are forwarded to one of the nurses on duty with the expectation that appropriate and necessary medical treatment will be provided to or obtained for the inmate. I was not personally and directly involved in the provision of medical care to the Plaintiff.

In addition to the forgoing, while he was in the jail, the plaintiff was seen almost every day by one of the nurses when they would give out medications. The nurses on duty in the jail would go onto the jail floors every day for the dispensing of medications. That was also a time when inmates had an opportunity to personally tell one of the nurses if they have a medical problem and want to be placed on the jail medical clinic list. To receive medical treatment, inmates are required to fill out an Inmate Request Form. According to his file, the plaintiff is well versed in how to obtain medical treatment in the Houston County Jail. He has filed numerous inmate requests and approximately fifteen (15) inmate grievances related to his medical care. These medical grievances were addressed by the jail's medical staff.

Upon information and belief, the plaintiff was, during the period of time made the basis of Plaintiff's complaint, provided necessary medical testing, treatment and care while in the Houston County Jail. Upon information and belief, the jail policies referenced herein were followed by the jail staff in relation to the plaintiff.

Sheriff Lamar Glover is not actively involved in the day to day operations of the jail and was not directly or personally involved in the events allegedly giving rise to the plaintiff's claims.

I have investigated the plaintiff's complaints in this lawsuit and have found them to be without basis. It appears that the plaintiff has sued every one that he knows by name in the Jail. However, the Houston County Jail does not employ Nathan Mathis or a corrections officer named Campbell. The other corrections officers sued by the plaintiff know the same information provided in this affidavit. Based on my investigation, their affidavits would be no more than repetitions of the information contained herein.


WILLIAM B. McCARTY

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared **William B. McCarty**, who being sworn by me according to law, deposes and states that the matters and things alleged in the above Affidavit are true and correct to the best of his information, knowledge and belief.

Sworn to and subscribed before me on this the 8th day of May, 2006.

NOTARY PUBLIC
My Commission Expires:    12-9-08