# HOUSTON COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISON
### LAMAR GLOVER, SHERIFF

### INMATE RULES

Order is essential to the safe and secure operation of the jail. Inmate Rules describe the expected behavior of all inmates. Inmates found in violation of rules will be subject to disciplinary action or criminal action depending on the type of violation. Some rule violations will subject the inmate, if found guilty, to sanctions or restriction of privileges. All inmates found guilty of rule violations have a right to appeal. Appeals must be submitted within 24 hours after receiving the sanction or restriction.

### RULES

1. Uniforms (jump suits) will be worn at all times when an inmate is outside his/her cell. The uniform must be worn with the wording "Houston County Jail" on the outside, and the uniform must be buttoned completely. While in the recreation area, inmates may wear the uniform top down around their waist, but they must be wearing a T-shirt. However, females must wear a bra under their T-shirts. No bare skin will be exposed.

2. No foreign objects will be placed in the jail doors to keep the door open or prevent locking. All inmates housed in a cell will be required to keep the cell clean and free of debris.

3. No paper products or any other type product will be placed over cell windows, vents, doors, cell lights or on walls.

4 No inmate will behave in any manner that is disrespectful to any Sheriff's Department personnel, visitors, or other inmates.

5. No inmate will initiate any physical contact, assault or attempt to assault, nor perform any act that will endanger any Sheriff's Department personnel, or any other officer, inmate or visitor.

6. No inmate will waste, abuse, damage, or steal county property or personal property belonging to another inmate.

7. No inmate will incite any action that will threaten the safety or order of the jail.

8. No inmate will commit any lewd or indecent sexual act or exhibitions.

901 East Main Street • Dothan, AL 36301
(334) 712-0762 • Fax (334) 671-9479



9. No inmate will possess or attempt to possess contraband either on his/her person, cell, or under his/her control to include testing positive for drugs or alcohol.

10. Inmates must maintain their cells and common areas in a clean, sanitary, and orderly condition.

11. No inmate will interfere with Sheriff's Department personnel, nor disobey an order or instructions given by Sheriff's Department personnel.

12. No inmate will leave his/her authorized area. Inmates must roll-in to their cells when told to do so. Females must be seated on their bunk.

13. Inmates must roll-in at all roll-in times. Inmates assigned to day room access must be on their mattress at all roll-ins.

14. No inmate will be allowed to wear a cap, scarf, hat, headrag, etc., or anything covering their hair or head.

15. No inmate will touch or place any item on the sprinkler head in their cell.

16. Inmates will not press the call buttons except in case of emergency.

17. No inmate will pass any item from one pod to another.

18. Inmates **must** wear identification arm band at all times.

## DAILY SCHEDULE

1. Roll In/Roll Out times will be posted in the pod.

2. Inmates will roll-in at shift change times for inmate count and any other time when called by the officers.

3. Showers will be taken during the following hours: 1:00 P.M. - 2:30 P.M. and 3:30 P.M. - 8:30 P.M.

4. Religious services will be held on nights scheduled by the Jail Commander.

5. Meals will be served beginning at approximately the following times:   **Breakfast - 5:00 A.M.**
          **Lunch - 11:00 A.M.**
          **Supper - 5:00 P.M.**

Each inmate is responsible for getting their own tray. Cups **will** be taken up after the supper meal and returned at the breakfast meal.

2

## PERSONAL ITEMS ALLOWED

A. **Items Issued**

   Uniforms           Blanket
   Mattress           Toothbrush
   Mattress Cover    Comb
   Laundry Bag       Soap
   Towel              Toilet Paper
   Bath Cloth        Toothpaste

B. **Clothing Allowed to be Brought Into the Facility**

1. Undergarments, 6 pair, white only
2. Socks, white only, 6 pair
3. T-shirts, (6) white only (no tank-tops or pockets)
4. Sweatshirt, or thermal underwear, 1 each, elastic waistband, no pockets
5. Shower shoes, 1 pair
6. Tennis shoes, 1 pair, no shoestrings. No boots, clogs or sandals - must be new
7. Bras, 3, white, no underwire

C. **Hygiene Products Allowed (One Each)**

1. Stick deodorant
2. Bar soap (no liquid soap)
3. Shampoo (clear plastic bottle)
4. Hair grease/gel

All hygiene products must be the original container, clear plastic and must have see-through contents and original seal. Never opened. (See Inmate Hygiene Policy page 10)

D. **Other Items Allowed**

1. Legal papers
2. Personal letters (Not to exceed 10 letters)
3. Soft-back Bible
4. 2 legal pads, letter size, no wire binding
5. 25 envelopes with stamps
6. 2 pencils, lead
7. 2 pens (non-retractable, non-metal point, see-through) (no crayons, colored pencils, highlighters or markers allowed)

E. **Commissary Purchases**

1. Weekend visitors whose name appears on an inmate's visitation list may deposit commissary money only into the inmate commissary fund of the inmate being visited.

