F

HOUSTON COUNTY JAIL
JAIL DOCKET CARD

3-28-05
1005

| INMATE # | LAST NAME | FIRST | MIDDLE | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|
| 29402 | Mathis | Raymond | NMN | | | |

| ARRESTING AGENCY | DATE RECEIVED | TEMP. RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED |
|---|---|---|---|---|---|
| DPD | 3-28-05 | | | | |

| RISK | STATUS | FLOOR | CELL | DOCKET OFFICER | ARRESTING OFFICER |
|---|---|---|---|---|---|
| | F | | 28 | Capehart/Jones | S. Costello |

| AGE | DOB | SSN | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | AGENCY HOUSED FOR |
|---|---|---|---|---|---|---|---|---|---|
| 43 | 8-29-62 | 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 | B | M | 6'02" | 230 | Blk | Bro | Houston |

| ENTRANCE NCIC/BY | ENTRANCE HOUSTON/BY | ENTRANCE DPD/BY | FELONY CRIMINAL HISTORY/BY |
|---|---|---|---|
| Neg C3 | Neg J27 | Neg Ofc Rogers. | |

| EXIT NCIC/BY | EXIT HOUSTON/BY | EXIT DPD/BY | ATTORNEY |
|---|---|---|---|
| | | | 03/28/05 - S. McGhee |

| HOLD 1 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 2 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | |

| HOLD 3 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 4 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS | CITY | STATE | PROBATION/PAROLE OFFICER |
|---|---|---|---|
| 910 Mercury Dr. 792-0411 | Dothan | AL 36301 | |

| NEXT OF KIN | ADDRESS | CITY/STATE | PHONE | RELATION |
|---|---|---|---|---|
| Ester Mae Britt | 1280 Fountain St. | Dothan, AL | R 792-0411 | Mother |

REMARKS: ______________________

| DID INMATE RECEIVE PHONE CALL? (✓) Y ( ) N | DID INMATE RECEIVE JAIL RULES? (✓) Y ( ) N |
|---|---|
| INMATE SIGNATURE (X) Raymond Mathis | INMATE SIGNATURE (X) Raymond Mathis |

SOUTHEASTERN PRINTERS OF DOTHAN / FORM HCJDC 334-792-2026

EXHIBIT D

| INMATE# 29402 | NAME | | | | |
|---|---|---|---|---|---|
| CHARGE Burglary III | WARRANT # | DC/TR 05-1258 | INDICTMENT# 05 | CC/CS/DR 05-1186 | CONVICTION |

| BOND | | |
|---|---|---|
| | ~~10,000~~ 00 | 04-13-05 Motion to reduce bail denied. Judge Mendheim |
| | | 08-31-05 01:30pm ARR (G Indicted 6/10/05 |
| #25,000 00 | | ~~05-04-05 ARR~~ 11-14-05 @ 1:30pm Trial (5/23/06 (@ 0830) court 07/25/05 9:00am |
| | | 05/06 Bond reduced to ~~#500.~~ $25,000.00 1/m to be moved from J-Pod to A-G by 2nd shift Judge Little |

| CHARGE Assault 3rd | WARRANT # 06-8423 | DC/TR 06-126 | INDICTMENT# | CC/CS/DR | CONVICTION 30 + 24 Days |
|---|---|---|---|---|---|

| BOND | | |
|---|---|---|
| ~~300.00~~ | 0 | ~~2-1-06 @ 08:30 AM - 201/1306~~ |
| | | 01/30/06 @ 0830 |
| | | 205 this case only 03-04-06 |
| | | |

| CHARGE | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|

| BOND | | |
|---|---|---|
| | | |
| | | |

| CHARGE | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|

| BOND | | |
|---|---|---|
| | | |
| | | |

| CHARGE | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|

| BOND | | |
|---|---|---|
| | | |
| | | |

11:48
8-7-04

A

# HOUSTON COUNTY JAIL
## JAIL DOCKET CARD

| INMATE # | LAST NAME | FIRST | MIDDLE | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|
| 29402 | Mathis | Raymond | | | | |

