# INMATE GRIEVANCE FORM

DATE: _____  INSTITUTION: _____

NAME: _____  INMATE NUMBER: _____

NATURE OF GRIEVANCE OR INFORMATION:
_____
_____
_____
_____
_____
_____
_____
_____

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? _____
_____
_____
_____
_____
_____
_____
_____
_____

DATE HEARING: _____

COMMITTEE FINDING OR RESPONSE: _____
_____
_____
_____
_____

REFERRED TO: _____     POSITION: _____

CHAIRMAN: _____     MEMBER: _____

MEMBER: _____     WARDEN: _____

AGREE _____  DISAGREE: _____     (WITH COMMITTEE FINDINGS)

CHIEF WARDEN RESPONSE: _____
_____
_____
_____
_____
_____

DATE GRIEVANCE FILED: _____     TIME FILED: _____

SHIFT COMMANDER:

**EXHIBIT E**