Houston County Jail
Policy and Procedure Directive

# ACCESS TO LEGAL ASSISTANCE

Date Issued: May 1, 1999                    Policy Number: E-103

**POLICY:**

It is the policy of the Houston County Jail that inmates will be granted reasonable access to legal assistance.

**PROCEDURE:**

A law library will be provided for inmates.

Access to that library will be provided in accordance with procedures established by the Jail Administrator.

Inmates will be permitted to assist other inmates, on a no-fee basis, with legal research or advice.

Reasonable supplies required for legal research or work will be provided by the jail to inmates requesting such. This is limited to items like paper, pens and envelopes and does not extend to larger items such as typewriters and personal computers.

Inmates may do legal research/and or file legal documents with the courts or an attorney without fear of retribution from any member of the jail staff.

When an inmate receives legal assistance from another inmate, it is not necessary to move either inmate so that they reside in the same housing area either on a temporary or permanent basis. Assistance may be provided through written questions, answers and opinions if the inmates do not reside in the same housing area.

ACJS 6-003

**EXHIBIT G**