Houston County Jail
Policy and Procedure Directive

# ACCESS TO THE COURTS

Date Issued: May 1, 1999                              Policy Number: E-102

**POLICY:**

It is the policy of the Houston County Jail that inmate access to the courts shall be governed in a manner which will assist in the provision of the legal rights of the inmate.

**PROCEDURE:**

Access of inmates to any court shall not be blocked, denied, delayed or otherwise obstructed by any member of the jail staff.

Any inmate mail addressed to any court shall be forwarded without inspection or delay.

Any court mail addressed to any inmate shall be delivered without inspection or delay.

Letters to/from any court shall not be opened by jail staff.

Negative sanctions against any inmate for correspondence with any court is prohibited.

NOTE: The term "court" is inclusive of all agents and officers of the court.

ACJS 6-001

**EXHIBIT H**