Houston County Jail
Policy and Procedure Directive

# INMATE CORRESPONDENCE

Date Issued: May 1, 1999                    Policy Number: E-601

## POLICY:

It is the policy of the Houston County Jail to encourage the exchange of correspondence between inmates and families and others for the purpose of maintaining family ties, solving the many problems brought about by incarceration, helping maintain contact with friends and the community and to help facilitate the inmates' need for legal services.

## PROCEDURE:

### POSTAGE AND WRITING MATERIALS

Inmates may write an unlimited amount of letters if they can pay for postage. Postage stamps will be sold through the commissary to inmates at cost, if available.

Inmates who are deemed by the Jail Administrator to be indigent may mail up to two personal letters each week with postage supplied by the jail. Unlimited postage will be given to indigent inmates for privileged mail.

At any time postage is provided for an indigent inmate, a record will be made of the amount provided and placed in the inmate's file.

Writing paper, envelopes and pencils will be made available to inmates through the commissary. Indigent inmates may obtain these items on the same basis as postage. Two stamps, two envelopes, and two sheets of paper will be provided.

### INCOMING MAIL

A member of the jail staff will receive incoming mail addressed to inmates and, except where circumstances prevent, deliver the correspondence to the inmate to whom it is addressed within 24 hours. Mail will be delivered to inmates only by a staff member and only directly to the inmate to whom it is addressed.

All correspondence addressed to an inmate which is received from an attorney, judge, court, or officer of the court may be opened only in the presence of the inmate. This mail may be examined only to determine that the shipping package does not contain contraband.

**EXHIBIT I**

Houston County Jail
Policy and Procedure Directive

# INMATE CORRESPONDENCE

Date Issued: May 1, 1999                                    Policy Number: E-601

General correspondence (non-privileged) may be opened and examined by a member of the jail staff before delivery to the inmate to whom it is addressed. The jail staff will not read the mail unless he/she has reason to believe it contains evidence of a threat to public safety or a threat to the order and security of the jail facility.

Any material received in the mail which advocates violence or disruption of the security of the facility, which encourages criminal sexual behavior, or which advocates racial, religious, or national hatred that could cause danger of violence in the jail will be confiscated. If there is any question regarding the acceptability of materials, the Sheriff or Jail Administrator will make the final decision.

If a jail officer confiscates contraband received in the mail, he/she shall turn it over to the Jail Administrator who in turn will determine if criminal charges will be filed or if the item will be placed in the inmate's property storage until the inmate is released.

At any time any item is confiscated from inmate mail or the mail is withheld or rejected, a written report shall be filed regarding the reasons for the action. The written report will be filed in the inmate's file and a copy given to the inmate.

Books will be accepted for inmates only if they are sent directly from the publisher and the cover is not hard.

Inmates may not receive newspapers.

Mail received for persons no longer in custody will be returned to the sender.

## OUTGOING MAIL

Outgoing privileged correspondence may not be opened or inspected by members of the jail staff.

Non-privileged correspondence must be given to the jail staff unsealed for mailing so that the envelope might be inspected for contraband or other illegal contents.

Any outgoing mail that is rejected will be returned to the inmate.

With regard to illegal material or the confiscation of outgoing mail, the same procedure

Houston County Jail
Policy and Procedure Directive

# INMATE CORRESPONDENCE

Date Issued: May 1, 1999

Policy Number: E-601

should be followed as with incoming mail as listed above.

All correspondence from an inmate must include the inmate's name and return address on the outside of the envelope as follows:

> Name of Inmate and Inmate Number
> Houston County Jail
> 164 North Oates Street
> Dothan, AL 36303

ACJS 6-009, 6-011, 6-013, 6-014, 6-015, 6-016