Houston County Jail
Policy and Procedure Directive

# ATTORNEY VISITATION

Date Issued: May 1, 1999                         Policy Number: E-502

## POLICY:

It is the policy of the Houston County Jail that attorney visitation will be governed in a manner which will help to ensure privacy, safeguard the rights of the inmates, and to help ensure safety and security for the jail.

## DEFINITION:

The use of the word "attorney" refers not only to a licensed attorney but also to any authorized representative (investigator, paralegal, agent, etc.) of that particular attorney.

## PROCEDURE:

An inmate will be permitted to visit privately with his/her attorney of record except during meal times or when security needs dictate otherwise.

Attorney visits during meal times or during any other time which might significantly disrupt jail activities or procedures must be authorized by the Sheriff or Jail Administrator.

Visits between inmates and attorneys will take place in a private area to be designated by the Jail Administrator.

Visits between attorneys and inmates may be supervised visually by the jail staff.

Conversations between attorneys and inmates are PRIVILEGED COMMUNICATIONS and may not be heard by any member of the jail staff unless the attorney requests, in writing, the staff member's presence for security reasons.

If an attorney presents himself/herself at the jail for the purpose of visiting an inmate and that attorney is not known to the jail staff, proper picture identification is required before the attorney will be admitted to the jail.

Any attorney visiting any inmate in the jail is not permitted to bring any packages, materials or letters other than those legal materials pertaining to the inmate's criminal/civil case to the inmate.

Any attorney visiting any inmate in the jail is not permitted to take any packages, materials

**EXHIBIT J**

Houston County Jail
Policy and Procedure Directive

# ATTORNEY VISITATION

Date Issued: May 1, 1999                              Policy Number: E-502

or letters out of the jail on behalf of the inmate, except those legal materials pertaining to the inmate's criminal/civil case.

Recording devices, brief cases, attache cases, cameras, and other containers brought to the jail by an attorney will be inspected for contraband upon entering and leaving the jail. Under no circumstances will the contents of any of the above be listened to, read, or inspected in such a manner so as to afford any jail staff member any particular knowledge of the subject matter contained therein.

No item, except for illegal substances or items (e.g. illegal drugs, weapons, explosives, etc.) in an attorney's possession shall be confiscated by jail staff. If any Class B contraband or any other prohibited item is observed by a jail staff member, the attorney will be advised and will not be allowed to take such an item into or out of the attorney/inmate interview. A full report of such discovery will be made in writing to the Jail Administrator.

Any inquiries by attorneys as to operational and administrative procedures involving inmates should be submitted in writing to the Jail Administrator.

ACJS 6-002