Houston County Jail
Policy and Procedure Directive

# INMATE TELEPHONE PRIVILEGES

Date Issued: May 1, 1999                               Policy Number: E-602

**POLICY:**

It is the policy of the Houston County Jail that inmates have the privilege of making telephone calls to persons in the community with restrictions only as necessary for the order and security of the jail and the community.

**PROCEDURE:**

Telephones are available in each inmate living area.

The hours of operation for inmate telephones will be governed by the Jail Administrator.

The time an individual inmate may spend on the telephone will be governed by the Jail Administrator.

Abuse of telephone privileges may result in temporary suspension of telephone service to an inmate living area.

The Sheriff or Jail Administrator reserves the right to block any outgoing number from inmate telephones if it is determined that the availability of that number is not appropriate (e.g. members of the jail staff, law enforcement, judiciary).

The cost of telephone calls is determined by the telephone provider.

**EXHIBIT K**