Houston County Jail
Policy and Procedure Directive

# HEALTH CARE SERVICES

Date Issued: May 1, 1999     Policy Number: F-101

**POLICY:**

It is the policy of the Houston County Jail that access to appropriate health care services will be provided for the inmates in the jail in order to provide for their physical and mental health.

**PROCEDURE:**

The Jail Administrator will arrange a health care program for the jail designed to provide for the mental and mental health of inmates and staffed by qualified medical and mental health professionals.

At the time of admission to the jail, each inmate will have a medical receiving/screening form filled out by the booking officer. The medical receiving/screening form will become a permanent part of the inmate's medical record and will be available to medical professionals for review at any time.

An inmate desiring any type of health care service will complete a request form and hand it to a jail staff member.

In the event of a medical emergency, or a perceived medical emergency, jail staff on duty will arrange for medical services without undue delay.

Except in the case of an emergency, each inmate requesting medical services will be evaluated by the jail medical staff.

All medical appointments will be logged by the medical staff.

Inmates will be given prescription medication as prescribed. Medication will be distributed according to instructions from the prescribing physician and will be distributed by a jail staff member. <u>At no time will any inmate be permitted to handle or distribute medication to other inmates.</u> The distribution of medication will be logged.

At any time an inmate declines a physical examination or other medical services, the declination shall be logged by jail staff on duty and will become a permanent part of the inmate's medical record.

**EXHIBIT L**

Houston County Jail
Policy and Procedure Directive

# HEALTH CARE SERVICES

Date Issued:  May 1, 1999                               Policy Number: F-101

Inmates requesting or needing mental health services will be referred to the local mental health agency and the referral will be logged.

Inmates requesting dental services will be referred to a local dentist for diagnosis and, if indicated, treatment. The only dental services which will be provided by the jail are emergencies and extractions. Cosmetic services will not be provided.

A jail staff member will be present during all physical and/or psychological evaluations for security reasons. Jail staff members are reminded that all health care evaluations/interviews are confidential in nature and are not to be revealed or discussed. Staff members will not occupy the same room with the inmate during evaluation unless requested.

All medical records will be maintained at the jail and will be kept separate from other confinement records. Access to medical records will be limited to health care providers and the Jail Administrator on a need to know basis.

Staff members of the jail will take no deliberate action designed either to block, deny or delay access of an inmate to health care services.

Inmates will be charged a $20.00 co-pay for each medical service performed, unless indigent.

Health care services will be provided in accordance with the guidelines set forth in the Alabama County Jail Standards 10-001 through 10-021.

ACJS 10-003, 10-016, 10-017, 10-018