Houston County Jail
Policy and Procedure Directive

# CONSENT FOR MEDICAL TREATMENT

Date Issued: May 1, 1999                                Policy Number: F-102

**POLICY:**

It is the policy of the Houston County Jail that no inmate be given medical treatment without his/her authorization unless a life-threatening emergency exists or the inmate is considered mentally incompetent by the court and is in danger of harming himself/herself or others.

**PROCEDURE:**

During the booking process, each inmate will be asked to sign a medical authorization form.

If an inmate refuses to sign a medical authorization form, it will be noted on the form and no medical services, other than emergency life saving procedures, will be offered. Only medical professionals may explain the risks or consequences involved in any medical procedure to any inmate.

Inmates have a right to refuse medical treatment at any time.

If any inmate refuses to accept medication or medical treatment, the refusal will be documented through the inmate's signature on an Incident Report form noting the refusal. If the inmate refuses to sign the refusal, the jail staff member will so note on the form. All such documentation will be made a part of the permanent record of the inmate's medical file.

**EXHIBIT M**