**EXHIBIT N**

DATE RECEIVED: 2-11-85

NAME: Raymond Speedley

CHARGE: Prob. Revok.

CHARGE:

CHARGE:

CHARGE:

CHARGE:

DISPOSITION OF CASE:

REMARKS: Released 3-15-85

DATE RELEASED: 3-15-85

ID# 37460

AMT. BOND Wetumpka

AMT. BOND

AMT. BOND

AMT. BOND

HARD LABOR

FLOOR 15

RETURNABLE

RETURNABLE

RETURNABLE

RETURNABLE

KILBY

COPY

HOLD FOR DOTHAN POLICE DEPARTMF

Date: _____

Name: _____ Sex_____ Race_____
DOB: _____

REASON: _____
_____
_____
_____

Record # _____

Officer Placing Hold: _____



| Date | Jailer In | Soap | Tooth Paste | Toilet Tissue | Tooth Brush | Comb | | |
|------|-----------|------|-------------|---------------|-------------|------|--|--|
| | | | | | | | | |





Shelley's Form# 7911





Shelley's Forms 7911









COURT INFORMATION

INMATE PROPERTY FORM

NAME: _Mathis Raymond_    INMATE# _26463_    PROPERTY# _114_

CLOTHING RECEIVED FROM INMATE

HAT _____    SHIRT _____    JACKET _____    BELT _____    PANTS _____

SHOES _____    OTHER _____

THE ABOVE ITEMS WERE REMOVED FROM MY PERSON. INMATE X _R.M._

DATE _07-26-91_    WARDEN _____

I RECEIVED ALL THE ABOVE ITEMS, UPON RELEASE. THAT WAS TAKEN WHEN I WAS ADMITTED TO JAIL.

INMATE X _____

DATE _1-15-92_    WARDEN _____

I DO/DO NOT GIVE MY PERMISSION FOR ALL MY INCOMING MAIL TO BE INSPECTED. I UNDERSTAND THAT IF I DO NOT GIVE MY PERMISSION FOR MY MAIL TO BE INSPECTED IT WILL BE RETURNED TO SENDER.

INMATE X _R.M._

DATE: _____

TIME: _____

INMATE PHONE CALL TO _____ PHONE # CALLED _____

DOCKET OFFICER _L McCarly_ INMATE SIGNATURE _X Raymond Platt_

---

DATE _____ HOUSTON CO. JAIL RULES AND REGULATIONS.

I HAVE READ AND UNDERSTAND THE RULES AND REGULATIONS OF THE HOUSTON CO. JAIL.

WITNESS _L McCarly_ INMATE SIGNATURE _X Raymond Platt_

---

DATE _4-9-9?_ PRISONER'S RECEIPT FOR ARTICLES & BELONGINGS

I HAVE RECEIVED MY PERSONAL PROPERTY AND BELONGINGS FROM THE HOUSTON COUNTY JAIL.

WITNESS _Linda McBs_ (L) INMATE SIGNATURE _X Raymond Platt_

SHELLEY'S FORM #775

# INMATE PROPERTY FORM

NAME: Mathis Raymond   INMATE # 29462   PROPERTY # 215

## CLOTHING RECEIVED FROM INMATE

HAT _____  SHIRT _____ ✓  JACKET _____ ✓  BELT _____ ✓  PANTS _____ ✓

SHOES _____  OTHER UnderWear Bags ✓

THE ABOVE ITEMS WERE REMOVED FROM MY PERSON. INMATE X _____

DATE 04/09/97   WARDEN _____

I RECEIVED ALL THE ABOVE ITEMS, UPON RELEASE, THAT WAS TAKEN WHEN I WAS ADMITTED TO JAIL.

INMATE X Raymond Mathis _____

DATE 4-9-97   WARDEN _____

I DO / DO NOT GIVE MY PERMISSION FOR ALL MY INCOMING MAIL TO BE INSPECTED. I UNDERSTAND
THAT IF I DO NOT GIVE MY PERMISSION FOR MY MAIL TO BE INSPECTED IT WILL BE RETURNED TO
SENDER.

INMATE X _____

## PROPERTY ISSUED TO INMATE

MATTRESS _____    MATTRESS COVER _____    BLANKET _____

SHIRT _____    PANTS _____    COVERALLS _____    TOWEL _____

WASHCLOTH _____    TOOTHBRUSH _____    TOOTH PASTE _____

COMB _____    SOAP _____    TOILET PAPER _____

DRINKING GLASS _____    OTHER _____

I HAVE BEEN ISSUED THE ABOVE LISTED ITEMS AND UNDERSTAND I AM FULLY RESPONSIBLE FOR ITS RETURN.

DATE _____    INMATE _____

WARDEN _____

HOUSTON COUNTY JAIL

INMATE PERSONAL POSSESSIONS

NAME: *Mathis* _____          ADMISSION DATE: 7-26-91

FILE NUMBER: _29402_                        DISCHARGE DATE: _____

I.

| Number | Item | Description | Number | Item | Description |
|--------|------|-------------|--------|------|-------------|
| | Rings | | | Keys | |
| | Earrings | | | Purses | |
| | Necklaces | | | Wallet | |
| | Broach | | | Contents: | |
| | Bracelets | | | | |
| | Watch | | | | |
| | Eye Glassess | | | Misc: | |
| | Other Jewelry: | | | | |
| | | | | | |
| | | | | | |

II. Clothing Articles

| Number | Item | Number | Item | Number | Item |
|--------|------|--------|------|--------|------|
| / | Pants | | Dresses | / | Shoes |
| | Shirts | | Blouses | | Towels |
| / | T-Shirts | | Girdles | | Wash Cloths |
| | Briefs | | Slips | | Coats |
| | Thermal Underwear | | Bras | | Ties |
| | Socks | | Panties | | Gloves |
| | Jump Suits | | Hose | | Jackets |
| / | Shorts | | Robes | | Sweaters |
| | Jump Suits | | Hose | | Misc: |
| | Shorts | | Robes | | |
| | Pajamas | | Gowns | | |
| | Shorts | | Scarfs | | |
| | Skirts | | Handkerchiefs | | |
| | Hats | | Belts | | |

