# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## WASHINGTON, D.C. 20537

**Instructions**



# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## WASHINGTON, D.C. 20537

### INSTRUCTIONS



FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

## INSTRUCTIONS

1. Unless authorize previously by resolution in your state fingerprints are required to be submitted to FBI, Identification Division, forward immediately.

2. ...

3. ...

4. ...

5. ...

6. ...

7. ...

8. ...

9. ...

10. ...

11. ...

REPLY DESIRED?    YES    NO

SEND COPY TO NAME OR NUMBER AND ADDRESS

TELEPHONE NO. AND AREA CODE



# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## WASHINGTON, D.C. 20537

### INSTRUCTIONS



NAME _____   DATE RECEIVED _____ 1-15-9?

ALIAS _____   DATE RELEASED _____

NEXT OF KIN _____   HOW RELEASED _____

ADDRESS _____ PHONE _____   WT _____

AGE ___   D.O.B. ___   S.S.N. ___   HT _____

SEX ___   RACE ___   HOUSTON CO.   BY _____

NCIC ___   BY ___

RELEASE
HOLD _____

1. CHARGE _____   INDT# _____   RTN DATE _____

DISTRICT 1ST APP _____   COURT _____   ARRAIGN _____   PRIOR HEAR _____

PRELIM _____   CIRCUIT COURT _____   INDT# _____   REV HEAR _____ 1-13

AAGJ _____   TRIAL _____   OTHER HEAR _____

2. CHARGE _____   BOND _____   RTN DATE _____

DISTRICT 1ST APP _____   WAR _____   INDT# _____   PRIOR HEAR _____

COURT _____   ARRAIGN _____   REV HEAR _____

PRELIM _____   CIRCUIT COURT _____   TRIAL _____   OTHER HEAR _____

AAGJ _____

3. CHARGE _____ Assault III   BOND _____   RTN DATE _____ 1-13

DISTRICT 1ST APP _____   WAR _____   INDT# _____   PRIOR HEAR _____

COURT _____   ARRAIGN _____   REV HEAR _____

PRELIM _____   CIRCUIT COURT _____   TRIAL _____   OTHER HEAR _____

AAGJ _____

4. CHARGE _____   BOND _____   RTN DATE _____

DISTRICT 1ST APP _____   WAR _____   INDT# _____   PRIOR HEAR _____

COURT _____   APPRAIGN _____   REV HEAR _____

PRELIM _____   TRIAL _____   OTHER HEAR _____

AAGJ _____

5. CHARGE _____   BOND _____   RTN DATE _____

DISTRICT 1ST APP _____   WAR _____   INDT# _____   PRIOR HEAR _____

COURT _____   APPRAIGN _____   REV HEAR _____

PRELIM _____   TRIAL _____   OTHER HEAR _____

AAGJ _____

CASE# _____

CONVICTION _____

SENTENCE _____

DOCKETED BY _____

DATE: _____    TIME: _____

INMATE PHONE CALL TO _____    PHONE # CALLED _____

DOCKET OFFICER _____    INMATE SIGNATURE X R. M.

DATE 2-26-91 _____ HOUSTON CO. JAIL RULES AND REGULATIONS.

I HAVE READ AND UNDERSTAND THE RULES AND REGULATIONS OF THE HOUSTON CO. JAIL.

WITNESS _____    INMATE SIGNATURE X R. M.

DATE _____

PRISONER'S RECEIPT FOR ARTICLES & BELONGINGS

I HAVE RECEIVED MY PERSONAL PROPERTY AND BELONGINGS FROM THE HOUSTON COUNTY JAIL.

WITNESS _____    INMATE SIGNATURE _____

INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

| | ORI |
|---|---|
| MO  DAY  YR | CONTRIBUTOR |
| 6 - 98 | AL0380000<br>SO<br>DOTHAN, AL |
| DOB<br>MO  DAY  YR | PLACE OF BIRTH (STATE OR COUNTRY) | COUNTRY OF CITIZENSHIP |
| | Saginaw Michigan | US |

SCARS, MARKS, TATTOOS, AND AMPUTATIONS

N/A

| COMPLETE ADDRESS | CITY | STATE |
|---|---|---|
| 9 Linden St | Dothan | Al |

IDENTIFICATION/REFERENCE

29402

| | OCCUPATION |
|---|---|
| | DISPOSITION |
| | |
| | ADDITIONAL |
| | STATE BUREAU STAMP |

☆ U.S. GPO 1992 432-177/60018

LEAVE BLANK    CRIMINAL    (STAPLE HERE)

STATE USAGE

NFF SECOND

SUBMISSION    APPROXIMATE CLASS    AMPUTATI

STATE USAGE

LAST NAME, FIRST NAME, M

Mathis    Raym

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO

LEAVE BLANK

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

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH    MM    DD    YY | SEX |
|---|---|---|---|
| | | 08/29/62 | M |



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR F

INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

## INSTRUCTIONS

1. UNLESS OTHERWISE PROVIDED BY REGULATION, IF YOUR STATE, FINGERPRINTS ARE TO BE SUBMITTED DIRECTLY TO TH IDENTIFICATION DIVISION, FORWARD IMMEDIATELY FOR MOST EFFECTIVE SERVICE.

2. FINGERPRINTS SHOULD BE SUBMITTED BY ARRESTING AGENCY. WHERE MULTIPLE PRINTS ON SAME CHARGE SHOULD BE SUBMITTED BY OTHER AGENCIES SUCH AS JAIL, RECEIVING AGENCIES ETC. REQUESE COPIES OF IDENTIFICATION RECORDS FOR ALL OTHER INTERESTED AGENCIES IN LIST BELOW. GIVE COMPLETE MAILING ADDRESS INCLUDING ZIP CODE.

3. TYPE OF PRINT ALL INFORMATION.

4. NOTE AMPUTATIONS IN PROPER FINGER BLOCKS.

5. USE FINAL DISPOSITION IN EVENT ON FRONT SIDE IF NOT NOW AVAILABLE SUBMIT LATER ON FR FORM R88 FOR COMPLETION OF RECORD. IF FINAL DISPOSITION NOT AVAILABLE SHOW PRE-TRIAL OR ARRESTING AGENCY DISPOSITION e.g. RELEASE NO FORMAL CHARGE BAIL TURNED OVER TO IN THE ARREST DISPOSITION BLOCK PROVIDED ON THE SIDE.

6. MAKE CERTAIN ALL IMPRESSIONS ARE LEGIBLE FULLY ROLLED AND CLASSIFIABLE.

7. CAUTION CHECK BOX ON FRONT IF CAUTION STATEMENT INDICATED. BASE FOR CAUTION (ICC) MUST GIVE REASON FOR CAUTION e.g. ARMED AND DANGEROUS SUICIDAL, ETC.

8. MISCELLANEOUS NUMBER (MNU) SHOULD INCLUDE SUCH NUMBERS AS MILITARY SERVICE PASSPORT AND/OR VETERANS ADMINISTRATION IDENTIFY TYPE OF NUMBER.

9. PROVIDE STATUTE CITATION IDENTIFYING SPECIFIC STATUTE (example PC for PENAL LAW AND CRIMINAL CODE CITATION INCLUDING ANY SUB-SECTIONS.

10. ALL INFORMATION REQUESTED IS ESSENTIAL.

11. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL STATE OF LOCAL AGENCIES INFORM INDIVIDUAL WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY BASE OF AUTHORITY FOR SUCH SOLICITATION AND USES WHICH WILL BE MADE OF IT.

REPLY DESIRED?   YES   NO

REPLY WILL BE SENT IN ALL CASES IF SUBJECT FOUND TO BE WANTED.

