## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| 1 ☑ Yes | 1 ☑ Yes |
| 2 ☐ No | 2 ☐ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| A 350008 | Houston Co. S.O. | 006 95 0494 | |

3 LAST, FIRST, MIDDLE NAME: Mathis Raymond

| 4 ALIAS AKA |
|---|

| 7 SEX ☑M ☐F | 8 RACE | 9 HGT. 5'0 | 10 WGT. 210 | 11 EYE Bro | 12 HAIR Bk | 14 SKIN | 1☐SCARS | 2☐MARKS | 3☐TATOOS | 4☐AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SOC SEC # | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| | 36 31 1617 DF 452 | | 3 | 29402 |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| 24 FBI # | HENRY CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |
| | NCIC CLASS | | | | | | | | |

| 26 ☑ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 609 Linden St. Dothan, AL | 28 RESIDENCE PHONE ( ) | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | | 32 BUSINESS PHONE ( ) |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 164 N. Oates | 34 SECTOR # Dothan | 35 ARRESTED FOR YOUR JURISDICTION? ☐ YES ☐ NO 1☐ IN STATE 2☐ OUT STATE AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE | 1☐ DRUNK ☑ SOBER 3☐ DRINKING 4☐ DRUGS | 37 RESIST ARREST? ☐ YES ☑ NO | 38 INJURIES? 1☑ NONE 2☐ OFFICER 3☐ ARRESTEE | 39 ARMED? 1☐ Y ☑ N | 40 DESCRIPTION OF WEAPON 1☐ HANDGUN 2☐ RIFLE 3☐ SHOTGUN 4☐ OTHER FIREARM 5☐ OTHER WEAPON |
|---|---|---|---|---|---|

| 41 DATE OF ARREST 04 09 00 | 42 TIME OF ARREST 16:38 1☐ AM ☑ MIL 2☐ PM | 43 DAY OF ARREST S☐ M☑ T☐ W☐ T☐ F☐ S☐ | 44 TYPE ARREST 1☑ ON VIEW 2☐ CALL 3☐ WARRANT | 45 ARRESTED BEFORE? ☑ YES ☐ NO ☐ UNKNOWN | |
|---|---|---|---|---|---|

| 46 CHARGE–1 ☐ FEL ☑ MISD FTA-NWNI | 47 UCR CODE | 48 CHARGE–2 ☐ FEL ☑ MISD FTA-NWNI | 49 UCR CODE |
|---|---|---|---|
| 50 STATE CODE/LOCAL ORDINANCE 98-2242 | 51 WARRANT # | 52 DATE ISSUED 04 13 80 00 | 53 STATE CODE/LOCAL ORDINANCE 98-2241 | 54 WARRANT # | 55 DATE ISSUED 04 13 80 00 |

| 56 CHARGE–3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE–4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |

| 66 ARREST DISPOSITION 1☐ HELD 2☐ BAIL 3☐ RELEASED 4☐ TOT–LE 5☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| 78 VIN | | | | 79 IMPOUNDED? ☐ YES ☑ NO | 80 STORAGE LOCATION/IMPOUND # | | |
| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | | | | | | ☐ CONTINUED IN NARRATIVE | |

**JUVENILE**

| 82 JUVENILE DISPOSITION: 1☐ HANDLED AND RELEASED 2☐ REF. TO JUVENILE COURT 3☐ REF. TO WELFARE AGENCY 4☐ REF. TO OTHER POLICE AGENCY 5☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|
| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y : 1☐ AM 2☐ PM ☐ MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS | |
| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE 1☐ YES 2☐ NO 3☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # | |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) Book 2 $2400.00 | LOCAL USE | |
|---|---|---|
| | STATE USE | |
| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|
| | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | | 114 ID # | 115 SUPERVISOR | | 116 WATCH CMDR. |

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | RB4 Completed |
|---|---|
| ① Yes | ① Yes |
| ② No | ② No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI# | 2 AGENCY NAME | 3 CASE# | 4 SFX |
|---|---|---|---|
| 0,3,8,0,0,0,0 | Houston Co. Sheref Dept | 9,4,2,2,0,0,3,0,9 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Mathis, Raymond | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | | |
|---|---|---|---|---|---|---|---|---|---|
| M | W B | 6,2 | 190 | Bro | Blu | | ①SCARS | ②MARKS | ③TATOOS | ④AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Saginaw MI | 3,6,3 - 7,6 - 7,4,5,2 | 0,8,2,9,6,2 | 42 | 29402 |

| 20 SID# | 21 FINGERPRINT CLASS KEY MAJOR PRIMARY SCDV SUB-SECONDARY FINAL | 22 DL# | 23 ST |
|---|---|---|---|

| 24 FBI# | | 25 IDENTIFICATION COMMENTS |
|---|---|---|
| | HENRY CLASS | |
| | NCIC CLASS | |

| 26 ① RESIDENT ② NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 10335 Jefferson Saginaw MI | ( ) | |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| | | ( ) |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION? ☐ YES ☐ NO |
|---|---|---|
| Houston Co. Jail | 3,0,0,0,0,0,4 | ① IN STATE ② OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE: ① DRUNK ② SOBER ③ DRINKING ④ DRUGS | 37 RESIST ARREST? ① YES ② NO | 38 INJURIES? ① OFFICER ② ARRESTEE | 39 ARMED? ① Y ② N | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| | | ☒ NONE | | ① HANDGUN  ② OTHER FIREARM  ③ RIFLE  ④ OTHER WEAPON  ⑤ SHOTGUN |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0,8,0,7,0,4 | 1430 ① AM ② PM ☒MIL. | S M T W T F S | ① ON VIEW ② CALL ☒WARRANT | ①YES ②NO ③UNKNOWN |

| 46 CHARGE–1 ☒ FEL ② MISD | 47 UCR CODE | 48 CHARGE–2 ① FEL ② MISD | 49 UCR CODE |
|---|---|---|---|
| Non-Support | | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| | 105848 | 0,9,5,1,9,4,0,3 | | | M D Y |

| 56 CHARGE–3 ① FEL ② MISD | 57 UCR CODE | 58 CHARGE–4 ① FEL ② MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| | | M D Y | | | M D Y |

| 66 ARREST DISPOSITION ① HELD ② BAIL ③ RELEASED ④ TOT–LE ⑤ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ① YES ② NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION: ① HANDLED AND RELEASED ② REF. TO JUVENILE COURT ③ REF. TO WELFARE AGENCY ④ REF. TO OTHER POLICE AGENCY ⑤ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y ①AM ②PM ③MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ① YES ② NO ③ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| $30,000.00 CASH ONLY |

| | LOCAL USE |
|---|---|
| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|
| Robert Reeler | 378 | | | | |

TYPE OR PRINT IN BLACK INK ONLY                    AC-IIC—34 REV. 10-90

# DOTHAN POLICE DEPARTMENT ARREST REPORT

| CASE# 04-003154 | ITEM# | DATE 8 / 7 / 04 | ARREST TIME 09,34 | BOOKING TIME 11,14 | ☑ ADULT   ☐ JUVENILE | ☐ IH4 |
|---|---|---|---|---|---|---|

| NAME (LAST, FIRST, MIDDLE) | | ALIAS NAMES OR NICKNAMES |
|---|---|---|
| Mathis Raymond | | |

| ADDRESS 101 Pine St | CITY Dothan | STATE AL | ZIP 36303 |
|---|---|---|---|

| HOME PHONE | WORK PHONE | DOB 8 / 29 / 62 | POB | SSN 363767452 |
|---|---|---|---|---|

| OLN/ID | STATE | RACE B | SEX M | ETHNIC ORIGIN | HEIGHT 6'0 | WEIGHT 215 | OCCUPATION NA |
|---|---|---|---|---|---|---|---|
| ☐ IP | | | | | | | |

| EMPLOYER NA | EMPLOYER ADDRESS |
|---|---|

| HAIR COLOR BLack | HAIR LENGTH Med | HAIR STYLE Afro | EYE COLOR Brown | COMPLEXION medium | FACIAL HAIR None | BUILD large |
|---|---|---|---|---|---|---|

| TEETH Normal | SPEECH Normal | WEAPON HELD | HAND USE R | MARITAL STATUS Divorced | SOBRIETY |
|---|---|---|---|---|---|

| CAUTIONS Sig 58 uber, Sig 9 | RELIGION | SCARS, MARKS, TATTOOS |
|---|---|---|

| SID# | SID# | SID# | FBI# |
|---|---|---|---|

| RELATED CASE# 04-007031 | SOURCE OFFN | RELATED CASE# | SOURCE |
|---|---|---|---|
| RELATED CASE# 04-001040 | SOURCE EvDN | RELATED CASE# | SOURCE |

| VIOLATION LOCATION | | ZONE |
|---|---|---|

| ARREST LOCATION | | ZONE |
|---|---|---|

| | CHARGE 1 Receiving Stolen Property 1st degree | COUNTS 1 | UCR 2803 | STATUTE 13A-08-0017 | CLEARED |
|---|---|---|---|---|---|
| ☑ ON VIEW ☑ CALL ☑ WARRANT ☐ JPO | | | | | |
| ☐ ON VIEW ☐ CALL ☐ WARRANT ☐ JPO | CHARGE 2 | COUNTS | UCR | STATUTE | CLEARED |
| ☐ ON VIEW ☐ CALL ☐ WARRANT ☐ JPO | CHARGE 3 | COUNTS | UCR | STATUTE | CLEARED |
| ☐ ON VIEW ☐ CALL ☐ WARRANT ☐ JPO | CHARGE 4 | COUNTS | UCR | STATUTE | CLEARED |
| ☐ ON VIEW ☐ CALL ☐ WARRANT ☐ JPO | CHARGE 5 | COUNTS | UCR | STATUTE | CLEARED |

| AW#1 | | | | AW#2 | | |
|---|---|---|---|---|---|---|
| AW#3 | | | | AW#4 | | |
| AW#5 | | | | AW#6 | | |
| AW#7 | | | | AW#8 | | |
| AW#9 | | | | AW#10 | | |

| ARRESTING OFFICER Cpl. F. Meredith | ID# 442 | SHIFT CID | SUPERVISOR/ID# |
|---|---|---|---|



LEAVE BLANK
CRIMINAL

2940

STATE USAGE

NFF SECONT.

