# COURT INFORMATION

C/O_____

Name Mathis, Raymond _____ Inmate No. 09402

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 1-5-05 | RSP 1st | CC04-2056 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name  Atty. T. Stinson   Waived _____

_____

_____

_____

Judge: White

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| [1] Yes | [1] Yes |
| [2] No | [2] No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| C 39,00,00 | Houston CO. S.O. | 0,0,9,5,0,4,9,d | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Mathis, Raymond | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| [X]M [ ]F | [X]W [ ]B [ ]A | 6'0 | 210 | BRO | BK | | [1] SCARS  [2] MARKS  [3] TATOOS  [4] AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| | 363-16-7-12k-45P | 03,29,1937 | 37 | 29402 |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | | |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 [X] RESIDENT  27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|
| [2] NON-RESIDENT   609 Linden St. Dothan, AL | ( ) | |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| | | ( ) |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION? [1] YES [ ] NO |
|---|---|---|
| 164 N. Oates | ZONE 101 | [2] IN STATE  [3] OUT STATE  AGENCY |

| 36 CONDITION OF ARRESTEE: [1] DRUNK [X] SOBER [3] DRINKING [4] DRUGS | 37 RESIST ARREST? [1] YES [X] NO | 38 INJURIES? [1] NONE [2] OFFICER [3] ARRESTEE | 39 ARMED? [1] Y [2] N | 40 DESCRIPTION OF WEAPON [1] HANDGUN [2] RIFLE [3] SHOTGUN [4] OTHER FIREARM [5] OTHER WEAPON |
|---|---|---|---|---|

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 04,09,00 | 16:40 [1] A.M. [2] P.M. [ ] MIL. | S M [W] T F S | [1] ON VIEW [2] CALL [X] WARRANT | [1] YES [2] NO [ ] UNKNOWN |

| 46 CHARGE-1 [ ] FEL [X] MISD | 47 UCR CODE | 48 CHARGE-2 [ ] FEL [X] MISD | 49 UCR CODE |
|---|---|---|---|
| FTA-NWI | | FTA NWI | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| 98-2242 | | 04,33,00,00 | 98-2241 | | 04,313,00,0,0 |

| 56 CHARGE-3 [ ] FEL [ ] MISD | 57 UCR CODE | 58 CHARGE-4 [ ] FEL [ ] MISD | 59 UCR CODE |
|---|---|---|---|
| | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| | | M D Y | | | M D Y |

| 66 ARREST DISPOSITION [1] HELD [2] BAIL [3] RELEASED [4] TOT—LE [5] OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO | TOP / BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 78 VIN | 79 IMPOUNDED? [1] YES [2] NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | [ ] CONTINUED IN NARRATIVE |
|---|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION: [1] HANDLED AND RELEASED [2] REF. TO JUVENILE COURT [3] REF. TO WELFARE AGENCY [4] REF. TO OTHER POLICE AGENCY [5] REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| M D Y : [ ] AM [ ] PM [ ] MIL | | | |

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE [1] YES [2] NO [ ] PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| Box 2  $2,400.00 |

| | LOCAL USE |
|---|---|
| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE [ ] Y [ ] N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|
| Blattel, James | 85 | Ward, Tracy | 3837 | | |

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: DC 2005 001256.00
OPER: AMI                    CASE ACTION SUMMARY
PAGE:   1                  DISTRICT  CRIMINAL                    RUN DATE: 03/28/2005

IN THE DISTRICT COURT OF  HOUSTON                                           JUDGE: DLH

STATE OF ALABAMA                    VS     MATHIS RAYMOND
                                           717 MERCURY DRIVE
CASE: DC 2005 001256.00
                                           DOTHAN, AL  36301 0000

DOB: 05/27/1962          SEX: M  RACE: B  HT: 6 02  WT: 230    HR: BLK EYES: BRO
SSN: 345747462  ALIAS NAMES:
CHARGE01: BURGLARY 3RD DEGREE    CODE01: BUR3  LIT: BURGLARY 3RD D TYP: F #: 001
OFFENSE DATE: 03/26/2005                   AGENCY/OFFICER: 0380100 INV BRA

DATE WAR/CAP ISS:                          DATE ARRESTED: 03/26/2005
DATE      INDICTED:                        DATE    FILED: 03/28/2005
DATE      RELEASED:                        DATE  HEARING:
BOND      AMOUNT:    $110,000.00                  SURETIES:

DATE 1: 03/28/2005  DESC: APPD              TIME: 0200 P
DATE 2:             DESC:                   TIME: 0000

TRACKING NOS: WR 2005 013793 00  /                          /

   DEF/ATY:                       TYPE:                          TYPE:

                         00000                        00000

PROSECUTOR:

OTH CSE: WR200501379300 CHK/TICKET NO: WR2005013793       GRAND JURY: 005-05
COURT REPORTER: -------------    BIR NO:  00000000
DEF STATUS: JAIL                DEMAND:                          OPER: AMI
DATE          ACTIONS,  JUDGEMENTS,  AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 3-28-2005 | *Sale. D. ts; S. McGhee appt* |
| | *Bradley* |
| | *Judge* |

*Moved to J8-30* (handwritten)

# HOUSTON COUNTY JAIL
## 901 EAST MAIN STREET
## DOTHAN, AL 36301

## WAIVER OF LIABILITY

I, _Raymond Mathis_, do hereby affirm that I have no problems living in population at Houston County Jail. I have no known enemies here. I am releasing any liability from officials of the Houston County Jail. I understand that should any problems occur at the Houston County Jail, I will report these problems to the nearest officer at the Houston County Jail.

I signed this without threat, promise, or coercion of any Houston County Jail or Houston County Sheriff's Department Employee(s).

Inmate Signature

Inmate Number

Sgt on Duty Signature

Records Division Signature

Jail Commander Signature

Date

revised 05/2004



Nov. "2004"

# HOUSTON COUNTY SHERIFF'S DEPARTMENT

## LAMAR GLOVER, SHERIFF

### VISITING LIST

NAME _Mathis  Raymond_    INMATE# _29402_

FLOOR LOCATION _A  Cell #10_  DATE _10/20/04_

**VISITORS NAME**

1. _Ester m. Britt_     1. _Chords Collins_
2. _Raymesha Mathis_    2. _~~Rosa~~ ~~Lee~~ Malvin Mathis_
3. _Rayala Mathis_      3. _Edith T. Mathis_
4. _Raymond Mathis_     4. _John McSavosu_

**BANNED**

1. _____    2. _____

**NOTE**

THIS IS A PERMANENT VISITING LIST.  IT MAY ONLY BE CHANGE
AFTER SIX(6) MONTHS.  YOU WILL BE ALLOWED A TOTAL OF (8) NAMES
ON YOUR VISITING LIST, BUT YOU WILL BE ALLOWED TWO(2)
VISITORS TO COME ON YOUR VISITING DAY, CHILDREN ( NO MATTER
THEIR AGE, COUNT AS ONE VISITOR), AND THERE WILL NOT BE ANY
EXCEPTIONS TO THIS RULE.  EVERY VISITOR MUST SHOW THEIR
VALID PICTURE IDENTIFICATION (DRIVER'S LICENSE/STATE
IDENTIFICATION CARD), WITH THE EXCEPTION OF CHILDREN UNDER
THE AGE OF SIXTEEN (16), WHO MAY USE THEIR SOCIAL SECURITY
CARD.

I HAVE READ THE ABOVE STATEMENTS AND I HAVE LISTED MY (8)
VISITORS NAME ABOVE.

