# INMATE SANCTION / RESTRICTION DOCUMENTATION

Date: 01-16-2000

| Name of Inmate (Last, First, Middle) | | Date of Birth | Jail Number |
|---|---|---|---|
| Mathis, Raymond | | 03-29-62 | 29402 |

Current Cell:

Cell Inmate Moved To (If Applicable):

## Type of Sanction or Restriction

○ Restriction to Assigned Cell

1 wks. ○ Loss of Visitation Privileges          1-19-00

○ Restriction of Telephone Privileges

○ Minimum 72 Hours Cell Restriction

Note: The Security Sergeant, or the Shift Commander MUST be notified immediately of any sanctions or restrictions applied to inmates and must countersign this form.

DOES THE INMATE WISH TO APPEAL _____ NO _____ YES

| Officer Requesting Sanction/Restriction | Officer Authorizing Sanction/Restriction |
|---|---|

Full and Complete Explanation of Reason(s) for Sanction/Restriction

VIOLATION Rule #11- No inmate will possess or Attempt to possess contraband either on the person, clothing, in the cell or in a place where it MIGHT REASONABLY BELIEVED it is under his control. I FOUND A $20⁰⁰ Bill in SOME LEGAL ENVELOPS WHILE SEARCHING them after the Visitor HAD IN HER POSSESSION AND ASKED To Give them to I/m Mathis.

| Date & Time Sanction/Restriction STARTS | Date & Time Sanction/Restriction ENDS | Date & Time Initated |
|---|---|---|
| 01-22+23-00 @ 4:00 pm | | |

Signature of Officer Performing Sanction/Restriction

5-4-04   Beverly Reynolds
Signature of Security Supervisor or Shift Commander

Rev 3/13/97  2000-SS5.186

*3-Months*

## HOUSTON COUNTY JAIL

### BANNED VISITATIONS

DATE **01-16-2000**

MEMO:       VISITATION

TO:      S C/O AND ASST. SC/O

RE:      *Raymond Mathis*        *29402*

INMATE NAME                          INMATE NUMBER

*Edith Mathis*                  WILL NOT BE PERMITTED

TO VISIT AT THE HOUSTON COUNTY JAIL.

ADDRESS: *P.O. Box 222*

*Greenwood Fla*

SOCIAL SECURITY/I.D. NUMBER: *M320-210-61-502 0 Fla*.

LUCY WILLIAMS
CHIEF CORRECTIONS OFFICER
HOUSTON COUNTY JAIL

PLEASE READ AND SIGN AND RETURN ORIGINAL TO LUCY WILLIAMS.

1ST SHIFT:                              2ND SHIFT:

S C/O *Beverly Reynolds*          S C/O_____

ASST. SC/O_____         ASST. SC/O_____

                    3RD SHIFT:

                 S C/O _____
                    ASST. SC/O_____



# INMATE SANCTION / RESTRICTION DOCUMENTATION

Date: _04-11-00_

| Name of Inmate (Last, First, Middle) | | | Date of Birth | Jall Number |
|---|---|---|---|---|
| Mathis  Raymond | | | | 29402 |

Current Cell: 4-5 #7     Cell Inmate Moved To (If Applicable):

## Type of Sanction or Restriction

○ Restriction to Assigned Cell

2 wks. ⊗ Loss of Visitation Privileges    4-12-00

○ Restriction of Telephone Privileges

○ Minimum 72 Hours Cell Restriction

Note: The Security Sergeant, or the Shift Commander MUST be notified immediately of any sanctions or restrictions applied to inmates and must countersign this form.

DOES THE INMATE WISH TO APPEAL _____ NO _____ YES

| Officer Requesting Sanction/Restriction | Officer Authorizing Sanction/Restriction |
|---|---|
| CO KIRKSEY | |

### Full and Complete Explanation of Reason(s) for Sanction/Restriction

While Searching I/M Cell I Found a bag of Tobacco, Rolling Pappers, and Rolled Tobacco. This is a violation of Ruel #11

| Date & Time Sanction/Restriction STARTS | Date & Time Sanction/Restriction ENDS | Date & Time Initated |
|---|---|---|
| 4/15+16/00 thru 4/22+23/00 @ 8:00 pm | | |

Signature of Officer Performing Sanction/Restriction

Signature of Security Supervisor or Shift Commander

# NOTICE OF APPEAL FOR INMATE SANCTION / RESTRICTION

INMATE NAME: _Raymond MATHis_        HCJ#: _29402_

DATE FILING NOTICE OF APPEAL: _4-13-2000_

ON _12_, 2000, AN INMATE SANCTION / RESTRICTION WAS WRITTEN BY _C/o Kirksey_ CHARGING INMATE _Ruk #11_ WITH A VIOLATION OF HOUSTON COUNTY INMATE RULES AN REGULATIONS # _____ WHICH SPECIFICALLY STATES, _# C/o Found Tobacco in my cell_

THE CIRCUMSTANCES OF THE VIOLATION ARE: ~~I was not in my cell had. So the C/o found Tobacco in my cell~~ _Tobacco was supposidly found in my cell._

THE SANCTION FOUND ME TO BE GUILTY / NOT GUILTY OF A MAJOR / MINOR OFFENSE. PUNISHMENT WAS SET AT: _2 weeks loss of visitation._

I WISH TO APPEAL THE DECISION BECAUSE: _I was not in my cell And have no knowledge of the tobacco. I was In court and not present at that time._

## DO NOT WRITE BELOW THIS LINE - ADMINISTRATIVE USE ONLY

ON THE _17th_ DAY OF _April_, 2000, AN APPEAL OF THE SANCTION / RESTRICTION TAKEN AGAINST INMATE _R mathis_ WAS REVIEWED BY _____ AND THE FOLLOWING ACTION WAS TAKEN:

APPEAL APPROVED    (APPEAL DISAPPROVED)    OTHER _____

BASIS FOR APPROVAL / DISAPPROVAL OF APPEAL: _Makes no difference if you in the cell or not your contreband was found if kind you name on it. Don't worry if our consel investigation is successful we will drop any up your sentence. appeal Denied_

* * * * * * * * * *

I HEREBY CERTIFY THAT A COMPLETED COPY OF THE FOREGOING APPEAL WAS SERVED ON THE ABOVE NAMED INMATE ON THIS, THE _18th_ DAY OF _April_, 2000, AT _____ AM / PM.

