4N

INMATE REQUEST FORM

Date: 3/29/99

INMATES #: 29402

To: Sgt. Baxter

C/O SIGNATURE: Johnson

From: Raymond Mathis

SR C/O SIGNATURE: AS % Pettis

NATURE OF REQUEST: Sir, Today c/o Bush come up on side THE Trash Had To blame up, Because, someone was coming To look at THE Hall, THE c/o That work up Here wouding Let me out, or off THE Hall To get a mop or anything, I was Lock Down all day, THis is not

ACTION TAKEN: Right, Sir, I Hope you will come up and Try To work THis proble out Sir, if THE Trustee on 4S is a Fraid of me, and we can't work it out, I would like To Be move, To some where I can work, For my Two For One, or THE 3 Flood, or THE 2 Flood, Sir THE guy I Had a porble with on THE 3 Flood, is gone Home

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98

---

INMATE REQUEST FORM

4N

Date: 4-26-99

INMATES #: 29402

To: Sgt on Duty of 4N

C/O SIGNATURE: Easterly

From: Raymond Mathis

SR C/O SIGNATURE: Sgt B Reynolds

NATURE OF REQUEST: Request a Unit Form

SENT NEW LIST--DO NOT FILL IN THE ALTERNATIVE SPOT.

X Raymond Mathis

INMATE REQUEST FORM

Date: 3/18/99 INMATES #: 29402

To: Sgt. C/O Breen or Ms Willis C/O SIGNATURE: [illegible]

From: Raymond Mathis SR C/O SIGNATURE: Sgt. B Reynolds

NATURE OF REQUEST: if I can Have a [illegible] visit, my Kids are coming, I haven't seen them for Two months my wife is Bring them From GA. I would love to Hold my Baby Girl, I hope it [illegible] right that you can get a [illegible] visit once a month Please... Coming This Sunday

ACTION TAKEN: Raymond Mathis, Once a month is not Correct, after you have been on 4th floor for a period of 3 month I will Consider a Request for Contact Visiting. [initials]

3/19/99

X [signature]

Houston Printing Co., Inc.• Form #5135 • Rev. 3-98

INMATE REQUEST FORM

Date: 5-25-99 INMATES #: 29402

To: Courts Lt. Pits C/O SIGNATURE: K. Wilson

From: Raymond Mathis SR C/O SIGNATURE: Sgt. B Reynolds

NATURE OF REQUEST: I Have Been going To The law Liburly over Here For 3 week, To Fine This law, and Someone Took it out, and The c/o Found it on The 4 Floor and sent it To ms. Willard, and She said SHe gave it To The Sgt. and it was gone Back To The law library But

ACTION TAKEN: it's not Back in There now it can't Be Found So, I would like To Know, if There is any way I can get The law under Recieving posseion of stolen porpsed The 2# deg. Please Help me.. I wrote my lawer, But She will not get Back with me, could You Help me Sir ?? 06-01-99 - The Red Codegal was sent to Mathis by

#5135 • Rev. 3-98

INMATE REQUEST FORM

Date: 12-3-[illegible] INMATES #: [illegible]

To: [illegible] C/O SIGNATURE C/o Dunlap

From: [illegible] SR C/O SIGNATURE

NATURE OF REQUEST [illegible]

ACTION TAKEN [illegible]

Raymond Mathis - Signed R. Mathis

The refill of Hydroxyzine Pam 25 mg caps (2) was replaced by Hydroxyzine Pam 50 mg (1) by the Pharmacy. The medication is the same. Ofc. Wright did not mention your request to me. L. Collins

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98

INMATE REQUEST FORM

Date: 12/1/98 INMATES #: 76402

To: C/O [illegible] C/O SIGNATURE [illegible]

From: Raymond MATHIS SR C/O SIGNATURE Sgt B Reynolds

NATURE OF REQUEST I need some more orange my's are most up. 5x

ACTION TAKEN

Taken care of [illegible]

R. Mathis

**INMATE REQUEST FORM**

Date: 3/25/99

INMATES #: 29402

To: Sgt. Baxter

C/O SIGNATURE: [signature]

From: Raymond Mathis

SR C/O SIGNATURE: [signature]

NATURE OF REQUEST: I went Too court Today and They gave me 2 yrs. Here, I would li To Be a Trustee, and work somewhere, 2 yrs. Hard labor Sir...

ACTION TAKEN: Taken Care Of

X [signature]

Houston Printing Co., Inc.• Form #5135 • Rev. 3-98

**INMATE REQUEST FORM**

4th B 1705

Date: 3/25/99

INMATES #: 29402

To: Sgt. Baxter

C/O SIGNATURE: Phelps

From: Raymond Mathis

SR C/O SIGNATURE: [signature]

NATURE OF REQUEST: I went Too court Today and got Two yrs. Here, Hard labor, I would like To work, I will not get in Too any Trouble, Sir I Just need To work, Sir.

