## INMATE REQUEST FORM

Date: _Raymond Mathis  8/30/04_    INMATES # _29402_ Pool 4, Room 4

To: _Ms. Reed or Davis_    C/O SIGNATURE _Roberts_

From: _Raymond Mathis_    SR C/O SIGNATURE _____

**NATURE OF REQUEST** _~~I simply~~ Look for a phone number,_
_I need the Federal ~~investigation~~ address_
_investi~~gation~~_

_Federal Investigation_

**ACTION TAKEN** _Address_
_2969 Ross Clark Circle_
_Dothan Al 36303_
_X Reqest answer_

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98  WO#54

A. Ped. Moore

## INMATE REQUEST FORM

Date: _8/ 9 / 8 / C 4_     INMATES # _29462_

To: _C/O Reeds_     C/O SIGNATURE _Roberts_

From: _Raymond MATHis_     SR C/O SIGNATURE _____

NATURE OF REQUEST _____ _need adds For AB A/C Start_

_Barn_

ACTION TAKEN _____ _Cut read your waiting 9/15/08_

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

## INMATE REQUEST FORM

Pod A. Floor

Date: 9/10/04

To: Sgt on Duty

From: Raymond MATHIS

INMATES # 29402

C/O SIGNATURE

SR C/O SIGNATURE

**NATURE OF REQUEST** Want To go Too Law ~~Too~~ Libary

Done X Raymond mith

**ACTION TAKEN**

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

## INMATE REQUEST FORM

Date: 9/15/04

To: Sgt Danes, or Reed

From: Raymond MATHIS

INMATES # 29402 A. Pod, Floor

C/O SIGNATURE

SR C/O SIGNATURE

**NATURE OF REQUEST** Bord OF A/A. NURSE Bar
B B THE Address
PlEASE
S.A.P.

**ACTION TAKEN** I have no way of getting that
info - if its not put in my to lawyers
I dont look it up!  9/17/04

X Raymond mith

# INMATE REQUEST FORM

Date: 9/20/04

To: ~~Sgt Turer and~~ Davis

From: RaymoNd MATHis

INMATES # 29402 A. Pod. Floor

C/O SIGNATURE _Carr_

SR C/O SIGNATURE

**NATURE OF REQUEST** Sgt. TuNer 3 Davis, every b/o and every Sgt know That I Have a Bad Back, and The Nurse, why would you Two plat me oN The last oNE oN THis pod, Too get put iN a Room, I was Here BeFor #4 oF These inmate I doN't kNow wHaT I did Too THe BoTH of you, BuT THis

**ACTION TAKEN** NoT Right,

09/28- 'I'm in cell w/another bottom bunk profile. No longer on floor

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

# INMATE REQUEST FORM

Date: 9/22/04

To: Sgt TuNer

From: RaymoNd MATHis

INMATES # 29402 A. Pod. Floor

C/O SIGNATURE

SR C/O SIGNATURE

**NATURE OF REQUEST** iF i could go Too have liberty

**ACTION TAKEN** Done 9/27/04

## INMATE REQUEST FORM

Floor

Date: 9/23/04

INMATES # 29402    A Pod

To: Commander McCarty

C/O SIGNATURE _____

From: Raymond Mathis

SR C/O SIGNATURE Buckmann

**NATURE OF REQUEST** I would like to thank you for your time and consideration. Now I need your assistance to provide a copy of my appeal & sanction written up by SGT Buckmann CO Britt refused to send my paper work back. I also need my grievance against CO Britt.

**ACTION TAKEN** 1/m Mathis, I don't have a copy of the sanction or appeal or the grievance - You should have gotten these back already - Commander 9/27

Refused to sign

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

## INMATE REQUEST FORM

Date: 9/23/04

INMATES # 29402    A Pod. Floor

To: Commander

C/O SIGNATURE _____

From: Raymond MATHIS

SR C/O SIGNATURE Sgt. Mul

**NATURE OF REQUEST** I Have Been Taking pain Pill For my By Back and Today THey Take me off, Just stop Giving any THing For By Back or Pain, could you look iN Too THis, THe nurse's Just do want THey weNT Too me, I write every Day For someTHing For

**ACTION TAKEN** Pain, and NOT, I don't get anyTHing For Pain, How is THis Right?
THanK you
I'll Take this To the Medical Clinic, Cmdr McCarty 9/25

# INMATE REQUEST FORM

A. Pod. Floor

Ⓐ

Date: 9/23/04    INMATES # 29402

To: Nurse's Staff    C/O SIGNATURE

From: Raymond MATHiS    SR C/O SIGNATURE _Reynolds_

**NATURE OF REQUEST** iF I could get Some Salt For my
TooTH, my need to Be pulled.
THank You.

**ACTION TAKEN** We are passing no more salt
out unless seen in nursing for dental
on that inetial visit.

X Raynel Mtn

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

---

# INMATE REQUEST FORM

Date: 9/23/04    INMATES # 29402 A. Pod. Floor

To: C/O / Sgt. Skelton    C/O SIGNATURE _J Calilo_

From: Raymond MATHiS    SR C/O SIGNATURE _Shult_

**NATURE OF REQUEST** Somrone Keep Taking my Soap and
Shampa Soap Stampo Shampoo, iF you would, could
you seen me some Shampoo & Soap..

THank You.

**ACTION TAKEN** Done  9-28-04  E Shult

X Raynel Mtn

## INMATE REQUEST FORM

Date: _10 - 2 - 04_          Ⓐ          INMATES # _29402_          _A-10_

To: _SGT. REYNoldS_          C/O SIGNATURE _C. Miller_

From: _RAYMOND MATHIS_  F. Lee          SR C/O SIGNATURE _Sgt_

**NATURE OF REQUEST** _REQUEST FOR NOTARY_

**ACTION TAKEN** _Raymond Matin_          _papers notarized on 10-02-04  Sgt Reynold_

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

**INMATE REQUEST FORM**

Date: 10/25/04

To: Sgt, or C/o in Laundry Property

From: Raymond MATHIS

INMATES # 29402-A-Pod-cell #10

C/O SIGNATURE _Hisher_

SR C/O SIGNATURE _Sgt Reynold_

NATURE OF REQUEST  is THaT i need Some SHampoo, and ToothPasTe.. NaTure minT

THank you

ACTION TAKEN  Done  10-29-04  &  SlueL

X  _Raymond_

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98 · WO#54

---

**INMATE REQUEST FORM**

Date: 2-4-05

To:

From: Raymond Mathis

INMATES # 29402

C/O SIGNATURE

SR C/O SIGNATURE

NATURE OF REQUEST

Law library

Done 2/4/05

ACTION TAKEN

X  _Raymond Mathis_

**INMATE REQUEST FORM**

Date: 2/7/05

To: Sgt Kim Turner

From: Raymond Mathis

INMATES # 29402 - M-Pod-Cell #10

C/O SIGNATURE

SR C/O SIGNATURE

NATURE OF REQUEST need To Go Back again To The lawlibrary To Finsh up. Please, Thonk you

