SYNOPSIS OF DISCIPLINARY HEARING

HEARING OFFICER _____ CONVENED AT _____
(NAME AND RANK)                                        (DATE)
THE PROCEEDINGS TO HEAR EVIDENCE IN THE CASE INVOLVING INMATE _____ (TIME)

INMATE _____ HAS BEEN IDENTIFIED AND IS CURRENTLY ASSIGNED TO THE HOUSTON
            (NAME)                                          (R/S)    (#)
COUNTY JAIL.  THE ACCUSED AND ARRESTING OFFICERS WERE PRESENT BEFORE THE HEARING OFFICER.
THE HEARING OFFICER EXPLAINED TO INMATE _____ THAT HE IS BEING CHARGED
WITH THE VIOLATION OF INMATE RULES AND REGULATIONS RULE # _____ SPECIFICALLY

_____ WHICH OCCURED ON OR ABOUT _____ -19____
_____ AM/PM LOCATION _____. INMATE _____ WAS
(TIME)
PERSONALLY SERVED AND GIVEN A COPY OF DISCIPLINARY REPORT BY _____

ON THE ____ DAY OF _____,19____ AT _____ AM/PM.  INMATE _____
                                                        (NAME/RANK/TITLE)
WAS ADVISED THAT A HEARING ON THE CHARGE(S) WOULD BE HELD AFTER 24 HOURS FROM SERVICE OF
THE DISCIPLINARY REPORT.  THE HEARING OFFICER EXPLAINED THAT ACCORDING TO DUE PROCESS RE-
QUIREMENTS,. HE (INMATE _____) MUST BE GIVEN AT LEAST 24 HOURS NOTICE
PRIOR TO THE HEARING AND THE HEARING MUST TAKE PLACE WITHIN TEN (10) CALENDAR DAYS AFTER
THE CHARGES HAVE BEEN SERVED.  THE HEARING OFFICER ALSO ADVISED INMATE _____
THAT HE WAS GIVEN THE OPPORTUNITY TO HAVE WITNESSES ON HIS BEHALF (NORMALLY NO MORE THAN
THREE (3) WITNESSES WITH RELEVANT TESTIMONY) WILL BE CALLED TO TESTIFY IN THE BEHALF OF
INMATE _____.  THE HEARING OFFICER ASKED INMATE _____
IF HE UNDERSTOOD DUE PROCESS, ALSO IF HE UNDERSTOOD THE CHARGE(S) AGAINST HIM AND HIS
REPLY WAS _____.  THE HEARING OFFICER ASKED INMATE _____ IF HE WAS OF THE
OPINION THAT DUE PROCESS REQUIREMENTS HAVE BEEN COMPLIED WITH AND HE ANSWERED _____.
THE HEARING OFFICER MADE THE DETERMINATION THAT INMATE _____ IS/IS NOT
CAPABLE OF REPRESENTING HIMSELF (HEARING OFFICER SIGNED DISCIPLINARY REPORT).  THE HEARING
OFFICER ASKED INMATE _____ HOW HE PLEAS TO THE CHARGE(S) AND HE STATED
NOT GUILTY _____ GUILTY _____ (HEARING OFFICER HAS INMATE SIGN THE APPROPRIATE SPACE
ON THE DISCIPLINARY REPORT).  HEARING OFFICER SUMMONS ARRESTING OFFICER, INMATE AND ALL
WITNESSES INTO THE HEARING ROOM AND ALL WERE SWORN TO TELL THE TRUTH AT THAT TIME.

ARRESTING OFFICERS TESTIMONY (AT THE HEARING):

_____

_____

_____

INMATES TESTIMONY: _____

_____

_____

_____

WITNESS_____ SUBSTANCE OF TESTIMONY _____

_____

WITNESS_____ SUBSTANCE OF TESTIMONY _____

_____

WITNESS_____ SUBSTANCE OF TESTIMONY _____

_____

INMATE_____ WAS ALLOWED TO SUBMIT WRITTEN QUESTIONS TO ALL WITNESSES.

A COPY OF QUESTIONS AND ANSWERS ARE ATTACHED _____

WITNESS WERE NOT CALLED                (HEARING OFFICERS SIGNATURE)
                           REASON NOT CALLED

_____

_____

_____

AFTER HEARING ALL TESTIMONY THE HEARING OFFICER ANNOUNCED GOING INTO A CLOSED SESSION TO DETERMINE THE FINDINGS OF FACT.  EVERYONE BUT THE HEARING OFFICER WERE EXCUSED FROM THE HEARING ROOM. AFTER HEARING ALL TESTIMONY, THE HEARING OFFICER MAKES THE FOLLOWING FIND- NGS OF FACT: (BE SPECIFIC)

HE HEARING OFFICER FINDS THAT _____

_____

_____

BASIS FOR FINDING OF FACT: _____

_____

_____

HEARING OFFICERS DISCISION:    GUILTY _____  NOT GUILTY _____

                               MAJOR _____  MINOR _____

RECOMMENDATIONS FOR PUNISHMENT OR SANCTIONS: _____

_____

_____

_____

                                    _____
                                    (HEARING OFFICERS SIGNATURE)

INMATE WISHES TO APPEAL:    YES _____    NO _____

HEARING ADJOURNED AT _____ AM/PM

I CERTIFY THAT I HAVE REVIEWED THE ABOVE SYNOPSIS AND IT HAS BEEN DETERMINED TO BE COMPLETE
AND ACCURATE DESCRIPTION OF WHAT TRANSPIRED IN THE HEARING ROOM.

        _____

DISCIPLINARY REPORT CHECKLIST FOR SERVING OFFICER

SERVING OFFICER: initial each step when completed,
                 READ PORTION IN CAPITAL LETTERS TO INMATE, SEE STARS
                 sign bottom showing each step completed.

Check to ensure form filled out completely. RCW

Make copy. RCW

Put carbon between original and copy, original on top. RCW

Identify the inmate. RCW

Read steps 1-5 to the inmate. RCW

**YOU HAVE THE RIGHT TO HAVE A HEARING IN NOT LESS THAN 24 HOURS NOR MORE THAN 10 DAYS. RCW
**YOU HAVE THE RIGHT TO BE PRESENT AT THE HEARING. RCW
**YOU HAVE THE RIGHT TO CALL WITNESSES. RCW
**YOU HAVE THE RIGHT TO SUBMIT WRITTEN  QUESTIONS OF THE WITNESSES AND ARRESTING OFFICER
   AT THE HEARING. ALL QUESTIONS MUST BE WRITTEN AND PRESENTED AT THE TIME OF THE
   HEARING. RCW

**DO YOU HAVE ANY WITNESSES YOU WOULD LIKE TO CALL? RCW

List names of any witnesses desired. RCW

Have the inmate sign either the Yes or No blank, which ever is applicable. RCW

Fill in the date and time served. RCW

Sign as serving officer. RCW

Have him sign as receiving a copy. RCW

**SIGNING THIS IS NOT AN ADMISSION OF GUILT IT CERTIFIES YOU WERE GIVEN A COPY. RCW

If he refuses to sign write in refused to sign and sign your name. RCW

Give him the copy. RCW

_____
Signature of Serving Officer

*Bynes*

INMATE NAME *Mathis   Raymond*

INMATE # *29402*

INCIDENT NUMBER *99172*

*Cassandra B. Bynes C/o*

HEARING OFFICER - SIGNATURE & TITLE:

*He did not appeal*

nmate will _____    will not ✓ appeal.

ail Administrator Action date. *3/10/99*

pproved _____ *LWM*

isapproved _____

ther (Specify) _____

_____

_____

eason if more than 30-calender days delay in action:

_____

_____

Appeal date _____

Approved _____

Disapproved _____

Other (specify) _____

_____

_____

hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate.

n this the *10th* day of *March* .19 *99* at (time) *1050* (am.)/ pm.).

*Cassandra Bynes C/o*

ERVING OFFICER - SIGNATURE & TITLE

*Raymond M...*

INMATE SIGNATURE & JAIL NUMBER

HOUSTON COUNTY JAIL
DISCIPLINARY REPORT

1. INMATE _Mathis, Raymond_    CUSTODY _H.C.J._    INMATE # _29402_
   (last)    (first)    (middle)

2. ASSIGNMENT _3 North_    LOCATION _Cell # 5 top_

3. THE ABOVE INMATE IS BEING CHARGED BY: _Ofc Snell_
   WITH A VIOLATION OF RULE # _07_    SPECIFICALLY _No inmate will_
   _assault or attempt to assault personnel, other inmates or_
   _visitors_

   ABOUT _03 / 08 / 99_ , AT APPROXIMATELY _0948_    WHICH OCCURRED ON/OR
   (AM/PM) . A HEARING ON
   THIS CHARGES WILL BE HELD AFTER 24-HOURS FROM SERVICE.

   CIRCUMSTANCES OF THE VIOLATION(S) ARE AS FOLLOWS: _I'm Raymond Mathis,_
   _Went into cell # 2 bottom on 3 North and assaulted I'm William_
   _Riley._

   _Ofc Snell_    _Correctious Officer_
   ARRESTING OFFICER-SIGNATURE AND RANK

HEARING DATE _March 10, 1999_ TIME _0841 AM_ PLACE _45 Visiting Room_

I HEREBY CERTIFY THAT I HAVE PERSONALLY SERVED A COPY OF THE FORGOING ON
THE ABOVE NAMED INMATE ON THIS THE _8_ DAY OF _March_ , 19 _99_
AT _1456_ (AM/PM)

_Darien C. Bush_    _Raymond Mathis_    _29402_
SERVING OFFICER-SIGNATURE AND RANK    INMATE'S SIGNATURE & HCJ NO.

WITNESS DESIRED?    NO: _____    YES: _Raymond Mathis_
                    inmate's signature          inmate's signature

IF YES, LIST: _KENNETH WARD, STANLEY JONES, WILLIAM CALLINS._

INMATE MUST BE PRESENT IN THE HEARING ROOM.    IF (HE)/SHE IS NOT PRESENT EXPLAIN
IN DETAIL ON ADDITIONAL PAGE AND ATTACH.

A FINDING IS MADE THAT INMATE (IS)/IS NOT) CAPABLE OF REPRESENTING HIM/HER.

