Inmate's Testimony: *I GOT JUMPED & I HAD TO DEFEND MYSELF.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Inmate *Mathis, Raymond* was allowed to submit written requests to all witnesses. A copy and answers are attached / none were submitted.

*Camandra S. Wright C/o.*
Hearing Officer Signature & Title

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The following witnesses were not called:          Reason not called:

1. *C/o J. Easterly*          *See statements*

2. _____          _____

3. _____          _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

After hearing all testimony the Hearing Officer announced going into closed session to determine the findings of fact.

Everyone but the Hearing Officer were excused from the hearing room. After hearing all testimony, the Hearing Officer

makes the following findings of fact (Be Specific): *I/m Raymond Mathie is found guilty of Rule # 7.*

Basis for finding of fact: *Statements of the Officers.*

Hearing Officer's Decision:    Guilty _____✓_____         Major_____

Not Guilty_____        Minor_____

Recommendations for punishment or sanctions: *10 days' lock-down, Credit granted for time spent on lock-down.*

*10/08/99 thru 10/18/99 @ 7:30 AM*

Inmate wishes to appeal:    YES____✓____    NO_____

Hearing adjourned at: _____0930_____ ((A.M./P.M.)

I certify that I have reviewed the above synopsis and it has been determined to be a complete and accurate description
of what transpired in the hearing room

*Carmedia Bright %*                    *10/14/99*
Signature of Hearing Officer                    Date

HOUSTON COUNTY JAIL
INCIDENT REPORT

SHIFT: ___1ST___  DATE: _10-08-99_  TIME: ___10:30 A.M.___  INCIDENT NUMBER: _____

LOCATION WHERE INCIDENT OCCURRED:
_3-SOUTH DAYROOM AREA_

TYPE OF INCIDENT:
_VIOLATION RULE #7_

TIME INCIDENT REPORTED: ___10:30 A.M.___

WHO RECEIVED REPORT: _SC/O TURNER_

*************************************************************************

VICTIM:  a. _SC/O TURNER_
         b. _____

NO. _38J23_
NO. _____

SUSPECTS:
a. _RAYMOND MATHIS_     NO. _____
b. _JESSIE HIGHTOWER_   NO. _____
c. _____      NO. _____
d. _____      NO. _____

WITNESSES:  IRVIN TUMLINSON
a. _DONALD WILKINSON_  NO. _____
   SONDRA DAVIS
b. _CASSANDRA BYNES_   NO. _____
   DEPUTY GREG SMITH
   DEPUTY TONY TURNER
c. _NATASHA RATLIFF_   NO. _____
   TODD SKELTON
d. _JIM EASTERLY_      NO

*************************************************************************

PHYSICAL EVIDENCE:
TYPE OF EVIDENCE:     A SCRAPE ON EACH KNEE OF INMATE RAYMOND MATHIS
    A BITE ON THE LEFT SHOULDER OF RAYMOND MATHIS

DESCRIPTION OF EVIDENCE: _____
_____

CHAIN OF EVIDENCE:
A. _____
B. _____
C. _____
D. _____

*************************************************************************

NARRATIVE SUMMARY:
    INMATES RAYMOND MATHIS AND JESSIE HIGHTOWER WERE ON THE STAIRS IN THE WEST DAYROOM FIGHTING
    AND INMATE JESSIE HIGHTOWER BIT INMATE MATHIS ON THE LEFT SHOULDER.  INMATE RAYMOND MATHIS
    LUNGED AT C/O WILKINSON AND WAS SPRAYED WITH CAPSTUNONCE, THEN HE LUNGED AT C/O WILKINSON
    AGAIN AND WAS SPRAYED AGAIN (THIS MADE TWICE).

_____
_____

***************************END OF REPORT / SEE NEXT PAGE***************************

_SC/O Turner_
CORRECTIONS OFFICER SIGNATURE

_10-8-99_
DATE

# Houston County Jail
## Statement Form

Time ___10:15 A.M.___ Date ___10-08-99___ Place ___3 SOUTH___

I, ___SC/O KIM TURNER_____, make the following true and correct statement pertaining to an Incident/Offense that occured at the Houston County Jail on ___10-08___, 19 99 .

ON THE ABOVE DATE, SC/O TURNER WAS CALLED TO THE THIRD FLOOR BY CONTROL OFFICER MCCRANEY DUE TO A CONFLICT INVOLVING C/O EASTER AND INMATE JESSIE HIGHTOWER. C/O EASTERLY HAD RECEIVED A TIP THAT INMATE HIGHTOWER HAD MONEY AND TOBACCO ON HIS PERSON AND ASKED IF HE COULD STRIP SEARCH HIM TO FIND IT. SC/O TURNER INFORMED C/O EASTERLY TO SEARCH HIM AND THEN LET HER KNOW WHAT THE OUTCOME WAS. A FEW MINUTES LATER WAS WHEN SC/O TURNER WENT TO THIRD FLOOR. UPON ARRIVING ON THIRD FLOOR, C/O EASTERLY WAS IN THE HALLWAY WITH INMATE HIGHTOWER, AND DEPUTIES GREG SMITH AND TONY TURNER. INMATE HIGHTOWER REFUSED TO REMOVE HIS SOCKS, AND THEN DEPUTY GREG SMITH TOOK INMATE HIGHTOWER INTO THE BATHROOM TO SEARCH HIS SOCKS AND ALL OF A SUDDEN INMATE HIGHTOWER THREW THE CONTRABAND INTO THE TOILET AND FLUSHED THE TOILET. SC/O TURNER WAS STANDING IN THE DOORWAY AND DID SEE TOBACCO IN THE TOILET. INMATE HIGHTOWER WAS PUT BACK INTO THE DAYROOM AREA AND SC/O TURNER HAD TOLD INMATE HIGHTOWER THAT HE WOULD BE RECEIVING A DISCIPLINARY FOR THAT CONTRABAND. SC/O TURNER WENT BACK TO FIRST FLOOR.

APPROXIMATELY 10:23 A.M. C/O ROBERSON CALLED OVER THE PAGER THAT ALL OFFICERS WERE NEEDED ON THIRD FLOOR FOR A FIGHT. UPON ARRIVING ON THIRD FLOOR SC/O TURNER AND C/O'S DAVIS AND WILKINSON WENT DIRECTLY INTO THE DAYROOM AREA, THERE WAS CHAOS WITH ALL INMATES IN THE DAYROOM AREA, WHEN ENTERING THE DAYROOM AREA, DEPUTIES GREG SMITH AND TONY TURNER WERE STANDING BY THE TELEPHONES IN THE WEST DAYROOM. THERE WERE TWO INMATES (MATHIS AND HIGHTOWER) ON THE STAIRS LEADING TO THE TOP TIER. THESE INMATES WERE TUSSLING AND INMATE RAYMOND MATHIS WAS LAYING UNDER INMATE HIGHTOWER, WHO WAS ON TOP WITH HIS HEAD TUCKED UNDER INMATE MATHIS' ARM. SC/O TURNER GAVE THE ORDER FOR THEM TO BREAK IT UP, THEY CONTINUED TO TUSSLE, THEN INMATE MATHIS SCREAMED THAT INMATE HIGHTOWER WAS BITING HIM AND HE WAS ON THE LEFT SHOULDER. THE ORDER WAS AGAIN GIVEN FOR THEM TO STOP. C/O WILKINSON PULLED ON INMATE HIGHTOWER AND COULD NOT BREAK THEM LOOSE, THE ORDER WAS GIVEN TWO MORE TIMES. FINALLY INMATE MATHIS LET GO AND INMATE HIGHTOWER MOVED BACK. AT THIS POINT, INMATE MATHIS LUNGED FOR INMATE HIGHTOWER AND C/O WILKINSON (WHO WAS BESIDE HIGHTOWER) AND C/O WILKINSON DISCHARGED HIS CAPSTUN SPRAY AND THEN HE TRIED FOR C/O WILKINSON AGAIN AND SC/O TURNER TOLD C/O WILKINSON TO SPRAY HIM AGAIN. INMATE HIGHTOWER WAS REMOVED FROM THE DAYROOM AREA BY SC/O TURNER AND ALL DAYROOM DOORS WERE CLOSED, ALL OFFICERS WENT TO THE ELEVATOR AREA TO GET FRESH AIR. THERE WERE THREE INMATES IN THE LAW LIBRARY ON THIRD FLOOR, AND THEY WENT TO THE FOURTH FLOOR WITH C/O RATLIFF. SC/O TURNER HAD BEEN SPRAYED IN THE FACE, DUE TO THE FACT THAT SHE WAS TO THE LEFT OF INMATE MATHIS WHEN HE WAS SPRAYED. SHE WENT TO FIRST FLOOR TO RETRIEVE "DAWN" FROM THE NURSING DEPARTMENT AND A TOWEL FROM THE LAUNDRY TO CLEAN UP BOTH HERSELF AND INMATE MATHIS. SC/O TURNER RETURNED TO THIRD FLOOR WITH JAIL ADMINISTRATOR LUCY WILLIAMS AND THE NECESSARY ITEMS FOR CLEAN UP ON INMATE MATHIS. ALL OTHER INMATES ON THREE SOUTH WERE TAKEN OUT THE SOUTH STAIR EXIT TO THE RECREATION YARD FOR FRESH AIR. WHEN THESE INMATES WERE OUTSIDE, INMATE CRAIG DICKENS STARTED TO HAVE AN "ATTACK" AND the NURSE SAID TO CALL 911 FOR AN AMBULANCE. WHEN THE AMBULANCE ARRIVED AND TOOK INMATE DICKENS TO THE EMERGENCY ROOM AT SEAMC, C/O DAVIS WENT WITH THE INMATE.

