# NMATE SANCTION/RESTRICTION DOCUMENTATION
## DATE: 4-19-05

NAME OF INMATE: Mathis Raymond        JAIL NUMBER: 29400

| CURRENT CELL: | CELL I/M MOVED TO (IF APPLICABLE) |

TYPE OF SANCTION OR RESTRICTION                    DATES START/END

_____ WKS   ◯ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

_____ WKS   ◯ SUSPENSION OF COMMISSARY PRIVILEGES _____ / _____

_____ WKS   ◯ LOSS OF VISITATION PRIVILEGES _____ / _____

            ⊗ MINIMUM 72 HOURS CELL RESTRICTION  4-22-05  /  4-25-05

            ◯ OTHER _____

The above named inmate is allowed the following items in the cell:

1 MATTRESS COVER AND BLANKET
1 MATTRESS, EXCEPT DURING THE HOURS OF 7:00 AM TO 7:00 PM
1 TOWEL & 1 WASHCLOTH, FROM BATHING TIME UNTIL 7:00 AM

*************************************************************

| 1 UNIFORM | 1 BIBLE | 1 PAIR OF SOCKS |
| 1 PAIR OF UNDERWEAR | 1 PAIR OF SHOES | 1 TOILET PAPER |
| 1 T-SHIRT | 1 BAR OF SOAP | 1 COUNTY ISSUED CUP |
| 1 TOOTH BRUSH | 1 TOOTHPASTE | |

*************************************************************

THE OTHER ITEMS WILL BE RETURNED TO THE INMATE WHEN
THE INMATE COMES OUT OF SEGREGATION, AT ALL OTHER TIMES,
THE HYGIENE ITEMS AND OTHER ITEMS WILL BE KEPT IN THE
CRATE INSIDE OF THE OFFICER'S BOOTH  THE INMATE MAY USE
THESE ITEMS AND RETURN THEM TO THE OFFICER, WHEN FINISHED

THE OFFICER IS NOT TO LET THE INMATE HAVE
CONTROL OF THE CRATE AT ANY TIME

KEEP SEPARATE FROM:

1. _____

2. _____

3. _____

4. _____

# *INMATE GRIEVANCE FORM*

DATE: 9/23/04 , 2004    INSTITUTION: HOUSTON COUNTY JAIL

INMATE NAME: 29402 *Mathis* Raymond    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION:

Is That Im in pain Every day in my Back, I ask or Request For Something For pain Just Too get Thou This day, and one's again, THE Nurse's Fine away To Hert me, THEy Have Stop giving any THing FOR pain, why would They do THis, I still Haunt seen

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? A DocTer or Have THEy Look at my Back

For The Commder To Look in To Too This, and Let me No WHy, I Never get any of my Request or Grievance Form Back, That WHy i Have all my copy

OFFICER RESPONSE OR FINDING: Copyann

AGREE    DISAGREE    JAIL COMMANDER SIGNATURE:

JAIL COMMANDER RESPONSE: I/M Mathis, I along with Nurse Speigner pulled your record for the clinic yesterday 9/22/04 you have been Seen in this clinic, you have not been ignored. I made her aware of the c.I. order of which the clerks office had not sent over to us. You are being Seen after by the medical Staff Commander McEaty 9-23-04

DATE GRIEVANCE FILED: 9/23/04

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

## INMATE GRIEVANCE FORM

Ⓐ

DATE: 9/23/ , 2004     INSTITUTION: HOUSTON COUNTY JAIL

INMATE NAME: Raymond Mathis     INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION:

C/O Moore, Has Been, unProssional, cent sHe got Rets up By oTHer inmate, sHe Has Been Taking Her personal problem out on other inmate, All day sHe Has Been THREATending inmate about writing THem up, TRying Too make inmate go oFF on Her, sHe Has personal Problems...

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Find out wHats going on wHith C/O Moors, all sHe is doing is TRying To write someone up...

OFFICER RESPONSE OR FINDING: If the other I/m's, as well as yourself would obey the rules and regulations you would not be written up and she would not have to tell you she is going to write you up. 9/27/04 Sgt Turner,

AGREE     DISAGREE     JAIL COMMANDER SIGNATURE: _____

JAIL COMMANDER RESPONSE: I/M Mathis, Just obey the rules and you won't have to worry about anything or anyone else. Commander 9-27-04

DATE GRIEVANCE FILED: 4-11-05

CORRECTIONS OFFICER SIGNATURE: C/O Parker

INMATE SIGNATURE:

## INMATE GRIEVANCE FORM

DATE: _10/19_____, 2004    INSTITUTION: ___HOUSTON COUNTY JAIL_

INMATE NAME: _Raymond Mathis_    INMATE NUMBER: _29402 A. Pod, C. #10_

NATURE OF GRIEVANCE OR INFORMATION:

Sir. I wrote you about c/o Moore, c/o Moore Told A inmate That I wrote a grievance on Him, and I did, But The only one New it was Sgt. Buckman, ldme, The inmate Told me about it and sode she, p moore Told Him, c/o moore vows This inmate is in a gang, This inmate is in F. Pod, I don't know How This grievnce work, I didn't know c/o or Sgt could Tall inmate Thing's That could t other inmate Hurt, So Im writing aggin ang asking How do it work, you told me

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? _If I obey The Rules I wouldn't._ Have anything To worry about, But This is The same c/o I workwrote you about on 9/23/04 and This c/o is moore is trying To Hurt me. I would Be Thank For anything you could Do about This Sir. and This is The #2 grievance I wrote Today, and I gave it To c/o Parker an ask Her Too Take it up Frunt But c/o Moore and c/o Lewed Saw it and got it From

OFFICER RESPONSE OR FINDING: _Her give it To Her, "Sir" How can We put_ a Stop Too This Between me a c/o Moore, Now I Have To wHack myself Ground #c/o Moore, or wHats next, THank you For anything you can Do, Sir...

_____10/20/04  I spoke w/ this inmate about this & he wrote this_____
_____after C/o Moore wrote him up on a Sanction. Sgt. ____ Pain_____

AGREE    DISAGREE    JAIL COMMANDER SIGNATURE: _____

JAIL COMMANDER RESPONSE: _I/M Mathis, I understand that you_
_were The only one who showed up with the wrong cup and was_
_written a Sanction, I don't Think c/o Moore has anything against you._
_I Spoke with Sgt Davis in regards To this. She advised everytime you get a_
_Sanction, you write a grievance – Commander McGuity_
DATE GRIEVANCE FILED: _____    10/20

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

## INMATE GRIEVANCE FORM

DATE: 2/16 , 2005    INSTITUTION: HOUSTON COUNTY JAIL

INMATE NAME: Raymond MATHIS    INMATE NUMBER: 25402 - M-Pod

NATURE OF GRIEVANCE OR INFORMATION:

Sir, I'm asking you again, if you would allow me legal assistance From inmate James Robinson - E.Pod. I have got Back you The Request Form saying we can go, But Till Today I have not Been, Sir, once's Again, would you ask Sgt. Kim Turn, is it alright if bews go To The law liBrary TogeTher, Because Sgt. Turner has not allow us To go To The liBrary

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT?

is There anyway you could ask Sgt. Kim Turner if she will allow me and James Robinson To go To The law liBrary To Assistance me, with my case's and ladisuit's??

OFFICER RESPONSE OR FINDING: 02-17-05 I/M James Robinson has returned to prison & is unable to go to the Law Library with you. Sgt Buchnan

AGREE    DISAGREE    JAIL COMMANDER SIGNATURE: _____

JAIL COMMANDER RESPONSE: I/M Mathis, I/M Robinson has returned To prison. Commander McCarty 2/22/05

DATE GRIEVANCE FILED: _____

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

# INMATE GRIEVANCE FORM

DATE: 2/21 , 2005    INSTITUTION: HOUSTON COUNTY JAIL

INMATE NAME: Raymond Mathis    INMATE NUMBER: 25402 - M - Pod

NATURE OF GRIEVANCE OR INFORMATION:

That The c/o's Back M - O - N - Pod, are Rolling inmate's
in At 11:20, 11:30, 12:00, But The c/o's are Not Rolling us
out Till 1:30 or more, The c/o's Have made a New Rule up
again and passing To All c/o's The Rule is 12:00 Till 1100
P.M.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Could you in Form The
Sgt's and c/o's The Rule's of Roll in Time?
                                    Please.
                                    Thank you
and Something in writing For The inmate's  so we
                            will Know Too.

OFFICER RESPONSE OR FINDING:

The Officer got side tracked with other things.
2/21/05 Sgt Turner

AGREE    DISAGREE    JAIL COMMANDER SIGNATURE: _____

JAIL COMMANDER RESPONSE: I/m Mathis when The c/o's get
busy, The i/m's May have To wait a few Minutes
To be rolled out.        Commander M Carty 2/22/05

DATE GRIEVANCE FILED: 02/23/05

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

# INMATE GRIEVANCE FORM

DATE: 3/21 ,2005          POD/CELL LOCATION: M-Pod

INMATE NAME: Raymond MATHis INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION:
Sgt Buckmann, to ask me about The paper Towel
I Had, I stated That I use Them to clean my Room
Sgt Buckmann said The The Towel's was For clean window
window I Told Her That we do not Have any Thing
To clean The Toilet with, She stated That She would
get a or Try To start seeing The Toilet Brush She
also said That The paper Towel will slop The Toilet up
I Told Her I don't put Them in The Toilet, She didn't

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT?
Tell me not to use any of paper Towel, Sgt Buckman
said She gave me a direct order, That Not Tans The
                              Direct
truth.
          I do know what ever Sgt, Buckmann said
Because It's mean. and what or How do you give a Direke order.
                                              Direck Direct

OFFICER RESPONSE OR FINDING: _____

SGT. ON DUTY RESPONSE: 03-21-05 I did order you not to take
the paper towel to your cell. You seem to think
that you can do whatever you want to do no matter
what you are told. You also have a VERY serious
problem distinguishing between fact & fiction. those paper
towels are NOT for your use only. A direct order is
when some one you given & they tell you to do or
not to do something. Sgt Buckman Buchmann

