IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2006 MAY 31 A 9:19

RAYMOND MATHIS
(PLAINTIFF)

V.

LAMAR GLOVER, ET AL.,
(DEFENDANTS)

Civil Action No.: 105-CV-1084-MHT

## Motion For Extension of Time

Comes now, Plaintiff in the above sayked cause, and Respectfully, Request a (30) day extension though and until June, 30, 2006 in which to file their answer file with this court, and as grounds therefore state as follows:

1) That due to scheduling conflicts we have not been able to get affidavit that's necessary for this response.

2) That Plaintiff, Respones and answer is currently due, in this case on May 30, 2006,

3) That Plaintiff, has only been allow to go too the Jail law libary, one's in this month, wherefore, Plaintiff Respketfilly, Request a (30) Day Extension of Time though and until June 30, 06 in which to file this Respones in this case

Date this 26 day of May, 2006

Respectfully submitted
/Pro c/ Raymond Mathis
901 E. Main, St.
Dothan, Alabama, 36301

Certificate of Service

1.) I Raymond Mathis, hereby certify that I have served a copy of the foregoing Motion for Extension of Time upon Gery C. Shrrer, 335 West Main, St. Dothan, Al. 36301, on this 26 day of May, 2006.

Raymond Mathis
901 E. Main, St.
Dothan, Al. 36301

Raymond Mathis