MY NAME IS RAYMOND MATHIS

I WAS IN THE Houston County JAIL,
ANDRESS: 901 E. MAIN, St.
DOTHAN, Al. 36301,

I'M WRITING THE COURT TOO INFORM YOU THAT I HAVE BEEN MOVE TOO STATE OF AlA. DEPARTMENT OF CORRECTIONS, Kilby CORRECTIONS FACILITY, MONTGOMERY AlABAMA, 36130-1501
THIS IS MY ANDRESS NOW,

CASE NO: CV-04-5202.00
And CASE NO: 1:04-CV-941-F
And CASE NO: 05-CV-1084 MHT
And CASE NO: 1:04-CV-1074-A

Today
5/10/06

IF I MOVE AGAIN I WILL INFORM YOU A.S.A.P.

Raymond MATHIS THORS2
P.O. Box 150 Montgomery AL 361
A1A. 36057                   12 JUN 2006 PM 3 T

OFFICE of THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, A1A.
36191-0711