IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RAYMOND MATHIS
(Plaintiff)

V.                                      CIVIL ACTION NO.: 1:05-CV-1084-MHT

LAMAR GLOVER, ET AL
(Defendants)

MOTION FOR EXTENSION OF TIME

Comes now, Plaintiff in the above saytid courts and Respectfully, Request A thirty (30) day extension thought and until July, 30, 2006 in which to file their answer file with this court, and as grounds therefore state of as follows:

1. That due to scheduling, conflicts we have not been able to set affidavit affidavit thats necessary for this response.

2. That Plaintiff, responses and answers is currently due in this case on May 30, 2006.

3. That Plaintiff, has only been (allowed) granted to go to the H.C.J. lawlibrary, once in this month, wherefore Plaintiff Respectfully Request a 30 day extension of time though and until July 30th 2006 in which to file this response in this case, whereupon H.C.J. denied him his constitutional right to the proper findings in HCJ law library.

DATE THIS 30th DAY OF JUNE 2006

Respectfully submitted
/PROC/ RAYMOND MATHIS
901 East Main St
Dothan Al. 36301

## CERTIFICATE OF SERVICE

I, Raymond Mathis, Hereby certify that I have served copy of the foregoing motion for extension of time upon Gery L. Sheralton, 335 West Main St. Dothan Al. 36301 on this 30th day of June 2006.

Raymond Mathis
901 East Main St.
Dothan Al. 36301.
Raymond Mathis