IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-CV-1084-MHT |
| ) | |
| LAMAR GLOVER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on June 28, 2006 (Court Doc. No. 23), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the plaintiff be GRANTED an extension from June 29, 2006 to and including July 21, 2006 to file a response to the defendants' special report.

Done this   29th   day of June, 2006.

/s/ Delores R. Boyd
UNITED STATES MAGISTRATE JUDGE