IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2006 JUL 19 A 9:27

RAYMOND MATHIS
(PLAINTIFF)

V.

LAMAR GLOCK'R, ET. AL.,
(DEFENDANTS.)

CIVIL ACTION NO: 1:05-CV-1084-MHT

## RESPONSE TO ORDER

Come now the undersigned counsel and file this response to the order dated June 29, 2006 stating as follows:

1) That the undersigned counsel has reviewed the report and answer of the defendants,

2) I Raymond Mathis, can show that answer of the defendants are untrue, the facts is that I had to go though the the courts in order to be taking back to the doctor for a follow up on my right hand, this was not the frist time I had to go though the court for medical treatment on [EXHIBIT] #4 show this facte...

3. (EXHIBIT) I# Show's that I was asking for medical treatment to the point that I had too go to the commander, w. McLarty of the Houston County Jail, Because nurse Jane Speigner would not treat me unless I go over her head.

4) On Exhibit #2,3,4 will show this fact, and (Exhibit) #5 will show that I tryed to get complaint, form's agaiust Medical...

5.) In fact the only way I could get medical treatment was to go out side the Jail (Exhibit) 6,7, show this fact, (Exhibit) #7 show's that's if medical do not want too treat you, they do not have too!

6) The facts is," if medical do not want to treat you or you make someone in medical mad they will come together and that staff will not treat you, or fine ways to put you off for a long time, for months, all the request form and grievance form, are loss and put too the side, medical will not write back, this is shown because you can see I have not sign them at the bottom of the from. This is why I had too write so much and so minc staff, in the Jail and out of the Jail..

7.) Plaintiff, Hereby Demand's Trial By Jury on All issues of this couse as provided by law.

Pose Raymond Mathis
Raymond Mathis

Certificate of Service

I Do HereBy CerTify And say THAT I HAVe served THe ATTorney OF DefendAnTs wiTH A Copy oF THe same address To ATTorney G. SHerred PosTage Paid By THe undersign and Placed in THe U.S. Mail Done THis 7 Day of July 78, 2006

_Raymond Mathis_
RAYMOND MATHIS

SWORN AND SuBSCRIBed To BeFoRe Me THis ___ DAY oF July 2006

_____

Raymond MATHIS