EXHIBIT 7

7/20/05

# ALL INMATES MUST COME TO THE DOOR WHEN MEDS ARE CALLED OR THEY WILL NOT RECEIVE THEIR MEDICATION.

RS

**INMATE REQUEST FORM**

Date: 9/19/05

INMATES #: 254??? F-210

To: Commander, William McCarty

C/O SIGNATURE: [signed]

From: Raymond Mathis

SR C/O SIGNATURE: _____

**NATURE OF REQUEST** Sir, I just want to ask you why are you allowing Nurse, Speigner, to denied me Medical Treatment. My Hand may be broken and my head is swelling, and I'm in alot of Pain. This is going on over a month? You are violating my Civil Rights, to their Medical Treat-

**ACTION TAKEN** ment, you and Nurse, Speigner are violating my Civil Rights!! I'm asking you and Nurse Speigner, for medical Treatment A.S.A.P., Please, let me see A Doctor.!.

(EXHIBIT) I#

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

**INMATE REQUEST FORM**   Pod A. Floor

Date: 9/10/04
INMATES #: 29402
To: Sgt on Duty
C/O SIGNATURE:
From: Raymond Mathis
SR C/O SIGNATURE: [signature]

NATURE OF REQUEST: Want to go too Law ~~Lan~~ Library

[signature] X Raymond Mathis

ACTION TAKEN:

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

**INMATE REQUEST FORM**

Date: 9/15/04
INMATES #: 29402 A. Pod. Floor
To: Sgt Danes, or Mrs Reed
C/O SIGNATURE: [signature]
From: Raymond Mathis
SR C/O SIGNATURE: [signature]

NATURE OF REQUEST: Bord of A/A. Nurse Bar
B @ the Address
please    (EXHIBIT) #3
S.A.P.

ACTION TAKEN: I have noway of getting that info - alf its not put on my to lawyers I dont look it up! 9/17/04

X Raymond Mathis

(EXHIBIT) 2

4/7/05

To SHERIFF LAMAR GLOVER, and
Houston County Commissioner's, MR. Culver, MR. Harvey
Commander William McCarty, and
Kim T. Thomas (Tho115)

My name is Raymond Mathis, I'm housed in the Houston County Jail in Dothan, Al... This is the second time I'm writing the names above about this Proble, Nurse Speigner of the Houston County Jail is denial me medical treatment, Again, I have wrote request form and grievance forms, and all the right steps that the Jail asks too. But, for over a week Nurse Speigner, will not give me medical treatment, Nurse Speigner will not put me back on my medication, Nurse Speigner has knowledge of the medication's, For chronic back pain, and psychological. The last time I wrote you, is because Nurse Speigner, wrote me back on a return request form, stated that, Commander W. McCarty don't tell me who to treat, and I was not treated.. So I had to go out side of the Jail, and wrote the names above, and then I was treated by Nurse Speigner.. Thank you.. But now, Nurse Speigner will not treat me again, I need help, I'm suffing in this Jail, I'm in Pain at all times, and I can't think, I need medical treatment, Please, could you look in too this? This statement is true.. Thank you for anything you can do.. I have ask too see Dr. Banner of the Houston County Jail, but not...

**INMATE REQUEST FORM**

Date: Raymond Mathis  8/30/04
To: Ms. Reed or Davis
From: Raymond Mathis

INMATES # 29402  Pod 4, Room 4
C/O SIGNATURE: [signature]
SR C/O SIGNATURE: [signature]

**NATURE OF REQUEST**
~~I need my Federal Investigation Address~~
~~a phone number~~
~~investigation~~

Federal Investigation

**ACTION TAKEN**
Address
2969 Ross Clark Circle
Dothan Al 36303

X [signature]

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98  WO#54

(EXHIBIT) #5

```
ACR0372                ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2004 001507.60
OPER: AML                       CASE ACTION SUMMARY
PAGE:   1                         CIRCUIT  CRIMINAL            RUN DATE: 09/14/2004
================================================================================
IN THE CIRCUIT COURT OF    HOUSTON                                    JUDGE: JMW

STATE OF ALABAMA                     VS    MATHIS RAYMOND
                                           C/O HOUSTON COUNTY JAIL
CASE: CC 2004 001507.60                    901 E MAIN STREET
                                           DOTHAN, AL  36301 0000

DOB: 08/29/1962         SEX: M  RACE: B  HT: 6 01  WT: 215  HR: BLK  EYES: BRO
SSN: 363767452   ALIAS NAMES:
================================================================================
CHARGE01: HABEAS CORPUS          CODE01: CORP LIT: HABEAS CORPUS  TYP: O #: 00
OFFENSE DATE:                    AGENCY/OFFICER: 0380100

DATE WAR/CAP ISS:                DATE ARRESTED:
DATE    INDICTED:                DATE    FILED: 09/14/2004
DATE    RELEASED:                DATE  HEARING:
BOND     AMOUNT:         $.00         SURETIES:

DATE 1:              DESC:                  TIME: 0000
DATE 2:              DESC:                  TIME: 0000

TRACKING NOS: DC 2004 002394 00  /
    DEF/ATY:                       TYPE:                          TYPE:

                                   EXHIBIT 4
                            00000                         00000

PROSECUTOR: VALESKA DOUGLAS A
================================================================================
OTH CSE: DC200400239400  CHK/TICKET NO:                GRAND JURY:
COURT REPORTER:                  SID NO:   000000000
DEF STATUS: JAIL                 DEMAND:                OPER: AML
================================================================================
DATE         ACTIONS, JUDGEMENTS, AND NOTES
================================================================================
```

