My Name is Raymond Mathis

My Case No: 1:04-CV-941 MEF
No: 1:04-CV-1074-A
No: 1:05-CV-1084 MHT
Ic: CV-2004-5202

RECEIVED
2006 JUL 19 A 9:37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I'm inform the courts that I have move too Bullock County Correctional Facility
P.O. Box 5107
Union Springs, Alabama,
36089

Ais No: 140252  Bed 18/26

Raymond Mathis
6/29/06