**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 26, 2008

# NOTICE OF DEFICIENCY
# REGARDING CORPORATE/
# CONFLICT STATEMENT

**To:** Lamar Glover, Dr. Banner, Nurse Speigner, Nurse Hathaway, William McCarty, CO 1 Jackson, Sgt. Turner, Sgt. Davis, Sgt. Reynolds, Sgt. Boniner, Sgt. Bonin, Nathan Mathis, Officer Skelton

**From:** Clerk's Office

**Case Style:** Mathis v. Glover et al

**Case Number:** 1:05-cv-01084-MHT

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

**No corporate/conflict disclosure statement has been filed by you in this action.**

**This deficiency must be corrected within ten (10) days from this date. Please refer to attachment.**