IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RAYMOND MATHIS,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CIVIL ACTION NO.: 1:05-cv-1084-MHT |
| **LAMAR GLOVER, et al.,** | ) ) ) |
| **Defendants.** | ) ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Sergeant Beverly Reynolds, Corrections Officer at the Houston County Jail, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Gary C. Sherrer of Sherrer, Jones & Terry, P.C. | Attorney for Defendant |
| Patrick B. Jones, III of Sherrer Jones & Terry, P.C. | Attorney - Member of firm |

Dated this 3rd day of March, 2008.

>s/Gary C. Sherrer
>GARY C. SHERRER (SHE016)
>Attorney for Above-Referenced Defendant

OF COUNSEL:

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sherrerjones.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Conflict Disclosure Statement upon Raymond Mathis, 702 Sunset Drive, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 3rd day of March, 2008.

>s/Gary C. Sherrer
>Of Counsel