THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, #140252 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 1:05-CV-1084-MHT |
| | )             [WO] |
| SHERIFF LAMAR GLOVER, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge that to the extent the plaintiff presents claims against defendant Nathan Mathis, county commissioner, regarding the daily operation of the Houston County Jail, these claims should be dismissed pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii) and that, in all other respects, summary judgment should be entered in favor of all defendants and against the plaintiff, with costs taxed against the plaintiff. After a review of the recommendation, to which the plaintiff has not objected, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. An appropriate judgment will be entered.

DONE, this the 25th day of August, 2008.

　　　　　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE