IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAYMOND MATHIS, #140252 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 1:05-CV-1084-MHT |
| | ) | [WO] |
| SHERIFF LAMAR GLOVER, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED as follows:

(1) The recommendation of the United States Magistrate Judge (Doc. #40) is adopted.

(2) To the extent the plaintiff presents claims against defendant Nathan Mathis regarding the daily operation of the Houston County Jail, these claims are dismissed pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

(3) In all other respects, the defendants' motion for summary judgment (Doc. #18) is granted and summary judgment is entered in favor of all defendants and against the plaintiff, with the plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against the plaintiff, for which execution may issue.

      The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

      DONE, this the 25th day of August, 2008.

                                             /s/ Myron H. Thompson  
                                    UNITED STATES DISTRICT JUDGE