2. Cash money and only correct amount will be accepted.

3

**Coins will not be accepted.**

3. Only certified checks or money orders will be accepted through the mail.

4. Inmate workers assigned to outside duties will only be allowed to contribute to inmate workers fund on Saturdays and Sundays. Each inmate is allowed $25.00 per week or $5.00 per day. (Inmates are not permitted to have money in the pods or on their person.)

F. **Acceptance of Personal Items**

The personal clothing worn by an inmate at booking, along with other personal items that are not considered contraband, will be stored in the property room and given back to the inmate at release. **The inmate must sign a property return receipt at release or transfer time.** If considered contraband, i.e., cigarettes, lighters, it will be destroyed after 3 days if not picked up by family members.

G. **Television**

The televisions are provided in the facility for the convenience and entertainment of the inmate. The floor officer may change channels when he/she deems necessary. The television may be turned off or removed for disciplinary reasons at the discretion of the floor officer.

H. **Cell Assignments and Institutional Living**

The inmate's cell assignment is the responsibility of the Records and Classification Division. Inmates must return to their assigned cells at all roll-in times.

**When the inmate leaves his/her cell for the dayroom, the bed must be made up neatly.**

Personal items must be stored in the drawer underneath the bunk. Items will not be stored underneath the mattress. Inmates must not alter or destroy any lights, walls, fixtures, or plumbing located in a cell. Inmates assigned to cells without a drawer may place their items neatly at the foot of the bunk.

J. **Jail Library**

Library books are available once a week at the discretion of the Sergeant assigned library duty. Inmates may check out a maximum of two books per week.

K. **Inmate Workers (Trustees)**

4

1.  Requirements for inmate workers:

    a.  Inmate must be convicted.
    b.  Inmate must not have a record of violence or sexual crimes or be a high risk.
    c.  All inmates must be medically approved.
    d.  The Jail Commander must approve all inmate workers.
    e.  Inmate must not be convicted of manufacturing or trafficking in drugs.

2.  Rules of inmate workers:

    a.  Inmate workers must perform work duties as assigned.
    b.  Workers must remain in work areas assigned and may be searched at any time.
    c.  Outside workers must inform control of their duties and location at all times.
    d.  Inmate workers must not enter control room or jailer's booth unless escorted.

L.  **Recreational Activities**

Basketball goals have been installed in the recreation areas, and their use is determined by the Sergeant on duty, weather permitting.

M.  **Telephone Calls**

1.  Inmates will not receive any telephone calls, nor will any messages be forwarded for calls.

2.  Legitimate emergency messages will be handled by the supervisor on duty.

3.  The jail personnel will only give out the charge, amount of bond, or sentence regarding an inmate.

4.  Inmates may make collect calls using the inmate telephone system located in the dayroom. These calls may be monitored or recorded.

5.  <u>Upon written request by inmate, the receptionist may call and leave a message for an attorney.</u>

6.  Inmates are not allowed to use a phone in the docket area except at the time of booking.

7.  Upon written request by an inmate, the docket officer will call a bonding company of the inmate's choice.

N.  **Visitor Information**

1.  <u>The Houston County Jail is a non-contact visiting jail.</u> Only attorneys meeting in private conference with

5

inmate clients are allowed contact visits.

2. Inmates must complete a visitor list to see visitors. Visitors will not be allowed a visit if their name is not on the visiting cards, including children. Visiting list is restricted to only 8 names.

3. After 7 days, including entry day, the visitation list will not be changed, added to, or deleted, for a period of 60 days.

4. Visitors 16 years and older must present a current photo ID or driver's license before entry. Visitors under 16 years must have a social security card or a birth certificate, or be admitted at the discretion of the supervisor.

5. Only two (2) people, including children, will be allowed to visit per inmate. Visitors must come and leave together. **Split visitation is not allowed.**

6. For cause, the supervision of the jail may refuse an inmate's visitation privileges.

7. Visitor cards will be held by the visitation officer in the lobby. Times will be noted on the card.

8. Weekday visitation may be approved if **proper identification and proof of residency is presented. Weekday visits will only be approved if the visitor shows proof that their residence is a minimum of 100 miles from the Houston County Jail.** Out of town visits are for visitors who can not visit on regular visiting days and proof of the fact is presented. A visitor may not visit on the weekend and during the week day.

9. Inmates are not allowed visitors while serving time on lockdown or lock up time.

10. Visitors will be arrested and prosecuted for bringing or attempting to bring contraband into the jail.

11. Visitors will not wear mini skirts, shorts above the knee, halter tops, tank tops, spaghetti straps, strapless/slit dresses. No see-through clothing or low cut necklines will be worn. No visitor will wear any clothing that exposes the body to bare skin from the shoulders to the knees. Arms are excluded.