| ARRESTING AGENCY | DATE RECEIVED | TEMP. RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED |
|---|---|---|---|---|---|
| DPD/HCSD | 8-7-04 | | | 3/22/5 | own recognizance 1414 |

| RISK | STATUS | FLOOR | CELL | DOCKET OFFICER | ARRESTING OFFICER |
|---|---|---|---|---|---|
| | AN ~~floor~~ | | | Moore/Joe | R. Reichert F. Meredith |

| AGE | DOB | SSN | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | AGENCY HOUSED FOR |
|---|---|---|---|---|---|---|---|---|---|
| 41 | 3-29-62 | 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 | B | M | 6'1 | 215 | Blk | Bro | Houston |

| ENTRANCE NCIC/BY | ENTRANCE HOUSTON/BY | ENTRANCE DPD/BY | FELONY CRIMINAL HISTORY/BY |
|---|---|---|---|
| Neg C-8 | Neg 331 | Neg C-8 | |

| EXIT NCIC/BY | EXIT HOUSTON/BY | EXIT DPD/BY | ATTORNEY |
|---|---|---|---|
| Neg C-14 | Neg JJ3 | Neg C-14 | M. Lamere Tammy Stinson |

| HOLD 1 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 2 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| DPD | See Attch'd 8-7-04 | & | | | |

| HOLD 3 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 4 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS | CITY | STATE | PROBATION/PAROLE OFFICER |
|---|---|---|---|
| 714 Murcury Dr. | Dothan | Ala. | |

| NEXT OF KIN | ADDRESS | CITY/STATE | PHONE | RELATION |
|---|---|---|---|---|
| Esta Britt | 1280 Fountainst | Dothan/Al | 766-3333 | Mother |

INMATE # 24402 NAME Raymond Mathis

| CHARGE | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| RSP 1st | | NO/wa | 04-2394 | 225 | 04-2056 | |

BOND ~~20,000~~ $7500.00

AAGJ

INDITED 12-5-04
1-19-05 9:00 AM

01-21-05 Signed for order 01-13-05 which bond reduced to $7500.00

9/3 - Motion to reduce denied.

02/07/05 @ 0830

| CHARGE | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| FTA Nonsupport | | | | | 86-807.02 | |

BOND 30,000 CASH ONLY

9-13-04 1:30 p.m.

08-09-04 Released [illegible] case [illegible]

INCARCERATED NEW CHARGE 1/13/05

| CHARGE | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| CRIM. MISCH. III | | 05-7685 | 05-445 | | | 10 Days |

BOND ~~300~~ → Ø

3-2-05 8:30 AM STEENSLAND

02-25-05 @ 8:30 am convicted; to serve 10 Days

EOS 3-2-05

| CHARGE | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| | | | | | | |

BOND

| CHARGE | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|
| | | | | | | |

NAME [illegible] I.D.# [illegible] HOUSED FOR [illegible]

ALIAS ________ DATE RECEIVED 9-16-92

NEXT OF KIN [illegible] DATE RELEASED 9-16-92

ADDRESS [illegible] PHONE 994-574 4351 HOW RELEASED [illegible]

AGE 3[illegible] D.O.B. [illegible] S.S.# 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 HT. 6' WT. 175 WT. ____

SEX M RACE B RISK ____ FLOOR ____ CELL ____ BUNK ____

NCIC [illegible] BY [illegible] HOUSTON CO. [illegible] BY [illegible] DPD [illegible] BY #2

RELEASE NCIC ____ BY ____ HOUSTON CO. ____ BY ____ DPD ____ BY ____

HOLDS:

1. CHARGE [illegible] WA# ____ BOND [illegible] RTN DATE 9-16-92 CASE# CC 91-1111

| | | | | | |
|---|---|---|---|---|---|
| DISTRICT COURT | 1ST APP | CIRCUIT COURT | INDT# | PROB HEAR | CONVICTION |
| | PRELIM | | ARRAIGN | REV HEAR | SENTENCE 6 mos - To Be |
| | AAGJ | | TRIAL | OTHER HEAR | [illegible] all Jail Credit |