III. Miscellanous Items: Books, Papers, etc.

| Number | Item | Number | Item | Number | Item |
|--------|------|--------|------|--------|------|
| | Shampoo | | Powder | | Lighters |
| | Creme Rinse | | Combs | | Matches |
| | Deodorant | | Brushes | | Radios |
| | Toothpaste | | Bibles | | Misc: |
| | Toothbrush | | Books | | |
| | Lotion | | Writing Tablets | | |
| | Perfume | | Cigarettes | | |

1. G. Jordan
Staff Inventorying Possessions

2. _____
Deputy or Agent Admitting Inmate

3. _____
Transfer Agent Picking Up Inmate

4. ✓ B. M.    Right Hand hurt
Inmate Signature on Admission    Signed w/ Left

5. _____
Inmate Signature on Discharge

# Houston County Jail

## PERSONAL

(MALE)   FEMALE

WHITE   (BLACK)

29402

**INMATES NO.**

4-9-99

**DATE RELEASED**

NAME Mathis Raymond   D.O.B. 08-29-62

CHARGE FTA Speeding - FTA Driving While Sus. DATE 04/09/9

## EFFECTS TAKEN FROM PRISONER

| ARTICLES | | | | MONEY | DOLLARS | CENTS |
|---|---|---|---|---|---|---|
| WALLET | | CR. CARDS | | CURRENCY | 39 | 00 |
| WATCH | | DR. LIC. | | COINS | | 0 |
| KNIFE | | | | CHECKS | | |
| LIGHTER | | | | | | |
| RINGS | | | | TOTAL | 39 | 00 |

ABOVE EFFECTS RECEIVED FROM PRISONER _Loretha McCraney_

BY DOCKETING OFFICER   SIGNATURE:

I AGREE TO THE ABOVE LISTING

SIGNATURE OF PRISONER: X _Raynard Mathis_

ARRESTING OFFICERS

DESCRIPTION
OR
REMARKS

DISPOSITION

EFFECTS RELEASED TO X _Raynard Mathis_

SIGNATURE _W. Mc._   DATE 4-9-99

# Houston County Jail

## PERSONAL

(MALE)    FEMALE

WHITE    (BLACK)

INMATES NO. _2 9402_

DATE RELEASED _1-15-92_

NAME _RAYMOND MATHIS_                    D.O.B. _____

CHARGE _____                    DATE _01-13-92_

## EFFECTS TAKEN FROM PRISONER

| ARTICLES | | | | MONEY | DOLLARS | CENTS |
|---|---|---|---|---|---|---|
| WALLET | | CR. CARDS | | CURRENCY | | |
| WATCH | | DR. LIC. | | COINS | | |
| KNIFE | | | | CHECKS | $ 10 | 00 |
| LIGHTER | | | | | | |
| RINGS | | | | TOTAL | 10 | 00 |

ABOVE EFFECTS RECEIVED FROM PRISONER
BY DOCKETING OFFICER    SIGNATURE: _Sgt. Bill Evans_

I AGREE TO THE ABOVE LISTING
SIGNATURE OF PRISONER: _X_

ARRESTING OFFICERS _____

DESCRIPTION _____
OR
REMARKS _____

_____

_____

_____

DISPOSITION _____
EFFECTS RELEASED TO _X Raymond Mathis_
SIGNATURE _By Sgt. Bill Evans_                    DATE _01-15-92_

Tri-State/4144

# Houston County Jail

## PERSONAL

INMATES NO. _J94__

( MALE )    FEMALE

WHITE    ( BLACK )

DATE RELEASED _____

NAME _Mathis Raymond_    D.O.B. _8-29-62_

CHARGE _Alias Speeding Alias DWS, Alias_    DATE _12-7-97_
_DWR, Alias Fail to Dim_

## EFFECTS TAKEN FROM PRISONER

|  | ARTICLES |  |  | MONEY | DOLLARS | CENTS |
|---|---|---|---|---|---|---|
| WALLET |  | CR. CARDS |  | CURRENCY |  | 5¢ |
| WATCH |  | DR. LIC. | 1 | COINS |  |  |
| KNIFE |  | pen | 1 | CHECKS |  |  |
| LIGHTER |  |  |  | TOTAL |  | 5¢ |
| RINGS |  |  |  |  |  |  |

ABOVE EFFECTS RECEIVED FROM PRISONER
BY DOCKETING OFFICER    SIGNATURE: _madams_

I AGREE TO THE ABOVE LISTING
SIGNATURE OF PRISONER: _____

ARRESTING OFFICERS _____

DESCRIPTION
OR
REMARKS _____

DISPOSITION _____
EFFECTS RELEASED TO _Raymond Mathis_
SIGNATURE _J.Hall_    DATE _2-26-98_

NAME Mathis Raymond                               ID 29402        ID NUMBER Houston 51
ALIAS NONE                                         DATE RECEIVED 3-5-91
NEXT OF KIN Esther Mathis                          DATE RELEASED 03-05-91
ADDRESS UKN -              PHONE 7926272           HOW RELEASED TO DPD
AGE 28  D.O.B 08-29-62  S.S.# 363767452           HT ____  WT ____  WT ____
SEX M  RACE B          RISK ____  FLOOR ____       CELL ____  BUNK ____
NCIC ____ BY R Cook  HOUSTON CO. Det. At DPD  BY FG on Computer DPD ____ BY Serving time At DPD