IF COLLECT WIRE OR COLLECT TELEPHONE REPLY DESIRED
INDICATE HERE (WIRE SENT ON ALL UNKNOWN DECEASED)

WIRE REPLY   TELEPHONE REPLY   TELEPHONE NO AND AREA CODE

SEND COPY TO (NAME OR UNIT AND ADDRESS)

LEAVE BLANK

☆U.S.G.P.O. 1988- 202-025-80000

LEAVE BLANK

TYPE OR PRINT ALL INFORMATION IN B...

LAST NAME ... FIRST NAME

*Mathis Raymond*

STATE USAGE

ALIASES

CONTRIBUTOR OR ...

AL.038...

SO

DOTHAN, A...

SIGNATURE OF PERSON FINGERPRINTED

X *Raymond Mathis*

THIS DATA MAY BE COMPUTERIZED IN LOCAL STATE AND NATIONAL FILES

DATE ARRESTED OR RECEIVED DOA

*1-15-92*

SEX: *M*  RACE: *B*  HGT: *6'0'*

DATE   SIGNATURE OF OFFICIAL TAKING FINGERPRINTS

*-15-92* *R. Gilley*

YOUR NO. OCA

*29402*

CHARGE

*Kidnapping 1st Inst # 59*
*assault 1st Inst # 77*

FBI NO. FBI

CLASS

SID NO. SID

REF

FINAL DISPOSITION

SOCIAL SECURITY NO SOC

*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*

CAUTION

| | | | | | |
|---|---|---|---|---|---|



| R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING |
|---|---|---|---|

| L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING |
|---|---|---|---|

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

L. THUMB    R. THUMB

| Field | Value |
|---|---|
| NAME | Mathis Raymond |
| AGE | 34 |
| I/M # | 29402 |
| AGENCY | Houston |
| DATE REC | 12-26-98 |
| DATE REL | 12.31.98 |
| HCW REL | Hempro TD PD |
| HEIGHT | 600 |
| WEIGHT | 210 |
| ALIAS | |
| FLOOR | |
| DOB | 08/29/62 |
| SOC # | 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 |
| SEX/RACE | M/B |
| ATTORNEY | H BLK E B/O |
| RISK | |
| HOUSTON CO / BY | 35 |
| CELL | 3B |
| DOCKET OFF | J.Britt |
| ARREST OFF | J.Lee |
| PROB OFF | |
| (ENT) NCIC / BY | Neg 341 #14 |
| DATE / BY Sgt | |
| D.P.D / BY | 125 #14 |
| (REL) NCIC / BY | Neg #7 |
| HOUSTON CO / BY | Neg 353 |
| D.P.D. BY | PO3 #7 |
| DATE / BY | |
| HOLD #1 DPD | 12-26-98 McLaird |
| HOLD #2 | |
| HOLD #3 | |
| NEXT OF KIN (sister) | Edith Mathis |
| ADDRESS | P.O. Box 222, Greenwood FL |
| PHONE # | (850) 594-5703 |
| CHARGE #1 | Alias NWONI |
| WARRANT # | |
| BOND | 300.00 |
| DC CASE # | DC 98-2241 |
| CC CASE # | |

02-04-99   8:30 AM

Bond Returned 12/30/98

| CHARGE #2 | Alias NWONI |
| WARRANT # | |
| BOND | 300.00 |
| DC CASE # | DC 98-2242 |
| CC CASE # | |

02-04-99   8:30 AM

Bond Returned 12/30/98

CHARGE #6    WARRANT #    BOND    DC CASE #    CC CASE #

CHARGE #5    WARRANT #    BOND    DC CASE #    CC CASE #

CHARGE #4    WARRANT #    BOND    DC CASE #    CC CASE #

CHARGE #3    WARRANT #    BOND    DC CASE #    CC CASE #

Bro/Blk

| NAME | | | I/M # | AGENCY | | DATE REC | DATE REL | HOW REL. |
|---|---|---|---|---|---|---|---|---|
| Mathis, Raymond | | | 39402 | Hos.D | | 10-01-98 | 11/1/98 | R/release |
| ALIAS | | AGE | DOB | | SOC # | | SEX RACE | HEIGHT |
| | | 36 | 8-29-62 | | 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 | | B/M | 6' |
| | | | | | | | | WEIGHT |
| RISK | FLOOR | | CELL | DOCKET OFF. | ARREST OFF | | PROB OFF | 210 |
| | | | | A Dulaney | K Reed | | | ATTORNEY |
| (ENT) NCIC / BY | HOUSTON CO / BY | | D.P.D. / BY | (REL) NCIC / BY | HOUSTON CO / BY | | D.P.D. / BY | |
| NEG | NEG #8 | | NEG #8 | K Reed | K Reed | | | |
| HOLD #1 | DATE / BY | | HOLD #2 | DATE / BY | HOLD #3 | | DATE / BY | |
| | | | NEG #8 | | | | | |
| NEXT OF KIN | ADDRESS | | | | | PHONE # | | |
| Edith Mathis | 609 Lindiw St, Mathis, al | | | | | 792-0411 | | |
| CHARGE #1 | WARRANT # | | BOND | DC CASE # | | CC CASE # | | |
| NWWT | 98-2378 | | 300.00 | | | | | |

Ret - 11-05-98 @ 830Am

| CHARGE #2 | WARRANT # | BOND | DC CASE # | CC CASE # |
|---|---|---|---|---|
| NWWT | 98-2379 | 300.00 | | |

Ret. 11-05-98 @ 830Am

CHARGE #6    WARRANT #    BOND    DC CASE #    CC CASE #

CHARGE #5    WARRANT #    BOND    DC CASE #    CC CASE #

CHARGE #4    WARRANT #    BOND    DC CASE #    CC CASE #

CHARGE #3    WARRANT #    BOND    DC CASE #    CC CASE #

NAME _____     ID # _____     HOUSED FOR _____

ALIAS _____     DATE RECEIVED _____

NEXT OF KIN _____     DATE RELEASED _____

ADDRESS _____ PHONE _____     HOW RELEASED _____

AGE ____ DOB _____ S.S.# _____     HT _____ WI _____ WT _____

SEX ____ RACE ____     RISK _____     FLOOR _____ CELL _____ BUNK _____

NCIC ____ BY _____ HOUSTON CO. _____ BY _____ DPD _____ BY _____

RELEASE _____

NCIC _____ BY _____ HOUSTON CO. _____     DPD _____ BY _____

HOLDS _____

| | | | | | |
|---|---|---|---|---|---|
| 1. CHARGE _____ | WA# ____ | BOND ____ | RTN DATE ____ | CASE# _____ |
| DISTRICT 1ST APP ____ | CIRCUIT COURT ____ | INDT# ____ | PROB HEAR ____ | CONVICTION ____ |
| PRELIM ____ | ARRAIGN ____ | | REV HEAR ____ | SENTENCE ____ |
| AAGJ ____ | TRIAL ____ | | OTHER HEAR ____ | |
| 2. CHARGE _____ | WA# ____ | BOND ____ | RTN DATE ____ | CASE# _____ |
| DISTRICT 1ST APP ____ | CIRCUIT COURT ____ | INDT# ____ | PROB HEAR ____ | CONVICTION ____ |
| PRELIM ____ | ARRAIGN ____ | | REV HEAR ____ | SENTENCE ____ |
| AAGJ ____ | TRIAL ____ | | OTHER HEAR ____ | |
| 3. CHARGE _____ | WA# ____ | BOND ____ | RTN DATE ____ | CASE# _____ |
| DISTRICT 1ST APP ____ | CIRCUIT COURT ____ | INDT# ____ | PROB HEAR ____ | CONVICTION ____ |
| PRELIM ____ | ARRAIGN ____ | | REV HEAR ____ | SENTENCE ____ |
| AAGJ ____ | TRIAL ____ | | OTHER HEAR ____ | |
| 4. CHARGE _____ | WA# ____ | BOND ____ | RTN DATE ____ | CASE# _____ |
| DISTRICT 1ST APP ____ | CIRCUIT COURT ____ | INDT# ____ | PROB HEAR ____ | CONVICTION ____ |
| PRELIM ____ | ARRAIGN ____ | | REV HEAR ____ | SENTENCE ____ |
| AAGJ ____ | TRIAL ____ | | OTHER HEAR ____ | |
| 5. CHARGE _____ | WA# ____ | BOND ____ | RTN DATE ____ | CASE# _____ |
| DISTRICT 1ST APP ____ | CIRCUIT COURT ____ | INDT# ____ | PROB HEAR ____ | CONVICTION ____ |
| PRELIM ____ | ARRAIGN ____ | | REV HEAR ____ | SENTENCE ____ |
| AAGJ ____ | TRIAL ____ | | OTHER HEAR ____ | |