SUBMISSION:    APPROXIMATE CLASS    AMPUTATION    SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

USAGE:

**MATHIS, RAYMOND**

LEAVE BLANK

NATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.
363767452

ASED/MAIDEN
ST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| | STATE IDENTIFICATION NO. | DATE OF BIRTH | MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| SI NO. | | | 19620829 | M | B | 601 | 215 | BRO | BLK |

SCR

1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

5701LD  NE 09914 2004 0914 15:27

DB 50X50G8 1180      #1107      25      SCR

L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306
DEPARTMENT OF JUSTICE

PRIVACY ACT OF 1974
SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT

JUVENILE FINGERPRINT

SUBMISSION                    YES ☐

TREAT AS ADULT               YES ☐

SEND COPY TO
(ENTER ORI)

MISCELLANEOUS NUMBERS

DATE OF ARREST
MM    DD    YY
20040807

CONTRIBUTOR
ADDRESS          AL0330000
                 HOUSTON CO SD
REPLY   YES ☐    DOTHAN, AL
(C-4860)         Y

DATE OF OFFENSE
MM    DD    YY
20040807        MI

PLACE OF BIRTH

US

OFFICIAL TAKING FINGERPRINTS
(NAME OR NUMBER)
        J30
Travis Simmons

EMPLOYER:   IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY
            IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

LOCAL IDENTIFICATION
719

RESIDENCE/COMPLETE ADDRESS
MURCURY DR

29402

CITY
DOTHAN

STATE
AL

36301

PHOTO AVAILABLE

PALM PRINTS TAKEN          YES    X

OCCUPATION

CHARGE/CITATION

1
20040807    2803
RECEIVE STOLEN PROP

2
20040807    5015
FAILURE TO APPEAR
NON-SUPPORT

DISPOSITION
1.

2.

3.

ADDITIONAL

ADDITIONAL

ADDITIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU STAMP

U.S. GPO: 2001 479-516/40019
FD-249 (REV. 5-11-99)

LEAVE BLANK

CRIMINAL

STATE USAGE

NFI SECOND

SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

**MATHIS, RAYMOND**

LEAVE BLANK

E USAGE

SOCIAL SECURITY NO.
363767452

NATURE OF PERSON FINGERPRINTED

MAIDEN NAME/MAIDEN
ST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| | STATE IDENTIFICATION NO. | DATE OF BIRTH | MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| BI NO. | | | 19620829 | M | B | 601 | 215 | BRO | BLK |

SCR

1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

5701LD    20040914 2004091-15:27

DB 50X50G8 11:36:   #1107    25    SCR

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L THUMB    R THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

U.S. GPO: 2001 479-516/40019
D-249 (REV. 5-11-99)

| | |
|---|---|
| DATE OF ARREST<br>20040807 | CONTRIBUTOR<br>ADDRESS<br>AL0360000<br>HOUSTON CO SD<br>DOTHAN AL |
| DATE OF BIRTH<br>20040807 | MI |
| | US |
| RESIDENCE<br>719  MURCURY DR | CITY<br>DOTHAN |
| J30<br>29402 | STATE<br>AL<br>36301 |

EMPLOYER: Travis Simmons

**CHARGE/CITATION**

1.
20040807   2803
RECEIVE STOLEN PROP

2.
20040807   5015
FAILURE TO APPEAR
NON-SUPPORT

29402

```
ACR00701          ALABAMA JUDICIAL INFORMATION SYSTEM       CASE: DC 2004 002394.00
OPER: SSH                      CASE ACTION SUMMARY
PAGE:  1                        DISTRICT  CRIMINAL                RUN DATE: 08/09/2004
IN THE DISTRICT COURT OF  HOUSTON                                            JUDGE: JMW
STATE OF  ALABAMA                  VS        MATHIS RAYMOND
                                             101 PINE STREET
CASE: DC 2004 002394.00
                                             DOTHAN, AL  36303 0000

DOB: 05/09/1960        SEX: M   RACE: B   HT: 6 01   WT: 215    HR: BLK  EYES: BRO
SSN: 263767453  ALIAS NAMES:
CHARGE01: REC STOLEN PROP 1ST   CODE01: RSP1  LIT: REC STOLEN PRO TYP: F #: 001
OFFENSE DATE: 07/19/2004              AGENCY/OFFICER: 0320100 MEREDIT

DATE WAR/CAP ISS:                    DATE ARRESTED: 08/07/2004
DATE    INDICTED:                    DATE     FILED: 08/04/2004
DATE    RELEASED:                    DATE  HEARING:
BOND    AMOUNT:      $20,000.00      SURETIES:

DATE 1: 08/09/2004   DESC: APPD      TIME: 0200 P
DATE 2:              DESC:           TIME: 0000
TRACKING NOS: WR 2004 012358 00   /

    DEF/ATY: Hon. Tammy Stinson        TYPE: (C)                      TYPE:
                             00000                          00000

PROSECUTOR:

=========================================================================
BTH CEE: WR20040135500 CHK/TICKET NO: 04007031          GRAND JURY: 225-16
COURT REPORTER: ----------------   SID NO:    00000000
DEF STATUS: JAIL                   DEMAND:                         OPER: SSH
=========================================================================
DATE     ACTIONS, JUDGEMENTS, AND NOTES
=========================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 8-9-04 | Defendant before the Court and advised of his/her right to. *Tammy Stinson* is appointed counsel for the Defendant. *Notify* DISTRICT JUDGE |
| 8/13/04 | Copies of CAS & Warrant sent in Attorney Box |
| 8-17-2004 | Motion for Preliminary Hearing |
| 8-23-2004 | PRELIMINARY HEARING IS SET FOR 3rd DAY OF Sept 2004 AT 8:30 A.M. *Notify* Bond Hearing 9-3-2004 at 8:30 Am |
| 8-23-04 | COPY OF CAS TO attorney |

9-3-04

After hrg, found the ct. finds probable cause that Δ has committed RSP I, case cont. to next O.Y.; After hrg, motion to reduce bond denied; per F. Meredith (DPD) Δ has priors for burglary, RSP, suspect in numerous church burglaries, Δ barricaded himself in house and flushed stolen jewelry in toilet when DPD attempted to arrest; Δ is a habitual thief & poses a substantial danger to the public if released; Δ in personal poss. of crack pipe when arrested - Brundlin, Judge

```
DC00320              ALABAMA JUDICIAL INFORMATION SYSTEM           CASE: DC 98 002242.00
OPER: RDJ                      CASE ACTION SUMMARY
PAGE:   1                    DISTRICT   CRIMINAL                   RUN DATE: 10/02/98

IN THE DISTRICT COURT OF  HOUSTON                                          JUDGE: MJS

STATE  OF  ALABAMA                 VS        MATHIS RAYMOND
                                             609 LINDEN ST
CASE: DC 98 002242.00
                                             DOTHAN, AL  36303 0000

DOB: 08/29/62        SEX: M  RACE: B  HT: 6 00  WT: 210    HR: BLK EYES: BRO
SSN: 363672452  ALIAS NAMES:

CHARGE1: NEGOTIATING WORTHLES          CODE1: NGWI LIT: NGWI FOOD WORLD TYP: M
MONEY:            OFFENSE DATE: 05/07/98   AGENCY/OFFICER: 0380060 GLOVER

DATE WAR/CAP ISS:                      DATE ARRESTED: 10/01/98
DATE    INDICTED:                      DATE    FILED: 10/02/98
DATE   RELEASED: 10/01/98              DATE  HEARINGS:
BOND      AMOUNT:          $300.00          SURETIES: LIBERTY BO

DATE 1: 11/05/98   DESC: ARRO          TIME: 0830 A
DATE 2:            DESC:               TIME: 0000

   DEF/ATY:                   TYPE:                            TYPE:
PROSECUTION:

TPM CSE: WR99-2330       CHK/TICKET NO: WR99-2378         GRAND JURY:
COURT REPORTER:                   SID NO:
DEF STATUS: BOND                  DEMAND:                          OPER: RDJ

NOTE:    WARRANT ISSUED: 08X393

DATE            ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 11/5/98 | Conditional forfeiture + alias writ of arrest ordered issued. Bond set $600 |
| 11/4/98 | Off res |
| 11/17/98 | Application for bondsman process |
| 12/26/98 | Rec Alias (Bondsman Process) |
| 12/30/98 | Deft having been arrested on Alias (Bondsman Process) Case set for Arrg to 2-4-99 at 8:30am Judge Steensland |
| 12/30/98 | Deft having missed 72 Hr Hearing Bond Reduced to 300. — W Fates, Judge |
| 1-4-99 | Copy given to Ruby at Jail & was off out of 12/30/98. |
| 12/1/98 | Closed - Tompson |
| 2/4/99 | Same rec. as DC 98-2241 |

- 9-99

The Defendant having been advised of all
his/her rights and being represented by
_____ Pro Se _____
and on hearing ~~testimony~~/plea of guilty,
Defendant found guilty and punishment ~~~~
fixed at a fine of $ ~~~~ plus $25 and
costs and a sentence to hard labor for
Houston County, Alabama for __12__
months/~~days~~; which sentence is suspended
on condition the Defendant pays the ~~fine~~
~~and~~ costs, restitution and service charge
_____ Legal Concurrent with DC-98-2241 (9:00 to 5:00) _____
_____

and conducts himself in a reasonable and
lawful ~~manner~~ for _____ 2 yrs _____

_____ JUDG

ACS359

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 91 001111.01
SIDNEY E. JACKSON

---

CIRCUIT COURT OF HOUSTON COUNTY                    COURT ORI: 038015 J

---

STATE OF ALABAMA      VS.                          DC NO: 0000000000

MATHIS RAYMOND           ALIAS:                    G J:  00077
326 MONA DRIVE           ALIAS:                    SSN:  000000000
DOTHAN AL 00000                                    SID:  00000000
                                                   AIS:  000000000

---

DOB:  08/29/62   SEX: M   HT: 6 00    WT: 170   HAIR: BLK    EYE: BRO

RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____   FEATURES: _____

---

DATE OFFENSE: 00/00/00   ARREST DATE: 07/26/91   ARREST ORI: MDPD

---

       CHARGES @ CONV              CITES          OFF CLASS: (X)A ( )B ( )C
ASSAULT 3RD                     13A-6-22

---

JUDGE: SIDNEY E. JACKSON              PROSECUTOR: MAXWELL, GARY R

PROBATION APPLIED   GRANTED   DATE   REARRESTED DATE  REVOKED   DATE

( )Y( )N _____       ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

---

ACT 754-76                 IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
  ( )Y (X)N   CONFINEMENT:  00 06 000  00 00 000   00 06 000  00 03 002
             PROBATION  :  00 00 000               00 00 000

DATE SENTENCED: 09/16/92   SENTENCE BEGINS:      09/16/92

---

PROVISIONS                          COSTS/RESTITUTION

  X  COURT COSTS                    RESTITUTION    _____ 317.00
  X  RESTITUTION                    ATTORNEY FEE   _____
  X  CRIME VICTIM                   CRIME VICTIMS  _____ 25.00
  X  RECOUPMENT                     COST           _____ 171.00
  X  JAIL                           FINE           $100.00
                                    MUNICIPAL FEES _____
                                    DRUG FEES      _____

                                    TOTAL          $  613.00

---

APPEAL DATE      SUSPENDED        AFFIRMED         REARREST

( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

---

REMARKS:                            THIS IS TO CERTIFY THAT THE
                                    ABOVE INFORMATION WAS EXTRACTED
                                    FROM OFFICIAL COURT RECORDS AND
                                    AND IS TRUE AND CORRECT.