I/M SIGNATURE _Raymond Mathis_    DATE _10/20/04_

C/O SIGNATURE _____    DATE _11/6/04_

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| | | |
|---|---|---|
| JUVENILE FINGERPRINT SUBMISSION     YES ☐ | DATE OF ARREST<br>MM  DD  YY<br>20050328 | ORI<br>CONTRIBUTOR  **AL0380000**<br>**HOUSTON CO SD**<br>ADDRESS  **DOTHAN AL** |
| TREAT AS ADULT     YES ☐ | | REPLY<br>DESIRED?   YES ☐ **Y** |
| SEND COPY TO<br>(ENTER ORI) | DATE OF OFFENSE<br>MM  DD  YY<br>20050328 | PLACE OF BIRTH (STATE OR COUNTRY)<br>**MI** |
| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS | COUNTRY OF CITIZENSHIP<br>**US** |

| | | | |
|---|---|---|---|
| | RESIDENCE/COMPLETE ADDRESS<br>**917    MERCURY DR** | CITY<br>**DOTHAN** | STATE<br>**AL**<br>**36301** |
| OFFICIAL TAKING FINGERPRINTS<br>(NAME OR NUMBER)<br>**J27**<br>**MICHAEL CAPSHAW** | LOCAL IDENTIFICATION/REFERENCE<br>**29402** | PHOTO AVAILABLE?  YES ☒ X | |
| EMPLOYER:   IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY,<br>IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO | | PALM PRINTS TAKEN?  YES ☐ | |

OCCUPATION

| CHARGE/CITATION | DISPOSITION |
|---|---|
| **20050328   2299**<br>**BURGL**<br>**BURGL III** | 1. |
| | 2. |
| | 3. |
| ADDITIONAL | ADDITIONAL |
| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |

249(REV. 5-11-99)    U.S. GOVERNMENT PRINTING OFFICE: 2005-310-412-80944

(STAPLE HERE)

LEAVE BLANK    CRIMINAL

STATE USAGE

NFF SECOND

SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

**MATHIS, RAYMOND** LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

ATE USAGE

SIGNATURE OF PERSON FINGERPRINTED

SOC 363767452

LEAVE BLANK

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY 19620829 | SEX M | RACE B | HEIGHT 602 | WEIGHT 230 | EYES BRO | HAIR BLK |
|---|---|---|---|---|---|---|---|---|



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

ID 50X50G8 TPFC #1107 11:18:53    5701LD #1  20050828-11:30

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

VENILE FINGERPRINT

BMISSION          YES  ☐

SAT AS ADULT      YES  ☐

DATE OF ARREST
MM  DD  YY
20050328

ORI
CONTRIBUTOR    **AL0380000**
                **HOUSTON CO SD**
ADDRESS         **DOTHAN AL**

REPLY        YES  ☐ **Y**
DESIRED?

ND COPY TO
NTER ORI)

DATE OF OFFENSE
MM  DD  YY
20050328

PLACE OF BIRTH (STATE OR COUNTRY)
**MI**

COUNTRY OF CITIZENSHIP
**US**

SCELLANEOUS NUMBERS

SCARS, MARKS, TATTOOS, AND AMPUTATIONS

RESIDENCE/COMPLETE ADDRESS
**917        MERCURY DR**

CITY                    STATE
**DOTHAN**               **AL**
                         **36301**

FICIAL TAKING FINGERPRINTS
AME OR NUMBER)
**J27**
**MICHAEL CAPSHAW**

LOCAL IDENTIFICATION/REFERENCE
**29402**

PHOTO AVAILABLE?    YES  ☐ X

PALM PRINTS TAKEN?  YES  ☐

IPLOYER:   IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
           IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

OCCUPATION

IARGE/CITATION
**20050328    2299**
**BURGL**
**BURGL III**

DISPOSITION
1.

2.

3.

DITIONAL

ADDITIONAL

DITIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU STAMP

)-240(REV. 5-11-99)   U.S. GOVERNMENT PRINTING OFFICE: 2005-310-412/80444

LEAVE BLANK                CRIMINAL

NFF SECOND

SUBMISSION   APPROXIMATE CLASS   AMPUTATION   SCAR

STATE USAGE

**MATHIS, RAYMOND** LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX.

SIGNATURE OF PERSON FINGERPRINTED

SOC **363767452**                LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY **19620829** | SEX **M** | RACE **B** | HEIGHT **602** | WEIGHT **230** | EYES **BRO** | HAIR **BLK** |
|---|---|---|---|---|---|---|---|---|



1. R. THUMB      2. R. INDEX      3. R. MIDDLE      4. R. RING      5. R. LITTLE

6. L. THUMB      7. L. INDEX      8. L. MIDDLE      9. L. RING      10. L. LITTLE

ID 50X50G8 TPFC #110    :53            5701LD #1  20050328-11:22

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY      L. THUMB   R. THUMB      RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

29402

IN THE CIRCUIT COURT OF   HOUSTON                                          JUDGE: SEJ

TATE  OF  ALABAMA                      VS       MATHIS RAYMOND
                                                XHOUSTON COUNTY JAIL
CASE: CC 1999 000574.00
                                                DOTHAN, AL  36301 0000

DOB: 08/29/1962          SEX: M   RACE: B   HT: 6 00   WT: 220    HR: BLK EYES: BRO
SSN: 363672452   ALIAS NAMES:

CHARGE01: REC STOLEN PROP 1ST   CODE01: RSP1   LIT: REC STOLEN PRO TYP: F #: 001
OFFENSE DATE:                               AGENCY/OFFICER: 0380100 MEREDIT

DATE WAR/CAP ISS:                   DATE ARRESTED: 02/08/1999
DATE      INDICTED: 05/27/1999      DATE      FILED: 06/02/1999
DATE      RELEASED:                 DATE  HEARING:
BOND      AMOUNT:      $20,000.00        SURETIES:

DATE 1: 06/23/1999   DESC: ARRG           TIME: 0900 A
DATE 2: 08/16/1999   DESC: JTRL           TIME: 0830 A
     DEF/ATY: LOGSDEN, PHYLLIS      Jon Smith (A) TYPE: A            TYPE:
              207 WEST TROY STREET

              DOTHAN        AL  36301

PROSECUTOR: VALESKA, DOUGLAS A


GTH CSE: DC199900035500 CHK/TICKET NO: WR99-7525         GRAND JURY: 000000
COURT REPORTER:                      SID NO:  000000000
DEF STATUS: JAIL              DEMAND: Y                          OPER: JUB
NOTE: POSSIBLE AW: TR199000018900

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 6-23-99 | **WAIVER OF ARRAIGNMENT** |
|  | RECIPROCAL DISCOVERY ORDER |
|  | 6/24 is 99 |
|  | Within 14 days of this order, the State and Defendant will make available for inspection and copying all in materia discovery under the separate Rules of Criminal Procedure. In addition, the State will make any exculpatory materials available to the defense. The State will make such materials available at the District Attorney's office and the defense will do likewise at defense counsel's office. |
|  | Edward Jackson, Judge |
|  | CIRCUIT JUDGE |
|  | (6-29-99 n-35 (DA) |
| 7-2-99-- | Defendant's motion for discovery. |
| 8-9-99 | Request For Speedy Trial. |
| 8-9-99 | Request For Speedy Trial Noted. |
|  | (8-12-99 n 35 DA) |
|  | Edward Jackson, Judge |

8-30-99--Motion for discovery of all voting records and other information concerning potential jurors.

9/3/99 Motion denied. *[handwritten signature]*, for
(9-3-99 - *[illegible]*, ∝ a)

9-1-99--Notice to defendant of previous convictions and notice of intent to use such convictions for impeachment purposes.

9-3-99--Motion for complete recording and transcript of all proceedings.

9-16-99 - Case Continued unreached motion for complete recording and transcript of all proceedings denied except as to those required by law.
( 9-17-99 - *[illegible]*, ∝ a) Edward Jackson, Judge

10-1-99--Motion for expenses for an independent handwriting expert and compel state's witness to provide handwriting exemplars.

10-7-99 *[handwritten, illegible]* Order. (On File)

10-27-99--Motion for bond reduction.