_Cassandra B. Wright C/o_                    _Raymond Mathis_
SIGNATURE OF SERVING OFFICER AND RANK        INMATE SIGNATURE AND HCJ #

# NOTICE OF APPEAL FOR INMATE SANCTION / RESTRICTION

INMATE NAME: _Raymond Mathis_  HCJ#: _29402_

DATE FILING NOTICE OF APPEAL: _4-13-2000_

ON _12_, 2000, AN INMATE SANCTION / RESTRICTION WAS WRITTEN BY _C/O Kirksey_ CHARGING INMATE _Ruk #11_ WITH A VIOLATION OF HOUSTON COUNTY INMATE RULES AN REGULATIONS # _____ WHICH SPECIFICALLY STATES, _A C/O Found Tobacco in my cell_

THE CIRCUMSTANCES OF THE VIOLATION ARE: ~~I was not in my cell~~ ~~contained~~. ~~So the C/O found Tobacco~~ ~~in my cell~~ _Tobacco was supposidly found in my cell._

THE SANCTION FOUND ME TO BE GUILTY / NOT GUILTY OF A MAJOR / MINOR OFFENSE. PUNISHMENT WAS SET AT: _2 weeks loss of visitation._

I WISH TO APPEAL THE DECISION BECAUSE: _I was not in my cell And have no knowledge of The tobacco. I was In court and not present at that time._

## DO NOT WRITE BELOW THIS LINE - ADMINISTRATIVE USE ONLY

ON THE _17th_ DAY OF _April_, 2000, AN APPEAL OF THE SANCTION / RESTRICTION TAKEN AGAINST INMATE _R Mathis_ WAS REVIEWED BY _____ AND THE FOLLOWING ACTION WAS TAKEN:

APPEAL APPROVED     (APPEAL DISAPPROVED)     OTHER _____

BASIS FOR APPROVAL / DISAPPROVAL OF APPEAL: _Makes no difference if you in the cell or not your contraband was end at that you now on it. Don't worry if our current investigation is successful we will dry up your source, appeal denied_

\* \* \* \* \* \* \* \* \* \* \*

I HEREBY CERTIFY THAT A COMPLETED COPY OF THE FOREGOING APPEAL WAS SERVED ON THE ABOVE NAMED INMATE ON THIS, THE _18th_ DAY OF _April_, 2000, AT _____ AM / PM.

_Cassandra B. Wright C/o_
SIGNATURE OF SERVING OFFICER AND RANK

_Raymond Mathis_
INMATE SIGNATURE AND HCJ #

Houston County Jail
Statement Form

Time __1050__     Date __4-11-00__     Place __Houston County Jail__

I, __Carl W. Kirksey__, make the following true and correct statement pertain
ing to an Incident/Offense that occured at the Houston County Jail on __11 Apr 2000__ , 19 _9_ .
While Searching I/m Raymond Mathis Cell. I found a bag
with rolled up Tobacco, rolling paper and Tobacco in it. The bag
had I/ms name on it. This is a Violation of Ruel # 11 no
inmate will possess or attempt possess Contraband either
on the person, clothing, in cell in a place where it might be
reasonably believed it is under his Control. "LAST ENTRY"
End of Statement

I have read or had read to me the above statement consisting of _____ pages and attest that it is a true and acc
account of the events which took place on _____ . It was given by me freely and volunt
without fear of threat, promise or reward.

Signature _____

Witnessed by _____

Page _____ of _____ pages

Witnessed by _____

# INMATE SANCTION / RESTRICTION DOCUMENTATION

Date: 05-17-2000

| Name of Inmate (Last, First, Middle) | | Date of Birth | Jail Number |
|---|---|---|---|
| Mathis, Raymond | | 03-29-62 | 29402 |
| Current Cell: 4 South | Cell Inmate Moved To (If Applicable): | | |

## Type of Sanction or Restriction

○ Suspension of Commissary Privileges

2 WKS. (X) LOSS OF VISITATION PRIVILEGES    5-17-00

○ Minimum 72 Hours Cell Restriction

Note: The Security Sergeant, or the Shift Commander MUST be notified immediately of any sanctions or restrictions applied to inmates and must countersign this form.

| Officer Requesting Sanction/Restriction | Officer Authorizing Sanction/Restriction |
|---|---|
| SClo Beverly Reynolds | |

Full and Complete Explanation of Reason(s) for Sanction/Restriction

TWO ENVELOPES WERE FOUND IN THE 4 SOUTH MAIL ENVELOPE BY RECEPTIONIST JUDY HAYNES. THESE ENVELOPES WERE ADDRESSED AS COMING FROM INMATE TONY SCULLEY, WHO IS ASSIGNED TO 3NORTH. THESE ENVELOPES SMELLED OF A STRONG TOBACCO ODOR AND WHEN THESE ENVELOPES WERE OPENED, THERE WERE 20 ROLLED UP CIGARETTES IN EACH ENVELOPE FOR A TOTAL OF 40. THERE WAS A NOTE IN ONE OF THE ENVELOPES, WHICH WAS COMPARED TO A REQUEST FORM AND THE HANDWRITING APPEARS TO BE THAT OF INMATE RAYMOND MATHIS. THIS IS A VIOLATION OF RULE #11. NO I/M WILL POSSESS OR ATTEMPT TO POSSESS CONTRABAND.

| Date & Time Sanction/Restriction STARTS | Date & Time Sanction/Restriction ENDS | Date & Time Initated |
|---|---|---|
| 5-27 28 00 thru 6-03 04 00 @ 4:00 pm | | |

_____
Signature of Officer Performing Sanction/Restriction

SClo Beverly Reynolds
Signature of Security Supervisor or Shift Commander

REVISED 6/3/97    /LW/kc

# NOTICE OF APPEAL FOR INMATE SANCTION / RESTRICTION

INMATE NAME: _Raymond Mathis_          HCJ#: _28402_

DATE FILING NOTICE OF APPEAL: _May 19 2000_

ON _5-17_, 2000, AN INMATE SANCTION / RESTRICTION WAS WRITTEN BY _Beverly Reynolds_ CHARGING INMATE _Raymond Mathis_ WITH A VIOLATION OF HOUSTON COUNTY INMATE RULES AN REGULATIONS # _11_ WHICH SPECIFICALLY STATES, _No Inmate ~~Raymond mathis~~ will posses or attempt to posses Contra band._

THE CIRCUMSTANCES OF THE VIOLATION ARE: _Two Envelopes were found in the 4 South mail envelope By Judy Hayes. These envelopes were adressed as coming from inmate Toney Suley. These envelopes smelled of tobcco They were open and 46 cigaretts were found._

THE SANCTION FOUND ME TO BE GUILTY / NOT GUILTY OF A MAJOR / MINOR OFFENSE. PUNISHMENT WAS SET AT: _Guilty, 2 weeks less of Visitation Privileges._