ACTION TAKEN: I give you my word...

[signature]

# INMATE REQUEST FORM ™

Date: 6-9-99 INMATES # 29402

To: C/O ~~[illegible]~~ Davis or ~~C/O~~ Sgt. Johnson C/O SIGNATURE [signature]

From: RAYMOND MATHIS SR C/O SIGNATURE

NATURE OF REQUEST Have you found out about, if you get back time, if your a Trustee?

ACTION TAKEN No you do not.

6/14/99 (S.D.) x [signature]

Houston Printing Co., Inc.• Form #5135 • Rev. 3-98

# INMATE REQUEST FORM

4N

Date: 6-17-99 INMATES #: 25402

To: Ms. Willams [illegible] C/O SIGNATURE: [illegible]

From: Raymond Mathis SR C/O SIGNATURE:

NATURE OF REQUEST: I have ask 3rd Sgt. my mother has been sick, and the phone, I can't get thou on it she was hospitl and just got out, if I could get two mins. Please just to see how see is doing or if you would call an ask her, 702-8068 Please...

ACTION TAKEN: 6/22/99 The # you requested me to call is not in service. [initials]

[signature]

Houston Printing Co., Inc.• Form #5135 • Rev. 3-98

4W

# INMATE REQUEST FORM

Date: 7-30-99 INMATES # 29402

To: Sgt Johnson Records C/O SIGNATURE [signature]

From: Raymond Mathis SR C/O SIGNATURE [signature]

NATURE OF REQUEST I like to know is my next court Day, Please...

ACTION TAKEN 08/3/99

9-13-99 S.D.

x Raymond Mathis

Houston Printing Co., Inc.• Form #5135 • Rev. 3-98

HW

# INMATE REQUEST FORM

Date: 8/9/99

To: Sgt. or [illegible]

From: [illegible]

INMATES #

C/O SIGNATURE [illegible]

SR C/O SIGNATURE S/O [illegible]

NATURE OF REQUEST [illegible]

[illegible] 244 Box

here are your sugar and [illegible]
sorry I took so long

ACTION TAKEN 08/9/99

S/O [illegible]

[illegible signature]

I/M

# INMATE REQUEST FORM

Date: 8/13/99

To: Sgt. on Duty

From: Raymond [illegible]

INMATES #: [illegible]

C/O SIGNATURE: [illegible]

SR C/O SIGNATURE: [illegible]

Bot 249

NATURE OF REQUEST: [illegible] have some [illegible] Sugar / Creamer [illegible]

ACTION TAKEN: 08-14-99 - Sugar & Creamer sent to floor - No More Creamers - Sgt Peterson

[signature]

16

# INMATE REQUEST FORM

Date: 8/[illegible]/[illegible]

To: [illegible]

From: [illegible] MATHIS 244

INMATES #

C/O SIGNATURE [illegible]

SR C/O SIGNATURE [illegible]

NATURE OF REQUEST Please, could I get some creamer and sugar.

ACTION TAKEN 08-17-99 - I sent the last of the creamer last week - I am now sending the last of your sugar.

[signature] Peterman

[signature]

Printing Co., Inc • Form #5135 • Rev. 3-98

# INMATE REQUEST FORM

1610.

Date: 9/12/99 INMATES # 29402

To: Sgt. On Duty C/O SIGNATURE D. Phelps.

From: Raymond Mathis SR C/O SIGNATURE [illegible]

NATURE OF REQUEST If I could get some sugar & cream Please??

ACTION TAKEN 09-12-99 - Everything that was in your box was sent up on Saturday.

Sgt. Peterman

R.M.

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98

# INMATE REQUEST FORM

Date: 9/17/99  INMATES # 29902

To: Sgt. On Duty  C/O SIGNATURE [illegible]

From: Raymond Mathis  SR C/O SIGNATURE ______

NATURE OF REQUEST I Really need some Tooth pastes, I don't Have anymore... Please... Please..

ACTION TAKEN Sent [illegible] inmate [illegible]

35

## INMATE REQUEST FORM

Date: 9/21/99 INMATES # 29402

To: C/O Davis C/O SIGNATURE [illegible]

From: RAYMOND MATHIS SR C/O SIGNATURE

NATURE OF REQUEST I WENT TO COURT ON 9/14/99, But, THEY SENT ME BACK, AND GAVE ME A NEW COURT Date, can you TELL me what is it, PLEASE?