ACTION TAKEN COMPLETED

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

**INMATE REQUEST FORM**

M-10

Date: 2/15/05

To: Dete Docket or Mrs Reed

From: Raymond Mathis

INMATES # 29402 - M-Pod - Cell #20

C/O SIGNATURE

SR C/O SIGNATURE

NATURE OF REQUEST If I Have any Holds or Court Dates, and What is my Bonds

Thank You

ACTION TAKEN You have a hold w/ DPO court date of 2/25/05 8:30 AM

Thx

**INMATE REQUEST FORM**

Date: 2/16/05                                    INMATES # 29402-M-Pod-cell #10

To: Sgt. Kim Turner, of The Houston county Jail    C/O SIGNATURE _____

From: Raymond MATHis                              SR C/O SIGNATURE _____

NATURE OF REQUEST Sgt. Kim Turner, I know and Believe That you Run This Jail, So I Just wanted To inform you That inmate Have The Right To legal Assistance in your Jail, & also want To inform You That You are deprive me of my civil Right, and my 14TH Amendment.!! So if I can't get a understanding From The McClurty commander of The Houston county Jail, I want stop Their, I will Find away to get assistance, legal

ACTION TAKEN Assistance, in This Jail.
02-17-05
I/M Mathis — I/M James Robinson went to Prison so it would be impossible for you to go to the Law Library with him. Sgt Buchman

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

**INMATE REQUEST FORM**

Date: 2/16/05      (M)                            INMATES # 29402-M-Pod 10

To: C/O "Laundly Room                            C/O SIGNATURE _____

From: Raymond MATHis                              SR C/O SIGNATURE _____ (BR)

NATURE OF REQUEST _____ Body WASH ;
                              SHampoo ;
                              TooTHPasTe

ACTION TAKEN    0 Balance
                Done 2-17-05

**INMATE REQUEST FORM**

Date: 2/23/05

INMATES # 29462 - M - Pod - #10

To: Commander McLarty, OF Houston County Jail

C/O SIGNATURE _____

From: Raymond Mathis

SR C/O SIGNATURE _____

**NATURE OF REQUEST** Sir, Nurse Spizner, will not Treat give me medical Treatment, Nurse, Spizner stated This in writing on a Request Form when she stated, That you Dont Tell Her what Too Do, well I like To "know" who Do Tell Her That she can medical Treat, some of The inmate, and she Dont Have To Treat other? I would like Too know who is there Boss, as I can write Him, Sgt. and cos Boss Too?

**ACTION TAKEN** ,I/m Mathis, Nurse Speigner is the Medical Clinic Director – You have Not been denied Medical.

Commander McCarty 2/23/05

---

**INMATE REQUEST FORM**

Date: 3/15/05

INMATES # 29402 - N - Pod

To: Sgt. on Duty or Sgt. Turner

C/O SIGNATURE Hudson

From: Raymond Mathis

SR C/O SIGNATURE _____

**NATURE OF REQUEST** is there anyway I could Have my legal work I'm on lockDown, But There is something That I Have To kept up with, ??

**ACTION TAKEN** You can keep whatever items you are allowed to Have while you are on lockdown.

3/16/05

**INMATE REQUEST FORM**

Date: 3/28/05

INMATES # 29402 - J - #5

To: Commander McCurdy

C/O SIGNATURE

From: Raymond MATHIS

SR C/O SIGNATURE Buchanan

NATURE OF REQUEST: SiR, I'm on J-Pod - in THE cage, SiR, THere is no Reson THAT i should Be in THis cage, THere are no inmates in THis Pod, THAT is aFRead oF me, or i'm aFeed oF, wHy im i on p.c. and in THis cage, SiR, my mine will not allow me To Be in THis cage, t Talk Too THE nurse

ACTION TAKEN: about THis PRoBle, SiR, PleAse Take me oFF oo and ouT oF THis cage.

Answered on grievance form 3/29/05
Commander McCurdy

After Signing /cing agreement - you will Be Moved
Commander McCurdy

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

**INMATE REQUEST FORM**

Date: 4/1/05                                        INMATES # 25402 J- Pod J-1

To: Docket or Mrs. Reed or Sgt. on Duty    C/O SIGNATURE _____

From: Raymond MATHIS                       SR C/O SIGNATURE   BR

NATURE OF REQUEST   is iF I Have a court Date on THis
Case - Case No: DC 05-1258, Burglary 3Rd
Bond $110.000.00

ACTION TAKEN   4-2-05  You will You're case will go in front
of the grand Jury. We don't know when your next
court date will be.

Houston Printing Co., Inc. • Form #5135 • Rev 3-98   WO#54

---

**INMATE REQUEST FORM**

Date: 4/1/05                                        INMATES # 29402- J- Pod

To: Mrs. Reed or Docket, or Sgt. on Duty    C/O SIGNATURE J. Moon

From: Raymond MATHIS                       SR C/O SIGNATURE Jones

NATURE OF REQUEST   I need my case No: on my case THaT
Has THe $110.000.00 Bond, PLease, A. S. A. P.

THank You

ACTION TAKEN   DC 05- 1258

**INMATE REQUEST FORM**

Date: 4-3-05

To: Sgt. on Duty #2

From: RAYMOND MATHIS

INMATES # 29402 - J - Pod

C/O SIGNATURE Dickens

SR C/O SIGNATURE Jones

NATURE OF REQUEST iF I could geT a CarBrincopy, iF HAve Some legal Form THuT Need To Be copy and sent Back in, or mAil Tommoror, THank you, iF I could geT it Today or night

ACTION TAKEN    4-3-05    Done, One piece of carbon paper delivered.
Sgt. Jones

X _____

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

---

**INMATE REQUEST FORM**

Date: 11/4/05

To: C/O Laundry or Sgt. in Laundry

From: RAymond MATHis

INMATES # 29402 - J- Pod

C/O SIGNATURE _____

SR C/O SIGNATURE A/sco _____

NATURE OF REQUEST iF I could geT SHampoo, loTion, Torlit Paper,    THank you

ACTION TAKEN
Taken Care of    04/03/05    Alsco _____

X _____

**INMATE REQUEST FORM**

Date: 4/5/05

To: Sgt. On Duty, Sgt. TURNER

From: Raymond MATHIS

INMATES # 29.402-J-Pod

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** The commander W. McCarty, inform me That me and inmate Larry WHite in B-Pod, where allow to go to The Lawlibrary Together, But Larry white wHould Have To put in a ReQuest Form, saying He what To go with me, if He in B-Pod, How can I Tell Him

**ACTION TAKEN** To put in a ReQust Form, The inmate's went do it, THe c/o will Not do it, and THe Sgt.'s will Not Even Talk about doing it, SO Now WhaT, I JusT WRite Two or #3 Days again Till Someone Find out From commander McCarty it alright and tHis weeks up ??? 5/6/05 Raynd mathis

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

**INMATE REQUEST FORM**

Date: 4/6/05

To: Sgt. on Duty or Sgt. TURNER

From: Raymond MATHis

INMATES # 29.402-J-Pod

C/O SIGNATURE Reeves

SR C/O SIGNATURE _____

**NATURE OF REQUEST** To go Too THe LawliBrary, with Larry WHite inmate, in B-Pod, Today again, A.S.A.P. PlEASE

THank you

**ACTION TAKEN** Your pod is assigned to go to the law library on Wednesday of every week. Larry White must write a request to go to the law library with you. He has NOT Written a request at this time.