_Amanda Bines_ c/o
SIGNATURE - HEARING OFFICER

PLEA: _Raymond Mathis_ ___ NOT GUILTY

_____ GUILTY

THE ARRESTING OFFICER, INMATE AND ALL WITNESSES WERE SWORN TO TELL THE TRUTH.

_Amanda B. Bines_ c/o
SIGNATURE-HEARING OFFICER

## SYNOPSIS OF DISCIPLINARY HEARING

Hearing Officer _Cassandra Byrus C/o_
( Name and Rank)                    Convened at _Mar. 10, 1999_
(Date and Time)

The preceding to hear evidence in the case involving inmate _Raymond Mathis_
Inmate _Mathis_ has been identified and is currently assigned to the Houston County Jail.  The accused and arresting Officers were present before the Hearing Officer.
The Hearing Officer explained to inmate _Mathis_ that he / she is being charge with he violation of Houston County Inmate Rules and Regulation,  # _7_ , specifically _no inmate will assault, or attempt to assault, personell, other inmates or visitors._ which occurred on/or about _3/08/_ 19 _99_ at _9:48_ (am/ pm).  Inmate _Mathis_ was advised that a hearing on the charges would be held after 24-hours from service of the Disciplinary Report.  The Hearing Officer explained that according to due process requirement, he (inmate) _Mathis_ , must be given at least 24-hours notice prior to the hearing and the hearing must take place within 3 - 7 (three - seven ) calendar days after the charges have been served, excluding weekends and holidays.  The hearing Officer also advised inmate _Mathis_ that he/she was given the opportunity to have witnesses on his /her behalf normally no more than 3 (three) witnesses with relevant testimony will be called to testify in the behalf of inmate _Mathis_ ).  The Hearing Officer asked inmate _Mathis_ if e understood due process, also if he/ she understood the charge (s) against him / her and his / her reply was _yes_ . he Hearing Officer asked inmate _Mathis_ if he/she was of the opinion that due process quirements have been complied with and he/she answered _____ .  The Hearing Officer made the determination that mate _Mathis_ is / is no, capable of representing him / herself (Hearing Officer signed isciplinary Report).  The Hearing Officer asked Inmate _Mathis_ how he / she pleads to the arge (s), and he / she stated, Not Guilty _✓_ , Guilty _____ (Hearing Officer has inmate sign the appropriate ace on the Disciplinary Report).  Hearing Officer summons Arresting Officer, inmate, and all witnesses into the hearing om ,and Arresting Officer's Testimony ( at the hearing or written statement)

itness _Kenneth Ward_ Substance of testimony _See attached sheets_

tness _Stanley Jones_ Substance of testimony _____

tness _William Collins_ Substance of testimony _____

Inmates testimony:

The whole thing about dope. And I want to talk to Lucy Williams.

---

*This inmate was very incooperative - all I'm Mathis did was repeatedly demand to speak w/ L. Williams. I tried on numerous occasion to calm him down & get him to try & LISTEN to me - he did not give me a statement - He refused other than what is written up top. That is what he wanted me to write. He did not supply me with any defense - to help out with his finding of guilt of innocence.

---

The following witnesses were not called:

| | Reason not called: |
|---|---|
| Kenneth Ward | Witness called |
| Stanley Jones | Refused |
| William Collins | None by that name on floor. |

Inmate __Raymond Mathis__ was allowed to submit written requests to all witnesses. A copy and answers are attached. None were submitted

_Carandia Byrnes c/o_
Hearing Officer Signature & Title

After hearing all testimony the Hearing Officer announce going into closed session to determine the findings of fact. Everyone but the Hearing Officer were excused from the hearing room. After hearing all testimonies. The Hearing Officer makes the following findings of fact: (Be Specific) *I'm Raymond Mathis is found guilty.*

Basis for finding of facts: *Based of the statements of I'm Riley's cell-mates. I'm Mathis presented nothing or said anything in his defense. He did not even give a statement.*

Hearing Officer's Decision:    Guilty _____ ✓_____    Not Guilty _____

Major _____ ✓_____    Minor _____

Recommendations for punishment or sanctions: *I recommend 10 days lockdown. Credit granted for time already served. 3-8-99 thru 3-18-99 0730 am. This punishment is to include no visitation and no phone calls.*

*Cassandra B. Bynes* C/O
Hearing Officer Signature & Title

INMATE WISHES TO APPEAL:    YES _____    NO _____

HEARING OCCURRED AT *9:00 am*    *9:15 Am*    *9:40 Am after speaking w/ witnesses* (AM / PM)

I CERTIFY THAT I HAVE REVIEWED THE ABOVE SYNOPSIS AND IT HAS BEEN DETERMINED TO BE COMPLETE AND ACCURATE DESCRIPTION OF WHAT TRANSPIRED IN THE HEARING ROOM.

SIGNATURE OF HEARING OFFICER: _____    DATE: _____

# STATEMENT FORM

TIME: _Approx 0948 am_ DATE: _08 March, 1999_ PLACE: _3 North_

I _C/O Snell_ _____, make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on _03 / 08 / 199 9_.

I/m James Woods came to door and asked me for a request form and stated that I/m Raymond Mathis (I/m Woods pointed at Mathis) had come into his cell, assaulted I/m William A. Riley and tried to take some of I/m Riley's belongings. C/O Bush talked to all I/m's in cell #2 bottom and did look at I/m Riley and found his lip to be puffy possibly from a hit. All I/m's in cell #2 Bottom say this is the second day that this has happened.

205

3 I/m Statements attached

I have read or had read to me the above statement consisting of _1_ pages and attest that it is a true and accurate account of the events which took place on _03 / 08 / 99_. It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by _____

Signature _C/O Snell_

Witnessed by _____

Page ____ of _____ Pages

Form #5137

HOUSTON COUNTY JAIL
INCIDENT REPORT

SHIFT: _1st_    DATE: _08. March, 1999_ TIME: _Aprox 0948 am_    INCIDENT NUMBER: _____

LOCATION WHERE INCIDENT OCCURRED:    TYPE OF INCIDENT:
_3 North cell # 2 bottom_    _____

TIME INCIDENT REPORTED: _Aprox 1020 am_    WHO RECEIVED REPORT: _Sgt. Reynolds_
*****************************************************************************
VICTIM:    a. _William A. Riley_    NO. _____
           b. _____    NO. _____

SUSPECTS:    WITNESSES:
_Raymond Mathis_   NO. _29402_    a. _____ NO. _____

_____ NO. _____    b. _____ NO. _____

_____ NO. _____    c. _____ NO. _____

_____ NO. _____    d. _____ NO. _____
*****************************************************************************
PHYSICAL EVIDENCE:
TYPE OF EVIDENCE: _I/m William A. Riley's face was puffy around lip_
_area._

DESCRIPTION OF EVIDENCE: _____

CHAIN OF EVIDENCE:
_N/A_

*****************************************************************************
NARRATIVE SUMMARY:
_I/m Raymond Mathis went into cell # 2 bottom on 3 North and_
_assaulted I/m William Riley._

*************************END OF REPORT / SEE NEXT PAGE************************

CORRECTIONS OFFICER SIGNATURE    DATE

Inmate's Name: _Raymond Mathis_

Date Served: _3-8-99_

DISCIPLINARY REPORT CHECK LIST FOR SERVING OFFICER.

SERVING OFFICER:    1. Initial each step when completed.
                              2. Read the portion that is in capital letters to the inmate.  (See starred areas)***
                              3. Sign the bottom to show all steps are completed.

Check to ensure that the DISCIPLINARY FORM is filled out correctly.

Make a copy and place a carbon between the two.

Identify the inmate.

Read steps one (1)  thru  five  (5) aloud to the inmate.

_(DCB)_ **YOU HAVE THE RIGHT TO A HEARING IN NOT LESS THAN 24-HOURS   NO MORE THAN 3-7 DAYS EXCLUDING WEEKENDS AND HOLIDAYS.

_(DCB)_ **YOU HAVE THE RIGHT TO BE PRESENT AT THE HEARING.

_(DCB)_ **YOU HAVE THE RIGHT TO CALL 3 (three) WITNESSES.

_(DCB)_ **YOU HAVE THE RIGHT TO SUBMIT WRITTEN QUESTIONS OF THE WITNESSES AND OF THE  ARRESTING OFFICER AT THE HEARING.  ALL QUESTIONS MUST BE WRITTEN AND PRESENTED AT THE TIME OF THE HEARING.

_(DCB)_ **DO YOU HAVE ANY WITNESSES YOU WOULD LIKE TO CALL?    (Yes)_____✓_____    (no)_____

List names of any witnesses desired.

Fill in the date and time served on the inmate (#7 on disciplinary).

**SIGN AS SERVING OFFICER:**

Have the inmate sign as receiving a copy.

_(DB)_**SIGNING THIS FORM IS NOT AN ADMISSION OF GUILT, IT ONLY CERTIFIES THAT YOU WERE GIVEN A COPY.

***IF INMATE REFUSES TO SIGN, WRITE  "REFUSED TO SIGN"  AND  SIGN YOUR NAME.

Give the inmate the copy.

_Darren C. Bush_
SIGNATURE OF SERVING OFFICER

_3-8-99_
DATE:

Houston County Jail
Statement Form

Time _1:30 pm_    Date _March 8th 1999_    Place _3 North 2 Bottom_

I, _Michael A. Hughes 3N 2Bottom_, make the following true and correct statement pertaining to an Incident/Offense that occured at the Houston County Jail on _March 7 & 8th_, 19_99_.

On the afternoon of March 7th, 1999, I observed inmate Raymond Mathis in my cell and strike inmate Will Riley in the face with his fist. Inmate Mathis is not assigned to the cell. Why he struck Inmate Riley, I do not know.

On the morning of March 8th 1999 I was returning from using the telephone about 8:45 am and observed inmate Raymond Mathis again in my cell confronting inmate Will Riley. As I was walking in the cell I saw him (Raymond Mathis) strike Will Riley in the face again with his fist. Again, I do not know why he done this.

I have read or had read to me the above statement consisting of ___7___ pages and attest that it is a true and accurate account of the events which took place on _March 7nd 8th 1999_. It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by _James L Worts_    Signature _Michael C. Hughes_

Houston County Jail
Statement Form

Time 1:21 PM     Date 3/8-99     Place Blk 2 Bottom

I, William Riley _____ , make the following true and correct statement pertaining to an Incident/Offense that occured at the Houston County Jail on 3/7/99 + 3/8/99 , 19 99.