I have read or had read to me the above statement consisting of ___2___ pages and attest that it is a true and accurate account of the events which took place on ___10-08-99___ . It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by _____     Signature _____

Witnessed by _____     Page ___1___ of ___2___ pages

## Houston County Jail
## Statement Form

Time ____10:15 A.M.____ Date _10-08-99____ Place ___3SOUTH_____

I, ____SC/O KIM TURNER_____, make the following true and correct statement pertaining to an Incident/Offense that occured at the Houston County Jail on _10-08_____, 19 _99_ .

THE INMATES ON THIRD FLOOR WERE FEED THEIR LUNCH IN THE RECREATION AREA, BY THE KITCHEN AND SC/O'S TURNER AND JOHNSON AND JAIL ADMINISTRATOR LUCY WILLIAMS.

ONCE THE FLOOR HAD BEEN CLEARED OF CAPSTUN, ALL INMATES WERE RETURNED TO THE FLOOR AND INMATE CRAIG DICKENS WAS RETURNED FROM THE EMERGENCY ROOM AND IT WAS REPORTED THAT HE HAD AN ANXIETY ATTACK, BUT WOULD BE OKAY. HE WAS GIVEN HIS LUNCH TRAY AND SENT BACK TO THIRD FLOOR. INMATE MATHIS WAS CHECKED BY THE NURSE AND HAD A BITE ON HIS LEFT SHOULDER AND A SCRAPE ON EACH KNEE. AFTER HE WAS TREATED BY NURSE NARAMORE, A STATEMENT ABOUT THE INCIDENT WAS TAKEN FROM INMATE MATHIS BY SC/O TURNER AND INMATE HIGHTOWER WAS TALKED TO BY C/O EASTERLY. ( ALL OF THESE REPORTS ARE ATTACHED AND PICTURES WERE TAKEN OF INMATE MATHIS AFTER CLEAN UP AND TREATMENT FROM THE NURSE—THESE ARE ALSO ATTACHED).

INMATE MATHIS RETRIEVED HIS BELONGINGS AND WAS MOVED TO 4-SOUTH CELL #11 ON LOCKDOWN PENDING DISCIPLINARY ACTION. INMATE HIGHTOWER WAS MOVED TO 4-SOUTH CELL #4 ON LOCKDOWN PENDING DISCIPLINARY ACTION.

                    END OF STATEMENT.

I have read or had read to me the above statement consisting of ____2____ pages and attest that it is a true and accurate account of the events which took place on _____10-08-99_____ . It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by _____     Signature _____

Witnessed by _____     Page ___2___ of ____2____ pages

HOUSTON COUNTY JAIL
STATEMENT FORM

TIME: _Approx 1015_ DATE: _10-8-99_ PLACE _3 South_

I _Jim Easterly_ , make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on _10_ | _8_ 19 _99_ .

Early this morning I recieved a tip that Jessie Hightower had tobacco and money in his possession. I talked with the Sgt Turner and she said to strip search him. Which he refused at first I then asked two deputies in law library to come out and assist me with search. Hightower then dropped oranges and underwear, I asked to have his sox and he refused. While he dropped oranges a pack of cigarette paper fell on ground Sgt Turner came to them about this time, and I ask Deputy Smith to search him - while in the bathroom Jessie throwed tobacco in commode and flushed. Sgt Turner asked Deputy Smith did he see the tobacco and he said yes. Sgt Turner then told Jessie he would get a disciplinary. Sent him back into cell block area.

Hightower and Mathis began to immediately have words - Floyd and told them to break it up - which they did.

Approx 1125 a fight broke out between mathis and ? on bottom tier officers were call and Deputies and C/Os went into Day room Lobby - fight was over between mathis & Had mathis leave and go up to Day Room Level. When he got to stair Hightower and him got into a fight - C/Os got them away from each other but Mathis still wanted to fight - He came toward C/O Wilkerson as if to attack him and Wilkerson sprayed him with pepper. Mathis lunged again and Wilkerson sprayed Mathis and several C/Os including Sgt Turner. The told area was thick with pepper spray. Removed Hightower from Day Room most of C/O & Sgt went into Enclosed Area to try to get some air a few minute later they evacuated the entire south side most went outside with C/O Shelton and few that were in their bunk went everything went down and missed going out side were sent down to 1st Floor -

After Fight Hightower said mathis set him up that the tobacco was Mathis.

I have read or had read to me the above statement consisting of _1_ pages and attest that it is a true and accurate account of the events which took place on _10_ | _8_ | _199_ . It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by _____ Signature _J E Easterly_

Witnessed by _____ Page _____ of _____ Pages

HOUSTON COUNTY JAIL
STATEMENT FORM

TIME: 1023 AM     DATE: 10-8-99     PLACE 3 South

I, I'm Raymond Mathis, make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on 10 / 8 19 99.

After 4/0 Easterly Searched I'm Jessie Hightower, he come back in saying that "somebody had snitched on me and they didn't get nothing cause I flushed it" He ran up to Cell # 3 and told I'm Marvin Bush that me and Bush going to tell in on whoever told it. and he talked to Bush and Bush said he was "riding with them." I told him that I told last time, but I had nothing to do with this time. Bush said that "if we find out that you did, then we gonna ride" I went into my cell to put on my oranges / shoes and I went to the lower level where I'm Hightower was and he was down there trying to get them "jits" to ride with them" I told them that it had nothing to do with y'all this was between me + Hightower. Then he got mad and left telling me that they were gonna roll on me, and I told him that he didn't need all this help and that we could handle this man to man and so he saw they weren't gonna help him and then he came out of cell # 5 Btm and rushed me and we started fighting and somebody started to kick me — I could not see who it was. Then I think somebody stopped the person who was kicking and then Hightower ran toward cell # 13 Btm and I ran up toward the Cubicle around by # 16 Btm. I met him on the stairs going up toward # 10 Top and I grabbed him and then the police was in there and were saying for us to turn loose and he bit my left shoulder and then I hit him.

Both knees were scraped up, but I don't remember how I hurt them.

He tried to get them all to do this a couple of days ago.
            End of Statement

I have read or had read to me the above statement consisting of 1 pages and attest that it is a true and accurate account of the events which took place on 10 / 8 / 99. It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by S/O K. Denver     Signature Raymond Mathis

Witnessed by_____ Page 1 of 1 _____ Pages

HOUSTON COUNTY JAIL
STATEMENT FORM

TIME: 1256 _____ DATE: 10-8-99 _____ PLACE 3 South

I Jim Easterly _____, make the following true and correct statement pertaining to an Incident/Offense that occurred at the Houston County Jail on 10 / 8 19 99.

AFTER THE FIGHT ON 3 South Between R. Mathis AND Jessie Hightower. I TALKED with EACH of them TO SEE WHAT EACH OF them HAD TO SAY ABOUT INCIDENT.

HIGHTOWER — SAID that R. Mathis ASKED Him to hold the Tobacco for Him Before HE WAS CALLED TO Control Booth WHERE HE WAS SEARCHED FOR Contraband. AFTER HE went BACK into Day Room He ASKED RAYMOND why he set Him up. SAID that after I paged over the Speaker for them to BACK off HE went Down to Cell #5 Bot AND was Talking to some other inmates when Raymond Came IN A wanted To Fight and threw a punch at him (HIGHTOWER) AND HE WAS JUST DEFENDING HIMSELF

I have read or had read to me the above statement consisting of _____ pages and attest that it is a true and accurate account of the events which took place on ____/____/____. It was given by me freely and voluntarily, without fear of threat, promise or reward.

Witnessed by_____ Signature_____

Witnessed by_____ Page_____ of_____ Pages

INMATES NAME: _Raymond Mathis_
DATE SERVED: _4/9/00_

DISCIPLINARY REPORT CHECKLIST FOR SERVING OFFICER

SERVING OFFICER:    1.    Initial each step when completed.
                    2.    Read the portion that is in capital letters to the
                          inmate.  (See starred areas***).
                    3.    Sign the bottom to show all steps are completed.

Check to ensure that the Disciplinary Report is filled out completely.

Make a copy and place carbon between the two.

Identify the inmate.

Read steps one (1) through five (5) ALOUD to the inmate.

_____ ***YOU HAVE THE RIGHT TO A HEARING IN NOT LESS THAN 24 HOURS AND NO
       THAN 3 TO 7 DAYS, EXCLUDING WEEKENDS AND HOLIDAYS.

_____ ***YOU HAVE THE RIGHT TO BE PRESENT AT THE HEARING.

_____ ***YOU HAVE THE RIGHT TO CALL THREE (3) WITNESSES.

_____ ***YOU HAVE THE RIGHT TO SUBMIT WRITTEN QUESTIONS OF THE WITNESSES AND
       OF THE ARRESTING OFFICER AT THE HEARING.  ALL QUESTIONS MUST BE
       WRITTEN AND PRESENTED AT THE TIME OF THE HEARING.

_____ ***DO YOU HAVE ANY WITNESSES YOU WOULD LIKE TO CALL? ___YES _X_NO

Fill in the date and time served on the inmate (#7 on disciplinary report)

List names of any witnesses desired.(#8 on disciplinary report)

SIGN AS SERVING OFFICER.

Have the inmate sign as receivng a copy.

_____ ***SIGNING THIS FORM IS NOT AN ADMISSION OF GUILT, IT ONLY CERTIFIES
       THAT YOU WRE GIVEN A CIOY.

*****IF INMATE REFUSSES TO SIGN, WRITE "REFUSED TO SIGN", AND SIGN YOUR NAME.

GAVE THE INMATE THE COPY.

_M. Henderson_                          _4-9-2000_
SIGNATURE OF SERVING OFFICER            DATE SERVED

## HOUSTON COUNTY JAIL
## DISCIPLINARY REPORT

INMATE *Mathis    Raymond*    CUSTODY _____    INMATE # _____
      (last)      (first)      (middle)

ASSIGNMENT *4 South*    LOCATION *Cell 7*

THE ABOVE INMATE IS BEING CHARGED BY: *C/o K___*
WITH A VIOLATION OF RULE # *7*    SPECIFICALLY *No inmate will*
*Assault or Attempt To Assault personnel other*
*inmates or visitors*

                                              WHICH OCCURRED ON/OR
ABOUT *4 / 8 / 00* , AT APPROXIMATELY *1945*    (AM/PM). A HEARING ON
THIS CHARGES WILL BE HELD AFTER 24-HOURS FROM SERVICE.