*******************DO NOT SIGN UNTIL YOU HAVE READ RESPONSE*******************

DATE GRIEVANCE RETURNED: 3/22/05

CORRECTIONS OFFICER SIGNATURE: c/o Huff

INMATE SIGNATURE: c/o the Raymond ment

# INMATE GRIEVANCE FORM

DATE: 3/28 2005

POD/CELL LOCATION: J-Cage

INMATE NAME: Raymond Mathis

INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION:

I'm on P.C. and in a cage, there are no inmate's on J-pod that is afread of me or I'm afread of, my mind will not allow me too be lock up in a cage, I talk too the nurse and told her that my mind will not allow me to be lock up in a cage, please take me out of this cage, please

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Take me out of this cage, please, my mind will not allow me to be lock up in a cage, please, out of this cage

Soon
Please

OFFICER RESPONSE OR FINDING: _____

SGT. ON DUTY RESPONSE: I/M Mathis, Evester Tharpe and Jonas Hill are the reasons you can not come off P.C. at this time. You may still roll out - The areas you may be assigned are limited because of the high bond -
Commander McCarty 3/29/05

You will be moved into the cell with Jones Hill after signing a living agreement.
Commander McCarty 3/29/05

*******************DO NOT SIGN UNTIL YOU HAVE READ RESPONSE*******************

DATE GRIEVANCE RETURNED: 3-29-05

CORRECTIONS OFFICER SIGNATURE: Sy. Munn

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 4/7/ 2005          POD/CELL LOCATION: J-1

INMATE NAME: Raymond MATHis          INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION:
Commander William McCarty, SiR, You gave THE ok FoR
ME and inMATE LaRRy WHite - in B-Pod, But OuT of THE
Hold week we was only allow To go 2 one Time, I NEED
MoRe Time in THe law liBRaRy, To Fix wHat I NEEd FoR THE
CouRT, BeFoRE THe 13-05 4/13/05, I HavE wRoTE you MoRE
THen 5 Time, Request FoRm and GRiEvancE FoRm, SiR,
Have you got any of THKm?

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT?   I NEED MoRe Time in THE
law liBRaRy with inmaTE LaRRy WHite. PlEasE, THis GRievancE
FoRm, Come's with a Request FoRm,

OFFICER RESPONSE OR FINDING: Your pod is assigned to go on
Wednesday every week.
4-11-05 Sgt. Turner

SGT. ON DUTY RESPONSE: I/M MathiS you May go To The
law library - How Many TimeS do you have
To be Told - we cannot let you live
in The library - you have use of it
Like any oTher iNMaTe -
                                Commander MCCarty
                                4/11/05

***************DO NOT SIGN UNTIL YOU HAVE READ RESPONSE***************

DATE GRIEVANCE RETURNED: 4-12-05

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE: Raymond Mathis

## INMATE GRIEVANCE FORM

DATE: 4/8, 2005    POD/CELL LOCATION: J-1

INMATE NAME: RAYmond MATHIS    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION:

THESE YouNG inmaTE aRE WiLd, THEY BET all Day and NiGHT, and THEY Rap SoNG SiNGiNG All Day and All NiGHT, Always TalkiNG abouT GaNG BaNGiNG, aNd WHaT THEY Will do To oTHER inmaTE, I don't waNT To Be out oF THEM inmaTE's, Im To old FoR THiS craNc oF Pod!! I will NoT allow oNE oF THESE GaNG MEMBER's To THaT mE aNd I DonT WaNT To Be HRET, I HavE BEEN PRoBlEiNG, aNd THiS THiNG Im SayiNG is To KNow By All C/O's and All SgTS about THis Pod

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? JusT BEcausE oF my medical PRoBlEiNG I SHould BE in m-Pod, WHERE THERE is NoT THaT mucH PRoBlEiNG, and JusT oN my casE aloNE I SHould HavE NEvER BEEN in THis Pod.. I waNT To BE PuT in THE medical Pod PlEass

THaNK You

OFFICER RESPONSE OR FINDING: _____

_____

_____

_____

_____

_____

SGT. ON DUTY RESPONSE: 04-11-05 Your "medical" problem, nor your charge is the reason for you being in J-Pod. It has to do with your $110,000.00 bond which is a HighBond. At the present, you are in a cell by yourself & at any time can request Protective Custody, or remain in your cell. Sgt. Davis

_____

_____

_____

_____

_____

*******************DO NOT SIGN UNTIL YOU HAVE READ RESPONSE*******************

DATE GRIEVANCE RETURNED: 4-11-05

CORRECTIONS OFFICER SIGNATURE: C/O Duke

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 5/19/05 _____, 2005    POD/CELL LOCATION: F-1

INMATE NAME: Raymond Mathis    INMATE NUMBER: #29402

NATURE OF GRIEVANCE OR INFORMATION: I ask The C/O on #3 stiff iF They would ask Sgt. Morf, iF He would get my Papers sign Notory, Sgt. Said yes, os The #3 shift C/o's come and got Them From me, and Then She put Them in Thees office and lsFE, I Needed Thess form sign, and sent out Today.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? To get my Papers Notary..

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: 5/19/05 Due to the fact that all that was going on with B. Pod I did not have time + I told you if I had time I would Notorice them for you. The security of the Jail was more important at the time than notorizing your papers. When I come in tonight I will be more then happy to notorice your papers. Sgt. Marsh

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 05/19/05

CORRECTIONS OFFICER SIGNATURE: Phillips

## INMATE GRIEVANCE FORM

DATE: 5/24/05                    , 2005    POD/CELL LOCATION: F-P-1

INMATE NAME: Raymond Mathis    INMATE NUMBER: #29402

NATURE OF GRIEVANCE OR INFORMATION: To Commandre W. McCarty, Sir, I Talk Too C/O Gracy, and explene To Him about THe misunderstanding about THe mike, and my Dist Tray sir. He know now thet im on a High Fibre Tray, I Told Him THe only Reason I ask about THe mike is Because I Have Been getting a mike with my Dist Tray, and after He Told me THis I Nevr Ask For THe mike again, sir, I'm writing you Because, THe Sgt's Here Too go along with THese C/O's I undstend THis But I'm Not in THe wrong about THis, Please, I Need THis Visit...

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? You Can Find out about my Dist Tray, and I Thout since I'm on THis Dist is Because, I Have a PRoblem going Too THe Rest Room, I Have wRote you about THis, THaT's why I'm on THis Dist Tray," So for a month i Have Been getting mike's I didn't Know, and THe C/o's gave me a mike with me asking For it, So I Talk Too C/O Tracy, and explans THis misunderstand THis sanction is a misunderstanding on BoTH partys...

OFFICER RESPONSE OR FINDING? _____

_____

_____

_____

_____

_____

SGT. ON DUTY RESPONSE: I/m Mathis I checked with the medical clinic Today 5-25-05. They advised you started a high fiber diet on 4-25-05 for 30 days. This did not include milk. I also checked with the kitchen and they advised you are on a high fiber diet and you don't get milk with the diet. So c/o Britt recommended 2 weeks suspension of commissary and 2 weeks suspension of visitation and no L/D.
                                    Commander McCarty
                                    5/25/05

_____

_____

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 05/26/05

CORRECTIONS OFFICER SIGNATURE: C/o Cogburn

## INMATE GRIEVANCE FORM

DATE: 5/24                              2005       POD/CELL LOCATION: F-Pod-1

INMATE NAME: RAYmond MATHis        INMATE NUMBER: 25402

NATURE OF GRIEVANCE OR INFORMATION: I Recive a SANCTion Today FoR NOT Being on a SPeciON DieT, C/O GRACY STATed tHAt He call Nurse LAURA ANd ask if I was on a DieT TRAY, C/O GRACY STATEd THAT THe NuRse sade NO, I'm on a Regular TRAY, I Told C/O GRACY THAT I was on a HigH FibER TRAY ANd NOT a Regular TRAY, BuT C/O GRACY WOuldN'T BelivE Me, So I SHould Him, I Told C/O GRACY To look on THe Food caRT, ANd He will See my NAme on my TRay, and He did and

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? IT was, I HAve BeeN gitting mike WitH THis TRay FoR oveR a monTH, THis TRay Has Been comng WitH A mikS, I Told C/O GRACY THis, ANd wHen He Todd Me wat THe NuRse LAuRA Said, I HAve NOT ask FoR A mike AgAiN, I would To Say THis is a Big misundeRStaNd, ANd I would Like FoR THe SGt. oR CommANdeR W. MCCARTy To inVesaGate THis, I sHould NOT Be PunsHity How can I Be waNg, if I Have Been gitting mike FoR oveR a monTH, How!!

OFFICER RESPONSE OR FINDING? THis DieT is FoRce To Help me go To THe Rest Room, WHY wouldN'T THink a mike would go With it?

* * * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _____

CORRECTIONS OFFICER SIGNATURE: _____

## INMATE GRIEVANCE FORM

DATE: 5/25 , 2005    POD/CELL LOCATION: F-1

INMATE NAME: RAymond mATHis's    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: I TRY Too Talk Too Sgt. Bannik About one of His C/o, Sgt. Bonnik would Not Talk, Sgt. Bonnik so sad, I ask Sgt Bonnik, witH, He sade wHaT cuck His C/o Do is RigHt, THis statement insan's He will allow A C/o To Do wRong, and THis is NOT THE FRist Time Sgt Bonnik Has sade and Allow one of His C/o To Do wRong and He know THat THe C/o is doing wRong, Sgt. Bonnik will allow one of c/o Too Hrot a inmate, and Sgt. Bonnik will look THe otHer way.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? THe commander of THe HousTon county Jail sHould Be inForm of Sgt. Bonnik ~~~~~~~~~~ Sgt. is Tell THe C/o and THe inmate THaT His DuTy as a Sgt. is not THe SaFeTy of ~~~~ inmate, and THat He will allow C/o To Do Hurm To otHer, and He will allow THis. Sgt. bonnin need To Be invistigated, and Someone sHould inForm SHERIFF lamar GlougH, of Sgt Bonnin Duty, and wHat ~~~~~~ He is Telling THe C/o and inmate, Sgt. Bonnin sHould Be inistergeted in BeFore He Allo a C/o Too HurT someone or a inmate. I know THis is not THe FRist Time THis Has come up.