9-14-04  Petition for Writ of Habeas Corpus

September 15, 2004 — No grounds for a writ of habeas corpus contained in petition; however Sheriff of Houston County is requested to have defendant examined by a medical doctor if needed. Petition is hereby dismissed. Clerk to notify Sheriff.
(9-17-04 N.D.A., Dept. + S.O.)
— Judge

9-22-04  Motion to amend Habeas Corpus, Motion to reconsider and amend or correct order for dismissal and motion to produce documents.

Sept 28, 2004 Motion to amend or reconsider denied.
— Judge

List

(EXHIBIT 6)

To Sheriff, Lamar Glouer
Houston County Commissioners, Mr Culver, Mr Harvey
Commander, William McCarty
Kim T. Thomas,

9/8/05

Sirs, my name is Raymond Mathis, I'm here in the Houston County Jail, 2 months ago I broke my hand, at this time the Doctor said that it will be 21 days before it would be fix and to make a appointment to come back, so I had to be in lock-down for 21 days but I was not on the real lock-down, I was pos to be able to come out when the other inmate round in, but the method was not happening for me, the Sgts and CFO's was keeping me lock down 24 Hrs a day, I had to keep writing grievance form in order to get time out of my cell just to get a bath. The staff was treating me like I was a killer, I was not on lock-D or P.C. I just was not allow around other inmate with the cast on my hand, other then that, I was sopose to be able to come out of my cell, but I wasn't, after 22 Day, I could not take it any more so I ask the nurse, if I was going back to the doctor, and said that she didn't know when but, soon, well I couldn't take anymore, I sign a paper stated that I want the cast off now, and the doctor when he take it off, the sunday I went back to being the same, I went throught so much in lock down, I had to get out of there, now my hand is giving me alot of problem and I need too see a Doctor and I stated that I would sign something stated I will pay for it but the staff still telling me no, I can't see a Doctor, I have the right to see a Doctor I need your Help, Please, I need to see a Doctor I'm in a lot of pain My hand is still broke, I could have permanent damage more

EXHIBIT 8

```
ACR0369   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R
                       CASE ACTION SUMMARY
                         CONTINUATION              CASE: CC 2004 001507.60
                                                   JUDGE ID: JMW
STATE OF ALABAMA                     VS   MATHIS RAYMOND
```

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|---|---|
| 10-14-05 | Order from CCA - Appeal dismissed. Circuit court to rule on petitions. |

October 19, 2005 - Deft allowed to proceed in forma pauperis

October 19, 2005 - The Sheriff of Houston County is ordered to produce Raymond Mathis before this Court on November 3, 2005, 9 A.M. for hearing on his petition for writ of habeas corpus. Clerk to notify DA who is directed to answer petition on behalf of Sheriff.
— Jerry M. White, Judge

(10-26-05 N: DA, NCA & Deft)

November 3, 2005 - Sheriff of Houston County, Alabama — requested to return defendant to Southern Prison & Jail to have hand re-evaluated. Petition for writ of habeas corpus dismissed. — Jerry M. White

2-24-06 | Motion for order to issue.

Feb 28, 2006 - Deft's motion to expunge denied. Notify — Jerry M. White, Judge

# INMATE REQUEST FORM

Date: 3/6

To: _____

From: _____

INMATES #: _____

C/O SIGNATURE: Sapp

SR C/O SIGNATURE: _____

**NATURE OF REQUEST** _____

**ACTION TAKEN** _____

EXHIBIT #9

Southeastern Printers / Form #5135 / Rev 3-98

EXHIBIT #9

3/30/06

To: Lamar Glover
Commander, William McCarty
Judge White

Mr. Glover, I'm writing you to inform you that I have a court order from Judge White, states that the Houston County Jail too take me back too the Doctor for my hand, this is 3rd month old and the staff here and medical staff his not taking me... Sir they have a copy of this order from Judge White and your staff will not oby this order, Sir, if you will look in to this,

Thank you

Raymond Mathis

Raymond Mathis

Penalty of Perjury

I sworn and subscribed before me on 30 day of March 2006 that the foregoing is true and correct.

3/30/06

My Commission Expires 8-7-2007

_____ E. M_____
Notary