### VISITING SCHEDULE

SATURDAY:         8:00 AM to 10:30 AM
                  Pods M thru O, and female inmates, trustees and weekend dorms

6

| | |
|---|---|
| SATURDAY: | 1:00 PM to 3:30 PM<br>Pods I, J, K, L, holding and Nursing |
| SUNDAY: | 8:00 AM to 10:30 AM<br>Pods A thru D |
| SUNDAY: | 1:00 PM to 3:30 PM<br>Pods E thru H |

## MAIL

1. Letters will be inspected for contraband to ensure facility safety.

2. No hand-delivered mail or packages will be accepted. Envelopes larger than 5X7 will not be accepted.

3. Inmates may receive money orders through regular mail. The money order must be made payable to: **Inmate Drawing Account,** and **must include the inmate's name and inmate number.**

4. **Mail received by the inmates will be documented, opened, and inspected before delivery to the inmate.** Legal mail received by the inmate will be opened by the officer in the presence of the inmate **but not read.**

5. Outgoing mail will be taken up each morning by the corrections officer. Incoming mail will be delivered to the inmate daily.

6. All incoming and outgoing mail must have the sender's **first** and **last name.** No nicknames will be accepted. The envelope must bear the sender's complete address.

EXAMPLE:   John Doe Pod A, B, C, D
901 East Main Street
Dothan, Alabama 36301

                                                           Jane Doe Pod Location
                                                           901 East Main Street
                                                           Dothan, Alabama 36301

## LAW LIBRARY

The facility has a constitutionally accepted law library for inmate use. The inmate must submit a request to the sergeant on duty to visit the library. The sergeant will arrange for use of the library by pod designation. Inmates cannot remove any book from the library. The facility does not provide a librarian.

## LIVING AREA REQUIREMENTS

A. Inmate towel and bath cloth must be hung on the foot of the bed and be centered. The towel will be hung first and the bath cloth hung neatly on the top of the towel.

B. Shoes will be placed underneath the right side of the bunk at the foot of the bunk with toes turned out.

C. The bunk will be neatly made.

D. Bunks will be in compliance from 8:00 AM to 9:00 PM Monday through Friday.

E. On Saturday and Sunday, bunks will be in compliance from 10:00 AM to 9:00 PM.

F. No items will be stored underneath the bunk except shoes. The inmate must keep his area clean and clear of litter.

G. No items of any kind will be placed or stored on the window sill of the cell.

## MEDICAL CARE

A. Inmates are charged a co-pay for medical care at the jail. Inmate medical care is **not** free. Alabama law dictates that inmate medical service is free when the inmates "are unable to provide for themselves," (Code of Alabama 14-6-19).

B. Inmate medical co-pay is taken from the inmate's commissary funds.

C. The inmate will be charged a co-pay for each medical visit and each medical service based on the following fees:

| | |
|---|---|
| Hospital Visit | $20.00 |
| Doctor Visit | $20.00 |
| Practioner Visit | $20.00 |
| LPN Visit | $ 5.00 |
| EMT Visit | $ 2.00 |
| Lab/X-Ray | $20.00 |
| Prescription (each) | $10.00 |
| Non-Prescription (each) | $  .50 |
| Dental visit | $20.00 |

D. Inmates who request medical clearance to perform trustee duties and then refuse to work will be charged $98.00, or actual cost, for their lab work.

E. Inmates are not allowed to ask questions during medication pass.

F. Med call is announced prior to the nurse arriving

8

in each area. Any inmate not standing in line by the door will forfeit their medication and be noted as being absent.

## CHAPLAIN SERVICES

A. The jail has a staff chaplain on part-time duty. However, a 24-hour call is maintained for inmates who request emergency service.

B. Inmates **must** request chaplain service. Inmate request forms may be obtained from the corrections officer on duty.

C. Inmates who are members of an established religious body may be visited by the clergy of the religious body at times listed, Monday thru Friday, during the hours: 9:00 A.M. - 11:00 A.M.
   1:00 P.M. - 2:30 P.M.
   3:30 P.M. - 4:30 P.M.
except during lock-up times or when the inmate is on disciplinary lockdown. At the discretion of the supervisor on duty, inmates on disciplinary lockdown may be visited by clergy.

D. Clergy must show proof that they are ministers of an established religious body of which the inmate desiring a visit is a declared member and complete a visitation form provided by the jail facility before they are allowed visitation. Ministers are required to complete the visitation form only once.

E. **Pastoral visits are discouraged on Saturdays and Sundays due to weekend visitation except during emergency situations.**

F. Non-denominational services are held during the evenings on Monday, Tuesday, and Thursday, of each week. Other services and classes are held at the discretion of the chaplain.

G. Attendance at religious services is not mandatory for the inmate. The privilege to attend religious services may be revoked by the supervisor on duty for misbehavior during the service or any violation of the inmate rules.

H. Clergy who have family members that are incarcerated and a member of the clergy's religious body may visit the inmate once as clergy. The remaining visits will be on regular visiting time assigned to the inmate. Clergy will be any minister employed by the established religious organization.