2. CHARGE ____ WA# ____ BOND ____ RTN DATE ____ CASE# ____

| | | | | | |
|---|---|---|---|---|---|
| DISTRICT COURT | 1ST APP | CIRCUIT COURT | INDT# | PROB HEAR | CONVICTION |
| | PRELIM | | ARRAIGN | REV HEAR | SENTENCE |
| | AAGJ | | TRIAL | OTHER HEAR | |

3. CHARGE ____ WA# ____ BOND ____ RTN DATE ____ CASE# ____

| | | | | | |
|---|---|---|---|---|---|
| DISTRICT COURT | 1ST APP | CIRCUIT COURT | INDT# | PROB HEAR | CONVICTION |
| | PRELIM | | ARRAIGN | REV HEAR | SENTENCE |
| | AAGJ | | TRIAL | OTHER HEAR | |

4. CHARGE ____ WA# ____ BOND ____ RTN DATE ____ CASE# ____

| | | | | | |
|---|---|---|---|---|---|
| DISTRICT COURT | 1ST APP | CIRCUIT COURT | INDT# | PROB HEAR | CONVICTION |
| | PRELIM | | ARRAIGN | REV HEAR | SENTENCE |
| | AAGJ | | TRIAL | OTHER HEAR | |

5. CHARGE ____ WA# ____ BOND ____ RTN DATE ____ CASE# ____

| | | | | | |
|---|---|---|---|---|---|
| DISTRICT COURT | 1ST APP | CIRCUIT COURT | INDT# | PROB HEAR | CONVICTION |
| | PRELIM | | ARRAIGN | REV HEAR | SENTENCE |
| | AAGJ | | TRIAL | OTHER HEAR | |

DOCKETED BY: ____

[illegible signature]

NAME [illegible]
ALIAS
NEXT OF KIN Elitt G. Matthews
ADDRESS Dreneber, 71, 1st B/12 PHONE 304-594-4381
AGE 23 D.O.B. 8-27-68 S.S.# [illegible]
SEX M RACE B RISK
NCIC Neg BY G.B. HOUSTON CO.
RELEASE NCIC BY Sgt. [illegible]

DATE RECEIVED 9-26-91
DATE RELEASED 1-15-92
HOW RELEASED World wide Bonding
HT [illegible] WT [illegible]
BY [illegible] DPD
FLOOR

HOLDS DPD

1. CHARGE Kidnapping 1st WAR# 692-F BOND $100,000
DISTRICT COURT 1ST APP
PRELIM
AAGJ
CIRCUIT COURT INDT#
ARRAIGN 11-2-91
TRIAL [illegible]
RTN DATE
PROB HEAR
REV HEAR 1-13-92
OTHER HEAR

2. CHARGE Robbery 1st WAR# BOND
DISTRICT COURT 1ST APP
PRELIM
AAGJ
CIRCUIT COURT INDT#
ARRAIGN
TRIAL
RTN DATE
PROB HEAR
REV HEAR
OTHER HEAR

3. CHARGE Assault III WAR# BOND $1,000
DISTRICT COURT 1ST APP
PRELIM
AAGJ
CIRCUIT COURT INDT#
ARRAIGN 11-12-91 9:00 AM
TRIAL
RTN DATE 1-13-92
PROB HEAR
REV HEAR
OTHER HEAR

4. CHARGE WAR# BOND
DISTRICT COURT 1ST APP
PRELIM
AAGJ
CIRCUIT COURT INDT#
ARRAIGN
TRIAL
RTN DATE
PROB HEAR
REV HEAR
OTHER HEAR
SENTENCE

5. CHARGE WAR# BOND
DISTRICT COURT 1ST APP
PRELIM
AAGJ
CIRCUIT COURT INDT#
ARRAIGN
TRIAL
RTN DATE
PROB HEAR
REV HEAR
OTHER HEAR
CASE#
CONVICTION
SENTENCE
DOCKETED BY

Has to be finger printed before Bond out
Per R. Baker → card on Board

NAME Mathis, Raymond  ID# 29402  HOUSED FOR Houston

ALIAS None  DATE RECEIVED 05 23 91

NEXT OF KIN Edith Mathis  DATE RELEASED 05 23 91

ADDRESS ______ PHONE ______ HOW RELEASED [illegible]

AGE 28  D.O.B. 08 29 62  S.S.# 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  HT 6 0  WT. ______