RELEASE
NCIC ____ BY ____  HOUSTON CO. ____  BY ____  DPD ____  BY ____

HOLDS:
1. CHARGE From Dothan PD    WA# ____ BOND ____    RTN DATE ____    CASE# ____
DISTRICT 1ST APP D Count  CIRCUIT INDT# ____    PROB HEAR ____    CONVICTION ____
COURT  PRELIM ____  COURT ARRAIGN ____    REV HEAR ____    SENTENCE ____
       AAGJ ____    TRIAL ____    OTHER HEAR ____

2. CHARGE ____  WA# ____ BOND ____    RTN DATE ____    CASE# ____
DISTRICT 1ST APP ____  CIRCUIT INDT# ____    PROB HEAR ____    CONVICTION ____
COURT  PRELIM ____  COURT ARRAIGN ____    REV HEAR ____    SENTENCE ____
       AAGJ ____    TRIAL ____    OTHER HEAR ____

3. CHARGE ____  WA# ____ BOND ____    RTN DATE ____    CASE# ____
DISTRICT 1ST APP ____  CIRCUIT INDT# ____    PROB HEAR ____    CONVICTION ____
COURT  PRELIM ____  COURT ARRAIGN ____    REV HEAR ____    SENTENCE ____
       AAGJ ____    TRIAL ____    OTHER HEAR ____

4. CHARGE ____  WA# ____ BOND ____    RTN DATE ____    CASE# ____
DISTRICT 1ST APP ____  CIRCUIT INDT# ____    PROB HEAR ____    CONVICTION ____
COURT  PRELIM ____  COURT ARRAIGN ____    REV HEAR ____    SENTENCE ____
       AAGJ ____    TRIAL ____    OTHER HEAR ____

5. CHARGE ____  WA# ____ BOND ____    RTN DATE ____    CASE# ____
DISTRICT 1ST APP ____  CIRCUIT INDT# ____    PROB HEAR ____    CONVICTION ____
COURT  PRELIM ____  COURT ARRAIGN ____    REV HEAR ____    SENTENCE ____
       AAGJ ____    TRIAL ____    OTHER HEAR ____
                                      DOCKETED BY Jacklyn F Gilley

---

DATE RECEIVED: 2-11-85          DATE RELEASED: 3-15-85

NAME Raymond Mathis          ID# 29402    FLOOR 45

CHARGE Prob. Revoked  AMT. BOND #6,000.00  Appeal Bond, RETURNABLE ____

CHARGE ____ not ____  AMT. BOND $750.00  RETURNABLE A.B.J.

CHARGE ____  AMT. BOND ____  RETURNABLE ____

CHARGE ____  AMT. BOND ____  RETURNABLE ____

CHARGE ____  AMT. BOND ____  RETURNABLE ____

DISPOSITION OF CASE ____  HARD LABOR ____  KILBY 2 yrs.

REMARKS: ____

Released To State

NAME Mathis Raymond

HOLD FOR DOTHAN POLICE DEPARTMENT

Date: _1-11-90_

Name: _Raymond Mathis_ Sex _m_ Race _B_

DOB: _____

REASON: _4-WARRANTS_

_$2,000.00 Total Bond_

Record # _____

Officer Placing Hold: _Lt. R. Da____

---

HOLD FOR DOTHAN POLICE DEPARTMENT

Date: _3-26-90_

Name: _Raymond Mathis_ Sex _M_ Race _B_

DOB: _08-29-62_

REASON: _1 AW_

Record # _912_

Officer Placing Hold: _Sgt Alton Mixon_

Date: _5-05-10_

Name: _Raymond Mathis_ Sex _M_ Race _B_

DOB: _08-29-62_

REASON: _4 AW's  Reckless Endangement, Assault IV, Running Stop Sign, Assault II_

Record # _909911_ _and 912_

Officer Placing Hold: _Sgt Alton Mixon_

# COURT INFORMATION

Name _Mathis Raymond_ _____ Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 10/1/91 | Kidnapping I | DC91-2147 | | Request for Bond Reduction waived or withdrawn by Defendant w/ atty present | | |
| | | | | | | |
| | | | | | | |
| | | | | | POSTED 10-1-91 RB | |
| | | | | | | |

Remarks and Atty's Name _Arne Foss_

_Bond Reduction Hrg._

_Judge McFaden_

Tri-State 5832

---

# COURT INFORMATION

Name _Mathis Raymond_ _____ Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 11-13-91 | Kidnapping I | PC91110 | 1-13-92 | Arrg Plea N/G | | |
| | Assault II | CC91111 | 1-13-92 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name _Arne Foss_   11-13-91 RB

_Arraignment_

_Judge Crespi_

# COURT INFORMATION

Name: Mathis Raymond                                    Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 9-16-91 | Kidnapping | CC90320 | Cont till | | 9-23-91 | 900 Am |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name: Eugene Spencer

Prob. Rev. Hearing                          posted at 9-16-91

Judge Holloway

Tri-State 5832

---

# COURT INFORMATION

D.P.

Name: Mathis Raymond                                    Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 9-23-91 | Arson II | CC90-320 | Probation Revoked | Time Serve | | |
| | | | get credit on this charge | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name: Gene Spencer          posted 9-23-91

Probation Rev. - Probation Revoked - To get Time Served credit for
on this charge.