DOCKETED BY: _____

## COURT INFORMATION

Name: _Mathew Maupred_

Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|---|---|---|---|---|---|---|
| 4/16/92 | Assault I | CC 90-1111 | Withdrawn 6 mo. | To be given credit for | | |
| | | | | All time served in jail | | |
| | | | | Per Judge Jackson | | |

Remarks and Atty's Name: _Chere Free_

_Dan Jubs_

_Judge Jackson_

Tri-State 5532

**COUNTY SHERIFF'S CRIMINAL RECORDS UNIT**

164 N.
DOTHAN,

677-4816
671-8750

## RELEASE

DATE _17Feb98_                                    _Tony Watson_

SUBJECT TO BE RELEASED _Mathis, Raymond_

INMATE NUMBER _29402_

DATE TO BE RELEASED _26 Feb 98_

RELEASE TIME _800 am_

CHARGE(S)\CASE NUMBER(S)

| | |
|---|---|
| Speeding | TR 94 4004 |
| DWS | TR 94 4025 |
| FTD | CT 97 3089 |
| DWR | CT 97 3090 |
| EOS | |

SIGNAL 3\N.C.I.C.CHECKS
HOUSTON COUNTY _Neg_          BY _Jacky + Sula_
DOTHAN CITY _Neg_            BY _# 3 HCSD_
N.C.I.C. _Neg_               BY _# 3 HCSD_

RELEASING DOCKET OFFICER _J. Davis_

FORM L-60                          STATE OF ALABAMA                        28402
                                DEPARTMENT OF CORRECTIONS              DATE: 12/13/91
911213-189                      RECEIPT OF RELEASED CONVICT                    CJF216

-----------------------------------------------------------------------

INSTITUTION: HOUSTON                         DATE RELEASED: JAN 15, 1992
             -----------------

NAME: MATHIS, RAYMOND                        SERIAL NUMBER: 00140252A

COUNTY COMMITTED FROM: HOUSTON               DATE COMMITTED: SEP 23, 1991

HOW RELEASED: END OF SENTENCE ON SHORT TIME

REMARKS: -------------------------------------------------------------

***********************************************************************
-----------------------------------------------------------------------
***********************************************************************

RECEIVED FROM WARDEN:  E L Naviolson      DOLLARS: 10 m
                       --------------------------

IN FULL PAYMENT OF AMOUNTS AS SET OUT BELOW:

DISCHARGE MONEY:  00 YR.  07 MO.  $  10.00
                  -----   -----     --------

BUS FARE TO:                       $
            -----------------------  --------

1 DAY TRAVEL - - - - - - - - - - $
                                   --------

1 OUTFIT CLOTHING- - - - - - - - $
                                   --------

       TOTAL - - - - - - - - - - $  10.05


       SIGNED      Raymond Mathis
                  --------------------------------

       WITNESS     Rhonda Baker
                  --------------------------------

       WITNESS     Jones Greaylon
                  --------------------------------
DETAINER/WARRANT
RECEIPT SIGNATURE
                  --------------------------------

              *****************************************
              * NOTE: ALL SIGNATURES MUST BE MADE IN INK. *
              *****************************************
                          4422
                  END OF PAGE 001 OF 001 PAGES

WASHINGTON, D.C.

AL0380000
SO
DOTHAN, AL

4-00                  K

Saginaw, MI          US

)9 Lindon St                    Dothan    Al

29402

d

Atias

ISSUING WORTHLESS
NOTIABLE INSTRUMENT

Atas

WORTHLESS
INSTRUMENT

LEAVE BLANK

CRIMINAL

(STAPLE HERE)

STATE USAGE

NFF SECOND

STATE USAGE

SUBMISSION    APPROXIMATE CLASS    AMPUTAT

LAST NAME, FIRST NAME,

Mathis    Ra

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO    LEAVE BLANK

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

ALIAS, MAIDEN

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO | STATE IDENTIFICATION NO | DATE OF BIRTH    MM    DD    YY | SEX |
|--------|------------------------|-------------------------------|-----|
|        |                        | 03 29 62 | M |

1. R. THUMB

2. R. INDEX

3. R. MIDDLE

4. R. RING

L. THUMB

7. L. INDEX

8. L. MIDDLE

9. L. RING

FT FOUR FINGERS TAKEN SIMULTANEOUSLY

L. THUMB    R. THUMB    RIGHT FOUR FINGER

| NAME | | AGE | I. M # | AGENCY | DATE REC. | DATE REL | HOW REL |
|---|---|---|---|---|---|---|---|
| ALIAS | | | | | | | |
| A.K.A. | FLOOR | CELL | DOB | SOC # | | SEX / RACE | HEIGHT |
| (BOOKING BY) | | D.P.D / BY | DOCKET OFF | ARREST OFF | | PROB OFF | WEIGHT |
| HOLD #1 | DATE / BY | HOLD #2 | DATE / BY | HOLD #3 | DATE / BY | ATTORNEY |
| (NEXT OF KIN) | ADDRESS | | (REL'ING BY) | HOUSTON CO. BY / D.P.D / BY | PHONE # | |
| | | | HOUSTON CO BY | | | |

| CHARGE #1 | WARRANT # | BOND | DC CASE # | CC CASE # |
|---|---|---|---|---|
| CHARGE #2 | WARRANT # | BOND | DC CASE # | CC CASE # |

CHARGE #3

WARRANT #    BOND    DC CASE #    CC CASE #

CHARGE #4

WARRANT #    BOND    DC CASE #    CC CASE #

CHARGE #5

WARRANT #    BOND    DC CASE #    CC CASE #

CHARGE #6

WARRANT #    BOND    DC CASE #    CC CASE #





## COURT INFORMATION

Name _Mathis, Raymond_

Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 8/29/91 | Kidnapping | DC91-2119 | 9/4/91 | | | No Bond |
| 9/16/91 | " | " | 11/1/91 | Press | Mention | No Bond |
| 9/16/91 | " | CC90-332 | 9-23-91 | excuse | Prob. Rev. | No Bond |
| 9/23/91 | Arson 2 | CC90-320 | Prob. Rev. Cont. Nov. 1 | | | No Bond |
| 10-1-91 | Kidnap | DC91-2147 | Bond and w/release | Press | | No Bond |
| 11-13-91 | Kidnap | CC91-1110 | 1-13-92 | Arr. Pled. | AD | No Bond |
| | Asst III | CC91-1111 | " | " | | No Bond |