DEFENDANT SENTENCED TO 6 MONTHS IN HOUSTON COUNTY JAIL.   DEFENDANT
GIVEN CREDIT FOR TIME SERVED.

                                    Julia L. Grant
                                    JULIA TRANT

                                    09/17/92

---

OPERATOR: PAM
PREPARED: 09/17/92

I, Julia L. Trant, Clerk of the _Circuit_
Court, hereby certify that this is a true and correct
copy of _Transcript_ filed in this Court
on _Raymond T. Mathis_
This the _17th_ day of _Sept._ 19_93_

_Julia L. Trant_
CLERK OF COURT

WRIT OF ARREST

27721

# The State of Alabama
## Houston County

}                                    CIRCUIT COURT

To Any Sheriff of the State of Alabama:                                    No. 59

An indictment having been found against _Reynard Mathis_

at the _September_ _____ Term, 19 91, of the Circuit Court of said County

for the offense of _Kidnapping, First Degree_

you are therefore commanded forthwith to arrest the said Defendant and commit him to jail unless he gives bail to answer said Indictment, and you are further directed to make return of this writ according to law.

Dated this _11th_ day of _October_ 19 91

_Julia L. Grant_ Clerk

b/m

Defendant lives at _505 Keyton Alley, Dothan, al_                    Jail

The officer executing this writ may admit the Defendant to bail upon entering into Bond in the amount of _$10,000_ Dollars with two or more good securities approved by said officers.

_Julia L. Grant_ Clerk

Received in office this the _____ day of _OCT 11 1991_ 19 _____

Sheriff _____

I have executed this writ by arresting the within named defendant and

☐ Taking Appearance Bond      ☒ Committing Defendant to Jail      ☐ Continued on Extising Bond

This the _16_ day of _October_ 19 _91_

Sheriff _Lamar Hadden_                    Deputy Sheriff _Jerry Grubs_

TRI-STATE / DOTHAN

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
IDENTIFICATION DIVISION
WASHINGTON, D.C. 20537

AL0380000

PCN 912610685809

***SPECIAL INFORMATION--

MISSING ORI # FOR SEND COPY TO-COPIES NOT SENT:DISTRICT ATTORNEY
DOTHAN,AL

**The State of Alabama**

Houston County

CIRCUIT COURT

To Any Sheriff of the State of Alabama:

No. _77_

An indictment having been found against _Raymond Mathis_

at the _September_ Term, 19 _91_, of the Circuit Court of said County

for the offense of _Assault, Third Degree_

you are therefore commanded forthwith to arrest the said Defendant and commit him to jail unless he gives bail to answer said Indictment, and you are further directed to make return of this writ according to law.

Dated this _11th_ day of _October_ 19 _91_

_Julia L. Grant_ Clerk

Defendant lives at _____

The officer executing this writ may admit the Defendant to bail upon entering into Bond in the amount of _$5,000_ Dollars with two or more good securities approved by said officers.

_Julia L. Grant_ Clerk

Received in office this the _____ day of _OCT 15 1991_ 19 _____

Sheriff _____

I have executed this writ by arresting the within named defendant and

☐ Taking Appearance Bond     ☐ Committing Defendant to Jail     ☐ Continued on Extising Bond

This the _16_ day of _October_ 19 _91_.

Sheriff _Lamar Haddon_     Deputy Sheriff _Danny Jacobs Sr._

TRI-STATE / DOTHAN

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
IDENTIFICATION DIVISION
WASHINGTON, D.C.  20537

AL0380000                                              PCN 912620201604

THE ENCLOSED RECORD WITH THE FBI NUMBER 806409HA6 AND PROCESS
CONTROL NUMBER (PCN) 912620201604 IS BEING PROVIDED AS THE RESULT
OF A CRIMINAL RETAIN IDENT FINGERPRINT CARD

DATA RELATED TO THIS RECORD WAS REQUESTED FROM THE FOLLOWING:

FLORIDA          - STATE ID/FL02474003
FBI              - FBI/806409HA6

AL0380000
SHERIFFS OFFICE
HOUSTON COUNTY
112 OATES STREET
PO BOX 6406
DOTHAN, AL 36302-6406

TRANSCRIPT OF RECORD
CONVICTION REPORT

CASE: CC 90 000320.01
GRAND JURY: 00146

IN THE CIRCUIT COURT OF HOUSTON COUNTY

COURT ORI: 03B015J

STATE OF ALABAMA    VS

DC NO: 90 000551.00

MATHIS RAYMOND
504 KEYTON
DOTHAN AL

SSN: 000000000
SID NO:
AIS NO: _____

DOB: 08/29/62  SEX: M  HEIGHT: 6'0"  WEIGHT: 175  HAIR CLR: BLK  EYE CLR: BRO

RACE: (*)W ( )B ( )OTHER  COMPLEXION: ____  AGE: ____  DIS FEATURES: _____

DATE OFFENSE: _____  ARREST DATE: 04/13/90  ARRESTING ORI: AL 03B015J

CHARGE CONVICTION: ARSON II

OFFENSE CLASS ( )A ( )B ( )C

JUDGE: DENNY L. HOLLOWAY   PROSECUTING ATTORNEY: MAXWELL, GARY R

| | PROBATION APPLIED | GRANTED | DATE | REARRESTED DATE | REVOKED | DATE |
|---|---|---|---|---|---|---|
| | (*)Y ( )N 05/09/91 | (*)Y ( )N | 06/10/91 | (*)Y ( )N 07/26/91 | (*)Y ( )N | 09/23/91 |

| SENTENCE CONFINEMENT YR MO DAY ACT 754-76 | PROBATION TERM YR MO DAY | SUSPENDED YR MO DAY | JAIL CREDIT ORDERED YR MO DAY |
|---|---|---|---|
| 01 00 001 | ( )Y (*)N 00 00 000 | 00 00 000 (*)Y ( )NONE | 00 03 016 |

DATE SENTENCED: 05/09/91  DATE SENTENCE BEGINS: 09/23/91

SENTENCE PROVISIONS

RESTITUTION / RECOUPMENT

( ) CONCURRENT        ( ) FORMAL
( ) CONSECUTIVE       ( ) INFORMAL
( ) BOOT CAMP (ACT 88-163)  *
( ) REVOCATION        ( ) BRYCE
( ) HABITUAL OFFENDER ( ) WORK RELEASE
( ) YOUTHFUL OFFENDER (ACT 335-72)
( ) RESTITUTION (SPECIFY & ATTACH ORDER)
(*) RECOUPMENT (SPECIFY & ATTACH ORDER)
( ) LIFE   ( ) LIFE W/O PAROLE   ( ) DEATH

| | |
|---|---|
| RESTITUTION | $0.00 |
| ATTORNEY FEE | $422.00 |
| VICTIMS COMP | $100.00 |
| COURT COST | $387.00 |
| WRTH CHK FEE | $0.00 |
| FINE | $500.00 |
| OTHER FEE | $0.00 |

| APPEAL INFORMATION DATE | SENTENCE SUSPENDED PENDING APPEAL DATE | SENTENCE AFFIRMED DATE | DATE REARREST |
|---|---|---|---|
| ( )Y (*)N _____ | ( )Y ( )N _____ | ( )Y ( )N _____ | _____ |

REMARKS AND OTHER INFORMATION
(CONTINUE ON REVERSE SIDE)

Defendant's probation revoked on 9-23-91.

_____

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS AND
IS TRUE AND CORRECT ACCORDING
TO THE RECORD(AFFIX COURT SEAL)

September 24, 1991
DATE

JULIA TRANT          CLERK OF COURT

_Julia Trant_
SIGNATURE

ASTERISK (*) INDICATES THAT A BLOCK HAS BEEN CHECKED

8-29-60

29402

HOUSTON COUNTY JAIL

RECORDS RELEASE OF CHARGES
TO: DOCKET

DATE _O 9- /6-92_

INMATE NAME _RAymond Mathis_

TO BE RELEASED (DATE) _O 9-16-92_ (TIME) _D9:40 Am_

FROM CHARGES LISTED BELOW

CHARGE(S) _Assault Third degree_ CASE# _CC91-1111_

_____ CASE# _____

_____ CASE# _____

_____ CASE# _____

IF THERE ARE NO ADDITIONAL CHARGES PENDING ON INMATE AND INMATE CLEARS WARRANT CHECK HE MAY BE RELEASED

_____
RECORDS AND CLASSIFICATIONS

WARRANT CHECK

COUNTY (S.O.) _NCg_ BY _____ DOCKET OFFICER _____
(INITIALS)

NCIC _Neg_ BY _MAVIA_ DOCKET OFFICER _____
(INITIALS)

DOTHAN P.D. _Neg_ BY _II 2_ DOCKET OFFICER _____
(INITIALS)