11-1-99 Bond reduction hearing set Nov. 23, 1999 at 9:30 A.M.
(11-2-99 *[illegible]*, Edward Jackson, Judge
∝ a)

11/23/99 Bond reduction denied, *[handwritten signature]*

```
ACRO372          ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2004 002056.00
OPER: RHM                CASE ACTION SUMMARY
PAGE:  1                 CIRCUIT   CRIMINAL                    RUN DATE: 12/21/2004
==================================================================================
IN THE CIRCUIT COURT OF  HOUSTON                                     JUDGE: JMN

STATE  OF  ALABAMA                    VS     MATHIS RAYMOND
                                             C/O HOUSTON COUNTY JAIL
CASE: CC 2004 002056.00                      901 E MAIN STREET
                                             DOTHAN, AL  36301 0000

DOB: 08/29/1962         SEX: M  RACE: B  HT: 6 01  WT: 215   HR: BLK EYES: BRO
SSN: 363767452  ALIAS NAMES:
==================================================================================
CHARGE01: REC STOLEN PROP 1ST  CODE01: RSP1  LIT: REC STOLEN PRO TYP: F #: 001
OFFENSE DATE: 07/29/2004               AGENCY/OFFICER: 0380100 MEREDIT

DATE WAR/CAP ISS:                      DATE ARRESTED: 08/07/2004
DATE    INDICTED: 12/03/2004           DATE     FILED: 12/21/2004
DATE    RELEASED:                      DATE   HEARING:
BOND     AMOUNT:    $26,000.00         SURETIES:
                              $7,500⁰⁰
DATE 1: 01/05/2005  DESC: ARRG          TIME: 0900 A
DATE 2: 03/07/2005  DESC: JTRL          TIME: 0830 A

TRACKING NOS: DC 2004 002394 00  /  WR 2004 012355 00  /

   DEF/ATY: STINSON TAMMY LaMere, matt  TYPE: C                    TYPE:
            P.O. BOX 756

            DOTHAN       AL 36302                      00000

PROSECUTOR: VALESKA DOUGLAS A
```

```
OTH CSE: DC200400239400 CHK/TICKET NO: 04007031      GRAND JURY: 225-10
COURT REPORTER: _____  SID NO:   000000000
DEF STATUS: JAIL                 DEMAND:                         OPER: RHM
==================================================================================
DATE        ACTIONS, JUDGEMENTS, AND NOTES
==================================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 12-13-04 | Motion to reduce bond |
| | December 22, 2004 - Motion to reduce bail denied. Amy on White Judge |
| 1-4-05 | N. T. Stinson, DA |
| 1-5-05 | WAIVER OF ARRAIGNMENT |
| | RECIPROCAL DISCOVERY ORDER |
| | 1-5, 2005    1-5-05 N: ML |
| | Within 14 days of this order, the State and Defendant will make available for inspection and copying all materials discoverable under the Alabama Rules of Criminal Procedure. In addition, the State will make any exculpatory materials available to the defense. The State will make its materials available at the District Attorney's office and the defense will do likewise at defense counsel's office. |
| | _____ White CIRCUIT JUDGE |
| 1-5-05 | Motion to reduce bond. |
| | January 13, 2005 - Bail reduced to $7500⁰⁰ Amy on White Judge |
| 1-20-05 | in: DA, Jail, M. Lamere |
| DN/21/2005 | |

STate of Alabama  Vs   Raymond Mathis                    CC2004-2056

1-21-2005     Motion for speedy trial.

Feb 1, 2005 –
Clerk directed to place case on next available
trial docket    FEB - 3 2005  N: LaMere, DA, Judy    Dwayne M. White
                                                      Judge

02-10-05  Motion to reduce bond

2-16-05 –
Motion to further reduce bail denied    Dwayne M. White
                                          Judge
FEB 18 2005  N: M. LaMere, DA

02-14-05    Motion to reduce bond.      Motion denied again    Judy m. White
       (2/24/05 N: Dept)                                        Judge

3-4-05 MOTION to withdraw (M. Lamere)

March 7, 2005 – Presiding Judge requested to
reassign case as my Contract attorney
Must withdraw.                    Dwayne White
                                   Judge

3-7-05 – Assigned to Judge Little –
       William White is Appointed  Tlaw Judge

3-10-05   N: M. Lamere, W. White

3-22-05  Deft is to be released on O.R. –
03-22-05 eue

**HOUSTON COUNTY JAIL**
**JAIL DOCKET CARD**

A    11:48
8-7-04

| INMATE # | LAST NAME | FIRST | MIDDLE | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|
| 29400 | Mathis | Raymond | | | | |

| ARRESTING AGENCY | DATE RECEIVED | TEMP. RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED | ARRESTING OFFICER |
|---|---|---|---|---|---|---|
| DPD/HCSD | 8-7-04 | | | 3/22/15 | Own Recognizance | P. Reichert / F. Meredith |

RISK    STATUS

| AGE | DOB | SSN | RACE | SEX | FLOOR | CELL | DOCKET OFFICER | HEIGHT | WEIGHT | HAIR | EYES | AGENCY HOUSED FOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 8-29-62 | 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 | B | M | ANS Floor | | Moore/Sue | 6'1 | 215 | Blk | bro | Haston |

ENTRANCE NCIC/BY    Neg C-8    ENTRANCE HOUSTON/BY    Neg 331    ENTRANCE DPD/BY    Neg C-8

EXIT NCIC/BY    M26 C-14    EXIT HOUSTON/BY    M26 313    EXIT DPD/BY    M26 C-14    FELONY CRIMINAL HISTORY/BY

ATTORNEY  W. Lamiere / Tammy Stinson

HOLD 1  C-14    DATE/BY  See Attached 8-    HOLD RELEASE DATE/BY  8-7-04    HOLD 2    DATE/BY    HOLD RELEASE DATE/BY

HOLD 3    DATE/BY    HOLD RELEASE DATE/BY    HOLD 4    DATE/BY    HOLD RELEASE DATE/BY

ADDRESS  714 Mercury Dr.    CITY  Dothan Ala.    STATE  Dothan Ala.    PROBATION/PAROLE OFFICER

NEXT OF KIN  Esta Britt    ADDRESS  1280 Fountain st    CITY/STATE  Dothan/AL    PHONE  794-3333    RELATION  Mother

INCARCERATED
NEW CHARGE 1/18/05

| INMATE # 2402 | NAME Raymond Mathis | | | | | |
|---|---|---|---|---|---|---|
| CHARGE RSP 13+ | WARRANT # 10/22 | DC/TR 04-2394 | INDICTMENT # 225 | INDICTED 12-5-04 | CC/CS/DR 04-2056 | CONVICTION |
| BOND 20,000 | | | | 1-19-05 9:00 am | | |
| | | | | 01-21-05 Cont. for order 01-31-05 | | |
| CHARGE #7500.00 | | | | whn bond reduced to $7500.00 | | |
| CHARGE FTA NonSupport | 4/3 - Motion to reduce denied. | WARRANT # | DC/TR | INDICTMENT # 02/07/05 @ 0830 | CC/CS/DR 02/07/05 @ 0830 | CONVICTION |
| BOND 30,000 | A A C S | | 9-13-04 | | 02 007.02 | |
| CASH ONLY | | | | 1:30 P.M. | | |
| | | | | 02-00-04 00-02 | | |
| CHARGE CRIM. MISCH. III | WARRANT # 05-7685 | DC/TR 05-105 | INDICTMENT # | | CC/CS/DR | CONVICTION 10 days |
| BOND 300 | 3-2-05 8:30 Am | | | | | |
| | 02-05-05 @ 8:30 am | | | | | |
| | EOS 3-2-05 | committed, to serve 10 Days. | | | | |
| CHARGE | | WARRANT # | DC/TR | INDICTMENT # | CC/CS/DR | CONVICTION |
| BOND | | | | | | |
| CHARGE | | WARRANT # | DC/TR | INDICTMENT # | CC/CS/DR | CONVICTION |
| BOND | | | | | | |

HOUSTON COUNTY SHERIFFS OFFICE

INMATE INFORMATION SHEET                                    Page    1

| BOOKING NO:  040002880 | LOCAL ID:   29402 |
|---|---|

Name    : MATHIS RAYMOND

Address : 719 MERCURY DR

City    : DOTHAN            State: AL  Zip: 36301



## Physical Description

Race : **BLACK**              Hair : **BLACK**

Gender: **MALE**              Eyes: **BROWN**

Height: **6 ' 01 "**          Complexion: **UNKNOWN**

Weight: **215**                 DOB: **08/29/1962**      Age: **41**

Scars/Tattoos:

## Personal Information

DL State :                   Home Phone:  **334 766 3333**

DL Number:                   Work Phone:

    SSN: **363 76 7452**

    SID:

## Booking Information

Arrest Date: **08/07/2004**      Booking Officer: **J JONES**

Arrest Dept: **DPD**              Booking Date: **08/07/2004**

Arrest Offcr: **MEREDITH**        Booking Time: **14:46**