I WISH TO APPEAL THE DECISION BECAUSE: _My name was no where on The envelope and I had no knowledge of them How can they Just bring my name into a situation That I have no knowledge Plus no staff member has a ~~bare~~ right to open out going mail)._

## DO NOT WRITE BELOW THIS LINE - ADMINISTRATIVE USE ONLY

ON THE _19_ DAY OF _May_, 2000, AN APPEAL OF THE SANCTION / RESTRICTION TAKEN AGAINST INMATE _R mathis_ WAS REVIEWED BY _(illegible)_ AND THE FOLLOWING ACTION WAS TAKEN:

APPEAL APPROVED      (APPEAL DISAPPROVED)  OTHER _____

BASIS FOR APPROVAL / DISAPPROVAL OF APPEAL: _Mr Mathis get real we know your scheme, Its your conduct that has cost you visits and it your conduct that causes you to serve this time. We'll book in any time in this jail that a suspect to have contraband in it, this wasn't out going mail and you know it. appeal denied ***** (illegible)_

I HEREBY CERTIFY THAT A COMPLETED COPY OF THE FOREGOING APPEAL WAS SERVED ON THE ABOVE NAMED INMATE ON THIS, THE _24th_ DAY OF _May_, 2000, AT _9:52_ (AM) PM.

_Casandra B. Wright C/o_          _Raymond mathis_
SIGNATURE OF SERVING OFFICER AND RANK          INMATE SIGNATURE AND HCJ #

O.K. if you got This,
All I want is $10.00
20, 20 = 40

And)/Rate 3 2

See you Tue.

5/16-2000

Tony Sculley # 27872
C/o Houston Co. Jail
164 N. Oates
Dothan, Al. 36302

P.O. Box 151
Webb, Al. 36376

Tony Sculley # 27872
C/o Houston Co. Jail
164 N. Oates St.
Dothan, Al.

P.O. Box 151
Webb, Ala. 36376

# INMATE SANCTION / RESTRICTION DOCUMENTATION

Date: 5-23-00

| Name of Inmate (Last, First, Middle) | | Date of Birth | Jail Number |
|---|---|---|---|
| MATHIS  RAYMOND | | | 29402 |
| Current Cell: 4-5 #7 | Cell Inmate Moved To (If Applicable): | | |

## Type of Sanction or Restriction

*(handwritten note, left margin)* Approved for box search

○ Suspension of Commissary Privileges

__2__ WKS. ✗ LOSS OF VISITATION PRIVILEGES

○ Minimum 72 Hours Cell Restriction

*(handwritten: 5/24/00)*

Note: The Security Sergeant, or the Shift Commander MUST be notified immediately of any sanctions or restrictions applied to inmates and must countersign this form.

| Officer Requesting Sanction/Restriction | Officer Authorizing Sanction/Restriction |
|---|---|
| C/O KIRKSEY | *(signature)* |

### Full and Complete Explanation of Reason(s) for Sanction/Restriction

While Searching I/m Box I Found Cigarette Tips and Paraphenalia from Cigarettes This is a violation of Rule #11 No inmate will possess or attempt to posses contrabandi either on the person, clothing in the Cell or in a place where it might be reasonably believed it is under his control

| Date & Time Sanction/Restriction STARTS | Date & Time Sanction/Restriction ENDS | Date & Time Initated |
|---|---|---|
| 6/10+11/00 thru | 6/17+18/00 @ 4:00 pm | |

_____
Signature of Officer Performing Sanction/Restriction

S/C/o Beverly Reynolds
Signature of Security Supervisor or Shift Commander

REVISED 6/3/97                    /LW/kc



29402
Found in Raymond Mathis
cell.

# NOTICE OF APPEAL FOR INMATE SANCTION / RESTRICTION

INMATE NAME: _Raymond MATHIS_     HCJ#: _291402_

DATE FILING NOTICE OF APPEAL: _May 25-00_

ON _May 23_, 2000, AN INMATE SANCTION / RESTRICTION WAS WRITTEN BY _Co Kirksey_ CHARGING INMATE _Raymond MATHIS_ WITH A VIOLATION OF HOUSTON COUNTY INMATE RULES AN REGULATIONS # _11_ WHICH SPECIFICALLY STATES, _No Inmate will posses or attempt to posses Contraband either on or in their Cell_

THE CIRCUMSTANCES OF THE VIOLATION ARE: _found Cigarette Tips In Box_

THE SANCTION FOUND ME TO BE GUILTY / NOT GUILTY OF A MAJOR / MINOR OFFENSE. PUNISHMENT WAS SET AT: _2 weeks less visitation_

I WISH TO APPEAL THE DECISION BECAUSE: _I had no knowledge of those items found They to my knowledge have been their for a long while. Could you please show some leneacy due to the fact that I had no knowledge of these contraband. That These are considerd as Contraband_

**DO NOT WRITE BELOW THIS LINE - ADMINISTRATIVE USE ONLY**

ON THE _31st_ DAY OF _may_, 2000, AN APPEAL OF THE SANCTION / RESTRICTION TAKEN AGAINST INMATE _R mathis_ WAS REVIEWED BY _w/hmd_ AND THE FOLLOWING ACTION WAS TAKEN:

APPEAL APPROVED    (APPEAL DISAPPROVED)    OTHER _____

BASIS FOR APPROVAL / DISAPPROVAL OF APPEAL: _Mr. Mathis you clearly know Tobacco products are contraband in the jail. If you have no knowledge of item how did you know they have been there a long while. you can avoid these sanctions if you simple follow the jail rules. without rules your not anything inmate claim is void. Appeal disapprove_

I HEREBY CERTIFY THAT A COMPLETED COPY OF THE FOREGOING APPEAL WAS _not_ SERVED ON THE ABOVE NAMED INMATE ON THIS, THE _31st_ DAY OF _May_, 2000, AT _1246_ AM/(PM.)

_Cassandra B Wright C/o_                    _Raymond Mathis_
SIGNATURE OF SERVING OFFICER AND RANK        INMATE SIGNATURE AND HCJ #

#1

# NMATE SANCTION/RESTRICTION DOCUMENTATION

AME OF INMATE: Mathis, Raymond    DATE: 8-9-04    JAIL NUMBER: 29402

CURRENT CELL: A-Floor    CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION    DATES START/END

_____ WKS    ◯ SUSPENSION OF TELEPHONE PRIVILEGES_____/_____

_____ WKS    ◯ SUSPENSION OF COMMISSARY PRIVILEGES_____/_____

2 WKS    ◯ LOSS OF VISITATION PRIVILEGES 08-14-15-04    108-21-22-04

◯ MINIMUM 72 HOURS CELL RESTRICTION_____/_____

◯ OTHER_____

NOTE: THE SC/O, OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES_____    NO_____

OFFICER REQUESTING SANCTION/RESTRICTION    OFFICER AUTHORIZING SANCTION/RESTRICTION

G. Jones    SGT Tubp    08-09-04

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

At approx. 0435, while Nurse Price & C/O Pearson were passing AM meds in A-Pod, I/m Mathis came to the pod door with his jumpsuit unbuttoned. I/m Mathis has, therefore, violated rule #1 which states:

Uniforms (jumpsuits) will be worn at all times when you are in the dayroom area or outside of your cell area, this includes going to/from the shower area and this does not mean down around your waist or off your shoulders. Uniforms must be worn with the Houston County Jail logo on the outside and it must be buttoned up. Failure to comply will result in sanction or disciplinary action.