ACTION TAKEN 9-21-99 Your next court date is 10-18-99. (S.D.)

x Raymond Mathis

3.N

**INMATE REQUEST FORM**

INMATES # 29402

Date: 9/28/99

C/O SIGNATURE [signature]

To: To Sgt. on Duty, Parkton

SR C/O SIGNATURE Sgt Parker

From: RAYMOND MATHIS

NATURE OF REQUEST I would lik To Talk To investigation Cook, It's VERY INPORTION, PLEASE CAll Hem, PLEASE Today..?

ACTION TAKEN I Got in Touch with investigator Cook and Let him Know you wanted To Talk with him

R. Mathis

Sgt Parker

9/27/99

INMATE REQUEST FORM

Date: 7-5-99 INMATES # 25402

To: Court House Librarian C/O SIGNATURE [illegible]

From: RAYMOND MATHIS SR C/O SIGNATURE

NATURE OF REQUEST Go To The law library

ACTION TAKEN Taken To law library 7-9-99 x Refused

[illegible stamp]

Houston Printing Co., Inc. Form #5135 Rev. 8/98

INMATE REQUEST FORM

Date: 5-3-99 INMATES # 25402 2255

To: Sgt. Cindy C/O SIGNATURE Phelps

From: Raymond MATHIS SR C/O SIGNATURE

NATURE OF REQUEST If you will Talk To me Tonight Please, It's importan

ACTION TAKEN [illegible signature]

[illegible signature]

INMATE REQUEST FORM

Date: 7-1-99
INMATES #: 29402
C/O SIGNATURE: [illegible]
To: Sgt on Duty
From: Raymond Mathis
SR C/O SIGNATURE: [illegible]

NATURE OF REQUEST: If could get some sugar, creamers, please.

ACTION TAKEN: 07-02-99 Sent to floor, per request you have 10 creamers + 25 sugars left.
Sgt Peterson

[signature]

INMATE REQUEST FORM

Date: 7-5-99
INMATES #: 29402
C/O SIGNATURE:
To: Sgt on Duty
From: Raymond Mathis
SR C/O SIGNATURE: [illegible]

NATURE OF REQUEST: If I could get some Sugar

ACTION TAKEN: 07-10-99 - This is the last that you have down here.
Sgt Peterson

[signature]

INMATE REQUEST FORM

Date: 7-5-99 INMATES #: 29402

To: Sgt Peterman C/O SIGNATURE: [illegible]

From: Raymond Mathis SR C/O SIGNATURE: [illegible]

NATURE OF REQUEST: IF I could get some of my Sugar Please

ACTION TAKEN: 07-05-99 - Sent to you per request - you still have some sugar. Sgt Peterman

Raymond Mathis

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98

INMATE REQUEST FORM

Date: 7-2-99 INMATES #: 29402

To: Sgt on Duty C/O SIGNATURE: [illegible]

From: Raymond Mathis SR C/O SIGNATURE:

NATURE OF REQUEST: Sugar & Creams out of property

ACTION TAKEN:

INMATE REQUEST FORM

Date: 8/9/05 INMATES #: 29108

To: Sgt on Duty C/O SIGNATURE: W. [illegible]

From: Raymond Harris SR C/O SIGNATURE: Sgt [illegible]

NATURE OF REQUEST: cream ? Sugar Please

would you send the some of my cream & sugar

ACTION TAKEN

[illegible] Printing Co., Inc. Form #5135 • Rev. [illegible]

INMATE REQUEST FORM

Date: 8/9/05 INMATES #: [illegible]

To: Sgt on Duty C/O SIGNATURE: [illegible]

From: Raymond Harris SR C/O SIGNATURE: Sgt [illegible]

NATURE OF REQUEST: [illegible] your cream & Sugar

2414 Box

here are your sugar and cream sorry I took so long

ACTION TAKEN: 8/9/09

Sgt [illegible]

[illegible]

INMATE REQUEST FORM

Date: 8/13/99
INMATES #: 29442
To: Sgt on Duty
C/O SIGNATURE: [illegible]
From: Raymond Mathis
SR C/O SIGNATURE: [illegible]

NATURE OF REQUEST: Please, could I get some cream and sugar.

ACTION TAKEN: 08-17-99 - I sent the last of your creamer last week - I am now sending the last of your sugar.
[signature] Peterson
[signature]

Houston Printing Co., Inc.• Form #5135 • Rev. 5-98

INMATE REQUEST FORM

Date: 8/13/99
INMATES #: 29442
To: Sgt on Duty
C/O SIGNATURE: [illegible]
From: Raymond Mathis
SR C/O SIGNATURE: [illegible]

NATURE OF REQUEST: Could I have some creamer & Sugar, please.