**INMATE REQUEST FORM**

Date: 4/7/05                           INMATES # 29402-J-1

To: Commander William McCarty          C/O SIGNATURE

From: Raymond MATHIS                    SR C/O SIGNATURE

NATURE OF REQUEST Sir, You gave THE O.K. For me and inMATE Larry White in B-Pod, Sir, I was only allow To go To THE law library #1(one's) Time THIS week, Sir, and need more THan #1 day To Fine, or Try To Fine wHaT i need For THE court, BeFore 4/13/05, Please,

THank you..

ACTION TAKEN

I/m Mathis, you have permission To go To the law library like anyone has. Commoder McCarty 4/11/05

Raymond Mathis

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

**INMATE REQUEST FORM**

Date: 4/8/05  Record                   INMATES # 29402-J-1

To: Commander, McCarty and Sgt's       C/O SIGNATURE

From: Raymond MATHIS                    SR C/O SIGNATURE

NATURE OF REQUEST THEse, young inmate are wild, THEy BeT all Day and NigHt, THEy Rap song all Day and NigHt, always Talking aBouT Gang Banging, Im Too old For THis cazi's Pod- wHen THESE inmate goes OFF, I Dont wanT Too Be HurT, or THe one THeT Has Too one of THEm, Some of THese inmate's Has Killed !! and I will NOT allow THese one's THeT's in a Gang do anyTHing Too HurT ME.

ACTION TAKEN

I would like To Be move To M-Pod - wHere I should Have wenT.

Answered in Grievance.

**INMATE REQUEST FORM**

Date: 4/15/05                                    INMATES # 29402-J-Pod-J1

To: Commander W. McCarty and Speigner          C/O SIGNATURE Phillips

From: Raymond Mathis                           SR C/O SIGNATURE ①

**NATURE OF REQUEST** Sir, I'm in so much Pain, and I cant sleep
at night, my Head will not stop Hurting, Sir, I feel all
closs in, The Beting on all the time, Raping all the time,
Playing, always Talking about Hurting someone all the
Time, Sir, I'm sick, I'm Bleeding and I Need Help

**ACTION TAKEN** Please, Sir, write Back Soon, Please
i/m Mathis, I talked to nurse Speigner and she advised you
were receiving Med. Treatment for your Hank You hemorrhoids,
The judge set your bond and you're housed accordingly.

X Raymond Mathis                    Commander McCarty 4/15/05

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

**INMATE REQUEST FORM**

Date: 5/10/05

To: Nurse, Laura

From: Raymond MATHIS

INMATES # 29402

C/O SIGNATURE _____

SR C/O SIGNATURE BR

NATURE OF REQUEST if I get on the tool pack again im in F Pod on the Floor, and it got me a tool please

I feel bad  YES

ACTION TAKEN Do you want a cold pack?

Sign & return to Nursing with your answer

X Raymond Mathis YES

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98  WO#54

---

**INMATE REQUEST FORM**

Date: 5/11/05

To: Sgt. Turner

From: Raymond Mathis

INMATES # 29402

C/O SIGNATURE I Mea

SR C/O SIGNATURE Jones

NATURE OF REQUEST Go to the law library with Larry White,

Thank you

ACTION TAKEN Done 5/17/05

X

**INMATE REQUEST FORM**

Date: 5/19/05

To: Records

From: RAYMOND MATHIS

INMATES # 29402 - F - Pod

C/O SIGNATURE: Kipp

SR C/O SIGNATURE: Jone

NATURE OF REQUEST: iF I HAVE any CourT DATE's oR HERing Coming up Soon? Plesse...

THANK you

ACTION TAKEN: 05-25-05 um Mathis, your trial is Set for 08-22-05.

um'S Sigratur Raymond Mathr

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

---

**INMATE REQUEST FORM**

Date: 5/19/05

To: Sgt Kim TuRnsR

From: Raymund MATHis

INMATES # 29402 - F

C/O SIGNATURE: Bush

SR C/O SIGNATURE: Jones

NATURE OF REQUEST: To Be able To go Too The Law liBrary WiTH LARRy wHite..

THank You

ACTION TAKEN: Done 5/28/05

**INMATE REQUEST FORM**

Date: 5/24/05

To: Commander W. McCarty

From: Raymond Mathis

INMATES # 29402 F-1

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST Sir," This Time I'm not in the Wong, I Have not Violated any Rule, I Have Appeal a Sanction, From C/O Gracy Sir," if you invistergate This, I can't Be wong and I should not Be Punuswit For This, I know The Sgt's will not invistergate This, and I Hope This Time you will get This Befor the week end, Sir. The Trueth is this week my Dauter is coming From Fla. I Have

ACTION TAKEN Seen Her in 5 yrs, if you Don't know This By now, I don't care about Visit's or commissery But I Have seds out of Treble, now at All Time, This is not my fourt, I'm not wrong Look in To it, and you will See, Sir," I need This Visit, if you Have To go along with your C/O, Then a Say, Take The Next Two week Please, But if you look in Too This you will See I'm not wrong misunderstand

This is a Big
Answered on Appeal and Grievances 5.25. Commander McCarty

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98 WO#54

---

**INMATE REQUEST FORM**

Date: 5/26/05

To: Sgt. Kim Turner

From: Raymond Mathis

INMATES # 29402 F1

C/O SIGNATURE Carlil

SR C/O SIGNATURE BB

NATURE OF REQUEST if you would come and See, I need To speak with you..

Sgt. Turner will be back
Next Tuesday 05-31-05.

ACTION TAKEN

X 05-26-05

**INMATE REQUEST FORM**

Date: 5/26/05                                    INMATES # 29402-F-1

To: LAUNDRY                                      C/O SIGNATURE _____

From: RAYMOND MATHIS                             SR C/O SIGNATURE _____

NATURE OF REQUEST  iF I could SHILER SHOE'S, THE SHOE'S THaT you TaKe A BATH in, ~~FTA FBT~~ and lOTiON, PleAse

ACTION TAKEN  Do you meaN shower shoews.  giu Shower Shoes and indigent Pack.   5-27-05  © Stall

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

---

**INMATE REQUEST FORM**

Date: 5/31/05                                    INMATES # 29402-F-1

To: CommaNder W. McCarTy      Rec'd         C/O SIGNATURE Saff

From: RAYmoNd MATHiS                             SR C/O SIGNATURE _____

NATURE OF REQUEST  Sir, C/O GRACY will NOT STOP, THis C/O GRACY Scid I TRY To STaRT a Roit, BuT He didn'T call THe Sgt. This C/o is wRoNg agaiN, BuT I KNow I'm NOT Allow Too WiN, BuT come oN, A Roit, By Telling oTHeR iNmaTe To Give THe TRay BAcK To C/O GRAcY, 7 DAys Lock DowN,

ACTION TAKEN  THis HAs To STop, THis do GRAcy is TAKe Rule's and makiNg THem Good foR ANyTHiNg He waNT, EveRyTime He Doses SomeTHiNg wRoNg... He was wRoNg THe FiRsT Time and Now agaiN... A Roit, EveRy c/o, Sgt. would Have come RuNiNg, FoR a FacT.?? — 72 Hours L/D.                    CommaNder NCA... 6/1/05

**INMATE REQUEST FORM**

Date: 5/26/05

INMATES # 29402 - F - 1

To: Commander W. McCarty

C/O SIGNATURE GR

From: Raymond Mathis

SR C/O SIGNATURE

NATURE OF REQUEST Sir, I Have Try To Write you on Grievance Form And Request Form, Sir, I Have Been on a High Fiber Diet Tray, and I Have Been get a mike with This Tray For over a month, For asking For the mike That Has Been coming with This Tray, How can I Be maniPulaten, Im not wrong, This was a misunderstand, about a Tray, About

ACTION TAKEN A High Fiber Diet Tray, I Should not Been wrote a Sanction For This.
        I Have Try Too Write you But Sgt. Bonnin, and C/O Gracy Has Been Signing off For you. They know This is wrong, C/O Gracy sade it was misunderstand.