Ray wanted some of my personal supplies that I got from visitation such as coffee, soap, lotion. I did tell him I might trade for some of his items. this was on 3/7/99. After my visitation. he approached me + wanted my items. I told him to wait + let me see what he had. He followed me to my cell anyway + wanted to go ahead + see what I had. I told him again I was going to wait to see what he had, he had said alright, and struck me before he walked off, + tried to coerce me out of my cell, I remarked that he wasn't worth it.

3/8/99 woke up + Ray was in my face. He told, no, he demanded my items. I groggily remarked with a plain 'no' on my way up, + then was struck afew times in the face again. + Then he was gone.

I have read or had read to me the above statement consisting of _____ pages and attest that it is a true and accurate account of the events which took place on 3/7/99 / - 3/8/99 . It was given by me freely and voluntarily. without fear of threat, promise or reward.

Witnessed by _____     Signature _William A. Riley_

Witnessed by _____     Date

## Houston County Jail
### Statement Form

Time _1:30 pm_ ~~~~~~~~~~~ Date _3-8-99_ ~~~~~ Place _L-B_

I, _James A. Woods_ , make the following true and correct statement pertaining to an Incident/Offense that occured at the Houston County Jail on _3-8-99_ , 19 _99_

Raymond Mathis did on the morning of Monday 8, 1999 enter my cell, physically assaulted my cell mate Will Riley by punching him in his face b/c he wouldn't turn over his personal items and made treat to me for getting in the way. ———— E O S ————

I have read or had read to me the above statement consisting of _1_ pages and attest that it is a true and accurate account of the events which took place on _3-8-99_ . It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by _____    Signature _James A. Woods_

Houston County Jail
Statement Form

Time _1:25 pm_ Date _3-8-99_ Place _3North 2bottom_

I, _Norman White #18759_ , make the following true and correct statement pertaining to an incident/Offense that occured at the Houston County Jail on _3-7_ , 19 _99_ .

I was Sitting at the table in my Cell here in 3N bottom when Raymond Mathis came to the cell & Call inmate Will Riley to the open Sliding door which I over heard Raymond ask inmate Riley was he going to git him that he Dont. I heard Will State he didnt have it. I look around to notice Raymond Striking Will in the face and Walk away.

I have read or had read to me the above statement consisting of _____ pages and attest that it is a true and accurate account of the events which took place on _3-8-99_ . It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by _Michael C. Hughes_    Signature _Norman White_

Kenneth Ward                                3-10-99

I didn't see him hit the man, I didn't see him try to take anything, I saw Woods run to the door saying someone was trying to go into his cell - But that was it.    x  Kenneth Ward


Stanley Jones
        I'm Refused to be a witness
                        x  Stanly Jones

William Collins
    This inmate does not seem to ~~be~~ in this jail

*Byrus*

INMATE NAME *Raymond Mathis*

INMATE # _____ 29402

INCIDENT NUMBER _____ 99-220

*Cassandra B. Byrus*

HEARING OFFICER - SIGNATURE & TITLE:

nmate will _____ will not ____✓____ appeal.

ail Administrator Action date. ____ 4/7/99

.pproved ____ *D Wms*

isapproved _____

ther (Specify)_____

_____

_____

:ason if more than 30-calender days delay in action:

_____

_____

Appeal date_____

Approved_____

Disapproved_____

Other (specify)_____

_____

_____

ereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate.

this the ____ 7th ____ day of ____ April ____ .19 99 at (time) 1058 (am.) pm.).

*Cassandra Byrus* c/o

RVING OFFICER - SIGNATURE & TITLE

*Reyd - Mathis*

INMATE SIGNATURE & JAIL NUMBER

## SYNOPSIS OF DISCIPLINARY HEARING

aring Officer _Cassandra S. Byrd c/o_
( Name and Rank)

Convened at _4/6/99  8:17 AM_
(Date and Time)

: preceding to hear evidence in the case involving inmate _Raymond Mathis_

ate _Mathis_ has been identified and is currently assigned to the Houston County Jail.  The
used and arresting Officers were present before the Hearing Officer.
Hearing Officer explained to inmate _Mathis_

violation of Houston County Inmate Rules and Regulation,  # _11_ , specifically _No 1/m_
_ll possess or attempt to possess contraband on the person, closing, in_
_cell or in a place where it might be reasonably believed to be_ which
ued on/or about _4-4_ - 19 _99_ at _9:00_ (am / pm).) Inmate _Mathis_ was
er explained that according to due process requirement, he (inmate) _Mathis_ must be given at
24-hours notice prior to the hearing and the hearing must take place within 3 - 7 (three - seven) calendar days after
charges have been served, excluding weekends and holidays.   The hearing Officer also advised
e _Mathis_ that he/she was given the opportunity to have witnesses on his /her behalf
nally no more than _3_ (three) witnesses with relevant testimony will be called to testify in the behalf of
e _Mathis_ ).  The Hearing Officer asked inmate _Mathis_ if
derstood due process, also if he/ she understood the charge (s) against him / her and his / her reply was _yes_ if
Hearing Officer asked inmate _Mathis_
ements have been complied with and he/she answered _yes_ .  The Hearing Officer made the determination that
e _Mathis_ is / is no, capable of representing him / herself (Hearing Officer signed
: (s), and he / she stated, Not Guilty_____, Guilty _✓_ (Hearing Officer has inmate sign the appropriate
n the Disciplinary Report).  Hearing Officer summons Arresting Officer, inmate, and all witnesses into the hearing
and Arresting Officer's Testimony ( at the hearing or wtirren statement)

Substance of testimony

Substance of testimony

Substance of testimony

Inmates testimony:

_I'm pled guilty._

The following witnesses were not called:

_None_

Reason not called:

_None_

Inmate _Raymond Mathis_ was allowed to submit written requests to all witnesses.  A copy and answers are attached. None were submitted

_Canonchu Byrnes_ %

Hearing Officer Signature & Title

ter hearing all testimony the Hearing Officer announce going into closed session to determine the findings of fact. veryone but the Hearing Officer were excused from the hearing room. After hearing all testimonies. The Hearing fficer makes the following findings of fact: (Be Specific) _____ I/m Raymond Mathis is

_found guilty._____

_____

_____

_____

isis for finding of facts: _____ Plea of guilt._____

_____

earing Officer's Decision:    Guilty_____ ✓    Not Guilty_____

Major_____ ✓    Minor_____

commendations for punishment or sanctions: _____ Two (2) weeks class of visatation

To begin 4-24+25-99  thru  5-1+2-99 @ 4:00 pm

_____

_____

_Canandra Byrne c/o_

Hearing Officer Signature & Title

MATE WISHES TO APPEAL:    YES_____    NO__ ✓

ARING OCCURRED AT _____ 8:35 _____ (AM)/ PM)

ERTIFY THAT I HAVE REVIEWED THE ABOVE SYNOPSIS AND IT HAS BEEN DETERMINED TO BE
MPLETE AND ACCURATE DESCRIPTION OF WHAT TRANSPIRED IN THE HEARING ROOM.

_Canandra Byrne_    _4/6/99_

iNATURE OF HEARING OFFICER:    DATE:

## HOUSTON COUNTY JAIL
## DISCIPLINARY REPORT

INMATE _Mathis, Raymond_    CUSTODY _Conv._    INMATE # _29402_
    (last)      (first)      (middle)

ASSIGNMENT _4 North_     LOCATION _Cell 4_

THE ABOVE INMATE IS BEING CHARGED BY: _S/O Anne Peterson_
WITH A VIOLATION OF RULE # _11_ SPECIFICALLY _No inmate will possess or_
_attempt to possess contraband on the person, clothing, in the cell,_
_or in a place where it might be reasonably believed to be_
_under his control._ WHICH OCCURRED ON/OR
ABOUT _04/04/99_, AT APPROXIMATELY _900_ (AM/PM). A HEARING ON
THIS CHARGES WILL BE HELD AFTER 24-HOURS FROM SERVICE.

CIRCUMSTANCES OF THE VIOLATION(S) ARE AS FOLLOWS: _that you, Raymond_
_Mathis did have Contraband in your property that_
_when you were moved from 4 north to holding cell #2_

                 _S/O Anne Peterson_
               ARRESTING OFFICER-SIGNATURE AND RANK

HEARING DATE _4/6/99_    TIME _8:17 AM_ PLACE _4 North_

I HEREBY CERTIFY THAT I HAVE PERSONALLY SERVED A COPY OF THE FORGOING ON
THE ABOVE NAMED INMATE ON THIS THE _5_ DAY OF _4_, 19 _99_
AT _19:10_ (AM/PM).

_C/O _____
SERVING OFFICER-SIGNATURE AND RANK      INMATE'S SIGNATURE & HCJ NO.

WITNESS DESIRED?   NO: _____    YES: _____
             inmate's signature          inmate's signature

IF YES, LIST: _____

INMATE MUST BE PRESENT IN THE HEARING ROOM.   IF HE/SHE IS NOT PRESENT
EXPLAIN IN DETAIL ON ADDITIONAL PAGE AND ATTACH.

A FINDING IS MADE THAT INMATE (IS/IS NOT) CAPABLE OF REPRESENTING HIM/HER.

             _Casandra Byrns_
             SIGNATURE - HEARING OFFICER

PLEA: _____ NOT GUILTY    _____ GUILTY

THE ARRESTING OFFICER, INMATE AND ALL WITNESSES WERE SWORN TO TELL THE
TRUTH.

             _Casandra Byrns_
             SIGNATURE-HEARING OFFICER

## Houston County Jail
## Statement Form

Time 3 4 5 Pm   Date 0 4 . 0 5 - 9 9   Place (Houston Co. Jail)

I/o Anne Peterman                , make the following true and correct statement pertain-

ing to an Incident/Offense that occured at the Houston County Jail on    04 - 04    , 19 99 .

Inmate Raymond Mathis was brought to Holding
Cell # 2 after being taken to the E.R. He had
apparently been involved in a Confrontation on 4 no.
When Inmate Mathis belongings were brought
to 1st floor, I instructed C/o Phelps (Dennis) to
go through them prior to allowing them in
holding cell # 2. A hershey candy bar, a zip lock
bag of bar b que chips and an envelope with
several hand-rolled cigarettes were in his
property. C/o Phelps gave me the items and
I gave them to Ms. Williams.