CIRCUMSTANCES OF THE VIOLATION(S) ARE AS FOLLOWS: *Inmate Mathis*
*Vol. Rule Number 7 By Fighting with inmate*
*Todd Hodges*

                    *C/o K___*
           ARRESTING OFFICER-SIGNATURE AND RANK

HEARING DATE *4-13-00*    TIME *1:50 pm* PLACE *4 South visiting Room*

I HEREBY CERTIFY THAT I HAVE PERSONALLY SERVED A COPY OF THE FORGOING ON
THE ABOVE NAMED INMATE ON THIS THE *9th* DAY OF *April* , ~~19~~ *2000*
AT *11:10* (AM/PM).

*M. Henderson C/o*                    *Raylph Mill___*
SERVING OFFICER-SIGNATURE AND RANK    INMATE'S SIGNATURE & HCJ NO.

WITNESS DESIRED? NO: *YES and NO*    YES: _____
                  inmate's signature        inmate's signature

IF YES, LIST: _____

INMATE MUST BE PRESENT IN THE HEARING ROOM.  IF HE/SHE IS NOT PRESENT
EXPLAIN IN DETAIL ON ADDITIONAL PAGE AND ATTACH.

. A FINDING IS MADE THAT INMATE (IS/IS NOT) CAPABLE OF REPRESENTING HIM/HER.

                    *Amanda B. Wright C/o*
           SIGNATURE - HEARING OFFICER

. PLEA: _____    NOT GUILTY    *Raylph Mill___* GUILTY

. THE ARRESTING OFFICER, INMATE AND ALL WITNESSES WERE SWORN TO TELL THE
UTH.

                    *Amanda B. Wright C/o*
           SIGNATURE-HEARING OFFICER

# HOUSTON COUNTY JAIL
## INCIDENT REPORT

HIFT: _2nD_  DATE: _4/8/00_  TIME: _1945_  INCIDENT NUMBER: _____

OCATION WHERE INCIDENT OCCURRED: _____     TYPE OF INCIDENT:
_45 DAYROOM_                                        _VoL of Rule #7_

IME INCIDENT REPORTED: _____    WHO RECEIVED REPORT: _____

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

ICTIM:   a. _____          NO. _____
         b. _____          NO. _____

USPECTS:                             WITNESSES:
. _____ NO. _____        a. _____ NO. _____

. _____ NO. _____        b. _____ NO. _____

. _____ NO. _____        c. _____ NO. _____

. _____ NO. _____        d. _____ NO. _____

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

HYSICAL EVIDENCE/TYPE OF EVIDENCE:

_____

_____

ESCRIPTION OF EVIDENCE:

_____

_____

HAIN OF EVIDENCE:
. _____
. _____
. _____/_____

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

ARRATIVE SUMMARY:

_____

_____

_____

_____

_____

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF REPORT/SEE NEXT PAGE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

ORRECTIONS OFFICER SIGNATURE _____     DATE _____

Houston County Jail
Statement Form

Time between 7:30 & 8:00 Date 4-8-00    Place 4 South

I, Michael Coleman , make the following true and correct statement
pertaining to an Incident/Offense that occured at the Houston County Jail on April 8 , 2000

We most of the inmates was watching the Lakers and
Spurs basketball game inmate Todd was on the phone others
inmates was playing cards the day room was loud so inmate
Todd asked will y'all keep it down an everybody tone it down
a little bit so inmate Todd said shit y'all need to keep it
down looking at inmate Mathis so he jumped up and turn
the television down after that everybody kept on as they
were so after that he said god-dam I can't hear a fucking
thing looking at inmate Mathis, knowing everybody was watching
the game he inmate Todd jumped up and unplugged the
T.V. so inmate was Mathis told C/O King the T.V. was
unplugged so Mathis jumped up and plugged the T.V
back up. That's when he said inmate Todd you need
to be strapping up meaning put you shoes on or
else, so inmate Mathis paid him no mind so right
after will before he hang up the phone he said I'm
about to whip this nigga ass. Hang up the phone
when to cell number 8, a put his glasses down and
said ok nigga let's do this inmate Mathis was
still sitting at the table playing cards, he went behind
inmate Mathis an said come on bitch so we can
do this come on in here meaning cell 8 so they can
fight. Inmate Mathis said no I'm not going in
their, so inmate put up his fist an took a swing at
inmate Mathis after he missed he charged Mathis
and they begin to start fighting. What I saw
inmate Michael Coleman saw was inmate Todd Hodges start
the fight and just about everybody in the cell block. That
all I got to say about that.

I have read or had read to me the above statement consisting of _____ pages and attest that it is a true
and accurate account of the events which took place on _____. It was given
by me freely and volunarily, without fear of threat, promise or reward.

Witnessed by _____    Signature _____

Witnessed by _____    Page _____ of _____ pages

Inmate's Name: _Raymond Mathis_

Date Served: _4 / 11 / 00_

## DISCIPLINARY REPORT CHECK LIST FOR SERVING OFFICER.

SERVING OFFICER:
1. Initial each step when completed.
2. Read the portion that is in capital letters to the inmate.  (See starred areas)***
3. Sign the bottom to show all steps are completed.

_____ Check to ensure that the DISCIPLINARY FORM is filled out correctly.

_____ Make a copy and place a carbon between the two.

_____ Identify the inmate.

_____ Read steps one (1)  thru  five (5)  aloud to the inmate.

_B.C_ **YOU HAVE THE RIGHT TO A HEARING IN NOT LESS THAN 24-HOURS  NO MORE THAN 3-7 DAYS EXCLUDING WEEKENDS AND HOLIDAYS.

_3.C_ **YOU HAVE THE RIGHT TO BE PRESENT AT THE HEARING.

_B.C_ **YOU HAVE THE RIGHT TO CALL 3 (three) WITNESSES.

_3.C_ **YOU HAVE THE RIGHT TO SUBMIT WRITTEN QUESTIONS OF THE WITNESSES AND OF THE  ARRESTING OFFICER AT THE HEARING.  ALL QUESTIONS MUST BE WRITTEN AND PRESENTED AT THE TIME OF THE HEARING.

_3.C_ **DO YOU HAVE ANY WITNESSES YOU WOULD LIKE TO CALL?   (Yes)_____   (no)___✓____

_____ List names of any witnesses desired.
_____ Fill in the date and time served on the inmate (#7 on disciplinary).

**SIGN AS SERVING OFFICER:**

_____ Have the inmate sign as receiving a copy.

_3.C_ **SIGNING THIS FORM IS NOT AN ADMISSION OF GUILT, IT ONLY CERTIFIES THAT YOU WERE GIVEN A COPY.

***IF INMATE REFUSES TO SIGN, WRITE   "REFUSED TO SIGN"  AND  SIGN YOUR NAME.

_____ Give the inmate the copy.

_____                    _4-11-00_

SIGNATURE OF SERVING OFFICER                          DATE:

INMATE NAME _Mathis, Raymond_

INMATE # ___29402___

INCIDENT NUMBER ___99-36 $\phi$___

_Casandra B. Wright C/o_
HEARING OFFICER - SIGNATURE & TITLE:

Inmate will_____ will not _____ appeal.

Jail Administrator Action date__4/13/00__        Appeal date_____

Approved_____ _L. Wms_ _____        Approved_____

Disapproved_____        Disapproved_____

Other (Specify)_____        Other (specify)_____

_____        _____

_____        _____

Reason if more than 30-calender days delay in action:

_____

_____

I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate.

on this the __14 43__ day of __April__ . 2000 at (time) _1:57_ (am. / pm.)

_Cassandra B Wright C/o_        _Raymond Mathis_
SERVING OFFICER - SIGNATURE & TITLE        INMATE SIGNATURE & JAIL NUMBER

## SYNOPSIS OF DISCIPLINARY HEARING

Hearing Officer _Casandra B. Wright %_    Convened at _4-13-00   2:13 pm_
                (Name and Rank)                              (Date and Time)

The preceding to hear evidence in the case involving inmate _Raymond Mathis_
Inmate _Mathis_ has been identified and is currently assigned to the Houston County Jail. The accused and arresting Officers were present before the Hearing Officer.
The Hearing Officer explained to inmate _Mathis_ that he / she is being charge with the violation of Houston County Inmate Rules and Regulation, # _11_ , specifically _No I/m will possess or attempt to possess contraband either on the person, clothing in the cell or in a place where it might be reasonably believed it is under_ which occurred on/or about _____ 19___ at _____ (am / pm). Inmate _Mathis_ was advised that a hearing on the charges would be held after 24-hours from service of the Disciplinary Report. The Hearing Officer explained that according to due process requirement, he (inmate) _Mathis_ , must be given at least 24-hours notice prior to the hearing and the hearing must take place within 3 - 7 (three - seven ) calendar days after the charges have been served, excluding weekends and holidays.    The hearing officer also advised inmate _Mathis_ that he/she was given the opportunity to have witnesses on his /her behalf (normally no more than 3 (three) witnesses with relevant testimony will be called to testify in the behalf of inmate _Mathis_ ). The Hearing Officer asked inmate _Mathis_ if he understood due process, also if he/ she understood the charge (s) against him / her and his / her reply was _yes_ The Hearing Officer asked inmate _Mathis_ if he/she was of the opinion that due process requirements have been complied with and he/she answered _yes_ . The Hearing Officer made the determination that inmate _Mathis_ (is)/ is no, capable of representing him / herself (Hearing Officer signed Disciplinary Report). The Hearing Officer asked Inmate _Mathis_ how he/ she pleads to the charge (s), and he/ she stated, Not Guilty _✓_, Guilty _____ (Hearing Officer has inmate sign the appropriate space on the Disciplinary Report). Hearing Officer summons Arresting Officer, inmate, and all witnesses into the hearing room ,and Arresting Officer's Testimony ( at the hearing or written statement)