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE: 5/25/05 F/m mathis I will Not TRlk To you about a saction that a c/o writes up. You HAve THe Right To Appeal your saction to tell Your side of it, and You Are lying, because I nevur spoke To you o THat night, you can and I still will not Talk To you About THe right up. I Do not condone mistretment of F/m's. I can Be Inv. 365 DAY's a Year I HAve notHing To do S4t Bonn

* * * * * * * * * * * *   DO NOT SIGN UNTIL YOU HAVE READ RESPONSE   * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 5-25-05

CORRECTIONS OFFICER SIGNATURE: g. moon

# INMATE GRIEVANCE FORM

DATE: 5/25, 2005    POD/CELL LOCATION: F-1

INMATE NAME: Raymond MATHIS    INMATE NUMBER: 29402-F-1

NATURE OF GRIEVANCE OR INFORMATION: To Commander William McCarty, Sir, I wrote a Grievance Form on Sgt Bonnin and He wrote Back, Stated That He will not Talk with me, This is about one of His C/O's Sgt. Bonnin is over this Jail From 3:00 Pm till 11:00 Pm, and if a Inmate Has a Problem with one of His C/O's it is His Duty to Find out what the Problem is, and can it be solve or not, Sgt. Bonnin is in the wrong and, Sgt. Bonnin will not Find why, Just Because a inmate doesn't mean this C/O is Right? For Sgt. Bonnin not liking too, make this C/O think wrong is Right, this make Sgt. Bonnin in The wrong.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? This wrong.

I want Sgt Bonnin too come and Talk To me, I Have a Proble with C/O Gracy, I don't understand why He will not amit That He was wrong, a Fix This Problem, I Have Talk To C/O Gracy, and He No That it was a misunderstanding, But He will not make it Right.

OFFICER RESPONSE OR FINDING? I/M MATHIS WAS NOT REQUIRED TO RECEIVE MILK ON HIS DINNER TRAYS FOR NURSING. UPON I/M MATHIS REQUESTING A MILK TRIED TO MANIPULATE THIS C/O INTO GIVING HIM A MILK. I/M WAS INFORMED IF HE DOES NOT RECEIVE A MILK AS HE STATES A SANCTION WILL BE WRITTEN FOR MANIPULATION.

SGT. ON DUTY RESPONSE: 5/25/05 I/m Mathis I was Here when The nurse told the C/O Gracy That you do not recieve a milk. I will Not Talk to you About the right of Appeal II. Again That Is how you Tell your side. If you Break The rules you will be wrote up. I will speak with you about any other matter. SMT

I/m Mathis There is no Misunderstanding, you attempted to get the C/O to give you Milk when Milk was not required with your dinner by the Nurse or The Kitchen. I checked on this myself. Commander McCarty. 5-26-05!

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 5-26-05

CORRECTIONS OFFICER SIGNATURE: C/O [signature]

## INMATE GRIEVANCE FORM

DATE: 5/26 _____ 2005   POD/CELL LOCATION: F-1

INMATE NAME: RAymond MATHiS   INMATE NUMBER: 29402-

NATURE OF GRIEVANCE OR INFORMATION: Too Commander, William McCarTy, Sir
WROTE a GRIEVANCE Form, on Sgt. Bonnin, C/o Gracy, about This
action i was writing a Sir, on "Resopong on C/o Gracy, State that He call The
RSE and ask Her if a mike come's waTH my Tray, Nurse, Sade No, So C/o Gracy
i Sgt. Bonnin, Tell C/o Gracy To write me a sanction, with out Fining out why
getting a mike For with my meal's, He Just asome that Im maniPuloteing,
The FacT is i Have goT a mike, The Day i sTarTed my High FiBer Diet,
Gracy State's i was getting a Buck up, Sir, Im not Wrong, This mike come
H This Tray Day one, How was i To Know it didnt? over a month i got a mike,
WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? i cant sit Back a Take A Fall For This
This is a misunderstanding.

Sgt. Bonnin sHould Have Found out WHy a mike was coming WitH
This Tray, it was coming From The kiTcHen, How was i so polet Tao No
it didnt come with The High Fiber Tray, even after a C/o Gracy Fine
out That Im on a HigH FiBer Tray, Because He THougHt That i got a Regula
Tray, But now He No THaT Im on a High FiBer Tray, He new He was wrong,
But Sine He Found out THAT i wrote it up, He got up set, a wouldn't cHange it,

OFFICER RESPONSE OR FINDING? He Told me He would make This RigHt, now He will not
This is wrong..

_____
_____
_____
_____
_____

SGT. ON DUTY RESPONSE: _____
_____
_____
_____
_____
_____
_____
_____

* * * * * * * * * * * * *  DO NOT SIGN UNTIL YOU HAVE READ RESPONSE  * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _____

CORRECTIONS OFFICER SIGNATURE: _____

# INMATE GRIEVANCE FORM

DATE: 6/19/ , 2005    POD/CELL LOCATION: F-5

INMATE NAME: Raymond MATHis    INMATE NUMBER: 29402-

NATURE OF GRIEVANCE OR INFORMATION: To Commander, William McClary, Sir,¹
I Have wrote Grievance form on Sgt. Bonin, for not allow my
Grievances and Request form's, Sir, Sgt. Bonin was sceaning my
Grievance and Request form's back with out the copy's on them
Sgt. Bonin No He was wrong All C/O's No this was wrong, Becouse
I ask them!! Sir, why wont you ask??

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I Askive For this Sanction to be
invastigated, That Sgt. Bonin wrote on me, if I was wrong
why wrow, Sgt. Bonin, would Have Now put a Note in
The cube, State that the inmate Have to Ask too turn
The T.V. Before sitting on the Table and turn the T.V.
For over a year inmate Has got on the Table and turn
The T.V. and today inmate allow to do it the same way
there is No Remote For the T.V. in F-Pod No Remotes...
I want this punishment, Taking off me...
OFFICER RESPONSE OR FINDING? I want my visit and commisary back...
please...

SGT. ON DUTY RESPONSE: I/m Mathis, Sgt. Bonin advised you were written
a sanction for climbing on the table without permission to
change the channel on the TV. I have been to the control
room, I have talked to the c/o's. I know the remote does
not work. You were written a sanction for not getting
permission to change the channel. You already have back
problems and If you fall off the table, you could
really injure yourself. The c/o's advise me that an I/m
has to ask them for permission to change the channel. Not just
climb on the table at any time and you should not be on the
table with your injured back – Commander McClary 6-20-05

* * * * * * * * * * * *  DO NOT SIGN UNTIL YOU HAVE READ RESPONSE  * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 6/20/05

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 6/13/05 _____, 2005     POD/CELL LOCATION: F-Floor

INMATE NAME: Raymond Mathis     INMATE NUMBER: 29102-

NATURE OF GRIEVANCE OR INFORMATION: WHEN I WAS in lock Down, I was Not Allow Too Have Anything To set on But Iran For 12 Hrs a day it Put me in alot of Pain, Too my Back and my Hemorrhoil my Hemorrhoil are Bleeding again and swollowing again I Im sleeping on the Floor in F Pod For over Two week, In Pain Dayly, I Have ask for over a week For some For Pain, and I Having got Anything From Nurse, spencer not even a Request Form Back.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I Need Too see Somsone about The Pain in my Back and something For my Hemorrhoil and This Floor Has my Back in alot of Pain. I could like Too see Doctor, Banner.

OFFICER RESPONSE OR FINDING? Seen in medical 6/14/05

SGT. ON DUTY RESPONSE: I/m Mathis, Thats why you should not be climbing on the table - if you fall, your back will be in a lot more pain, then - Nurse Sparker advises you were seen in Medical on 6-14-05 - Commander McCarty 6/20/05

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 6/20/05

CORRECTIONS OFFICER SIGNATURE: C/o Burr

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 6/9 _____, 2005    POD/CELL LOCATION: F-Pod

INMATE NAME: Raymond MATHIS    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: To commander W. McCarty, SIR," THE #3 Remote in The kulb Dossn't go to the T.V. in F-Pod, Fact is c/o's Have Allow The inmate's in F-Pod Too Turn The T.V, Sgt. Bowin know's His, and Evry c/o that work Back Here know's This, SiR, "if you Take A min. if your Time and Just ask, The Truth will come out, if you Allow Sgt Bowin Too Punish me This Time, He will Not Stop, He No's He wrong, This Not Funny anymore, SiR," Please Just Ask The c/o Back Here, How The Tv in F-Pod Has Been getting Turn, Please, 2 min. of your Time

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I want you Too ask The c/o's That Work A-H-Pod "How Doss F-Pod get There T.V. Turn, and Fins out if The #3 Remote in The cube work on The T.V. in F-Pod, and if Sgt. Bowin knew This, inmate Has Been Turn The T.V. in F-Pod For over a YEAR, and All The c/o's and Some of Sgt's know This.

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: 6/9/05  F/m Mathis This Has Been Answered by The Rules.