SEX M  RACE B  RISK ______  FLOOR ______  CELL ______  BUNK ______

NCIC Neg  BY [illegible]  HOUSTON CO. [illegible]  BY [illegible]  DPD [illegible]  BY [illegible]

RELEASE NCIC ______  BY ______  HOUSTON CO. ______  BY ______  DPD ______  BY ______

HOLDS:

| | | | | |
|---|---|---|---|---|
| 1. CHARGE Miss Htt | WA# | BOND 6,000 | RTN DATE [illegible] | CASE# [illegible] |
| DISTRICT COURT 1ST APP [illegible] | CIRCUIT COURT | INDT# | PROB HEAR | CONVICTION |
| PRELIM | | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | | TRIAL | OTHER HEAR | |
| 2. CHARGE | WA# | BOND | RTN DATE | CASE# |
| DISTRICT COURT 1ST APP | CIRCUIT COURT | INDT# | PROB HEAR | CONVICTION |
| PRELIM | | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | | TRIAL | OTHER HEAR | |
| 3. CHARGE | WA# | BOND | RTN DATE | CASE# |
| DISTRICT COURT 1ST APP | CIRCUIT COURT | INDT# | PROB HEAR | CONVICTION |
| PRELIM | | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | | TRIAL | OTHER HEAR | |
| 4. CHARGE | WA# | BOND | RTN DATE | CASE# |
| DISTRICT COURT 1ST APP | CIRCUIT COURT | INDT# | PROB HEAR | CONVICTION |
| PRELIM | | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | | TRIAL | OTHER HEAR | |
| 5. CHARGE | WA# | BOND | RTN DATE | CASE# |
| DISTRICT COURT 1ST APP | CIRCUIT COURT | INDT# | PROB HEAR | CONVICTION |
| PRELIM | | ARRAIGN | REV HEAR | SENTENCE |
| AAGJ | | TRIAL | OTHER HEAR | |

DOCKETED BY: [illegible]

16

NAME Mathis, Raymond 29402 Houston

ALIAS None DATE RECEIVED 3-5-91

NEXT OF KIN Esther Mathis DATE RELEASED 03-05-91

ADDRESS UKN- PHONE 7926272 HOW RELEASED TO DPD

AGE 28 D.O.B 08-29-62 S.S.# 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 HT WT. WT.

SEX M RACE B RISK FLOOR CELL BUNK

NCIC BY R Cook HOUSTON CO Det. At DPD BY JFG on Computer DPD BY Serving time At DPD

RELEASE NCIC BY HOUSTON CO. BY DPD BY

HOLDS: From Dothan PD

1. CHARGE for Court WA# BOND RTN DATE CASE#

DISTRICT COURT 1ST APP PRELIM AAGJ | CIRCUIT COURT INDT# ARRAIGN TRIAL | PROB HEAR REV HEAR OTHER HEAR | CONVICTION SENTENCE

2. CHARGE WA# BOND RTN DATE CASE#

DISTRICT COURT 1ST APP PRELIM AAGJ | CIRCUIT COURT INDT# ARRAIGN TRIAL | PROB HEAR REV HEAR OTHER HEAR | CONVICTION SENTENCE

3. CHARGE WA# BOND RTN DATE CASE#

DISTRICT COURT 1ST APP PRELIM AAGJ | CIRCUIT COURT INDT# ARRAIGN TRIAL | PROB HEAR REV HEAR OTHER HEAR | CONVICTION SENTENCE

4. CHARGE WA# BOND RTN DATE CASE#

DISTRICT COURT 1ST APP PRELIM AAGJ | CIRCUIT COURT INDT# ARRAIGN TRIAL | PROB HEAR REV HEAR OTHER HEAR | CONVICTION SENTENCE

5. CHARGE WA# BOND RTN DATE CASE#

DISTRICT COURT 1ST APP PRELIM AAGJ | CIRCUIT COURT INDT# ARRAIGN TRIAL | PROB HEAR REV HEAR OTHER HEAR | CONVICTION SENTENCE

DOCKETED BY Jacklyn F Giller

---

DATE RECEIVED 2-11-85 DATE RELEASED 3-15-85

NAME Raymond Mathis ID# 29402 FLOOR 4S

CHARGE Prob. Revoked AMT. BOND #6,000.00 Appeal Bond RETURNABLE

CHARGE ~~[illegible]~~ nol pross AMT. BOND ~~#750.00~~ RETURNABLE ~~[illegible]~~

CHARGE AMT. BOND RETURNABLE

CHARGE AMT. BOND RETURNABLE

CHARGE AMT. BOND RETURNABLE

DISPOSITION OF CASE HARD LABOR KILBY 2 yrs.