Judge Holloway

| State of Alabama<br>Unified Judicial System<br><br>Form C-42  Rev. 2/79 | ORDER OF RELEASE<br>FROM JAIL | Case Number<br><br>DC   90   87<br>ID    YR    Number |
|---|---|---|

IN THE _____ District _____ COURT OF _____ Houston _____ COUNTY

STATE OF ALABAMA              VS.   RAYMOND MATHIS

TO THE JAILER OF _____ Houston County _____

You are ordered to release from your custody the above name defendant, charged with the offense of _____

_____ Reckless Endangerment

Reason for Release: proposed payment plan granted and payment to begin 30 days from release.

| 4/17/90 | _M. Foss_ | By: |
|---|---|---|
| Date        COURT RECORD (White)    JAILER (Canary) | Judge/Clerk | |

---

## COURT INFORMATION

Name _Mathis Raymond_          Inmate No. _29402_

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|---|---|---|---|---|---|---|
| 09/16/91 | Kidnapping I | DC91-2147 | W-d | 13/0 | BJ | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name _Arie Foss_

_Prel Hrg._

_Judge McFatter_

Tri-State 5832

NAME Raymond Mathis 29402 ~ Winston   DATE RECEIVED
ALIAS
NEXT OF KIN Ether Mathis   DATE RELEASED 4-17-90
ADDRESS Kinsey, Al (UKN) PHONE 792-6278   HOW RELEASED On Bond World (Wide Bonding) TO CPD
AGE 27 D.O.B 8-29-62 S.S.# 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 HT. 6'0 WT. 175 WT.
SEX M RACE B   RISK   FLOOR 5S   CELL (Hold City) BUNK
NCIC   BY   HOUSTON CO. Same   BY L.B.   DPD   BY (Hold City)
RELEASE NCIC   BY   HOUSTON CO.   BY   DPD   BY
HOLDS: CPD

| | CHARGE | WAR# | BOND | RTN DATE | CASE# |
|---|---|---|---|---|---|
| 1. | Reckless Endangerment | 963 | $1,000.00 | 02-01-90 PROB HEAR 8:30 | DC-90-87063 |
| 2. | Attempt To Elude Police | 964 | $300.00 | 02-01-90 PROB HEAR 8:30 | |
| 3. | Criminal Mischief (1st) | | $1,000.00 INDT# 18C | 04-16-90 9AM | CC90-0055  CONVICTION 12 months Sentence suspended Per Judge Creig. |
| 4. | Arson 2nd | 22#6 | 750.00 | 5-9-90 | DC90-551 |
| 5. | Reckless Endangerment | | None | 04-19-90 | DC90-87.00 |

Attorney- Gene Spencers      clerk 871

DOCKETED BY: L Wms

# COURT INFORMATION

Name Mathis Raymond      Inmate No. 29402

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|---|---|---|---|---|---|---|
| 4/16/90 | Crim Mis I | CC90-0055 | | | | |
| 3-6-90 | Arson 2nd | DC90-551 | WAGG -(Indt # 146  4-13-90) | | | |

Remarks and Atty's Name EUGENE SPENCER - CHANGE TO CRIM. MIS. III, PLEA GUILTY, 12 MONTHS HARD LABOR, $100.00 RESTITUTION, COURT COST, ATTNY FEE, SUSPENDED SENTENCE IN ADDITION TO GOOD BEHAVIOR 18 MONTHS

(SEE FILE FOR COURT INFO CHIPS)

| NAME | | I/M # | 29402 | AGENCY | Houston | DATE REC. | 05-08-98 | DATE REL. | HOW REL. |
|---|---|---|---|---|---|---|---|---|---|
| Mathis Raymond NMN | | | | | | | | | |
| ALIAS | | AGE 35 | DOB 08-29-62 | | SOC # 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 | | SEX/RACE M/B | | HEIGHT 6' |
| RISK | FLOOR | CELL | | DOCKET OFF. Buchanan | | ARREST OFF. R.S. Lee | | PROB OFF. | WEIGHT 240 |
| (ENT) NCIC/BY Neg J-24 | HOUSTON CO/BY Neg J-24 | D.P.D./BY Neg #11 | | (REL) NCIC/BY | | HOUSTON CO/BY | | D.P.D./BY | ATTORNEY |
| HOLD #1 | DATE/BY | HOLD #2 | | DATE/BY | | HOLD #3 | | DATE/BY | |
| NEXT OF KIN Fawn Mathis | ADDRESS 504 Keyton Alley Dothan Al | | | | | PHONE # | | | |
| CHARGE #1 Criminal Non-Support | | WARRANT # 981807 | | BOND 300.00 | | DC CASE # | | CC CASE # 794-0056 | |
| | | | | | | | | | |
| Court Date 06-02-98 8:30 AM | | | | | | | | | |

| CHARGE #2 | | WARRANT # | | BOND | | DC CASE # | | CC CASE # |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Houston Printing Company • Dothan, AL (334) 792-6651   Form DC (1-98)

| Date | Jailer In. | Soap |
|---|---|---|
| | | |
| | | |

Inmates Name _Morris Raymond Bin_   Inmate # _2040_3_

Property #

-Class-

| CHARGE #3 | WARRANT # | BOND | DC CASE # | CC CASE # |
|---|---|---|---|---|

| CHARGE #4 | WARRANT # | BOND | DC CASE # | CC CASE # |
|---|---|---|---|---|

| CHARGE #5 | WARRANT # | BOND | DC CASE # | CC CASE # |
|---|---|---|---|---|

| CHARGE #6 | WARRANT # | BOND | CC CASE # | CC CASE # |
|---|---|---|---|---|

DID I/M RECEIVE A PHONE CALL?  ( ) Y  ( ) N      X

DID I/M RECEIVE JAIL RULES?  ( ) Y  ( ) N      X

| | Date | Shirt | Pants | Towel | Wash Cloth | Mat Cover | Mattress | Blanket | Tumour |
|---|---|---|---|---|---|---|---|---|---|
| Returnable Items Issued | Cell | Jailer In | Soap | Tooth Paste | Toilet Tissue | Tooth Brush | | | Comb |
| Non-Returnable | | | | | | | | | |

| NAME *Mathis Raymond* | | I/M # 29402 | AGENCY Houston | DATE REC. 9-1-98 | DATE REL. 9-1-98 | HOW REL. Meadphein Bnd |
|---|---|---|---|---|---|---|
| ALIAS | AGE 36 | DOB 8-29-62 | SOC # 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 | | SEX/RACE B/m | HEIGHT 6'0" |
| RISK | FLOOR | CELL | DOCKET OFF. Reeves | ARREST OFF. Bail Bonds | PROB. OFF. | WEIGHT 230 |

| (ENT) NCIC / BY Neg # 7 | HOUSTON CO / BY Neg # J14 | D.P.D. / BY Neg # 7 | (REL) NCIC / BY Neg # 7 | HOUSTON CO / BY Neg J14 | D.P.D. / BY Neg # 7 | ATTORNEY |
|---|---|---|---|---|---|---|
| HOLD # ✓ | DATE / BY | HOLD # | DATE / BY | HOLD # | DATE / BY | |

| NEXT OF KIN Edith Mathis | ADDRESS 609 Linden St Dothan | | PHONE # 792-0411 | |
|---|---|---|---|---|

| CHARGE #1 Writ Arrest / Non-support | WARRANT # | BOND 4,000 | DC CASE # | CC CASE # CS 98 0109 |
|---|---|---|---|---|