Remarks and Atty's Name _Fredric Spencer Cppt_

_Fredric Spencer 9255_

_92 the frees_

_Fredric Spencer Lawrence_

Tri-State 5832

NAME _____  IDX _____  HOUSE/FOR _____

ALIAS _____  DATE RECEIVED _____

NEXT OF KIN _____  DATE RELEASED _____

ADDRESS _____  HOW RELEASED _____

AGE ____  D.O.B. _____  S.S.N. _____  RISK ____  HT. ____  WT. ____  CELL ____  BUNK ____

SEX ____  RACE ____  HOUSTON CO. _____  BY _____  FLOOR _____  DED ____  BY ____

NCIC ____  BY _____  HOUSTON CO. _____  BY _____  DED ____  BY ____

RELEASE _____  BY _____

HOLDS:

| | | WAR | BOND | RTN DATE | CASE# | |
|---|---|---|---|---|---|---|
| 1. CHARGE | | | BOND | RTN DATE | CASE# | |
| | DISTRICT 1ST APP | CIRCUIT COURT | INIT# | PROB HEAR | CONVICTION | |
| | COURT | | ARRAIGN | REV HEAR | SENTENCE | |
| | PRELIM | | TRIAL | OTHER HEAR | | |
| | AAGJ | | | | | |
| 2. CHARGE | | WAR | BOND | RTN DATE | CASE# | |
| | DISTRICT 1ST APP | CIRCUIT COURT | INIT# | PROB HEAR | CONVICTION | |
| | COURT | | ARRAIGN | REV HEAR | SENTENCE | |
| | PRELIM | | TRIAL | OTHER HEAR | | |
| | AAGJ | | | | | |
| 3. CHARGE | | WAR | BOND | RTN DATE | CASE# | |
| | DISTRICT 1ST APP | CIRCUIT COURT | INIT# | PROB HEAR | CONVICTION | |
| | COURT | | ARRAIGN | REV HEAR | SENTENCE | |
| | PRELIM | | TRIAL | OTHER HEAR | | |
| | AAGJ | | | | | |
| 4. CHARGE | | WAR | BOND | RTN DATE | CASE# | |
| | DISTRICT 1ST APP | CIRCUIT COURT | INIT# | PROB HEAR | CONVICTION | |
| | COURT | | ARRAIGN | REV HEAR | SENTENCE | |
| | PRELIM | | TRIAL | OTHER HEAR | | |
| | AAGJ | | | | | |
| 5. CHARGE | | WAR | BOND | RTN DATE | CASE# | |
| | DISTRICT 1ST APP | CIRCUIT COURT | INIT# | PROB HEAR | CONVICTION | |
| | COURT | | ARRAIGN | REV HEAR | SENTENCE | |
| | PRELIM | | TRIAL | OTHER HEAR | | |
| | AAGJ | | | | | |

DOCKETED BY _____

ALABAMA DEPARTMENT OF CORRECTIONS          INST:   23
INMATE SUMMARY AS OF 02/18/85              CODE: IF5U

**********************************************************************

AIS: DETAILED    INMATE: MATHIEU, RAYMOND                RACE: B   SEX: M

INSTITUTION: J05 - HOUSTON                          JAIL OF: BEYDON III

DOB: 05/28/62     SSN: 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     PREVIOUS AIS: P0004713

ADM DT: 02/13/85    DEAD TIME: 00Y 00M 00D

ADM TYPE: NEW COMIT FROM CRT W/REV OF PROB    STAT: NEW COMIT FROM CRT W/REV OF PRO

CURRENT CUSTODY: CTW-5                    CURRENT CUSTODY DATE: 02/13/85

SERVING UNDER ACT#86 LAW IN CLASS IV      CURRENT CLASS DATE:   02/13/85
INMATE IS EARNING : STRAIGHT TIME

COUNTY       SENT DT  CASE NO    CRIME                        JL-CR    TERM
HOUSTON      02/13/85 N83000149 YOUTHFUL OFFENDER ACT         00Y 00M 00D
             ATTORNEY FEES : $000000    HABITUAL OFFENDER : Y
             COURT COSTS   : $000010B   FINES : $0000000   RESTITUTION : $000023

 TOTAL TERM      MIN REL DT    GOOD TIME BAL     LONG DATE
 00Y 00M 00D     01/11/1985    00Y 00M 00D       01/25/1987

INMATE LITERAL:
**********************************************************************

TAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

**********************************************************************

CAPEE-PAROLE SUMMARY
    INMATE CURRENTLY HAS NO ESCAPE OR PAROLE RECORDS

**********************************************************************

SCIPLINARY SUMMARY
    INMATE CURRENTLY HAS NO DISCIPLINARY RECORDS

1-4c (Rev 11-22-77)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### IDENTIFICATION DIVISION
### WASHINGTON, D.C. 20537

PAGE        1

01/09/85

Use of the following FBI record, NUMBER    599 646 AA5        is REGULATED BY LAW. It is furnished FOR
OFFICIAL USE ONLY and should ONLY BE USED FOR PURPOSE REQUESTED. When further explanation of arrest charge
or disposition is needed, communicate directly with the agency that contributed the fingerprints.

| Contributor Identifier (ORI) Name Case Number (OCA) | Subject Name State Number (SID) | Arrested or Received | C – Charge D – Disposition |
|---|---|---|---|
| NATIONAL CRIME INFORMATION CENTER FGPT. | | CLASS: | PM CI PM PM 10 DI II 14 CI IO |
| AL0380100 POLICE DEPARTMENT DOTHAN, AL 83-01-5134 | MATHIS, RAYMOND AL917876 | 02/04/83 | C-ASSAULT II 1315 |
| AL0380000 SHERIFF'S OFFICE DOTHAN, AL 29402 | MATHIS, RAYMOND AL917876 | 12/05/84 | C-THEFT OF PROPERTY II |
| CONTRIBUTOR COPY AL0380000 SHERIFF'S OFFICE DOTHAN, AL | | | |

FORM X347 (1-

BOOKING SHEET

## HOUSTON COUNTY SHERIFF'S DEPARTMENT
## HOUSTON COUNTY JAIL

| Book Num | 9900254 | Book Seq | 1 |
|---|---|---|---|

| | Person ID | Last Name | First | | Middle |
|---|---|---|---|---|---|
| No: | 29402 | MATHIS | RAYMOND | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sex | M | Race | B | Suffix | | |
| Dob | 08/29/1962 | Address | 609 LINDEN ST | | | |
| Age | 36 | City | DOTHAN | State | AL | Zip |
| Height | 6'00 | Phone | (334) 792-0411 | Driv Lic | | St |
| Weight | 210 | Birth Plac | SAGINAW | Ssn | 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 | |
| Hair Color | BLK | Sid | | Birth Stat | MI | Citizen Y |
| Eye Color | BRO | Alt Id | | Fbi | | |
| Build | MED | | | Prison | DOTHAN | |
| Complexn | MED | | | | | |

Ncic                                    Marital Status    Single

| Next of kin Last | MATHIS | First | EDITH | Middle |
|---|---|---|---|---|
| Address | P.O. BOX 222 | | | |
| City | GREENWOOD | State | FL | Zip 32443 |
| Phone | (850) 594-5703 | | | |

| Hand | R | Hearing | N | Vision | N | Education | 11 |
|---|---|---|---|---|---|---|---|
| Eng read | Y | Eng write | Y | Eng speak | Y | Religion | BAPTIST |
| Gang Alert | | Moniker | | | | | |

| | | | |
|---|---|---|---|
| NCIC: | NEG #14 | HOUSTON CO: | NEG J41 |
| DPD: | POS #14 | NCIC OUT: | |
| HOUSTON CO | | DPD OUT: | |
| HOLD 1: | DPD | HOLD 2: | |
| HOLD 3: | | | |

Scar Tatoo

Remarks

---

| Book Date | 01/26/1999 | Time 21:19 |
|---|---|---|
| Book Type | FULL | |
| Book Off | J BRITT | |

| Arrest Date | 01/26/1999 | Time | 09:00 |
|---|---|---|---|
| Agency | DPD | Officer | BEESON |
| Location | 210 N ST ANDREWS | | |
| Ori No | 0380100 | | |

| Search By: | P COOK | | | | |
|---|---|---|---|---|---|
| Clothing | N | Metal | N | Strip | N |
| Pat down | Y | Cavty | N | | |

| | | | |
|---|---|---|---|
| Serv Off | BEESON | | |
| Cell | 3N | Bed | |
| Cust Stat | AA/T | Class | MIN |
| Held For | HC | Reason Hld | AR |
| Out Date | / / | Out Time | |
| Bondsman | | | |
| Attorney | | | |

| Photo | Y | Prints | Y |
|---|---|---|---|
| Ncic Check | Y | Call | Y |

Comment    I DO/DO NOT GIVE MY PERMISSION FOR ALL MY INCOMING MAIL TO
BE INSPECTED.  I UNDERSTAND THAT IF I DO NOT GIVE MY
PERMISSION FOR MY MAIL TO BE INSPECTED IT WILL BE RETURNED
TO SENDER.