CLEARED/NOT CLEARED (DATE) _9-16-92_ TIME _10:10 Am_

REMARKS _Release Time served_ _Judge Jackson_
_Checked by J. Guardi._
_Peterman_

DOCKET RELEASING OFFICER

_____
SHIFT SERGEANT

```
AOSO20           ALABA. JUDICIAL INFORMATION SYST..    CASE: DC 98 002242.00
OPER: ROJ                    CASE ACTION SUMMARY
PAGE:   1                    DISTRICT  CRIMINAL    29402    RUN DATE: 10/02/98

IN THE DISTRICT COURT OF HOUSTON
                                                                   JUDGE: MJS
STATE OF ALABAMA                VS    MATHIS RAYMOND
                                      609 LINDEN ST
CASE: DC 98 002242.00
                                      DOTHAN, AL  36303 0000

DOB: 08/29/62    SEX: M  RACE: B  HT: 6 00  WT: 210  HR: BLK EYES: BRO
SSN: 363672452  ALIAS NAMES:

CHARGE: REGULATING VEHICLES        CODE1: RWNI LIT: RWNI FOOD WORLD TYP: M
MORE?:     OFFENSE DATE: 05/07/98  AGENCY/OFFICER: 0380000 GLOVER

DATE WAR/CAP ISS:              DATE ARRESTED: 10/01/98
DATE     INDICTED:             DATE     FILED: 10/02/98
DATE     RELEASED: 10/01/98    DATE   HEARING:
BOND     AMOUNT:      $300.00  SURETIES: LIBERTY BO

DATE 1: 11/05/98   DESC: ARRG        TIME: 0830 A
DATE 2:            DESC:              TIME: 0000

   DEF/ATY: Hon. Phyllis Logsdon (a)   TYPE:                    TYPE:
PROSECUTOR:

OTH CSE: WR99-2130    CHK/TICKET NO: WR99-2378    GRAND JURY:
COURT REPORTER:              SID NO:
DEF STATUS: BOND            DEMAND:                OPER: ROJ

NOTE:    WARRANT ISSUED: 080398

DATE          ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 11/5/98 | Conditional forfeiture + alias writ of arrest ordered issued. Bond set $600 |
| 11/6/98 | CFA iss |
| 11/17/98 | Application for bondsman process |
| 12/26/98 | Rec Alias/Bondsman Process |
| 12/30/98 | Deft having been arrested on Alias/Bondsman Process — Case set for Arrg hr 2-4-99 at 8:30 am, Judge Steensland   McFen |
| 12 30 98 | Deft having missed 72 Hr Hearing Bond reduced to 300.⁰⁰   McFatter, Judge |
| 1-4-99 | Copy given to Lucy at jail - I was off wk of 12/30/98. |
| 12/31/98 | Released - Thompson |
| 2/4/99 | Same rec. as DC 98-2241 |

2-9-99

The Defendant having been advised of all
his/her rights and being represented by
_Pro Se_
and on hearing ~~testimony~~/plea of guilty,
Defendant found guilty and punishment ~~set~~
fixed at a fine of $ _one $h $ 25_ and
costs and a sentence to hard labor for
Houston County, Alabama for _12_
months/~~days~~; which sentence is suspended
on condition the Defendant pays the ~~fine~~
~~and~~ costs, restitution and service charge

_Seged Concurrent with DC-78-2241, (#100%/100.)_

and conducts himself in a reasonable and
lawful ~~manner~~ for _2 yrs_

_____ JUDGE

2/9/99 copy of CAS made by of. officer - Brown

1/27/00 ALIAS WRIT OF ARREST ORDERED ISSUED.

BOND SET _1200.00_

3-30-2000 issued

4/4/2000 rec. alias

4/4/2000 Rev. h. set 5/3/2000 at 8:30 a.m.

4/5/2000 Deft. advised of rights. Hon. Phyllis Logsdon appt.
Steensland, Judge

05-03-2000    Defendant is currently serving a 2 year sentence for 3 NWNI cases
(DC98-1972 through DC98-1974). Revocation is denied and all costs are
remitted.
_____ Judge

```
AOSC270'          ALABAM  JUDICIAL INFORMATION SYST. ,      CASE: DC 98 002241.00
OPER: ROJ                   CASE ACTION SUMMARY
PAGE:  1                 DISTRICT  CRIMINAL                     RUN DATE: 10/02/98

IN THE DISTRICT COURT OF  HOUSTON                                        JUDGE: MJS

STATE  OF ALABAMA              VS      MATHIS RAYMOND
                                       609 LINDEN ST
CASE: DC 98 002241.00
                                       DOTHAN, AL  36303 0000

DOB: 02/29/62        SEX: M  RACE: B  HT: 6 00  WT: 210   HR: BLK EYES: BRO
SSN: 363-72452  ALIAS NAMES:

CHARGE: NEGOTIATING WORTHLES                 CODE1: NWNT LIT: NWNT FOOD WORLD TYP: M
MORE5:          OFFENSE DATE: 05/07/98  AGENCY/OFFICER: 0380000 GLOVER

DATE WAR/CAP ISS:                    DATE ARRESTED: 10/01/98
DATE     INDICTED:                   DATE     FILED: 10/02/98
DATE     RELEASED: 10/01/98          DATE  HEARING:
BOND     AMOUNT:       $300.00       SURETIES: LIBERTY BO

DATE 1: 11/05/98  DESC: ARRG           TIME: 0930 A
DATE 2:           DESC: 0000           TIME: 0000

     DEF/ATY: Hon. Chyllis Logsdon (a)  TYPE:                      TYPE:
PROSECUTOR:

OTH CSE: WR98-3131      CHK/TICKET NO: WR98-2379        GRAND JURY:
COURT REPORTER:                   SID NO:
DEF STATUS: BOND                 DEMAND:                        OPER: ROJ

NOTE:    WARRANT ISSUED: 080398

DATE        ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 11/5/98 | & FTA |
| 11/5/98 | Conditional forfeiture & alias writ of arrest ordered issued. Bond set $600 |
| 11/6/98 | CFA iss |
| 11/17/98 | Application for bondsman proc. |
| 12/26/98 | Rec. Alias (Bondsman's Process) |
| 12/30/98 | Deft having been arrested on Alias/Bondsman Process — Case set for Ping Hr. 2-4-99 at 8:30am Judge Steensland |
| 12-30-98 | Deft was not seen by Judge or Magistrate within 72 Hrs — Bond is hereby reduced to $300.00 |
| 1-4-99 | Copy given to Lucy at jail - I was off wk of 12/30/98. |
| 12/31/98 | Bel. Thompson |
| 02/4/69 | Sentd. 12 mos. susp. for 2 mos on payment of costs, |

2-8-99

The Defendant having been advised of all
his/her rights and being represented by
_Pro Se_
and on hearing ~~testimony~~/plea of guilty,
Defendant found guilty and punishment
fixed at a fine of $ _fine 16.25_ and
costs and a sentence to hard labor for
Houston County, Alabama for _12_
months/~~days~~; which sentence is suspended
on condition the Defendant pays the ~~fine~~
~~and~~ costs, restitution and service charge
_Pro Pay #100/month Begin March 10, 1999_

and conducts himself in a reasonable and
lawful ~~manner~~ for _Ten_.

_____ JUDG

2/4/99  Copy of CAS made by ct. officer Brown

3/27/00  ALIAS WRIT OF ARREST ORDERED ISSUED.

BOND SET _1200_

3-30-2000  issued

4/4/2000   Rec. alias

4/4/2000   Rev. h. set 5/3/2000 at 8:30 a.m.

4/5/2000   Deft. advised of rights. Hon. Phyllis Logsdon appt.
4/6/2000   Copy of CAS put in atty box
                                        Steensland, Judge

05-03-2000   Defendant is currently serving a 2 year sentence for 3 NWNI cases
             (DC98-1972 through DC98-1974). Revocation is denied and all costs are
             remitted.

_____ Judge

ALABAMA JUDICIAL INFORMATION SYSTEM                CASE: DC 98 002241.00
ACSD270          ALABAMA  CASE ACTION SUMMARY                  RUN DATE: 10/02/98
OPER: ROJ                DISTRICT   CRIMINAL
PAGE:  1                                                        JUDGE: MJS

IN THE DISTRICT COURT OF HOUSTON
STATE  OF  ALABAMA              VS     MATHIS RAYMOND
                                       609 LINDEN ST
CASE: DC 98 002241.00                  DOTHAN, AL  36303 0000

DOB: 08/29/62            SEX: M  RACE: B  HT: 6 00  WT: 210    HR: BLK  EYES: BRO
SSN: 363497452   ALIAS NAMES:
                                       CODEL: MUNI LIT: MUNI FOOD WORLD TYP: M
CHARGE1: NEGOTIATING WORTHLES     AGENCY/OFFICER: 0980000 GLOVER
MORE?:        OFFENSE DATE: 05/07/98

DATE WAR/CAP ISS:                      DATE ARRESTED: 10/01/98
DATE   INDICTED:                      DATE    FILED: 10/02/98
DATE   RELEASED: 10/01/98             DATE  HEARING:
BOND    AMOUNT:        $300.00             SURETIES: LIBERTY BO

DATE 1: 11/05/98   DESC: ARRG         TIME: 0830 A
DATE 2:            DESC: 0000         TIME: 0000

    DEF/ATY: Hon. Phyllis Logsdon (a)    TYPE:                          TYPE:
PROSECUTOR:
OTH CSE: WR98-3131      CHK/TICKET NO: WR98-2379          GRAND JURY:
COURT REPORTER:              SID NO:                       OPER: ROJ
DEF STATUS: BOND             DEMAND:

NOTE:    WARRANT ISSUED: 080398

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 11/5/98 | & FTA |
| 11/5/98 | Conditional forfeiture & alias writ of arrest ordered issued. Bond set $600 |
| 11/6/98 | CFA iss |
| 11/17/98 | Application for bondsman process |
| 12/26/98 | Rec. Alias (Bondsman's Process) |
| 12/30/98 | Deft having been arrested on Alias/Bondsman Process — Case set for Arrg Hrg 2-4-99 at 8:30 am Judge Steensland |
| 12/30/98 | Deft was not seen by Judge or Magistrate within 72 Hrs - Bond is hereby reduced to 300.00 Mt atler Judge |
| 1-4-99 | Copy given to Lucy at jail - I was off wk of 12/30/98 |
| 12/31/98 | Rel. Thompson |
| 02/4/09 | Sent. 12 mos, susp for 2 yrs on payment of costs, |

2-8-99

The Defendant having been advised of all his/her rights and being represented by

_____ Pro Se _____

and on hearing ~~testimony~~/plea of guilty, Defendant found guilty and punishment fixed at a fine of $ ~~none~~ $625 ~~each~~ and costs and a sentence to hard labor for Houston County, Alabama for 12 months/~~days~~; which sentence is suspended on condition the Defendant pays the ~~fine and~~ costs, restitution and service charge

_Pro Pay #100 /month begin March 10, 1999_

_____

and conducts himself in a reasonable and lawful ~~manner~~ for _____ 2 yr.

~~_____~~ JUDG

2/4/99  Copy of CAS made by ct. officer Brown

3/27/00  ALIAS WRIT OF ARREST ORDERED ISSUED.

BOND SET _____ 1200 _____

3-30-2000 issued

4/4/2000    Re alias

4/4/2000    Rev. h. set 5/3/2000 at 8:30 a.m.

4/5/2000    Deft. advised of rights. Hon. Phyllis Logsdon appt.

4/6/2000    Copy of CAS put in atty box

Steensland, Judge

05-03-2000    Defendant is currently serving a 2 year sentence for 3 NWNI cases (DC98-1972 through DC98-1974). Revocation is denied and all costs are remitted.