Search Offcr: **JONES**              Facility: **0J**

   Meal Code: **0J**            Cell Assignment:

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| RSP 1ST | $00.00 | 20,000.00 | PENDING |
| NON-SUPPORT(FTA) | $00.00 | 30,000.00 CASH | PENDING |

# HOLD FOR DOTHAN POLICE DEPARTMENT

Date: _8·7·04_

Name _RAYMOND MATHIS_ Sex _M_ Race _B_

DOB: _____

REASON: _NEEDS TO MAKE BOND_

_____

_____

_____

_____

Record # _____

Officer Placing Hold: _Sgt Tolbert_

# Houston County Jail
## Release Verification Form

Inmate Number : _29402_                    Date : _3-22-5_

Date of Release : _3-22-5_                  Time of Release : _1416_

Charge(s) :                                 Case Number(s) :

1. _RSP 1st_                                _CC 04-2056_

2. _____                             _____  _s_

3. _____                             _____

4. _____                             _____

5. _____                             _____

6. _____                             _____

7. _____                             _____

8. _____                             _____

Reason for Release : _OWN REG_


Inmate Name : _Raymond Mathis_

Date of Birth : _8-20-62_        Soc. Sec. # : _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_

Address : _____

_____

Inmate Signature : X _Raymond Mathis_

**THE INFORMATION LISTED ABOVE WAS PROVIDED BY THE NAMED SUBJECT PRIOR TO HIS/HER RELEASE FROM THE HOUSTON COUNTY JAIL.**

C/O Signature : _D. W_
Verbally verified by Docket Officer

29402

1/m # 2 9402

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RAYMOND MATHIS,                    )
                                   )
            Plaintiff,             )
                                   )
     v.                            )        CIVIL ACTION NO.1:04-CV-1074-A
                                   )
LAMAR GLOVER, *et al.*,            )
                                   )
            Defendants.            )

**O R D E R**

Upon consideration of the motion to amend complaint filed by the plaintiff on
December 28, 2004 (Court Doc. No.10) and the motion to amend such motion filed on
January 5, 2005 (Court Doc. No. 11), in which the plaintiff names asserts additional claims
for relief, and for good cause, it is

ORDERED that these motions be and are hereby GRANTED.  It is further

ORDERED that

1.  The defendants undertake a review of the subject matter of the complaint, as
amended, (a) to ascertain the facts and circumstances of this complaint; (b) to consider
whether any action should be taken to resolve the subject matter of the amended complaint;
and (c) to determine whether other similar complaints, whether pending in this court or
elsewhere, should be considered together.

2.  The defendants shall file a written report containing the sworn statements of all

persons having knowledge of the subject matter of the complaint, as amended. This report shall be filed with the court and a copy served upon the plaintiff within forty (40) days of the date of this order. Authorization is hereby granted to interview all witnesses, including the plaintiff.  Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report.  Where the plaintiff's claims or the defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.

3. The defendants shall identify the plaintiff's status during his incarceration in the Houston County Jail, i.e. whether he was a pre-trial detainee or convicted prisoner, at the time of the actions which form the basis for the instant complaint.

4. No motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission of the court.  If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

5.  An answer shall be filed by the defendants to the amendment to the complaint within forty (40) days from the date of this order.

6.  NOTICE TO PLAINTIFF.

(a) The *Federal Rules of Civil Procedure* require that the plaintiff mail to the

2

lawyer for the defendants or, if no attorney has appeared on behalf of the defendants, the

defendants themselves a true copy of **anything** which he sends to the court. Failure to do

so may result in dismissal of this case or other penalties. Anything filed should contain a

certificate of service which specifically states that the pleading has been sent to the lawyer

for the defendants. If the pleading does not contain a certificate of service, it will not be

accepted for filing.

(b) With the exception of the complaint and any response ordered by the

court, "[n]o other pleading shall be allowed" in this cause of action. Rule 7(a), *Federal*

*Rules of Civil Procedure.*

(c) Each pleading, motion or other application submitted to the court shall

contain "a caption setting forth the name of the court, title of the action, the file number,

and a designation[,]" Rule10(a), *Federal Rules of Civil Procedure*, and must be signed by

the plaintiff. Rule 11(a), *Federal Rules of Civil Procedure.*

(d) Every application which requests an order or particular action by the

court "shall be [presented] by motion which, unless made during a hearing or trial, shall be

made in writing." Rule 7(b)(1), *Federal Rules of Civil Procedure.* The application "shall

set forth with particularity the grounds" for the motion and "the relief or order sought." *Id.*

Additionally, the request or application for relief must contain a proper caption setting forth

a title designation which specifically states the action that the applicant or movant wants

the court to undertake. Rules 7(b)(2) and 10(a), *Federal Rules of Civil Procedure.* Any

3

application or request which fails to comply with the directives of the civil rules as outlined in this order will not be accepted by the court for filing.

The plaintiff is hereby advised that the court will consider only those requests presented in an appropriate motion which is in the proper form. Consequently, any application for relief or request for action *must be contained in the title of the motion to warrant consideration by the court.*

(e) Any additional proposed amendments to this cause of action must be labeled with the words "amendment to complaint" or similar language, shall contain claims or facts which relate to the original complaint, and must be accompanied by a motion for leave to amend. **Additionally, no further amendments will be allowed unless the plaintiff establishes extraordinary circumstances justifying why such claims were not previously presented to the court.**

(f) It is the responsibility of the plaintiff to furnish the clerk's office with accurate addresses for the defendant(s) whom plaintiff wishes to serve. Without accurate addresses, service of process is impossible. It is also the responsibility of the plaintiff to monitor this case to make sure that the persons whom plaintiff wishes to sue have been served. If a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances.

The plaintiff is specifically **CAUTIONED** that his failure to file motions, pleadings or other papers in conformity with the *Federal Rules of Civil Procedure* and/or

4

the directives contained in this order will result in such documents not being accepted for filing. The CLERK is DIRECTED to not accept for filing any pleadings, motions or other applications submitted by the plaintiff which are not in compliance with either the *Federal Rules of Civil Procedure* or the directives contained in this order.