John Mack
SIGNATURE OF SC/O OR ASC/O    REVISED 07/2003 PER WALTER BOWERS, JAIL COMMANDER

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

INMATE NAME: _Raymond MATHIS_ HCJ#: _29402_

DATE FILING NOTICE OF APPEAL _8/5/04_

ON _8/5/04_ 2004, AN INMATE SANCTION/RECTRICTION WAS WRITTEN

BY _G. Jones_ CHARGING INMATE _not Having Jumpsuit_ WITH

A VIOLATION OF HOUSTON COUNTY INMATE RULES AND REGULATIONS # _____

_____

THE CIRCUMSTANCE OF THE VIOLATION ARE: _____

_____

_____

THE SANCTION FOUND ME TO BE GUILTY/NOT GUILTY OF A MAJOR/MINOR OFFENSE.
PUNISHMENT WAS SET AT: _____

_____

I WISH TO APPEAL THE DECISION BECAUSE: _I can not Read, so_
_I don't know all The Rules, also my Jump_
_Suit is Two Sizes To Small, if you could Come_
_See my Jumpsuit, you would understand betty. The Jumpsuit_

DO NOT WRITE BELOW THIS LINE-ADMINISTRATION ONLY. _Has a Big Hole in_

ON THE _10_ DAY OF _August_, 2004 AN APPEAL OF THE SANCTION/RESTRICTION _THE Back_

TAKEN AGAINST INMATE _Raymond Mathis_ WAS REVIEWED _This is my_

BY _Commander McCarty_ AND THE FOLLOWING ACTION WAS TAKEN: _First Time_

_In This_

APPEAL APPROVED: ____ APPEAL DISAPPROVED: ____ OTHER: ____ _new Jail_

BASIS FOR APPROVAL/DISAPPROVE OF APPEAL: _Obey The rules - we'll_

_see if we Can find you a jump Suit, but I think_

_The one you have will button up -_

************************************************

I HEREBY CERTIFY THAT A COMPLETED COPY OF THE FOREGOING APPEAL WAS SERVED
ON THE ABOVE NAMED INMATE ON THIS DAY _10_ OF _Aug_ 2004,
AT _1425_ (A.M./P.M.).

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: Mathis, Raymond    DATE: 8 MAR 05    JAIL NUMBER: 29402

CURRENT CELL: M10 bottom    CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION    DATES START/END

X  WKS  X SUSPENSION OF TELEPHONE PRIVILEGES  8 MAR 05  /

X  WKS  SUSPENSION OF COMMISSARY PRIVILEGES _____ / _____

X  WKS  LOSS OF VISITATION PRIVILEGES _____ / _____

○ MINIMUM 72 HOURS CELL RESTRICTION  3-14-05  / 3-21-05

○ OTHER  1 week lockdown
due to this being a repeat of the same offense

NOTE: THE SC/O, OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES _____    NO _____

OFFICER REQUESTING SANCTION/RESTRICTION    OFFICER AUTHORIZING SANCTION/RESTRICTION

K. B_____    K. B_____  Dutt 3-9-05

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

#I/m Mathis, Raymond had an excessive amount of bed covers & orange jumpsuits. 1 week suspension due to it being his second time being caught with excessive amount of county property.

Rule #8  No I/m will take, waste, abuse, damage, or have an excess amount of county property, personal or property belonging to another person

SIGNATURE OF SC/O OR ASC/O    REVISED 07/2003 PER WALTER BOWERS, JAIL COMMANDER

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: _Raymond MATHiS_    HC#_29402_    POD _M_

Date filing notice of appeal: _3/9/05_

On, _3/8/05_, 2005, an Inmate Sanction/Restriction was written by Officer _C/o K B._

charging inmate _R. MATHiS_, with a violation of Houston County Jail Inmate Rules and Regulations

_# 8_

The circumstances of the violations are: _EXCES amount of county property._

The sanction found me to be guilty/not guilty of a major/minor offense. Punishment was set at: _7 Days Lock Down_

I wish to appeal the decision because: _I HAD To write it on Two Request Form, That come with This Sanction_

*************DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY*******************

On the _14_ day of _March_, 2005, an appeal of the Sanction/Restriction taken against inmate

_Raymond Mathis_ was reviewed by _Commander M Cart_ and the following action was taken:

APPEAL APPROVED    (APPEAL DISAPPROVED)    OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: _I/M Mathis, If you are receiving Medical Treatment for your back, you will Continue To receive the treatment. The items on The Sanction were Marked Through because when you are on lockdown, you don't receive them anyway - Repeat of same offense._

*****************************************************************************

I hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _15th_

day of _March_, 2005.

INMATE SERVED COPY _____ X

Officer Signature

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: _Raymond Mathis_     DATE: _8/16/05_     JAIL NUMBER: _29402_

CURRENT CELL: _E-10_     CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION                    DATES START/END

_____ WKS ⊘ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

_2_ WKS ⊗ SUSPENSION OF COMMISSARY PRIVILEGES _____ / _____

_X_ WKS ⊗ LOSS OF VISITATION PRIVILEGES _____ / _____

⊘ MINIMUM 72 HOURS CELL RESTRICTION _8-23-05_  /_8-26-05_

⊗ OTHER _3 Day C/R_ _____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?     YES _____     NO _____

OFFICER REQUESTING SANCTION/RESTRICTION      OFFICER AUTHORIZING SANCTION/RESTRICTION

_T. Bush_                              _____

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

At around 1620 while feeding I/m Mathis derived his tray then he told me he was suppose to have cake, I told him when I got a chance I will ask the kitchen. He then stated that he did not want that tray if it was right. I then told I/m Mathis to get the tray and he said he don't want it because there was no cake. Then when I closen the door he was yelling to speak with the Sgt. #13 no inmate will interfere with any sheriff's dept personnel in the performing of his/her duty). so after I got through feeding I been said 25160 the kitchen supervisor sad she said Raymond does not get cake because he is on fiber. #5 no inmate will attempt to control or manipulate sheriff's dept personnel, other inmates or visitors.