ACTION TAKEN: 08-14-99 - Sugar & creamer sent to floor - No More Creamer -
[signature] Peterson
[signature]

INMATE REQUEST FORM

35

Date: 9/21/99 INMATES # 29402

To: C/O Davis C/O SIGNATURE [illegible]

From: Raymond Mathis SR C/O SIGNATURE

NATURE OF REQUEST I went To Court on 9/14/99, But. They sent me back. and gave me a new Court Date, can you Tell me what is it, Please?

ACTION TAKEN 9-21-99 Your next court date is 10-18-99. [illegible]

Raymond Mathis

Houston Printing Co., Inc.• Form #5135 • Rev. 3-93

INMATE REQUEST FORM

Date: 9/17/99 INMATES # 29402

To: Sgt. on Duty C/O SIGNATURE [illegible]

From: Raymond Mathis SR C/O SIGNATURE

NATURE OF REQUEST I Really need some ToothPaste, I dont have anymore... Please... Please..

ACTION TAKEN Sent [illegible] [illegible] Raymond Mathis

INMATE REQUEST FORM

Date: 10/14/99 INMATES #: 29402

To: Sgt. On Duty C/O SIGNATURE: [signature]

From: Raymond Matahs SR C/O SIGNATURE: [signature]

NATURE OF REQUEST: I really need some tooth paste I Don't have any please

ACTION TAKEN:

[illegible] Printing Co., Inc. Form [illegible] • Rev. [illegible]

INMATE REQUEST FORM

Date: 10/14/99 INMATES #: 29402

To: Sgt. on Duty C/O SIGNATURE: [signature]

From: Raymond Matahs SR C/O SIGNATURE: [signature]

NATURE OF REQUEST: If I could get some tooth paste I don't have any ?? PLEASE

ACTION TAKEN: sent you tooth paste [signature] 10/14/99

[signature]

## INMATE REQUEST FORM

Date: 9/30/99 | [illegible]

INMATES # 29402

To: MS. Willams

C/O SIGNATURE [illegible signature]

SR C/O SIGNATURE Sgt. Reynolds

From: RAYMOND MATHES

NATURE OF REQUEST I need Too See you or could I seek Too investergater Cook, 1st sf. Sgt.s and C/o's afed me wong, call me lie's, sade I Toke Things, Please could I Talk To you Please, I feel like There Try to Hert me, one way or other.

PLEASE? Time 9:45 9/30/99 This is my ... I Take Too you OR investergater Cook REQ. [illegible]

ACTION TAKEN 10-01-99 Mr. Mathis states that he's being discriminated against. He wants to be a trustee again - he has 2 yr. County time. He feel he's suffering because of [illegible] Ims of S/Sg Reynolds + S/Sg Peterman.

INMATE REQUEST FORM

Date: 9/30/99
INMATES #: 25402
To: ms. Williams
C/O SIGNATURE: Robinson
From: Raymond Mathis
SR C/O SIGNATURE: Sgt. B Reynolds

NATURE OF REQUEST: I need Too see you or could I seek Too investigator Cook. 1st sgt's and C/o's did me wong, call me [illegible] [illegible] I Take Thing. Please could I Talk To you. Okay I feel [illegible] Theer Try To Hert me, one way or other.

PLEASE!

ACTION TAKEN: 9-30-99 Im Mathis stated that he's being discriminated against he wants to be a trustee again — he has 2 yr. County time. I Take Too you Req Form. I feel he's suffering because of [illegible] or Investigator Cook. [illegible] at Sgt. Reynolds + Sgt. Robinson.

Time 9:45
9/30/99
Pts 9S #2

Talkin Care [illegible]

Houston Printing Co., Inc.• Form 45135 • Rev. 3-98

INMATE REQUEST FORM

45

Date: 10/26/99
Reaction
INMATES #: 25402
To: ~~Sgt. on Duty~~ ms. Williams
C/O SIGNATURE: K. Wilson
From: Raymond Mathis
SR C/O SIGNATURE: Sgt. B Reynolds

NATURE OF REQUEST: I Have Been ask For a week, To move me out of The cell with The inmate on P.C. we got in To it Today, I know He ~~[illegible]~~ want me Too Hit Him. Im ast again To please let me move or move Him To other cell please, BeFor one or Both of us

ACTION TAKEN: get Hert,

PLEASE!!