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

INMate Mathis-    5-26-05

I replied To This oN 5-25-05 oN a
grievance form attached to a ~~appeal~~
appeal form and request form and sent it
back To you yesterday. I went myself
and talked To the Nurse and the superviser
in the Kitchen. The both told Me you
were Not To receive MiLK with your
Meal. There is no Misunderstanding!
You Tried To tell The officer you required
MiLK when you did Not. I changed The dates of
your Visitation loss. I Can change it back - Commander McClain
                                              5-26-05

**INMATE REQUEST FORM**

Date: 6/27/05                              (F)                    INMATES # 29402-F-5

To: Sgt. on Duty or Sgt. Brennan          C/O SIGNATURE _____

From: Raymond Mathis                       SR C/O SIGNATURE _____

NATURE OF REQUEST  Need some PAPER NOTARY

THANK you

ACTION TAKEN          Papers Notorized
on 6-27-05
Sgt. Reynolds

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

**INMATE REQUEST FORM**

Date: 6/31/05                              F                     INMATES # 29402-F-1

To: Landry Room, Skeeton              C/O SIGNATURE  Carlisle

From: Raymond Mathis                   SR C/O SIGNATURE  BR

NATURE OF REQUEST  if I could get SHOWER SHOE'S
lotion, THANK you,

ACTION TAKEN  You were given Shower Shoes last
wk. what did you do with them? 5-31-05
So Shall Explain!

# INMATE REQUEST FORM

Date: 7/5/05

To: C/O Skelton, or C/O House Laundry Room

From: Raymond Mathis

INMATES # 29402-F-1

C/O SIGNATURE _____

SR C/O SIGNATURE Jones

**NATURE OF REQUEST** Soap, Shampoo, lotion, Toli't Paper, Please

Thank you

**ACTION TAKEN** $ Balance given Indigent Pack 7/12/05

$ Still

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

# INMATE REQUEST FORM

Date: 7/10/05

To: C/O Skelton C/O House, Laundry Room

From: Raymond Mathis

INMATES # 29402-F-1

C/O SIGNATURE Baxter

SR C/O SIGNATURE Jones

**NATURE OF REQUEST** Soap, lotion, Shampoo, Toli't Paper,

"Please,"

Thank You

**ACTION TAKEN** _____

**INMATE REQUEST FORM**

Date: 7/15/05  (F)

INMATES # 25402-F-1

To: Sgt on Duty

C/O SIGNATURE _Cary_

From: Raymond Mathis

SR C/O SIGNATURE _BR_

NATURE OF REQUEST   I would Too Know if I can Roll out at 12:00 Till 1:00, why The other inmate's are Reed in, I'm not on Lock-Down or P.C - I Just cant Do Roll out D why the other inmate's are out, Because of my Broken Hand..

ACTION TAKEN _____ Thank You

Denied 7/16/05

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

**INMATE REQUEST FORM**

Date: 7/16/05

INMATES # 25402-F-1

To: c/o Britt

C/O SIGNATURE _____

From: Raymond Mathis

SR C/O SIGNATURE _Jones_

NATURE OF REQUEST   c/o Britt, I Had $20.00 on The Book and I Know that The county get ½ But I Need To know about These other ½, Please?

ACTION TAKEN _Sent Summary 7/17/05 K_

This was received before we only took ½.

INMATE REQUEST FORM

Date: 7/18/05

INMATES # 29402-F-1

To: Commander, W. McCarty

C/O SIGNATURE _____

From: Raymond Mathis

SR C/O SIGNATURE _____

NATURE OF REQUEST  Sir, I was charge for #18 Tylenol in a Day, you cant get 18 Tylenol in one Day, not from the c/o's Back Here A-H-Pod's they kept a carh on how meny Tylenol get you get a Day.. This is got too be C/O Britt doing? medical Should only got 1/2 of This

ACTION TAKEN  money, Right?

All of the Charges are Counted up and put into the Computer. They are not done individually.

7/18/05  X Refused to sign

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

---

INMATE REQUEST FORM

Date: 7/24/05

INMATES # 29402-E-Floor

To: Sgt on Duty

C/O SIGNATURE _____

From: Raymond Mathis

SR C/O SIGNATURE  Buchman

NATURE OF REQUEST  if I could use th toe nail clipps

Thank you!

ACTION TAKEN  Done 7/26/05

X

**INMATE REQUEST FORM**

Date: 7/24/05

To: Commander, W. McCarty

From: Raymond Matthis

INMATES # 29402 - E - Floor

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST Sir, I wrote you Request Form, Grievice Form, I sent you a lettke in the mail, with my Account Summary Form, That show that Sgt Turner Toke my money, SIR, "make This Right, Please, your name is on That memo, That State: only 1/2 haif of a inmate money will Be Taking if He

ACTION TAKEN Or SHe. old MECO, and The Half 1/2 will go To The inmate, if He or SHe get money on Thkee Book..

Cmdr. McCarty will not be back until August 8th.  X _____
7/25/05  KH

---

**INMATE REQUEST FORM**

Date: 7/26/05

To: Record _____ Butt

From: Raymond Mathis

INMATES # 29402 - E - Floor

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST I nssd A Account Summary Copy Please

Thank you

ACTION TAKEN COMPLETED 7/29/05

**INMATE REQUEST FORM**

Date: 7/26/05

To: Sgt. on Duty

From: RAYMOND MATHIS

INMATES # 29402 - E - Floor

C/O SIGNATURE K.B.

SR C/O SIGNATURE

NATURE OF REQUEST  iF I could use A Toe Nail clippers?