I've read or had read to me the above statement consisting of ___1___ pages and attest that it is a true and accurate
account of the events which took place on    04-04-99    . It was given by me freely and voluntarily.
without fear of threat, promise or reward.

Witnessed by _____

Witnessed by _____          Signature  I/o A. Peterman

Page    1    of    1

# HOUSTON COUNTY JAIL
## INCIDENT REPORT

SHIFT: _2nd_ DATE: _04-05-99_ TIME: _345Pm_ INCIDENT NUMBER: _____

LOCATION WHERE INCIDENT OCCURRED: _1st floor - 5% office_

TYPE OF INCIDENT: _Viol rule #_

TIME INCIDENT REPORTED: _____  WHO RECEIVED REPORT: _____

**************************************************

VICTIM:  a. _5% Anne Peterson_     NO. _____
         b. _____            NO. _____

SUSPECTS:                          WITNESSES:
_Raymond Mathis_ NO. _____   a. _____ NO. _____
_____ NO. _____        b. _____ NO. _____
_____ NO. _____        c. _____ NO. _____
_____ NO. _____        d. _____ NO. _____

**************************************************

PHYSICAL EVIDENCE/TYPE OF EVIDENCE:
_1 bag of bar-b-que chips (zip lock), 1 Hershey candy bar and_
_1 ard envelope with 'hand-rolled' cigarettes_

DESCRIPTION OF EVIDENCE:
_See above_

CHAIN OF EVIDENCE:
_5% Dennis Phelps_
_5% Anne Peterson_
_Ms. Lucy Williams_

**************************************************

NARRATIVE SUMMARY:
_When 5% Phelps searched Inmate Mathis' property, the_
_above items were found and handed to 5% Peterson._
_The items were placed in the locker and kept there_
_until turned over to Ms. Williams, to be used_
_at the hearing, if needed_

**********************END OF REPORT/SEE NEXT PAGE******************

_5% Anne Peterson_                _04-05-99_
CORRECTIONS OFFICER SIGNATURE        DATE

INMATES NAME: *Mathis, Raymond*
DATE SERVED: 4-5-99

SCIPLINARY REPORT CHECKLIST FOR SERVING OFFICER

RVING OFFICER:    1.    Initial each step when completed.
                  2.    Read the portion that is in capital letters to the
                        inmate.  (See starred areas***).
                  3.    Sign the bottom to show all steps are completed.

ck to ensure that the Disciplinary Report is filled out completely.

e a copy and place carbon between the two.

ntify the inmate.

d steps one (1) through five (5) ALOUD to the inmate.

___ ***YOU HAVE THE RIGHT TO A HEARING IN NOT LESS THAN 24 HOURS AND NO
        THAN 3 TO 7 DAYS, EXCLUDING WEEKENDS AND HOLIDAYS.

___ ***YOU HAVE THE RIGHT TO BE PRESENT AT THE HEARING.

___ ***YOU HAVE THE RIGHT TO CALL THREE (3) WITNESSES.

___ ***YOU HAVE THE RIGHT TO SUBMIT WRITTEN QUESTIONS OF THE WITNESSES AND
        OF THE ARRESTING OFFICER AT THE HEARING.  ALL QUESTIONS MUST BE
        WRITTEN AND PRESENTED AT THE TIME OF THE HEARING.

___ ***DO YOU HAVE ANY WITNESSES YOU WOULD LIKE TO CALL?  ___ YES  ✓ NO

l in the date and time served on the inmate (#7 on disciplinary report)

t names of any witnesses desired.(#8 on disciplinary report)

N AS SERVING OFFICER.

re the inmate sign as receiving a copy.

_____ ***SIGNING THIS FORM IS NOT AN ADMISSION OF GUILT, IT ONLY CERTIFIES
        THAT YOU WERE GIVEN A COPY.

***IF INMATE REFUSES TO SIGN, WRITE "REFUSED TO SIGN", AND SIGN YOUR NAME.

VE THE INMATE THE COPY.

_____          4-5-99
NATURE OF SERVING OFFICER                 _____
                                          DATE SERVED

99-328

INMATE NAME _Mathis, Raymond_

INMATE # _____ 29402 _____

_Cassandra Byrnes-Wright C/o_

HEARING OFFICER - SIGNATURE & TITLE:

Inmate will _____ will not ____✓____ appeal.

Jail Administrator Action date _9/21/99_

Approved _L. Wms_

Disapproved _____

Other (Specify) _____

_____

Reason if more than 30-calender days delay in action:

_____

Appeal date _____

Approved _____

Disapproved _____

Other (specify) _____

_____

_____

_____

I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate.

On this the _22nd_ day of _September_, 19 _99_ at (time) _9:00_ (am) / pm.).

_Cassandra Wright C/o_

SERVING OFFICER - SIGNATURE & TITLE

_____

INMATE SIGNATURE & JAIL NUMBER

## SYNOPSIS OF DISCIPLINARY HEARING

Hearing Officer _Cassandra Bynes-Wright_    Convened at _9/22/99 0800 hrs_
           (Name and Rank)                                    (Date and Time)

The preceding to hear evidence in the case involving inmate _Raymond Mathis_ Inmate _Mathis_ has been identified and is currently assigned to the Houston County Jail. The Hearing Officer explained to inmate _Mathis_ that he / she is being charge with the violation of Houston County Inmate Rules and Regulation, # _7_ , specifically _No I/m will assault or attempt to assault personnel other inmates or visitors._

which occurred on/or about _09/30/_ 19 _99_ at _1000_ (am / pm). Inmate _Mathis_ was advised that a hearing on the charges would be held after 24-hours from service of the Disciplinary Report. The Hearing Officer explained that according to due process requirement, he/she (inmate) _Mathis_ , must be given at least 24-hours notice prior to the hearing and the hearing must take place within 3 - 7 (three - seven) calendar days after the charges have been served, excluding weekends and holidays. The hearing Officer also advised inmate _Mathis_ that he/she was given the opportunity to have witnesses on his /her behalf (normally no more than 3 (three) witnesses with relevant testimony) will be called to testify in the behalf of inmate _Mathis_ . The Hearing Officer asked inmate _Mathis_ if he understood due process, also if he/ she understood the charge (s) against him / her and his / her reply was _yes_ . The Hearing Officer asked inmate _Mathis_ if he/she was of the opinion that due process requirements have been complied with and he/she answered _yes_ . The Hearing Officer made the determination that inmate _Mathis_ is / is not capable of representing him / herself (Hearing Officer signed Disciplinary Report). The Hearing Officer asked inmate _Mathis_ how he / she pleads to the charge (s), and he / she stated, Not Guilty_____, Guilty_____ (Hearing Officer has inmate sign the appropriate place on the Disciplinary Report). Hearing Officer summons Arresting Officer, inmate, and all witnesses into the hearing room , and Arresting Officer's Testimony ( at the hearing _I/m Mathis chose to plead "no contest?!?"_

Witness_____ Substance of testimony_____

Witness_____ Substance of testimony_____

Witness_____ Substance of testimony_____



Inmate's Testimony: Me & Gotch had a misunderstanding that came in a tie-up. He rushed me → I got him off me. Later on we talked about it. Everything was O.K. until the I'm went & told it. No one could've see it. Which I know I can't beat this anyway. Because I'm I'm Raymond – A menace – as staff put it. Me & the man had it out but I'm going to plead No Contest. —EOS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Inmate **Raymond Mathis** was allowed to submit written requests to all witnesses. A copy and answers are attached ✓ (none were submitted.)

_Cassandra Byrnes-Wright_
Hearing Officer Signature & Title

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The following witnesses were not called:

NONE

Reason not called:

NONE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

fter hearing all testimony the Hearing Officer announced going into closed session to determine the findings of fact.

eryone but the Hearing Officer were excused from the hearing room. After hearing all testimony, the Hearing Officer

akes the following findings of fact (Be Specific): _Im Raymond Mathis is found guilty._

_____

_____

_____

isis for finding of fact: _Im Mathis admitted to Rule violation #7._

_____

_____

aring Officer's Decision:  Guilty___✓_____    Major_____✓_____

                Not Guilty_____    Minor_____

commendations for punishment or sanctions: _7 days lock-down. Credit granted_

_r time on lock-down. 9-20-99 thru 9-27-99 @ 12:00 p.m. roll-aut._

_____

nate wishes to appeal:    YES_____    NO_____✓_____

aring adjourned at:    _8:25_    (A.M./P.M.)

:rtify that I have reviewed the above synopsis and it has been determined to be a complete and accurate description

vhat transpired in the hearing room.

_ssandra Wright_

nature of Hearing Officer

_9-22-99_

Date

INMATES NAME: _Mathis, Raymond_
DATE SERVED: _____

DISCIPLINARY REPORT CHECKLIST FOR SERVING OFFICER

SERVING OFFICER:    1.    Initial each step when completed.
                    2.    Read the portion that is in capital letters to the
                          inmate.  (See starred areas***).
                    3.    Sign the bottom to show all steps are completed.

Check to ensure that the Disciplinary Report is filled out completely.

Make a copy and place carbon between the two.

Identify the inmate.

Read steps one (1) through five (5) ALOUD to the inmate.

_____ ***YOU HAVE THE RIGHT TO A HEARING IN NOT LESS THAN 24 HOURS AND NO
         THAN 3 TO 7 DAYS, EXCLUDING WEEKENDS AND HOLIDAYS.

_____ ***YOU HAVE THE RIGHT TO BE PRESENT AT THE HEARING.

_____ ***YOU HAVE THE RIGHT TO CALL THREE (3) WITNESSES.

_____ ***YOU HAVE THE RIGHT TO SUBMIT WRITTEN QUESTIONS OF THE WITNESSES AND
         OF THE ARRESTING OFFICER AT THE HEARING.  ALL QUESTIONS MUST BE
         WRITTEN AND PRESENTED AT THE TIME OF THE HEARING.

_____ ***DO YOU HAVE ANY WITNESSES YOU WOULD LIKE TO CALL? ____YES _✓_NO


Fill in the date and time served on the inmate (#7 on disciplinary report)

List names of any witnesses desired.(#8 on disciplinary report)

SIGN AS SERVING OFFICER.