Witness _None_          Substance of testimony _____

Witness _____          Substance of testimony _____

Witness _____          Substance of testimony _____

Inmates testimony:

All I know he found this in a trash bag in the day room. I'm on lock-down. I do not have access to anything while being on lock-down. I'm Bobby Chandler and the shank was his. I've been on lock-down since 4-8-00. There's no way I could have access to a bag in the dayroom

The following witnesses were not called:

*None*

Reason not called:

*None*

Inmate _Raymond Mathis_ was allowed to submit written requests to all witnesses. A copy and answers are attached. None were submitted

_Cassandra B. Wright %_
Hearing Officer Signature & Title

fter hearing all testimony the Hearing Officer announce going into closed session to determine the findings of fact.
veryone but the Hearing Officer were excused from the hearing room. After hearing all testimonies. The Hearing
fficer makes the following findings of fact: (Be Specific) _Mr Raymond Mathis is found_

_not guilty of rule violation # 11._

_____

_____

_____

asis for finding of facts: _Insufficient information)._

_____

_____

Hearing Officer's Decision:     Guilty_____     Not Guilty_____✓_____

                                Major____✓____     Minor_____

ecommendations for punishment or sanctions: _None._

_____

_____

_____

_Casandra B. Wright_

Hearing Officer Signature & Title

NMATE WISHES TO APPEAL:     YES_____     NO__✓__

HEARING OCCURRED AT __2:21_____ (AM / PM)

CERTIFY THAT I HAVE REVIEWED THE ABOVE SYNOPSIS AND IT HAS BEEN DETERMINED TO BE
COMPLETE AND ACCURATE DESCRIPTION OF WHAT TRANSPIRED IN THE HEARING ROOM.

_Casandra B. Wright C/o_          _2-13-02_

IGNATURE OF HEARING OFFICER:          DATE:

## HOUSTON COUNTY JAIL
## DISCIPLINARY REPORT

1. INMATE Mathis Raymond _____ CUSTODY _____ INMATE # 29402
(last)        (first)        (middle)

2. ASSIGNMENT Cell #7 _____ LOCATION 4-South

3. THE ABOVE INMATE IS BEING CHARGED BY: C/o Kirksey
WITH A VIOLATION OF RULE # 11    SPECIFICALLY No Inmate will
Possess or attempt to posses contraband; either on The
Person Clothing In The Cell or in a Place where it might
be reasonably believed it's under his control

ABOUT 04/11/00 ,AT APPROXIMATELY 1435    (AM/PM). A HEARING ON    WHICH OCCURRED ON/OR
THIS CHARGES WILL BE HELD AFTER 24-HOURS FROM SERVICE.

CIRCUMSTANCES OF THE VIOLATION(S) ARE AS FOLLOWS: While Taking Out
Trash I saw a Shiney object in bag. There I Found a
Shank.

_____ Carl Kirksey _____
ARRESTING OFFICER-SIGNATURE AND RANK

HEARING DATE 4.13.00 _____ TIME 2:43 pm PLACE 4 Smth Visiting Room

I HEREBY CERTIFY THAT I HAVE PERSONALLY SERVED A COPY OF THE FORGOING ON
THE ABOVE NAMED INMATE ON THIS THE 11th DAY OF April 19 2000
AT 10:20 (AM/PM)

C/o B.C.
SERVING OFFICER-SIGNATURE AND RANK        INMATE'S SIGNATURE & HCJ NO.

WITNESS DESIRED? NO: _____        YES: _____
        inmate's signature        inmate's signature

IF YES, LIST: _____

_____

INMATE MUST BE PRESENT IN THE HEARING ROOM.    IF HE/SHE IS NOT PRESENT EXPLAIN
IN DETAIL ON ADDITIONAL PAGE AND ATTACH.

A FINDING IS MADE THAT INMATE (IS/IS NOT) CAPABLE OF REPRESENTING HIM/HER.

_____ Cassandra B. Wright C/o _____
SIGNATURE - HEARING OFFICER

PLEA: Raymond Mathis _____ NOT GUILTY    _____ GUILTY

THE ARRESTING OFFICER, INMATE AND ALL WITNESSES WERE SWORN TO TELL THE TRUTH.

_____

*Wright*

## HOUSTON COUNTY JAIL
## INCIDENT REPORT

SHIFT: _1st_    DATE: _____    TIME: _____    INCIDENT NUMBER: _____

LOCATION WHERE INCIDENT OCCURRED:
_4 South_

TYPE OF INCIDENT:
_Vol # 11_

TIME INCIDENT REPORTED: _____

WHO RECEIVED REPORT: _____

VICTIM:    a. _C/o Kirksey_
           b. _____

SUSPECTS:
_Raymond Mathis_ NO. _____

This Sve, not sign By a Officer

_____ NO. _____

_____ NO. _____

_____ NO. _____

PHYSICAL EVIDENCE: _____
TYPE OF EVIDENCE: _____

DESCRIPTION OF EVIDENCE: _____

CHAIN OF EVIDENCE:
_went in day room_
_saw a shiny object in bag_
_found a shank_

NARRATIVE SUMMARY:
_____
_____
_____
_____
_____
_____

*****************END OF REPORT / SEE NEXT PAGE*****************

_Carl W. ____

CORRECTIONS OFFICER SIGNATURE

_04-11-00_
DATE

## HOUSTON COUNTY JAIL
### DISCIPLINARY REPORT

INMATE _Mathis_ _Raymond_ _____ CUSTODY _____ INMATE # _____
    (last)     (first)    (middle)

ASSIGNMENT _____ LOCATION _____

THE ABOVE INMATE IS BEING CHARGED BY: _____
WITH A VIOLATION OF RULE # _11_ SPECIFICALLY _No Inmate Will_
_Possess or attempt To Posses Contraband; either on The_
_Person Clothing in The cell or in a Place where it might_
_be reasonably believed it is under his control_

ABOUT _04_ / _11_ / _00_, AT APPROXIMATELY _1435_ (AM/PM). A HEARING ON
THIS CHARGES WILL BE HELD AFTER 24-HOURS FROM SERVICE. WHICH OCCURRED ON/OR

CIRCUMSTANCES OF THE VIOLATION(S) ARE AS FOLLOWS: _While Taking out_
_Trash I saw a Shiney object in bag, There I Found a_
_Shank._

_____
ARRESTING OFFICER-SIGNATURE AND RANK

HEARING DATE _____ TIME _____ PLACE _____

I HEREBY CERTIFY THAT I HAVE PERSONALLY SERVED A COPY OF THE FORGOING ON
THE ABOVE NAMED INMATE ON THIS THE _____ DAY OF _____, 19 ____
AT _____ (AM/PM).

_____
SERVING OFFICER-SIGNATURE AND RANK

_____
INMATE'S SIGNATURE & HCJ NO.

WITNESS DESIRED?  NO: _____ YES: _____
    inmate's signature     inmate's signature

IF YES, LIST: _____

INMATE MUST BE PRESENT IN THE HEARING ROOM.  IF HE/SHE IS NOT PRESENT EXPLAIN
IN DETAIL ON ADDITIONAL PAGE AND ATTACH.

A FINDING IS MADE THAT INMATE (IS/IS NOT) CAPABLE OF REPRESENTING HIM/HER.

_____
SIGNATURE - HEARING OFFICER

PLEA: _____ NOT GUILTY _____ GUILTY

THE ARRESTING OFFICER, INMATE AND ALL WITNESSES WERE SWORN TO TELL THE TRUTH.

INMATE NAME _Mathis, Raymond_

INMATE # _29402_

INCIDENT NUMBER _99-360_

_Cassandra B. Wright %_

HEARING OFFICER - SIGNATURE & TITLE:

nmate will_____  will not ✓ ~~will~~ appeal.

Jail Administrator Action date._____ 4/13/00

Approved_____ _L. Wms_

Disapproved_____

Other (Specify)_____

_____

_____

Reason if more than 30-calender days delay in action:

_____

_____

Appeal date_____

Approved_____

Disapproved_____

Other (specify)_____

_____

_____

I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate.

on this the ___14th___ day of ___April___ ~~2000~~ at (time) _1:50_ (am. / pm.).

_Cassandra B. Wright %_
SERVING OFFICER - SIGNATURE & TITLE

_Rafgl smith_
INMATE SIGNATURE & JAIL NUMBER

## SYNOPSIS OF DISCIPLINARY HEARING

Hearing Officer *Cassandra S. Wright C/O*          Convened at *4/13/00    1:50 pm*
                  ( Name and Rank)                                    (Date and Time)

The preceding to hear evidence in the case involving inmate *Raymond Mathis*
Inmate *Mathis*          has been identified and is currently assigned to the Houston County Jail.  The
accused and arresting Officers were present before the Hearing Officer.
The Hearing Officer explained to inmate *Mathis*          that (he)/ she is being charge with
the violation of Houston County Inmate Rules and Regulation, # *7* , specifically *No inmate
will assault or attempt to assault personnel other inmates or
visitors.*                                                               which
occurred on/or about *4/08/ 2000* at *1945* (am /pm). Inmate *Mathis*          was
advised that a hearing on the charges would be held after 24-hours from service of the Disciplinary Report. The Hearing
Officer explained that according to due process requirement, he (inmate) *Mathis*          , must be given at
least 24-hours notice prior to the hearing and the hearing must take place within 3 - 7 (three - seven ) calendar days after
the charges have been served, excluding weekends and holidays.     The Hearing Officer also advised
inmate *Mathis*          that (he)/she was given the opportunity to have witnesses on (his) /her behalf
(normally no more than 3 (three) witnesses with relevant testimony will be called to testify in the behalf of
inmate *Mathis*          ).  The Hearing Officer asked inmate *Mathis*          if
he understood due process, also if (he)/ she understood the charge (s) against (him)/ her and (his)/ her reply was *yes* .
The Hearing Officer asked inmate *Mathis*          if (he)/she was of the opinion that due process
requirements have been complied with and he/she answered *yes* .  The Hearing Officer made the determination that
inmate *Mathis*          (is)/ is no, capable of representing (him)/ herself (Hearing Officer signed
Disciplinary Report).  The Hearing Officer asked Inmate *Mathis*          how (he)/ she pleads to the
charge (s), and (he)/ she stated,  Not Guilty_____ , Guilty ✓ (Hearing Officer has inmate sign the appropriate
space on the Disciplinary Report).  Hearing Officer summons Arresting Officer, inmate, and all witnesses into the hearing
room ,and Arresting Officer's Testimony ( at the hearing or written statement)