Sgt Bm

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 6-9-05

CORRECTIONS OFFICER SIGNATURE: C/O Zipp

INMATE SIGNATURE: Raymond Mathis

## INMATE GRIEVANCE FORM

DATE: 8-3 , 2005    POD/CELL LOCATION: E-Pod

INMATE NAME: Raymond Mathis    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: There are inmate's people That are coming off The Strut, That doesn't know if, That if They have mowny on the Book, They are not write C/o Skelton about Showre Shor's, and there is nothing in The Rule, That state That, But" C/o Skelton is writting inmate's up, with out Finding out when They came too Jail, and if you come on a Monday, it Two #2 week Before you can get The Store, and By Shower Shor's.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? C/o Skelon, Should put up a memo, That state This Problem, inmate That Frist came in should not Be wrote up For something c/o skelton so should give too inmate anyway, if c/o skelton would put up a memo, Please,

Too, Commandsly, W. McCarty - Thank You

OFFICER RESPONSE OR FINDING? Each inmate booked into This Jail has an opertinity to have Family Friends Etc bring in a porkage with in the 1st 72 hrs Clothing Hygene Etc can be brought into the Jail and even Shower Shoes after that the Items are available off the Jail Commissary if the person has Funds, if not they may recieve an Indigent Package From me there are inmates in the Jail that request Items with 100=0 of Dollors and Expect to get Hygene Items for Free and Eat like a King with 40=20 Draw of Snacks Etc — Nothing in life is Free—Nothing and I will not give away Funds of this Department furnished by the Taxpayers of this great Coty and State to those inmates that can afford to pay their own way and are not Indigent - and wish to beat the System, pay as you go and learne by mistake. E.O.S C/o Skelton property 8/3/05

* * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 8-4=05

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

**INMATE GRIEVANCE FORM**

DATE: _8/9_ _____ 2005   POD/CELL LOCATION: _E-10_

INMATE NAME: _Raymond Mathis_   INMATE NUMBER: _29402_

NATURE OF GRIEVANCE OR INFORMATION: To: William McCarty, the commander of the Houston County Jail, Sir, I'm writing you because you put out a memo, that stats if any inmate that get money sent in and old meco, that meco will take half of it and the other half will belong to the inmate, well Sir, Sgt. Turner did not understand this memo, Because Sgt. Turner toke half of my money on 6/20/05 and the other half on 6/22/05, Sir Turner stated too me she toke the other half of my money Because i didet spen it, I culd not fill a commisary till 6/26/05 ...

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Commander W. McCarty, Sir I would like for you to look at my Account Summary, and see that Sgt. Turner did just what Im saying, then Sir, i would like my money put Back on the Book, Please, Sir, I'm ask you too Pleass look in to this matter and you will see what Sgt. Turner did, Sir your name is on this memo, and Sir i look for you too make this right Sir, Please let me know as S.A.P. Please
Thank you...

OFFICER RESPONSE OR FINDING? _____

_____

_____

_____

_____

_____

SGT. ON DUTY RESPONSE: I/m Mathis when you owe medical and you have money on the books, the money owed to medical will deduct - if you did not order Commissary and you still had a balance, when time comes around again and you still owe medical, then it will deduct the Medical again - Commander McCarty 8/11/05
As long as you owe Medical and you have a balance, in your allcount then the Medical will be deducted -

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _8-10-05_

CORRECTIONS OFFICER SIGNATURE: _C/O Sapp_

INMATE SIGNATURE: _____

## INMATE GRIEVANCE FORM

DATE: 8/15/05 , 2005    POD/CELL LOCATION: E-10

INMATE NAME: Raymond MATHIS    INMATE NUMBER: #29402

NATURE OF GRIEVANCE OR INFORMATION: My Money was Taking From The So call Account, of The Houston County Jail, Commander, William McCarty is putting out False Memo's and The Commander W. McCarty is signing The memo, and Then He Allow Sgt. Turner Too go back and Take inmate's money off The Account Book, Commander W. McCarty State on The memo, That any inmate That Have money sent, and if you old MECO, That Half of The money go Too meco, and The other Have go's inmate, but when The inmate's money come's He Allow Sgt. Turner Too Take off All The inmate's money.!

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I'm not a State inmate, I Have All my Right, what Sgt. Turner and Commander W. McCarty are doing with inmate's money, and False memo, is against The LAW, Really it is criminal, and Really it's stilling! I want my money sent back Too seever, Please, I'm not going To stop Till The money is Put back or sent back Too seever, I'm not The only one That He commander, W. McCarty and Sgt. Turner Has Taking money From, This is a Criminal Act. That's got Too stop !!

OFFICER RESPONSE OR FINDING? I/M Mathis, Someone sent a moneyorder Made out To Houston County inmate Account fund with your name on it - You are not requred To Sign This Money order since it is Made out To Houston Couw- inmate Account fund - when the money order was deposited on 8-20-05 you had a medical balance of $629.50 and ½ of the $20 was automatically deducted for medical - Then Ms. Britt entered

SGT. ON DUTY RESPONSE: The commissary orders on 6-22-05, and you did not order any Commissary, so the other $10.00 was automatically deducted because you had a medical balance of $619.50. Had you ordered Commissary the medical would not have been deducted until after the Commissary was but since you did not order, medical was automatically deducted - And there is nothing Criminal about That and The fact That you have a medical balance of $668.00 as of 7-22-05. I/M Mathis you have never had a balance in your inmate account since August 2004. So I don't know what you mean when you say "This has got To stop!"
Commander McCarty 8-15-05

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 8/15/05

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 7/10 _____ 2005    POD/CELL LOCATION: F-1

INMATE NAME: Raymond Mathis    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: To. Commander, william McCarty, sir, I have been lock down for ten day and I have only been allow two time out for my hr. sir, I have ask sgt Jones if I could come out between 9:30 pm to 1 pm, so I can try to get a bath in, But I have not, sir, I take sleeping Pills at night and I sleep by 10:30, that why I don't come out 11:00 to 7:00 Am, Im sleep that why Im asking to come out at, 12:00 to 1:00 pm or 2:30 to 3:30 pm, or 9:30 to 10:30 pm, Im allow 1 hr. a day like every other inmate that getting there hr out, But every time it come to me and the sgt.s rule changes.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Sir you shouldn't have to dill with card or thing But Here we are aggin, I want my hr like all the inmates in this Jail, Do too the fact i take sleeping pill, I should be able to come out when all the other inmates are lock down, Though the day time, or 9:30 to 10:30 pm, Sgt Bowin is the only sgt that allow to out.

OFFICER RESPONSE OR FINDING? P.S. Im sending you a letter in the mail, monday. stated this.

_____

_____

_____

_____

_____

SGT. ON DUTY RESPONSE: I/M Mathis you are correct I should not have to deal with this, I have gone back and checked and since 7-1-05 you have rolled out 4 times for shower and exercise, the other times you have refused with the exception of 7-10-05 when no one rolled out due to the weather. This was thru the 10th of July - So you have been offered an opportunity you just didn't take advantage - when you have an hour out you should take it -
Commander McCarty 7/13/05

* * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 7-14-05

CORRECTIONS OFFICER SIGNATURE: Nunn

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 7/8, 2005     POD/CELL LOCATION: F-1

INMATE NAME: Raymond Mathis     INMATE NUMBER: 29402-

NATURE OF GRIEVANCE OR INFORMATION: To. Commander W. McCarty, Sir I have been on lock down one week, and I have other week to go, being on this iron 12 hrs. A day is got me in alot of pain, my back and hand and my hemorrhoidal, now I'm bleeding, again, baddder then before SPR, I have taking off my pain pill's and Tyrol like not helping, at all. SPR, nurse Laura his been trying hir Best to help me, But I need to see a Doctor, the last time I went to the Rest Room, I was is so much pain, and I bleed so much, I ask you to stop in and get me to a Doctor, please..

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Sir, W. McCarty, Commander, I need for you stip in and get me to a Doctor, fee Test's please... Somsthing is not right, I see step's when I go to the Rest Room!! Nurse, Spijosse will not write Back too me.

OFFICER RESPONSE OR FINDING? Lab work has been done, which is normal, not showing any blood loss.

SGT. ON DUTY RESPONSE: I/m Mathis, Lab work has been done which was Normal, The lab work showed No blood loss—
Commander McCarty 7/13/05

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 7/14-05

CORRECTIONS OFFICER SIGNATURE: 

INMATE SIGNATURE:

## INMATE GRIEVANCE FORM

DATE: 7/10 , 2005   POD/CELL LOCATION: F-1

INMATE NAME: Raymonce MATHis   INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: To. CommanDER William McCARTY
SPR, I HAVE BEEN lock DowN 10 Days, and I HAVE BEEN
Allow only Two Time out For my Hour, A Day, I HAVE
ask Sgt Reyonds and SHE will Not allow me out Beteen
12.00 Pm and 1.00 Pm. WHEN inmates are lock down, Sir
I Take sleeping Pill AT Night, and By 9:00 and 10:00 Pm
Im sleep, This is WHY, I don't come out From 11:00 Pm Till
7:00 Am, I Have Told Sgt Reyonds This, and SHE will NoT Allow

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT ME To come out.

SPR, BETEEN 12:00 Pm and 1:00 Pm in mate are lock Down
THE Same inmate THaT are sleeping on THE FRont, are out I AskE
BETEEN 10:0 Pm and 7:00 Am, so, i SHould Be allow my Hr.
out THE c/o Scale it would Be Alright, But Sgt Reyconds
want Allow it, Sir, I Need To Take A BatH, Sir. Can you
Speak with Sgt Reyonds, Please, How come WHEN it come To me
Rule cHargEs, WITH THEse Sgt's. ??? You SHould

OFFICER RESPONSE OR FINDING? NoT HAVE To ⊗ Dill with This, you
PiS, Im sseeing you a ⊗ THank PP
lEtter in THE mail, StatEd
This.

SGT. ON DUTY RESPONSE: Responded 7/13/05

Commander McCarty 7/13

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 7-14-05

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 7/14 2005    POD/CELL LOCATION: F-1

INMATE NAME: RAymond MATTHIS    INMATE NUMBER: 29402-

NATURE OF GRIEVANCE OR INFORMATION: I Have wrote A Grievance Form About getting my Hook Hr. out Before $3 Shift come on, I Take sleeping Pill at The last Pill call, on Between 9:00 Pm and 10:00 Pm, I'm on my way Sleep, I ask Sgt. Jone if I could a ksi to come out By 9:30 so i can Take A bath, But Tonight I was not Allow out C/o Basket wouldn't Red let let me out for my Hr. She will not allow me To Put my Tray's out, She Act like i'm in a Killward OR Just Because i'm lock-in my cell She Don't Have To do anything for this every/time She work Bock here, I'm Not on lock-Down or on P.C. I Just can't Roll out when The other inmate are Roll out.