REMARKS

Released To State

NAME Mathis Raymond

NAME Raymond Mathis 29402 Houston
ALIAS
DATE RECEIVED 01-11-90
NEXT OF KIN Ethel Mathis
DATE RELEASED 4-17-90
ADDRESS Kinsey, Al (UKN) PHONE 792-6278
HOW RELEASED On Bond World Wide Bonding / TO CPD
AGE 27 D.O.B. 8-29-62 S.S.# 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 HT. 6'0 WT. 175 WT.
SEX M RACE B RISK FLOOR 4 5 CELL BUNK
NCIC BY HOUSTON CO. Same BY R.B. DPD BY (Gold City)
RELEASE NCIC CPD BY HOUSTON CO. BY DPD BY

HOLDS:

1. CHARGE Reckless Endangerment WA# 963 BOND $1,000.00 RTN DATE 02-01-90 8:30 CASE# DC-90-87 963
DISTRICT COURT 1ST APP — PRELIM — AAGJ — CIRCUIT COURT INDT# — ARRAIGN — TRIAL — PROB HEAR — REV HEAR — OTHER HEAR
CONVICTION — SENTENCE per ... Released on this day 2-1-90

2. CHARGE Theft of ... Attempt To Elude Police WA# 964 BOND $300.00 RTN DATE 02-01-90 8:30 CASE#
DISTRICT COURT 1ST APP — PRELIM — AAGJ — CIRCUIT COURT INDT# — ARRAIGN — TRIAL — PROB HEAR — REV HEAR — OTHER HEAR
CONVICTION Released on this day — SENTENCE

3. (3-1-90) CHARGE Criminal Mischief 1st (Indt) WA# [illegible] BOND $1,000.00 RTN DATE 04-16-90 9A/M CASE# CC90-0055
DISTRICT COURT 1ST APP — PRELIM — AAGJ — CIRCUIT COURT INDT# 184 — ARRAIGN — TRIAL — PROB HEAR — REV HEAR — OTHER HEAR
CONVICTION 12 Months — SENTENCE Sentence suspended Per Judge Crsp.

4. (3-6-90 PB ASP) CHARGE Arson 2nd WA# 72 ... BOND 750.00 RTN DATE 5-9-90 CASE# DC90-551
DISTRICT COURT 1ST APP — PRELIM — AAGJ — CIRCUIT COURT INDT# Indt 146 — ARRAIGN Steensland — TRIAL — PROB HEAR — REV HEAR — OTHER HEAR
CONVICTION — SENTENCE

5. (7/90) CHARGE Alias Reckless Endangerment WA# BOND None RTN DATE 04-19-90 CASE# DC 90 87.00
DISTRICT COURT 1ST APP — PRELIM — AAGJ — CIRCUIT COURT INDT# — ARRAIGN — TRIAL — PROB HEAR — REV HEAR — OTHER HEAR
CONVICTION — SENTENCE Dismissed Per Judge Johnson

DOCKETED BY: L. Wms

Attorney - Gene Spencers    clerk 871

# COURT INFORMATION

Tim ...

Name Mathis Raymond    Inmate No. 29402

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|---|---|---|---|---|---|---|
| 4/16/90 | Crim Mis I | CC90-0055 | | | | |
| 3-6-90 | Arson 2nd | DC90-551 | WAGJ - (Indt # 146 4-13-90) | | | |

Remarks and Atty's Name Eugene Spencer - Change to Crim. Mis. III, Plea Guilty, 12 months hard labor, $100.00 Restitution, Court Cost, Attny Fee, Suspended Sentence in addition to Good Behavior 18 months

(See File for court info ...)