9-29-98   8:30 A.M.

| CHARGE #2 NWVI | WARRANT # 982253 | BOND 300.00 | DC CASE # | CC CASE # |
|---|---|---|---|---|

10-1-98   8:30 AM

29402

FORM UTC-1
REV 1/81

## ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT

COURT CASE NO.
TR94-4025

TICKET NUMBER
L-381-9919

ALABAMA, COUNTY OF _Henshaw_

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that on or about

Month / Day / Year: 08/21/94   Time: 33:25   ☐ AM ☐ PM ☐ MT   Approx

☐ COMPLAINT AND AFFIDAVIT

First Name: RAYMOND   Middle/Maiden:   Last: MATHIS

Address / Street: MDBM 512

City: GREENWOOD   State: AL   Zip Code: 33493

State: AL   Driver's License Number: 5121807 2   Class:

Sex: B   Race: B   Birthday: 08-01-62   Social Security Number: 363677452   Vehicle: ☐ Commercial ☐ Private

Height: 6'0"   Weight: 185   Eyes: BR   Hair: BLK   Vehicle Tag Number: KIM-04M   State:

Vehicle Description (Year/Make/Model): 87 LINC   Owner of Vehicle: ☐ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address):

Did unlawfully operate a motor vehicle ☐ within the city limits or police jurisdiction of _____ ☐ County upon the following public street, road or highway, or other place at or near

Describe location: US231

in violation of ☐ State Code 32-6-19 (OR)   Mile Post Number ●   Street or Road Code 5053

☐ Municipal Ordinance No _____ duly adopted and in force at the time the offense was committed.

Complainant's Signature: M J Smith
Officer No: 902   Agency O.R.I.: VAS1738800

## COURT APPEARANCE INFORMATION

Court Appearance Date:   Time:   Court Address:

☐ Released on own Recognizance   ☐ Driver's License Posted in Lieu of Bond

I PROMISE TO APPEAR IN COURT AT SAID TIME AND PLACE OR OTHERWISE COMPLY WITH THE PROVISIONS OF THIS COMPLAINT AND INSTRUCTIONS ON THE REVERSE OF THIS TICKET.

Defendant's Signature: Raymond Mathis   Phone:

## DESCRIPTION OF OFFENSE
CIRCLE APPROPRIATE SQUARE

| 1 | Speeding ____ MPH ____ Zone | 6 | Failing to Yield Right of Way |
| 2 | Reckless Driving | | DRIVING WHILE LICENSE OR PRIVILEGE IS: |
| 3 | Driving Without First Obtaining A Driver's License | 7 | Revoked |
| | | 8 | Suspended |
| | | 9 | Cancelled |
| | DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE: | 10 | Red Light |
| | | 11 | Driving on Wrong Side of Road |
| 4 | There Was 10% or More By Weight of Alcohol in His/Her Blood | | IMPROPER: (A) Muffler (B) Lights, (C) Tires (D) Mirror (E) Brakes. |
| 4 | Under the Influence of Alcohol | 14 | Passing   28 Tag   29 Turn |
| 5 | Under the Influence of Controlled Substances | 42 | Overweight Vehicle |
| 71 | Under the Combined Influence of Alcohol and a Controlled Substance | | OTHER VIOLATIONS/SPECIFY |
| 72 | Under the Influence of any substance which Impairs the Mental or Physical Faculties | | (AND OFFICER'S REMARKS) |

ACCIDENT INFORMATION: ☐ 1 ☐ 2 ☐ 3

MATHIS, RAYMOND   TICKET # L 3819919   CASE # TR94-4025

**ALABAMA UNIFORM TRAFFIC TICKET**

AND COMPLAINT

TICKET NUMBER: L-3819918

COURT APPEARANCE INFORMATION

DESCRIPTION OF OFFENSE

CIRCLE APPROPRIATE SQUARE

- Speeding ___ MPH ___ Zone
- Reckless Driving
- Driving Without First Obtaining a Driver's License

DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
- Under the influence of Alcohol
- Under the influence of Controlled Substances
- Under the influence of any substance which impairs

DRIVING WHILE LICENSE OR PRIVILEGE IS:
- Revoked
- Suspended
- Cancelled

RUNNING:
- Red Light
- Stop Sign

IMPROPER:
- Passing
- Turn









| NAME Mathis Raymond | | I/M# 29402 | AGENCY HCSO | DATE REC. 12-7-97 | DATE REL. 12-226-98 | HOW REL. EOS per Record |
|---|---|---|---|---|---|---|
| ALIAS None | | AGE 35 | D.O.B. 8-29-62 | S.O.C.# 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 | SEX/RACE B/M | |
| RISK | FLOOR 35 2W | CELL 1B | DOCKET OFF. madkis | ARRESTING OFF. John Vaughn | PROBATION OFF. | ATTORNEY |
| (ENT.) NCIC / BY Neg #8 | HOUSTON CO / BY Nug J32 | D.P.D. / BY Neg #1.8 | (REL.) NCIC / BY | HOUSTON CO/BY | D.P.D. / BY | PHONE CALL Y ( )N |
| HOLD #1 | DATE / BY | HOLD #2 | DATE / BY | HOLD #3 | DATE / BY | JAIL RULES Y ( )N |
| NEXT OF KIN Edith Mathis | ADDRESS P.O. Box 12   Greenwood FL | | | PHONE # 904-594-5201 | | |
| CHARGE# Alias DWS | WARRANT # TR94-4025 | BOND $100 | D.C. CASE # convicted | C.C. CASE # 180 days / 19 days F/C | C.S. CASE # | Court date 1-20-98 8:30A |