X _____    01-26-1999
C/O _____    01-26-1999

BOOKING SHEET

# HOUSTON COUNTY SHERIFF'S DEPARTMENT
## HOUSTON COUNTY JAIL

Book Num    9900254    Book Seq    1

| Employer | UNEMPLOYED | | Empl Phone | ( )  - |
|---|---|---|---|---|
| Emp Addr | | | Emp Fax | ( )  - |

Emp City
E-Mail
Occupation                    Position
Employment last 12 months:  Full time:    0    Part time:    0    At booking: Not Employed at Booking

Cash            0.00                    Location    PB

| Belts | N | Jacket | N | Pen Pencil | N | Tie | N |
|---|---|---|---|---|---|---|---|
| Cap | N | Jewelry | N | Slacks | Y | Underwear | Y |
| Checkbook | N | Keys | N | Socks | Y | Wallet | N |
| Gloves | N | Knife | N | Shoes | Y | Watch | N |
| Id Cards | N | Lighter | N | Shirt | Y | | |

Description of Property:
 Vehicle Yr/Make/Lic
Vehicle  Location:

Hold 1        Hold 2            Hold 3            Hold 4            Hold 5

## CHARGES

| 13A-8-17 | FEL | WR 99 7487 | 20,000.00 C/S |
|---|---|---|---|
| Court | Court Date  / / | Court Time | Dispo Code  ARRN |

Descriptn   RECEIVING STOLEN PROPERTY IN THE FIRST DEGREE

I HAVE MADE A PHONE CALL ( Y  N ) AND I HAVE RECIEVED THE JAIL RULES ( Y  N ).
I HAVE READ THE ABOVE ACCOUNTING OF MY PROPERTY AND MONEY
AND FIND IT TO BE ACCURATE

Inmate's Signature    X _____        Witness    X _____
Booking Officer    X _____        Date  1- 26- 99   Time  9:35 pm

I HAVE RECIEVED ALL MONIES AND PROPERTY TURNED IN THIS _____ DAY OF _____
Inmate's Signature  X _____        Witness  X _____        Date _____

# HOUSTON COUNTY JAIL
## RECORDS UNIT

164 North Oates Street
Dothan, Alabama 36303

Phone (334) 677-4816
Fax (334) 671-8750

## RELEASE

DATE: 6/12/00                    INMATE NUMBER: 29402

INMATE TO BE RELEASED:  MATHIS, RAYMOND

DATE OF RELEASE:  6/12/00        TIME OF RELEASE:  NOW

CHARGE                           CASE NUMBER
RSP III                          CC99-547

REASON FOR RELEASE
SUSPENDED SENTENCE

_____
RECORDS/CLASSIFICATIONS OFFICER

SIGNAL 3 / N. C. I. C. CHECK

HOUSTON COUNTY     Neg        BY   J-41
CITY OF DOTHAN     Neg        BY   Sgt Montgomery
N. C. I. C.        Neg        BY   #6

_____
DOCKET OFFICER

## COURT INFORMATION

Date 3-1-90  Name Raymond Mathis    Inmate No. _____

| Charge | Case No. | Court Date | Sentence | Prob. Hear Date | Amt. Bond |
|--------|----------|-----------|----------|-----------------|-----------|
| Reck Endanger | DC 9087 | | 14r sus sentence | | 750.00 |
| Att to Elude | DC 9089 | | 90 days sus sentence | | 85.00 |
| | | | | | |
| | | | | | |
| | | | | | |

Eugene Spencer

Remarks and Atty's Name

Tri-State/5832

## COURT INFORMATION

Date 3-6-90  Name Mathis Raymond    Inmate No. _____

| Charge | Case No. | Court Date | Sentence | Prob. Hear Date | Amt. Bond |
|--------|----------|-----------|----------|-----------------|-----------|
| Arson 3rd | DC9051 | WAGS | | | |
| | DC9055 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Gene Spencer

Remarks and Atty's Name

---

State of Alabama
Unified Judicial System

Form C-42  Rev. 2/79

**ORDER OF RELEASE
FROM JAIL**

IN THE _____District_____ COURT OF _____Houston_____

STATE OF ALABAMA    VS _____Raymond Mathis_____

TO THE JAILER OF _____Houston County_____

You are ordered to release from your custody the above name defendant, charged with the offense of

_____Att. to Elude + Reckless Endangerment_____

Reason for Release: _____plead-given time to pay_____

2 cak

# COURT INFORMATION

Date 03-13-90  Name Mathis Raymond  Inmate No. 29402

| Charge | Case No. | Court Date | Sentence | Prob. Hear Date | Amt. Bond |
|---|---|---|---|---|---|
| Crim Mis 1st | CC90-0055 | 4-16-90 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Remarks and Atty's Name _____ Gene Spencer

Tri-State/5832

---

# COURT INFORMATION

TM

Date 03-23-90  Name Mathis Raymond  Inmate No. _____

| Charge | Case No. | Court Date | Sentence | Prob. Hear Date | Amt. Bond |
|---|---|---|---|---|---|
| Arson 2nd | DC90-0551 | Arr'g | | | 750.00 |
| | | | WAIVED TO GRAND JURY | | |
| | | | | | |

Remarks and Atty's Name _____ GENE SPENCER - Blake Peters IN State Pen.
Bond $750

Judge Steensland

Tri-State/5832

---

I Authorize

Edith Laney to get $350.00 from my Property.

at Houston County Jail        X  Raymond Mathis # 29402
                                  3/5/85

Name _Mathis Raymond_          Inmate No. _29402_

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 03/05/91 | ARSON II | CC90·320 | 5-6-91 | Continued | | ON Bond THIS CHARGE |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name _Eugene Spencer_

_Crim Jury_

_Judge Holloway_

Tri-State 5832

---

## INMATE REQUEST FORM

Date: _4/20/99_                    INMATES # _29402_

To: _C/o Johnson_                  C/O SIGNATURE _____

From: _Raymond Mathis_             SR C/O SIGNATURE _S. LoBRaynold_

NATURE OF REQUEST _I went To court on 26 of Last Month, and got 2 yrs. I was made Pinding, How can I have 2 Bad backs Pinding S.R._

_X_        _My E.O.S. Date on the 2 yrs._

**ACTION TAKEN** _You do not have outstanding check charges You are convicted on all 3 counts of Alias NWOI You have 2 outstanding charges of Receiving Stolen Property 1st.  DC99-226 and DC 99-355_

_4/2/aa KL_   _X_

TRF353-1                          ALABAMA JUDICIAL DATA CENTER
                                        HOUSTON COUNTY
                             TRANSCRIPT OF RECORD CONVICTION REPORT
                                           TR 94 004025 00
                                       JID: M. JOHN STEENSLAND

HOUSTON

STATE OF ALABAMA           VS          DATE OF BIRTH: 08/29/62
MATHIS RAYMOND                         RACE: B  SEX: M  HT: 600  WT: 185
P O BOX 12                             HAIR: BLK          EYE: BRO

GREENWOOD        , FL  33443 0000

TO: COUNTY OR MUNICIPAL JAIL
THE DEFENDANT HAS BEEN CHARGED AND FOUND GUILTY OF THE OFFENSE OF
DRIVE W/SUSPEN        AND HAS BEEN SENTENCED TO :
                       CVF       25.00 = 2 days
             FINE:          $100.00 = 7 days( X ) DDC SCHOOL   ( X ) OTHER
        COURT COST:          $122.00 = 9 days
  JAIL TERM TO SERVE: 180 DAYS
     JAIL CREDIT:  000 DAYS
                       180  days  +  $247.00  =  Total of 198 days

NOTES:   Deft. to serve out sentence and fine and cost at $15.00 per day.