_____ Judge

```
AOSO370              ALABA.  JUDICIAL INFORMATION SYST.        CASE: DC 98 002242.00
OPER: ROJ                    CASE ACTION SUMMARY              RUN DATE: 10/02/98
PAGE:  1              DISTRICT    CRIMINAL    29402
                                                              JUDGE: MJS

IN THE DISTRICT COURT OF HOUSTON
                                 VS      MATHIS RAYMOND
STATE OF ALABAMA                         209 LINDEN ST

CASE: DC 98 002242.00                    DOTHAN, AL  36303 0000

               SEX: M  RACE: B  HT: 6 00  WT: 210   HR: BLK EYES: BRO

DOB: 08/29/62
SSN: 363672452  ALIAS NAMES:
                                      CODE1: RWMI LIT: RWMI FOOD WORLD TYP: M
CHARGE1: NEGOTIATING WORTHLESS     AGENCY/OFFICER: 0380000 GLOVER
MORE?:         OFFENSE DATE: 05/07/98

DATE WAR/CAP ISS:                     DATE ARRESTED: 10/01/98
DATE    INDICTED:                     DATE    FILED: 10/02/98
DATE    RELEASED: 10/01/98            DATE  HEARINGS:
BOND     AMOUNT:       $300.00               SURETIES: LIBERTY BO

DATE 1: 11/05/98  DESC: ARRG           TIME: 0830 A
DATE 2:           DESC:                TIME: 0000

   DEF/ATY: Hon. Phyllis Logsdon (a)    TYPE:                    TYPE:
PROSECUTOR:
OTH CSE: WR98-3130    CHK/TICKET NO: WR98-2378        GRAND JURY:
COURT REPORTER:                SID NO:                        OPER: ROJ
DEF STATUS: BOND               DEMAND:

NOTE:       WARRANT ISSUED: 080398
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 11/5/98 | Conditional forfeiture + alias writ of arrest ordered issued. Bond set $600 |
| 11/6/98 | CFA ras |
| 11/17/98 | Application for bondsman process |
| 12/26/98 | Rec Alias/Bondsman Process) |
| 12/30/98 | Deft having been arrested on Alias/Bondsman Process Case set for Arrg hr 2-4-99 at 8:30am, Judge Steensland  McFaters |
| 12 30 98 | Deft having missed 72 Hr Hearing Bond reduced to 300.⁰⁰  McFaters, Judge |
| 1-4-99 | copy given to Lucy at jail. I was off wk of 12/30/98. |
| 12/31/98 | Cleared - Thompson |
| 2/4/98 | Same rec. as DC 98-2241 |

2-9-99

The Defendant having been advised of all
his/her rights and being represented by

_Pro Se_

and on hearing ~~testimony~~/plea of guilty,
Defendant found guilty and punishment ~~set~~
fixed at a fine of $ _vac plus $25_ and
costs and a sentence to hard labor for
Houston County, Alabama for _12_
months/~~days~~; which sentence is suspended
on condition the Defendant pays the ~~fine~~
~~and~~ costs, restitution and service charge

_Legal Consent air DC-98-2291, (#100%/mo.)_

and conducts himself in a reasonable and
lawful ~~manner~~ for _2yr_

_____ JUDGE

2/4/99 _copy of CAS made by ct. officer · brown_

3/27/00
ALIAS WRIT OF ARREST ORDERED ISSUED.

BOND SET _1200.00_

3-30-2000 _issued_

4/4/2000 _rec. alias_

4/4/2000 _Rev. h. set 5/3/2000 at 8:30 a.m._

4/5/2000 _Deft. advised of rights. Hon. Phyllis Logsdon appt.
Steensland, Judge_

05-03-2000    Defendant is currently serving a 2 year sentence for 3 NWNI cases
(DC98-1972 through DC98-1974). Revocation is denied and all costs are
remitted.

_____ Judge

ACR... CRIMINAL INFORMATION SYSTEM    CASE: CC 1999 000574.00
OPER: JUB    CIRCUIT CRIMINAL    RUN DATE: 06/02/1999
PAGE: 1    JUDGE: SEJ

29402

IN THE CIRCUIT COURT OF HOUSTON    VS    MATHIS RAYMOND
                                          %HOUSTON COUNTY JAIL
STATE OF ALABAMA                          DOTHAN, AL 36301 0000

CASE: CC 1999 000574.00    DOB: 08/29/1962    SEX: M    RACE: B    HT: 6 00    WT: 220    HR: BLK    EYES: BRO

SSN: 363677452    ALIAS NAMES:

CHARGE01: REC STOLEN PROP 1ST    CODE01: RSP1    LIT: REC STOLEN PRO    TYP: F    #: 001
OFFENSE DATE:                    AGENCY/OFFICER: 0380100 MEREDIT

DATE WAR/CAP ISS:                DATE ARRESTED: 02/05/1999
DATE    INDICTED: 05/27/1999     DATE    FILED: 06/02/1999
DATE    RELEASED:                DATE    HEARING:
BOND    AMOUNT:    $20,000.00    SURETIES:

DATE 1: 06/23/1999    DESC: ARRG    TIME: 0900 A
DATE 2: 08/16/1999    DESC: JTRL    TIME: 0830 A

    Jon Smith (?)    TYPE: A    TYPE:

DEF/ATY: LOCKTON, PHILLIP S
         207 WEST TROY STREET

         DOTHAN    AL 36301

PROSECUTOR: VALESKA, DOUGLAS A

OTH CSE: DC199900035500 CHK/TICKET NO: WR99-7525    GRAND JURY: 000000
COURT REPORTER: _____    SID NO:    00000000    OPER: JUB
DEF STATUS: JAIL    DEMAND: Y

OTE: POSSIBLE AW: TF199000018900

ACTIONS, JUDGEMENTS, AND NOTES

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 6-23-99 | WAIVER OF ARRAIGNMENT |
|  | RESPONSIVE DISCOVERY ORDER |
|  | 6/24 19 99 |
|  | Within 14 days of this order, the State and Defendant will make available for inspection and copying all material discoverable under the applicable Rules of Criminal Procedure. In addition, the State will make any exculpatory materials available to the defense. This State will make the materials available at the District Attorney's office and the defense will do likewise to defense counsel/public ... |
|  | Edward Jackson, Judge |
|  | CIRCUIT JUDGE |
|  | (6-29-99 T - 35 (DA) |
| 7-2-99-- | Defendant's motion for discovery. |
| 8-9-99 | Request For Speedy Trial. |
| 8-9-99 | Request For Speedy Trial Noted. |
|  | (8-12-99 T 35 DA) |
|  | Edward Jackson, Judge |

8-30-99--Motion for discovery of all voting records and other information concerning
potential jurors.

9/3/99 Motion denied, Jackson, Judge

( 9-3-99 -- J / th, D.A.)

9-1-99--Notice to defendant of previous convictions and notice of intent to use such
convictions for impeachment purposes.

9-3-99--Motion for complete recording and transcript of all proceedings.

9-16-99- Case Continued unreached motion for complete
Recording and transcript of all proceedings
denied except as to those required by law.
( 9-17-99 -- J -- JS,
D.A.) Edward Jackson, Judge

10-1-99--Motion for expenses for an independent handwriting expert and compel state's
witness to provide handwriting exemplars.

10-7-99- Ex Parte Order. (In File)

10-27-99--Motion for bond reduction.

11-1-99 Bond reduction hearing set Nov. 23, 1999
at 9:30 A.M.
(11-2-99 J-JS, Edward Jackson, Judge
D.A.)

11/23/99 Bond reduction denied, J.J.

```
ACRUS
OPER: JUB                      CASE ACTION SUMMARY              RUN DATE: 06/02/1999
PAGE:  1                       CIRCUIT   CRIMINAL
```

IN THE CIRCUIT COURT OF HOUSTON                                         JUDGE: SEJ

2940Z

```
TATE  OF  ALABAMA              VS    MATHIS RAYMOND
                                     XHOUSTON COUNTY JAIL
CASE: CC 1999 000574.00
                                     DOTHAN, AL  36301 0000

DOB: 08/27/1962        SEX: M  RACE: B  HT: 6 00  WT: 220   HR: BLK EYES: BRO
SSN: 363677452  ALIAS NAMES:

CHARGE01: REC STOLEN PROP 1ST   CODE01: RSP1  LIT: REC STOLEN PRO TYP: F #: 001
OFFENSE DATE:                           AGENCY/OFFICER: 0380100 MEREDIT

DATE WAR/CAP ISS:                DATE ARRESTED: 02/08/1999
DATE     INDICTED: 05/27/1999    DATE     FILED: 06/02/1999
DATE     RELEASED:               DATE   HEARING:
BOND      AMOUNT:     $20,000.00       SURETIES:

DATE 1: 06/23/1999  DESC: ARRG          TIME: 0900 A
DATE 2: 08/16/1999  DESC: JTRL          TIME: 0830 A
    DEF/ATY: LOGGDEN, PHYLLIS    Jim Smith (?)    TYPE: A                    TYPE:
             207 WEST TROY STREET

             DOTHAN        AL 36301

PROSECUTOR: VALESKA, DOUGLAS A
```

```
OTH CSE: DC199900035500 CHK/TICKET NO: WR99-7525        GRAND JURY: 000000
COURT REPORTER:                   SID NO:    000000000            OPER: JUB
DEF STATUS: JAIL           DEMAND: Y