The CLERK is hereby DIRECTED to furnish a copy of this order to the plaintiff. A copy of this order together with a copy of the amendment to the complaint shall likewise be provided to the defendants and to the General Counsel for the Alabama Department of Corrections.

Done this 10th day of January, 2005.


/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

5

C/O Britt
Houston County Jail
901 East Main Street
Dothan, AL 36301

------------------------------------------

NOTICE

IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF ALABAMA

RECEIVED

2005 JAN -5 A 9: 53

[stamp: U.S. DISTRICT COURT MIDDLE DISTRICT ALA]

RAYMOND MATHIS
(PLAINTIFF)
   -US-
SHERIFF LAMAR GLOVER
       DEFENDANTS

CASE NO: CV-04-1074

MOTION TO LEAVE TO AMEND
MOTION TO AMEND COMPLAINT

COME RAYMOND MATHIS FILING PRO-SE and UNDER FEDERAL RULES
OF CIVIL PROCEDURE SEEKS THIS COURT ORDER TO ISSUE AMENDING THE
CIVIL ACTION NOW PENDING BEFORE THIS COURT. TO LIST THESE FOLLOWING
NAME DEFENDANTS:

1) Sgt. LINDY BUCKMANN 901 E. MAIN, St. DOTHAN, ALABAMA 36301
2) COMMANDER WILLIAM EME CORTY - SAME AS ABOVE
3) Sgt. KIM TURNER - ''
4) C/O J. BRITT ''
5) HETTWAY = NURSE '' SAME AS ABOVE

ACTION ONE - CONSPIRACY BY STATE AND COUNTY
OFFICALS TO VIOLATE CONSTITUTIONAL RIGHTS UNDER 6TH, 8TH, AND 14TH
AMENDMENTS.

MATHIS PLAINTIFF IN THIS CAUSE OF ACTION WAS WRITTEN A KNOW
FALSE DISCIPLINARY SANCTION FOR A CHARGE EACH AND EVERY NAME
DEFENDANT KNEW IT WAS IMPOSSIBLE FOR MATHIS TO HAVE COMMITTED

And To Have Violated Rule #5 under Manipulation,

on and about August 30, 2004 Mathis while enroute to the sink to obtain water to take medication slip and fell from water that was leaking from the day room toliet-sink, as a result of the fall Mathis suffered severe pain, partial concussion, and obvious back injury, that was plain to the human eye for any lay person.

Defendant's Sgt. Buckmann, and the nurse on duty Hathway pushed and pulled on Mathis while laying on the day room floor, and at all time's Mathis screaming FBR Help, due to the severe pain. Plaintiff was transported to medical infirmary by c/o's under direct supervision of Sgt Buckmann upon arrival to the infirmary Sgt. Buckmann gave orders to dump Mathis on the bed. Mathis suffered more pain due to defendants throwing him on to the bed. Mathis was ordered to leave the infirmary w. Thout receiving any medical treatment,

3) Defendents, Sgt. Buckmann, Sgt. Kim Turner, Co. J. Britt and commander McCarty each named, Defendent consaired to violate Mathis constitutional Rights.

1) Defendants knowingly wrote a false Disliplinery sanction under Rule #5

2) Defendents knowingly concealed and suppressed evidence to which proves that Mathis was innocent, and would not return exhibits, witness statements, and grievences that were filed.

3) Defendents knowingly that Mathis was injured, had a knot in his back, and limping. Removed Mathis from General Population and placed Mathis in Lock-up took bed linen and Mattress for twelve hours a day each day in lock-up.

④

4) DEFENDANTS, REFUSED EACH SEPEROTELY and individually To deny medical Treatment For THE INJURY WHICH Took Place on August 30, 2004.

MATHIS AFTER BEING Released FROM Lock-up FILED A HABEAS CORPUS in circuit court of Houston county, ALABAMA CHALLENGING THE FALSE DISIPLINERY SANCTION MATHIS FURTHER HAD To REQUEST EMERGENCY MEDICAL TREATMENT FROM Judge WHITE EXHIBIT A To Be SEEN By A MEDICAL DOCTOR, IF NOT FOR Judge WHITE's order JAIL and SHERIFF Would HAVE NEVER Provided MEDICAL TREATMENT under A legal DUTY owed By law.

PlaintTiFF HAS A VALid claim To WHICH RELIEF is due.

RELIEF REQUESTED

1) THE COURT SERVE EACH DEFENDANT in THIS ACTION.

2) THE PlaintTiFF under SECTion 1983 Seeks CRIMINAL ACTIONS against STATE officiaL WHO HAVE Knowingly Violated Code of ALABAMA LAW under LAW ENFORCEMENT By T.T.K. H FOR mistreatment, cruelty and MALicous PUNISHMENT.

3) PlaintTiFF seeks Damages individually FROM EACH NAME DEFENDANT. THE SUM OF 60,000,00 FOR Knowingly Violating All OF PlaintTiFF's RigHt, AND ACTIONS WHICH Could HAVE caused actual DEATH

4) PlaintTiFF seeks TRIAL By JURY.

5) DEFENDANTs To Produce All EXHiBiTs suffounding And directly involved in THIS ACTion, MEDICAL Records, X-Rays, Grievances, STATEMENT and investigation RePoRTs.



(6) Plaintiff seeks Injunctive Relief To issue where Defendants Refuse To allow use of Law library And To Receive assistance From inmate who are Trained in Law.

(7) To any and All Relief That Plaintiff is Entitled.

          Action Two - Due Process
Violation under The 6TH. and 14TH. Amendments.

Raymond Mathis, Plaintiff on and about August 30, 2004 A False disciplinary Sanction To which it was Known He could Have Never Violated. Plaintiff in This Action is A Pre-Trial Detainer, and Has Right which are Protected By The Constitution of These United States.

Defendants in This Action e.o. J. Britt, Sgt. Kim Turner Refused To Grant and Provide A Hearing under a Disciplinary Sanction which was written By Sgt. Buckmann.

Defendant, Commander McCarty was Provided Full Factual Information By Plaintiff and Other inmate who saw and observed The Slip And Fall of Plaintiff. Commander Refused To Provide Plaintiff an Administrative Hearing. Commander McCarty Refused To Talk with Plaintiff About The False Charge, And denial of medical Treatment. Commander McCarty use His Officer sworn Oath of Office To Conspire with Each Female officer who sought To inflict Cruelty And deny Plaintiff Fundamental Due Process.

(6)

# RELIEF

1. THE COURT TO ISSUE AN ORDER FOR DEFENDANTS TO BE SERVED.

2. PLAINTIFF SEEKS DAMAGES FROM EACH NAMED DEFENDANT IN THEIR OFFICAL AND PERSONAL CAPACITY THE SUM OF 40,000.00 EACH UNDER THIS ACTION ALONE.

3. PLAINTIFF REQUEST PRODUCTION OF ALL DOCUMENTS WITH AFFIDAVITS.

4. THE COURT ISSUE A ORDER TO CEASE ALL RETALIATION FROM JAIL OFFICALS IN HOUSTON COUNTY, ALABAMA TO SHERIFF LAMAR GLOVER FOR HIS SUPERVISOR AUTHORITY.

RESPECTFULLY

Raymond Mathis

RAYMOND MATHIS
901 E. MAIN ST.
DOTHAN, AL

## CERTIFICATE OF SERVICE

I do HEREBY CERTIFY AND SAY THAT I HAVE SERVED THE ATTORNEY FOR DEFENDANTS COUNTY ATTORNEY G. SKELLER WITH A COPY OF THE SAME BY U.S. MAIL DONE THIS 21 DAY OF DECEMBER 2004. POSTAGE PAID BY THE UNDERSIGN.

Alice Beverly Reynolds

MY COMMISSION EXPIRES
FEBRUARY 6, 2006

IN THE UNITED STATES DISTRICT RECEIVED
COURT FOR THE MIDDLE DISTRICT
OF ALABAMA

2004 DEC 28 A 9:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RAYMOND MATHIS
[Plaintiff]

-VS-

SHERIFF Lamar Glover
[Defendants]

CASE NO. CV2004-150 1.04 CU 1074-A

MOTION TO AMEND COMPLAINT

COMES RAYMOND MATHIS Filing PRO SE and UNDER
FEDEREAl Rules OF CIVIL PROCEDURE seeks THIS COURT'S
ORDER TO ISSUE AMENDING THE CIVIL ACTION NOW PENDING
BEFORE THIS COURT. TO LIST THESE FOLLOWING NAMED
DEFENDANTS:

1.) SGt. LINDY BUCHMANN  901 E. MAIN, St. DOTHAN,
ALABAMA 36301

2.) COMMANDER WilliAM DELARTY - SAME AS ABOVE

3.) SGt. KIM TURNER - SAME AS ABOVE

4.) C/o J. BRITT -   SAME AS ABOVE

5.) NURSE HATHAWAY —  SAME AS ABOVE

SCANNED

(2.)

ACTION ONE - CONSPIRACY BY
STATE AND COUNTY OFFICALS TO VIOLATE
CONTITUTIONAL RIGHT UNDER 6TH, 8TH and 14TH
AMENDMENTS.

MATHIS, PLAINTIFF IN THIS CAUSE OF ACTION WAS WRITTEN
A KNOW FALSE DISCIPLINARY SANCTION FOR A CHARGE EACH and
EVERY NAMED DEFENDANT KNEW IT WAS IMPOSSIBLE FOR MATHIS
TO HAVE COMMITTED, and TO HAVE VIOLATED RULE #'s UNDER
MANIPULATION.