_E. O. S._

_Sgt. Jones_
SIGNATURE OF SGT. OR ASC/O

REVISED 07/2004 PER  W.B. MCCARTY, JAIL COMMANDER

#2

# NMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: _MATHIS, RAYMOND_    DATE: _10-4-05_    JAIL NUMBER: _29402_

CURRENT CELL: _F 10_    CELL I/M MOVED TO (IF APPLICABLE)

| TYPE OF SANCTION OR RESTRICTION | DATES START/END |
|---|---|

_____ WKS  ⬭ SUSPENSION OF TELEPHONE PRIVILEGES_____ / _____

_____ WKS  ⬭ SUSPENSION OF COMMISSARY PRIVILEGES_____ / _____

_1 2_ WKS  ⊗ LOSS OF VISITATION PRIVILEGES _10-22&23-05_

⬭ MINIMUM 72 HOURS CELL RESTRICTION_____ / _____

⬭ OTHER_____

TE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED
TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES_____    NO_____

| OFFICER REQUESTING SANCTION/RESTRICTION | OFFICER AUTHORIZING SANCTION/RESTRICTION |
|---|---|
|  | OCT 0 5 2005 |

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

hile conducting the morning floor check, the above named inmate was found to not be in compliance
th the Living Area Requirement section of the Inmate Rules and Regulations. Bunks will be in compliance
ring the following hours of 8:00 A.M. to 9:00 P.M. See example below:

EXAMPLE LIVING AREA REQUIREMENTS

_CHECK DONE AT 0847 HRS_

TOWEL-WASH CLOTH
CENTERED AT FOOT
OF BED

NON-COMPLIANCE OF RULES LISTED
BELOW MAY RESULT IN SANCTION/DISCIPLINARY ACTION

BUNKS WILL BE IN COMPLIANCE WITH (ABOVE) EXAMPLE DURING THE FOLLOWING HOURS:
8:00 A.M. TO 9:00 P.M. MONDAY THROUGH FRIDAY
7:30 A.M. TO 9:00 P.M. SATURDAY AND SUNDAY
**NOTE: THE OFFICER WILL CHECK YOUR CELL BEFORE THE INMATE IS ALLOWED TO "ROLL-OUT" OF THE CELL. IF THE
INMATE'S CELL IS NOT IN AN ORDERLY MANNER, THE INMATE WILL REMAIN ON LOCKDOWN AND RECEIVE A
SANCTION/RESTRICTION.
EACH INMATE WILL KEEP HIS/HER AREA CLEAN AND CLEAR OF LITTER.
NO ITEMS UNDER BUNKS EXCEPT SHOES, AND SHOES MUST BE ALIGNED AT THE END OF THE BUNK.

B.R.

ATURE OF SGT. OR ASC/O    REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

INMATE GRIEVANCE FORM

3N.
AT

Date: 2-7-90

To: SHERIFF HADDEN

From: RAYMOND MATHIS

INMATES #: 29302

WARDEN ON DUTY: [illegible]

SGT. SUPERVISOR: [illegible]

NATURE OF REQUEST: This is concerning refusal of medical attention.
The NURSE (white) refused to see/talk to me about a
problem with my back. I had to have her getting out
of bed this morning by a cell mate. I could get to
get someone who will at least help me out and
look at my back. If no action is taken about this. As

and to help me. A law suite will be brought the this.
This county. Prompt Reply Please.

ACTION TAKEN:
2-9-90 Forwarded to Sheriff with copy of
Recent incident report. JO

FORM JBRF-1.3 R7

# INMATE REQUEST FORM

Date: _____                           INMATES # _____

To: _____                             C/O SIGNATURE _____

From: _____                           SR C/O SIGNATURE _____

NATURE OF REQUEST _____

_____

_____

ACTION TAKEN _____

Your wife need to bring in a letter
from her employer stating she has to
work

12/15/07  X Raymond Mathews

# INMATE REQUEST FORM

# 29402

Date: 10/31/91

To: Sgt. Becker

From: Raymond Mathis

INMATES #: 256082

WARDEN ON DUTY: _____

SGT. SUPERVISOR: _____

NATURE OF REQUEST: Sgt. Becker some should be 3 or
4 or 5 request from Sgt Elkins and from
Mr. D Jenkins ask you to let me call Phone,
because they will give me back
served to see it my $2.85 That I lost on The Phone.
It will only take 5 mins, so sir.

ACTION TAKEN: _____

I let him place [one?]

Southern Color.

# INMATE REQUEST FORM

Date: 1-8-98

To: SGT. SPEARS

From: RAymond MATHis

INMATES # 25002

C/O SIGNATURE: _____

SR C/O SIGNATURE: _____

NATURE OF REQUEST: _blizd Tim Review How much Time I Left I And My Time J SikEss

ACTION TAKEN On your 2 cottonwood cases you will be through 19Feb98

On your other cases I can't give you a release date because you have to go to court on 20Jan98.

Tucker

Refused to sign form

SHELLEYS/793-1005

# INMATE REQUEST FORM

Date: _____

To: _____

From: _____

INMATES # _____

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST _____

ACTION TAKEN _____

# INMATE REQUEST FORM

Date: 3/10/99

To: This Dill 13 Wallaces [illegible] complaint

From: Raymond Mathis

INMATES #: 29463

C/O SIGNATURE: C Byrd

SR C/O SIGNATURE: SC lob Reynolds

## NATURE OF REQUEST

I Had a Hiring Today with in look up in inmates Say
or look Down I don't understand This inmates Say
I did Things I didn't Do. It was about DRugs I TRy
you Talk to Sgt Rucker, The Sgt That you now but she didn't
want to look about it so I want you Talk to me if not
want to look about it so I want you Talk to me if not
want to write or SHERIFF or write

## ACTION TAKEN

I will Talk to This staff in SHERIFF or write
That I Hope you will see me so This can be work out
This is not Right so Please Talk to me
This will Thing I can Tell you about you read Too

[illegible line]

3/10/99 Your's on L/D pending. Disciplinary review. You were placed

On lock-down) due to the assault on inmate Riley. You were supposed to talk to the disciplinary officer that held the hearing. If you need to talk to the sheriff – handle your business. Put it in letter form + it'll be hand delivered.

X _Raymond Martin_

I Will Do Just That

"O. K.