Taken Care

Today I Have 1,2 sgt.s

# INMATE REQUEST FORM

Date: 10/4/05

INMATES # 214102

To: Sgt. On Duty

C/O SIGNATURE [illegible]

From: Raymond Mathes

SR C/O SIGNATURE [illegible]

NATURE OF REQUEST I Really need some Toothpaste I Don't have any, Please

ACTION TAKEN

# INMATE REQUEST FORM

Date: 10/14/99

INMATES #: [illegible]

To: Sgt. on Duty

C/O SIGNATURE: [illegible]

From: Raymond Mathis

SR C/O SIGNATURE: [illegible]

NATURE OF REQUEST: [illegible] could get some Tooth paste I don't have any [illegible]

ACTION TAKEN: sent you Tooth paste [illegible] 10/[illegible]/99

[signature]

Form #5125 • Rev. 3.98

# INMATE REQUEST FORM

Date: 10/13/99 INMATES # 28[illegible]

To: C. Byans or Wright C/O SIGNATURE [illegible signature]

From: Raymond Mathis SR C/O SIGNATURE [illegible signature]

NATURE OF REQUEST L. Byans I go To Trail monday, I would like To know if I will see u for my hearing and I need or if I can get a hair cut before Trail Please...

10/18/99

ACTION TAKEN They cut hair up here today

Ms. Wright, Please come on and cut my [illegible] off [illegible]

INMATE REQUEST FORM

Date: 10/13/99 INMATES # 22402

To: C. Byars or wright C/O SIGNATURE [signature]

From: RAYMOND MATHIS SR C/O SIGNATURE [signature]

NATURE OF REQUEST C. Byars I go To Trail monday, I would like To know if I will see u. For my Hereing and I need me if I can get a Hair cut, Befor Traill, please.

10/17/99

ACTION TAKEN Will get Hair cut up here Today

ms. wright, please come on and cut my Head off !!

Houston Printing Co., Inc.• Form #5135 • Rev. 5-96

INMATE REQUEST FORM

Date: 10/31/99 INMATES # 22402

To: Sgt on Duty C/O SIGNATURE [signature]

From: RAYMOND MATHIS SR C/O SIGNATURE [signature]

NATURE OF REQUEST Today, I Had a visit and my wife and kids could not even sit down and on are side Thre soot, Food on The ~~[illegible]~~ place you sit on, and when you Talk sell Bad, so I ask The Trustee why, He said The C/O want let ~~[illegible]~~ clean up out There, so please, let are

ACTION TAKEN ask The c/o To let Him clean...

10-31-99 — I will speak to the C/O's working that floor but I can't imagine it being as bad since it was swept out last evening. The trustee can only clean when the officer can let him in. Lt Patterson [signature]

Houston Printing Co., Inc.• Form #5135 • Rev. 5-96

INMATE REQUEST FORM

Date: 10/22/99 INMATES # [illegible]

To: Ms. Williams C/O SIGNATURE [signature]

From: Raymond Mathis SR C/O SIGNATURE [signature]

NATURE OF REQUEST Everything I write now I will have a copy of it. So far I have ask for a investigator for 30 days and I have not seen him, now I have write Grievance on this and I have not got any of them back, and I have ask to talk to ms. williams over and over and have not seen her!

ACTION TAKEN I ever told her that some of the c/o and Sgt. I am afraid of, not that they would personally do something to me but they would close their eye's and let some go by, and I have write Grievance on this, and I have not here anything back on this, I have write Bill [illegible] about this and I have not heard anything from him. I ask him too seen a investigator too see me, I have the right to

Russell Printing Co., Inc. Form #5135 • Rev. 3-98

INMATE REQUEST FORM

Date: 9/28/99 INMATES # 29402

To: To Sgt. or Duty Officer C/O SIGNATURE

From: Raymond Mathis SR C/O SIGNATURE [signature]

NATURE OF REQUEST I would like to talk to Investigation Cook, it's very important, please call him, please Thankyou

ACTION TAKEN I got in touch with Investigator Cook and let him know you wanted to talk with him

R. Mathis [signature]

9/29/99

# INMATE REQUEST FORM

Date: 10/15/99  INMATES # 25402

To: ~~[illegible] Duty~~ Commander Lieut  C/O SIGNATURE

From: Raymond Mathis  SR C/O SIGNATURE [signature]

NATURE OF REQUEST I Have Request To Talk [illegible] [illegible] For 3 weeks, I Have The Right, To Talk To A Investigator ? or not?!

Please, I Need To Talk

ACTION TAKEN [illegible]

TO: Inmate R. Mathis 10/15/99

Time 1012.5

They talked to you last week, said you didn't have anything. No your rights don't include an investigator on demand. When [illegible] [illegible]

Houston Printing Co., Inc • Form #5135 • Rev. 3-98

# INMATE REQUEST FORM

Date: 10/21/99 INMATES #: 25402

To: Sgt. Johnson C/O SIGNATURE: [signature]

From: Raymond Mathis SR C/O SIGNATURE: Sgt. B. Reynolds

NATURE OF REQUEST: I'm in P.C. ~~[illegible]~~ with Two Inmate, and their youth and don't care about other people thing. I'm trying not to get in trouble, so if you would get me out of cell. ~~T~~The only place I can go is 3S.