THANK

ACTION TAKEN  Done 7/28/05

X

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

**INMATE REQUEST FORM**

Date: 8/3/05

To: Record or Docket  E

From: Raymond MATHis

INMATES # 29402 - E - Floor

C/O SIGNATURE

SR C/O SIGNATURE  BB

NATURE OF REQUEST  whAT is my Bond on 3rd Burgim it was $25,000, whAT is it Now, Plesse

THANK you

ACTION TAKEN 8/4/05      $25,000        Yo Mill

X

**INMATE REQUEST FORM**

Date: 8/9/05

To: Commander, W. McCarty

From: Raymond Mathis

INMATES # 29402 E-Pod

C/O SIGNATURE

SR C/O SIGNATURE

NATURE OF REQUEST Sir, I Just Want'T To Know if you Had Time To look At my Account summary, THAT shows THAT Sgt. Turner, Take my money off THE Book, in Two Days, sir, I Have Been wHEETing To Her From you about THIS matter, Because your name is on THE memo, THAT state, msco will Take Half

ACTION TAKEN of Your money if you old Them, and THE OTHER HALF will Belong Too THE inmate, I did Not see on THE memo, THAT scds "But," THis does Not go For Raymond Mathis, sir. I need Too Here From you soon, it's Been over 3# weeks... I wrote Greviec Form and RequesT Form Too you But Sgt. Turner, wrote Back on Them, saying you would Be Back 8/9/05

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

**INMATE REQUEST FORM**

Date: 8/10/05

To: Commander, W. McCarty

From: Raymond Mathis

INMATES # 29402-E-Pod

C/O SIGNATURE

SR C/O SIGNATURE

NATURE OF REQUEST Sir, I was Hoping Too Here From you Today? Sir, I need Too Here From you A.S.A.P. Time is AT THE moss To me, so Please, write me and let me Know if THere's go To Be something Done "Please"... Soon
              THANK you.

ACTION TAKEN _____ I Really need Too Here from you...
I/m Mathis when you have a balance in your account and you owe medical, then the medical will deduct- if you continue to have a medical balance it will deduct as long as you have a balance in your account- The medical comes out automatically -
This is the way it works for all inmates - Commander McCarty 8/11

## INMATE REQUEST FORM

Date: 8/10/05                                        INMATES # 29402-E-10

To: Sgt Turner, Reyonds                              C/O SIGNATURE K. Pin

From: Raymond MATHis                                 SR C/O SIGNATURE BR

NATURE OF REQUEST Would like To go To THE lonliBerry
NExT week, Et Put on THE list,
                    THANK
                         You

ACTION TAKEN ——— COMPLETED 8/16/05

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

---

## INMATE REQUEST FORM

Date: 8/12/05                                        INMATES # 29402-E-Pod

To: Commander, William McCarty                       C/O SIGNATURE Carl

From: Raymond MATHis                                 SR C/O SIGNATURE BR

NATURE OF REQUEST SER, THis Time, I KNEW you wer going Too
MAKE THis RiGHT, THERE is No way ARound THis, Sgt Turner
WAS allow Too Take money From me, AFTER you Put out A
memo, STATing iF you old meCo, and you Have money sent in
meco was Too get Half 1/2 and OTHER HalF 1/2 go to go THE

ACTION TAKEN INMATE, BuT it's AIRiGHt iF you TAKE Raymond MATHis
A INMATE, No it NOT, I wENt it FOR Two weeke, BECouse I THougH
THis Time you was going Too MAKE THis RiGHt, I KNow you
HAVE Too BE on you STEFF Side, BuT WRONG is WRONG, SO Im
ASKing you you AgAin, MAKE THis RiGHt, your Name is on THis memo
A.S.A.P. BAcK with me, I would like To SEE you Fase Too Fase, THANK you

**INMATE REQUEST FORM**

Date: 8/15/05

To: Sgt. TURNER

From: RAymond

INMATES # 29402 E, 10

C/O SIGNATURE c/o Walker

SR C/O SIGNATURE

NATURE OF REQUEST  THe MONEY MY kids SenT me, RAYMESHA A. MATHis, I do NOT WANT THe money, I WANT Too ReFuses THe money, SeeN THe money Back Too scnser if you Need A STAmp and A ENVSlope, I would Be move THe ThankFull Too give you ONE, I Never SigN THe money

ACTION TAKEN  Order, OR Do I HAVE NOT A ~~Recipt~~ ReceiPt, I will write my kids and TEll THem Too RePorTed it Stolding, So Seen THe money BACK, you do HAVE THe Right Too JusT Take my money and Do wHaT you WANT, ?!!

Responded To on Grievance 8-15-05 —

Raymond Mathis                          W Bill —

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

**INMATE REQUEST FORM**

Date: 8/15/05

To: Commander, William McLARTy

From: RAYmond MATHis

INMATES # 29402, E, 10

C/O SIGNATURE c/o Walker

SR C/O SIGNATURE

NATURE OF REQUEST  Im inFORming you THaT I ReFuse THE money THaT was SenT To me, I Never Sign a money ORder OR Recievr a ReceiPt, and I Never Told Sgt. TuRNer Too cash THe money ORder OR Sign ANYTHing, THAT Sods Houston county Jail could sign any Thing in my NAme, PuT out THese ~~meno~~ memo's and puTting your

ACTION TAKEN  NAme on THem, THen you let Sgt. TuRNer Take money FROm inmate's, IS A CRimiNAl ACT! I HAVE WROTE Sgt. TuRNer an inForm Her, THAT I ReFuse THe money ORder, I Never Sign it, OR Do I HAVE A ReceiPt FoR THe money ORder, im write my kids and TEll THem THAT THE money ORder was SToleing and To RePouT it STols. and To ~~Rest~~ PuT ~~#~~ WHo Sign it. iN Jail, It CRiminAl ACT.

**INMATE REQUEST FORM**

Date: 8/15/05

To: C/O SKELTON, OR LANRDRY ROOM

From: RAYMOND MATHIS

INMATES # 29402-E-10

C/O SIGNATURE _Smith_

SR C/O SIGNATURE _____

NATURE OF REQUEST  is FOR SOAP, SHOWER SHOES and lotion
Tolit PAPER, Please

THANK you

ACTION TAKEN  you already have shower shoes Indigent
Package only 8-16-05  Go Stuel

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

**INMATE REQUEST FORM**

Date: 8/16/05

To: Sgt. KIM TURNER

From: RAYMOND MATHIS

INMATES # 29402-E-10

C/O SIGNATURE _Phillps_

SR C/O SIGNATURE _Buchron_

NATURE OF REQUEST  I'm in-Forming You By Taking Money From
inmate's, AFTER commander, william McCARTY PUT oUT A memo
STATing THAT meko would only Take HALF, ANY inmate Have
Money sint iN, But you ARE Taking all OF it, I'm NOT THE
only inmate you Have done THIS Too, so im Telling you THIS

ACTION TAKEN  is A CRIMINAL ACT, and mush Be stop!! And will
Be stop!! Because," I want stop Till it comes To THE
light!!

THIS iS A CRIMINAL ACT.

Replied To 8/16-05 Commander

**INMATE REQUEST FORM**

Date: 8/16/05

INMATES # 29402-E-Pod

To: COMMANDER, Willion McCARTY

C/O SIGNATURE _____

From: RAYMOND MATHIS

SR C/O SIGNATURE _____

**NATURE OF REQUEST** Sir," WHY Do you kept saying, THAT if you Don't spend THE money money, iF THE money came on 6/20/05 and Sgt. TURNER, Toke HALF on THAT Day and Turn around on 6/22/05 and the only do you can puT in For commisary on 6/26/05," How can you Say, I didNT spend THE money

**ACTION TAKEN** I could Not put in For commisary Till 6/26/05 look AT THE Account Summary, I sent you, and see For yourself.. THis Time I will Not Just you put This Too The side, Sgt. TURNER is Taking inmate's money and You know This, THE memo did NOT Say iF you old $5,000 we will Take All of you money inmate, IT Say HALF!!?