Have the inmate sign as receiving a copy.

_____ ***SIGNING THIS FORM IS NOT AN ADMISSION OF GUILT, IT ONLY CERTIFIES
         THAT YOU WERE GIVEN A COPY.

***IF INMATE REFUSES TO SIGN, WRITE "REFUSED TO SIGN", AND SIGN YOUR NAME.

GIVE THE INMATE THE COPY.

_Irwin E. Tomlinson_                    _9-20-99_
SIGNATURE OF SERVING OFFICER            DATE SERVED

## HOUSTON COUNTY JAIL
## DISCIPLINARY REPORT

INMATE **Mattis, Raymond**
(last)         (first)         (middle)         CUSTODY _____ INMATE # **39462**

ASSIGNMENT **3 South**                    LOCATION _____

THE ABOVE INMATE IS BEING CHARGED BY: **C/o Kym R. wilson**
WITH A VIOLATION OF RULE # **7**      SPECIFICALLY **No inmate will**
**assault or attempt to assault Personnell, other inmates**
**or visitors.**

ABOUT **9/20/99**, AT APPROXIMATELY **1000**   (AM/PM). A HEARING ON   WHICH OCCURRED ON/OR
THIS CHARGES WILL BE HELD AFTER 24-HOURS FROM SERVICE.

CIRCUMSTANCES OF THE VIOLATION(S) ARE AS FOLLOWS: **I'm Micheal Gretch,**
**And other inmates on 3 south told me that I'm Mathis**
**punched I'm Gretch in the faces, And behind the Neck**
**area repeatly.**

**Kym L. wilson**
ARRESTING OFFICER-SIGNATURE AND RANK

HEARING DATE **9-22-99**      TIME **8:00 AM** PLACE **3 South visiting room**

I HEREBY CERTIFY THAT I HAVE PERSONALLY SERVED A COPY OF THE FORGOING ON
THE ABOVE NAMED INMATE ON THIS THE **20** DAY OF **Sept**, 19 **99**
AT _____ (AM/PM).

**C/B Irvin E Tumlinson**                    **Inmate Refused to sign**
SERVING OFFICER-SIGNATURE AND RANK          INMATE'S SIGNATURE & HCJ NO.

WITNESS DESIRED?   NO: _____              YES: _____
                    inmate's signature                inmate's signature

IF YES, LIST: _____

INMATE MUST BE PRESENT IN THE HEARING ROOM.   IF (HE)/SHE IS NOT PRESENT
EXPLAIN IN DETAIL ON ADDITIONAL PAGE AND ATTACH.

A FINDING IS MADE THAT INMATE (IS)/IS NOT) CAPABLE OF REPRESENTING (HIM)/HER.

**I'm chose to plead "no contest." (CW)**      **Cassandra S. Bynes-Wright**
                                                SIGNATURE - HEARING OFFICER

PLEA: _____ NOT GUILTY

_____ GUILTY

THE ARRESTING OFFICER, INMATE AND ALL WITNESSES WERE SWORN TO TELL THE
TRUTH.

**Cassandra Bynes-Wright**
SIGNATURE-HEARING OFFICER

HOUSTON COUNTY JAIL
INCIDENT REPORT

SHIFT: _1ST_   DATE: _9/20/99_ TIME: _1000_   INCIDENT NUMBER: _____

LOCATION WHERE INCIDENT OCCURRED:          TYPE OF INCIDENT:
_3 south_                                  _Fighting_

TIME INCIDENT REPORTED: _____   WHO RECEIVED REPORT: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VICTIM:   a. _I/m Micheal Cretch_         NO. _____
          b. _____             NO. _____

SUSPECTS:                                 WITNESSES:
_Raymond Mathis_ NO. _29402_              a. _____   NO. _____
_____ NO. _____            b. _____   NO. _____
_____ NO. _____            c. _____   NO. _____
_____ NO. _____            d. _____   NO. _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PHYSICAL EVIDENCE/TYPE OF EVIDENCE:
_Scratch marks on the back of the neck area, and bruises_
_in the ribs area_

DESCRIPTION OF EVIDENCE:



CHAIN OF EVIDENCE:




\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NARRATIVE SUMMARY:






\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF REPORT/SEE NEXT PAGE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_Kym L. Wilson_                           _9/20/99_
CORRECTIONS OFFICER SIGNATURE             DATE

Houston County Jail
Statement Form

Time _1000 am_ Date _9/20/99_ Place _3 south_

I, _Kym L. Wilson_ , make the following true and correct statement pertaining to an Incident/Offense that occured at the Houston County Jail on _Sept 20_ , 19 _99_.

At appr. 1230 am. Im Im on the 3 south side ask to come out of the dayroom to talk to me. When I let him out he told that I needed to check on Im Micheal Getch, because he had been beat up by Im Raymond Mathis, I asked him what happened, and he said Im Getch told Im Mathis that he owed him for a cross that he made. Im Mathis said that he wasn't giving him nothing, so Im Getch told him to just keep it anyway and consider it a gift from god. Im Mathis told him that he was getting smart, ran into Im Getch cell, punched him in the face, and the back of the neck repeatly. He told Im Getch that if he told any of the this that he would kill him.

I then called Im Getch out to talk to him, and he told the same thing. He also said that his back was hurting, so he went down stairs to let the nurse look at him.

EOS

I have read or had read to me the above statement consisting of __1__ pages and attest that it is a true and accurate account of the events which took place on _____. It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by _____          Signature _Kym L Wilson_

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: around 1:48    DATE: 09-20-99    PLACE 3 South H.C.J.

I Beverly Reynolds , make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on 09 /20 1999 .

C/o Wilson called to say inmate Gatet told him inmate Raymond Mathis had punched him in the face. I had inmate Gatet come down stairs ask him what had happened. He said inmate Mathis had attacked him over a cross. inmate Gatet stated that inmate Mathis causes a lot of problems on 3 south.
Inmate Mathis          End of statement
has been in other altercations C/o Beverly Reynolds on this floor. This is not the first time.

I have read or had read to me the above statement consisting of_____pages and attest that it is a true and accurate account of the events which took place on ____/____/____.It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by_____ Signature_____

Witnessed by_____ Page_____of_____ Pages

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: _1:15_    DATE: _20th of Sep_    PLACE _3-S  H.J.C._

I _Micheal Wayne Cret_, make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on _9_ / _20_ 19_99_.

_Ramond mathath; Preced to Atack me over a Gift of, A hand made cross That it hadasada gift. He got mad over the Gift and Attacked me in my cell U-1 and Punched me in the Face.           E.O.S_

I have read  or had read to me the above statement consisting of_____pages and attest that it is a true and accurate account of the events which took place on ____/____/____.It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by_____    Signature _Micheal Wayne Cret_

Witnessed by_____    Page_____of_____Pages

after hearing all testimony the Hearing Officer announced going into closed session to determine the findings of fact.

everyone but the Hearing Officer were excused from the hearing room. After hearing all testimony, the Hearing Officer

makes the following findings of fact (Be Specific): *I/m Raymond Mathis is found guilty.*

Basis for finding of fact: *I/m Mathis admitted to Rule violation #7.*

Hearing Officer's Decision:    Guilty _____ ✓_____        Major_____ ✓_____

Not Guilty_____        Minor_____

Recommendations for punishment or sanctions: *7 days lock-down. Credit granted*

*for time on lock-down. 9-20-99 thru 9-27-99 @ 12:00 p.m. roll-out*

Inmate wishes to appeal:    YES_____    NO_____ ✓_____

Hearing adjourned at:    *8:25*        (A.M)/P.M.)

I certify that I have reviewed the above synopsis and it has been determined to be a complete and accurate description

of what transpired in the hearing room.

*Casandra Wright*                    *9-22-99*
Signature of Hearing Officer                    Date

Inmate's Name: _Mathis Raymond_

Date Served: _10-9-99_

DISCIPLINARY REPORT CHECK LIST FOR SERVING OFFICER.

SERVING OFFICER:    1. Initial each step when completed.
2. Read the portion that is in capital letters to the inmate.  (See starred areas)***
3. Sign the bottom to show all steps are completed.

Check to ensure that the DISCIPLINARY FORM is filled out correctly.

Make a copy and place a carbon between the two.

Identify the inmate.

Read steps one (1) thru five (5) aloud to the inmate.

_NKR_ **YOU HAVE THE RIGHT TO A HEARING IN NOT LESS THAN 24-HOURS  NO MORE THAN 3-7 DAYS EXCLUDING WEEKENDS AND HOLIDAYS.

_NKR_ **YOU HAVE THE RIGHT TO BE PRESENT AT THE HEARING.

_NKR_ **YOU HAVE THE RIGHT TO CALL 3 (three) WITNESSES.

_NKR_ **YOU HAVE THE RIGHT TO SUBMIT WRITTEN QUESTIONS OF THE WITNESSES AND OF THE ARRESTING OFFICER AT THE HEARING.  ALL QUESTIONS MUST BE WRITTEN AND PRESENTED AT THE TIME OF THE HEARING.

_NKR_ **DO YOU HAVE ANY WITNESSES YOU WOULD LIKE TO CALL?   (Yes)___✓___   (no)_____

List names of any witnesses desired.
Fill in the date and time served on the inmate (#7 on disciplinary).

SIGN AS SERVING OFFICER: _c/o N. Ratliff_

Have the inmate sign as receiving a copy.

_NKR_ **SIGNING THIS FORM IS NOT AN ADMISSION OF GUILT, IT ONLY CERTIFIES THAT YOU WERE GIVEN A COPY.

*****IF INMATE REFUSES TO SIGN, WRITE  "REFUSED TO SIGN" AND SIGN YOUR NAME.

Give the inmate the copy.

_N. N. Ratliff_                                        _10-1-99_
SIGNATURE OF SERVING OFFICER                DATE:

After hearing all testimony the Hearing Officer announced going into closed session to determine the findings of fact.

Everyone but the Hearing Officer were excused from the hearing room. After hearing all testimony, the Hearing Officer makes the following findings of fact (Be Specific): I/m Raymond Mathis is found guilty of Rule # 7.

Basis for finding of fact: Statements of the officers.