_____
_____
_____
_____
_____

Witness_____  Substance of testimony_____

Witness_____  Substance of testimony_____

Witness_____  Substance of testimony_____

nmates testimony:

*I'm pled guilty.*

The following witnesses were not called:

*None*

Reason not called:

*None*

Inmate *Raymond Mathis* was allowed to submit written requests to all witnesses. A copy

and answers are attached. *None were submitted*

*Cassandra S. Wright %o*
Hearing Officer Signature & Title

ter hearing all testimony the Hearing Officer announce going into closed session to determine the findings of fact.
eryone but the Hearing Officer were excused from the hearing room. After hearing all testimonies. The Hearing
ficer makes the following findings of fact: (Be Specific) *Inm. pled guilty.*

asis for finding of facts: *Guilty Plea*

earing Officer's Decision:    Guilty____✓____    Not Guilty_____

Major____✓____    Minor_____

ecommendations for punishment or sanctions: *Lock-down. Credit granted for time*
*already spent on lock-down. 4-08-00 thru 4-14-00 7:30 AM.*

*Cassandra B. Wright %*
Hearing Officer Signature & Title

INMATE WISHES TO APPEAL:    YES_____    NO __✓__

HEARING OCCURRED AT ____*2:00*____    (AM (PM)

I CERTIFY THAT I HAVE REVIEWED THE ABOVE SYNOPSIS AND IT HAS BEEN DETERMINED TO BE
COMPLETE AND ACCURATE DESCRIPTION OF WHAT TRANSPIRED IN THE HEARING ROOM.

*Cassandra B. Wright %*                    *4-13-00*
SIGNATURE OF HEARING OFFICER:                    DATE:

INMATES NAME: _Raymond Mathis_
DATE SERVED: _____

~~DI~~SCIPLINARY REPORT CHECKLIST FOR SERVING OFFICER

SE~~RVING~~ OFFICER:   1.   Initial each step when completed.
                       2.   Read the portion that is in capital letters to the
                            inmate.  (See starred areas***).
                       3.   Sign the bottom to show all steps are completed.

~~Ch~~eck to ensure that the Disciplinary Report is filled out completely.

~~Ma~~ke a copy and place carbon between the two.

~~Id~~entify the inmate.

~~Re~~ad steps one (1) through five (5) ALOUD to the inmate.

_LEH_ ***YOU HAVE THE RIGHT TO A HEARING IN NOT LESS THAN 24 HOURS AND NO
      THAN 3 TO 7 DAYS, EXCLUDING WEEKENDS AND HOLIDAYS.

_LEH_ ***YOU HAVE THE RIGHT TO BE PRESENT AT THE HEARING.

_LEH_ ***YOU HAVE THE RIGHT TO CALL THREE (3) WITNESSES.

_LEH_ ***YOU HAVE THE RIGHT TO SUBMIT WRITTEN QUESTIONS OF THE WITNESSES AND
      OF THE ARRESTING OFFICER AT THE HEARING.  ALL QUESTIONS MUST BE
      WRITTEN AND PRESENTED AT THE TIME OF THE HEARING.

_LEH_ ***DO YOU HAVE ANY WITNESSES YOU WOULD LIKE TO CALL? _X_ YES ____NO

~~F~~ill in the date and time served on the inmate (#7 on disciplinary report)

~~L~~ist names of any witnesses desired.(#8 on disciplinary report)

~~S~~IGN AS SERVING OFFICER.

~~H~~ave the inmate sign as receiving a copy.

_Lm_   ***SIGNING THIS FORM IS NOT AN ADMISSION OF GUILT, IT ONLY CERTIFIES
       THAT YOU WERE GIVEN A COPY.

*****IF INMATE REFUSES TO SIGN, WRITE "REFUSED TO SIGN", AND SIGN YOUR NAME.

LEAVE THE INMATE THE COPY.

_M. Henderson_ C/O                    _May, 9 2000_
SIGNATURE OF SERVING OFFICER          DATE SERVED

HOUSTON COUNTY JAIL
DISCIPLINARY REPORT

INMATE _Mathis   Raymond_ —————— CUSTODY _Houston_ INMATE # _29402_
(last)        (first)        (middle)

ASSIGNMENT _4 South_          LOCATION _Cell # 7_

THE ABOVE INMATE IS BEING CHARGED BY: _C/o B. Cody_
WITH A VIOLATION OF RULE # _8_   SPECIFICALLY _No inmate will_
_take, waste, abuse or damage county property or_
_property belonging to another person._

                                    WHICH OCCURRED ON/OR
ABOUT _5/9/00_ ,AT APPROXIMATELY _4:00_ (AM/PM). A HEARING ON
THIS CHARGES WILL BE HELD AFTER 24-HOURS FROM SERVICE.

CIRCUMSTANCES OF THE VIOLATION(S) ARE AS FOLLOWS: _I/m Raymond_
_Mathis on purpose tore his oranges in several_
_places in order to get another pair of orange_
_jump suit._          _C/o B. C_
                    ARRESTING OFFICER SIGNATURE AND RANK

HEARING DATE _5/23/00_      TIME _2:00 pm_ PLACE _4 South Visiting Room_

I HEREBY CERTIFY THAT I HAVE PERSONALLY SERVED A COPY OF THE FORGOING ON
THE ABOVE NAMED INMATE ON THIS THE _9th_ DAY OF _May_ , ~~19~~ _2000_
AT _11:15_ (AM/PM).

_M. Henderson_ _C/O_          _R. Mathis 29402_
SERVING OFFICER-SIGNATURE AND RANK      INMATE'S SIGNATURE & HCJ NO.

WITNESS DESIRED?  NO: _____     YES: _R. _____
                    inmate's signature          inmate's signature
                                          _C/o Snell_
IF YES, LIST: _Judge Steensland, C/o J. King,_ ~~Lee / Chief~~

INMATE MUST BE PRESENT IN THE HEARING ROOM.   IF (HE) SHE IS NOT PRESENT
EXPLAIN IN DETAIL ON ADDITIONAL PAGE AND ATTACH.

10. A FINDING IS MADE THAT INMATE (IS) IS NOT) CAPABLE OF REPRESENTING HIM/HER.
                              _Cassandra S. Wright_
                              SIGNATURE - HEARING OFFICER

11. PLEA: _____✓_____ NOT GUILTY          _____ GUILTY

12. THE ARRESTING OFFICER, INMATE AND ALL WITNESSES WERE SWORN TO TELL THE
    TRUTH.
                              _Cassandra S. Wright_
                              SIGNATURE-HEARING OFFICER

# HOUSTON COUNTY JAIL
## INCIDENT REPORT

FT: _2nd_    DATE: _5-9-00_    TIME: _4:00pm_    INCIDENT NUMBER: _____

LOCATION WHERE INCIDENT OCCURRED: _4 South Cell #7_

TYPE OF INCIDENT: _Violation of Rule #8_

TIME INCIDENT REPORTED: _4:10 p.m._    WHO RECEIVED REPORT: _Mrs. Williams_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VICTIM:    a. _____    NO. _____
           b. _____    NO. _____

SUSPECTS:
_Raymond Mathis_ NO. _29402_
_____ NO. _____
_____ NO. _____
_____ NO. _____

WITNESSES:
a. _James Aplin_ NO. _48686_
b. _Terry Bawdree_ NO. _47399_
c. _____ NO. _____
d. _____ NO. _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PHYSICAL EVIDENCE/TYPE OF EVIDENCE: _Torn Oranges_

DESCRIPTION OF EVIDENCE: _Orange jumpsuit torn in several different places_

CHAIN OF EVIDENCE: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NARRATIVE SUMMARY: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF REPORT/SEE NEXT PAGE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_____    _5-9-06_
CORRECTIONS OFFICER SIGNATURE    DATE

Houston County Jail
Statement Form

Time 4:30 p.m. Date 5-9-00 Place 4-South _____

B. Cody _____, make the following true and correct statement pertain-
ing to an Incident/Offense that occured at the Houston County Jail on MAY 5th ___ 19 2000

I Mr. Cody issued Mr. Raymond mathis A pair
of oranges before in which he did the same
thing to. I told mr. mathis that we did not
Have the oranges to be wasting on such thing.
He was Advised not to do such thing to the
next pair oranges that he Recieved. So in
order to get another pair oranges mr. mathis
tore his oranges Again. So this time this
ict was reported An noted. End of Statement.

Thank You
B.

I have read or had read to me the above statement consisting of ___1___ pages and attest that it is a true and accurate
account of the events which took place on MAY 5th 2000 . It was given by me freely and voluntarily,
without fear of threat, promise or reward.

Witnessed by _____     Signature _BK_____

Witnessed by _____     Page __1__ of __1__ pages

*Wright*

INMATE NAME _Mathis, Raymond_

INMATE # _29402_

INCIDENT NUMBER _99-370_

_Camondra B Wright_
HEARING OFFICER - SIGNATURE & TITLE:

Inmate will _YES Raymond Mathi_ will not ~~XXXX~~ appeal.