WHAT DO I WANT - im inmate's Roll in AT 12:00 Till 1:30 Pm. and aggin AT 2:30 Till 3:30, I should Be ABle To come out and Take A BATH For my Hr. I WANT TO Here From The commander McCArty, So if so Ill Have something to show The C/o's, Please if So it only #5 more DAYS and i will Be ABle to come out with the

OFFICER RESPONSE OR FINDING? other inmate's. Thank you

SGT. ON DUTY RESPONSE: 7-15-05

I/m Matthis, you are on P.C. as long as you have the cast on your arm, you can't roll-out with the other inmates. You will continue to roll-out from 10 till 11 pm until the cast is removed.

Sgt. Jones

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 07-15-05

CORRECTIONS OFFICER SIGNATURE: C/W

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 7/14 2005    POD/CELL LOCATION: F-1

INMATE NAME: RAYMOND MATHIS    INMATE NUMBER: 29402-

NATURE OF GRIEVANCE OR INFORMATION: I HAVE WROTE A GRIEVANCE FORM ABOUT GETTING MY HOUR HR OUT, BEFORE 3 SHIFT CUME ON, I TAKE SLEEPING PILL AT THE LAST PILL CALL ON BETWEEN 9:00 PM AND 10:00 PM, I'M ON MY WAY TO SLEEP, I ASK SGT. JUNE IF I COULD A KE TO COME OUT BY 9:30 SO I CAN TAKE A BATH BUT TONIGHT I WAS NOT ALLOW OUT C/O BASKET WOULDN'T ROLL LET ME OUT FOR MY HR. SHE WILL NOT ALLOW ME TO PUT MY TRAY'S OUT, SHE ACK LIKE I'M A KILLER OR JUST BECAUSE I'M LOCK-IN MY CELL SHE DON'T HAVE TO DO ANYTHING FOR ME THIS EVERYTIME SHE WORK BECK HERE, I'M NOT ON LOCK-DOWN OR ON P.C. I JUST CAN'T ROLL OUT WHEN THE OTHER INMATE ARE ROLL OUT.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? WHAT DO I WANT - IN INMATES ROLL IN AT 12:00 TILL 1:0 AND AGGIN AT 2:30 TILL 3:30, I SHOULD BE ABLE TO COME OUT AND TAKE A BOTH FOR MY HR. I WANT TO HERE FROM THE COMMANDER McCARTY, SO IF SO I'LL HAVE SOMETHING TO SHOW THE C/O'S, PLEASE IF SO IT ONLY 5 MORE DAYS AND I WILL BE ABLE TO COME OUT WITH THE OTHER INMATES.   THANK YOU

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE: 7-15-05

I'm Mathis, you are on P.C. as long as you have the cast on your arm, you can't roll-out with the other inmates you will continue to roll-out from 10 till 11 pm until the cast is removed

Sgt. Jones

* * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 07-15-05

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 8/10/ _____, 2005    POD/CELL LOCATION: E-10

INMATE NAME: RAYMOND MATHIS    INMATE NUMBER: 29402-

NATURE OF GRIEVANCE OR INFORMATION: There all Bug on This Pod That
is Biting inmate, me and other inmate's Has Been
Bitting and Have To Be Seen By The Nurse, Sleeping
on The Pod Floor's in The Day Room, There All
kend of Bug coming in From some where. inmate's are
not sopos To Be on The Floor anyway and stat's inmate
Its agest The Law For stats inmate Too Be on The
Floor.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Just informing you That inmate
Are Being Bit by By Bug, and Have Too Be Seen By The
Nurse's, The Bit's are Bad and inmate's Have Too go Too
The Nurse...

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: I/m Mathis, we will check on the insect
problem - Cammula McCarty - 8-17-05

* * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * *

8-17-05

DATE GRIEVANCE RETURNED: _____

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: Raymond Mathis

# INMATE GRIEVANCE FORM

DATE: 8/16/05                    2005    POD/CELL LOCATION: E-10

INMATE NAME: Raymond Mathis    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: C/O Bush, was passing out tray and on my tray there was something missing the cake, or appelsuse so I ask c/o bush, and she said I would have to take it up with somione els, so I ask for the sgt and sgt. Jones stated if I sopose to get cake he will get it, but he dont come back, so After a hour or so he come back, so I had to call him back, and ask him Agrir, and said the same thing, I knew the kitchen was close and just like I thank he has not came back..

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I'm just like all the other inmates in this jail, and my tray is sopose too be like every other inmate, and when you have too go to the sgt. to get a tray like every other inmate, And when a sgt. have too come back to a pod because of this, he should do his job, if the c/o wont do it, I want my appelsuse on my tray...

OFFICER RESPONSE OR FINDING? Like I told Mathis, if I don't know for sure, I have to ask the person in charge of what they want to see if it's what I politely told him I'll check and le not mad. The kitchen supervisor said he was not off cake and he knowes that. And I told him when others get time they'll check on things. inmates need grow up. ao Bush 8-16-05

SGT. ON DUTY RESPONSE:

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 8-17-05

CORRECTIONS OFFICER SIGNATURE: D Moore

INMATE SIGNATURE: Ray Mathis

## INMATE GRIEVANCE FORM

DATE: 8/16/05 , 2005    POD/CELL LOCATION: E-10

INMATE NAME: Raymond Mathis    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: is About you commander, William McCarty on Are allowing Sgt. Turner too take inmate's money, I have show you this in Black and white, on 6/20/05 a money order came too me, and on 6/20/05 you and Sgt. Turner toke Half of it for meco Then you and Sgt. Turner toke the other Half on 6/22/05 that was on a wed, you can't put in a commissary form till 6/26/05, The money was gone before Sunday, that's the only day you can put in a commissary form, can you understand what I'm saying?? you put that memo out stateing/meco whould get Half and the inmate

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? would kept the other Half, and you sign this memo..

I want that money sent Back, that money order was not sign By me, and I did not sign anything saying you and Sgt. Kim Turner could sign my name on anything, like I say seds this is a crimnal act. and it must be stop!! And it will, Right now I'm Try too give you William McCarty and Sgt Kim Turner the chern too make this

OFFICER RESPONSE OR FINDING? Right!!

I/M Mathis The Money order was posted to your account on 6/20/05 which was a Monday - as soon as it posted $E$ came out for medical $10.00 Then The commissary orders were taken up on Tuesday evening June 21 and you did not turn in an order. had you turned in an order the commissary money would have been deducted at that time on 6-21-05. you did not so on 6-22-05.

SGT. ON DUTY RESPONSE: Medical deductions were made again because That's when they are made and that's when the $10.00 came out - you could have ordered commissary and did not so when it came time for the med. deduction it was deducted - As far as the money order - the money order does not have to be signed by you - it is made out to Houston County Inmate Account and is deposited in your account - This is not a Criminal Act - This is the way the commissary works -

Commander McCarty
8-16-05

* * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 8-17-05

CORRECTIONS OFFICER SIGNATURE: Cpx. Moore

INMATE SIGNATURE:

## INMATE GRIEVANCE FORM

DATE: 8/29 8/19 , 2005    POD/CELL LOCATION: 2-10

INMATE NAME: RAymond MATHIS    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: AFtεr Rood Roll in at 9:30 P.m. I Left My Blanket out side my cell, so i ask one of the inmate to ask C/o BusH if I could get it, she, C/o BusH Told The inmate ThaT she was going to come Around, so when she come To my cell I ask C/o BusH, if I could get my Blanket, c/o BusH said To me, you cant get shit, from me But lock Down, and then c/o BusH walked off Tor Pod F, and I didn'T get my Blanket ThaT night.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I wanT The hearing with c/o BusH and sgt. Songs For The sgt. sanction They wrote on me, so i can show ThaT c/o BusH is unPoP, in Her SoP, and That The only reason c/o BusH wrote This sa sanction is Because I asked To see The sgt. c/o BusH is usey BendisTion ⟨unFar⟩? agissT inmate, and usey ⟨unFar⟩? and I can show How, Please give me a Hearing.

I want To show ThaT The only Reason c/o BusH wrote This sanction is Because I asked To see The sgt.

OFFICER RESPONSE OR FINDING? First of All, I asked NoThiNg To I/m MathiS. And I Told The other inmates That I am only relieving the Flood officers But when they get Back what they need they can ask them. Like I Told I/m MathiS Before, I am here to enForce rules and requlations- not do what inmate want me 40 do.

SGT. ON DUTY RESPONSE: 8-20-05
I/m Mathis, count yourself lucky that you didn't receive a sanction yesterday for having your blanket out in the dayroom. That is a violation of rule #12, the last line of which reads, "at no time will mattresses or bedding be allowed from the cell to the dayroom area". C/o Bush stated that she did not talk to you about the blanket. C/o Bush does not have to get your approval as to her job performance ; she is evaluated by Sgt. Bonin and myself. If you have a problem on a sanction written on you, appeal it. Otherwise, there will be no hearings.
Sgt Jones

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 8/20/05

CORRECTIONS OFFICER SIGNATURE: N. Morris

INMATE SIGNATURE:

## INMATE GRIEVANCE FORM

DATE: 8/20, 2005    POD/CELL LOCATION: 2- Pod - Cell

INMATE NAME: Raymand MATHis    INMATE NUMBER: 29402-

NATURE OF GRIEVANCE OR INFORMATION: Commander, of The Houston County Jail Sir, I wrote a GRIEVANCE FORM on Sgt. Jones and c/o Bush, That Sgt. Jones Allow c/o/Bush To Broke Rules's and know This c/o is Broking Rules's not Always writing FAlse SANCTion, The only Time This c/o will write SANCTion on is if a inmate write on or ASK To see a Sgt., Sgt Jones AmI Down Too 2-Pod The DAY i ASK For Him, and I Told Sgt Jones wHAT 3/Bush sads To Me, That I Had Too Take NUT getting a cake or Desert in my Tray with someone c/s, and close The Pod Door, THen Sgt Jone Turn around And Allow c/o/bush To write me A SANCTion.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? if Sgt. Jones will Allow This This c/o Too Do This Time and Time agai', if a inmate write This c/o/Bush up and after THen Sgt. Jones Allow This c/o Bush Too write THe inmate up, This Need To Be stop and Sgt Jones Need To Be inggstsrgate By The Commander c/o Bush is Always Acting not unPorFassion around The inmate's and wHen a inmate write HER up, Sgt Jone allow c/o Bush Too write THe inmate up and you know How THat WORK !! I'm ask you Commander, williar MctarTy To look in To This.