#2 Alias Speeding   TR94-4024   $100.00   convicted   11 days F/C   Court date 1-20-98 8:30A
#3 Alias Fail to Din   97-3089   250   Cottonwood Case   Court date 1-9-98 2:00 12 Dec 97
#4 Alias DWR   97-3090   150   Cottonwood Case   Court date 1-9-98 2:00 12 Dec 97
Phone Calls   Edith Mathis   904-594-5201   X Raymond Martin
Received Rules   X Raymond Martin

On Cottonwood Cases 97-3090   30 days + Costs Rules
@ 276.00 Cost. Serve Costs at 15 Per Day
On 97-3089   30 days + Cost 106.00 Total.
TR 94 4024 - probation revoked. Serve out all time and F/c at 15.00 per day
TR 94 4025 - probation revoked. Serve out all time and F/c at 15.00 per day

SHELLEY'S FORM #7772

| NAME | | WRN | PRCBKDY | DATE REC. | DATE REL. | HOW REL. |
|---|---|---|---|---|---|---|
| ALIAS | | AGE | W.O.B. | IS.S.O.# | RELEASE | |
| D.O.B. | FLOOR | CELL | BOOKED OFF. | ARRESTING OFF. | PROBATION OFF. | ATTORNEY |
| SENT. NOIG / BY | HOUSTON CO / BY | BAIL / DT | REL. NOIG / B | HOUSTON COUNTY / DT | REL. / DT | PHONE CALL ( ) Y ( ) N |
| HOLD PT | DATE / BY | HOLD #. | DATE / BY | HOLD #. | DATE / BY | JAIL RULES ( ) Y ( ) N |
| NEXT OF KIN | ADDRESS | | | PHONE # | | |
| CHARGE | WARRANT # | BOND | C.C. CASE # | C.C. CASE # | CUST. CASE # | |

_(handwritten line)_ 2/28/16 5 Rec'd All my _____ _____ Release _____ _____

Inmates Phone Call Card        2 9 4 0 2

Date
12 / 10 / 84

Inmate _____ RAYMOND MATHIS _____

Party Called _____ JOE _____ BUTLER _____

Phone Number _____ 794 _____

Extension Used _____

Time Begun _____
Time Ended _____
Total Time _____

DATE RECEIVED _____    DATE RELEASED _____

NAME _Raymond Motley_    NO. _29462_    FLOOR _3S_

CHARGE _____    AMT. BOND _____    RETURNABLE _$865_

CHARGE _____    AMT. BOND _2,000_    RETURNABLE _Jan 24, 1985_
                                                        _9:00 AM_

CHARGE _____    AMT. BOND _____    RETURNABLE _____

CHARGE _____    AMT. BOND _____    RETURNABLE _____

CHARGE _____    AMT. BOND _____    RETURNABLE _____

DISPOSITION OF CASE _____    HARD LABOR _____    KILBY _____

REMARKS _____

_____

_____

NAME _____

## Prisoner's Receipt For Articles

RECEIVED FROM HOUSTON COUNTY SHERIFF'S DEPARTMENT THIS _12_ _15_ 19_84_
ALL OF MY ARTICLES TURNED IN.

Signature _____

Delivered By _____    Inmates No. _29802_

Tri-State/1937

## Prisoner's Receipt For Articles

RECEIVED FROM HOUSTON COUNTY SHERIFF'S DEPARTMENT THIS _____ 3 - 15 _____ 19 85

ALL OF MY ARTICLES TURNED IN.

Signature _____

Delivered By _____     Inmates No. 29402

## Prisoner's Receipt For Articles

RECEIVED FROM HOUSTON COUNTY SHERIFF'S DEPARTMENT THIS _____ 3 - 15 _____ 19 85

ALL OF MY ARTICLES TURNED IN.

Signature _____

Delivered By _____     Inmates No. 29402

## Prisoner's Receipt For Articles

RECEIVED FROM HOUSTON COUNTY SHERIFF'S DEPARTMENT THIS _____ 3 - 15 _____ 19 85

ALL OF MY ARTICLES TURNED IN.

$30.00

Signature _____

Delivered By _____     Inmates No. 29402



| | STATE USAGE | | | | |
|---|---|---|---|---|---|
| | NFF SECOND | | | | |
| | SUBMISSION | APPROXIMATE CLASS ☐ | AMPUTATION ☐ | SCAR ☐ | |

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

Mathis Raymond NMN

SIGNATURE OF PERSON FINGERPRINTED

X *Raymond Mathis*

SOCIAL SECURITY NO.