YOU ARE ORDERED TO RECEIVE HIM INTO CUSTODY AND RETAIN HIM UNTIL
LEGALLY DISCHARGED

DATE: FEBRUARY 02, 1998          M. JOHN STEENSLAND
                                 JUDGE

     COMPLETED:
DID NOT APPEAR:
        OTHER:            OFFICER: MJ SMITH       DATE: 02/02/98

OPERATOR:SUN
PREPARED: 02/02/98

---

TRF353-1                          ALABAMA JUDICIAL DATA CENTER
                                        HOUSTON COUNTY
                             TRANSCRIPT OF RECORD CONVICTION REPORT
                                           TR 94 004024 00
                                       JID: M. JOHN STEENSLAND

HOUSTON

STATE OF ALABAMA           VS          DATE OF BIRTH: 08/29/62
MATHIS RAYMOND                         RACE: B  SEX: M  HT: 600  WT: 185
P O BOX 12                             HAIR: BLK          EYE: BRO

GREENWOOD        , FL  33443 0000

TO: COUNTY OR MUNICIPAL JAIL
THE DEFENDANT HAS BEEN CHARGED AND FOUND GUILTY OF THE OFFENSE OF
SPEEDING              AND HAS BEEN SENTENCED TO :

             FINE:          $20.00 = 2 days
        COURT COST:          $122.00 = 9 days
  JAIL TERM TO SERVE: 000 DAYS
     JAIL CREDIT:  000 DAYS
                       $142.00  =  11 days

NOTES:   Deft. to serve out fine and cost at $15.00 per day.

YOU ARE ORDERED TO RECEIVE HIM INTO CUSTODY AND RETAIN HIM UNTIL
LEGALLY DISCHARGED

DATE: FEBRUARY 02, 1998          M. JOHN STEENSLAND
                                 JUDGE

     COMPLETED:
DID NOT APPEAR:
        OTHER:            OFFICER: MJ SMITH       DATE: 02/02/98

OPERATOR:SUN

```
                    ALABAMA DEPARTMENT OF CORRECTIONS              INST:   235
232                 INMATE SUMMARY AS OF 09/25/91                  CODE: CIADM

                                                    29402

*********************************************************************************

S: 00140252A    INMATE: MATHIS, RAYMOND              RACE: B   SEX: M

STITUTION: 235 - HOUSTON                             JAIL CR: 00Y03M16D

B: 08/29/62     SSN: 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      PREVIOUS AIS: P0034711

M DT: 09/23/91    DEAD TIME: 00Y 00M 00D

M TYP: NEW COMIT FROM CRT W/REV OF PROB    STAT: NEW COMIT FROM CRT W/REV OF PROB

RRENT CUST: OTW-4    CURRENT CUST DT: 09/23/91    PAROLE REVIEW DT:

CURITY LEVEL: NO CLASSIFICATION RECORD FOUND FOR THIS AIS

RVING UNDER ACT446 LAW IN CLASS III         CURRENT CLASS DATE:    09/23/91
IMATE IS EARNING : EARNS 20 DAYS FOR EACH 30 SERVED

IUNTY      SENT DT  CASE NO   CRIME                    JL-CR       TERM
IUSTON     09/23/91 N90320.01 ARSON II                 0106D 001Y 00M 01D CS
           ATTORNEY FEES : $000422    HABITUAL OFFENDER : N
           COURT COSTS  : $0000387   FINES : $0000500   RESTITUTION : $0000100

OTAL TERM       MIN REL DT      GOOD TIME BAL     LONG DATE
1Y 00M 01D      01/15/1992      000Y 00M 01D      06/07/1992

IMATE LITERAL:
*********************************************************************************
AINER WARRANTS SUMMARY
   INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

*********************************************************************************
APEE-PAROLE SUMMARY

PAROLED FROM 022:10/07/85 RVK:00/00/00 DELQ:00/00/00 RECAP:00/00/00 RTN:00/00/00
   INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

   INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
   SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978

*********************************************************************************
SCIPLINARY SUMMARY
   INMATE CURRENTLY HAS NO DISCIPLINARY RECORDS
```

```
                    ALABAMA DEPARTMENT OF CORRECTIONS          INST:   AIS
                    INMATE SUMMARY AS OF 12/02/91              COUS: CRP05

                                        29402

*****************************************************************************

S: 001402SCA    INMATE: MATHIS, RAYMOND              RACE: B   SEX: M

STITUTION: 235 - HOUSTON                      JAIL CR: 00Y03M16D

L: 06/29/62     SSN: 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      PREVIOUS AIS: P0034711

N DT: 09/23/91   DEAD TIME: 00Y 00M 00D

N TYP: NEW COMIT FROM CRT W/REV OF PROB   STAT: NEW COMIT FROM CRT W/REV OF PROB

RCENT CUST: CTM-3   CURRENT CUST DT: 09/23/91   PAROLE REVIEW DT:

CURITY LEVEL: NO CLASSIFICATION RECORD FOUND FOR THIS AIS

RVING UNDER ACT466 LAW IN CLASS II      CURRENT CLASS DATE:   10/07/91
MATE IS EARNING : EARNS 40 DAYS FOR EACH 30 SERVED

UNTY      SGNT DT   CASE NO    CRIME                    JL-CR      TERM
USTON     09/23/91 N90320.01 ARSON II                  01060 001Y 00M 010 00
          ATTORNEY FEES : $000042C    HABITUAL OFFENDER : N
          COURT COSTS  : $0000367    FINES : $0000500   RESTITUTION : $000010C

OTAL TERM      MIN REL DT    GOOD TIME BAL    LONG DATE
1Y 00M 010     01/15/1992    000Y 02M 23D     06/07/1992

MATE LITERAL:
*****************************************************************************

AINER WARRANTS SUMMARY
 INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

*****************************************************************************

APCH-PAROLE SUMMARY

ANDLED FROM 022:10/07/85  RVK:00/00/00 DELQ:00/00/00 RECAP:00/00/00 RTN:00/00/00
 INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

 INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
 SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978

*****************************************************************************

CIPLINARY SUMMARY
 INMATE CURRENTLY HAS NO DISCIPLINARY RECORDS
```

```
                    ALABAMA DEPARTMENT OF CORRECTIONS           INST:    235
P232                INMATE  SUMMARY AS OF 10/15/91              CODE: CMVUP

                                          #29402
************************************************************************

IS: 00140252A   INMATE: MATHIS, RAYMOND            RACE: B  SEX: M

NSTITUTION: 235 - HOUSTON                   JAIL CR: 00Y03M16D

DB: 08/29/62     SSN: 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      PREVIOUS AIS: P0034711

DM DT: 09/23/91    DEAD TIME: 00Y 00M 00D

DM TYP: NEW COMIT FROM CRT W/REV OF PROB   STAT: NEW COMIT FROM CRT W/REV OF PROB

URRENT CUST: OTW-3   CURRENT CUST DT: 09/23/91   PAROLE REVIEW DT:

ECURITY LEVEL: NO CLASSIFICATION RECORD FOUND FOR THIS AIS

ERVING UNDER ACT446 LAW IN CLASS II        CURRENT CLASS DATE:   10/07/91
NMATE IS EARNING :  EARNS 40 DAYS FOR EACH 30 SERVED

OUNTY      SENT DT  CASE NO   CRIME                 JL-CR     TERM
OUSTON     09/23/91 N90320.01 ARSON II              01060 001Y 00M 01D CS
           ATTORNEY FEES : $000422     HABITUAL OFFENDER : N
           COURT COSTS   : $0000337    FINES : $0000500   RESTITUTION : $0000100

TOTAL TERM      MIN REL DT      GOOD TIME BAL     LONG DATE
001Y 00M 01D    01/15/1992      000Y 00M 20D      06/07/1992

NMATE LITERAL:
************************************************************************

TAINER WARRANTS SUMMARY
   INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

************************************************************************

CAPEE-PAROLE SUMMARY

PAROLED FROM 022:10/07/85  RVK:00/00/00 DELQ:00/00/00 RECAP:00/00/00 RTN:00/00/00
   INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

   INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
   SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978

************************************************************************

ISCIPLINARY SUMMARY
   INMATE CURRENTLY HAS NO DISCIPLINARY RECORDS
```

```
ACSO370              ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: DC 98 002241.00
OPER: ROJ                    CASE ACTION SUMMARY
PAGE:   1                  DISTRICT   CRIMINAL                  RUN DATE: 10/02/98

IN THE DISTRICT COURT OF   HOUSTON                                       JUDGE: MJS

STATE  OF  ALABAMA                        VS        MATHIS RAYMOND
                                                    609 LINDEN ST
CASE: DC 98 002241.00
                                                    DOTHAN, AL  36303 0000

DOB: 02/29/62           SEX: M  RACE: B  HT: 6 00  WT: 210   HR: BLK EYES: BRO
SSN: 363677452  ALIAS NAMES:

CHARGE1: NEGOTIATING WORTHLES           CODE1: NWNI LIT: NWNI FOOD WORLD TYP: M
MORE?:        OFFENSE DATE: 05/07/98   AGENCY/OFFICER: 0380000 GLOVER

DATE WAR/CAP ISS:                       DATE ARRESTED: 10/01/98
DATE    INDICTED:                       DATE    FILED: 10/02/98
DATE   RELEASED: 10/01/98               DATE  HEARING:
BOND      AMOUNT:       $300.00         SURETIES: LIBERTY BO

DATE 1: 11/05/98  DESC: ARRG            TIME: 0830 A
DATE 2:           DESC: 0000            TIME: 0000

                DEF/ATY:                TYPE:                       TYPE:
PROSECUTOR:

OTH CSE: WR98-3131      CHK/TICKET NO: WR98-2379          GRAND JURY:
COURT REPORTER:                SID NO:                            OPER: ROJ
DEF STATUS: BOND              DEMAND:

NOTE:     WARRANT ISSUED: 080398

DATE        ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 11/5/98 | & PFA |
| 11/5/98 | conditional forfeiture & alias writ of arrest ordered issued. Bond set $600 |
| 11/6/98 | CFA iss |
| 11/17/98 | Application for bondsman process |
| 12/26/98 | Rec Alias (Bondsman's Process) |
| 12/30/98 | Deft having been arrested on Alias/Bondsman Process — Case set for Ring Hr 2-4-99 at 8:30 am Judge Steensland |
| 12-30-98 | Deft was not seen by Judge or Magistrate within 72 hrs — Bond is thereby reduced to 300.00 |