TE: POSSIBLE AW: TR099000018900
```

| DATE | ACTIONS,   JUDGEMENTS,   AND   NOTES |
|------|--------------------------------------|
| 6-23-99 | **WAIVER OF ARRAIGNMENT** |
|  | RECIPROCAL DISCOVERY ORDER |
|  | 6/24 is 99 |
|  | Within 14 days of this order, the State and Defendant will make available for inspection and copying all materials discoverable under the Alabama Rules of Criminal Procedure. In addition, the State will make any exculpatory materials available to the defense. This State will make this materials available at the District Attorney's office and the defense will do likewise at defense counsel's office. |
|  | Edward Jackson, Judge |
|  | CIRCUIT JUDGE |
|  | (6-24-99 n 35 (DA) |
| 7-2-99-- | Defendant's motion for discovery. |
| 8-9-99 | Request For Speedy Trial. |
| 8-9-99 | Request For Speedy Trial noted. |
|  | (8/12/99 n 35 (DA) |
|  | Edward Jackson, Judge |

8-30-99--Motion for discovery of all voting records and other information concerning potential jurors.

*9/3/99 Motion denied. [signature]*

*( 9-3-99 - M - th, DA)*

9-1-99--Notice to defendant of previous convictions and notice of intent to use such convictions for impeachment purposes.

9-3-99--Motion for complete recording and transcript of all proceedings.

*9-16-99- Case Continued unreached Motion for Complete Recording and transcript of all proceedings denied except as to those required by law.*

*( 9-17-99 - M-JS, DA) Edward Jackson, Judge*

10-1-99--Motion for expenses for an independent handwriting expert and compel state's witness to provide handwriting exemplars.

*10-7-99 Ex Parte Order. (On File)*

10-27-99--Motion for bond reduction.

*11-1-99 Bond reduction hearing set Nov. 23, 1999 at 9:30 A.M.*

*(11-2-99 M-JS, Edward Jackson, Judge DA.)*

*11/23/99 Bond reduction denied, [signature]*

PD 108

# DOTHAN POLICE DEPARTMENT ARREST REPORT   A C P WR

ADULT _✓_   JUVENILE____   ARREST # _99000671_   ITEM #____   IH4?   Y   N

DATE _02 08 99_   ARREST TIME _0954 HRS_   BOOKING TIME _1004_

LASTNAME _MATHIS_   FIRST NAME _Raymond_   MIDDLE NAME____

ALIAS OR MAIDEN LAST NAME____   FIRST NAME____   MIDDLE____

ADDRESS _609 Lindon ST_   APT / LOT____   CITY _Dothan_   STATE _AL_

ZIP _36301_ DOB _8/29/62_   SSN _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_   PHONE _334 792-0411_

POB____ _Dothan_   DL#____   ST____   IP   NP

EMPLOYER _Unemployed_   OCCUPATION _LABOR_

ADDRESS____   CITY____   STATE____ ZIP____

WORK PHONE____   RACE _B_   SEX _M_   HEIGHT _6'0"_   WEIGHT _205_

ETHNIC   01 – HISPANIC   02- NON-HISPANIC  ③– BLACK   04 – NATIVE AMERICAN   OTHER____

HAIR COLOR  ⓛ– BLACK   02 – BLONDE   03 – BROWN   04 – GRAY   05 – RED   07 – WHITE   09 – SALT/PEPPER
OTHER____

HAIR LENGTH   01 – BALD   ②– SHORT   03 – MEDIUM   04 – SHOULDER LENGTH   05 – DOWN BACK
06-WAIST LENGTH   OTHER____

HAIRSTYLE   01 – BALD   02 – BALD/TOP   04 – CREWCUT   05 – PART LEFT   06 – PART RIGHT   07 – PART CENTER
08-PULLED   BACK   09 – PONYTAIL   10 – PIGTAIL   11 – RATTAIL   12 – PUNK   14 – AFRO   15 – DREDS
16 – FADE   OTHER____

EYE COLOR   01 – BLACK   02 – BLUE  ③– BROWN   05 – GREEN   06 – HAZEL   12 – GLASS EYE   13 - PATCH
OTHER____

GLASSES   Y  /Ⓝ   COMPLEXION   01 – ALBINO  ③– DARK   05 – FAIR   06 – LIGHT   08 – MEDIUM   10 – OLIVE
11 – RUDDY   OTHER____

FACIAL HAIR  ⓛ– NONE   02 – STUBBLE   03 – MUSTACHE   04 – BEARD   05 – MUSTACHE/BEARD   06 - GOATEE
07 – MUSTACHE/GOATEE   08 – FU MANCHU   OTHER____

BUILD   01 – SLIGHT  ②– MEDIUM   03 – MUSCULAR   04 – POTBELLY   05 – OBESE   06 – LARGE   07 – HEAVY
08 – AVERAGE   09 – SLIM   10 – SMALL   11 – THIN   OTHER____

TEETH   01 – NORMAL   02 – BROKEN   03 – CROOKED  ⑤– MISSING   06 – FALSE   07 – GOLD   08 – SILVER
09 – BRACES   OTHER _Front_

SPEECH   01 – SOFT  ②– NORMAL   03 – LOUD   04 – SLURRED   06 – ACCENT   07 – STUTTER   09 – MUTE
OTHER____

HAND USE  ⓛ– RIGHT  02– LEFT   03 – AMBIDEXTRIOUS

MARITAL STATUS   01 – SINGLE   02 – MARRIED·   03 – DIVORCED  ④– SEPARATED   05 – WIDOWED
06-COHABITATING   OTHER____

CAUTIONS   01-COMMUNICABLE DISEASE   03-DRUG USER   05-MENTALLY UNSTABLE   06-RESIST ARREST
08-CARRIES FIREARM   09-CARRIES KNIFE   12-FALSE REPORTS   15-FALSE NAME   OTHER____

RELIGION NONE  BODY MARKS / SCARS NONE  LOC

TATTOOS NONE  LOCATION

VIOLATION LOCATION

ARREST LOCATION 210 N. ST ANDREW ST DOTHAN AL

ZONE 16 DIVISION / SHIFT WARRANT 1 ST ORI 0380100  OTHER ORI

ARREST TYPE  01 – ON VIEW  02 – CALL  03 – WARRANT  04 - JPO

CHARGE ONE Receiving stolen prop  COUNTS 1  UCR 2803  SEQUENCE 601765

STATUTE 13 A 8 17  CLEARANCES 1

CITA#  BAC  INTOX. OPER / ID

RELATED CASE # 98 - 10151  SOURCE Offn

RELATED CASE #  SOURCE

RELATED CASE #  SOURCE

RELATED CASE #  SOURCE

SID#  ST  SID #  ST  FBI #

NARRATIVE Subj was arrested on Warrant

ARRESTING OFFICER / ID Cpl. Gn JACKSON  ASSISTING OFFICER / ID

CASE OFFICER / ID 309  SUPERVISOR / ID S. Montgomery #384

# DOTHAN POLICE DEPARTMENT ARREST REPORT

A  C  P  WR

PD 108

ADULT __X__   JUVENILE _____   ARREST # _0199000 454_   ITEM # _____   IH4?   Y  (N)

DATE _01-26-99_   ARREST TIME _0900_   BOOKING TIME _1239_

LASTNAME _MARKS_   FIRST NAME _RAYMOND_   MIDDLE NAME _____

ALIAS OR MAIDEN LAST NAME _____   FIRST NAME _____   MIDDLE _____

ADDRESS _609 LINDEN St_   APT / LOT _____   CITY _Dothan_   STATE _AL_

ZIP _36303_  DOB _08-29-62_  SSN _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_   PHONE _NONE_

POB _SAGINAW MI_   DL# _____   ST _____   IP (NP)

EMPLOYER _UNEMP_   OCCUPATION _Cook_

ADDRESS _____   CITY _____   STATE _____   ZIP _____

WORK PHONE _____   RACE _B_   SEX _M_   HEIGHT _6⁰⁰_   WEIGHT _210_

ETHNIC  01 – HISPANIC  02- NON-HISPANIC  03 BLACK  04 – NATIVE AMERICAN  OTHER _____

HAIR COLOR  01 BLACK  02 – BLONDE  03 – BROWN  04 – GRAY  05 – RED  07 – WHITE  09 – SALT/PEPPER  OTHER _____

HAIR LENGTH  01 – BALD  02 SHORT  03 – MEDIUM  04 – SHOULDER LENGTH  05 – DOWN BACK  06-WAIST LENGTH  OTHER _____

HAIRSTYLE  01 – BALD 02 – BALD/TOP 04 – CREWCUT 05 – PART LEFT  06 – PART RIGHT  07 – PART CENTER  08-PULLED BACK 09 – PONYTAIL 10 – PIGTAIL 11 – RATTAIL 12 – PUNK 14 – AFRO 15 – DREDS  16 – FADE  OTHER _____

EYE COLOR  01 – BLACK  02 – BLUE  03 – BROWN  05 – GREEN  06 – HAZEL  12 – GLASS EYE  13 - PATCH  OTHER _____

GLASSES  Y  (N)   COMPLEXION  01 – ALBINO  03 – DARK  05 – FAIR  06 – LIGHT  (08) MEDIUM  10 – OLIVE  11 – RUDDY  OTHER _____

FACIAL HAIR  (01) NONE 02 – STUBBLE  03 – MUSTACHE  04 – BEARD  05 – MUSTACHE/BEARD  06 - GOATEE  07 – MUSTACHE/GOATEE  08 – FU MANCHU  OTHER _____

BUILD  01 –SLIGHT  02 – MEDIUM  03 MUSCULAR  04 – POTBELLY  05 – OBESE  06 – LARGE  07 – HEAVY  08 – AVERAGE  09 – SLIM  10 – SMALL  11 – THIN  OTHER _____

TEETH  01 – NORMAL  02 – BROKEN  03 – CROOKED  05 MISSING  06 – FALSE  07 – GOLD  08 – SILVER  09 – BRACES  OTHER _____

SPEECH  01 – SOFT  02 – NORMAL  03 – LOUD  04 – SLURRED  06 – ACCENT  07 – STUTTER  09 – MUTE  OTHER _____

HAND USE  01 – RIGHT  02 – LEFT  03 – AMBIDEXTRIOUS

MARITAL STATUS  01 – SINGLE  02 – MARRIED  03 – DIVORCED  04 – SEPARATED  05 – WIDOWED  06-COHABITATING  OTHER _____

CAUTIONS  01-COMMUNICABLE DISEASE  03-DRUG USER  05-MENTALLY UNSTABLE  06-RESIST ARREST  08-CARRIES FIREARM 09-CARRIES KNIFE 12-FALSE REPORTS 15-FALSE NAME  OTHER _____

RELIGION _Baptist_  BODY MARKS / SCARS _____ LOC _____

TATTOOS _____ LOCATION _____

VIOLATION LOCATION ____806 Tacona St_____

ARREST LOCATION ____210 N. St. Andrews St_____

ZONE _18_ DIVISION / SHIFT ____CID____  ORI _0380 1000_  OTHER ORI _____

ARREST TYPE   01 – ON VIEW   02 – CALL   03 WARRANT   04 – JPO

CHARGE _ONE Receiving Stolen Prop 1st_ COUNTS _1_ UCR _2803_  SEQUENCE _61408_

STATUTE _13A-8-17_____  CLEARANCES _1___

CITA# _____ BAC _____ INTOX. OPER / ID _____

RELATED CASE # ____0199000615_____  SOURCE ___OK'N_____

RELATED CASE # _____  SOURCE _____

RELATED CASE # _____  SOURCE _____

RELATED CASE # _____  SOURCE _____

SID # _____ ST _____ SID # _____ ST _____ FBI # _____

NARRATIVE _____

_____ON WARRANT_____

ARRESTING OFFICER / ID __Beeson 211___  ASSISTING OFFICER / ID _____

CASE OFFICER / ID _____  SUPERVISOR / ID _Shirah 289_

Houston County Jail
Statement Form

Time _1050_____ Date _4-11-00_____ Place _Houston County Jail_

I, _Carl W. Kirksey_____, make the following true and correct statement pertaining to an Incident/Offense that occured at the Houston County Jail on _11 Apr 2000_____, 19 _9_

While Searching I/m Raymond Mathis Cell. I Found a bag with rolled up Tobacco, rolling Papper and Tobacco in it. The bag had I/m's name on it. This is a Violation of Ruel #11 No in mate will Possess or attempt Posses ContraBand either on The Person, Clothing, in cell in a Place. where it might be reasonably believed it is under his Control. "LAST ENTRY"

End of Statement

I have read or had read to me the above statement consisting of _____ pages and attest that it is a true and accurate account of the events which took place on _____. It was given by me freely and voluntarily without fear of threat, promise or reward.

Witnessed by _____    Signature _____

Witnessed by _____    Page _____ of _____ pages

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: _1505_    DATE: _7 Jan 2004_    PLACE: HOUSTON COUNTY JAIL

I, _E. Rodgers_, make the following true and correct statement pertaining to an
Incident/Offense that occurred at the Houston County Jail on _7 / Jan / 04_.

On The Above Date At Appr. 14:30 It Was Brought
To My Attention That Inmates In F-Dorm Were
Complaining That Im Mathis, Raymond Was Suspected Of
Stealing Items From Other Inmates In The Dorm. Im Mathis'
Cell (F-2) Was "Shakedown" By C/Os Laney, Roberts, McKinnie,
And Myself. Numerous Contraband Items Were Found
Including The Stuffing Out Of Houstons County Jail
Mattress. The Stuffing Was Placed In A Laundry Bag
In Order To Make A Pillow. This And Other Items
Were Removed And Placed In Docket. E/os

_7 June 2004_
(Date)

29402

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: _1505_     DATE: _7 Jan 2004_     PLACE: HOUSTON COUNTY JAIL

I, _E. Rodgers_____, make the following true and correct statement pertaining to an
Incident/Offense that occurred at the Houston County Jail on _7_ / _Jan_ / _04_.

On The Above Date At Appr 1430 It was Brought
To My Attention That Inmates in F-Dorm were
Complaining That I/g Mathis, Raymond was Suspected Of
Stealing Items From Other Inmates in The Dorm. I/g Mathis'
Cell (F-3) was "Shakendown" By C/os Laney, Roberts, McKinnie,
And Myself. Numerous Contraband Items were Found
Including The Stuffing Out Of Houston County Jail
Mattress. The Stuffing was Placed in A Laundry Bag
In Order To Make A Pillow. This and Other Items
Were Removed And Placed in Docket E-05

_____    _7 Jan 2004_
                                         (Date)

HOUSTON COUNTY SHERIFF'S DEPARTMENT

LAMAR GLOVER, SHERIFF

VISITING LIST

NAME _Raymond MATHIS_    INMATE# _29402_

FLOOR LOCATION _A Pts. Floor_    DATE _8/10/04_

VISITORS NAME

1. _ESTER M. BRITT_    1. _JOHN McSWAN_

2. _HERRETICE S. MATHIS_ 2. _Edith J MATHIS_

3. _CHARLES Collins_    3. _Raymond Z. MATHIS_

4. _Mor___ w/F/m_    4. _RayALE & RAymsHA MATHIS_

(Only one can visit)

BANNED

1. _____    2. _____

NOTE
THIS IS A PERMANENT VISITING LIST. IT MAY ONLY BE CHANGE
AFTER SIX(6) MONTHS(MAY AND NOVEMBER ONLY). YOU WILL BE
ALLOWED A TOTAL OF (8) NAMES ON YOUR VISITING LIST, BUT YOU
WILL BE ALLOWED TWO(2) VISITORS TO COME ON YOUR VISITING
DAY, CHILDREN ( NO MATTER THEIR AGE, COUNT AS ONE VISITOR),
AND THERE WILL NOT BE ANY EXCEPTIONS TO THIS RULE. EVERY
VISITOR MUST SHOW THEIR VALID PICTURE IDENTIFICATION
(DRIVER'S LICENSE/STATE IDENTIFICATION CARD), WITH THE
EXCEPTION OF CHILDREN UNDER THE AGE OF SIXTEEN (16), WHO MAY
USE THEIR SOCIAL SECURITY CARD.

I HAVE READ THE ABOVE STATEMENTS AND I HAVE LISTED MY (8)
VISITORS NAME ABOVE.

I/M SIGNATURE _Raymond Mathis_    DATE_____

C/O SIGNATURE _____    DATE_____

Mathis, Raymond

29402 B/m

504

Houston County Jail
Statement Form

Time _Between 8 & 9 pm_ Date _4-8-00_ Place _4 South East Cell 6_

I, _Mark Ritchie_ , make the following true and correct statement
pertaining to an Incident/Offense that occured at the Houston County Jail on _4-8-00_ .

Inmate Todd Hodges was using the phone and apparently
thought the T.V. was to loud so he jumped up and unplugged
the T.V. Raymond Mathias and I and the others were
playing cards and watching the ballgame so Raymond got
up plugged the T.V. back in, and then sat back down and
resumed card play. Hodges, while still on the phone made the
comment "Somebody needs to be putting on their shoes, Articipating
a fight, Raymond put on his shoes in case Todd jumped on him.
After Todd got off the phone, he tried to get Raymond to
come in 8 cell to fight him. He had taken off his glasses
so it was obvious what his intentions were. Raymond would
not come in the cell, so Todd proceeded to entice Raymond
to swing first. Since it became obvious that
Raymond was trying to avoid the conflict, Todd Hodges
rushed him and swung at Raymond. From there it was
just of matter of Raymond defending himself until
officers could break it up.

I have read or had read to me the above statement consisting of _1_ pages and attest that it is a true
and accurate account of the events which took place on _4 South East Cell 6_ . It was given
by me freely and volunarily, without fear of threat, promise or reward.

Witnessed by _____ Signature _Mark Ritchie_

Witnessed by _____ Page _____ of _____ pages

Houston County Jail
Statement Form

Time _9:30_    Date _April 8, 00_    Place _Houston County Jail_

I, _Chris White_____, make the following true and correct statement
pertaining to an Incident/Offense that occured at the Houston County Jail on _April 8_ , _00_ .

I was standing by the phone when inmate Todd
walk by Raymond Mathis and said somthing Raymond
ask Todd if he had a problem with him.
At that time Todd started getting ready to fight.
When he Todd came at Raymond's, Raymond was
trying to defend his self. Then they started fighting
inmate Todd threw the first punch.

I have read or had read to me the above statement consisting of __1__ pages and attest that it is a true
and accurate account of the events which took place on _April 8, 00_. It was given
by me freely and volunarily, without fear of threat, promise or reward.

Witnessed by _____    Signature _Chris White_

Witnessed by _____    Page _____ of _____ pages

INMATE WORKER RELEASE FORM

I _Raymond Mathis_ BEING CONSIDERED AS AN INMATE WORKER
(INMATE'S NAME)
FOR THE HOUSTON COUNTY JAIL, AGREE TO SUBMIT TO A BLOOD/URINE/

BREATH TEST FOR VDRL AND HIV ANTI-BODIES AND ANY OTHER

LABORATORY OR PHYSICAL TESTING THAT MAY BE DESIGNATED BY

THE CHIEF CORRECTIONS OFFICER.  I UNDERSTAND THAT THIS IS A

CONFIDENTIAL MEDICAL REPORT AND THAT SAID REPORT WILL BE

MAINTAINED IN MY MEDICAL FILE.  I FURTHER UNDERSTAND THAT THERE

IS AT LEAST A FIVE (5) DAY WAITING PERIOD FOR THE ANALYSIS

RESULTS.

I ALSO UNDERSTAND THAT THE CHIEF CORRECTIONS OFFICER IS THE

APPOINTING AUTHORITY AND MAY REVOKE MY INMATE WORKER PRIVILEGES

AT ANY TIME.

X _Raymond Mathis_                    _Lee Boyle_
(INMATE SIGNATURE)                    (WITNESS/TITLE)

                                      _Fail to Dim. DWI_
                                      (CHARGE)

                                      _30 days + 30 days + F_ (
                                      (TIME AT HARD LABOR)

DATE SUBMITTED TO NURSE _____   _Rg B_    17-21-9?
                                      (APPOINTED TO)  (DATE)

CLEARED FOR PHYSICAL LABOR _____
                           (DATE)

CLEARED FOR FOOD HANDLING _____
                          (DATE)                _____
                                                (TRANSFERRED)  (DATE)

ANY DISCIPLINARIES?  YES ___  NO ___    _____
                                        (REMOVED)    (DATE)

ANY HOLDS?           YES___   NO ___    _____
                                        (REASON)
(IF SO, WHERE? _____

ANY CHARGES PENDING?  YES ___  NO ___   _____
                                        (GOOD TIME AWARDED)

Alias DWS
Alias Speeding