         ON and OBOUT AUGUST 30, 2004 MATHIS WHILE ENROUTE TO
THE SINK TO OBTAIN WATER TO TAKE MEDICATION SLIP and FELL FROM
WATER THAT WAS LEAKING FROM THE DAY ROOM TOLIST-SINK, AS A
RESULT OF THE FALL MATHIS SUFFERED SEVERE PAIN, PARTIAL CONCUSSION,
and OBVIOUS BACK INJURY, THAT WAS PLAIN TO THE HUMAN EYE FOR
ANY LAY PERSON,
    DEFENDANTS SGT. BUCKMANN, and THE NURSE ON DUTY HATHAWAY
PUSHED and PULLED ON MATHIS WHILE LAYING ON THE DAY ROOM FLOOR,
and AT ALL TIMES MATHIS SCREAMING FOR HELP, DUE TO THE SEVERE
PAIN, PLAINTIFF WAS TRANSPODED TO MEDICAL INFIRMARY BY C/O'S
UNDER DIRECT SUPERVISION OF SGT. BUCKMANN WHEN ARRIVAL TO THE
INFIRMARY SGT. BUCKMANN GAVE ORDERS TO DUMP MATHIS ON THE FLOOR,
MATHIS SUFFERED MORE PAIN DUE TO DEFENDANTS THROWING HIM ON
TO THE BED, MATHIS WAS ORDERED TO LEAVE THE INFIRMARY WITHOUT
RECEIVING ANY MEDICAL TREATMENT,

(3.)

DEFENDANTS Sgt. Buckmann, Sgt. Kim Turner, C/o J Britt, and Commander @ McCarty EACH name Defendant conspired To Violate MATHIS Constitutional Rights.

1.) DEFENDANTS Knowingly wrote a False Disciplinary Sanction under Rule #5

2.) DEFENDANTS knowingly concealed and suppressed Evidence To which Proves THAT MATHIS was innocent, and would NOT Return Exhibits, Statement, and Grievances THAT were Filed.

3) DEFENDANTS Knowing THAT MATHIS was injured, Had a hurting H.s back, and limping. Removed MATHIS From General Population, and Placed MATHIS in Lock-up Took Bed linen and mattress for Twelve a day EACH day in Lock-up.

4) DEFENDANTS Refused EACH seperately and individually To deny medical Treatment For the injury which Took Place on August 30, 2004.

MATHIS after Being Released From Lock-up File a HABEAS CORPUS in Circuit Court of Houston county, ALABAMA CHallenging the False Disciplinary Sanction. MATHIS Further Had To Request emergency medical Treatment From Judge White Exhibit "A" To Be seen By a medical Doctor if NOT For Judge White order Jail and Sheriff Would Have never Provided medical Treatment under A Legal Duty owed By Law. Plaintiff Has Valid claim To which Relief is due.

4.

### Relief Requested

1) The Court serve each named Defendant in this action.

2) The Plaintiff under section 1983 seeks criminal actions against state officials who have knowingly violated code of Alabama law under law enforcement by title 14 for mistreatment, cruelty, and malicious punishment.

3) Plaintiff seeks damages individually from each named Defendant the sum of 60,000.00 for knowingly violating all of Plaintiff's Rights and actions which could have caused actual death.

4) Plaintiff seeks trial by jury

5) Defendants to produce all exhibits surrounding and directly involved in this action medical records, X-Rays, Grievances, witness statements and investigation reports.

6) Plaintiff seeks injunctive relief to issue where Defendants refuse to allow use of law library and to receive assistance from inmates who are trained in law.

7) To any and all relief that Plaintiff is entitled.

5)

ACTION TWO - DUE PROCESS
Violation under THE 6TH and 14TH AMENDMENTS.

RAYMOND MATHIS PLAINTIFF on and aBout AUGUST 30, 2004
RECCIVED A FALSE disciplinary, SANCTION TO WHICH, t was known
HE could Have NEVER VIOLATED. PLAINTIFF IN THIS ACTION is A
PRETRIAL DETAINEE, and HAS RIGHT WHICH ARE PROTECTED BY THE
COUSTITUTION OF THESE UNITED STATES.

DEFENDANTS IN THIS ACTION c/o BRITT, Sgt. K. m TURNER REFUSED
TO GRENT and PROVIDE A HEARING UNDER A DISCIPLINARY SANCTION
WHICH was WRITTEN BY Sgt. BUCHMANN,

DEFENDANT COMMANDER MCCARTY was PROVIDED
FULL FACTUAL INFORMATION BY PLAINTIFF and OTHER INMATE
WHO SAW and OBSERVED THE SLIP and FALL OF PLAINTIFF.
COMMANDER REFUSED TO PROVIDE PLAINTIFF an administretive
HEARING. COMMANDER MCCARTY REFUSED TO TALK WITH
PLAINTIFF aBout THE FALSE CHARGE and denial OF medical
TREATMENT. COMMANDER MCCARTY USED HIS OFFICAL SWORN
OATH OF OFFICE TO COUSPIRE WITH EACH FEMALE OFFICER WHO
SOUGHT TO INFLICT CRUELTY, and deny PLAINTIFF
FUNDAMENTAL DUE PROCESS.

Relief

1) The court To issue an order for Defendants To Be Served.

2) Plaintiff seeks damages from each named Defendant in Their offical and Personal capacity The sum of 40.000.00 Each under This action. Alone.

3) Plaintiff Request Production of All documents with affidavit's.

4) The court issue a order To cease All Retaliation From Jail officals in Houston county, Alabama To sheriff Lamar Glover For His supervisor authority.

Respectfully

_Raymond Mathis_

Raymond Mathis
901 E. main st.
DotHan, AlaBama 36305

Certificate of Service

I do Hereby certify and say that I Have served The Attorney For defendents county Attorney G. shewires with a copy of The same By us mail done This ___26th___ Day of December 2004. Postage Paid By The under sign.

_alice Beverly Reynolds_

My COMMISSION EXPIRES
FEBRUARY 6, 2006

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RAYMOND MATHIS,                    )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )        CIVIL ACTION NO. 1:04-CV-941-F
                                   )
SGT. C. BUCHMANN, et al.,          )
                                   )
        Defendants.                )

**ORDER**

**NOTICE TO PRISONERS: Pursuant to the 1996 revisions to 28 U.S.C. § 1915,**
**the requisite procedures for filing civil actions *in forma pauperis* have substantially**
**changed. Please see the attached notice for a detailed explanation of such changes.**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the
plaintiff on October 5, 2004 (Court Doc. No. 2), it is

ORDERED that such motion be and is hereby GRANTED.

In accordance with the provisions of 28 U.S.C. § 1915(b)(1), a prisoner who seeks to
proceed *in forma pauperis* in a civil action or on appeal is required to pay the full amount of
the requisite filing fee. Upon review of the financial information provided to the court, it
appears that the plaintiff lacks the requisite funds in his prison account for this court to
require payment of either the entire filing fee or an initial partial filing fee. However, under
the provisions of 28 U.S.C. § 1915(b)(1), this court must "assess and, when funds exist,
collect" the $150.00 filing fee from monies available to the plaintiff. In light of the foregoing
and in accordance with the provisions of 28 U.S.C. § 1915(b)(2), it is further

ORDERED that:

1. The plaintiff shall make monthly payments of 20 percent of each preceding month's income credited to his account as payments towards the $150.00 filing fee.

2. Those persons having custody of the plaintiff shall forward the above described payments from the plaintiff's account to the clerk of this court each time the amount in the plaintiff's account exceeds $10.00 until the $150.00 filing fee is paid in full. *Id.*

To aid the plaintiff and those persons having custody of the plaintiff in complying with the requirements of this order, the clerk is DIRECTED to furnish a copy of this order to the inmate account clerk at the Houston County Jail.

The plaintiff is advised that if this case is dismissed for any reason he remains obligated to pay the $150.00 filing fee. The filing fee will be collected from any funds which become available to the plaintiff and will be forwarded to this court by those persons having custody of the plaintiff pursuant to the directives contained in this order.