## INMATE REQUEST FORM

Date: 3/11/99

To: Sgt. PERRON

From: RAYMOND MATHIS

INMATES #: 29402

C/O SIGNATURE

SR C/O SIGNATURE: _RS Yotuler_

**NATURE OF REQUEST** I was call down There, and when I got Down, c/o kim Took me Back Too see c/o Johnson, He sade sade, Tuke Him Back and let Him write a statement. I sade I want To Talk To me willans, c/o kim sade she

**ACTION TAKEN** didn't want To see me, That someone els was going To Talk To me, For what I Have To say about Drugs, & Ms. willans shoud want To Talk To me, but Just give me THE SHARFF add. or PHone, so I can write or let my wife Call Him, and I will let Him know what Happen

Today's

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98

45

## INMATE REQUEST FORM

Date: 3/10/99

To: Sgt. on Duty / Ms Willms

From: RAYMOND MATHIS

INMATES #: 25402

C/O SIGNATURE: CBpre

SR C/O SIGNATURE: Sgt BReynolds

**NATURE OF REQUEST** & THE SHERFF, PHone, andss. so I Can write Him, Please...

**ACTION TAKEN** P.O. Box 6406
Dothan AL. 36302

# INMATE REQUEST FORM

Date: _____

To: _____

From: _____

INMATES # _____

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST _____

ACTION TAKEN _____ 04-29-99 - 10 Rugero sent to floor

Sgt Peterson

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98

# INMATE REQUEST FORM

Date: 4/14/99          Kim Terner          INMATES # 25402          4/1/

To: Sct off Officer mail Room          C/O SIGNATURE Pre

From: Raymond Mathis          SR C/O SIGNATURE

NATURE OF REQUEST   Visit   Form list

ACTION TAKEN

— SENT NEW LIST--DO NOT FILL IN THE ALTERNATIVE SPOT.

X _Raymond Mathis_

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98

---

# INMATE REQUEST FORM

Date: 4/14/99          INMATES # 25402

To: C/o Perkins Perkins          C/O SIGNATURE

From: Raymond Mathis          SR C/O SIGNATURE

NATURE OF REQUEST   I need to see you or someone
That can help Please..

ACTION TAKEN   Went to talk to inmate Raymond
Taken Care of

## INMATE REQUEST FORM

Date: 4-16-99

INMATES # 294402

To: Sgt on Duty

C/O SIGNATURE AV

From: Raymond Math's

SR C/O SIGNATURE

NATURE OF REQUEST   I got my packet, and got some stampa
that was not in a clear bottle, I got a clear
bottle, could I put it in it, please..

ACTION TAKEN   4-16-99 - I'll let you have it this
time only, tell your family what is
allowed.  Sgt Peterin
V Russell Matt

Houston Printing Co., Inc.• Form #5135 • Rev. 3-98

---

No file

## INMATE REQUEST FORM                                    4N

Date: 4-5-99

INMATES # 254402

To: Sgt. Baxter  or sgt on duty

C/O SIGNATURE Johnson

From: Raymond Math's

SR C/O SIGNATURE

NATURE OF REQUEST   I got hurt yesterday, and today the
Sgt. Render took me off Trustee, I didn't do anything
could I please, talk to you to night, about more than just
that please!

The only one's that can remove you are me, Sgt Baxter or McWilliams

ACTION TAKEN   No one has said anything to me
about you being removed from trustee
but you don't need to be working right now
anyway because of your injury. I do know that you
will be getting a disciplinary for having cigarettes.
When I know something then I will tell you

Houston Printing Co., Inc.• Form #5135 • Rev. 3-98

## INMATE REQUEST FORM

Date: 4/18/99
INMATES #: 25402

To: Sgt. on Duty          244
C/O SIGNATURE: Ratliff

From: Raymond MATHIS
SR C/O SIGNATURE: Cole

NATURE OF REQUEST: If I could Have my Cream,
Sugar, Batteries, Coffee, Please.

ACTION TAKEN: 10 Sugar, 10 cream 4 AA batteries
No Coffee.

X Raymond Mathis

Houston Printing Co., Inc • Form #5135 • Rev. 3-98

---

## INMATE REQUEST FORM

Date: 4/20/99
INMATES #: 25402

To: C/O ~~Tom~~ Johnson
C/O SIGNATURE: Ester Julian

From: Raymond Mathis
SR C/O SIGNATURE:

NATURE OF REQUEST: I would like To know when
my out day is please. I'm still a Trustee
on the 11 M.

ACTION TAKEN: You still have Outstanding Charge
for Receiving Stolen Property — 2 counts
And 2 cts of Alias NWNI (bad check)
We will not figure your time until we have
all of your transcripts.

4/20/99 KH    X Raymond Mathis

# INMATE REQUEST FORM

Date: 4/13/99

To: Sgt. Mr. Dartis

INMATES # 25482

C/O SIGNATURE _Johnson_

From: Raymond Mathis

SR C/O SIGNATURE _AS C/o Rushe_

NATURE OF REQUEST _Sir Iwrite To To Ask for a To_
_get I Press said I Ha's other I dols_
_in the day I Tail._

ACTION TAKEN _Sending a toothbush to Cel 413-99_

X _Raymond Mathis_

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98

# INMATE REQUEST FORM

Date: 10-20-99

To: _Sgt. Bruster_

INMATES # 29402

C/O SIGNATURE _____

From: _Raymond Mathis_

SR C/O SIGNATURE _____

NATURE OF REQUEST _____

I WANT TO BE AN INMATE WORKER IN THE JAIL

INMATE REQUEST FORM

Date: 2/12/99

To: Sgt on Duty

From: Raymond Mathis

INMATES # 29402

D/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST _To get my _____ context for my mouth, it is not under my control, are are in my property, it a yellow container. Just Thank you_

ACTION TAKEN 3-4-99
_____ sent to _____
Sgt _____

X _____

Houston Printing Co. Inc. Form #5135 • Rev. 3-98

---

INMATE REQUEST FORM

Date: 12-12-97

To: Sgt Rentel

From: Raymond Mathis

INMATES # 29402

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST _Sir, I would like to work as a Trustee, I have a $2000.00 Dollar Fine and I would like to work off, if you would let me, they said 15 no Dollar a day, Sir?_

ACTION TAKEN _I Don't know if you Remember me, if so Hello Sir?_

"Your sentence is not on your fine. Do not Send any more request. I check the Docket on a regular basis and I will let you Know when you can work"