ACTION TAKEN: INMATE TAKEN Off P.C.

10/22/99

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98

# INMATE REQUEST FORM

Date: ___/21/99  INMATES #: [illegible]

To: [illegible]  C/O SIGNATURE: [illegible]

From: [illegible]  SR C/O SIGNATURE: [illegible]

NATURE OF REQUEST: [illegible]

ACTION TAKEN: [illegible] of the Federal [illegible]

REFUSED 10-22-99 [illegible]

OCT 21 [illegible]

Houston Printing Co., Inc • Form #5135 • Rev. 3-98

Part 2 #

**INMATE ~~REQUEST~~ GRIEVANCE FORM**

Date: 10/22/99 INMATES #: 29402

To: Ms Willans C/O SIGNATURE: W. Fong

From: Raymond Mathis SR C/O SIGNATURE:

NATURE OF REQUEST: See a investergater, now, I want Too inform you That i'm on The medical side, By law, I should not Be on This side, Rule 11 Se. 14-65, Im informing you That if anyone of These inmate cut me or spit or anything I will suite, Im Just saying That I should not Be on This side, so

ACTION TAKEN: Im askin Too Be move, Please, now, The nurse, came To me and sade, why did I Tell you That I was not getting my pills, I never sade That, I sade That They did not give me The medical attention That The docter sade, an I still not getting it, But That ok. I got it in Black an write, could you look in Too This, Please?? 10/22/99

Houston Printing Co., Inc.• Form #5135 • Rev. 3-98

**INMATE REQUEST FORM**

Date: 6-10-99 INMATES #: 29402

To: Sgt. ~~Buckman~~ Buchmann C/O SIGNATURE: [signature]

From: Raymond Mathis SR C/O SIGNATURE:

NATURE OF REQUEST: I wrote Last night about if you ~~a~~ could let me come down an call my ~~Mam~~ mother, she is sick, But The Phone up Here, I cant get Thou,

ACTION TAKEN: Please!

if I could call ~~[illegible]~~ Tonight

I can't let anyone come downstairs to use the phone

# INMATE REQUEST FORM

Date: 10/24/99 INMATES # 29102

To: Sgt. Brown or Sgt on duty C/O SIGNATURE [signature]

From: Edward Mathis SR C/O SIGNATURE [signature]

NATURE OF REQUEST I have some important papper that I would like to be notary public, Please

ACTION TAKEN 10-24-99

Papers Notarized

Sgt. Peterman

Houston Printing Co., Inc.• Form #5135 • Rev. 3-98

45

# INMATE REQUEST FORM

Date: 10/15/99

INMATES # 29402

To: C/O Davis or Mr. Tolleson

C/O SIGNATURE C/O Ellis

From: Raymond Mathis

SR C/O SIGNATURE

NATURE OF REQUEST I wrote to you last month about when do I go back to court, and you wrote back saying 10/15/99, But I'm not on the court list, I should be going to trial today, can you tell me why not? Please...

ACTION TAKEN Because either your attorney or the prosecution continued your case.

[signature]

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98

**INMATE ~~REQUEST~~ FORM** GRIEVANCE

Date: 10/22/99

To: Ms Williams

From: Raymond Mathis

INMATES # [illegible]

C/O SIGNATURE [illegible]

SR C/O SIGNATURE

**NATURE OF REQUEST** See [illegible] [illegible] [illegible] I want [illegible] [illegible] That I'm on the medical side, By law, I should [illegible] [illegible] This side, Rule 11 Sec 14-65, I'm informing you that if anyone of these inmates cut me or spit on me [illegible] I will [illegible] suit, I'm just saying that I should not be on this [illegible]

**ACTION TAKEN** I'm asking to be moved, Please, [illegible] [illegible] To me and said why did I tell you that I was not [illegible] my pills, I never said that, I said that [illegible] did not give me the medical attention that [illegible] I still not getting it, But that [illegible] I [illegible] [illegible] could you look in to this, Please [illegible] 10/24/99

# INMATE ~~REQUEST~~ FORM

Date: 10/22/99

To: Ms. Willams

From: Raymond Mathis

INMATES #: [illegible]

C/O SIGNATURE: [illegible]

SR C/O SIGNATURE: [illegible]

NATURE OF REQUEST: Everything I write [illegible], I will have a [illegible] of it, so far I have ask for a administrative [illegible] 30 days and I have not seen him, and I have write [illegible] on This and I have not got any of Them back, [illegible] To Talk to Ms williams [illegible]

ACTION TAKEN: I [illegible] Told her That some of The C/O and Sgt. I am [illegible] That They would [illegible] me, but They would [illegible] By and I have write [illegible] on This and I have not Here anything Back on This, I have write Bill [illegible] about This and I have not Hera anything [illegible] [illegible]

Houston Printing Co., Inc.• Form #5135 • Rev 3-98

45

...EST FORM

...vis INMATES # 29402

...hios C/O SIGNATURE [signature]

SR C/O SIGNATURE SCW B Boyd

...ould you Tell me if I Have a TRAIL Day

...got a court, Please...??