Houston Printing Co., Inc • Form #5135 • Rev. 3-98 • WO#54

---

**INMATE REQUEST FORM**

Date: 8/22/05

INMATES # 29402-E-10

To: COMMADER, W. McCarTy

C/O SIGNATURE _____

From: RAymond MAThis

SR C/O SIGNATURE _____

**NATURE OF REQUEST** Sir, Im writing you Because I need to Know if you got my Request Form, I sent? Sir, I Have got cake on my TRAY every day and I Have WRoTe you and inForm you of every c/o Name THAT I show THE cake I got on my TRAY's, Pleas ckck with THe c/o's I gave There Name, #3 lock

**ACTION TAKEN** Down, For Asking For someThing I get every day on my TRAY, if Im allow Too Have my Hiring I can sHow you THat c(B)BusH only wroTe me up Because I Ask Too see THe Sgt., THANk you

**INMATE REQUEST FORM**

Date: 8/29/05

To: C/O Skouksn Laundry Room

From: Raymond Mathis

INMATES # 29402

C/O SIGNATURE J Jackson

SR C/O SIGNATURE

NATURE OF REQUEST _Lotion, Shampoo, Twilit Paper_

ACTION TAKEN _You need to Order from commissary_
_your Money was returned to you_
_8/30/05 Lt D_

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

---

**INMATE REQUEST FORM**

Date: 8/29/05

To: Commander, William McCarty

From: Raymond Mathis

INMATES # 29402 F-Floor

C/O SIGNATURE J Jackson

SR C/O SIGNATURE

NATURE OF REQUEST _Sir, I wrote a Grievance Form on Sgt. Jones and C/B Bush, Sir you need to Read this Grievance Form, Sir, These two officer, did not do there duty and this show that the inmate thats Do not like them, are the only one thats I/they wrote up, if she/C/B Bush and Sgt. Jones, will write me up for asking for_

ACTION TAKEN _A Cake, why wasn't this Trustee wrote up..._
_Answered on Grievance Form - Commander McCarty 8/30_

## INMATE REQUEST FORM

Date: 8/30/05

To: Commander, William McCarty

From: Raymond Mathis

INMATES # 29402 F-Floor

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** I wrote Nurse, Speigner and you Sir. A Grievance Form, About my hand that I think is Broke, and I'm willing to sign something stated that I will pay, I have the right too see a Doctor, if my hand is still broke, that mean, that it's only getting worse,

**ACTION TAKEN** Then it Become the Houston County Jail Problem Again, I'm saying I will pay too see a Doctor about my hand and I asking you too see one, Please, I'm in a lot of Pain, and my hand is still swollening Bad..
A.S.A.P. I/m Mathis, I'm checking on this –
Commander McCarty 8/31

Houston Printing Co., Inc • Form #5135 • Rev. 3-98   WO#54

---

## INMATE REQUEST FORM

Date: 8/30/05

To: Commander, William McCarty

From: Raymond Mathis

INMATES # 29402 - F-Floor

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** Sir, I received my Legal Mail open and brought to me by c/o's, sir. this was my lawsuit Legal mail, and there is no way the circuit court clerk would seen this Legal mail, open, I was told that Sgt. Davis was the one found with this mail, this is a criminal act, that I must

**ACTION TAKEN** write the court about, sir," I need to hear from you A.S.A.P. on this matter, Sgt. Bowin said Sgt. Davis gave it to Him open, Sgt. Davis has broken the law...
I want to no why"? Please Inform me Before Friday, Thank
I/m Mathis This is the way Sgt. Davis received the package you.
for your Commander McCarty 8/31/05

## INMATE REQUEST FORM

Date: 8/31/05

INMATES # 29402 - F - Floor

To: Commander, William McCarty

C/O SIGNATURE _____

From: Raymond Mathis

SR C/O SIGNATURE _____

**NATURE OF REQUEST** Sir. I recive my Legal mail "open," Sir, it's Against The Law To open legal, My Lawsuit is against The Houston County Jail, There's No reason at all for your Staff To open my legal mail, and This is A criminal Act, Sgt. Bonin Stated That He got it From Sgt. Davis, Sir, I need Too Know why

**ACTION TAKEN** was My Legal mail, "open," Please, Before Friday - 9/2/05, This week..

*Already Answered*

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

---

## INMATE REQUEST FORM

Date: 9/5/05

INMATES # 29402 - F - Floor

To: Commander, W. McCarty

C/O SIGNATURE _____

From: Raymond Mathis

SR C/O SIGNATURE _____

**NATURE OF REQUEST** I wrote A Grievace Form on Sgt Turner, Sir, These Sgt's Are Trying to kept alot of inmates Complant From, inmate's want Help in The lawlibary out of C-Pod, But Sgt. Kim will not allow it, inmates Have The Right Too Have Help in The Houston County Jail lawlibary, From someone that must Be Able

**ACTION TAKEN** To Help Them..
I/m Mathis, You are Not a paralegal –
They have The right To go To The library
and use it but You need To Know how
To help Them –    Commander McCarty

**INMATE REQUEST FORM**

Date: 9/8/05

To: C/O WALKER

From: RAYMOND MATHIS

INMATES # 29402 - F-Floor

C/O SIGNATURE _____

SR C/O SIGNATURE _____

NATURE OF REQUEST MS. WALKER, iF you look AT my AccouNT SummARy FoRm it sHow's THAT SgT. Kim TuRNsR and you ToKe my moNsy oN 9/4/05 It cAme oN THs Book oN 9/4/05, and Sgt. ToKe All Kim TuRNeR ToKe All oF THs moNsy oFF THs Book oN 9/4/05, It would NoT mAKs A DiFFsRsNcs iF I PuT A CommisARy FoRm iN ANywAy, Sgt TuRNsR ToKe

ACTION TAKEN All oF it iN oNs DAy!!
Look FoR youR ssLF...

9/9/05  m Mathis This matter is W. Sgt Turner

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

**INMATE REQUEST FORM**

Date: 10/4/05

To: C/O WALKER

From: RAYMOND MATHIS

INMATES # 29402 -F-10¹

C/O SIGNATURE _____

SR C/O SIGNATURE Jones

NATURE OF REQUEST C/O WALKsR, I HAvs RscisVs A SANcTioN ToDAy, FRom c/o NicVsR V., ms. WALKsR, PLsAcs ALLow ms A HsARiNg oN THis MATTsR, C/O N.V. is upssT wiTH ms, aNd I would like A HsARing oN iT, I sAw C/O NicVss V. LookiNg AT oTHsR iNmAts iN THs SHowsR, and I THiNk ms aNd you aNd THis cF sHould HAvs A

ACTION TAKEN HsARiNg oN THis, BsFors iT GsT Blow ouT, and mors PRoBlsm cums up. His c/o Sssls) Hs wAs mAKiNg, HsNd JusToRim) is NoT A cRDsR, C/O WALKsR you cAms BAck HsRs somsTHiNg and you kNow THAT THs iNmATs's Bs AT THs PosL wiNdow's, iF youR doiNg somsTHiNg wRoNg, "Ys," WRiTs THs iNmATs up, I didNT DiscoBsy THis c/o N.V. THAT

**INMATE REQUEST FORM**

Date: _10-21-05_   INMATES # _29402-B_

To: _Raymond Mathis_   C/O SIGNATURE _____

From: _Chaplain Baker_   SR C/O SIGNATURE _____

**NATURE OF REQUEST** _____

Ms. Mathis, I'll do my very best to see you by Monday evening.