Hearing Officer's Decision:    Guilty _____ ✓          Major _____ ✓

                  Not Guilty _____          Minor _____

Recommendations for punishment or sanctions: 10 days lock-down, Credit granted for time spent on lock-down. 10/08/99 thru 10/18/99 @ 7:30 AM

Inmate wishes to appeal:    YES _____ ✓     NO _____

Hearing adjourned at: _____ 0930 _____ (A.M/P.M.)

I certify that I have reviewed the above synopsis and it has been determined to be a complete and accurate description of what transpired in the hearing room.

Cenarde Wright %          10/14/99
Signature of Hearing Officer          Date

NOTICE OF APPEAL
DISCIPLINARY ACTION
HOUSTON COUNTY JAIL

Inmate's Name _____ R/S _____ HCJ # _____

Date filing Notice of Appeal _____

On _____,19____ a disciplinary hearing was held by _____ charging inmate
_____ with a violation of Houston County Inmate Rules and Regulations # _____, specifically
_____

The circumstances of the violation are: _____

During the hearing I was found GUILTY / NOT GUILTY of a MAJOR/MINOR offense and punishment was set at :
_____
_____

I wish to appeal the decision because: _____
_____
_____

*****************************************************************

On the _19_ day of _Oct_ 19_99_ an appeal of the disciplinary action taken against inmate _R. Mothes_
was reviewed by _W. Hand_ and the following action was taken:

Appeal Approved _____ (Appeal Disapproved) _____ Other _____

Basis for approval / disapproval of appeal: _Mr. Mothes you have a reputation_
_as a trouble maker on jail you helped create the_
_situation you experienced and you later threatens me you_
_a question for it, appeal denied._

*****************************************************************

I hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on this, the
_19th_ day of _October_, 19 _99_ at _7:15_ (A.M/P.M).

_Canardo Knight C/o_                          _Ronald Mothes_ _I Knew you wouldn't_
Signature of Serving Officer & Rank         Inmate Signature and HCJ # _Do Anything_
                                                                      _ANYWAY_

# Houston County Jail
## Statement Form

*for using capstun*

Time __10:15 A.M.__    Date __10-08-99__    Place __3 SOUTH__

I, __SC/O KIM TURNER__ , make the following true and correct statement pertaining to an Incident/Offense that occured at the Houston County Jail on __10-08__ , 19 __99__ .

ON THE ABOVE DATE, SC/O TURNER WAS CALLED TO THE THIRD FLOOR BY CONTROL OFFICER MCCRANEY DUE TO A CONFLICT INVOLVING C/O EASTER AND INMATE JESSIE HIGHTOWER.  C/O EASTERLY HAD RECEIVED A TIP THAT INMATE HIGHTOWER HAD MONEY AND TOBACCO ON HIS PERSON AND ASKED IF HE COULD STRIP SEARCH HIM TO FIND IT.  SC/O TURNER INFORMED C/O EASTERLY TO SEARCH HIM AND THEN LET HER KNOW WHAT THE OUTCOME WAS.  A FEW MINUTES LATER WAS WHEN SC/O TURNER WENT TO THIRD FLOOR.  UPON ARRIVING ON THIRD FLOOR, C/O EASTERLY WAS IN THE HALLWAY WITH INMATE HIGHTOWER, AND DEPUTIES GREG SMITH AND TONY TURNER.  INMATE HIGHTOWER REFUSED TO REMOVE HIS SOCKS, AND THEN DEPUTY GREG SMITH TOOK INMATE HIGHTOWER INTO THE BATHROOM TO SEARCH HIS SOCKS AND ALL OF A SUDDEN INMATE HIGHTOWER THREW THE CONTRABAND INTO THE TOILET AND FLUSHED THE TOILET.  SC/O TURNER WAS STANDING IN THE DOORWAY AND DID SEE TOBACCO IN THE TOILET.  INMATE HIGHTOWER WAS PUT BACK INTO THE DAYROOM AREA AND SC/O TURNER HAD TOLD INMATE HIGHTOWER THAT HE WOULD BE RECEIVING A DISCIPLINARY FOR THAT CONTRABAND. SC/O TURNER WENT BACK TO FIRST FLOOR.

APPROXIMATELY 10:23 A.M.  C/O REOBERSON CALLED OVER THE PAGER THAT ALL OFFICERS WERE NEEDED ON THIRD FLOOR FOR A FIGHT.  UPON ARRIVING ON THIRD FLOOR SC/O TURNER AND C/O'S DAVIS AND WILKINSON WENT DIRECTLY INTO THE DAYROOM AREA, THERE WAS CHAOS WITH ALL INMATES IN THE DAYROOM AREA, WHEN ENTERING THE DAYROOM AREA, DEPUTIES GREG SMITH AND TONY TURNER WERE STANDING BY THE TELEPHONES IN THE WEST DAYROOM.  THERE WERE TWO INMATES (MATHIS AND HIGHTOWER) ON THE STAIRS LEADING TO THE TOP TIER.  THESE INMATES WERE TUSSLING AND INMATE RAYMOND MATHIS WAS LAYING UNDER INMATE HIGHTOWER, WHO WAS ON TOP WITH HIS HEAD TUCKED UNDER INMATE MATHIS' ARM.  SC/O TURNER GAVE THE ORDER FOR THEM TO BREAK IT UP, THEY CONTINUED TO TUSSLE, THEN INMATE MATHIS SCREAMED THAT INMATE HIGHTOWER WAS BITING HIM AND HE WAS ON THE LEFT SHOULDER.  THE ORDER WAS AGAIN GIVEN FOR THEM TO STOP.  C/O WILKINSON PULLED ON INMATE HIGHTOWER AND COULD NOT BREAK THEM LOOSE, THE ORDER WAS GIVEN TWO MORE TIMES.  FINALLY INMATE MATHIS LET GO AND INMATE HIGHTOWER MOVED BACK.  AT THIS POINT, INMATE MATHIS LUNGED FOR INMATE HIGHTOWER AND C/O WILKINSON (WHO WAS BESIDE HIGHTOWER) AND C/O WILKINSON DISCHARGED HIS CAPSTUN SPRAY AND THEN HE TRIED FOR C/O WILKINSON AGAIN AND SC/O TURNER TOLD C/O WILKINSON TO SPRAY HIM AGAIN.  INMATE HIGHTOWER WAS REMOVED FROM THE DAYROOM AREA BY SC/O TURNER AND ALL DAYROOM DOORS WERE CLOSED, ALL OFFICERS WENT TO THE ELEVATOR AREA TO GET FRESH AIR.  THERE WERE THREE INMATES IN THE LAW LIBRARY ON THIRD FLOOR, AND THEY WENT TO THE FOURTH FLOOR WITH C/O RATLIFF.  SC/O TURNER HAD BEEN SPRAYED IN THE FACE, DUE TO THE FACT THAT SHE WAS TO THE LEFT OF INMATE MATHIS WHEN HE WAS SPRAYED.  SHE WENT TO FIRST FLOOR TO RETRIEVE "DAWN" FROM THE NURSING DEPARTMENT AND A TOWEL FROM THE LAUNDRY TO CLEAN UP BOTH HERSELF AND INMATE MATHIS.  SC/O TURNER RETURNED TO THIRD FLOOR WITH JAIL ADMINISTRATOR LUCY WILLIAMS AND THE NECESSARY ITEMS FOR CLEAN UP ON INMATE MATHIS.  ALL OTHER INMATES ON THREE SOUTH WERE TAKEN OUT THE SOUTH STAIR EXIT TO THE RECREATION YARD FOR FRESH AIR.  WHEN THESE INMATES WERE OUTSIDE, INMATE CRAIG DICKENS STARTED TO HAVE AN "ATTACK" AND THE NURSE SAID TO CALL 911 FOR AN AMBULANCE.  WHEN THE AMBULANCE ARRIVED AND TOOK INMATE DICKENS TO THE EMERGENCY ROOM AT SEAMC, C/O DAVIS WENT WITH THE INMATE.

have read or had read to me the above statement consisting of ____2____ pages and attest that it is a true and accurate account of the events which took place on __10-08-99__ . It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by _____    Signature _____

Witnessed by _____    Page __1__ of ____2____ pages

## Houston County Jail
## Statement Form

Time ___10:15 A.M.___    Date ___10-08-99___    Place ___3SOUTH___

I, _____SC/O KIM TURNER_____ , make the following true and correct statement pertaining to an Incident/Offense that occured at the Houston County Jail on ___10-08___ , 19 _99_ .

THE INMATES ON THIRD FLOOR WERE FEED THEIR LUNCH IN THE RECREATION AREA, BY THE KITCHEN AND SC/O'S TURNER AND JOHNSON AND JAIL ADMINISTRATOR LUCY WILLIAMS.

ONCE THE FLOOR HAD BEEN CLEARED OF CAPSTUN, ALL INMATES WERE RETURNED TO THE FLOOR AND INMATE CRAIG DICKENS WAS RETURNED FROM THE EMERGENCY ROOM AND IT WAS REPORTED THAT HE HAD AN ANXIETY ATTACK, BUT WOULD BE OKAY. HE WAS GIVEN HIS LUNCH TRAY AND SENT BACK TO THIRD FLOOR. INMATE MATHIS WAS CHECKED BY THE NURSE AND HAD A BITE ON HIS LEFT SHOULDER AND A SCRAPE ON EACH KNEE. AFTER HE WAS TREATED BY NURSE NARAMORE, A STATEMENT ABOUT THE INCIDENT WAS TAKEN FROM INMATE MATHIS BY SC/O TURNER AND INMATE HIGHTOWER WAS TALKED TO BY C/O EASTERLY. ( ALL OF THESE REPORTS ARE ATTACHED AND PICTURES WERE TAKEN OF INMATE MATHIS AFTER CLEAN UP AND TREATMENT FROM THE NURSE--THESE ARE ALSO ATTACHED).

INMATE MATHIS RETRIEVED HIS BELONGINGS AND WAS MOVED TO 4-SOUTH CELL #11 ON LOCKDOWN PENDING DISCIPLINARY ACTION. INMATE HIGHTOWER WAS MOVED TO 4-SOUTH CELL #4 ON LOCKDOWN PENDING DISCIPLINARY ACTION.

END OF STATEMENT.

have read or had read to me the above statement consisting of ___2___ pages and attest that it is a true and accurate ccount of the events which took place on ___10-08-99___ . It was given by me freely and voluntarily, ithout fear of threat, promise or reward.