Jail Administrator Action date. _5/25/00_

Approved _L. Wms_

Disapproved _____

Other (Specify)_____

_____

_____

Appeal date_____

Approved_____

Disapproved_____

Other (specify)_____

_____

_____

Reason if more than 30-calender days delay in action:

_____

_____

I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate.

on this the _25th_ day of _May_ ~~19~~ _2000_ at (time)_____ (am. / pm.).

_B. Lanier C/o_
SERVING OFFICER - SIGNATURE & TITLE

_Ruprel Mathis_
INMATE SIGNATURE &  JAIL NUMBER

## SYNOPSIS OF DISCIPLINARY HEARING

Hearing Officer _Cassandra B. Shaft_                                    Convened at _5/23/00 @ 2:00 pm_
                     (Name and Rank)                                                (Date and Time)

The preceding to hear evidence in the case involving inmate _Raymond Mathis_
Inmate _Mathis, R._                 has been identified and is currently assigned to the Houston County Jail.  The
accused and arresting Officers were present before the Hearing Officer.
The Hearing Officer explained to inmate _Mathis, R_                  that (he)/ she is being charge with
the violation of Houston County Inmate Rules and Regulation,  # _B_ , specifically _No I/m_
_will take, wrote or damage county property or property belonging to_  which
_another person_
occurred on/or about _5/9/_  ~~2000~~ _2000_ at _4:00_ (am /(pm)). Inmate _Mathis, R._ was
advised that a hearing on the charges would be held after 24-hours from service of the Disciplinary Report. The Hearing
Officer explained that according to due process requirement, he (inmate) _Mathis, R._ , must be given at
least 24-hours notice prior to the hearing and the hearing must take place within 3 - 7 (three - seven ) calendar days after
the charges have been served, excluding weekends and holidays.    The hearing Officer also advised
inmate _Mathis, R._                  that(he)/she was given the opportunity to have witnesses on(his)/her behalf
(normally no more than 3 (three) witnesses with relevant testimony will be called to testify in the behalf of
inmate _Mathis, R._             ).  The Hearing Officer asked inmate _Mathis, R._  if
he understood due process, also if (he)/ she understood the charge (s) against (him)/ her and(his)/ her reply was _yes_.
The Hearing Officer asked inmate _Mathis, R._            if he/she was of the opinion that due process
requirements have been complied with and(he)/she answered _no_ .  The Hearing Officer made the determination that
inmate _Mathis, R._                  (is)/ is no, capable of representing (him)/ herself (Hearing Officer signed
Disciplinary Report). The Hearing Officer asked Inmate _Mathis, R._            how(he)/ she pleads to the
charge (s), and (he)/ she stated, Not Guilty___ ✓ , Guilty_____  (Hearing Officer has inmate sign the appropriate
space on the Disciplinary Report). Hearing Officer summons Arresting Officer, inmate, and all witnesses into the hearing
room ,and Arresting Officer's Testimony ( at the hearing or written statement)

_____
_____
_____
_____

Witness _Judge Sunsland_____ Substance of testimony_ _Not Available._

Witness _c/o J. King_____ Substance of testimony_

Witness _c/o C. Snell_____ Substance of testimony_ _See attached sheet_

nmates testimony:

When ℅ Cody sent the oranges up they were already
torn. When they came I showed the tear to ℅ King.
& When going to count when going up the stairs I stepped
on them by mistake & I tore them some more - They were
already tore. If they were already tore now can the say
I intentionally tore. Then if no-body saw me tear
them. ℅ Cody told Ms. Nora. That when he sent the oranges
to me he personally picked them out & they wasn't tore

_____

_____

The following witnesses were not called:          Reason not called:

Judge Steensland                                  NOT AVAILABLE

℅ J. King                                         Witnessed called

℅ C. Snell                                        Witness called

Inmate Mathis, Raymond          was allowed to submit written requests to all witnesses.  A copy

and answers are attached. ⟨None were submitted⟩

_____
Cornelia B Wright
Hearing Officer Signature & Title

9/00 Spoke w/ ℅ King in reference to
: incident. ℅ King informed me he called
m for the oranges. The oranges had a small
= above the pocket - size of an average ink
: - (Raymond) He said there was a tear in the leg but I (℅ King)
't see that one.

5/23/00 Spoke w/ ℅ Snell, she
stated that the pair of
oranges The Mathis had on
prior to count were already
torn in the crost & leg are

ter hearing all testimony the Hearing Officer announce going into closed session to determine the findings of fact. eryone but the Hearing Officer were excused from the hearing room. After hearing all testimonies. The Hearing ficer makes the following findings of fact: (Be Specific) _Mr Raymond Mathis is found guilty of Rule violation # 8,_

asis for finding of facts: _It is founded that (Mr Mathis) admitted to jail personnel that he ripped his oranges _____ and C/O Cody advised Mathis that he had personally brought up the oranges Mathis had torn and he admitted in front_

Hearing Officer's Decision:     Guilty __✓__     Not Guilty ___

Major _____     Minor ___

Recommendations for punishment or sanctions: _2 weeks Loss of visitation to front_
_begin 6-24 +25-00 thru_ ~~07-01 & 02-00~~ ~~07-17-18-00 @ 4:00 pm. Both_

_Amanda B. Wright Co_
Hearing Officer Signature & Title

INMATE WISHES TO APPEAL:     YES __✓__     NO ___

HEARING OCCURRED AT ____2:29____     (AM (PM))

I CERTIFY THAT I HAVE REVIEWED THE ABOVE SYNOPSIS AND IT HAS BEEN DETERMINED TO BE COMPLETE AND ACCURATE DESCRIPTION OF WHAT TRANSPIRED IN THE HEARING ROOM.

_Amanda B. Wright Co_          ____5/23/00____
SIGNATURE OF HEARING OFFICER:          DATE:

## NOTICE OF APPEAL FOR DISCIPLINARY ACTION

INMATE NAME _Mathis, Raymond_ HCJ# _29402_

DATE FILING NOTICE OF APPEAL _5/26/2000_

ON _3/23/_, 1999, A DISCIPLINARY HEARING WAS HELD BY _Ms. Wright_ CHARGING INMATE _Rule 8_ WITH A VIOLATION OF HOUSTON COUNTY INMATE RULES AND REGULATIONS # _8_, WHICH SPECIFICALLY STATES _No inmate will Take, waste, abuse or damage county property or property Belonging To another person._

THE CIRCUMSTANCES OF THE VIOLATION ARE: _I/m Raymond Mathis on purpose Tore His oranges in several places in order to get another pair of Orange Jumpsuit._

DURING THE HEARING I WAS FOUND TO BE ~~GUILTY~~/NOT GUILTY OF A MAJOR/MINOR OFFENSE AND PUNISHMENT WAS SET AT: _Loss of Visit for Two weeks_

I WISH TO APPEAL THE DECISION BECAUSE: _C/o King and Cp Snell saw That These orangs ~~seen~~ That these were Tore when I got Them From u/o Cody, This was in There statement If These C/o new That How can I be Guilty, These orangs where Tore when I got Them._

NOTE TO INMATE: DO NOT WRITE BELOW THIS LINE AND DO NOT SIGN UNTIL RETURNED TO YOU.

*(right margin, handwritten)* _C/o King c/o Snell saw That when I got The_

ON THE _30th_ DAY OF _May_, ~~1999~~ _2000_, AN APPEAL OF THE DISCIPLINARY ACTION TAKEN AGAINST INMATE _R Mathis_ WAS REVIEWED BY _b Hand_ AND THE FOLLOWING ACTION WAS TAKEN:

APPEAL APPROVED   (APPEAL DISAPPROVED)   OTHER_____

BASIS FOR APPROVAL/DISAPPROVAL OF APPEAL: _Your left out the letter before but you admitted to Mrs Williams and co Cody you tore them for this not new. appeal denied b hand cord_

I HEREBY CERTIFY THAT A COMPLETED COPY OF THE FOREGOING APPEAL WAS SERVED ON THE ABOVE NAMED INMATE ON THIS, THE _31st_ DAY OF _May_ _2000_, ~~1999~~ AT _12:46_ A.M./P.M.

_Casandra B Wright %_
SIGNATURE OF SERVING OFFICER

_Raymond Mathis_
INMATE SIGNATURE AND HCJ #

...ng all testimony the He_____ ...ncer announce going into closed ...sion to determine the findings of fact. ...ne but the Hearing Officer were excused from the hearing room. After hearing all testimonies. The Hearing ...cer makes the following findings of fact: (Be Specific) _Mr. Raymond, Mathis is found_

_uilty of Rule violation #8._

sis for finding of facts: _It is founded that Mr. Mathis_
_admitted to jail personell that he ripped his oranges_
_in coffee and this Abrasat Lieu William flowre to the floor_
_and C/O Cody advised Mathis_
_that he had personly brought_
_up the oranges Mathis had_
_torn and he admitted in front_

earing Officer's Decision:     Guilty ___✓___     Not Guilty _____

            Major_____     Minor_____

ecommendations for punishment or sanctions: _2 Weeks Loss of visitation to_
_begin 6-24 + 25-00 thru_ ~~07-17-18-00~~ 07-01 + 02-00 _@ 4:00 pm. Both_

_Amanda B. Wright Co_
Hearing Officer Signature & Title

INMATE WISHES TO APPEAL:     YES___✓___     NO_____

HEARING OCCURRED AT ___2:29___     (AM (PM))

I CERTIFY THAT I HAVE REVIEWED THE ABOVE SYNOPSIS AND IT HAS BEEN DETERMINED TO BE
COMPLETE AND ACCURATE DESCRIPTION OF WHAT TRANSPIRED IN THE HEARING ROOM.

_Amanda B. Wright Co_                    ___5/23/00___
SIGNATURE OF HEARING OFFICER:                DATE:

INMATE NAME Mathis, Raymond

INMATE NUMBER 29402

INCIDENT NUMBER

INMATE WILL_____ WILL NOT____✓____ APPEAL.