OFFICER RESPONSE OR FINDING? This is For Commander, William MetarTy

SGT. ON DUTY RESPONSE: This is For Commander, willia McLarTy
8-22-05
I/m Mathis, if you are not satisfied with a response to a grievance you need to send a grievance appeal to the Commander and he will respond to that.
Sgt. Jones

* * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 8/22/05

CORRECTIONS OFFICER SIGNATURE: C/o A Bant

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

POD/CELL LOCATION: B-5

DATE: 8/25 _____ 2005

INMATE NUMBER: 29402

INMATE NAME: RAYMOND MATHIS

NATURE OF GRIEVANCE OR INFORMATION: Sgt Jones Had Me Put in Lock-Down on 8/22/05 and my out Date was 8/26/05, Sgt. Jones know that I come off on 8/25/05, At 9:30, I Have told the c/o's @ Night that I sopole to come off on 8/25/05 even show the c/o The Sanction with the out Date, Respure I dont know But it ofter 11:00 Pm and Im still in lock-Down, Feist my Appeal come's up missing and now I cant get out of Lock-Down, what going on, can the c/o's and Sgt. Just Do me anyway they want? WHAT Do i need too Do, to get these Pooplk off me, ??

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I would like to know why is the c/o's and Sgt.'s are allow to treat me anyway they want, this is cruel and unusual punishment if I Have Been in this Jail a year now, and the only Person the Sanction or a Appeal ever come up missing is my's, How can this Happen, But that dossnt mean A thing I still get Punish anyway, How?? my Nerves are so Bad Now, I dont know what to do, Keeping me on lock-Down has take me out this Time, This is All I can Take, ... I WANT OFF LOCK-Down, I Have Don my Time For that Sanction...

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE: 8-27-05
I/m Mathis, you were released from lockdown on 8-25-05 right before shift change @ 2300 hrs. approximately. In fact all Lockdown inmater who came off lockdown that night were moved at that time.

Sgt. Jones

* * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

8/27/05

DATE GRIEVANCE RETURNED:

CORRECTIONS OFFICER SIGNATURE:

## INMATE GRIEVANCE FORM

DATE: 8/28 2005  POD/CELL LOCATION: F

INMATE NAME: Raymond MATHiS  INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: # Commander, William McCarty, SiR. Sgt. Jones, and C/B Bush was on Duty Tonight and Sgt Jones was walking ground the Jail, looking in the windors and saw in and inmate, Trunttee Room a can of slim and a can of comert and a Botter of ensur, All The Thing That inmats are know away Not wrote up a sancToon, if it was me, Sgt Jons and C/B Bush world of try too give me a free world case But This inmate is still an Trustee, This same Trustee That Had A fright The Day bctor 6 Sir, sgt Jones Allow C/B Bush To prrite me up for ask for

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? A coke. C/B Bush was The one That went in the Trustee Room and got these can out of His Room, But DiDnt write Him up...

I would like too know why C/B Bush was allow too write me up, But Sgt Jones Did Not tell C/B bush to write This Trustee up, Im write you in The mail, This copy of this, and Im wate for you to write Back...

Sgt. Jones is wrong for Not writing This up...

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: I/m Mathis, what one I/m does and receives has no bearing on the way Things are run here — One I/m may not have receiued as Many Sanctions as another — The penalties cannot be compared belause of this — and some inmates receive warnings instead of written sanctions — I/m Mathis, Just Take care of your self and your business. Commander McCarty 8/30

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 8-31-05

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

**INMATE REQUEST FORM**

Date: 8/29/05

To: Commander, William McCarty

From: Raymond Mathis

INMATES # 25402

C/O SIGNATURE Mons

SR C/O SIGNATURE

NATURE OF REQUEST Sir, I'm writing you asking if I have too sign Something That sads I will Pay too see a Doctor, I will Do so, Please, There is something wrong with my Right Hand, and my Hand is swollong and my is so week, and I can't close it, and I'm in Pain... PLEASE !!

ACTION TAKEN

Do Something

Thank you

A. S. A. P.

!

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

**INMATE REQUEST FORM**

Date: 8/29/05

To: Commander, Willain McCarty

From: Raymond Mathis

INMATES # 29402 - F. Floor

C/O SIGNATURE Mons

SR C/O SIGNATURE

NATURE OF REQUEST Sir, I went too see nurse, Hathway, I try too explane To Here That I sign That Form not to Have my Follow up Because I was on lock-Down #22 Days and 24 Hrs, I was not Allow out of my cell even for my Hrs, I try too explane That I could not stand Be lock-Down Anymore, Thats why, I was soppse too go for a follow up in #21 Day But the nurse, didn't make the apointment, so it was going to take longer, and I just nurse, Hathway, knew what lock-Down feel like, Because she

ACTION TAKEN Do what no what it lock-Down is All about, I don't Think so.. What I'm saying is to think my Hand is still Broke, and if This Jail don't want To pay for it, I will Sign Something and I will pay for it... But one way or other I need Too see a Doctor, nurse Hathway wouldn't even look at my Hand Please. I need something for the Pain, and I ... T Too see a Doctor...

# INMATE GRIEVANCE FORM

DATE: 8/29, 2005    POD/CELL LOCATION: F-Floor

INMATE NAME: Raymond Mathis    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: Commander, and Nurse, Speigner, I seen Nurse, Hathway Today, and she Refuse too look at my Hand I think my Hand is still broke, and should be seen by Dr. Banner or Nurse Spigner, nurse, Hathway is the same nurse that would not let me see a Doctor, on a real nurse, someone in power and know what to do or look for in a broken Hand, this nurse, Just said No, I try to explain But, you cant explain anything too her when she thing she's in charger and she should never be in charge, of anything, and I know she dont like me and being in pain, always make her feel good, if not, if my Hand is broke, How can she

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? |Say No Too Treating me?|

if I have to sign something saying I will Pay, I will, I need too see a Doctor, my Hand is giving me alot of problem and alot of pain!! seeing Dr. Banner is not Fare anyway, and seing, nurse, Speigner is allow not too treat me, I will like to see Dr Banner, Please, Im writ the commander, and Asking that same thing From him..

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: I/M Mathis, I believe you pulled the cast off that hand against the doctors' orders - Now you want the nurses to fix your hand - you need to listen when someone in the medical field tells you something - I will talk to medical and see if they can do anything for you -
Commander McCarty
8/30/05

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 8-31-05

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

## INMATE GRIEVANCE FORM

DATE: 8/30 , 2005    POD/CELL LOCATION: F-Floor

INMATE NAME: Raymond Mathis    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: To Commander, William McCarty Sir
inmate's Have complaining About not getting copy from there
grievances form and Request form, some of the c/o's' stated
that the staff Hes been throwing them away, and none of the
Request or grievance from coms's Back with the copy's, and the c/o
will not allow the inmate's to kept the white copy's

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? if the inmates seen the white and
the copy, then when it come Back with out the copy the
inmate should be able to kept keep the white part, the
inmates Hes the right to a copy, this why there's a copy
on these form, the sgt's and the cp's Dont want some
of the Respone they give Back, they Dont want the inmate
to Have it Because they a very wrong or Dont make sense,
if cp Bring these form Back with out copi's inmate's should be able
too kept the white copys.

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE: i/m Mathis, All i/m grievances
are kept in the inmate's jail file, so if they are
ever needed in the future they are in the file —
Copies are Not allowed to be kept because of
the fire hazard they would present— Yours
alone would fill up your cell drawers— or
a sack full and eventually they get to be
too much to be kept in a i/m's cell—
Commander McCarty 8/30

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 8-31-05

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

## INMATE GRIEVANCE FORM

DATE: 8/30 , 2005    POD/CELL LOCATION: F-Floor

INMATE NAME: Raymond MATHIS    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: Today my Legal MAIL was Brought To Me opeN, FROM THe C/O's, I Ask To See THS Sgt, and Ask THE C/O's where did THey get THis Legal MAIL FRom and C/O STATed Sgt DAVIS, THis is a CRimiNal Act, To opeN legal mail, is a Federal Fines, you Have BRokiN THe Law, And Im iNfoRm you, I Thought THat my mail, was BeiNg mes witH, Now it TRue, and SomeoNe Need To Tell me wHy was my Lawsuit Legal mail opeN, and wHy was so maNy STAff office Hand oN it?? A.S.A.P.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? waNT To kNow How and wHy my legal MAIL, my Lawsuit agaiNst THe HoustoN couNty JAil, Legal mail opeN?? , A.S.A.P.