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

LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH   MM   DD   YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 08 29 62 | M | B | 6' | 240 | Bro | Blk |

| | | | | |
|---|---|---|---|---|
| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## WASHINGTON, D.C.  20537

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | DATE OF ARREST | ORI | | |
|---|---|---|---|---|
| SUBMISSION        YES ☐ | MM  DD  YY | CONTRIBUTOR | AL0380000 | |
| | | ADDRESS | SO DOTHAN, AL | |
| TREAT AS ADULT   YES ☐ | 12-7-97 | REPLY   YES ☒ DESIRED? | | |
| SEND COPY TO: (ENTER ORI) | DATE OF OFFENSE  MM  DD  YY | PLACE OF BIRTH (STATE OR COUNTRY) Saginaw  MI | | COUNTRY OF CITIZENSHIP USA |
| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS None | | | |
| | RESIDENCE/COMPLETE ADDRESS P. O. Box  12 | | CITY Greenwood | STATE FL |
| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER) Madonia | LOCAL IDENTIFICATION/REFERENCE 29402 | | PHOTO AVAILABLE?   YES ☒ PALM PRINTS TAKEN?   YES ☐ | |

| EMPLOYER:   IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO. | OCCUPATION |
|---|---|
| Jackson Hospital | XRay Tech |
| CHARGE/CITATION 1. | DISPOSITION TECHNICAL ARREST |
| Alias DWS 2. | 2. |
| Alias Speeding 3. | 3. |



FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

OFFICE OF THE
DISTRICT ATTORNEY
20th JUDICIAL CIRCUIT, ALABAMA
P.O. BOX
DOTHAN, AL 36302
ORI# AL0360015A

ORI: AL0360000
DOTHAN, AL

DATE OF ARREST: 10-01-98

PLACE OF BIRTH: Bagram, WI          COUNTRY OF CITIZENSHIP: USA

LOCAL IDENTIFICATION/REFERENCE: 665 Linden St.

29402

OCCUPATION: Cook

1. Wendy — Marianna, Fl.

2. NWIT

3. NWIT

9 (Rev. 12-1-94)





| NAME Mathis Raymond | | I/M# 29402 | AGENCY HCSO | DATE REC. 12-7-97 | DATE REL. 12- | HOW REL. |
|---|---|---|---|---|---|---|
| ALIAS None | | AGE 35 | D.O.B. 8-29-62 | S.O.C.# 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 | SEX/RACE B/M | |
| RISK | FLOOR 35 | CELL 1B | DOCKET OFF. madau | ARRESTING OFF. John Vaughn | PROBATION OFF. | ATTORNEY |
| (ENT.) NCIC / BY Neg #8 | HOUSTON CO / BY Nog J32 | D.P.D. / BY Neg #8 | (REL.) NCIC / BY | HOUSTON CO./BY | D.P.D. / BY | PHONE CALL (Y) ( )N |
| HOLD #1 | DATE / BY | HOLD #2 | DATE / BY | HOLD #3 | DATE / BY | JAIL RULES (Y) ( )N |

| NEXT OF KIN Edith Mathis | ADDRESS P.O. Box 12   Greenwood FL | | | PHONE # 904-594-5201 | | |
|---|---|---|---|---|---|---|
| CHARGE #1 Alias DWS | WARRANT # TR94-4025 | BOND 1200 00 | D.C. CASE # | C.C. CASE # | C.S. CASE # | Court date 1-20-98  8:30A |

2 Alias Speeding   TR94-4024   1200 00                                      Court date 1-20-98 8:30a

3 Alias Fail to Dim   97-3089   750   Cottonwood Case Court date 12 Dec 97 1-9-98 2:00

4 Alias DWR   97-3090   750   Cottonwood Case Court date 12 Dec 97 1-9-98 2:00

Phone Calls   Edith Mathis   904-594-5201   x Raymond Martin

Received   Rules   x Raymond Martin

ON COTTONWOOD CASES 97-3090   30 DAYS + OR FORA
@ 276 00 COST. SERVE COSTS AT 15 PER DAY
ON 97-3089   30 DAYS + COST 106 00 TOTAL.

SHELLEY'S FORM #7772

LCN :29402 SSN :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
FBI NO:599646AA5 J-NO :00917876
ORI :AL0380000 AIS NO:
CONTB :HOUSTON COUNTY SHERIFF OFF DATE:[illegible]

MATHIS RAYMOND SID: 00917876
SEX: M RACE: B * 10 I 29W IMI 13
* I 26U 00I
DOB: 08/29/62 ************************
NCIC:PICIPMPI13DI1017CI11
HGT:600 WGT:1[illegible] HAIR:BLK EYE:BRO SKN:DRK
DATE OF ARREST: 01/15/92 MULTI-STATE-OFFENDER
CHG 01 1095 KIDNAP-1ST DEG
CHG 02 1299 ASSLT-3RD DEG

MATHIS RAYMOND SID: 00917876
SEX: M RACE: B * 10 I 29W IMI 13
* I 26U 00I
DOB: 08/29/62 ************************
NCIC:PICIPMPI13DI1017CI11
HGT:600 WGT:177 HAIR:BLK EYE:BRO SKN:DRK
DATE OF ARREST: 03/25/91 MULTI-STATE-OFFENDER
CHG 01 4899 OBSTRUCT POLICE-ATTEMPT TO ELUDE

LCN :29402 SSN :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
FBI NO:599646AA5 J-NO :00917876
ORI :AL0380000 AIS NO:
CONTB :HOUSTON COUNTY SHERIFF OFF DATE:06/06/91

CONTB :HOUSTON CO SHERIFFS DEPT DATE:06/15/90
ORI :AL0380000 AIS NO:
FBI NO:599646AA5 J-NO :00917876
LCN :29402 SSN :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

CHG 01 2099 ARSON-2ND DEG
DATE OF ARREST: 04/15/90 MULTI-STATE-OFFENDER
HGT:600 WGT:175 HAIR:BLK EYE:BRO SKN:DRK
NCIC:PICIPMPI13DI1017CI11
DOB: 08/29/62 ************************
SEX: M RACE: B * 10 I 29W IMI 13
* I 26U 00I
MATHIS RAYMOND SID: 00917876

Inmates Name Mathis, Raymond Inmate# 29402

Class ______

Returnable Items Issued

| Date | Shirt | Pants | Towel | Wash Cloth | Mat. Cover | Mattress | Blanket | Tumbler |
|---|---|---|---|---|---|---|---|---|
| 07-26-91 | / | / | / | ✓ | | / | / | |