```
ACS0370                 ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: DC 98 002242.00
OPER: ROJ                        CASE ACTION SUMMARY
PAGE:   1                        DISTRICT   CRIMINAL              RUN DATE: 10/02/98

IN THE DISTRICT COURT OF HOUSTON                                          JUDGE: MJS

STATE  OF  ALABAMA               VS       MATHIS RAYMOND
                                          609 LINDEN ST
CASE: DC 98 002242.00
                                          DOTHAN, AL. 36303 0000

DOB: 08/29/62         SEX: M  RACE: B  HT: 6 00  WT: 210   HR: BLK EYES: BRO
SSN: 363672452   ALIAS NAMES:

CHARGE1: NEGOTIATING WORTHLES       CODE1: NWNI LIT: NWNI FOOD WORLD TYP: M
MORE?:          OFFENSE DATE: 05/07/98  AGENCY/OFFICER: 0380000 GLOVER

DATE WAR/CAP ISS:                   DATE ARRESTED: 10/01/98
DATE     INDICTED:                  DATE    FILED: 10/02/98
DATE    RELEASED: 10/01/98          DATE  HEARING:
BOND       AMOUNT:       $300.00    SURETIES: LIBERTY BO

DATE 1: 11/05/98   DESC: ARRG           TIME: 0930 A
DATE 2:            DESC:                 TIME: 0000

  DEF/ATY:                          TYPE:                        TYPE:
PROSECUTOR:

OTH CSE: WR98-3130        CHK/TICKET NO: WR99-2378        GRAND JURY:
COURT REPORTER:                 SID NO:
DEF STATUS: BOND                DEMAND:                         OPER: ROJ

NOTE:    WARRANT ISSUED: 080398
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 11/5/98 | Conditional forfeiture + alias writ of arrest ordered issued. Bond set $600 |
| 11/6/98 | CFA iss |
| 11/17/98 | Application for bondman process |
| 12/26/98 | Rec. Alias/Bondsman Process |
| 12/30/98 | Deft having been arrested on Alias/Bondsman Process — Case set for Arrg. in 2-4-99 at 8:30am, Judge Steensland   McFatter |
| 123098 | Deft having missed 72 Hr Hearing bond reduced to 300.00   McFatter, Judge |

# COURT INFORMATION

C/O_____

Name MATHIS, RAYMOND _____ Inmate No. 29402

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 4-3-04 | RSP 1ST | DC04 2394 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name  PRELIM. HRG.        ATTY: TAMMY STINSON

~~████████~~  Hrg

Judge: MENDHEIM

```
ACRO372              ALABAMA JUDICIAL INFORMATION SYSTEM       CASE: CC 2004 001507.60
OPER: AML                    CASE ACTION SUMMARY
PAGE:   1                    CIRCUIT  CRIMINAL                  RUN DATE: 09/14/2004
=====================================================================================
IN THE CIRCUIT COURT OF  HOUSTON                                          JUDGE: JMW

STATE  OF  ALABAMA               VS      MATHIS RAYMOND
                                         C/O HOUSTON COUNTY JAIL
CASE: CC 2004 001507.60                  901 E MAIN STREET
                                         DOTHAN, AL  36301 0000

DOB: 08/29/1962          SEX: M  RACE: B  HT: 6 01  WT: 215    HR: BLK EYES: BRO
SSN: 363767452  ALIAS NAMES:
=====================================================================================
CHARGE01: HABEAS CORPUS          CODE01: CORP  LIT: HABEAS CORPUS   TYP: D #: 001
OFFENSE DATE:                            AGENCY/OFFICER: 0380100

DATE WAR/CAP ISS:                        DATE ARRESTED:
DATE      INDICTED:                      DATE     FILED: 09/14/2004
DATE      RELEASED:                      DATE   HEARING:
BOND       AMOUNT:            $.00       SURETIES:

DATE 1:          DESC:                   TIME: 0000
DATE 2:          DESC:                   TIME: 0000

TRACKING NOS: DC 2004 002394 00  /                        /

   DEF/ATY:                      TYPE:                             TYPE:

                        00000                         00000

PROSECUTOR: VALESKA DOUGLAS A
=====================================================================================
OTH CSE: DC200400239400 CHK/TICKET NO:                    GRAND JURY:
COURT REPORTER: _____  SID NO:     000000000
DEF STATUS: JAIL                 DEMAND:                      OPER: AML
=====================================================================================
DATE      ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 9-14-04 | Petition for Writ of Habeas Corpus |
| | September 15, 2004 - No Grounds for a writ of habeas corpus contained in petition, however Sheriff of Houston County is requested to have defendant examined by a medical doctor if needed. Petition is hereby dismissed. Clerk to notify Sheriff. [signature] |

294 02

```
CRO272 - - - - ALABAMA JUDICIAL INFORMATION SYSTEM - CASE: DC 2004 001594.00
PER: SSH                         CASE ACTION SUMMARY                RUN DATE: 08/09/2004
AGE: 1                          DISTRICT  CRIMINAL
==================================================================================
                                                                      JUDGE: JMW
N THE DISTRICT COURT OF  HOUSTON
TATE  OF ALABAMA                    VS      MATHIS RAYMOND
                                            101 PINE STREET
ASE: DC 2004 001594.00
                                            DOTHAN, AL  36303 0000

OB: 08/29/1962          SEX: M   RACE: B  HT: 6 01  WT: 215   HR: BLK EYES: BRO
EN: 363717453  ALIAS NAMES:
==================================================================================
HARGE01: REC STOLEN PROP 1ST   CODE01: RSP1  LIT: REC STOLEN PRO TYP: F  # : 001
FFENSE DATE: 07/29/2004                  AGENCY/OFFICER: 0360100 MEREDIT
ATE WAR/CAP ISE:                    DATE ARRESTED: 08/07/2004
ATE    INDICTED:                    DATE    FILED: 08/09/2004
ATE    RELEASED:                    DATE   HEARING:
OND     AMOUNT:      $20,000.00       SURETIES:

ATE 1: 08/09/2004  DESC: APPD              TIME: 0000 P
ATE 2:       DESC:                         TIME: 0000
RACKING NOS: WR 2004 012353 00  /                           /

  DEF/ATY: Hon. Tammy Stinson       TYPE:(C)                        TYPE:
                                      00000                          00000

ROSECUTOR:

==================================================================================
TH CSE: WR20040113E500 CHK/TICKET NO: 040070S1       GRAND JURY: 225-10
OURT REPORTER: _____  SID NO:     00000000
EF STATUS: JAIL              DEMAND:                            OPER: SSH
==================================================================================
ATE        ACTIONS,  JUDGEMENTS,  AND  NOTES
```

8-9-04      Defendant before the Court and advised of
            his/her rights. Hon. Tammy Stinson
            is appointed counsel for the Defendant.

                        DISTRICT JUDGE

```
AUSC070                   ALABAMA JUDICIAL INFORMATION SYSTEM
OPER: ROJ                        CASE ACTION SUMMARY              CASE: DC 98 002241.00
PAGE:   1                        DISTRICT   CRIMINAL
                                                                 RUN DATE: 10/02/98
IN THE DISTRICT COURT OF   HOUSTON

STATE  OF  ALABAMA           VS       MATHIS RAYMOND             JUDGE: MJS
CASE: DC 98 002241.00                 609 LINDEN ST

                                      DOTHAN, AL  36303 0000

DOB: 08/29/62          SEX: M  RACE: B  HT: 6 00  WT: 210    HR: BLK EYES: BRO
SSN: 303-72-___  ALIAS NAMES:

CHARGE: NEGOTIATING WORTHLES        CODE1: NWNI LIT: NWNI FOOD WORLD TYP: M
MORE?S       OFFENSE DATE: 05/07/98  AGENCY/OFFICER: 0380000 GLOVER

DATE WAR/CAP ISS:                   DATE ARRESTED: 10/01/98
DATE    INDICTED:                   DATE   FILED: 10/02/98
DATE    RELEASED: 10/01/98          DATE   HEARING:
BOND     AMOUNT:         $300.00           SURETIES: LIBERTY BO

DATE 1: 11/05/98   DESC: ARRG          TIME: 0830 A
DATE 2:            DESC: 0000          TIME: 0000

  DEF/ATY:                          TYPE:                          TYPE:
PROSECUTOR:

OTH CSE: WR98-3131      CHK/TICKET NO: WR98-2379       GRAND JURY:
COURT REPORTER:              SID NO:
DEF STATUS: BOND             DEMAND:                         OPER: ROJ

NOTE:   WARRANT ISSUED: 060398
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 11/5/98 | & FTA |
| 11/5/98 | Conditional forfeiture & alias writ of arrest ordered issued. Bond set $600 |
| 11/6/98 | CFA iss |
| 11/17/98 | Application for bondsman process |
| 12/26/98 | Rec. Alias (Bondsman's Process) |
| 12/30/98 | Deft having been arrested on alias/Bondsman Process — Case set for Arrg. Hr. 2-4-99 at 8:30am Judge Steensland |
| 12-30-98 | Deft was not seen by Judge or Magistrate within 72 Hrs. Bond is hereby reduced to 300.00 |
| 1-4-99 | Copy given to Lucy at jail - I was off wk of 12/30/98 |
| 12/31/98 | Rel. Thompson |
| 02/4/99 | Str. rec. 12 mos, susp. for 2 yrs on payment of costs, rest. S. Chg. and witnesses |

2-8-99

The Defendant having been advised of all
his/her rights and being represented by
_____ Pro Se _____
and on hearing testimony/plea of guilty,
Defendant found guilty and punishment
fixed at a fine of $ _____ and
costs and a sentence to hard labor for
Houston County, Alabama for _12_
months/days; which sentence is suspended
on condition the Defendant pays the fine
and costs, restitution and service charge
_____ to pay $100/month beginning March 10, 1999 _____

and conducts himself in a reasonable and
lawful manner for _____ Ten .
_____ JUDC

AC5059

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 98 001924.00
M. JOHN STEENSLAND

---

DISTRICT COURT OF HOUSTON COUNTY                    COURT ORI: 038023 J

STATE OF ALABAMA        VS.
MATHIS RAYMOND              ALIAS:                   DC NO: WR98-3059
809 LINDEN ST              ALIAS:                    G J:
DOTHAN  AL  36303                                    SSN:    363677452
                                                     SID:
                                                     AIS:

DOB: 08/29/62   SEX: M   HT: 6 00   WT: 230  HAIR: BLK   EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____  FEATURES: ____

DATE OFFENSE: 05/11/98   ARREST DATE: 09/01/98   ARREST ORI: 0380000

CHARGES & CONV              CITES        OFF CLASS: (X)A ( )B ( )C
NEGOTIATING WORTHLESS INST   13A-009-013.1
                              _ _
                              _ _

JUDGE: M. JOHN STEENSLAND              PROSECUTOR:

PROBATION APPLIED   GRANTED  DATE      REARRESTED DATE  REVOKED  DATE
( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____ (X)Y( )N 03/25/99

ACT 754-76          IMPOSED    SUSPENDED      TOTAL    JAIL CREDIT
( )Y ( )(X)N  CONFINEMENT: 00 12 025  00 00 000  00 12 025  00 00 000
              PROBATION  : 00 00 000             00 00 000
DATE SENTENCED: 10/01/98   SENTENCE BEGINS:      03/25/99

PROVISIONS          COSTS/RESTITUTION              DUE      ORDERED

COURT COSTS         RESTITUTION                  $77.89      $77.89
RESTITUTION         ATTORNEY FEE                  $0.00       $0.00
CRIME VICTIM        CRIME VICTIMS               $25.00      $25.00
BAD CHECK FEE       COST                       $255.65     $255.65
*Note* CONCUR SENT with DC 98-1973   FINE       $0.00       $0.00
CONSECUT SENT - 25 days   MUNICIPAL FEES         $0.00       $0.00
                    DRUG FEES                    $0.00       $0.00
                    ADDTL DEFENDANT              $0.00       $0.00
12 months · sentence   DA FEES                  $84.00      $84.00
25 days - costs     COLLECTION ACCT              $0.00       $0.00
                    JAIL FEES                    $0.00       $0.00

                    TOTAL                      $442.54     $442.54

APPEAL DATE     SUSPENDED      AFFIRMED         REARREST
( )Y( )N ____   ( )Y( )N ____  ( )Y( )N ____   ( )Y( )N ____

REMARKS:                      THIS IS TO CERTIFY THAT THE
                              ABOVE INFORMATION WAS EXTRACTED
                              FROM OFFICIAL COURT RECORDS AND
                              AND IS TRUE AND CORRECT.


                              _____
                              CIRCUIT CLERK
                              04/01/99

OPERATOR: JW
PREPARED: 04/01/99