```
ACROS72           ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: DC 2005 001258.00
OPER: AMI              CASE ACTION SUMMARY
PAGE:   1               DISTRICT   CRIMINAL              RUN DATE: 04/11/2005
                                                            JUDGE: DLH
IN THE DISTRICT COURT OF  HOUSTON

STATE  OF  ALABAMA                VS     MATHIS RAYMOND
                                         917 MERCURY DRIVE
CASE: DC 2005 001258.00
                                         DOTHAN, AL  36301 0000

DOB: 06/27/1982        SEX: M  RACE: B  HT: 6 0Z  WT: 230   HR: BLK EYES: BRO
SSN: 363767452  ALIAS NAMES:

CHARGE01: BURGLARY 3RD DEGREE  CODE01: BUR3  LIT: BURGLARY 3RD D TYP: F #: 001
OFFENSE DATE: 03/26/2005                  AGENCY/OFFICER: 0380100 INV SRA

DATE WAR/CAP ISS:                    DATE ARRESTED: 03/26/2005
DATE    INDICTED:                    DATE   FILED: 03/28/2005
DATE    RELEASED:                    DATE  HEARING:
BOND      AMOUNT:     $110,000.00    SURETIES:

DATE 1: 03/28/2005  DESC: APPO       TIME: 0200 P
DATE 2: 05/04/2005  DESC: PLMH       TIME: 0830 A

TRACKING NOS: WR 2005 013793 00  /                          /

   DEF/ATY: MCGHEE BILLY SHAUN        TYPE: C                       TYPE:
            P O BOX 1225
            211 W MAIN ST, SUITE 2
            DOTHAN        AL 36302                    00000

PROSECUTOR:

OTH CSE: WR2005013793OO CHK/TICKET NO: WR2005013793      GRAND JURY: 005-05
COURT REPORTER:_____ SID NO:     000000000
DEF STATUS: JAIL               DEMAND:                        OPER: AMI

DATE         ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 3/28/2005 | Deft. adv. of Rights; S. McGhee appt. |
| 3/29/2005 | Copy CAS/warrant to attorney    *Brad Mendheim* JUDGE |
| 3/30/2005 | Demand of Preliminary Hearing |
| 3/30/2005 | Motion for Order of Discovery |
| 3/31/2005 | PRELIMINARY HEARING IS SET FOR 4th DAY OF May, 2005 AT 8:30 A.M. |
| ...2005 | Copy CAS to attorney |
| ...05 | Motion to Reduce Bail |
| ...5 | Bond hearing set 4/13/2005 at 2:00pm |

```
ACROST2                 ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: DC 2005 001258.00
OPER: AMI                       CASE ACTION SUMMARY
PAGE:   1                        DISTRICT  CRIMINAL                  RUN DATE: 04/11/2005
IN THE DISTRICT COURT OF  HOUSTON
                                                                         JUDGE: DLH

STATE  OF  ALABAMA                       VS      MATHIS RAYMOND
                                                 917 MERCURY DRIVE
CASE: DC 2005 001258.00
                                                 DOTHAN, AL  36301 0000

DOB: 05/27/1783         SEX: M  RACE: B  HT: 6 02  WT: 230   HR: BLK EYES: BRO
SSN: 363767452  ALIAS NAMES:

CHARGE01: BURGLARY 3RD DEGREE   CODE01: BUR3  LIT: BURGLARY 3RD D TYP: F #: 001
OFFENSE DATE: 03/26/2005                 AGENCY/OFFICER: 0380100 INV BRA

DATE WAR/CAP ISS:
DATE     INDICTED:                       DATE ARRESTED: 03/26/2005
DATE     RELEASED:                       DATE   FILED: 03/28/2005
BOND     AMOUNT:      $110,000.00        DATE HEARING:
                                              SURETIES:
DATE 1: 03/28/2005  DESC: APPD
DATE 2: 05/04/2005  DESC: PLMH           TIME: 0202 P
                                         TIME: 0830 A
TRACKING NOS: WR 2005 013773 00  /

    DEF/ATY: MCGHEE BILLY SHAUN          TYPE: C                        TYPE:
             P O BOX 1228
             211 W MAIN ST, SUITE 2
             DOTHAN      AL 36302                           00000
PROSECUTOR:

OTH CSE: WR200501377300 CHK/TICKET NO: WR200501377300      GRAND JURY: 005-05
COURT REPORTER:  ------------------ SID NO:
DEF STATUS: JAIL                   DEMAND: ---00000000---           OPER: AMI
DATE       ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|--------------------------------|
| 3/29/2005 | Deft adv. of rights; S. McGhee appt. |
| 3/29/2005 | Copy CAS/warrant to attorney   *Brad Mendheim*, **JUDGE** |
| 3/30/2005 | Demand of Preliminary Hearing |
| 3/30/2005 | Motion for order of Discovery |
| 3/31/2005 | PRELIMINARY HEARING IS SET FOR 4TH DAY OF May 2005 AT 8:30 A.M. |
| 3/31/2005 | Copy CAS to attorney |
| 4/8/2005 | Motion to Reduce Bail |
| 4/11/2005 | Bond hearing set 4/13/2005 at 2:00pm |
| 4/11/2005 | Copy CAS to DA, Jail, and attorney |
| DEF 4/11/05 | |
| 4/13/05 | Alias arson prior other mssl 2 pending felonies, motion to red. denied |

29420

ACR359

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

DC 2005 001153.00 01
M. JOHN STEENSLAND

---

DISTRICT COURT OF HOUSTON COUNTY                    COURT ORI: 038023 J

STATE OF ALABAMA        VS.                     DC NO.: WR 2005 007826.00
HALL ANTHONY B              ALIAS:              G J:
1203 N CHERRY ST            ALIAS:              SSN:   423215096
DOTHAN  AL  36301                               SID:   000000000
                                                AIS:

---

DOB:  08/14/1966   SEX: M   HT: 5 10   WT: 150   HAIR: BLK   EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION:        AGE:        FEATURES:

---

DATE OFFENSE: 03/09/2005   ARREST DATE: 03/09/2005   ARREST ORI: 0032500

---

CHARGES @ CONV      CITES          CT CL COURT ACTION              CA DATE
FISH-W/O LIC POSSE 220-002-023     01  U  GUILTY PLEA             08/10/2005
                                    0                             00/00/0000
                                    0                             00/00/0000

---

JUDGE: M. JOHN STEENSLAND          PROSECUTOR:

---

PROBATION APPLIED    GRANTED    DATE      REARRESTED DATE      REVOKED    DATE
( )Y ( )N          ( )Y ( )N            ( )Y ( )N            ( )Y ( )N

15-18-8  CODE OF ALA 1975   IMPOSED    SUSPENDED    TOTAL     JAIL CREDIT
( )Y (X)N   CONFINEMENT:  00 00 010  00 00 000   00 00 010   00 00 002
            PROBATION  :  00 00 000              00 00 000
DATE SENTENCED: 08/10/2005        SENTENCE BEGINS: 08/10/2005

---

PROVISIONS              COSTS/RESTITUTION          DUE          ORDERED

CONSECUT SENT          RESTITUTION               $0.00          $0.00
JAIL                   ATTORNEY FEE              $0.00          $0.00
                       CRIME VICTIMS             $0.00          $0.00
10 days - COST         COST                     $22.00         $22.00
                       FINE                      $0.00          $0.00
                       MUNICIPAL FEES            $0.00          $0.00
                       DRUG FEES                 $0.00          $0.00
                       ADDTL DEFENDANT           $0.00          $0.00
                       DA FEES                   $0.00          $0.00
                       COLLECTION ACCT           $0.00          $0.00
                       JAIL FEES                 $0.00          $0.00

                       TOTAL                    $22.00         $22.00

---

APPEAL DATE        SUSPENDED          AFFIRMED              REARREST
( )Y ( )N _____  ( )Y ( )N _____    ( )Y ( )N            ( )Y ( )N

---

REMARKS:                          THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
                                  FROM OFFICIAL COURT RECORDS
JAIL CREDIT GIVEN FOR 2 DAYS.     AND IS TRUE AND CORRECT.


                                  JUDY BYRD
                                  08/17/2005

---

OPERATOR: PHT
PREPARED: 08/17/2005

805 08-25-05
Shoued have been
08-18-05 (no

# COURT INFORMATION

C/O _Conlin C_

Name _Mathis Raymond_                    Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 4-13-05 | Burg 3 | DC05-1258 | 05-04-05 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name _Bond Hrg — denied_

JUDGE: _Stansbur_

SHELLEYS/793-1005                                        FORM #5136

---

1:00 p.m.

# COURT INFORMATION

C/O _Johnson_

Name _Raymond Mathis_                    Inmate No. _29402_

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 09-06-05 | Paternity | CS05-0107 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name _wrong person inmate advise it is his son whom has the same last and first name. Raymond E Mathis is the one supposed to be in court_

JUDGE: _Holloway_

SHELLEYS/793-1005

# DOTHAN POLICE DEPARTMENT ARREST REPORT

| CASE# | ITEM# | DATE | | | ARREST TIME | BOOKING TIME | ☑ ADULT | ☐ IH4 |
|---|---|---|---|---|---|---|---|---|
| 1-05-001131 | 1 | 03 | 26 | 04 | 0305 | 06 14 | | ☐ JUVENILE |

**NAME (LAST, FIRST, MIDDLE):** MATHIS RAYMOND   **ALIAS NAMES OR NICKNAMES:**

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 917 MERCURY DRIVE | DOTHAN | AL | 36301 |

| HOME PHONE | WORK PHONE | DOB | | | POB | SSN |
|---|---|---|---|---|---|---|
| NONE | NONE | 08 | 29 | 62 | SAGINAW, MI. | 363767452 |

| OLN/ID | STATE | RACE | SEX | ETHNIC ORIGIN | HEIGHT | WEIGHT | OCCUPATION |
|---|---|---|---|---|---|---|---|
| MIP 5228062 | AL | B | M | BLACK | 602 | 230 | LABORER |

| EMPLOYER | EMPLOYER ADDRESS |
|---|---|
| UNEMPLOYED | NONE |

| HAIR COLOR | HAIR LENGTH | HAIR STYLE | EYE COLOR | COMPLEXION | FACIAL HAIR | BUILD |
|---|---|---|---|---|---|---|
| BLACK | SHORT | AFRO | BRN | DARK | NONE | MUSCULAR |

| TEETH | SPEECH | WEAPON HELD | HANDUSE | MARITAL STATUS | SOBRIETY |
|---|---|---|---|---|---|
| NORMAL | NORMAL | NONE | L | SINGLE | SOBER |

| CAUTIONS | RELIGION | SCARS, MARKS, TATTOOS |
|---|---|---|
| S-9C, S50 S59R | NONE | NONE |

| SID# | SID# | SID# | FBI# |
|---|---|---|---|
| | | | |

| RELATED CASE# | SOURCE | RELATED CASE# | SOURCE |
|---|---|---|---|
| 1-05-002633 | OFFN | | |
| 1-05-002634 | OFFN | | |

| VIOLATION LOCATION | ZONE |
|---|---|
| 1817 MONTGOMERY HWY DOTHAN, AL | 17 |

| ARREST LOCATION | ZONE |
|---|---|
| SAME | 12 |

| | CHARGE 1 | COUNTS | UCR | STATUTE | CLEARED |
|---|---|---|---|---|---|
| ☑ ON VIEW / ☐ CALL / ☐ WARRANT / ☐ JPO | Burglary III | 1 | | 13A-7-7 | |
| ☐ ON VIEW / ☐ CALL / ☐ WARRANT / ☐ JPO | CHARGE 2 | | | | |
| ☐ ON VIEW / ☐ CALL / ☐ WARRANT / ☐ JPO | CHARGE 3 | | | | |
| ☐ ON VIEW / ☐ CALL / ☐ WARRANT / ☐ JPO | CHARGE 4 | | | | |
| ☐ ON VIEW / ☐ CALL / ☐ WARRANT / ☐ JPO | CHARGE 5 | | | | |

| AW#1 | | | AW#2 | | |
|---|---|---|---|---|---|
| AW#3 | | | AW#4 | | |
| AW#5 | | | AW#6 | | |
| AW#7 | | | AW#8 | | |
| AW#9 | | | AW#10 | | |

| ARRESTING OFFICER | ID# | SHIFT | SUPERVISOR/ID# |
|---|---|---|---|
| S. COSTELLO | 706 | 3RD | |

# HOLD FOR DOTHAN POLICE DEPARTMENT

Date: _1-26-99_

Name: _RAYMOND MATHIS_ Sex _M_ Race _B_

DOB: _3-29-62_

REASON: _HOLD SGT GRAY_
_HE WILL TRANSPORT INMATE BAC_
_TO CITY CID IN THE A.M. OF_
_01-27-99. DON'T RELEASE_

Record # _____

Officer Placing Hold: _Sgt. Dod_