Additionally, the plaintiff is advised that if he files a notice of appeal he will likewise be required to pay the requisite appellate filing fee which is currently $255.00. Thus, if at the time the plaintiff files a notice of appeal he has the necessary funds to pay the $255.00 filing fee, he must submit such amount to the court with the notice of appeal. If the requisite funds are not available and the plaintiff seeks to proceed *in forma pauperis* on his appeal, he must complete an affidavit in support of such request and supply the court with a certified copy of his prison account statement for the 6-month period preceding the filing of the appeal. However, the plaintiff is informed that regardless of this court's determination on his

2

*in forma pauperis* motion the entire appellate filing fee will be collected from those persons

having custody of him from funds available in his prison account in a manner similar to that

outlined in this order.

      Done this 13th day of October, 2004.

                           /s/ Delores R. Boyd
                           DELORES R. BOYD
                           UNITED STATES MAGISTRATE JUDGE

**NOTICE**

INFORMATION TO PRISONERS SEEKING LEAVE TO
PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915
IN CIVIL ACTIONS BEFORE ANY FEDERAL COURT

**In accordance with 1996 amendments to the *in forma pauperis* (IFP) statute governing civil actions in federal court, as a prisoner you will be obligated to pay the full filing fee of $150.00 for a civil action. If you later file an appeal, the filing fee for the appeal is $255.00 and you will likewise be responsible for payment of such fee. Thus, if at the time you file your action you have the funds available to pay the requisite filing fee, you must send such amount to the court with your complaint or notice of appeal and, if appropriate, your IFP application.**

If you do not have enough money to pay the full filing fee when your action is filed, you can file the action without prepayment of the filing fee. However, the court will assess and, when funds exist, collect an initial partial filing fee. The initial partial filing fee will be equal to 20 percent of the average monthly deposits to your prison or jail account for the six months immediately preceding the filing of the lawsuit, or 20 percent of the average monthly balance in your prison or jail account for that same six month period, whichever is greater. The court will order that you make the initial partial filing fee out of your prison or jail account or any other funds you have indicated are available to you. **If you fail to submit the initial partial filing fee, your case will be dismissed and the full amount of the filing fee will be collected from those persons having custody of you.**

After the initial partial filing fee has been paid, you will be responsible for paying the balance of the filing fee. To fulfill your obligation for payment of the full filing fee, each month you will owe 20 percent of your preceding month's income toward the balance on the filing fee. Pursuant to an order of the court, the agency that has custody of you will collect that money and send payments to the court any time the amount in the account exceeds $10.00. **You are advised that the balance of the filing fee will be collected even if the action is subsequently dismissed for any reason, summary judgment is granted against you, or you fail to prevail at trial.**

In order to proceed with an action or appeal *in forma pauperis* you must complete the affidavit in support of your request to proceed *in forma pauperis* and supply the court with a certified copy of your prisoner account statement for the 6-month period preceding the filing of the complaint or notice of appeal and return it to the court with your cause of action. If you submit an incomplete form or do not submit a prison or jail account statement with the form, your request to proceed *in forma pauperis* will be denied.

**Regardless of whether some or all of the filing fee has been paid, the court is required to screen your complaint and to dismiss the complaint if (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim on which relief can be granted; or (4) you sue a defendant for money damages and that defendant is immune from liability for money damages.**

**If on three or more occasions you have filed actions or appeals while a prisoner which were dismissed as frivolous or malicious or for failure to state a claim on which relief can be granted, then you will be prohibited from bringing any other actions *in forma pauperis* unless you are in imminent danger of serious physical injury. In such cases, your request to proceed *in forma pauperis* will be denied and you will be required to pay the appropriate filing fee before proceeding in your civil action.**

MIME-Version:1.0
From:efile_notice@almd.uscourts.gov
To:almd_mailout@almd.uscourts.gov
Message-Id:<243540@almd.uscourts.gov>
Bcc:cc_thompson@almd.uscourts.gov,cc_albritton@almd.uscourts.gov,cc_fuller@almd.
uscourts.gov,Christine_Strecker@almd.uscourts.gov,Chiquita_Baxter@almd.uscourts.
gov,
Bcc:cc_thompson@almd.uscourts.gov,cc_albritton@almd.uscourts.gov,cc_fuller@almd.
uscourts.gov,Christine_Strecker@almd.uscourts.gov,Chiquita_Baxter@almd.uscourts.
gov,

Subject:Activity in Case 1:04-cv-00941-MEF-DRB Mathis v. Buchmann et al
(INMATE1) "Order Directing Prisoner Payment"
Content-Type: text/plain
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without
charge. To avoid later charges, download a copy of each document during this
first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04
loy Exp \$' -->
U.S. District Court
Alabama Middle District

Notice of Electronic Filing
The following transaction was entered on 10/13/2004 at 1:00 PM CDT and filed on
10/13/2004

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25
07:52:35-04 loy Exp \$'
Case Name: Mathis v. Buchmann et al (INMATE1)
Case Number: 1:04-cv-941 https://ecf.almd.uscourts.gov/cgi-bin/DktRpt.pl?29458

Document Number: 3
Copy the URL address from the line below into the location bar of your Web
browser to view the document:
https://ecf.almd.uscourts.gov/cgi-bin/show_case_doc?3,29458,,MAGIC,

Docket Text:
ORDER directing monthly payments be made from Inmate&#039;s Prison Account until
fee is paid in full; granting [2] Affidavit for Leave to Proceed in forma
pauperis except to the extent payment is required under this order. Copies maile
to plaintiff and account clerk at the Houston County Jail. Copy provided to
cashier. Signed by Judge Delores R. Boyd on 10/13/04. (dmn)

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1053018227 [Date=10/13/2004] [FileNumber=243539-0]
[8dfd0b51f438188c4306bbc09b2f33c4d6806063629effc81456a04b0e145312b78a6029290a2a8
ccd71e85d88ba32674dff5899a93bd0f07764d9798bee31a9]]


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02
17:37:56-04 bibeau Exp \$' -->
1:04-cv-941 Notice will be electronically mailed to:
Staff Attorneys cc_prose@almd.uscourts.gov

1:04-cv-941 Notice will be delivered by other means to:
Raymond Mathis
Houston County Jail
901 East Main Street
Dothan, AL 36301



2/20/05

copy's

To: SHERIFF LAMAR GLOVER, And
Houston County Commissioner's And
Commander William McCarty

MY NAME is RAYMOND MATHis, Im Housed in The Houston
County Jail, I am Being Denial Medical TreaTment
in The Houston county Jail, By NURSE D. SPIZNER
and commander W. McCarty, I am a VICTUM of
a SHiP and Fall, an I Have CHRonic Back Pain, I Have
Been asking For something For Pain, For over a month
and a Half, and up To THis Day, Have Been Denial
TREATMENT.. I Have wrote a lot of ReQuesT Form's
over THE MONTH and inmate GRievance Form and still
No Treatment From anyone, I Have ask NURSE Hathaway
and she said write Nures SPiZNER... I Have wrote the
commander William McCarty and The commander wrote
Back, you ARE NoT BEing Denial MEdical Treatment, But
SiR's I Have "NoT," Recive any Treatment, and Im
writing you All asking For your Help, NURSE SPiZNER
wrote ME Back on a ReQuest FoRm STating commander
W. McCarty don't Tell HeR WHaT To Do, THe only
way I Have Relive any Treatment in THis Jail
is BEcause of Judge white of THe Circuit court, and
SHERiFF LamaR GLover, and THe commander W. McCarty
BEcause NURSE SPiZNER will NoT TReat ME ALss one
of THe name's above say To Treat ME, I Have THe Right
To medical TREATMENT in THe Houst county Jail By AIA.
Law, EigTH and FourTeeTH AmenDment.. I Have ask
FoR a seconDopionoin on My Back, and I Have ask
To see DR. BANNER of THe Houston county Jail, But
NURSE SPiZNER write Back, "No," and I Have not
seen THe Docter Banner.. "SiR's I NEED your Help...

Thank you

Raymond MATHis #29402
                            M-Pod
901 E. MAin, ST.
DoTHan, Al.
        36301

                    !

        Commander Willian McCarTy
        901 E. MAin, ST.
                DoTHan, AlA.
                    36301

29402

Records
Rec - 7/28/05

2/20/05  cops

To SHERIFF LAMAR GLOVER, and
Houston County Commissioners and
Commander William McCorty

MY NAME is Raymond MATHis, Im Housed in THe Houston
County Jail, I am Being Denial MEDICAl TREATMENT in
THe Houston County Jail, By Nurse D. SPiZNER and THE
Commander W. McCorty, Im a VicTum of a SHiP and FAll,
And I Have A CHRonic Back Pains, I Have Been asking For
Something For Pain, For over a month and A HAlf AND up
To THis Day I Have Been Denial TREATMENT.. I Have wRote
alot of Request Furnices over THe month and inmate
Grievance Form and still No TREATMENT from anyone, I
Have ask Nurse Hathaway and she said waits Nurse SPiZNER.
I Have wRote THe Commander William McCorty and THe
Commander wRote Back, States you Are Not Being Denial
medical TREATMENT, BUT, "SiR's I Have "NOT" Recive any
TREATMENT, and Im now Im writing You All asking For
you Help, NuRse SPiZNER wRote me Back on a Request Form
STating THe Commander W. McCorty dont Tell Her wHat
To do, THE only way I Have Recive any TREATMENT in THE
Houston was Because of Judge White of THe Circuit Court
and SHERiFF Lamar Glover, And Commander W. McCorty
Because NuRse SPiZNER will not TREAT me on less one
of the oyour name say to TREAT ME! I Have THE Right
To medical TREATMENT in THe Houston County Jail, By
ALABAMA Law, EigTH and FourTeeTH AmendMent.. I Have ask
For a Second opinioin on my Back and I ask To SEE DR
BANNER, of THe Houston County Jail, But NURSE SPiZNER, SiR's
wRote Back, "NO" and I Have not Seen a Doctor, SiR's
I Need you All Help, Someone To STep inp THank You

RAymond MATHis #29402
M-Pod
901 E. MAIN, ST.
DoTHan, AlA.
36301

Cmdr. McCarty

Rec 2/25
WBM

SHERIFF LAMAR Glover
P.O. DRAWER, 6406
DoTHan, Al.
36302

# INMATE SANCTION / RESTRICTION DOCUMENTATION

Date: *2 Feb 99*

*99080*

| Name of Inmate (Last, First, Middle) | Race/Sex | Date of Birth | Jail Number |
|---|---|---|---|
| *Mathis Raymond* | *B/M* | *3-29-62* | *29402* |

Current Cell: *3 South*    Cell Inmate Moved To (If Applicable):

## Type of Sanction or Restriction

○ Suspension of Commissary Privileges

*1* WKS. ✓ LOSS OF VISITATION PRIVILEGES

○ Minimum 72 Hours Cell Restriction

Note: The Security Sergeant, or the Shift Commander MUST be notified immediately of any sanctions or restrictions applied to inmates and must countersign this form.

Officer Requesting Sanction/Restriction    Officer Authorizing Sanction/Restriction

Full and Complete Explanation of Reason(s) for Sanction/Restriction

*The above named inmate was told on several occasions to wear his oranges correctly instead of down around his waist. Mr Mathis failed to comply with the rule in reference to the orange jump suit which clearly states "Orange jump suits will be worn at all times when you are in the dayroom - this does not mean down around your waist."*

| Date & Time Sanction/Restriction STARTS | Date & Time Sanction/Restriction ENDS | Date & Time Initiated |
|---|---|---|
| *2/6 + 7/99 @ 4:00 pm* | | *02-02-99  930 pm* |

Signature of Officer Performing Sanction/Restriction

Signature of Security Supervisor or Shift Commander

# INMATE SANCTION / RESTRICTION DOCUMENTATION

Date: 4/4/99

99-234

| Name of Inmate (Last, First, Middle): | Race/Sex | Date of Birth | Jail Number |
|---|---|---|---|
| mathis Raymond | B/m | | 29402 |

Current Cell: | Cell Inmate Moved To (If Applicable):

## Type of Sanction or Restriction

◯ Suspension of Commissary Privileges

2 WKS. ☑ LOSS OF VISITATION PRIVILEGES

◯ Minimum 72 Hours Cell Restriction

Note: The Security Sergeant, or the Shift Commander MUST be notified immediately of any sanctions or restrictions applied to inmates and must countersign this form.

Officer Requesting Sanction/Restriction
C/0 y. Bamburg

Officer Authorizing Sanction/Restriction

### Full and Complete Explanation of Reason(s) for Sanction/Restriction

The north side of 4th Floor was given Their meal Trays First Tonight. I/m mathis was giving Cell #5 Some extra Ice in a plastic. I Told him To quit as the other side had not been Served. I/m mathis proceded To Tell me That I war carring This L. a.P.0 Too Far. + That He was Tired of being Treated like a TheiF. He was Very disrespectful To Me in Front of C/0 Tumlinson + The other inmates. (over)

| Date & Time Sanction/Restriction STARTS | Date & Time Sanction/Restriction ENDS | Date & Time Initiated |
|---|---|---|
| 4/10+11/99 thru | 4/17+18/99 @ 5:00 pm | 04-04-99 |
| | | 710 PM |

Signature of Officer Performing Sanction/Restriction

Signature of Security Supervisor or Shift Commander

# INMATE SANCTION / RESTRICTION DOCUMENTATION

Date: 9-15-99

| Name of Inmate (Last, First, Middle) | Race/Sex | Date of Birth | Jail Number |
|---|---|---|---|
| Mathis   Raymond | BL / m | | 29402 |

**Current Cell:** 4T          **Cell Inmate Moved To (If Applicable):**

## Type of Sanction or Restriction

_____  ○  Restriction to Assigned Cell

__2__  ⊘  Loss of Visitation Privelages

_____  ○  Restriction of Telephone Privileges        *on appeal*

_____  ○  Minimum 72 Hours Cell Restriction

Note: The Security Sergeant, or the Shift Commander MUST be notified immediately of any sanctions or restrictions applied to inmates and must countersign this form.

| Officer Requesting Sanction/Restriction | Officer Authorizing Sanction/Restriction |
|---|---|
| Cb Wright | |

### Full and Complete Explanation of Reason(s) for Sanction/Restriction

I/m R Mathis became very disrespectful and made idle threats to me or any so call "police" that come in the day room because some other I/m's wanted to watch the News at 5:30 And he didn't. He said they got to watch News at 6pm and 10pm I told him I would check into it but in the mean time it would stay on the News. He said everytime I work I start trouble with him and that he had enough of me and was going to fix that. He later

| Date & Time Sanction/Restriction STARTS | Date & Time Sanction/Restriction ENDS | Date & Time Initated |
|---|---|---|
| 9-18+19-99  thru  9-25+26-99 @ 4:00pm | | 9-15-99 - 1030Pm |

S/o Anne Peterson