X Raymond _____

FORM #5135

INMATE REQUEST FORM

Date: 8-4-99

To: Sgt on Duty

From: Raymond Matthws

NATURE OF REQUEST: Creamer Sugar

INMATES #: 29462

C/O SIGNATURE: ___

SR. C/O SIGNATURE: ___

ACTION TAKEN: Box 244
10 creamers; 10 sugars sent to I/m

8/05/99

---

INMATE REQUEST FORM

Date: 5/22/99

To: S. Biles

From: Raymond Matthws

NATURE OF REQUEST: I want to change my Visit List,
I would like to put my mom on it please,
Take off my sister Mary Beth & motion and
old sister Beius; Tywanda Bell, please my mom just got
back from mich and my Birth Day is this Sunday in my

ACTION TAKEN: mom wants to come see me, I haven't seen her cent
I been lock up. if you would please, put these too
people on for me
5/22/99

INMATES #: 29462

C/O SIGNATURE: Kristian

SR. C/O SIGNATURE: SSgt B Reynolds

35

INMATE REQUEST FORM

Date: 8-5-99

To: Sgt on Duty

From: Raymond Mathis

INMATES # 29702

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST  Deodorant? Soap

ACTION TAKEN _____

---

INMATE REQUEST FORM

Date: 7-25-99

To: Sgt Tolison

From: Raymond Mathis

INMATES # 29702

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST  Would like too know when
is my next court Date, Please ??

ACTION TAKEN  8/3/99    9/15/99  JD

## INMATE REQUEST FORM

Date: _8/7-99_

To: _Sgt on Duty_

From: _Raymond Mathis_

INMATES # _2942?_

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST _Artery & Sugar Please_

ACTION TAKEN _____

Houston Printing Co., Inc. Form #5135 · Rev. 3-98

---

## INMATE REQUEST FORM

Date: _7-5-99_

To: _Sgt on Duty_

From: _Raymond Mathis_

INMATED # _2942_

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST _if I could get some ___ of my Sugar, Please._

ACTION TAKEN _Sorry - your are out of Sugar_

INMATE REQUEST FORM

Date: _____  INMATES # _____

To: _____  C/O SIGNATURE _____

From: _____  SR C/O SIGNATURE _____

NATURE OF REQUEST _____

_____

_____

_____

ACTION TAKEN ___10-23-90_____

_____

Houston Printing Co., Inc. - Form #5135 • Rev. 3/88

---

INMATE REQUEST FORM  (4s)

Date: __10/19/__  INMATES # _____

To: _____  C/O SIGNATURE _____

From: RAYMOND MATHIS  SR C/O SIGNATURE _____

NATURE OF REQUEST ___CAN I HAVE MY_____

VISIT THIS SUNDAY?

ACTION TAKEN __10/19/90__ AS OF TODAY YOU HAVE NOT LOST ANY WEEKEND

VISITATION. YOU'RE ENTITLED TO YOUR VISITING THIS WEEKEND.

INMATE REQUEST FORM

Date: _5/30/99_               INMATES # _25432_

To: _____          C/O SIGNATURE _____

From: _Reginal Martin_       SR C/O SIGNATURE _SG+B Reynold_

NATURE OF REQUEST _If I could go to The law Library_
_Library Place_

ACTION TAKEN _taken on 5-3-99 by SG+B_

_____

Houston Printing Co., Inc. • Form #5100 • Rev 3-96

---

INMATE REQUEST FORM

Date: _5-3-99_               INMATES # _25432_

To: _End of Day_             C/O SIGNATURE _____

From: _Reginal Martin_       SR C/O SIGNATURE _SG+B Reynold_

NATURE OF REQUEST _If I could get some of the Supplies then_
_Place_

_Reginal Martin_

ACTION TAKEN _____

## INMATE REQUEST FORM

Date: 5-2-99

INMATES #: 29402

To: Sgt ~~Scott~~ indy Buckman

C/O SIGNATURE: AV

From: Raymond mathis

SR C/O SIGNATURE: Sgt Perkins

NATURE OF REQUEST: It's been important that I talk to you, would you Please let me talk to you Please Please I Really need to talk too you. Please !!

ACTION TAKEN: I'm Short handed tonight & very busy I'll try to talk to you Monday night
X _____

Houston Printing Co., inc. • Form #5135 • Rev. 3-98

---

## INMATE REQUEST FORM

Date: 6-8-99

INMATES #: 29402

To: Sgt Buckman

C/O SIGNATURE: _____

From: Raymond mathis

SR C/O SIGNATURE: _____

NATURE OF REQUEST: Sgt I Heard about Hazen I Hope your alright? — I still need to see you, I Haven't got into any Trouble in Two months, will you talk too me now? Please !!

ACTION TAKEN: I appreciate your concern and I'm fine Sgt Baxter said he was going to have to talk to all the Sergeant before he would consider you for trustee again I haven't forgotten about you I just can't do anything until Sgt Baxter says it's okay. V _____ Thank you

INMATE REQUEST FORM

Date: 6-3-99                                    INMATES # 29402

To: ~~Lt. Davis~~ Stephson            C/O SIGNATURE _____ DcB

From: Raymond Mitchell                  SR C/O SIGNATURE _____ Turner

NATURE OF REQUEST   do you get your Back Time on
Trustee? I Been the going on 6 month's and
I Hope To get Back on Trustee?

ACTION TAKEN ___ No

4/9/99 (BD) 2 day _____

Houston Printing Co., Inc • Form #515E • Rev. 3-98

---

INMATE REQUEST FORM

Date: 5-2-99                                    INMATES # 29402

To: Sgt. Qualls                             C/O SIGNATURE 46604

From: Raymond Mitchell                  SR C/O SIGNATURE _____

NATURE OF REQUEST   I need To Tell To you as soon as you
get Time, Tonight I Hope It want Take long or a lot
of your Time, PLEASE.

ACTION TAKEN _____

#3 4N 1536

## INMATE REQUEST FORM

Date: _____   INMATES # _____

To: _____   C/O SIGNATURE _____

From: _____   SR C/O SIGNATURE _____

NATURE OF REQUEST _____

ACTION TAKEN _____

## INMATE REQUEST FORM

Date: 8-5-10-99   INMATES # _____

To: _____   C/O SIGNATURE _____

From: _____   SR C/O SIGNATURE _____

NATURE OF REQUEST _____

ACTION TAKEN _____

INMATE REQUEST FORM

Date: 5-15-99

To: Sgt. on Duty

From: Raymond mathis

INMATES #: 25852

C/O SIGNATURE

SR C/O SIGNATURE

NATURE OF REQUEST: if I could get my Denium
out of my Property

ACTION TAKEN 05-15-99 - Denium went allowed to Be
sent up.

---

INMATE REQUEST FORM          #3  4N
                                 1853

Date: 5-13-99

To: Sgt. on Duty

From: Raymond mathis

INMATES #: 25852

C/O SIGNATURE: Phelps

SR C/O SIGNATURE: CUP

NATURE OF REQUEST: I have Ran out of Toothpaste
could I Have some Please

ACTION TAKEN: 5-13-99 - Sent to floor

INMATE REQUEST FORM

Date: 5-24-99

To: Sgt on Duty Court

From: Raymond MatHis

INMATES # 26453

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST _____ To go To The _____

ACTION TAKEN _____ taken on 5-24-00 by 2813

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98

---

INMATE REQUEST FORM

Date: 6-13-99

To: _____ Court officer

From: Raymond MatHis

INMATES # _____ 25453

C/O SIGNATURE _K. Wilson_

SR C/O SIGNATURE _____

NATURE OF REQUEST _____ To go To _____ _____ law _____ Library

ACTION TAKEN _____ _____ Law Library 6-17-99 _____ Cliff

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98

Date: 6-2-99

To: Sgt on Duty

From: Raymond Mathis

INMATES # 29402

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST The Phone up here, I cant get thou to the Thompson Bonding, I need to talk to them about making my bond, could you call them and let them see I want to make bond NOW?

ACTION TAKEN 06-02-99 Called & told them to talk to you, however you have no hands on all your N.W.N.I's you are converted to serve time on them. Sgt (Odums)

_____

---

INMATE REQUEST FORM

Date: 5-25-99

To: Sgt Buckman

From: Raymond Mathis

INMATES # 29402

C/O SIGNATURE C. Loy

SR C/O SIGNATURE _____

NATURE OF REQUEST If I could talk to you, I want to the doctor and see Im alright I need to talk to you please...

ACTION TAKEN I have a trip tonight & several people to book in — Im really very busy

X _____

**INMATE REQUEST FORM**

Date: 6-17-99

INMATES #: 29402

To: Sgt. On Duty

C/O SIGNATURE _____

From: Raymond Mathis

SR. C/O SIGNATURE _____

NATURE OF REQUEST: My Mother Has Been Sick and I cant call from this phone. She Just go out Hosp. and I just want to Find out iF she is alright, Please all I need is To mine Please...

06-19-99—

ACTION TAKEN: I tried your # 702-8068 twice and both times a recording came on to say the phone was no longer in service.

[signatures]

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98

---

**INMATE REQUEST FORM**

Date: 7-5-99    4 N

INMATES #: 29402

To: Sgt. cindy

C/O SIGNATURE: [signature]

From: Raymond Mathis

SR. C/O SIGNATURE _____

NATURE OF REQUEST: iF I could see you, Tonight iF you have time, Please....

"Hello"

ACTION TAKEN: I'll try to talk to you Monday night

[signatures]

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98

INMATE REQUEST FORM

Date: 9/10/99

To: Sgt On Duty

From: RAYMOND MATHIS

INMATES # 29482

C/O SIGNATURE _George_

SR C/O SIGNATURE _____

NATURE OF REQUEST Could I Have Creamers & Sugar Please??

ACTION TAKEN 09-11-99 There Are No Creamers in your Property. 10-Sugar Packets Are Enclosed
C/O _Diamond_

X _____

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98

---

INMATE REQUEST FORM

10/26/99

Date: C/O C. Davis

To: Record

From: RAYMOND MATHIS

INMATES # 29482    48

C/O SIGNATURE _Slush_

SR C/O SIGNATURE _Scio BRaynold_

NATURE OF REQUEST Could u Tell me if I Have a Court Date?? Please...

ACTION TAKEN 11-1-99 Your court date is 12-13-99 at 0830. S.D.

X _____

# INMATE REQUEST FORM

Date: 4-2-99

To: Sct. C/o Perkion

From: Raymond Mathis

INMATES # 29402

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST _need To see the inirstergater cook again, He sads if I need't To see, He would come today..._

ACTION TAKEN _Taken care of I called and Told him, come see me._

04/02/99

Houston Printing Co., Inc • Form #5135 • Rev. 3-98

---

# INMATE REQUEST FORM

Date: 2/21/99

To: Sgt on Duty        3rd

From: Raymond Mathis

INMATES # 29402

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST _Grievance Form_

ACTION TAKEN _2-24-99-_
_Sent to floor_
_Bob Peterman_
_X Raymond Mathis_

## INMATE REQUEST FORM

Date: _____

To: _____ — Records

From: _____

INMATES # _____

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** _____

**ACTION TAKEN** EOS 10/24/2000 AND YOU HAVE 2 Charges Awaiting Action of Grand Jury = Rec. Stolen Prop. I DC 99-226 $20,000 Bon

Rec. Stolen Prop I DC 99-355 $20,000 Bon

Houston Printing Co., Inc • Form #5135 • Rev. 3-98

---

## INMATE REQUEST FORM

Date: 3/25/99

To: Sgt BAXTER

From: RAYMOND MATHIS

INMATES # 25402

C/O SIGNATURE _____

SR C/O SIGNATURE S. J. B. Reynold

**NATURE OF REQUEST** THE c/o are NoT Treatian me Right I Have To wait Till THE OTHer Trusts do what THey Have to do First, THen I go cant go in THe Hall way, I cant go get a mop or anyThing THis is not Right Sir, iF you would

**ACTION TAKEN** I would like To Talk Too you Sir. about THis mybe you can be put me somewheres I can be a Trust, Sir...

Taker Care Of

X Raymd Mathis

**INMATE REQUEST FORM**

Date: 3/29/99

INMATES # 29402

To: Sgt. On Duty

C/O SIGNATURE _____

From: Raymond Mathis

SR C/O SIGNATURE SC10B Reynolds

NATURE OF REQUEST I'm a Treasta and I'm Treata de Free from the other, I can't go in the hall way, I got to wait thing, I like I'm going to kill someone, the a C/O always wait in to the other Treasta do what they have to do then it's my

ACTION TAKEN Turn it not right, that the C/O do this, I would like to talk to someone about this, Please.

Houston Printing Co., Inc. • Form #5135 • Rev 3-98

---

**INMATE REQUEST FORM**

Date: 3/29/99

INMATES # 29402

To: Sgt. on Duty

C/O SIGNATURE _____

From: Raymond Mathis

SR C/O SIGNATURE _____

NATURE OF REQUEST I wrote a grievence on the porble that is going up here on the 4 flood, that the Treasta on 4.S. Sade he was afrade of me, when we was on the same side befor I became a Treasta, now the C/O are looking at me like I'm a killer, this is not

ACTION TAKEN right, I can't go to the hall way, I can't go to the mop room, I can't get the food curt, I can't come off the hall, what kinc of Treasta is that, one of us should be move, or some one should look in to this porble, please, I had a proble with James wood on the 3 flood, now he is gone, I should move