INMATE REQUEST FORM

Date: 10/25/99 INMATES # 29402

To: C/O C. Davis C/O SIGNATURE C/O Long

From: Raymond Mathis SR C/O SIGNATURE

NATURE OF REQUEST I would like To Know if I got a court Date yet, Please??

ACTION TAKEN

[illegible] FORM [illegible] 1-2

TO: C/C Wright / Lt.

DATE: 4.05 INMATES # 25402

From: Raymond Mathis — ON ... C/O SIGNATURE

SR C/O SIGNATURE

NATURE OF REQUEST I have ask for 3rd week about seeing the Doctor about my eye's, But the nurse's seem worried that the Doctor don't do [illegible] if there is something wrong with my eye's, is [illegible] job, [illegible] look at them, right? She, the p.m. nurse told c/o [illegible] that if my [illegible]

ACTION TAKEN For it, I could go see a Doctor, so, I look up this law 14-6-19. Clothing, Bedding and medical attention. Necessary clothing and bedding must be furnished by the sheriff or Jailer at the expense of the county to those prisoner who are unable to provide them for them selves, and also necessary medicines and medical to those who are sick or injured when they are unable [illegible]

Houston Printing Co., Inc.• Form #5135 • Rev. 3-98

4S

**INMATE REQUEST FORM**

Date: 10/26/99 Rec'd [illegible] INMATES # [illegible]

To: ~~Sgt. On Duty - Ms [illegible]~~ C/O SIGNATURE K Wilson

From: RAYMOND MATHIS SR C/O SIGNATURE Sgt. B Reynolds

NATURE OF REQUEST I Have Been ask For a week To move me out of The cell with The inmate on [illegible] we got in To it Today, I know He ~~[illegible]~~ want me Too hit Him I'm ast again To please let me move or move him To other cell please, BeFor one or Both of us

ACTION TAKEN get Hurt, Please !!

Taken Care of Today I Have I.R. Sgt.

GRIEVANCES

INMATE ~~REQUEST~~ FORM

Hall 7 H.

INMATES # 29402

Date: 10/26/99

C/O SIGNATURE

To: C/O WRIGHT

SR C/O SIGNATURE

From: RAYMOND MATHIS

NATURE OF REQUEST To provide them [illegible] themselves. (Code 1852, § 24; [illegible] 243; Code 1867, § 3791; Code 1876 § 4443; Code 1886, § 4542; Code 1907, § 7148; Code 1923, § 4808; Code 1940, T. [illegible] § [illegible]) and if this [illegible] law sade I should get medical attention, why did [illegible] to see if I [illegible] will not even take time out to see if [illegible]

ACTION TAKEN something, how can they kept on doing [illegible] and nothing is being done about this, I kept on showing [illegible] by the nurses's and they don't do anything to stop [illegible] why have any thing [illegible] about this, I'm not the only inmate here that's saying [illegible] one more thing, have the inmate that bite me [illegible] for him or anything els, that I should know [illegible]

10/28/99 According to the medical staff you have been seen by a doctor, and you were cleared. If you are complaining about your eyes because of your being cap-stunned your eye sight is fine. Cap-stun does not make one blind - There are no side effects after being capstunned - especially not 3 wks later. And as stated before we do not release another I/m medical history to inmates, however, if you want to be tested I'm sure that it could be arranged. (RW)

X YES I WANT TO BE TEST !!

X YOU ARE NOT a Doctor, a should NOT able To say

X What a DOCTOR JOB, I will write Ms Willans about THIS, That you WROTE ME, YOU ARE WRONG But you will Be stopped Before someone [illegible]

X R. Walton

# INMATE REQUEST FORM

Date: 2/16/05 INMATES # 29402-M-Pod-cell #10

To: Commander McMARTY of the Houston county Jail C/O SIGNATURE

From: Raymond MATHIS SR C/O SIGNATURE

**NATURE OF REQUEST** Commander McCarty, SIR, I Have gotting Request Form Back From you "SIR," saying me and inmate James Robinson are allow To go To The Lawlibrary Together, 'WELL,' SIR, I Have NOT Been allow To go, one of The Request Form, Stated That Sgt. Kim Turner Has not Been To work, well "SIR," I found out She Has Been Her, and She was not going To let me and James Robinson, go Together, no matter what you say, I dont know if This is Really True or not

**ACTION TAKEN** I Just know I Have not Been allow Too go, Even after I got Back you Request Form, Back From you?? SIR, inmate By Law are allow 20 HR, in a Jail or State Prisoners, So 'SIR,' I'm asking you again To let me and inmate James Robinson, go To The lawlibrary Together, I need legal assistance, you my case's... Thank you.

02-17-05 I don't know who told you any different but

Sgt Turner was out all last week. You asked me the same question & I told you face to face that she was out all week. Sgt Buchmann X [signature]

# INMATE REQUEST FORM

Date: 10/31/99

To: Sgt. ON Duty

From: RAYMOND MATHIS

INMATES # 29402

C/O SIGNATURE S Wright

SR C/O SIGNATURE [illegible]

NATURE OF REQUEST Today, I had a Visit and my wife and Kids could NOT even sit down, and on all side there Sock, Food on The ~~seat~~ place you sit on, and where you Talk Sell Bad, so I ask The Truck willy, he said It's the went let ~~them~~ clean up out There, so please, let one clean...

ACTION TAKEN ask The C/O Too let Him Cleaning

10-31-99 — I will speak to the C/O's working that floor but I can't imagine it being as bad since it was swept out last evening & the trusty can only clean when the officer can let him in. Sgt. [illegible]

Raymond Mathis

[illegible] Form #5135 • Rev. 3-98

## INMATE REQUEST FORM

Date: 8/9/04
INMATES #: 29402
To: ~~Sgt. on Duty~~ Dochet
C/O SIGNATURE: [signature]
From: Raymond Mathis
SR C/O SIGNATURE: Sgt Reynold

NATURE OF REQUEST: I Too Talk To a Bons mens Jane Bouis OR Tomson please, I could get out Today.

ACTION TAKEN: 8-12-04 Contacted. Both Bouier & Thompson Bonding. C/o Capshaw

X Raymond Mathis

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98 WO#54

## INMATE REQUEST FORM

Date: 8/13/04
INMATES #: 29402 Pod A Floor
To: Sgt Bust
C/O SIGNATURE:
From: Raymond MATHIS
SR C/O SIGNATURE: Raymond Mathis

NATURE OF REQUEST: Call mom To get my meditTon call ESTER M Britt, 334(802-1456) OR 766-333 To Go get it From my mom To go By my House, Tell THEM BoxE'S

ACTION TAKEN: Called family & had requested for them to bring medication to jail on 08-13-04

X Raymond Mathis

A Floor

**INMATE REQUEST FORM**

Date: 8/14/04 INMATES # 29402

To: C/O ON DUTY C/O SIGNATURE [signature]

From: Raymond MATHIS SR C/O SIGNATURE [signature]

NATURE OF REQUEST if I could get THE number Too ~~Tomson~~ TOMSPON Banking c/o and if you would Call Them FOR me... and I would like Too Call THem myself, From Back HERE...

ACTION TAKEN 8-15-04 PlEASE... Done

thompson 677-8849

X [signature]

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98 WO#54

A-FLR

B

**INMATE REQUEST FORM**

Date: 8/18/04 INMATES # 29402

To: Sgt ON DuTY C/O SIGNATURE D. Jones

From: RAymond MATHIS SR C/O SIGNATURE [signature]

NATURE OF REQUEST Law Library

ACTION TAKEN 8/20/04

[signature]

**INMATE REQUEST FORM**

Pod A. Room 4

Date: 8/24/04 INMATES # 29402

To: Sgt. on Duty C/O SIGNATURE [signature]

From: Raymond Mathis SR C/O SIGNATURE [signature]

NATURE OF REQUEST: need Too neil clipper, Bad ...

ACTION TAKEN: 8/25/04 COMPLETED

[signature]

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98 WO#54

A

**INMATE REQUEST FORM**

Date: 8/26/04 INMATES # 29402 Pod A. Room 4

To: Sgt. on Duty, and Nurse's Hatcway BRICE C/O SIGNATURE [signature]

From: Raymond Mathis SR C/O SIGNATURE

NATURE OF REQUEST: need Too see a Nurse, Im in alot of Pan My Hemorrhoidal, They are Falling out, Im Beedening Bad and Haven't went Too Bat Rest Room in 3 days, I need To see a docter now, Please!!

1:30 PM

ACTION TAKEN: (With) S. UN. Nurse Hathaway Contacted. 8/26/04 [initials]

I need Too see The Nurse

[signature]