In the meanwhile please use this book to help

**ACTION TAKEN** you in areas of your life. Please do not write in book – I'll need to loan it to others.

Please sign for loan of book until 11-14-05.

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

*File in 29402*

TYPE OR PRINT
SUBMIT IN TRIPLICATE
NOT TO BE USED AS A
DISCIPLINARY REPORT FORM

INCIDENT REPORT

OFFICER _C. Robinson_                         DATE _2-17-90_

PERSON(S) INVOLVED: _Raymond Mathis # 29402, Simmie Walker # 34351, Robert Williams # 36061_

DETAILS OF INCIDENT: ( TO COVER WHO WAS INVOLVED, WHEN DID IT HAPPEN, WHERE, WHY, HOW, AND ACTION TAKEN.) At approximately 5:00, I called Roll in Time over the inter Come. Everyone Roled In and at 5:05 or So, I entered into 3N's day Room. to make a Count & Security Check, when I noticed 2 people in the showers, I told them to come out that it was Roll in Time & & Raymond Mathis & Robert Williams Came out of the Showers & then noticed at the Bottom showers & Another inmate who in the Shower (Simmie Walker.) I told them that they have 2 hours during Roll out Time to get Showers & Not to wait to the last minute, Robert Williams didn't want to Tell me his Name at first, I told him I needed his

COMENTS: Name or I would write him up twice. He then told me R. Williams I told him he has 2 hours to Showers, if he is not in his cell at Roll in Count. That is violation & — not following Rules a written order from Staff, and in an unathorized area at ~~that~~ that Time.

_Verbal Warning_                         CHIEF JAILER

ORIGINAL- PRISONERS FILE
1st COPY- CHIEF JAILERS FILE
2nd COPY- OFFICER SUBMITTING REPORT

OFFICER _John B Vaughn_                    DATE _01-11-9?_

PERSON(S) INVOLVED _Raymond Mashis_

DETAILS OF INCIDENT (Who, what, when, where, why, how and action taken) ___

Who: Raymond Mashis

What: Violated Rule # 6 No inmate will incite any
        Overt act that will threaten the Safety or order of
        the Jail.

When: 01-11-9? Saturday Approx 12:30 pm

Where: 4 North East Day Room Cell 4

Why: Did not agree with steps being taken by wardens

How: Yelling and getting in face of wardens through Bars while
        wardens were investigating a fight.

Action Taken: Placed on Security Lock down and initiated
        disciplinary Process

                                        V___

                                            LB

COMMENTS _Subject also Violated Rule #8 Showing disrespect #10 interfering_
_with duties of warden and #11 disobeying direct orders or instruction from warden_

                                CHIEF JAILER

ORIGINAL — Prisoners file
1st Copy — Chief Jailers file
2nd Copy — Officer submitting report


NOT TO BE USED AS A DISCIPLINARY REPORT FORM

# Houston County Jail
## Statement Form

Time _13 10 hrs_  Date _01-11-92_  Place _4th block  HCJ_

I, _John B Vaughn J_ , make the following true and correct statement pertaining to an Incident/Offense that occured at the Houston County Jail on _01-11_, 19_92_.

While trying to find out what happened during a fight between Luther Smith and Kenneth Ward, Raymond Mathis came to the cell bars and started yelling "Kenneth Ward needs medical attention!" I told him the nurse was on the way to back off. Mathis began moving back and forth yelling. I told him again to back off. Mathis said "you think this is a joke! I think you fat K*nt! Get a real sgt up here!" He began pointing at the warden note day saying we didn't know how to do our jobs. I told him again to back off he continued! At that point I decided to put him in lock down for security reasons.

I have read or had read to me the above statement consisting of ___1___ pages and attest that it is a true and accurate account of the events which took place on _01-11-92_ . It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by _____    Signature _John B. Vaughn J_

Page ___1___ of ___1___ pages

MARCH 8, 1999

INMATE RAYMOND MATHIS #29402 IS ON LOCK-DOWN IN CELL #3 ON 4- SOUTH.

HE IS AWAITING DISCIPLINARY ACTION.

HE IS TO ROLL-OUT ON 3RD SHIFT.

HE IS NOT ALLOWED TO HAVE VISITATION OR PHONE PRIVILEGES.

PER SC/O REYNOLDS

# GRIEVANCE FORM
## INMATE GRIEVANCE FORM:

DATE: 11/8/99

INSTITUTION: _____

INMATE NAME: RAYMOND MATHIS

IN. NUB. INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: C/O Wright said on 11/7/99 That Try or attempt To Do something To Him, I Ben Here 1 yr. and I have never Try to Hurt or c/o. me and c/o Wright for The last 3 months Have Had Poable's and I wrote it up at les 5 time and This is The same Thing This Time, if someone would come and ask The inmate what Happen Please, I know This is something I can't win, is To put your Hands on a c/o, I read This, out of The c/o's Here why for The last 3 months The only c/o is wright to know I do Thing But as far as putting my Hands on a officer, No, Here's no way to win That fight b/o

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT: Sgt. Perkin know's That me and c/o Wright do not see eye to eye, But He don't fight the Right way and if you look in Teg files, you will see, it will show it self, He's a c/o with a Bad side and the will Thing That's no Right, all I want is for me, Raymond Mathis, an c/o Wright To Talk with a you As willow, and see for yourself, That it not all me?

DATE OF HEARING: _____

COMMITTEE FINDING OR RESPONSE: Raymond I have talked to you in person & asked you to calm down before you speak think about it first just do as you are told and you won't have any problems with C/O Wright or any other officers. You do not have to like any of the officers, you just need to keep your opinions to yourself.

REFERRED TO: _____    POSITION: _____

CHAIRMAN: _____    MEMBER: _____

MEMBER: _____    WARDEN: _____

AGREE: ✓    DISAGREE: _____    (Hlth Committee Findings)

CHIEF HARDENS RESPONSE: Agree w/ Response (SW)

11/10/99

DATE GRIEVANCE FILED: 11-10-99    TIME FILED: _____

SHIFT COMMANDER: Cindy Buckman

INMATES NAME: _____    INMATE NUMBER: 29402

## HOUSTON COUNTY JAIL
## ADMINISTRATIVE HEARING

DATE 3-1-, ~~1999~~ 2000          INMATE NAME Mathis, Raymond

INMATE NUMBER _____ 29402 _____

Notice of hearing: This is to inform you that on the 1st day of March, ~~1999~~ 2000 at
ASAP (am/pm) a hearing was held for the purpose of determining whether there should
be a change in your classification. The reason(s) for this hearing are: c/o Long asked
Inmate Mathis how many inmates were on his side, I/m mathis was asked to count
trays and he would not. I/m mathis was asked to roll-in and wouldn't. Rule
Violation # 14 - No I/m will disobey an order or instructions given by a corrections officer.

This is NOT A DISCIPLINARY HEARING. A Hearing Officer will review this matter and
recommend if you will continue on ~~Work Release~~ Inmate Worker Status or be removed and
reassigned. At the hearing you will be given an opportunity to be heard and to present any
witnesses and/or documentary evidence, if any, before the Hearing Officer. You will
normally have the right to cross-examine any adverse witness(es) by submitting written
questions to the Hearing Officer, who will ask them of the witness(es).

Signature of serving officer Wm T Skelton Date 03/01/00

I understand that a hearing will be held to determine whether I should be removed from
Work Release/Inmate Worker Status and be reassigned. I certify that I have received a
copy of this notice on the 1ST day of March, ~~1999~~ 2000 at 1 09 (am/pm)

Signature of inmate Refused to Sign          Date 03/01/00
c/o Skelton

# HOUSTON COUNTY JAIL
## DUE PROCESS OF HEARING MINUTES

DATE 3-1-, 2000, ~~1999~~ TIME: 10:49 (AM/PM)  INMATE NAME Raymond Mathis

INMATE NUMBER _____ 29402 _____

HEARING OFFICER SIGNATURE _Cassandra B. Wright_

PRESENTING EVIDENCE FOR THE COUNTY: C/o C. Long

The hearing was called to order and the purpose of the hearing was explained to inmate _Raymond Mathis_ . Presenting evidence for the county, c/o C. Long , reported as follows: 'Im Raymond Mathis was asked how many inmates were on his side and also how many trays, he wouldn't. 'Im Mathis was then asked to roll-in - he wouldn't. Rule Violation #14 - No Im will disobey an order or instructions given by a corrections officer.

The inmate was then asked if (he)/she had anything to say in (his)/her behalf or in a way of explanation and (he)/she replied as follows: When told to roll-in I couldn't due to door being closed, when Sgt. Wilkerson came up they opened the door & I rolled in. I didn't disobey an order. Counting trays-every c/o know I will not touch trays unless they count them. Counting inmates - if there's 15 & I say 14 then if one escape then I'm an accessory. No c/o should ask an Im to count Im - that's against the law. I told him I didn't know how many inmate there in the dayroom I didn't disobey the order. I said, I don't know how many in th

Both sides were given an opportunity to ask questions: _____

The decision was as follows: I recommend 'Im Mathis be removed from trustee status.

## I HAVE BEEN ADVISED OF THE DECISION.

_Raymond Mathis_
INMATE SIGNATURE

_Cassandra B. Wright c/o_
HEARING OFFICER SIGNATURE

March 2, 2000
DATE

March 2, 2000

The hearing was adjourned at ___ 11:33 ___ (am/pm).

I feel that I didn't disobey any rules.

**FINDINGS OF THE HEARING OFFICER AND EVIDENCE RELIED UPON--After**

reviewing the facts of this matter, I find that inmate _Mathis, Raymond_ ~~SHOULD~~ SHOULD ~~~~

~~~~ be removed from Work Release/**Inmate Worker status** and reassigned and/or that

Disciplinary Action ~~SHOULD~~ (SHOULD NOT) be taken.  **This decision is based upon**
I/m Mathis should not have been asked to count inmates however
he was given an order to do something by the correction
officer and did not. I/m has been given one second chance
at becoming a trustee and has not complied. this second time
either.

**I therefore recommend:** I/m Mathis lose trustee status and keep his
visitations priviledges.

**I have informed inmate** _R. Mathis_ **of my decision and have given** _him_/her a

copy of my decision.

**Signature of officer** _Canardra E. Wright_ **Date** _3/2/00_

(I DO)/**DO NOT CONCUR WITH THE HEARING OFFICER.**

**Signature of Jail Administrator** _Lucy V. Williams_ **Date** _03/03/00_

HOUSTON COUNTY JAIL
Disciplinary Report

1. INMATE  Mathis          Raymond              Custody  State Conv.        AIS/HCJ No. 24902
          LAST           FIRST       MIDDLE

2. Assignment  Houston County Jail              Location    4 North

3. The above named inmate is being charged by  Warden John Vaughn

   with a violation of Rule #   6   specifically   No inmate will incite any overt action that will threaten
   the safety or order of the jail                           which occured on/about    1-11-   , 19 92
   at approximately   12:30         (am/pm).  A hearing on this charge will be held after 24 hours from
   service.

4. Circumstances of the violation(s) are as follows:  You, Raymond Mathis, did yell and get in the face of
   Wardens through the bars while the Wardens were investigating a fight.  This is a direct violation of
   Houston County Inmate Rules and Regulations #6  specifically No inmate will incite any overt actions
   that will threaten the safety or order of the jail, on 1-11-92 at approximately 12:30 p.m.

5. _____

                                   John B. Vaux I Asst Sgt
                                   Arresting Officer  -  Signature & Rank

6. Hearing date_____ Time_____ Place_____

7. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate on
   this the  13  day of  Jan r , 19 92 , at  11:35     (a.m./P.M.)

8. Robert C. Wise    Warden         X Raymond Mathis                  24902
   Serving Officer Signature & Rank      Inmate's Signature & AIS/HCJ No.

   Witness desired?    No X                Yes X Raymond Mathis
                    Inmate's Signature              Inmate's Signature

   If Yes, List: Wardens Frank go Tony, Ed

9. Inmate must be present in Hearing Room.  If he is not present explain in detail on additional page and
   attach.

10. A finding is made that inmate (is/is not) capable of representing himself.

                              _____
                              Signature - Hearing Officer
11. Plea: _____  Not Guilty   _____
                                                                           Guilty
12. The arresting officer, inmate and all witnesses were sworn to tell the truth.

                              _____
                              Signature - Hearing Officer
13. Arresting Officer's testimony (at the hearing): _____

   _____
   _____

                 Out of jail 1-16-92
                         RB

14.  Inmate's Testimony:_____

_____

_____

Witness:_____ Substance of Testimony:____

_____

Witness:_____ Substance of Testimony:____

_____

Witness:_____ Substance of Testimony:____

_____

15.  The inmate was allowed to submit written questions to all witnesses copy of questions
     and answers are attached.

_____
                    Hearing Officer – Signature

16.  The following witnesses were not called – Reason not called
     1.  _____     _____
     2.  _____     _____
     3.  _____     _____

17.  After Hearing all testimony, the Hearing Officer makes the following findings of fact:
     (Be Specific) The Hearing Officer finds that:_____

_____

_____

18.  Basis for findings of Fact:_____

_____

_____

19.  Hearing Officer's Decision:  _____Guilty        _____Major
                                  _____Not Guilty    _____Minor

20.  Recommendation for Punishment or sanctions:  _____

_____

_____

_____

Hearing Officer - Signature

_____

Type Name and Title

21. Inmate will _____ will not _____ appeal

22. Warden's Action- date_____    Appeal date_____

    Approved_____    Approved_____

    Disapproved_____    Disapproved_____

    Other (Specify)_____    Other (Specify)_____

    _____    _____

    Reason if more than 30 calender days delay    _____

    in action:_____    _____

    _____    _____

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was

    served on the above named inmate on this the _____ day of _____, 19_____

    at (time) _____ (a.m./p.m.)

_____    _____

Serving Officer- Signature and title    Inmate's Signature and AIS #