/itnessed by _____    Signature _____

/itnessed by _____    Page ___2___ of ___2___ pages



Taken after cap-stunned
bite on left shoulder

## Houston County Jail
## Statement Form

Time ___10:15 A.M.___    Date __10-08-99__    Place _____3 SOUTH_____

I, ___SC/O KIM TURNER_____, make the following true and correct statement pertaining to an Incident/Offense that occured at the Houston County Jail on     10-08____, 19 99.

ON THE ABOVE DATE, SC/O TURNER WAS CALLED TO THE THIRD FLOOR BY CONTROL OFFICER MCCRANEY DUE TO A CONFLICT INVOLVING C/O EASTER AND INMATE JESSIE HIGHTOWER.  C/O EASTERLY HAD RECEIVED A TIP THAT INMATE HIGHTOWER HAD MONEY AND TOBACCO ON HIS PERSON AND ASKED IF HE COULD STRIP SEARCH HIM TO FIND IT.  SC/O TURNER INFORMED C/O EASTERLY TO SEARCH HIM AND THEN LET HER KNOW WHAT THE OUTCOME WAS.  A FEW MINUTES LATER WAS WHEN SC/O TURNER WENT TO THIRD FLOOR.  UPON ARRIVING ON THIRD FLOOR, C/O EASTERLY WAS IN THE HALLWAY WITH INMATE HIGHTOWER, AND DEPUTIES GREG SMITH AND TONY TURNER.  INMATE HIGHTOWER REFUSED TO REMOVE HIS SOCKS, AND THEN DEPUTY GREG SMITH TOOK INMATE HIGHTOWER INTO THE BATHROOM TO SEARCH HIS SOCKS AND ALL OF A SUDDEN INMATE HIGHTOWER THREW THE CONTRABAND INTO THE TOILET AND FLUSHED THE TOILET.  SC/O TURNER WAS STANDING IN THE DOORWAY AND DID SEE TOBACCO IN THE TOILET.  INMATE HIGHTOWER WAS PUT BACK INTO THE DAYROOM AREA AND SC/O TURNER HAD TOLD INMATE HIGHTOWER THAT HE WOULD BE RECEIVING A DISCIPLINARY FOR THAT CONTRABAND. SC/O TURNER WENT BACK TO FIRST FLOOR.

APPROXIMATELY 10:23 A.M.  C/O REOBERSON CALLED OVER THE PAGER THAT ALL OFFICERS WERE NEEDED ON THIRD FLOOR FOR A FIGHT.  UPON ARRIVING ON THIRD FLOOR SC/O TURNER AND C/O'S DAVIS AND WILKINSON WENT DIRECTLY INTO THE DAYROOM AREA, THERE WAS CHAOS WITH ALL INMATES IN THE DAYROOM AREA, WHEN ENTERING THE DAYROOM AREA, DEPUTIES GREG SMITH AND TONY TURNER WERE STANDING BY THE TELEPHONES IN THE WEST DAYROOM.  THERE WERE TWO INMATES (MATHIS AND HIGHTOWER) ON THE STAIRS LEADING TO THE TOP TIER.  THESE INMATES WERE TUSSLING AND INMATE RAYMOND MATHIS WAS LAYING UNDER INMATE HIGHTOWER, WHO WAS ON TOP WITH HIS HEAD TUCKED UNDER INMATE MATHIS' ARM.  SC/O TURNER GAVE THE ORDER FOR THEM TO BREAK IT UP, THEY CONTINUED TO TUSSLE, THEN INMATE MATHIS SCREAMED THAT INMATE HIGHTOWER WAS BITING HIM AND HE WAS ON THE LEFT SHOULDER.  THE ORDER WAS AGAIN GIVEN FOR THEM TO STOP.  C/O WILKINSON PULLED ON INMATE HIGHTOWER AND COULD NOT BREAK THEM LOOSE, THE ORDER WAS GIVEN TWO MORE TIMES.  FINALLY INMATE MATHIS LET GO AND INMATE HIGHTOWER MOVED BACK.  AT THIS POINT, INMATE MATHIS LUNGED FOR INMATE HIGHTOWER AND C/O WILKINSON (WHO WAS BESIDE HIGHTOWER) AND C/O WILKINSON DISCHARGED HIS CAPSTUN SPRAY AND THEN HE TRIED FOR C/O WILKINSON AGAIN AND SC/O TURNER TOLD C/O WILKINSON TO SPRAY HIM AGAIN.  INMATE HIGHTOWER WAS REMOVED FROM THE DAYROOM AREA BY SC/O TURNER AND ALL DAYROOM DOORS WERE CLOSED, ALL OFFICERS WENT TO THE ELEVATOR AREA TO GET FRESH AIR.  THERE WERE THREE INMATES IN THE LAW LIBRARY ON THIRD FLOOR, AND THEY WENT TO THE FOURTH FLOOR WITH C/O RATLIFF.  SC/O TURNER HAD BEEN SPRAYED IN THE FACE, DUE TO THE FACT THAT SHE WAS TO THE LEFT OF INMATE MATHIS WHEN HE WAS SPRAYED.  SHE WENT TO FIRST FLOOR TO RETRIEVE "DAWN" FROM THE NURSING DEPARTMENT AND A TOWEL FROM THE LAUNDRY TO CLEAN UP BOTH HERSELF AND INMATE MATHIS.  SC/O TURNER RETURNED TO THIRD FLOOR WITH JAIL ADMINISTRATOR LUCY WILLIAMS AND THE NECESSARY ITEMS FOR CLEAN UP ON INMATE MATHIS.  ALL OTHER INMATES ON THREE SOUTH WERE TAKEN OUT THE SOUTH STAIR EXIT TO THE RECREATION YARD FOR FRESH AIR.  WHEN THESE INMATES WERE OUTSIDE, INMATE CRAIG DICKENS STARTED TO HAVE AN "ATTACK" AND THE NURSE SAID TO CALL 911 FOR AN AMBULANCE.  WHEN THE AMBULANCE ARRIVED AND TOOK INMATE DICKENS TO THE EMERGENCY ROOM AT SEAMC, C/O DAVIS WENT WITH THE INMATE.

have read or had read to me the above statement consisting of ____2____ pages and attest that it is a true and accurate account of the events which took place on _____10-08-99_____ . It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by _____    Signature _____

Witnessed by _____    Page __1__ of ____2____ pages

## Houston County Jail
## Statement Form

Time ___10:15 A.M.___    Date __10-08-99__    Place ___3SOUTH_____

I, _____SC/O KIM TURNER_____ , make the following true and correct statement pertain-
ing to an Incident/Offense that occured at the Houston County Jail on __10-08_____ , 19 _99_ .

THE INMATES ON THIRD FLOOR WERE FEED THEIR LUNCH IN THE RECREATION AREA, BY THE KITCHEN
AND SC/O'S TURNER AND JOHNSON AND JAIL ADMINISTRATOR LUCY WILLIAMS.

ONCE THE FLOOR HAD BEEN CLEARED OF CAPSTUN, ALL INMATES WERE RETURNED TO THE FLOOR AND
INMATE CRAIG DICKENS WAS RETURNED FROM THE EMERGENCY ROOM AND IT WAS REPORTED THAT HE HAD
AN ANXIETY ATTACK, BUT WOULD BE OKAY.  HE WAS GIVEN HIS LUNCH TRAY AND SENT BACK TO THIRD
FLOOR.  INMATE MATHIS WAS CHECKED BY THE NURSE AND HAD A BITE ON HIS LEFT SHOULDER AND
A SCRAPE ON EACH KNEE.  AFTER HE WAS TREATED BY NURSE NARAMORE, A STATEMENT ABOUT THE
INCIDENT WAS TAKEN FROM INMATE MATHIS BY SC/O TURNER AND INMATE HIGHTOWER WAS TALKED TO
BY C/O EASTERLY. ( ALL OF THESE REPORTS ARE ATTACHED AND PICTURES WERE TAKEN OF INMATE
MATHIS AFTER CLEAN UP AND TREATMENT FROM THE NURSE--THESE ARE ALSO ATTACHED).

INMATE MATHIS RETRIEVED HIS BELONGINGS AND WAS MOVED TO 4-SOUTH CELL #11 ON LOCKDOWN PENDING
DISCIPLINARY ACTION.  INMATE HIGHTOWER WAS MOVED TO 4-SOUTH CELL #4 ON LOCKDOWN PENDING
DISCIPLINARY ACTION.


                    END OF STATEMENT.


have read or had read to me the above statement consisting of _____2_____ pages and attest that it is a true and accurate
account of the events which took place on _____10-08-99_____ . It was given by me freely and voluntarily,
without fear of threat, promise or reward.

Witnessed by _____    Signature _____

Witnessed by _____    Page ___2___ of ____2____ pages

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: _1256_ _____ DATE: _10-8-99_ ___ PLACE _3 South_

I _Jim Lasterly_ _____, make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on _10 18 1999_.

AFTER THE FIGHT ON 3 South Between P Mathis and Jessie Hightower I inquired with each of them to see what each of them HAD To Say About Incident

HIGHTOWER — SAID that P Mathis asked Him to hold the Tobacco for Him Before He was called To control Beatty where He was searched For Contraband AFTER He went Back into Day Room He asked Raymond why he set Him Up. said that after I paged over the Speaker for them to Break off He went Down to cell #5 Bot and was Talking to some other inmate. when Raymond came in a wanted To fight and threw a punch at him (Hightower) AND HE WAS Just DEFENDING Himself

I have read or had read to me the above statement consisting of_____ pages and attest that it is a true and accurate account of the events which took place on ____/____/____. It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by_____ Signature_____

Witnessed by_____ Page_____of_____ Pages

# Houston County Jail
## Statement Form

Time _____ 3:15 P.M. _____ Date _____ 10-08-99 _____ Place _ SC/O OFFICE--FIRST FLOOR _____

I, _____ SC/O KIM TURNER _____ , make the following true and correct statement pertain-
ing to an Incident/Offense that occured at the Houston County Jail on _ 10-08 _____ , 19 __ 99 .

ON THE ABOVE DATE, C/O EASTERLY CAME INTO THE SC/O OFFICE ON FIRST FLOOR TO SEE SC/O TURNER,
C/O EASTERLY HAD AN ENVELOPE THAT WAS FROM JESSIE HIGHTOWER AND WAS ADDRESSED TO ALICE
BRYANT AND THIS ENVELOPE CONTAINED TWO SHEETS OF PAPER AND $81.00 AND C/O EASTERLY WAS
ASKED BY C/O TUMLINSON TO GET THE ENVELOPE FROM CELL #3 BOTTOM AND SEND TO FOURTH FLOOR
TO INMATE HIGHTOWER.  UPON RECEIVING THIS ENVELOPE FROM THE CELL, C/O EASTERLY BROUGHT
THE ENVELOPE TO FIRST FLOOR.  SC/O'S PETERMAN AND TURNER WERE IN THE OFFICE AND TOOK THE
ENVELOPE FROM C/O EASTERLY AND OPENED IT AND IT HAD $81.00 INSIDE AND THIS MONEY WAS COUNTED
AND VERIFIED BY BOTH SC/O PETERMAN AND TURNER AND WAS LOCKED IN THE CABINET UNTIL 10-09-99,
AT WHICH TIME IT WOULD BE PUT ON THE BOOKS AND A COPY GIVEN TO MS. WILLIAMS, JAIL ADMIN.
A DISCIPLINARY WAS WRITTEN BY SC/O TURNER FOR THIS INCIDENT ON INMATE HIGHTOWER.

END OF STATEMENT.

I have read or had read to me the above statement consisting of _____ 1 _____ pages and attest that it is a true and accurate
account of the events which took place on _ 10-08-99 _____ . It was given by me freely and voluntarily,
without fear of threat, promise or reward.

Witnessed by _____    Signature _____

Witnessed by _____    Page _____ 1 _____ of _____ 1 _____ pages

HOUSTON COUNTY JAIL
STATEMENT FORM

TIME: _1530_    DATE: _11-8-99_  PLACE _3 South_

I _Tim Easterly_ ,make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on _10-8-1999_.

Approx 1500 Hours C/O Tumlinson called me A said that Tr. Sgt Hightower had left A litter Addressed His wife in his Cell (3Bat) that he had just vacated, I told "Mr T" That I was busy At the moment but I would Try To Get it for him And send it up as Soon As I could.

I Got The letter But it was late so I carried it Down Stairs And gave it to Sgt's Turner And Peterman So it could be Sent up later.

Sgt Turner Took letter and looked inside (was not Sealed) and found $5 wrapped in Paper.

I have read or had read to me the above statement consisting of _1_ pages and attest that it is a true and accurate account of the events which took place on _10-8-199_. It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by_____    Signature _Tim Easterly_

Witnessed by_____    Page_____of_____ Pages

STATEMENT FORM

TIME: 1023 AM    DATE: 10-8-99    PLACE 3 South

I, I/m Raymond Mathis, make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on 10 / 8 19 99.

After C/o Easterly searched I/m Jessie Hightower, he came back in saying that "somebody had snitched on me and they didn't get nothing cause I flushed it." He ran up to cell #3 and told I/m Marvin Bush that me and Bush going to roll in or whoever told it. and he talked to Bush and Bush said he was "riding with them." I told him that I told last time, but I had nothing to do with this time. Bush said that "if we find out that you did, then we gonna ride." I went into my cell to put on my oranges & shoes and I went to the lower level where I/m Hightower was and he was down there trying to get them "I/ts" to ride with them." I told them that it had nothing to do with yall this was between me & Hightower. Then he got mad and kept telling me that they were gonna roll on me and I told him that he didn't need all this help and that we could handle this man to man and so he saw they weren't gonna help him and then he came out of cell #5 Btm and rushed me and we started fighting and somebody started to kick me - I could not see who it was. Then I think somebody stopped the person who was kicking and then Hightower ran toward cell #13tm and I ran up toward the cubicle around by #16 Btm. I met him on the stairs going up toward #14 top and I grabbed him and then the police was in there and were saying for us to turn loose and he bit my left shoulder and then I hit him.

Both knees were scraped up, but I don't remember how I hurt them.

He tried to get them all to do this a couple of days ago.
End of Statement

I have read or had read to me the above statement consisting of 1 pages and attest that it is a true and accurate account of the events which took place on 10 / 8 / 99. It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by S/O K. Turner    Signature Raymond Mathis

Witnessed by _____    Page 1 of 1    Pages

961-333

INMATE NAME _Mathis Raymond_

INMATE # _29402_

_Cassandra B. Wright C.O_
HEARING OFFICER - SIGNATURE & TITLE:

Inmate will _____✓_____ will not _____ appeal.

Jail Administrator Action date _____.

Approved _____

Disapproved _____

Other (Specify) _____

_____

_____

Reason if more than 30 calendar days delay in action: _____

_____

Appeal date _____

Approved _____

Disapproved _____

Other (specify) _____

_____

_____

_____

_____

I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate

on this the _13_ day of _October_ 19 _99_ at (time) _1405_ (am /pm.)

_L. Kim P. Wilson_
SERVING OFFICER - SIGNATURE & TITLE

_K._
INMATE SIGNATURE & JAIL NUMBER

## HOUSTON COUNTY JAIL
## DISCIPLINARY REPORT

1.  INMATE   MATHIS, RAYMOND                    CUSTODY   CONV.     INMATE #
          (last         (first)         (middle)

2.  ASSIGNMENT   3-SOUTH                LOCATION   4TOP

3.  THE ABOVE INMATE IS BEING CHARGED BY:     SC/O KIM TURNER
    WITH A VIOLATION OF RULE #   7        SPECIFICALLY, NO INMATE WILL
    ASSAULT OR ATTEMPT TO ASSAULT PERSONNEL, OTHER INMATES OR VISITORS.

                                             WHICH OCCURRED ON/OR
    ABOUT  10 / 08 / 99 , AT APPROXIMATELY   10:30   (AM/PM). A HEARING ON
    THIS CHARGES WILL BE HELD AFTER 24-HOURS FROM SERVICE.

4.  CIRCUMSTANCES OF THE VIOLATION(S) ARE AS FOLLOWS:  THAT YOU INMATE RAYMOND
    MATHIS DID ASSAULT INMATE JESSIE HIGHTOWER DURING A FIGHT AND THAT YOU INMATE
    MATHIS DID HAVE TO BE CAPSTUNNED TWICE BY C/O WILKINSON FOR NOT COMPLYING WITH
    A DIRECT ORDER GIVEN TO YOU FOUR TIMES TO STOP FIGHTING GIVEN BY SC/O TURNER.

5.                 10/13/99      SC/O Kim Turner
                                 ARRESTING OFFICER-SIGNATURE AND RANK
                                 9:09 pm
6.  HEARING DATE    10-9-99   TIME 0985 PLACE   4S cell #11

7.  I HEREBY CERTIFY THAT I HAVE PERSONALLY SERVED A COPY OF THE FORGOING ON
    THE ABOVE NAMED INMATE ON THIS THE   09    DAY OF   Oct   , 19 99
    AT _____ (AM/PM).

    C/O N. Ratliff                          R. M.    25402
    SERVING OFFICER-SIGNATURE AND RANK      INMATE'S SIGNATURE & HCJ NO.

    WITNESS DESIRED?   NO: _____       YES:  R. Mati
                           inmate's signature         inmate's signature

    IF YES, LIST:  C/O Jim Easterly

    INMATE MUST BE PRESENT IN THE HEARING ROOM.   IF HE/SHE IS NOT PRESENT EXPLAIN
    IN DETAIL ON ADDITIONAL PAGE AND ATTACH.

    A FINDING IS MADE THAT INMATE (IS/IS NOT) CAPABLE OF REPRESENTING HIM/HER.

    In Mathis pleads NOT CONTEST @        Camarda Wright %
    & Improd Nation                       SIGNATURE - HEARING OFFICER

    PLEA: _____ NOT GUILTY                              GUILTY

    THE ARRESTING OFFICER, INMATE AND ALL WITNESSES WERE SWORN TO TELL THE TRUTH.

                                 Camarda B. Wright %
                                 SIGNATURE-HEARING OFFICER

<u>SYNOPSIS OF DISCIPLINARY HEARING</u>

Hearing Officer _Camandra B. Wright C/o_____ Convened at _10/13/99  9:09 AM_
( Name and Rank)                              (Date and Time)

The preceding to hear evidence in the case involving inmate _Raymond Mathis_____

Inmate _Mathis_____ has been identified and is currently assigned to the Houston County Jail. The accused and arresting Officers were present before the Hearing Officer.

The Hearing Officer explained to inmate_____ _Mathis_____ that he / she is being charge with the violation of Houston County Inmate Rules and Regulation,  # _7_, specifically _No Inmate will assault or attempt to assault personell, other inmate or visitors._

which occurred on/or about _10/08_ 19 _99_ at _10:30_ (am)/ pm). Inmate _Mathis_____ was advised that a hearing on the charges would be held after 24-hours from service of the Disciplinary Report. The Hearing Officer explained that according to due process requirement, he/she (inmate)_ _Mathis_____, must be given at least 24-hours notice prior to the hearing and the hearing must take place within 3 - 7 (three - seven) calendar days after the charges have been served, excluding weekends and holidays.    The hearing Officer also advised inmate_ _Mathis_____ that he/she was given the opportunity to have witnesses on his /her behalf (normally no more than 3 (three) witnesses with relevant testimony) will be called to testify in the behalf of inmate _Mathis_____ . The Hearing Officer asked inmate _Mathis_____ if he understood due process, also if (he)/she  understood the charge (s) against (him) / her and (his)/ her reply was _yes_ The Hearing Officer asked inmate___ _Mathis_____ if he/she was of the opinion that due process requirements have been complied with and (he)/she answered _yes_.  The Hearing Officer made the determination that inmate_ _Mathis_____ (is)/ is not, capable of representing him / herself (Hearing Officer signed Disciplinary Report). The Hearing Officer asked Inmate _Mathis_____ how he / she pleads to the charge (s), and (he)/ she stated, Not Guilty_____, Guilty_____ (Hearing Officer has inmate sign the appropriate space on the Disciplinary Report). Hearing Officer summons Arresting Officer, inmate, and all witnesses into the hearing room ,and Arresting Officer's Testimony ( at the hearing _No Contest_

Witness _C/o J. Easterly_____ Substance of testimony _See Statements_____

Witness_____ Substance of testimony_____

Witness_____ Substance of testimony_____