JAIL COMMANDER ACTION DATE___7-6-05___

APPROVED___WB McCarty___

DISAPPROVED_____

OTHER (SPECIFY)_____

_____

REASON IF MORE THAN 30-CALENDAR DAYS

DELAY IN ACTION._____

_____

I HEREBY CERTIFY THAT A COMPLETED COPY OF THE FOREGOING DISCIPLINARY REPORT WAS

SERVED ON THE ABOVE NAMED INMATE ON THIS THE _____4_____ DAY OF ___July___,

2005 AT (TIME) __2/00__ (HOURS).

___Sgt Qlm___
SERVING OFFICER SIGNATURE

X_Raymond Mathis_
INMATE SIGNATURE AND NUMBER

(1)

HOUSTON COUNTY JAIL
## DISCIPLINARY REPORT

1. INMATE _Matthis, Raymond_____ CUSTODY_____ ASI/HCJ _29402_
   (last)         (first)      (middle)

2. POD ASSIGNMENT_____ CELL LOCATION _Fpod_

3. THE ABOVE INMATE IS BEING CHARGED BY: _____
   WITH A VIOLATION OF RULE # _7_____ SPECIFICALLY _No inmate will_
   _assault or attempt to assault Sheriff Department personnel,_
   _other inmates or Visitor_
   _____ WHICH OCCURRED ON/OR
   ABOUT _06_/_30_/2005, AT APPROXIMATELY _9.30_____ (HOURS). A HEARING ON
   THIS CHARGE WILL BE HELD AFTER 24-HOURS FROM SERVICE.

4. CIRCUMSTANCES OF THE VIOLATION(S) ARE AS FOLLOWS: _Blood was on the_
   _dayroom table in Fpod. Inmate Palmore had a busted lip_
   _knot on his head. Inmate Raymond Matthis admitted they got_
   _in a fight. Palmore also told C/o Rodgers it was inmate Matthis_
   _____ c/o
                            ARRESTING OFFICER-SIGNATURE AND RANK

5.

6. HEARING DATE _7-4-05_____ TIME _1930_ PLACE _HCJ_____

7. I HEREBY CERTIFY THAT I HAVE PERSONALLY SERVED A COPY OF THE FORGOING ON
   THE ABOVE NAMED INMATE ON THIS THE _30th_____ DAY OF _June_____, 2005,
   AT _1420_____ (AM/PM).

8. _C/o Robert_____ c/o    _Raymond Matthis '29402_
   SERVING OFFICER-SIGNATURE AND RANK    INMATE'S SIGNATURE & AIS/HCJ NO.

   WITNESSES DESIRED? NO:_____    YES: _Raymond Matthis_
                       inmate's signature         inmate's signature

   IF YES, LIST:_____
   _____
   _____

9. INMATE MUST BE PRESENT IN THE HEARING ROOM.  IF HE IS NOT PRESENT EXPLAIN
   IN DETAIL ON ADDITIONAL PAGE AND ATTACH.

10. A FINDING IS MADE THAT INMATE (IS/IS NOT) CAPABLE OF REPRESENTING HIM/HER.
    _Sgt RR_____
    SIGNATURE - HEARING OFFICER

11. PLEA: _X Raymon M._ NOT GUILTY    _____GUILTY

12. THE ARRESTING OFFICER, INMATE AND ALL WITNESSES WERE SWORN TO TELL THE TRUTH.
    _Sgt RR_____
    SIGNATURE-HEARING OFFICER

(2)

SYNOPSIS OF DISCIPLINARY HEARING

HEARING OFFICER _Sgt Bonin_            CONVENED AT _7-9-05_      _1930_
                (NAME AND RANK)                      (DATE & TIME)

The preceding is to hear evidence in the case involving inmate **Mathis Raymond**
Inmate _Mathis_         has been identified and is currently assigned to the
Houston County Jail. The accused and arresting officers were present before the
hearing officer.
The hearing officer explained to inmate _Mathis_           that he/she is being
charged with the violation of Houston County Rules & Regulations # _7_     ,
specifically _No Imm will Assault or Attempt To Assault Sheriffs_
_Department Personnel Other than or visitors_
which occurred on or about _6-30_       , 2005, at _9:30_   (hours). Inmate
_Mathis_          was advised that a hearing on the charges would be held
after 24-hours from service of the Disciplinary Report. The hearing officer
explained that according to due process requirement, he/she
(inmate) _Mathis_        , must be given at least 24-hours notice prior to
the hearing and the hearing must take place within 3 to 7 calendar days, after
the charges have been served, excluding weekends and holidays. The hearing
officer also advised inmate _Mathis_        that he/she was given the
opportunity to have witnesses on his/her behalf (normally no more than 3
witnesses with relevant testimony will be called to testify on behalf of
inmate _Mathis_            ). The hearing officer asked inmate _Mathis_
if he understood the due process, also if he/she understood the charge(s)
against him/her and the reply was _Yes (RM)_. The hearing officer asked
inmate _Mathis_            if he/she was of the opinion that due process
requirements have been complied with and he/she answered _Yes RM_ The hearing
officer made the determination that inmate _Mathis_        (is)/is not
capable of representing himself/herself (Hearing officer signs disciplinary
report). The hearing officer asked inmate _Mathis_           how he/she
pleads to charge(s), and he/she stated, _✓_ Not Guilty        Guilty.
(Hearing officer has inmate sign the appropriate space on the disciplinary
report). Hearing officer summons Arresting officer, inmate and all witnesses
into the hearing room and Arresting Officer's testimony (at the hearing or a
written statement).

WITNESS _None Called_        SUBSTANCE OF TESTIMONY_____

WITNESS_____        SUBSTANCE OF TESTIMONY_____

WITNESS_____        SUBSTANCE OF TESTIMONY_____

INMATES TESTIMONY:

F/m mathis Had Requested witnesses he did not List Any and Did not
wish To call ANy To the Hearing. Slt Bennin
on the Day In Question F/m Palmore was At the Tables with
C/o Roberts counting out The supplies. I Had woke up and
Last week About 7 F/m's did not Get Their supplies. The
F/m's In The pod Had Decided That who Ever Got up would
start passing out The T.P. and other supplies. I started
To Take The supplies and put Them In The Cells. But F/m
palmore wanted To wake up Everyone and not put IT In
The Cells He said he was Going To do IT his way. F/m palmore
Then Started up The supplies. F/m palmore Got Insto my
face I Had gone To one Of the other Tables To get The rest
Of The supplies To pass out. He asked what I wanted
To do and I said you say what Ever You want To But
Do not put Your hands on me. F/m palmore Then Butted

*********************************************************************

The following witnesses were not called:                    Reason not called:

_____          _____

_____          _____

_____          _____

*********************************************************************

Inmate MAYhis   RAYmond.was allowed to submit written questions to all
witnesses.  Questions and answers are attached / none were submitted.

Slt Rhin
HEARING OFFICER SIGNATURE

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: 1830     DATE: 7/4/05     PLACE: HCJ

I, MAthis Raymond, make the following true and correct statement pertaining to an Incident/Offense which occurred at the Houston County Jail on _____ 6 / 30 /2005.

me In The mouth. and I Pushed him AWAY. F/m Palmore Then Swung at me. IF Just Did Not work out for him. He Then went and Took off his socks and came Back and swung and again It Did Not work out for him. Then he went and Took off Everything But his shorts and came Back To the front of the Pod where I was at and swung again and IT Did not work out for him. F/m Loreen Hood pushed The call Buttons. F/m Palmore Then went and Got Dressed. Some one had Told Sgt Reynolds That Palmore had Been fighting and Sgt Reynolds saw Blood on The Table. She Then went and asked Palmore IF he had Been fighting his lip was Busted But he stated That he had fell down The stairs She asked him several Times and he stated that he fell down The stairs. After he went To Medical She came Back and Placed The whole Pod on 40 until Some one tells who he was fighting with. I Asked her what he Said and she stated That he Says he fell down The stairs and would not Tell her. I Told Sgt Reynolds That I would Take The Blame.

X R. mathis
SIGNATURE

2-4-05
DATE

wrote By Sgt Baria

After hearing all testimony, the hearing officer announced going into closed session . Everyone but the hearing officer was excused from the hearing room. After hearing all testimonies, the hearing officer makes the following findings of facts: (BE SPECIFIC)

I Find F/m mathis Guilty of Rule # 2 No F/m will Assault or Attempt To Assault Sheriffs Department Personnel, other F/m's or Visitors.

BASIS FOR FINDING OF FACTS:

After Hearing all Testimony and speaking with Sgt Reynolds, C/o Roberts and C/o Rodgers. Both F/m's Had Injuries and HAd To Be sent out for Treatment.

HEARING OFFICER'S DECISION:    GUILTY____✓____        NOT GUILTY_____

                               MAJOR___✓_____        MINOR    _____

Recommendations for punishment or sanctions: 14 DAY's L/D Giving Credit For Time Served 6/30/05 To 7/14/05

Sgt R Y Ben
HEARING OFFICER SIGNATURE

INMATE WISHES TO APPEAL: YES_____    NO____✓____

HEARING ADJOURNED ON  7-4  , 2005 AT  2040 HRS   (HOURS).

I certify that I have reviewed the above synopsis and it has been determined a complete and accurate description of what transpired in the hearing room.

Sgt R Ben
SIGNATURE OF HEARING OFFICER                 7-4-05
                                              DATE

HOUSTON COUNTY JAIL
INCIDENT FORM

SHIFT:_____ DATE:_____ TIME:_____ INCIDENT NUMBER:_____

LOCATION WHERE INCIDENT OCCURRED:                    TYPE OF INCIDENT:
_____             _____

TIME INCIDENT REPORTED:_____        WHO RECEIVED REPORT:_____
*************************************************************************************

VICTIM:_____        NO._____

SUSPECT(S):A._____        NO._____

          B._____         NO._____

          C._____         NO._____

          D._____         NO._____
*************************************************************************************
PHYSICAL EVIDENCE/TYPE OF EVIDENCE:_____
_____

DESCRIPTION OF EVIDENCE:_____
_____

CHAIN OF EVIDENCE:
A._____

B._____

C._____

D._____

E._____
*************************************************************************************
NARRATIVE SUMMARY:_____
_____
_____
_____
_____
_____

***************************END OF REPORT/SEE NEXT PAGE*********************

_____          _____
CORRECTIONS OFFICER SIGNATURE                        DATE

(6)

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: around 9:30 pm    DATE: 06-30-05    PLACE: HCJ

I, _Euis Rodgers_, make the following true and correct statement pertaining to an Incident/Offense which occurred at the Houston County Jail on _30_ / _June_ /2005.

While At Serop I/M Palmore, Farris Told Me That He Had Been in A Fight W/ I/M Mathis, Raymond. I/M Palmore indicated That I/M Mathis Assaulted Him. EOS

_SIGNATURE_    30 June 2005    DATE

(7)

INMATE NAME: _Mathis, Raymond_

DATE SERVED: _6-30-05_

DISCIPLINARY REPORT CHECKLIST FOR SERVING OFFICER

SERVING OFFICER:    1.    Initial each step when complete.
                    2.    Read the portion that is in capital letters to the inmate. (See starred areas***).
                    3.    Sign the bottom to show all steps are complete.

Check to ensure that the Disciplinary Report is filled out completely.

Make a copy and place carbon paper between the two.

Identify the inmate.

Read steps one (1) through five (5) ALOUD to the inmate.

_LR_    ***YOU HAVE THE RIGHT TO A HEARING IN NOT LESS THAN 24 HOURS
        AND NO MORE THAN 3 TO 7 DAYS, EXCLUDING WEEKENDS AND HOLIDAYS.

_LR_    ***YOU HAVE THE RIGHT TO BE PRESENT AT THE HEARING.

_LR_    ***YOU HAVE THE RIGHT TO CALL THREE (3) WITNESSES.

_LR_    ***YOU HAVE THE RIGHT TO SUBMIT WRITTEN QUESTIONS OF THE WITNESSES AND
        THE ARRESTING OFFICER AT THE HEARING. ALL QUESTIONS MUST BE WRITTEN
        AND PRESENTED AT THE TIME OF THE HEARING.

_LR_    ***DO YOU HAVE ANY WITNESSES YOU WOULD LIKE TO CALL? _✓_ YES _____ NO

Fill in the date and time served on the inmate (#7 on disciplinary report).

List names of any witnesses desired (#8 on disciplinary report).

SIGN AS SERVING OFFICER.

Have the inmate sign, as receiving a copy.

_LR_    ***SIGNING THIS FORM IS NOT AN ADMISSION OF GUILT, IT ONLY CERTIFIES
        THAT YOU WERE GIVEN A COPY.

*********IF INMATE REFUSES TO SIGN, WRITE "REFUSED TO SIGN", AND SIGN YOUR NAME.
        LEAVE THE INMATE THE COPY.

_Cho. LaBub_                              _6/30/05_
SIGNATURE OF SERVING OFFICER                DATE SERVED





# INMATE GRIEVANCE FORM

DATE: 2/8/06 _____ 2005    POD/CELL LOCATION: J-2

INMATE NAME: RAymond MATHis    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: Commander, William McCARTY, Sir every Thing I write To you one of The Sgt's Stop it, I Have Ask Them Do They Have The Right To do THAT BuT they will not Answer it? And This is a FAct, Sgt. Bondial Do not like me, why would He Be Allow To Do my SANction, if you look AT iT All He Did was PunishmenT more Than The c/o's that wrote it up Sgt. Davis, Keep on Trying To put me Somewhere THAT She Think The inmate's mite Hurt me, and Raymond's She Just I Set BACK And whAt Till Her Time come, These three are Vindictive People, and That's A

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? FAct. - By now I
[left column notes: Low library 2/16    4/7    hand 7/14/05 8/2]
[middle column notes: Medical # 8/3/05 8/10    8/4/05    8/5/05]
[right text: Should of false Saw    They can't Hurt me, But how Hateful They really are, in    B Here, and out of    They Should all of Them Sgt. Reyd    'WHY!!]

OFFICER RESPONSE OR FINDING? _____

To, The Houston county Jail

Commander!

SGT. ON DUTY RESPONSE: _____

To, The Commander!!

i/m Mathis, Sgt. Bonia is a qualified c/o and Supervisor. Possession of a weapon in the jail is very serious. In my absence the Sergeants may handle sanction appeals. Commander McCarty 2-10-06

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 02-11-06

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: Raymond Mathis

**INMATE REQUEST FORM**

Date: 2/2/06

To: Commander W. McCarty

From: RAYMOND MATHIS

INMATES # 29402 - J- 2

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** Sir, Today in J-Pod something went wrong with the vents and smoke started to come out. This is not the first time because they let all of the inmates out of these cell even the inmates on P.C. So I ask the c/o Nevis what about me, so he call Sgt. Bonine and c/o told me not to let inmate MATHIS out. This case of smoke has the generator runs every Thursday for 30 minutes. It has

**ACTION TAKEN** CARBnokside in it and has to be a problem or they wouldn't done this for 3-4 years - and one has suffered let all of the other inmates out, and my head blacked too hert and my Ehrse any injuries from this. Commander McCarty 2/2/06 starts too hert, and I ask to see the Sgt. but he wouldn't come. Sir, you have open the door for these Sgt.s and c/o's on #1 on #2 shift to make me suffer, and they are going all out too that, I keep tell you my mine is not right, I need to be on my medication, NOW...

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54



# NOTICE OF APPEAL FOR INMATE GRIEVANCE

**Inmate Name:** _Raymond MATHIS_ **HCJ#** _29402_ **POD** _J-2_

**Date filing notice of appeal:** _2/7, 8, /06_

**On,** _2/7, 8,_ **, 2006, an Inmate Grievance Form was answered by**

**Sgt.** _Bonnin_ .            _COPY_

**I wish to appeal the decision because:**

Sgt. Bonnin is discriminate, aggist me, For one thing, THAT is He is vindictive, cruel and I'm Bs punish more then any other inmate, Sgt. Bonnin Has sade my Time will come and Now THAT He Found away He want stop, what is Happing To me is cruel and unusal Punishment, This is a violsation of my Rights, To Have Hearing on sanction, Today a c/o stated "There was Nothing I could do To Help you, other c/o Told me THAT Sgt. Bonnin is THE one doing This To me. THis Has made me more crazy Then I was ME Head Just want stop Herting, if you look in to THis you will see, if I'm licing

**JAIL COMMANDER RESPONSE:**     **AGREE**     **DISAGREE**

I/M Mathis I don't Know what Grievance you are appealing in this notice of appeal. You don't receive a hearing on sanction if it was denied. You received a sanction, appeal was denied, one sanction was dismissed. What did you want the c/o to do for you? Sgt. Bonin ~~denied~~ denied the appeal on your sanction for possession of contraband. (shank - weapon) which is very serious Threat of security of the jail. Inmates and c/o's have to be protected.

**\*\*\*\*\*\*\*\*\*DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY\*\*\*\*\*\*\***

**DATE APPEAL RETURNED:** _02-1-06_

**CORRECTIONS OFFICER SIGNATURE:** _____

**INMATE SIGNATURE:** _____

# INMATE GRIEVANCE FORM

DATE: _1/31/06_____, 2005   POD/CELL LOCATION: _J-2_____

INMATE NAME: _Raymond Mathis___   INMATE NUMBER: _29402_____

NATURE OF GRIEVANCE OR INFORMATION: _Nurse, Speiger and William McCarty, Dr. Bank_
_I need for you too put me on my medication, I have told you_
_all about this voices in my head, Im trying not to act on the_
_voices, but It's getting wrong, Please stop the voices in my head_
_now that Im back in J-Pod where the killer are, that just some_
_thing the voices will feed on, so I hope you Dr. nurse, and_
_mr. McCarty, It all come's down too you... im still not sleeping and_
_my head is just hurting more, Im in alot of pain and I cant_
_think and I cant hear just one thing It's all at one time and this_

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT?   _What make my head hert..._

_I want too see a med told Doctor, and be put back on_
_my medicine. A.S.A.P. I have been asking a month and a_
_half, what do i need too da too get my medicine ??_
_What do I have too Do ??_

OFFICER RESPONSE OR FINDING? _I/m has been seen for this._
_DS_

SGT. ON DUTY RESPONSE: _I/m Mathis The clinic sees i/m in regards_
_to medical matters. When you need something relating_
_to your health write an inmate request form to_
_the clinic and request whatever you need._
_Commander McC___

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _02-11-06_____

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _Raymond Mathis_____

**INMATE REQUEST FORM**

Date: 1/2/06

To: Commander, William McCary

From: Raymond Mathis

INMATES # 2G402- 0 J-2

C/O SIGNATURE Smith

SR C/O SIGNATURE _____

**NATURE OF REQUEST** Sir, Today in J-Pod Something went wrong with the vents and smoke came out of them, some every inmate was let out of there cell even the one on P.C., But Sgt Bonnin told the C/o's not to let me out, Sir, This is not a new problem on J-Pod, every time the smoke come out they pull all of the inmate

**ACTION TAKEN** out of there cell, " will kill," and thats a fact, Sir my head started to hurt and I throu thou up an my eyes was wetteing, Sir, Sgt Bonnin should have move me out Sods or the m      Room, but no sir," You have allow these Sgt s and C/o's the chance too make me suffer, and it hasn't stop, all of them is getting in, Sir," my mind is out there; This has to stop!!" some

Houston Printing Co., Inc. • Form #5735 • Rev. 3/88   WO#54

State of Alabama  vs  Raymond Mathis    CC 05-1186

8-9-05 motion to reduce Bond
8/15/05 Motion den'd, John, Jr