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE: 8/31 No one opened your "legal" papers! It was sent to the jail by from Circuit Clerk's It was sent just as you received it! There was not an envelope it was sent in just as you received it is the same way I did! As for any tampering. if you feel or it's being messed with, you need to address it wy the receptionist, because there's nothing pertaining to you that I need or care about. Sgt n paw

* * * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 8-31-05

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 9/5/ 2005          POD/CELL LOCATION: F. Floor

INMATE NAME: Raymond Mathis          INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: Too Commander, William McCarty, Sir, once Bays again, Sgt. Turner wants too keep the inmates down, inmates in C-Pod want some one that may be able too help him them in the Law/library, Sir. what is up with this Sgt. Turner, yes she just hate inmates or is it a personal problem at home, when ever a inmate wants too try and help hisself, Sgt. Turner wants to be the one too stop, as much time you have, Sgt. Turner wants to be the one too stop, as she gets mad and tries too stop it Allow inmate the right to help themselves, Sir you Run this Jail, Sir. Anyway even if it means going one your Word, Sir you Run this Jail, Sir.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Commander, Sir, maybe you should take time out and talk with this Sgt. Turner, maybe she don't understand this some time she can be showed too understand that this is your Job too Run this Job, and she work for you, I need too try too help these inmate if I can, and if you allow this, Sir, I will send you a copy of this in the mail..

OFFICER RESPONSE OR FINDING? 9-06-05 Sgt Turner

## LAW LIBRARY

The facility has a constitutionally accepted law library for inmate use. The inmate must submit a request to the sergeant on duty to visit the library. The sergeant will arrange for use of the library by pod designation. Inmates cannot remove any book from the library. The facility does not provide a librarian.

SGT. ON DUTY RESPONSE: According to the new rules/regulations, you go by pods your pod does not go with C-pod and we do not provide a librarian. Read your new rules/regulations.

I/M Mathis, look at the mess you made on this grievance form. How you going to help mess up another I/m's forms, Commander McCarty 9/7/05

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 9/7/05

CORRECTIONS OFFICER SIGNATURE: Terry

## INMATE GRIEVANCE FORM

POD/CELL LOCATION: F-Floor

DATE: 9/6 _____ 2005

INMATE NAME: Raymond Mathis

INMATE NUMBER: 29402 29402

NATURE OF GRIEVANCE OR INFORMATION: Commender, William McCarty, I Told Sgt.
Bowin THAT This F. wet Paint got my Head is Hurt and my
CHEST Hurt Pain, and Sgt Bowin Sade So, this is Against my inmates
D Rightt's Too make a Person Sgt in a close Pod with wet Paint, this is got
To Be Against the Law Po Too make some Smell [  ] wet Paint I.
Im HAvin't CHest Pain, and my Head is Hurting BACk.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Im informing you THAT Im made To Set and
I Im wet Paint lork-Down in A F-Pod, I want the Sheriff informs THAT
I was made Too Set in a lock-Down Pod Smelling wet Paint Against
my will, I want Too inform THAT Sgt. Bowin made me Sit in this
Pod Smelling wet Painting. I want Too move off this Pod
A.S.A.P. Im Sick and my CHest is in Pain.
                    Raymond Mathis

OFFICER RESPONSE OR FINDING? _____

Copy To SHErIFF LAMAR GloveR
To.

SGT. ON DUTY RESPONSE: 9/6/05 F/m mathis You can write All DAy long
Your pod Is not The only Pod That has Been Painted.
You will Remain In F Pod F/m mathis was seen By
The Nurse Lazenria
                    Sgt Bow

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 09/06/05

CORRECTIONS OFFICER SIGNATURE:

# INMATE GRIEVANCE FORM

POD/CELL LOCATION: 29402 1

DATE: 9/6 , 2005

INMATE NUMBER: 29402

INMATE NAME: Raymond Mathis

NATURE OF GRIEVANCE OR INFORMATION: Too, Commander, William McCarty, Sir," I am a grievance form on Sgt. Reynolds Sgt. Donix, About making me and F.Pod inmates smell wet paint all day Miss Sgt. B has Lock-Down this Hold Pod, Knew That wet Paint is a Danger too your Health and can kill, Miss Sgt's and Puting Drill wet Pain is a Danger too your Health and my head will stop Hurting, so Bad life in Danger, and I got Very sick and my head will stop Hurting, so Bad it had to see the nurse, this is against All legal Right's I wet Paint, and too close in Pod 24 Hrs. This is against Any legal Right" this is a nightmare, something like someone is Trying too kill me, my mian is Trying to understand what going on there.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I want the Houston county Shsriff Lamar Glouse to Be inform what these Houston county Jail staff are doing to the inmates in this Jail, I have Already wrote the shsriff a I writ and need to know what the commander, William McCarty, knows & say, Sgt. Donix told me that the commander, William McCarty, knows That we was lock-Down with the Paint smell, close in.!

There's got too Bet something Done About this, Because if you Allow this staff too Treat inmate's in this way

OFFICER RESPONSE OR FINDING? WHATS NEXT... This criminal!!

SGT. ON DUTY RESPONSE: I/M Mathis, the smell of paint will not kill you — we're Trying to keep the jail in order and keep it clean and safe for all the inmates and we get a complaint from you for doing this. Anything we try to do at this jail you complain about. you injured your hand and we sent you to the doctor, paid for it, then you go against the Dr's orders and remove the cast before the hand heals, now you complain you get no medical treatment. Everything is done for you, then you undo what's been done then complain. Commander McCarty 9/7/05

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

9-8-05

DATE GRIEVANCE RETURNED:

CORRECTIONS OFFICER SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 9/6                                    , 2005        POD/CELL LOCATION: F-Floor

INMATE NAME: Raymond MATHis                  INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: Too, Commander, William McClarty, Sir, Today Sgt Reyonds made F-Floor set in the Pod that has Just Been Painted, The smell is Loud and t Has inmate Head Hurting, this is wrong f# to make anyone set in a close Pod ## with wet Paint, the smell is Loud and making inmates sick, this Sgt Reyonds saw for Her self that the Paint is loud and ET's making inmates sick, and Sgt Reyonds Could have Done something it wrong to allow these Sgt's C/o's Play with people people life, that's what these Sgt's and C/o's have Done too Day. and on top of that C/O Bush was Lafin, bHe thought it was Funny

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Commander, William McClarty, what are you going to do about this, F-Pod is lock in the Pod with wet Paint, and C/O Bush I think it is Funny WHAT Cund of Place is this when inmate's are made too be lock-Down in a Pod with wet Paint, and you Sgt.s and Your C/O's are putting on other c/o's and Sgt's, Sgt Reyonds Run 7:00 till 330, staff we to know that this is a problem and could wrong For Someone Hearth, this Sgt Reyonds should step up, But Sgt Reyonds, wt always, saying someone els told Her... Why cant she do Her Job??

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE:   Already responded Cmdr. 9/7/05

* * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * *

DATE GRIEVANCE RETURNED:              9-8-05

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

## INMATE GRIEVANCE FORM

DATE: 9/7/ _____ 2005    POD/CELL LOCATION: F-Floor

INMATE NAME: Raymond Mathis    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: 9/6/05 I was trying to tell c/o's that the
the paint smell was making my Head Hurt, at this c/B Bush got the
Inmate c/o's to rush in with Her and I thought they was going to jump on me
sir" I have been writing Grievances Form on c/B Bush cund yesterday It Look
like c/B Bush was try to get me Hurt on get them c/o's Hurt, c/B Bush Though
that it was funny that some of the inmate Had Proble with smell, the paint
this c/B Bush is the Evil Person, An when and it will come out, this
c/B Bush should not Be working Here, and I will NOT Allow this c/o to get me
HURT.. hurt

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I don't want to Be
I'm just informing you, commander, William McCarty, I don't want to Be
Hurt By this c/o and He Evil ways, and these male c/o's want to Be
Hse Floor, inmate's know c/B Bush from the street, I will not sit Back An
Allow this c/BoBush to Hit me, Becouse these c/o and Sgt's will allow
Hse too, write anything or any kind of sanction, anything to Hurt
me..

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE: All of the inmates were allowed to
go to the recreation area and you left about
1230 going to court, so you were not in these
fumes.
9/8/05 lt

* * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * *

9-8-05

DATE GRIEVANCE RETURNED: _____

CORRECTIONS OFFICER SIGNATURE: _____

Bush

# INMATE GRIEVANCE FORM

DATE: 9/11 _____ 2005    POD/CELL LOCATION: F - Floor

INMATE NAME: Raymond Mathis    INMATE NUMBER: 25402

NATURE OF GRIEVANCE OR INFORMATION: C/B Bush, This C/B will not Allow inmate To get To cell, This C/B will start (Hiting) The button on The cell like she is (unse) Her (Mine) Turning off all T.V. and Then C/B Bush will see inmate's getting mad, and she Then, This C/B Bush she go's Think it Funny, This C/B get Kicks out of Making inmate mad, this is so (un Pro Fustal) and I keep (Knoticing) This out, This Every Day This C/B (Does) The same Thing, This will end THS Foot Ball Games is on, This make inmate's go off, (He makes) provision with other inmates

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Every Time C/B Bush works A-H-Pods (Find) out Why THS Sgt's Allow this C/B Bush, make (Provision) For inate inmates, and THS inmates has (Provision) ## with other inmates WHY do THS Sgt's Allow This Everything This C/B Bush work A-H-Pod, The Sgt's say They come Back To A-H-But THey dont Ask inmate's Do THey Have any Provision with c/o's, And if you say any Thing About c/p, THey Dont want To (Her) it...

OFFICER RESPONSE OR FINDING? Obey the rules and regulations and you will be okay. This Jail Not have it your way. Do what you are suppose to and There will be No Problem. Have a good day.

SGT. ON DUTY RESPONSE: The Yo can turn the TV off at their discretion. The inmates know what their roll in times are and should go to their cells and the officers would not have to hit the buttons for the doors.

Follow the rules/regulations and you will not get in trouble

9-12-05
Sgt Turner

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 8/12/05

CORRECTIONS OFFICER SIGNATURE: Bush

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 9/12 _____ 2005    POD/CELL LOCATION: F-Floor

INMATE NAME: Raymond Mathis    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: Mr. Reed, have sent my mail Back to me now not going on off a month, i dont do if she check account summary or what she will not allow me to put a stamp on my mail to be sent out, saying the stamp is bad, well i got the same stamp on this letter, and it's new, i was new not when i sent it out and it's new now, i dont know what's going on with miss Reed, and why she will not mail allow my mail out when it take ms. Reed 5 days after your comer for her to get it back to A.H. but she can do all the mail that gos out in one day.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? ms. Reed dossn't work for the post offices, she work for the Jail, Please, inform her of this, if she just take time to do there Job and check account's she will no that i haven't had money on my account sence 9/9/05 why Dont she know this, why dossn't take ms. Reed 5 Days after the mail got to the Jail? for she can get it back to the Pod's, but everything that's out she try to check she can get it back to the Pod's, but everything that's out she try to but don't Do it, but will act like she work's for the post offices and this, Not Her Job, stop missing with my mail, be forced

OFFICER RESPONSE OR FINDING? write the post office, thank you....

You received a money order on 9-1-05 for $20.00 meaning you are not entitled to free stamp the following and that per Sgt. Turner on to Walker. Just b/c medical took your money that don't entitle you to free stamps. By the way. I get an account summary from Sgt Turner every monty, that's how I know who gets free stamps. So I know your job and let me handle

SGT. ON DUTY RESPONSE: minus! 9/13/05

Ms Reed gets an account Summary EVERY week and she is the person who logs in the money orders you receive by mail.

Sgt. Turner
9-12-05

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 9/13/05

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

# INMATE GRIEVANCE FORM

DATE: 9/10 _____ 2005    POD/CELL LOCATION: F-Floor

INMATE NAME: Raymond Mathis    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: Ms. Reed, I Have Been Trying To Seen A Letter out for over A month, Mr. Reed will not Allow me To Seen mail out, I Don't Have money on The Book, my Account Summery Should I Don't know in She Check it or not, How Do She know if your money Has Been Taking off The Book, I Try to Seen A Letter out with A Stamp But She will not Allow it to go that Way I Don't know if She know this or not, But She Don't work for The Post office

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? She work For This Jial, I She Ask that Sgt. Turner And She will Tell Her That She Take my money off The Books, Please Every Time I Try To Seen mail She want Too stop it I nissed for Her to Check The Book, Get Something

OFFICER RESPONSE OR FINDING? Your Account Summary for the week you were spending of had you down for A total of $20 which means you are not entitled to free stamps. We have nothing to do with if you owed medical buy money. We go by what is in your Account before any deductions and your total was $20. As far as you putting a stamp on a letter and I send it back. You should not try to reuse stamps that I have already been used. I don't send that back, the post office does when they determine that you are using a "washed" stamp. P.S. Per Sgt Turner you had to go on back to too. So there I asked her ___

SGT. ON DUTY RESPONSE: _____

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 9-13-05

CORRECTIONS OFFICER SIGNATURE: C/o Roberts

INMATE SIGNATURE: _____

(F)   **INMATE GRIEVANCE FORM**

DATE: 9/13, 2005   POD/CELL LOCATION: F-Floor

INMATE NAME: Raymond Maths   INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: My Hand is Swelley and will not Been very weak, alot of Pain, Nurse, Speigner is Allow Not to Treat Me Here in The Houston County Jail, I Have write the Sheriff Lamar Glover, and She is Still Allow not to Treat me I wrote Commander, william McCarty and Nurse Speigner Allow Not to Treat Me, my Hand Feel Rike it is Broke, And I Have wrote Nurse, Speigner, and She Refuse To Treat me, I Even Stated That I will Sign Anything Stated i will Pay For it, But No one will Treat me,

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT?   Denisday Commander, William McCarty This Jail is Refusing me Medication Treatment This Jail is Commenting Criminal Act's By Taking my Money, I want to Be Seen By a Doctor, and I want Kim Turrsk, I give me's Back The money She Toks...

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE: Your money was taken out for the medical care you received and I did not "take it" in the way you are implying 9-13-05 Turner

Not Responding any Further To this already explained Numerous Times – Commander McCarty 9/23/05

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 9-23-05

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: 9/15 _____ 2005        POD/CELL LOCATION: F. Floor

INMATE NAME: Raymond MATHIS        INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: Commander, William McLarTy, And Sgt Kim Turner, I want too inform you ~~Todey~~ Two of you That The money That you Toks From Raymosha A. Mathis, sent To me, I Do NOT want it, seen it BACK To Her!! I will NOT Aself it.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I want To seen The money BACK THAT Raymesha sent To me on 8/29/05. I Dont want it, I anur sign Any Thing or wrote anything that shed I want it seen it BACK To Raymesha A. Mathis, \$20.00 That came in The mail, I Dont want it.        Thank you

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: All money orders have been deposited into our account and money cannot be refunded in this manner. You need to understand that you owe medical and that your money is taken in the same manner as all other inmates.

9-16-05
Sgt Turner

* * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 9-16-05

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE:

## INMATE GRIEVANCE FORM

DATE: 9/15, 2005          POD/CELL LOCATION: F-Pod

INMATE NAME: Raymond MATHIS          INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: Sir, I'm writing you to inform you that I have not seen a Doctor or Nurse, Spignce in this Jail, Sir, I have the right to see Be seen By a Doctor, my hand is giving me all kind of Problem, my hand is swelling and will not close, and very weak, I can not stand the pain, much longer, I need and want to see a Doctor, Please! you People can take out time to watch someone, Just like want I Hurt my Back, and I had to go thru Hell Before I got a Judge too make you People 1st me see a Doctor, well I don't have that kind of Time, I have the Right to see a Doctor, you are Unvisden me Medialial Treatment

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Commander William McCarty and Nurse Spignce, nurse, Hathaway, I have the right to see a Doctor, I will sign anything that stats I will pay for it, you have no reason too Denied me the right too see a Doctor, the Pain is worse, my hand may be Damages for life, Because of you People, Please, I'm asking Again, it Been more then a month, sees I ask the frist time, I can't take the Pain much longer Help!! Me!!

OFFICER RESPONSE OR FINDING? To, Commander, William McCarty, need To Read This A.S.A.P.

9/15/05
Signtur Raymond Mathis

Help!!

SGT. ON DUTY RESPONSE: The Pain is Unbearable

I/M Mathis, when you are doing two sets of closed hand push-up, I don't believe the pain is unbearable. And you did receive medical Treatment it is documente
Commander McCarty
9/16/05

W

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 9-16-05

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: Raymond M.

# INMATE GRIEVANCE FORM

DATE: 10/4/05 _____ 2005 ____    POD/CELL LOCATION: 2F F-10

INMATE NAME: Raymond Mathis _____    INMATE NUMBER: 29402

NATURE OF GRIEVANCE OR INFORMATION: C/o Nieves V, Came in my Room, my cell-10 and took my Towel ofFmy Black Bed and threw it on the Floor, I was sitting in the Day Room, C/o Nieves Never called me or asked me too take my Towel off my Bed, may cell the other inmate in my Room Stated that He came in and said take This SHit Down, and threw my Towel on The cell Floor, in a very upset way...

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Too HAVE A Hearing with C/o Nieves V, So we can Find out What is the Problem with the Both of us This c/o is mad at me, And I don't want to HAVE to watch my BACK Ground Him, ok can you Find out What is The Problem? Please...

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: I/m Mathis - What are You Talking about? This does Not Make Sense!

Commander McClenty
10/6/05

* * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 10/7/05

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

## INMATE GRIEVANCE FORM

DATE: _10/13_____, 2005    POD/CELL LOCATION: _B-4_

INMATE NAME: _Raymond Mathis_    INMATE NUMBER: _29402_

NATURE OF GRIEVANCE OR INFORMATION: _C/o Gracy, Gave me a Sanction On 10/13/05 Time 9:30, I Appealing This Sanction Today 10/13/05, Time That I gave it Back Too C/o Gracy_

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? _Too, inform, you commander, That I appeal This Sanction Today, gave it Too C/o Gracy Today 10/13/05 Time_

_I Turn in my Last Two Sanction on Time But Some How They got Too you To late! I Hope This one make it's ... I Have The Copy of This Grievance Form To Show it These Sanction, I Hope This will Be ____ ____ _

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: _You did not need to write a grievance form, stating you turned in an appeal form. You are wasting paper again. If you continue to do this you will receive another sanction._

_10-13-05_
_Sgt. Benner_

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _Oct 13, 2005_

CORRECTIONS OFFICER SIGNATURE: _S. Moon_

INMATE SIGNATURE: _____

## INMATE GRIEVANCE FORM

DATE: __11 / 21_____ , 2005    POD/CELL LOCATION: _F-1_____

INMATE NAME: _Raymond Math's_    INMATE NUMBER: _29402_____

NATURE OF GRIEVANCE OR INFORMATION: _Sgt Buckmann Im Trying Too Get_
_Along with This Tanstic Back Here, Lamar, But it's not_
_working out, He is The only Trustee and The This only_
_one cuting Hair and I can't get anything, it's_
_going on #3 week sings I got my Hair cut, I don't want_
_Too Have Anymore Problem with This inmate But, it's starting_
_again, He do To much that wrong, Too Trin Too ∗Do me∗ this wrong for_
_me, But Im Try Too Keep it in your Power...._

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? _All Im asking If you would Allow_
_us Back Here, A-H, Too Please Put someone els with This_
_Trustee, so People like me don't Have Problem with Lamar_
_Please All I can do is Ask...?_
_P.S. is There Anyway I can get my Hair cut, ?_
_Thank you_

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: _11-22-05 FM Mathis- Im getting a little tired_
_of your on again off again relationship with_
_FM Stranger. At this time I don't have anyone Else cleared_
_to be a barber. With over 400 inmates in this Jail, it_
_doesn't suprise me that you haven't had a haircut in_
_3 weeks! If and when I get another inmate that is_
_qualified to cut hair, I will let you know. Right now_
_you are not the only inmate that is waiting for a_
_haircut  Sgt Buckman_

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _11-22-05_____

CORRECTIONS OFFICER SIGNATURE: _S Hopper___

INMATE SIGNATURE: _____