Non-Returnable Items Issued

| Date | Date In | Soap | Tooth Paste | Toilet Tissue | Tooth Brush | Comb |
|---|---|---|---|---|---|---|
| 07-26-91 | JV | / | / | / | | / |
| 8-17-91 | TLS | — | / | / | | |
| 8-31-91 | TLS | | . | / | | |

MATHIS          RAYMOND          SID: 00917876
        SEX: M   RACE: B      ✷ 10 I 29W IMI 13
                              ✷    I 26U DOI
        DOB: 08/29/62         ✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷
                              NCIC:PICIPMPI13DI1017CI11
HGT:600   WGT:175   HAIR:BLK   EYE:BRO   SKN:DRK
DATE OF ARREST: 04/13/90      MULTI-STATE-OFFENDE
CHG 01 2099 ARSON-2ND DEG

        LCN  :29402             SSN   :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
        FBI NO:599646AA5        J-NO  :00917876
        ORI  :AL0380000         AIS NO:
        CONTB :HOUSTON CO SHERIFFS DEPT   DATE:06/19/90

MATHIS          RAYMOND          SID: 00917876
        SEX: M   RACE: B      ✷ 10 I 29W IMI 13
                              ✷    I 26U DOI
        DOB: 08/29/62         ✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷
                              NCIC:PICIPMPI13DI1017CI11
HGT:600   WGT:175   HAIR:BLK   EYE:BRO   SKN:DRK
DATE OF ARREST: 01/15/92      MULTI-STATE-OFFENDE
CHG 01 1099 KIDNAP-1ST DEG
CHG 02 1399 ASSLT-3RD DEG

        LCN  :29402             SSN   :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
        FBI NO:599646AA5        J-NO  :00917876
        ORI  :AL0380000         AIS NO:
        CONTB :HOUSTON COUNTY SHERIFF DEPT   DATE:01/21/9

CONTB :HOUSTON COUNTY SHERIFF DEPT DATE:06/06/91
                              AIS NO:
        FBI NO:599646AA5   J-NO  :00917876        ORI  :AL0380000
        LCN  :29402             SSN   :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

CHG 01 4899 OBSTRUCT POLICE-ATTEMPT TO ELUDE
DATE OF ARREST: 03/25/91      MULTI-STATE-OFFENDER
HGT:600   WGT:177   HAIR:BLK   EYE:BRO   SKN:DRK
                              NCIC:PICIPMPI13DI1017CIII
                              ✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷✷   DOB: 08/29/62
                              ✷    I 26U DOI
                              ✷ 10 I 29W IMI 13
        SID: 00917876         SEX: M   RACE: B
MATHIS          RAYMOND

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

ORI SO AL0380000
DOTHAN, AL

PLACE OF BIRTH (STATE OR COUNTRY)

COUNTRY OF CITIZENSHIP
United States

CITY
Greenwood FL

STATE

PHOTO AVAILABLE?   PALM PRINTS TAKEN?
YES ☑              YES ☐

LEAVE BLANK

STATE USAGE

NFF SECOND

SUBMISSION

APPROXIMATE CLASS

AMPUTATION

SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

Mathis Raymond

LEAVE BLANK

SOCIAL SECURITY NO.

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

SIGNATURE OF PERSON FINGERPRINTED

X Raymond Mathis

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

STATE USAGE

| SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|-----|------|--------|--------|------|------|
| M | B | 6 0 | 215 | BRN | BLK |

| DATE OF BIRTH | MM | DD | YY |
|---|---|---|---|
| | 08 | 29 | 62 |

STATE IDENTIFICATION NO.

FBI NO.

1. R. THUMB
2. R. INDEX
3. R. MIDDLE
4. R. RING
5. R. LITTLE

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

ORI

CONTRIBUTOR
ADDRESS          SO ALO380000
                 DOTHAN, AL

DATE OF ARREST            04 07 91

DATE OF OFFENSE

PLACE OF BIRTH (STATE OR COUNTRY)          MT

COUNTRY OF CITIZENSHIP          United States

CITY          Greenwood          STATE          FL

PHOTO AVAILABLE?     YES ☑
FALSE PRINTS TAKEN?  YES ☐

OCCUPATION          Cook

RESIDENCE (COMPLETE ADDRESS)          P.O. Box 193 Greenwood FL 32443

SCARS, MARKS, TATTOOS AND AMPUTATIONS

IDENTIFICATION REFERENCE          29463

REPLY DESIRED?

failure to appear to court for speeding

STATE USAGE

NFF SECOND

SUBMISSION

APPROXIMATE CLASS    AMPUTATION    SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

LEAVE BLANK

Mathis Raymore

SOCIAL SECURITY NO.

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

STATE USAGE

SIGNATURE OF PERSON FINGERPRINTED

Raymond Mathis

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH | | | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|---|
| | | MM | DD | YY | M | B | 60 | 215 | BRN | BLK |
| | | 06 | 29 | 62 | | | | | | |

1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

INSTRUCTIONS

OFFICE OF THE



STATE USAGE

LAST NAME _NAM_    FIRST NAME    MIDDLE NAME

MATHIS    RAYMOND

ALIASES

N/A

SIGNATURE OF PERSON FINGERPRINTED

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS

DATE

CHARGE INVESTIGATION OR ATTEMPTING TO
ELUDE POLICE
#2 RECKLESS ENDANGERMENT

FINAL DISPOSITION

CONTRIBUTOR
O R —

DATE ARRESTED OR RECEIVED DOA    1-11-90

YOUR NO. OCA    024100

FBI NO. FBI

SID NO. SID

SOCIAL SECURITY NO. SOC    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

CAUTION

SEX    RACE    HGT    WGT    EYES    HAIR
M    B    6'0"    175    BRO    BLK

DATE OF BIRTH DOB    PLACE OF BIRTH POB
8-29-62    DOTHAN ALA

LEAVE BLANK

CLASS

REF

NCIC CLASS - FPC

1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE